



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 2 7 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COURTNEY LINDE, et al. | Case No. CV 04 2799 |
| Plaintiffs, | Honorable Nina Gershon |
| -against- | Magistrate Victor V. Pohorelsky |
| ARAB BANK, PLC, | |
| Defendant. | |
| PHILIP LITLE, et al. | |
| Plaintiffs, | Case No. CV 04 5449 |
| -against- | |
| ARAB BANK, PLC, | |
| Defendant. | |
| ORAN ALMOG, et al. | |
| Plaintiffs, | Case No. CV 04 5564 |
| -against- | |
| ARAB BANK, PLC, | |
| Defendant. | |
| GILA AFRIAT-KURTZER, et al. | |
| Plaintiffs, | Case No. CV 05 388 |
| -against- | |
| ARAB BANK, PLC, | |
| Defendant. | |
| ROBERT L. COULTER, SR., FOR THE ESTATE OF JANIS RUTH | |

Courtesy Copy

Docket #18 (Almog)

COULTER, et al.                  :
                                 :
                    Plaintiffs,  :
                                 :
        -against-                :
                                 :
ARAB BANK, PLC,                  :
                                 :
                    Defendant.   :
                                 :

## STIPULATION AND CONSENT ORDER

WHEREAS, Plaintiffs' counsel in the above-captioned litigations have been retained by prospective plaintiffs who wish to file a lawsuit against Arab Bank, plc, alleging facts similar to those alleged in the above-captioned cases; and

WHEREAS, Plaintiffs and Defendant seek to avoid the administrative burden of filing and responding to multiple new causes of action which allege the same or similar facts as those alleged in the above-captioned cases; and

WHEREAS, Plaintiffs and Defendant wish to formalize a procedure whereby additional plaintiffs may be periodically added to the action, without leave of Court, by listing their names, nationalities, and the date and place in which they were injured, as a supplemental pleading pursuant to Fed. R. Civ. P. 15(d);

NOW, THEREFORE, it is stipulated and agreed as follows:

1.      Plaintiffs may, until August 31, 2005, without further leave of Court, add plaintiffs by listing their names, nationalities, and the date and place in which they were injured as a supplemental pleading pursuant to Fed. R. Civ. P. 15(d). The caption in the docket for the individual action to which a plaintiff has been added will be changed to reflect the names of the parties in the individual actions as amended by the filing.

2. Prior to August 31, 2005, Plaintiffs and Defendant agree to meet and confer regarding whether the August 31, 2005 deadline for adding plaintiffs should be extended in light of the status of the actions at the time.

3. Plaintiffs added by this procedure need not re-serve defendants who have already been served.

4. Adoption of this procedure shall not preclude Defendant from asserting any defense to the action; and filing a separate motion to dismiss or other responsive pleading with respect to the individual claims asserted by each newly-added plaintiff, provided that the issues raised in the motions to dismiss have not previously been decided by this Court in these actions.

5. Claims on behalf of Plaintiffs added by this procedure will be considered to have been filed on the date of the supplemental filing and shall not relate back to the date of filing of the original complaints in the above-captioned litigations.

6. After the filing of any supplemental pleading, Defendant shall serve a responsive pleading or a separate motion to dismiss within 30 days after the earlier of (a) August 31, 2005 and (b) receipt of a decision by the Court concerning the motion to dismiss previously filed regarding the action to which the supplemental pleading relates.

Dated New York, New York
May 20th, 2005

WINSTON & STRAWN LLP

By: /s/ J. David Reich

~~Kevin Walsh (KW-6256)~~
J. David Reich (JR-8323)
200 Park Avenue
New York, NY 10166
(212) 294-6700

Counsel for Defendant Arab Bank, plc

SHALOV STONE & BONNER LLP

By: *James P. Bonner*
James P. Bonner (JB-0629)
485 Seventh Avenue, Suite 1000
New York, NY 10018
(212) 239-4340
Counsel for *Litle* Plaintiffs

KOHN, SWIFT & GRAF, P.C.

By: _____
Robert A. Swift
Steven M. Steingard
One South Broad Street
Suite 2100
Philadelphia, PA 19107-3389
(215) 238-1700
Counsel for *Coulter* Plaintiffs;
Co-Counsel for *Linde* Plaintiffs

MOTLEY RICE LLC

By: _____
Michael E. Elsner, Esq. (ME-8337)
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
(843) 216-9000
Counsel for *Almog* and *Afriat-Kurtzer* Plaintiffs

So ordered this ___ day of
_____, 2005.

_____/s/_____
U.S.D.J.

## SERVICE LIST
## (E-MAIL GROUP)

### BY ELECTRONIC DELIVERY:

### *IN LITLE, ET AL. V. ARAB BANK, PLC. CV 04-5449*

**Liaison Counsel for *Litle* Plaintiffs:**
Lee S. Shalov, Esq. (lshalov@lawssb.com)
James P. Bonner, Esq.(Pbonner@lawssb.com)
SHALOV, STONE & BONNER LLP

**Co-Counsel for *Litle* Plaintiffs:**
Mark S. Werbner, Esq. (mwerbner@swtriallaw.com)
SAYLES WERBNER P.C.

Richard D. Heideman, Esq. (rheideman@HI,NKlaw.com)
HEIDEMAN LEZELL NUDELMAN & KALIK, P.C.

Steven R. Perles, Esq. (sperles@perleslaw.com)
PERLES LAW FIRM, P.C.

**Counsel for Defendant:**
Kevin Walsh, Esq. (kwalsh@winston.com)
WINSTON & STRAWN LLP

### *IN LINDE, ET AL. V. ARAB BANK, PLC.* CV 04-2799
### *& COULTER, ET AL. V. ARAB BANK. PLC,* CV 05-365

**Liaison Counsel for *Linde* Plaintiffs; Co-counsel for the *Coulter* Plaintiffs:**
Andrew D. Friedman, Esq. (afriedman@whesq.com)
Joshua D. Glatter, Esq. (jglatter@whesq.com)
WECHSLER HARWOOD LLP

**Counsel for the *Coulter* Plaintiffs; Co-Counsel for *Linde* Plaintiffs:**
Gary M. Osen, Esq. (gmo@osen.us)
Naomi B. Weinberg, Esq. (nbw@osen.us)
OSEN & ASSOCIATES. LLC

Robert A. Swift, Esq. (rswift@kohnswift.com)
Steven A. Steingard. Esq. (ssteingard@kohnswift.com)
KOHN SWIFT & GRAF, P.C.

### *IN ALMOG, ET AL. V. ARAB BANK, PLC.* CV 04-5564
### *& AFRZAT-KURTZER, ET AL. V. ARAB BANK, PLC.* CV 05-388

**Co-Counsel for *Almog* Plaintiffs:**
Alan Cerson, Esq. (gerson@gilgintl.org)
ATTORNEY AT LAW