**Linde, et al. v. Arab Bank, PLC, 04-2799 (NG)(VVP), Litle, et al. v. Arab Bank, PLC, 04-5449 (NG)(VVP), Coulter, et al. v. Arab Bank, PLC, 05-365 (NG)(VVP), Almog, et al. v. Arab Bank PLC, 04-5564 (NG)(VVP), Afriat-Kurtzer, et al. v. Arab Bank PLC et al., 05-388 (NG)(VVP), Bennett, et al. v. Arab Bank PLC, 05-3183 (NG)(VVP), Roth, et al. v. Arab Bank, PLC, 05-3738 (NG)(VVP)**

## ORDER

The court has reviewed the letters of counsel dated January 27, January 31, February 2, and February 3 of 2006, regarding Arab Bank's request to consolidate, as related cases, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the *Linde, Litle, Coulter, Almog, Afriat-Kurtzer*, *Bennett* and *Roth* actions currently pending before me, with *Weiss, et al. v. National Westminster Bank PLC,* 05-CV-4622 (CPS)(KAM), currently pending before Judge Charles P. Sifton. Arab Bank's request is denied, as Rule 42(a) contemplates the consolidation of related actions currently pending before a single judge, not the consolidation of separate actions currently pending before two separate judges.

Treating Arab Bank's request as brought under Rule 50.3 (f) of the Rules for the Division of Business Among District Judges, it is also denied. That rule provides that, in the event that related cases are erroneously characterized as being unrelated, it "shall be corrected only by agreement of all the judges to whom the related cases are assigned; if they agree, they may transfer the later-filed cases. . . ."

Judge Sifton and I have consulted and agreed that the action captioned *Weiss et al. v. National Westminster Bank PLC,* 05-CV-4622 (CPS)(KAM) will not be transferred to my docket.

In sum, Arab Bank's motion to consolidate, under either Rule 42(a) of the Federal Rules of Civil Procedure or Rule 50.3 of the Rules for the Division of Business Among District Judges, is denied. No further briefing on these subjects shall be filed.

                                                          **SO ORDERED.**

                                             */s/ Nina Gershon*
                                             **NINA GERSHON**
                                             **United States District Judge**

**Dated: February 13, 2006**
       **Brooklyn, New York**