UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
COURTNEY LINDE, et al.,

                Plaintiffs,

- v -                                                        CV-04-2799 (NG)(VVP)

ARAB BANK, PLC,                            AND ALL RELATED CASES[1]
                        Defendant.
----------------------------------------------------------------x

## MEMORANDUM AND ORDER

        The court has received two letters from French authorities in response to the Letters Rogatory issued by the court at the request of the defendant. The letters are dated September 25, 2008 and January 13, 2009, and are found – together with English translations – at docket entries 517, 517 #1, 532, and 533, respectively. The letters request further details about the information sought by the Letters Rogatory, as well as a copy of the complaint in this action. The defendant is directed to prepare a response on behalf of the court to these inquiries and to submit the response to the court for review and signature by February 20, 2009. In addition to providing the "specifics" requested, the response should indicate that copies of the various complaints in this matter are enclosed with the response, including a French translation of at least one of the complaints. Once the response has been signed, the defendant will be responsible for insuring that the response and enclosures are delivered to the proper authorities.

                                                      SO ORDERED:

                                                      *Viktor V. Pohorelsky*
                                                      VIKTOR V. POHORELSKY
                                                      United States Magistrate Judge

Dated:        Brooklyn, New York
                 February 3, 2009

---

[1]The following related cases have been consolidated with the instant case for purposes of discovery and other pretrial proceedings: *Philip Litle, et al. v. Arab Bank, PLC*, CV-04-5449 (NG)(VVP), *Oran Almog, et al. v. Arab Bank, PLC*, CV-04-5564 (NG)(VVP), *Robert L. Coulter Sr., et al. v. Arab Bank, PLC*, CV-05-365 (NG)(VVP), *Gila Afriat-Kurtzer, et al. v. Arab Bank, PLC*, CV-05-388 (NG)(VVP), *Michael Bennett et al. v. Arab Bank, PLC*, CV-05-3183 (NG)(VVP), *Arnold Roth, et al. v. Arab Bank, PLC*, CV-05-3738 (NG)(VVP), *Stewart Weiss, et al. v. Arab Bank, PLC*, CV-06-1623 (NG)(VVP), and *Joseph Jesner, et al. v. Arab Bank, PLC*, CV-06-3869 (NG)(VVP).