# Exhibit A

בלמ"ס
-1-

בס"ד

| אזור יהודה והשומרון |
| לשכת היועץ המשפטי |
| ת"ד 5, בית אל 90631 |
| טל': 02-9977071/711 |
| פקס: 02-9977326 |
| 365/03 - 700650 |
| י"ג באלול התשס"ט |
| 2 בספטמבר 2009 |

לכבוד
הבנק הערבי
באמצעות עו"ד עודד גבעון
רח' ויצמן 4,
**תל אביב**
בדואר ובאמצעות פקס - 0732160155

ח.נ.,

הנדון : **הודעה על החרמת כספים**

1. הריני להודיעכם כי ביום 23.08.09 (ג' באלול התשס"ט) חתם מפקד כוחות צה"ל באיו"ש, למען הסר ספק, על צו החרמה, בעניין הכספים שנתפסו והוחרמו ביום 25.02.04, ממספר חשבונות בנק שהוחזקו בסניפי הבנק הערבי (להלן: "הבנק"), כמפורט ברשימה המצורפת לצו התפיסה והודעה על החרמה מיום 24.02.04 (להלן: "החשבונות"), מכוח סמכותו על פי תקנות ההגנה (שעת חירום), 1945.

2. מפקד כוחות צה"ל באיו"ש מאשר בזאת כי :

א. תפיסת והחרמת הכספים בחשבונות האמורים, לא התבססה על מידע אשר הצביע על כך שלבנק או למי מעובדיו היתה מעורבות כלשהיא בפעילות טרור או מימון טרור, בקשר עם החשבונות המעורבים הנ"ל, ובכלל.

ב. מעבר לאמור לעיל, נגד הבנק לא ננקטו צעדים משפטיים או מנהליים על ידי צה"ל או רשויות הביטחון הישראליות, בגין מעורבות במעשי טרור או במימון טרור בקשר עם החשבונות המעורבים הנ"ל, ובכלל.

ג. על בסיס כל המידע המצוי בידי רשויות הביטחון, אין כוונה לצה"ל או רשויות הביטחון הישראליות, לנקוט צעדים נגד הבנק הערבי, בגין מעורבות במעשי טרור או במימון טרור.

3. לידיעתך.

בכבוד רב,

הראל וינברג, רס"ן
ר' תחום טרור ופלילי
מדור ביטחון ופלילי
בשם מפקד כוחות צה"ל באיו"ש

לוט : צו ההחרמה.

בלמ"ס
700650

בלמ"ס

# צבא הגנה לישראל

## תקנות ההגנה (שעת חירום), 1945

## צו החרמה

בתוקף סמכותי כמפקד כוחות צה"ל באזור, והואיל ואני סבור כי הוצאת צו זה חיונית לביטחון האזור, ובהתאם לסמכויותיי על פי כל דין, כללי המשפט הבינלאומי ותואמת הביטחון, ובכלל זה מכוח סמכותי על פי תקנות ההגנה (שעת חירום), 1945, ולאחר שהוסרה כל השגה או טענה בנוגע לתקפות החרמת הכספים שנתפסו בתאריך ג' באדר התשס"ד (25.02.04), בחשבונות הבנק הערבי המפורטים ברשימה שצורפה לצו התפיסה והההודעה על ההחרמה שנחתמה על ידי בתאריך ב' באדר התשס"ד (24.02.04), וכפועל יוצא מכך, היות כספים אלו מוחרמים לטובת כוחות צה"ל באיו"ש מהמועד האמור, ולמען חסר כל ספק, הריני מורה בזאת כי כספים אלו, בסך 1,093,871 ₪ שקלים חדשים, 4,621,496 $ דולר ארה"ב ו- 1,974,163 דינאר ירדני, הינם מוחרמים לטובת כוחות צה"ל באיו"ש.

ב' שבט התשס"ט

23 בינואר 2009

גבי אשכנזי
גדי שמני, אלוף
מפקד כוחות צה"ל
באזור יהודה ושומרון

בלמ"ס

696442

# Certified Translation

Unclassified
-1-

**Judea and Samaria District**
**Office of the Attorney General**
**P.O. Box 5, Beit El 90631**
**Tel: 02/997-7071/711**
**Fax.: 02/997-7326**
**365/03   –   700650**
**13th of Elul, 5769**
**September 2, 2009**

**To:**
**The Arab Bank**
**Via Att. Oded Givone**
**4 Wiezmann St.**
**Tel Aviv**
By mail and by fax: 073/216-0155

Dear Sir:

Subject: **Notification of Confiscation of Monies**

1. I hereby notify you that on August 23, 2009 (3rd of Elul, 5769) the Israel Defense Forces [IDF] commander of Judea and Samaria, to remove all doubts, signed an order of seizure, in the matter of the monies that were seized and confiscated on February 25, 2004, from a number of accounts held in branches of the Arab Bank (hereinafter: the Bank), as detailed in the list attached to the Order of Seizure and Confiscation of February 24, 2004 (hereinafter, the Accounts), by the authority vested in him pursuant to the Defense Regulations (State of Emergency), 1945.

2. The Commander of the IDF in Judea and Samaria hereby certifies that:

    A. Seizure and confiscation of the monies in the aforementioned Accounts, was not based on information that indicated that the Bank or any of its employees were involved in any way whatsoever in terrorist activities, or funded terrorism, whether regarding the aforementioned Accounts, or in general.

    B. Further to that set forth above, no legal or administrative steps were taken against the Bank or its Directors by the IDF or by the Israeli Defense Authorities, for involvement in acts of terrorism or in funding terrorism, whether regarding the aforementioned Accounts, or in general.

    C. On the basis of all the information that the Defense Authorities have, neither the IDF nor the Israeli Defense Authorities have any intention of taking steps against the Arab Bank for involvement in terrorist acts or in funding terrorism.

3. For your information.

Sincerely yours,

[hand signature]

**Harel Weinberg**
**Major**
**Terrorism and Criminal Department**
**Division of Security and Criminality**
**in the name of the Commander of the IDF in Judea and Samaria**

Enclosed: Seizure and Confiscation Order

Unclassified

700650

Unclassified

**Israel Defense Forces**

**Defense Regulations (State of Emergency) 1945**

**Order of Seizure**

By the authority vested in me as Commander of the Israel Defense Forces in the region, and whereas I am sure that issuing this Order of Seizure is essential for the security of the region, and pursuant to my authority according to all law, international judicial regulations and security legislation, and in general by force of my authority pursuant to the Defense Regulations (State of Emergency) 1945, and after all criticism or complaints have been removed concerning the periods that the monies were seized and confiscated on the 3rd of Adar, 5764 (February 25, 2004) in the accounts of the Arab Bank, detailed in the list below that was appended to the Order of Seizure and the notice of the seizure that was signed by me on the 2nd of Adar, 5764 (February 24, 2004), and as a result of which, because these monies were seized for the benefit of the Israel Defense Forces in Judea and Samaria on the aforementioned date, and to remove all doubt, I hereby order that these monies, in the amount of 1,093,871 New Israel Shekels, 4,621,496 United States Dollars and 1,974,163 Jordanian Dinars are seized for the benefit of the IDF forces in Judea and Samaria.

[*handwritten*: <u>3rd of Elul</u>] 5769

<u>August 23</u>, 2009

[*signed*: <u>Gadi Shamni</u>]

Gadi Shamni, General

Commander IDF Forces

Judea and Samaria District

Unclassified

696442



143 RODNEY STREET
BROOKLYN, N.Y. 11211
TEL. (718) 384-8040
FAX: (718) 388-3516

## Certificate of Accuracy

On this day, personally appeared before me, a Notary Public in and for the State of New York, County of Kings, Wolf Markowitz, who after having duly affirmed, deposes and says that he is a translator of the Hebrew and English languages; that the attached English translation of the attached documents written in the Hebrew language is a true, correct and accurate rendering of such document and the whole thereof. Deposed and affirmed to before me on this March 5th, 2010.

_____
Signature of Notary Public

STUART SLATER
NOTARY PUBLIC NEW YORK STATE
NO. 24-9039150
QUALIFIED IN NASSAU COUNTY
COMMISSION EXP. JUNE 30, 2010

_____
Signature of Translator