| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 9/27/11 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 11:00 a.m. |
| | | END TIME: | 12:15 p.m. |
| DOCKET NO. | See annexed schedule | ASSIGNED JUDGE: | NG |
| CASE NAME: | See annexed schedule | | |

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Motion Hearing

APPEARANCES:   Plaintiffs   See Annexed List
               Defendant   Kevin Walsh, Alan Howard, Alan Salpeter

SCHEDULING AND RULINGS:

1. Rulings made on the record concerning the scope of document production required of the plaintiff's expert Levitt as raised in the defendant's letter [761] and the plaintiffs' response [764].

2. The defendant's motion to take the deposition of Noa Meridor [765] is Granted in part and Denied in part with instructions stated on the record.

3. The next conference will be held on **December 14, 2011 at 11:00 a.m.**

**ARAB BANK CASES -- APPEARANCES**

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| Linde v. Arab Bank, 04 CV 2799 | Gary Osen, Aaron Schlanger, Joshua Glatter, Ari Ungar |
| Litle v. Arab Bank, 04 CV 5449 | James Bonner |
| Almog v. Arab Bank, 04 CV 5564 | John Eubanks |
| Coulter v. Arab Bank, 05 CV 365 | Gary Osen, Aaron Schlanger, Joshua Glatter, Ari Ungar |
| Afriat-Kurtzer v. Arab Bank, 05 CV 388 | John Eubanks |
| Bennett v. Arab Bank, 05 CV 3183 | James Bonner |
| Roth v. Arab Bank, 05 CV 3738 | James Bonner |
| Weiss v. Arab Bank, 06 CV 1623 | James Bonner |
| Jesner v. Arab Bank, 06 CV 3869 | James Bonner |
| Lev v. Arab Bank, 08 CV 3251 | John Eubanks |
| Agurenko v. Arab Bank, 10 CV 626 | No Appearance (unexcused) |