BEFORE:      VIKTOR V. POHORELSKY          DATE:      12/14/11
             U.S. MAGISTRATE JUDGE         START TIME:  11:00 a.m.
                                           END TIME:   11:30 a.m.
DOCKET NO.  See annexed schedule           ASSIGNED JUDGE:   NG
CASE NAME:   See annexed schedule

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:      Status

APPEARANCES:     Plaintiffs      See Annexed List
                 Defendant      Kevin Walsh, Berge Setrakian

SCHEDULING AND RULINGS:

1.      Discussion held concerning status of discovery relating to the Hamas attacks that
        are the subject of the first case to be tried.  To finalize factual discovery, the
        parties shall advise each other in writing, by January 9, 2012, of any additional
        fact witnesses they may call, and the depositions of any such additional
        witnesses shall be completed by March 31, 2012.

2.      As to expert discovery, the parties disclose that depositions of experts have been
        completed with the exception of the following:

        a.      The two banking experts identified by the defendant whose testimony is
                still subject to rulings by Judge Gershon;
        b.      Two experts the plaintiffs may call in rebuttal to the two banking experts
                if they are allowed to testify;
        c.      The defendant's expert Pinchas Shmilovitch whose testimony was limited
                by Judge Gershon's recent decision.

3.       The above expert depositions are to be completed by March 31, 2012.  Reports of
        the plaintiffs' two potential rebuttal experts are to be provided to the defendant
        within 30 days of any ruling permitting all or any part of their testimony.

4.      As the parties have focused on discovery concerning the above Hamas attacks,
        discovery remains to be conducted with respect to other Hamas attacks as well
        as attacks that are related to claims under the Alien Tort Statute.

5.      The next conference will be held on **February 16, 2012 at 2:00 p.m.**  The
        conference may be canceled or adjourned upon written request if no issues
        require resolution by the court.

**ARAB BANK CASES -- APPEARANCES**

| CASE | PLAINTIFFS' COUNSEL |
|---|---|
| Linde v. Arab Bank, 04 CV 2799 | Aaron Schlanger, Ari Ungar |
| Litle v. Arab Bank, 04 CV 5449 | James Bonner |
| Almog v. Arab Bank, 04 CV 5564 | Michael Elsner |
| Coulter v. Arab Bank, 05 CV 365 | Aaron Schlanger, Ari Ungar |
| Afriat-Kurtzer v. Arab Bank, 05 CV 388 | Michael Elsner |
| Bennett v. Arab Bank, 05 CV 3183 | James Bonner |
| Roth v. Arab Bank, 05 CV 3738 | James Bonner |
| Weiss v. Arab Bank, 06 CV 1623 | James Bonner |
| Jesner v. Arab Bank, 06 CV 3869 | James Bonner |
| Lev v. Arab Bank, 08 CV 3251 | Michael Elsner |
| Agurenko v. Arab Bank, 10 CV 626 | No Appearance (unexcused) |