# Dewey & LeBoeuf

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

T  +1 212 259 8492
F  +1 212 649 1182
sjyoung@dl.com

March 9, 2012

**VIA ECF AND HAND DELIVERY**

The Honorable Nina Gershon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: ***Linde, et al. v. Arab Bank, PLC*, 04-2799 (NG)(VVP) and related cases**

Dear Judge Gershon:

      We represent defendant Arab Bank plc (the "Bank") in the above-referenced actions. At the February 24, 2012 Status Conference, Your Honor directed the parties to brief the relevance of the Bank's proposed notices of foreign law pursuant to Fed. R. Civ. P. 44.1. We have conferred with Plaintiffs' counsel and, subject to the Court's approval, the parties have agreed to the following briefing schedule: the Bank's supporting brief will be served on or before April 9, 2012; Plaintiffs' brief in opposition will be served on or before May 7, 2012; and the Bank's reply brief will be served on or before May 21, 2012.

      As instructed by Mr. Joe, the Bank will file the fully briefed motion on or before May 21, 2012, pursuant to Practice Rule 3.D of Your Honor's Individual Motion Practices.

Respectfully submitted,

Steven J. Young

cc:   All Counsel on Attached Service List (By Electronic Mail)

*So Ordered*
/electronic signature/ NG
USDJ
3-12-12

Dewey & LeBoeuf LLP is a New York limited liability partnership.

NEW YORK | LONDON | WASHINGTON, DC | ABU DHABI | ALBANY | ALMATY | BEIJING | BOSTON | BRUSSELS
CHICAGO | DOHA | DUBAI | FRANKFURT | HONG KONG | HOUSTON | JOHANNESBURG (PTY) LTD. | LOS ANGELES
MADRID | MILAN | MOSCOW | PARIS | RIYADH AFFILIATED OFFICE | ROME | SAN FRANCISCO | SILICON VALLEY | WARSAW