# OSEN LLC
### ATTORNEYS AT LAW

2 University Plaza, Suite 201, Hackensack, NJ 07601
Telephone 201.265.6400  Facsimile 201.265.0303
www.osen.us

June 29, 2012

**VIA ECF AND FEDEX**

Hon. Nina Gershon
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *Linde, et al. v. Arab Bank, PLC*, **04-cv-2799 (NG)(VVP) and related cases**

Dear Judge Gershon:

We represent Plaintiffs in the above-referenced action.  Enclosed please find the following documents:

1.  Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion *In Limine* to Preclude Plaintiffs' Proposed Expert Witness Ronni Shaked from Testifying and to Exclude his Expert Report, and Declaration of Ari Ungar with Exhibits A-H.

2.  Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion *In Limine* to Preclude Plaintiffs' Proposed Expert Witness Arieh Dan Spitzen from Testifying and to Exclude his Expert Report, and Declaration of Joshua D. Glatter with Exhibits A-I.

3.  Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion *In Limine* to Preclude Plaintiffs' Proposed Expert Witness Jonathan Winer from Testifying and to Exclude his Expert Report, and Declaration of Naomi Weinberg with Exhibit 1.

Please note that Plaintiffs' Opposition to Defendant's Motion *In Limine* to Preclude Plaintiffs' Proposed Expert Witness Arieh Dan Spitzen from Testifying and to Exclude his Expert Report has been filed via ECF with the Court under seal.  Additionally, Plaintiffs have filed a redacted version of Ungar Declaration Exhibit B on the Public Docket and an unredacted version under seal.

**Hon. Nina Gershon, U.S.D.J.**
**June 29, 2012**
**Page 2 of 2**

Respectfully submitted,

Aaron Schlanger

Encls.

cc:     All Counsel