# EXHIBIT A

# In The Matter Of:

*COURTNEY LINDE, et al v.*
*ARAB BANK, PLC*

*MOHAMMAD al-TAHAN*
*Vol. 3*
*May 8, 2007*

*European Deposition Services*
*59 Chesson Road*
*London W149QS*
*England*
*United Kingdom*

Original File 2007-05-08 - FINAL.txt
Min-U-Script® with Word Index


```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF NEW YORK
 3   COURTNEY LINDE, et al.,         :
                                     :
 4              Plaintiffs,          :
                                     :
 5    vs.                            :  CV 04-2799 (NG)(VVP)
                                     :
 6   ARAB BANK, PLC,                 :
                                     :
 7              Defendant.           :
                                     :
 8                                   :
     PHILIP LITLE, et al.,           :
 9                                   :
                Plaintiffs,          :
10                                   :
      vs.                            :  CV 04-5449 (NG)(VVP)
11                                   :
     ARAB BANK, PLC,                 :
12                                   :
                Defendant.           :
13                                   :
                                     :
14   ORAN ALMOG, et al.,             :
                                     :
15              Plaintiffs,          :
                                     :
16    vs.                            :  CV 04-5564 (NG)(VVP)
                                     :
17   ARAB BANK, PLC,                 :
                                     :
18              Defendant.           :
                                     :
19                                   :
     ROBERT L. COULTER, SR., FOR     :
20   ESTATE OF JANIS RUTH COULTER:
     et al.,                         :
21                                   :
                Plaintiffs,          :
22                                   :
      vs.                            :  CV 06-1263 (NG)(VVP)
23                                   :
     ARAB BANK, PLC,                 :
24                                   :
                Defendant.           :
25                                   :
```

```
 1   GILA ARRIAT-KURTZER, et al.,:
                                 :
 2              Plaintiffs,      :
                                 :
 3    vs.                        :  CV 05-388 (NG)(VVP)
                                 :
 4   ARAB BANK, PLC,             :
                                 :
 5              Defendant.       :
                                 :
 6                               :
     MICHAEL BENNETT, et al.,    :
 7                               :
                Plaintiffs,      :
 8                               :
      vs.                        :  CV 05-3183 (NG)(VVP)
 9                               :
     ARAB BANK, PLC,             :
10                               :
                Defendant.       :
11                               :
                                 :
12   ARNOLD ROTH, et al.,        :
                                 :
13              Plaintiffs,      :
                                 :
14    vs.                        :  CV 05-3738 (NG)(VVP)
                                 :
15   ARAB BANK, PLC,             :
                                 :
16              Defendant.       :
                                 :
17                               :
     STEWART WEISS AND SUSAN     :
18   WEISS, et al.,              :
                                 :
19              Plaintiffs,      :
                                 :
20    vs.                        :  CV 06-1263 (NG)(VVP)
                                 :
21   ARAB BANK, PLC,             :
                                 :
22              Defendant.       :
                                 :
23

24              DEPOSITION OF MOHAMMAD al-TAHAN

25
```

173

1   MR. HOWARD:  Objection to form.
2   THE WITNESS:  If the Arab Bank publishes, then
3  that is a violation of bank secrecy.  If the bank has
4  nothing to do with it, the responsibility falls on the
5  publisher.
6   Q.  BY MR. ELSNER:  If you would have been made aware
7  of this advertisement when it was made in 2001, would you
8  have instructed anyone at Arab Bank to contact the
9  newspaper and ask them not to publish such announcements?
10   A.  There are competent departments in the regional
11  management, including the legal department, and they take
12  such actions.
13   Q.  Would you have referred this information to the
14  legal department?
15   A.  If they know, if it's published in the paper,
16  they have knowledge of it.  They have it.
17   Q.  The advertisement that you saw in the paper, did
18  it also include a list of names like this announcement
19  does?
20   A.  No.
21   Q.  Have you ever seen any advertisements like -- I'm
22  sorry.
23   Have you ever seen any announcements like
24  the one described in Exhibit 20 in the files of Arab Bank
25  in the Palestinian Territories?

174

1   A.   No.

2   Q.   Were you aware that the Saudi Committee
3   maintained a website?

4   A.   No.

5   MR. HOWARD:  When is a convenient breaking time?
6   We've been going about an hour.

7   MR. ELSNER:  That's fine, we can stop now.

8   VIDEO TECHNICIAN:  Going off the record; 9:29.
9   This is the end of tape one, volume three, of Mohammad
10  al-Tahan's deposition.

11           (The deposition recessed from 9:30 a.m. to
12  9:46 a.m.)

13  VIDEO TECHNICIAN:  This is the beginning of tape
14  two, volume three, and a continuation in the deposition of
15  Mr. Mohammad al-Tahan.  On the record at 9:45.

16  Q.   BY MR. ELSNER:  Mr. Al-Tahan, I'm going to place
17  before you plaintiffs' Exhibit al-Tahan 21.

18           (Deposition Exhibit Number 21 was marked for
19  identification.)

20  MR. ELSNER:  For the record, this is ▓▓▓▓
21  ▓▓▓▓

22  Q.   What is this document, sir?

23  A.   It seems this is extracted from an incoming
24  transfer.

25  Q.   Extracted from what, sir?