# EXHIBIT
# B

# In The Matter Of:

*COURTNEY LINDE, et al. v.*
*ARAB BANK, PLC*

---

*MAZEN ABU HAMDAN*
*Vol. 2*
*November 20, 2009*

---

*European Deposition Services*
*59 Chesson Road*
*London W14 9QS - UK*
*Tel +442073850077*
*www.european-depositions.com*

Original File 112009 M Hamdan Vol II.txt
Min-U-Script®

154

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF NEW YORK

3    _____
                                      :
4    COURTNEY LINDE, et al.,          :
                                      :
5              Plaintiffs,            :
                                      :
6    -against-                        : Case No.:
                                      : CV 04 2799(NG)(VVP)
7    ARAB BANK, PLC,                  :
                                      :
8              Defendant.             :
     _____:
9                                     :
     PHILIP LITLE, et al.,            :
10                                    :
               Plaintiffs,            :
11                                    :
     -against-                        : Case No.:
12                                    : CV 04 5449(NG)(VVP)
     ARAB BANK, PLC,                  :
13                                    :
               Defendant.             :
14   _____:
                                      :
15   ORAN ALMOG, et al.,              :
                                      :
16             Plaintiffs,            :
                                      :
17   -against-                        : Case No.:
                                      : CV 04 5564(NG)(VVP)
18   ARAB BANK, PLC,                  :
                                      :
19             Defendant.             :
     _____:
20

21          VIDEOTAPED DEPOSITION OF
               MAZEN ABU HAMDAN
22               Volume II
              Amman, Jordan
23           November 20, 2009

24

25   Reported by:  BRENDA MATZOV, CA CSR 9243

                HIGHLY CONFIDENTIAL

155

1                          M. HAMDAN

2  ROBERT L. COULTER, SR., FOR        :
   THE ESTATE OF JANIS RUTH           :
3  COULTER, et al.,                   :
                                      :
4           Plaintiffs,               :
                                      :
5  -against-                          : Case No.:
                                      : CV 05 365(NG)(VVP)
6  ARAB BANK, PLC,                    :
                                      :
7           Defendant.                :
   _____   :
8                                     :
   GILA AFRIAT-KURTZER, et al.,       :
9                                     :
            Plaintiffs,               :
10                                    :
   -against-                          : Case No.:
11                                    : CV 05 388(NG)(VVP)
   ARAB BANK, PLC,                    :
12                                    :
            Defendant.                :
13 _____   :
                                      :
14 MICHAEL BENNETT, et al.,           :
                                      :
15          Plaintiffs,               :
                                      :
16 -against-                          : Case No.:
                                      : CV 05 3183(NG)(VVP)
17 ARAB BANK, PLC,                    :
                                      :
18          Defendant.                :
   _____   :
19                                    :
   ARNOLD ROTH, et al.,               :
20                                    :
            Plaintiffs,               :
21                                    :
   -against-                          : Case No.:
22                                    : CV 05 3738(NG)(VVP)
   ARAB BANK, PLC,                    :
23                                    :
            Defendant.                :
24 _____   :

25

HIGHLY CONFIDENTIAL

156

1                                M. HAMDAN

2    STEWART WEISS, et al.,              :
                                         :
3             Plaintiffs,                :
                                         :
4    -against-                           : Case No.:
                                         : CV 06 1623(NG)(VVP)
5    ARAB BANK, PLC,                     :
                                         :
6             Defendant.                 :
     _____        :
7                                        :
     JOSEPH JESNER, et al.,              :
8                                        :
              Plaintiffs,                :
9                                        :
     -against-                           : Case No.:
10                                       : CV 06 3869(NG)(VVP)
     ARAB BANK, PLC,                     :
11                                       :
              Defendant.                 :
12   _____        :
                                         :
13   YAFFA LEV, et al.,                  :
                                         :
14            Plaintiffs,                :
                                         :
15   -against-                           : Case No.:
                                         : CV 08 3251(NG)(VVP)
16   ARAB BANK, PLC,                     :
                                         :
17            Defendant.                 :
     _____        :
18

19

20

21

22

23

24

25
                        HIGHLY CONFIDENTIAL

177

M. HAMDAN

1

2      Q.    How do you know that, sir?

3      A.    Our employees at the bank informed me of

4   that, Mr. Muhammad Tahhan and Mr. Tayseer Sadeq.

5      Q.    When?

6      A.    I don't remember.  It was after I joined

7   the bank.

8      Q.    Well, I'm sure.  But was it in 2002 or

9   2004?  Before the Complaints were filed or after?

10     A.    Before the Complaint was filed.

11     Q.    So you did have information about the

12   Saudi Committee in Support of the Intifada before

13   the Complaints were filed in 2004?

14     A.    Yes.

15     Q.    So your statement yesterday that you had

16   no such information until after the Complaints was

17   [sic] filed was incorrect; is that right?

18          MR. HOWARD:  Objection to form.

19   Mischaracterizes the testimony.

20          THE WITNESS:  Quite the contrary.  I did

21   not -- I do not remember saying that, or I did not

22   say that yesterday.

23          And the program for the support of

24   needy families, as I said, had started before the

25   Complaint was filed.  And that was also when I had

HIGHLY CONFIDENTIAL

178

M. HAMDAN

1  
2  approved the mechanism to implement the transfers

3  for the needy families.  And at that time, I was

4  aware of the committee that was created by Saudi

5  Arabia.

6      Q.   BY MR. ELSNER:  My question was:  You

7  were aware, prior to 2004, that the Saudi Committee

8  in Support of the Intifada was making payments;

9  correct?

10         MR. HOWARD:  Objection to form.  That

11  was not your question yesterday.  Is that even a

12  question?  That's a statement by you, Mr. Elsner.

13  It's a -- it's a misleading and incorrect statement,

14  but I don't -- are you expecting --

15      Q.   BY MR. ELSNER:  The question is --

16         MR. HOWARD:  -- some response?

17      Q.   BY MR. ELSNER:  -- is were you aware

18  prior -- well, let's change the question.

19         Were you aware, prior to 2004, that the

20  Saudi Committee had made transfers to martyrs and

21  prisoners as a result of the Intifada?

22         MR. HOWARD:  That's a different question.

23         THE WITNESS:  Correct.  And that is the

24  question that I answered yesterday.  And I said

25  that I became aware of that after the Complaint

HIGHLY CONFIDENTIAL

179

1                          M. HAMDAN

2    was filed.

3         Q.    BY MR. ELSNER:  And so Mr. Tahhan or

4    Mr. Sadeq did not bring to your attention that,

5    on the Saudi Committee's website, it states that

6    there are payments being made to prisoners and

7    martyrs of the Intifada; is that right?

8              MR. HOWARD:  Objection to form.

9              THE WITNESS:  At what time?  On what date?

10        Q.    BY MR. ELSNER:  Prior to 2004.

11        A.    I don't believe they knew there was a

12   website for the Saudi Committee at that time.

13        Q.    Did they bring that information to your

14   attention after 2004?

15             MR. HOWARD:  Objection to form.

16             THE WITNESS:  I believe the information

17   became available after the Complaint was filed.  But

18   I don't believe it was from Tayseer or Muhammad.

19        Q.    BY MR. ELSNER:  Who brought that to your

20   attention?

21        A.    Our attorney.

22        Q.    This letter that's before -- that you

23   signed that's Exhibit 5 refers to this disk that

24   we were discussing yesterday of all the money

25   transfers sent by the Saudi Committee in Support

HIGHLY CONFIDENTIAL