UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
**COURTNEY LINDE, et al.,**

       **Plaintiffs,**                    **ORDER**

  - against -                                04-cv-2799 (NG)(VVP)
                                   and related cases[1]

**ARAB BANK, PLC,**

       **Defendant,**
-------------------------------------------------------------x
**NINA GERSHON, United States District Judge:**

      Defendant Arab Bank's applications, made in a letter dated April 18, 2013, to file further briefing on its motion for summary judgment and to adjourn the oral argument set for April 24 are denied.

                                     **SO ORDERED.**

                                       /s/ Nina Gershon

                                       **NINA GERSHON**
                                       **United States District Judge**

Dated: April 19, 2013
       Brooklyn, New York

---

[1] The following related cases have been consolidated with this case for the purposes of discovery and other pretrial proceedings: *Philip Litle, et al. v. Arab Bank, PLC*, 04-CV-5449; *Oran Almog, et al. v. Arab Bank, PLC*, 04-CV-5564; *Robert L. Coulter, Sr., et al. v. Arab Bank, PLC*, 05-CV-365; *Gila Afriat-Kurtzer, et al. v. Arab Bank, PLC*, 05-CV-388; *Michael Bennett, et al. v. Arab Bank, PLC*, 05-CV-3183; *Arnold Roth, et al. v. Arab Bank, PLC*, 05-CV-0378; *Stewart Weiss, et al. v. Arab Bank, PLC*, 06-CV-1623; *Joseph Jesner, et al. v. Arab Bank, PLC*, 06-CV-3869; *Yaffa Lev, et al. v. Arab Bank, PLC*, 08-CV-3251; and *Viktoria Agurenko, et al. v. Arab Bank, PLC*, 10-CV-626.