

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Kevin Walsh
kevin.walsh@dlapiper.com
T  212.335.4571
F  212.884.8463

October 15, 2013

BY ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: *Linde, et al. v. Arab Bank, PLC*, Case No. 04-CV-02799 (BMC) (VVP) <u>(E.D.N.Y. filed July 2, 2004) and related actions</u>.

Dear Judge Cogan:

      We represent Arab Bank plc and write in response to Plaintiffs' letter dated October 8, 2013, which requests that the Court issue an order unsealing portions of the transcript of a status conference held before Magistrate Judge Pohorelsky on July 20, 2006. The Plaintiffs' assertion in their letter that the Bank's reply brief in support of its pending petition for certiorari contains a factual error is wrong.

      The Bank stands behind its statement to the Supreme Court that its foreign regulators approved of the production of certain foreign account records to the United States Government.  This fact is confirmed by a diplomatic cable authored by the U. S. Embassy in Amman, which the Plaintiffs themselves have listed as a trial exhibit.

      The Bank is confident in the accuracy of its statements to the Supreme Court.  To this end, the Bank does not oppose the Plaintiffs' request for unsealing of the transcript.

Respectfully submitted,

Kevin Walsh

cc: Magistrate Judge Viktor V. Pohorelsky (by hand delivery)
     All counsel of record (by email)