IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

COURTNEY LINDE, et al.

       Plaintiffs,

   v.

ARAB BANK, PLC,

       Defendant.

Case No. CV 04 2799 (NG)(VVP)

## MOTION FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Aitan D. Goelman of Zuckerman Spaeder LLP, withdraws his appearance on behalf of plaintiffs in the above-captioned matter and hereby requests that no further notices be given or required of him in the action, and that no documents or other pleadings in the action be served upon him.

           Aitan D. Goelman
           Bar No: AG-7040
           ZUCKERMAN SPAEDER LLP
           1800 M Street, NW, Suite 1000
           Washington, DC 20036
           Telephone: (202) 778-1800
           agoelman@zuckerman.com

           *Attorney for Plaintiffs Courtney Linde, et al.*

4512462.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

COURTNEY LINDE, et al.

        Plaintiffs,

v.

ARAB BANK, PLC,

        Defendant.

Case No. CV 04 2799 (NG)(VVP)

### ORDER

Upon consideration of Aitan D. Goelman's Motion for Withdrawal of Counsel, it is this \_\_\_\_ day of _____, 2014, hereby

ORDERED, Motion for Withdrawal of Counsel GRANTED;

SO ORDERED.

                                             BRIAN M. COGAN
                                             U.S. District Court Judge