Juror No:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

COURTNEY LINDE, et al.                    :
                                          :
                                          :
                    Plaintiffs,           :        04 CV 2799 (BMC) (VVP)
          -against-                       :
                                          :
ARAB BANK, PLC,                           :
                                          :
                    Defendant.            :
_____ :

**THE HONORABLE BRIAN M. COGAN**
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK

**JURORS ARE INSTRUCTED TO CALL:** 1-800-522-5100

**ON <u>TUESDAY, AUGUST 12TH</u> AFTER 7:00 PM**

Juror No:_____

# Juror Information

This information will be maintained by the Court Clerk solely for court administrative purposes.


Name:_____


Address:_____

_____

_____


Home Telephone:_____

Work Telephone:_____


Cellular Number:_____

Juror No:_____

TO THE JUROR:

Please complete the following questionnaire to assist the Court and counsel in selecting the jury to serve in this case.  If there is not enough space provided for you to complete your answer, please continue it on the blank page at the back of the questionnaire.

Please do not discuss the questionnaire or your answers with anyone.  It is very important that the answers be yours and yours alone.  Remember, there are no "right" or "wrong" answers. What is needed is your very best, honest effort to answer the questions contained in this booklet.  You are expected to sign your questionnaire, and your answers will have the effect of a statement given to the court under oath.

The purpose of this questionnaire is not to ask unnecessarily about personal matters but to encourage your full expression and candor so that both the plaintiff and the defendant will have a meaningful opportunity to select a fair and impartial jury to try the issues of the case. Your full cooperation is of vital importance.

If you feel that any question requires an answer which is too sensitive (personal or private) to be included in a public record or discussed in open court, simply write "private" in the left margin next to your answer, and the questioning on that topic will be held in private, out of the presence of the other prospective jurors.  One of the benefits of a written questionnaire is that you need not answer the questions in front of the entire jury panel, as would otherwise be the case; however, follow-up questions to specific answers will be asked in open court.

Please print your answers and use ink to insure legibility.

Thank you in advance for your careful and honest response to the questionnaire.

_____                    _____
PLEASE PRINT YOUR LAST NAME                          JUROR NUMBER

Juror No:_____

## SUMMARY OF THE CASE

Plaintiffs allege that they were injured by terrorist attacks in Israel and the Palestinian Territories committed by the terrorist organization Hamas.  Plaintiffs claim that the Defendant, Arab Bank, is liable to them for their injuries because it knowingly provided material support to Hamas.  Defendant asserts that it did not provide any material support to Hamas and is not responsible for the acts committed by Hamas.

Juror No:_____

## HARDSHIP QUESTIONS

1.  The Court and the parties estimate that after a jury is selected, this case may last as long as two months.  Jury service is one of the highest duties and privileges of a citizen of the United States.  Mere inconvenience or the usual financial hardships of jury service will be insufficient to excuse a prospective juror.  If you are selected for jury service, you will be paid a daily fee, beginning at $40, which may be increased depending upon the length of the trial.  If you are a permanent employee, your employer is prohibited from discharging you due to your service.  No one can excuse you from jury service except Judge Cogan, and you will be notified if he does.  You will be notified if you need to appear for jury service.  Do you wish to apply to the Court to be excused on the ground that jury service would be a <u>serious</u> hardship?

    _____Yes          _____No

    If yes, please answer the remaining questions in this section.  If no, please proceed to the next section.

2.  Do you have any current financial or employment problems that may make it difficult for you to serve as a juror?

    _____Yes          _____No

    If yes, please explain:_____

    _____

3.  Does your employer pay you for time missed as a result of jury service?

    __ Yes          __ No          __Unsure*

    ***If you are unsure, please find out before you return to court for jury selection questioning.***

4.  Do you have any current physical, medical, emotional or other problems that may make it difficult for you to serve as a juror?

    _____Yes          _____No

    If yes, please explain:_____

    _____

5.  Do you have any current family or childcare obligations that may make it difficult for you to serve as a juror?

5

Juror No:_____

_____Yes                    _____No

If yes, please explain:_____

_____

6.    Do you have any pre-paid travel plans set between August 1, 2014 and October 31, 2014? If yes, you may be required to provide documentation establishing that travel when you appear.

_____Yes                    _____No

If yes, please explain:_____

_____

7.    Do you have any other important reason(s) not discussed above why you cannot serve in this case during the time indicated?

_____Yes                    _____No

If yes, please explain:_____

_____

Juror No:_____

## JUROR QUESTIONNAIRE

1.   Name: _____

2.   Gender:   _____Male   _____Female

3.   What is your age?  _____

4.   In what borough and area do you currently reside?_____

     How long have you lived there?_____

     Where did you live before?_____

5.   Where were you born and raised?

     Born:_____   Raised:_____

     If you were born outside of the United States, how long have you lived in this country?
     _____

6.   Is English your native language? _____Yes   _____No

     If no, what is your native language?_____

     Do you have any difficulty understanding, speaking or reading the English language?

     _____Yes   _____No

7.   Do you speak, read or have any understanding of the following languages or any dialects
     of those languages?

          A. Arabic   _____Yes   _____No

          B. Hebrew   _____Yes   _____No

8.   If you speak, read or have any understanding of the Arabic or Hebrew language (or any
     part of its dialects), would you have any difficulty relying solely upon a translator's
     translation of the testimony?  _____Yes   _____No

9.   Do you or any of your immediate family members hold dual citizenship between the US
     and any other country?

          _____Yes (self)   _____Yes (family)   _____No

Juror No:_____

If yes, which country? _____

10.  What is your race or ethnic background?

| | |
|---|---|
| _____ Hispanic | _____ Caucasian |
| _____ Puerto Rican | _____ African American |
| _____ Asian | _____ Caribbean Islander |
| _____ Filipino/Pacific Islander | _____ Native American |
| _____ Other (please specify):_____ | |

11.  Marital Status: (If divorced, please check divorced, not single.)

_____ Single/never married
_____ Married for _____ (years)
_____ Domestic Partner for _____ (years)
_____ Lived with partner/non-marital mate for _____ (years)
_____ Separated for _____ (years)
_____ Divorced for _____ (years)
_____ Remarried for _____ (years)
_____ Widowed for _____ (years)

12.  Do you have any children?  _____ Yes  _____ No

If so, please state:  (Please include children you are currently raising or have raised even if they are not your biological children.)

| Sex | Age | Child living with you? | Level of Education | Occupation |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

13.  What is the last level of education you completed?

| | |
|---|---|
| _____ Grade school or less | _____ Some college |
| _____ Some high school | _____ 2 -Yr. college graduate |
| _____ High school graduate | _____ 4 -Yr. college graduate |
| _____ Technical or business school | _____ Post-graduate work |

Juror No:_____

Please list the degrees (if any) you have, the schools and colleges you attended and your major area of study:

_____

_____

14.   Are you currently?

_____ Employed full-time _____ Student
_____ Employed part-time _____ Disabled
_____ Homemaker _____ Unemployed (looking for work)
_____ Retired _____ Unemployed (not looking for work)

If you are now employed, complete the following:

Name of Employer:_____

Type of business employer is in (including if you are self-employed): _____
_____

Job title and duties:_____

_____

How long have you been employed at your current job?_____

If you are self-employed, how long have you been self-employed? _____

If you are currently a student, list your level and area(s) of study including where you are studying: _____

If you checked unemployed, retired, disabled, homemaker or student, please answer the following questions about your last position:

How long were you at this job?_____Date job ended:_____

Name of Employer:_____

Type of business employer is in: _____

Job title and duties:_____

_____

Juror No:_____

15.   Over your working life, what types of jobs have you held:_____

_____

16.   Have you ever been employed as a manager or supervisor?        _____Yes  _____No

      If yes, how many people did you manage/supervise? _____

17.   Have you ever owned a business?                                      _____Yes  _____No

      If yes, please explain, including for how long and type of business:_____

_____
_____

18.   If you checked married or living with non-marital partner, please supply the following
      information about that person.

             Are they:
             _____ Employed full-time   _____ Student
             _____ Employed part-time   _____ Disabled
             _____Homemaker             _____ Unemployed (looking for work)
             _____ Retired              _____ Unemployed (not looking for work)

      Highest grade completed:_____

      If currently a student, list level and area(s) of study including where he/she is studying:
      _____

      If employed, name of employer and type of business:_____

      How long has he/she been at the current job?_____

      Job title/duties (describe briefly):_____

      If not currently working, identify previous employer, job title and date job ended:
      _____

19.   Have you, anyone in your family, or a close friend ever been a victim of a crime (whether
      or not reported to the police)?

      _____Yes (self)        _____Yes (family)        _____Yes (friend)        _____No

      If yes, to your knowledge was anyone arrested in connection with the crime?

Juror No:_____

_____ Yes             _____ No

20.  If you answered "yes" to 19 above, is there anything about this fact that would make it difficult for you to sit as a fair and impartial juror in this case?

_____ Yes             _____ No

If yes, please explain:

_____

_____

21.  Have you or anyone in your family ever sued anyone or been sued by anyone?

_____Yes (self)          _____Yes (family)          _____No

If yes, were you/they: _____Sued          _____Been sued          _____Both

If yes (family), who (relationship to you):_____

Please explain, including nature and outcome of the case:_____

_____

Were you/they satisfied with the outcome?          _____Yes          _____No

22.  Have you, anyone in your family or close friend ever been arrested, charged, indicted, or convicted of a crime other than a traffic ticket?

_____ Yes             _____ No

If yes, please explain:

_____

_____

23.  If you answered "yes" to 22 above, is there anything about this fact that would make it difficult for you to sit as a fair and impartial juror in this case?

Juror No:_____

_____ Yes                _____ No

If yes, please explain:

_____

_____

24.   Have you ever had any previous experience as a juror or grand juror?_____Yes   ___No

If yes, please complete the following:

| | Civil, Criminal or Grand Jury | Nature of Case (i.e., robbery or personal injury) | When/Where? | Was a verdict reached (yes or no) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Were you ever a foreperson?                        _____Yes   _____No

Is there anything about your prior jury experience that would make it difficult to serve again?

_____Yes                _____No

If yes, please explain:_____

_____

25.   Have you ever appeared or testified as a witness in any investigation or any type of court proceeding?

_____Yes                _____No

If yes, please explain the nature of the proceeding:_____

_____

_____

12

Juror No:_____

26. If you have appeared as a witness and were cross-examined, is there anything about that experience that would affect your ability to serve as a juror in this case?

_____Yes                    _____No

If yes, please explain:_____

_____

_____

27. Have you, any of your family members or close friends ever had any education or employment in any aspect of the legal field?

_____Yes (self)        _____Yes (family)        _____Yes (friend)        _____No

If yes, please explain:_____

_____

28. Have you or a family member ever attended law school or been a lawyer?

_____ Yes                    _____ No

29. Do you have any opinions about lawyers that would make it difficult for you to render a fair and impartial verdict?

_____ Yes                    _____ No

If yes, please explain:

_____

30. Have you, any of your family members or close friends ever been employed by any governmental agency or other entity that regulates banking or other financial activity such as the Financial Crimes Enforcement Network (FinCEN), the Office of the Comptroller of the Currency (OCC), the Federal Reserve Bank, the Securities and Exchange Commission (SEC), Financial Industry Regulatory Authority (FINRA), National Association of Securities Dealers (NASD), Federal Deposit Insurance Corporation (FDIC), or any federal or state banking regulator (e.g., the New York State Department of Banking)?

_____Yes (self)        _____Yes (family)        _____Yes (friend)        _____No

Juror No:_____

If yes, please explain:_____

_____

Juror No:_____

31.  Have you, an <u>immediate</u> family member or close friend ever had any training, education or employment (including applying for employment) in any of the following?

|  | Yes (self) | Yes (family) | Yes (friend) | No |
|---|---|---|---|---|
| a. banking | _____ | _____ | _____ | _____ |
| b. compliance/quality control | _____ | _____ | _____ | _____ |
| d. finance/investing | _____ | _____ | _____ | _____ |
| e. accounting/auditing | _____ | _____ | _____ | _____ |
| f. law enforcement (NYPD, FBI, DEA, ICE, etc.) | _____ | _____ | _____ | _____ |
| g. prosecutorial agency (local, county, state or federal) | _____ | _____ | _____ | _____ |
| h. security (government or private) | _____ | _____ | _____ | _____ |
| i. intelligence/national security | _____ | _____ | _____ | _____ |
| j. military | _____ | _____ | _____ | _____ |
| k. law/legal field | _____ | _____ | _____ | _____ |
| l. charity/non-profit | _____ | _____ | _____ | _____ |
| m. news or other media | _____ | _____ | _____ | _____ |

If yes to any of the above, please explain, including who (in relation to you) and nature of the education or employment: _____

_____

_____

_____

_____

_____

Juror No:_____

_____

_____

_____

If yes to any of the above, would anything about this employment prevent you from evaluating the evidence presented in this case in a fair and impartial manner?

_____Yes                    _____No

If yes, please explain:_____

_____

32.  Have you, any of your family members or close friends ever had any training, education or employment that involved any aspect dealing with terrorism?

_____Yes (self)       _____Yes (family)        _____Yes (friend)         _____No

If yes, please explain:_____

_____

33.  Which <u>one</u> source do you most rely on for news:

_____Newspaper            _____Internet

_____Television            _____Other:_____

_____Radio            _____Do not follow the news

34.  What newspapers, magazines and periodicals do you subscribe to or regularly read?

_____

_____

35.  What television programs dealing with the American justice system do you watch, and how frequently do you watch these programs/shows (e.g., daily, often, occasionally, rarely)?

_____

Juror No:_____

36. As a result of your exposure to the media, is there any reason why you cannot be fair and impartial in this case?

_____Yes                    _____No

If yes, please explain:_____


37. How closely do you follow news stories in the media about terrorism and the war on terrorism?

_____Very closely        _____ Not very closely
_____Somewhat closely    _____Not at all closely

38. How concerned are you that you or someone close to you might become the victim of an act of terrorism?

_____Very concerned      _____ Not very concerned
_____Somewhat concerned  _____Not at all concerned

39. Were you or anyone you know a victim of the terrorist attacks on September 11, 2001?

_____Yes (self)      _____ Yes (other)        _____No

If yes, please explain including who (in relation to you):_____


40. Have you or anyone you know ever been first responders or involved in any rescue or relief efforts after a terrorist attack, including the attacks on the September 11, 2001?

_____Yes (self)        _____Yes (other)        _____No

If yes, please explain including who (in relation to you):_____

Juror No:_____

41. Other than the September 11, 2001 attacks, have you or anyone you know been a victim of terrorism?

_____Yes (self)          _____Yes (other)          _____No

If yes, please explain including who (in relation to you):_____

_____

_____

42. Have you or anyone you know ever been a victim of a terrorist attack in Israel?

_____Yes (self)          _____Yes (other)          _____No

If yes, please explain including who (in relation to you):_____

_____

43. Have you, any of your family members or close friends ever donated time or money to any organization that provides assistance to the State of Israel, Israeli organizations, or organizations that provide assistance to people in Israel?

_____Yes (self)        _____Yes (family)        _____Yes (friend)        _____No

If yes, please explain:_____

_____

44. Have you or any of your family members ever donated time or money to any Islamic charities?

_____Yes (self)          _____Yes (family)          _____No

If yes, please explain:_____

_____

45. Have you or any of your family members ever donated time or money to charities or relief agencies providing support for Palestine, Palestinian refugees, the Palestinian Authority, Palestinian organizations, or organizations that provide assistance to Palestinians ?

_____Yes (self)          _____Yes (family)          _____No

Juror No:_____

If yes, please explain:_____

_____

46.   Have you or anyone you know been affected in any way by terrorist attacks in the West Bank or Gaza?

_____Yes                      _____No

If yes, please explain, including who (in relation to you):_____

_____

47.   Do you have a problem with a case being tried in the United States over a series of events that are alleged to have occurred in the United States and in the Middle East?

_____Yes                      _____No

If yes, please explain:_____

_____

48.   Have you, any of your family members or close friends ever lived in or traveled to any country in the Middle East (such as Egypt, Israel, Jordan, Syria, Iraq, Iran, Saudi Arabia, Lebanon, Oman, Dubai, etc.)?

_____Yes (self)        _____Yes (family)         _____Yes (friend)        _____No

If yes, please explain, including which countries, for how long and what purpose:_____

_____

_____

_____

_____

49.   Do you know anyone who currently resides in the Middle East (such as Egypt, Israel, Jordan, Syria, Iraq, Iran, Saudi Arabia, Lebanon, Oman, Dubai, etc.)?

_____Yes (self)        _____Yes (family)         _____Yes (friend)        _____No

If yes, please explain, including which countries, for how long and what purpose:_____

_____

Juror No:_____

_____

50. Have you ever heard of an organization called the Saudi Committee in Support of the Al Quds Intifada?

_____Yes          _____No

If yes, please explain when you heard about it and under what circumstances you heard about it: _____

_____

_____

51. How closely do you follow international news?

_____Very closely          _____ Not very closely
_____Somewhat closely     _____Not closely at all

52. How closely do you follow news about events in the Middle East?

_____Very closely          _____ Not very closely
_____Somewhat closely     _____Not closely at all

53. How closely do you follow news about Israeli-Palestinian issues?

_____Very closely          _____ Not very closely
_____Somewhat closely     _____Not closely at all

54. How knowledgeable do you consider yourself about Israeli-Palestinian issues?

_____Very knowledgeable          _____ Not very knowledgeable
_____Somewhat knowledgeable      _____Not knowledgeable at all

55. Have you formed an opinion about which side of the Israeli-Palestinian conflict is right?

____Israel     _____Palestine     ____Both     _____Neither     _____Don't know/ No opinion

56. Have you, any of your family members or close friends ever had any unfavorable impressions of Muslims or people of Arab descent?

____Yes (self)     ____Yes (family)     _____Yes (friend)     _____No

Juror No:_____

If yes, please explain:_____

_____

57. Have you, any of your family members or close friends had any experience that would cause you to be biased for or against a defendant who is Arab or Muslim?

_____Yes (self)          _____Yes (family)          _____Yes (friend)          _____No

If yes, please explain:_____

_____

58. Do you have any feelings about Arabs, Muslims, or the religion of Islam that would make it difficult for you to listen to evidence and decide a case with an open mind?

_____Yes          _____No

If yes, please explain:_____

_____

_____

59. Have you, any of your family members or close friends ever had any unfavorable impressions of Jewish people?

_____Yes (self)          _____Yes (family)          _____Yes (friend)          _____No

If yes, please explain:_____

_____

60. Have you, any of your family members or close friends had any experience that would cause you to be biased for or against a plaintiff who is Jewish?

_____Yes (self)          _____Yes (family)          _____Yes (friend)          _____No

If yes, please explain:_____

_____

Juror No:_____

61.   Do you have any feelings about Jews or the religion of Judaism that would make it difficult for you to listen to evidence and decide a case with an open mind?

_____Yes                    _____No

If yes, please explain:_____

_____

_____

62.   Have you seen, read or heard anything about this case?

_____Yes                    _____No

If yes, please describe what you have seen, read or heard:_____

_____

_____

If yes, have you formed any opinions about this case based on what you have seen, read or heard?

_____Yes                    _____No

If yes, please describe those opinions:_____

_____

_____

63.   Are you familiar with Arab Bank?      _____Yes       _____No

If yes, how did you become familiar with Arab Bank? _____

_____

Juror No:_____

If yes, what is your opinion of Arab Bank?

_____Very good              _____Below average
_____Good                   _____Poor
_____Average                _____Don't know

64.   Have you, any of your family members or close friends ever been employed by, had business dealings with, had accounts at, or had any other connection with Arab Bank plc?

_____Yes (self)      _____Yes (family)      _____Yes (friend)      _____No

If yes, please explain:_____

_____

65.   Would you refuse to do business with a bank based in an Arab country in the Middle East?

_____Yes              _____No

If yes, please explain:_____

_____

66.   The judge who will preside over this case is The Honorable Brian M. Cogan, United States District Judge for the Eastern District of New York. Do you or anyone close to you know or have any connection with Judge Cogan or any of his staff?

_____Yes              _____No

If yes, please explain:_____

_____

Juror No:_____

67. If you are selected as a juror in this case, the judge will instruct you to avoid all media about this case, and not to go on the internet with regard to this case for any purpose. That is, you will be forbidden from reading newspaper articles about this case, listening to any radio or television reports about the case, "Googling" this case, blogging/tweeting about it or posting comments on any social media sites, etc. Do you have any reservations or concerns about your ability or willingness to follow this instruction?

_____Yes            _____No

If yes, please explain:_____

_____

68. In regard to the issues involved in this case, is there anything about you that this questionnaire does not address that you think might be important for the attorneys and the judge to know?

_____Yes            _____No

If yes, please explain:_____

_____

69. At the conclusion of the case, it is the judge's task and duty to charge you on the law and explain to you the elements of the claims that plaintiffs intended to prove at trial.  Do you have personal, religious, philosophical, or other beliefs as to what the law is or should be that would make it difficult for you to follow the instructions of the judge or that would make it difficult for you to sit in the judgment of another?

_____Yes            _____No

If yes, please explain:_____

_____

_____

24

Juror No:_____

70.  Is there anything that has come up in this questionnaire which creates a doubt in your mind as to whether you could be a fair, objective and impartial juror in this particular case?

_____Yes                    _____No

If yes, please explain:_____

_____

I declare under penalty of perjury that the foregoing information is true and correct:

Date:_____        _____
                                                    SIGNATURE

Juror No:_____

## ADDITIONAL INFORMATION

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror No:_____