**OSEN LLC**
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 University Plaza, Suite 201, Hackensack, NJ 07601     345 Seventh Avenue, 21st Floor, New York, NY 10001
T. 201.265.6400   F. 201.265.0303                       T. 646.380.0470   F. 646.380.0471

August 6, 2014

**VIA ECF**

Hon. Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Linde v. Arab Bank, PLC*, 04-CV-2799 (BMC)(VVP) and related cases
      **Response to the Court's August 5, 2014 Order**

Dear Judge Cogan:

We write on behalf of all Plaintiffs in response to Your Honor's Order.

Plaintiffs intend to present Mr. Scholtz live, as a hostile witness in our case-in-chief. Plaintiffs may also call Ms. Pacheco live, as a hostile witness in our case-in-chief. Should Defendant call either witness in its direct case, we would also cross-examine them.

With respect to Mr. Billard, we are removing him as a witness from our case-in-chief, but reserve the right to cross-examine him if the Defendant ultimately calls him live in its direct case.

Respectfully submitted,

/s/ Gary M. Osen

cc:   All Counsel