# Exhibit A

**Aaron Schlanger**

| | |
|---|---|
| **From:** | Joshua Glatter |
| **Sent:** | Sunday, August 03, 2014 12:26 PM |
| **To:** | Stephens, Shand S.; Coles, Anthony P.; Ingerman, Brett (brett.ingerman@dlapiper.com); Kevin Walsh (kevin.walsh@dlapiper.com) (kevin.walsh@dlapiper.com); Matystik, Matthew; Hepworth, Michael; Young, Steven |
| **Cc:** | Gary M. Osen; Ari Ungar; Aaron Schlanger; Cindy T. Schlanger; Mark Werbner; Joel Israel; Jim Bonner; Naomi Weinberg; Naunton, Shawn; Lynaugh, Maggie; Steven M. Steingard ; Stephen Schwartz; Peter Raven-Hansen ; Tab Turner; Elsner, Mike; Eubanks, John |
| **Subject:** | Arab Bank litigation - attribution of attacks to Hamas |

Dear Counsel,

In light of Judge Cogan's July 31, 2014 Order (entered August 1), is the Bank now prepared to stipulate to Hamas's responsibility for the attacks? If the Bank is prepared to so stipulate, Plaintiffs are prepared to, correspondingly, considerably limit Ronni Shaked and Evan Kohlmann's expert testimony in the manner described below, and remove the five eyewitnesses remaining on our trial witness list. Specifically, if the Defendant so stipulates:

  1.  We will limit Evan Kohlmann's testimony to  a brief general explanation of  Hamas internet footprint history and provenance  for contextual purposes, followed by testimony advising the jury that in his expert opinion, *Palestine-Info.info and alqassam.ps* were official Hamas websites and explaining his basis for concluding that the websites were controlled by Hamas (including references in the websites set forth in documents directing donations to Osama Hamdan's account with Arab Bank in Beirut). In the face of the Bank's stipulation, we would not ask Mr. Kohlmann to testify about Hamas's claims of responsibility for any of the specific attacks.

  2. We will limit Mr. Shaked's testimony to advising which  Hamas operatives were specifically involved in 12 of the 24 attacks. This portion of his testimony would still be necessary because Plaintiffs allege that perpetrators from those 12 attacks (or their families) received payments facilitated by Arab Bank, and Mr. Shaked has documented that observation in his report.

  3. We would strike Mr. Averbach and Messrs. Brif, Faudem, Babkoff and Bar from our witness list.

  4. We would remove certain videos from our trial exhibit list, *e.g.* PX3272; PX3273; PX3281; PX 3284; PX 3285; PX 3398; PX 3532; PX 3826; PX 3863; PX 3912; PX 4017; PX3533 (subject to verification)

Please advise us no later than 3 pm Eastern time Monday if the Bank will stipulate so that it can be reflected in the order of witnesses Plaintiffs have been directed to submit tomorrow to the Court. Thank you in advance for your cooperation.

Regards,
Josh Glatter

Joshua D. Glatter
Attorney at Law

**OSEN LLC**
2 University Plaza, Suite 201
Hackensack, New Jersey 07601 / USA
Telephone 201.265.6400
Facsimile 201.265.0303

345 Seventh Avenue, 21st Floor
New York, NY 10001 / USA
Telephone 646.380.0470
Facsimile 646.380.0471
jglatter@osenlaw.com
www.osenlaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law, and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation. OSEN LLC - Attorneys at Law.