**From:** Stephens, Shand S. [mailto:Shand.Stephens@dlapiper.com]
**Sent:** Tuesday, May 13, 2014 4:02 PM
**To:** Gary M. Osen
**Cc:** Coles, Anthony P.; Setrakian, Berge
**Subject:** Linde v Arab Bank

Gary - This is to respond to your email dated May 1, 2014, concerning the expert report and testimony of Dr. Milton-Edwards, which are addressed to her report dated April 8, 2014, forwarded to you on April 11. We do not agree we are required to answer each question plaintiffs choose to ask.  The majority of your questions should be addressed to Dr. Milton-Edwards at her deposition, which will occur in New York if plaintiffs wish.  As Dr. Milton-Edwards indicates in her supplemental report,  several months after Judge Gershon' s  February 6, 2013 order she returned to Gaza and the West Bank and, as a part of that visit, she "was able to revisit several of the twelve relevant zakat committees."  The assistant she uses is her own.  Dr. Milton-Edwards reports are being  supplemented because of Judge Gershon' s order. We will produce documents as required by  the rules on experts, and have already produced the additional documents on which Dr. Milton-Edwards relies.  We have amended the defendant's trial exhibit list in accord with our agreement with the plaintiffs and do not anticipate additional amendments, but reserve the right to make amendments.  Defendant does not categorically oppose in advance on timeliness grounds evidence proposed by plaintiffs, but we cannot make a determination as to objections until we see the evidence proposed.  We are amenable to any reasonable schedule for Daubert or other motions.

We expect that the plaintiffs are anxious to try this case based on the merits.  This expert's supplemental report and testimony will further that result.


**Shand S Stephens**
Partner

**E** shand.stephens@dlapiper.com



DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
**T** +1 212 335 4594
**F** +1 212 335 4501
**M** +1 415.264.0404
www.dlapiper.com

555 Mission Street, Suite 2400
San Francisco, California 94105-2933
**T** +1 415.615.6028
**F** +1 415.659.7328
**M** +1 415.264.0404

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged.  It has been sent for the sole use of the intended

recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.