

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Shand S. Stephens
shand.stephens@dlapiper.com
T   415.615.6028
F   415.659.7328

September 4, 2014

**VIA ECF**

Honorable Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:    Linde v. Arab Bank, PLC, 04-CV-2799 (BMC) (VVP), and related ATA cases**

Dear Judge Cogan:

On behalf of defendant Arab Bank, plc, we enclose herewith as Exhibit 1 the slides we anticipate using with Sabih Al-Masri.  We do not anticipate using any exhibits during the direct examination of this witness.

Respectfully submitted,

**DLA Piper LLP (US)**


_____/s/_____
Shand S. Stephens

Enclosure

cc:    All Counsel (via ECF)