# Exhibit 1



# Arab Bank Headquarters – Amman, Jordan

Case 1:05-cv-01623-BMC-VVP Document 889-1 Filed 09/04/14 Page 3 of 10 PageID #: 71284



2

# The Oslo Peace Accord

Case 1:06-cv-01623-BMC-VVP Document 889-1 Filed 09/04/14 Page 4 of 10 PageID #: 71285



*http://www.theguardian.com/world/2011/jan/23/timeline-middle-east-peace-talks*

3



# Grand Hyatt Hotel in Amman, Jordan Bombed

Case 1:06-cv-01623-BMC-VVP   Document 889-1   Filed 09/04/14   Page 6 of 10 PageID #: 71287



5

# Al Hamra Oasis Village Bombed



6

# Rafic Hariri





# Gaza Industrial Zone



9