

DLA Piper **LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Shand S. Stephens
shand.stephens@dlapiper.com
T   415.615.6028
F   415.659.7328

September 10, 2014

**VIA ECF**

Honorable Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Linde v. Arab Bank, PLC*, **04-CV-2799 (BMC) (VVP), and related ATA cases**

Dear Judge Cogan:

On behalf of defendant Arab Bank, plc, we enclose herewith as Exhibits 1 through 8 the demonstratives and exhibits we anticipate using during the direct examinations of Brian Billard, Mohammad Dabbour, Shukry Bishara, and Mazen Abu Hamdan, as follows:

Exhibit 1: Demonstratives to be used with Brian Billard
Exhibit 2: Exhibits to be used with Brian Billard
Exhibit 3: Demonstratives to be used with Mohammad Dabbour
Exhibit 4: Exhibits to be used with Mohammad Dabbour
Exhibit 5: Demonstratives to be used with Shukry Bishara
Exhibit 6: Exhibits to be used with Shukry Bishara
Exhibit 7: Demonstratives to be used with Mazen Abu Hamdan
Exhibit 8: Exhibits to be used with Mazen Abu Hamdan

Respectfully submitted,

**DLA Piper LLP (US)**

_____/s/_____
Shand S. Stephens

Enclosures

cc:   all counsel (via ECF)