

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Shand S. Stephens
shand.stephens@dlapiper.com
T 415.615.6028
F 415.659.7328

September 10, 2014

**VIA ECF**

Honorable Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** **Linde v. Arab Bank, PLC, 04-CV-2799 (BMC) (VVP), and related ATA cases**

Dear Judge Cogan:

      On behalf of defendant Arab Bank, plc, we enclose herewith as Exhibit 1 updated slides we anticipate using with Brian Billard.

      Respectfully submitted,

      **DLA Piper LLP (US)**

      _____/s/_____
      Shand S. Stephens

Enclosure

cc: All Counsel (via ECF)