# EXHIBIT 1

# New York Wire Transfers Received by 12 Palestinian Charities Identified by Plaintiffs: 1999-2004

- Union of the Good
- The Islamic Center – Gaza
- The Islamic Society – Gaza
- Al-Salah Islamic Association – Gaza
- Al Nur Prisoners Society – Gaza
- Islamic Charitable Society – Hebron

- Jenin Charitable Society
- Nablus Zakat Committee
- Tulkarem Zakat Committee
- Ramallah – al-Bireh Zakat Committee
- Al-Islah Charitable Society – Ramallah & Al-Bireh
- Al-Tadamun Charitable Society – Nablus

**TOTAL: 329 Transactions**

1

# New York Wire Transfers from Al Hayek Identified by Plaintiffs

- Al-Islah Charitable Society-Ramallah & Al-Bireh
- Ahmed Yasine
- Saleh Shehadeh
- Ismail Haniyeh
- Salam Ismail Haniyeh
- Ismail Abu Shanab
- Ghazi Hamad
- Khaled Mohamed Amin El-Haj
- Jamal Salim (Damouni)
- Lateefah Naji Othman Chawa
- Mehdi Ahaker El Hanbali
- Nada Jamal Mohamad Jayousi
- Khawla Ata Mohamad Elsheikh Omar
- Abbas Mohamed Al Sayed
- Abd Al Hakeem Ali Al Manaameh
- Ayman Amwar Ahmad Arafat
- Bahaeddine Saad El Madhoun
- Haleemah Hasan Yasine
- Hiyam Said Suliman Khalil
- Huda Ahmad Darwazah
- Khaled Ibrahim Al Quqa
- Khalil Hasan Yasine
- Muhammad Saleh Taha
- Mohammad Hasan Al Chamaa
- Muna Salim Saleh Mansur
- Riyad Husein Abdella Abu Zayd
- Sabha Said Hasan Dar Khalil
- Sayed Abu Musameh
- Khaled Ghazi Daoud Al Masri
- Hanan Saleh Mahmoud Ahmad
- Hatem Jabr Abou Haijeh
- Omar Al Abdul Al
- Hammad Abdul Aziz Mohamad Al Sharafa
- Laekah Assad Saeed Sabaenah
- Karam Marzouk Joudallah
- Mohamed Redwan Ibrahim Yasine
- Shaker Hayel Rabah Dababseh
- Naelah Khaled Daher
- Tahrir Shaaban Mohamed Al Sharif
- Mohamad Nawfal
- Aqeelah Mahmoud Mohamad Al Sakani
- Dawlat Rajeh Ahmed Shreim
- Hibah Ahmed Ali Ahmed
- Rabah Hayel Takrouri

**TOTAL: 282 Transactions**

2

# New York Wire Transfers Sent by 9 International Charities Identified by Plaintiffs: 1999-2004

- Holyland Foundation
- Interpal
- Al Aqsa Foundation
- ASP (Association Secours Palestinian)
- CBSP
- World Assembly of Muslim Youth (WAMY)
- Global Relief Foundation
- IRFAN
- International Islamic Charitable Organization

**TOTAL: 358 Transactions**

# Summary

- **329** New York wire transfers received by 12 Palestinian charities identified by Plaintiffs

- **282** New York wire transfers from Al Hayek identified by Plaintiffs

- **358** New York wire transfers Sent by 9 International Charities Identified by Plaintiffs

- Total transactions reviewed: **969**

4