

DLA Piper **LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Shand S. Stephens
shand.stephens@dlapiper.com
T   415.615.6028
F   415.659.7328

September 14, 2014

<u>VIA ECF</u>

Honorable Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Linde v. Arab Bank, PLC*, **04-CV-2799 (BMC) (VVP), and related ATA cases**

Dear Judge Cogan:

On behalf of defendant Arab Bank, plc, (the "Bank") we enclose herewith as <u>Exhibit 1</u> a list of demonstratives and exhibits the Bank anticipates using during the direct examination of Mohammed Al-Tahan.  We also write to supplement the Bank's previous disclosure of exhibits and demonstratives for Assad Saleh filed with the Court on Sept. 12 (ECF No. 1143), with the additional demonstrative and exhibits listed on <u>Exhibit 2</u>, enclosed herewith.

Respectfully submitted,

**DLA Piper LLP (US)**

/s/
Shand S. Stephens

Enclosures

cc:   all counsel (via ECF)