**Exhibit 1**

Demonstratives to be used with Mohammed Tahan
- Tahan Dep. 274-276, 285

Exhibits to be used with Mohammed Tahan
- PX 306
- PX 325
- PX 327
- PX 362
- PX 382
- PX 402
- PX 4791
- PX 4792