**Exhibit 2**

Additional Demonstrative to be used with Assad Saleh
- Portion of English translation of the first page of PX 306

Additional Exhibits to be used with Assad Saleh
- PX 362
- PX 382
- PX 402
- PX 4791
- PX 4792
- DX 194