

DLA Piper **LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Shand S. Stephens
shand.stephens@dlapiper.com
T   212.335.4594
F   212.335.4501

*VIA ECF*  September 16, 2014

Honorable Brian M. Cogan, United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Linde v. Arab Bank, PLC*, **04-CV-2799** **(BMC) (VVP), and related cases**

Dear Judge Cogan:

    Arab Bank plc moves to strike the following testimony by Mohammad Al-Tahan, presented by Plaintiffs in their Excerpt 9 of deposition testimony (PX4793), because it is misleading and incomplete in the absence of Mr. Tahan's corrected answer given in that same deposition:

    276:16 Q. BY MR. WERBNER: And similarly, in 2001 to 2003,
    276:17 did you see on television and other places a Mr. Ismail
    276:18 Haniyeh as being a leader of the Hamas organization?
    276:20 THE WITNESS: Yes.

Mr. Tahan corrected this answer during his deposition as follows:

    285:16 THE WITNESS: Sir, you asked me about my
    285:17 knowledge between the years 2001 and 2003 of Ismail
    285:18 Haniyeh. I don't know him during that period, but now he
    285:19 is the prime minister of Hamas government, and everyone
    285:20 knows him in that capacity.

(Attached below as <u>Exhibit A</u>.)  The Bank had objected to Plaintiffs' designation of 276:16-276:20, but that objection was overruled.  (Order, dated Aug. 27, 2014 (ECF No. 1043), at 15.)

    The rule of completeness for recorded statements, Fed. R. Evid. 106, as well as Fed. R. Evid. 611(a), require complete statements to avoid misleading the jury.  *United States v. Castro*, 813 F.2d 571, 575-76 (2d Cir.), *cert. denied*, 484 U.S. 844 (1987).  Accordingly, the Court should either strike 276:16-20 or require that the complete testimony on this question, 276:16-20 and 285:16-20, be made available to the jury.



Honorable Brian M. Cogan
September 16, 2014
Page Two

                                                Respectfully submitted,

                                                **DLA Piper LLP (US)**

                                                _____/s/_____
                                                Shand S. Stephens

cc:  all counsel (via ECF)