# Exhibit A

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF NEW YORK
 3   COURTNEY LINDE, et al.,         :
 4             Plaintiffs,           :
 5    vs.                            :  CV 04-2799 (NG)(VVP)
 6   ARAB BANK, PLC,                 :
 7             Defendant.            :
 8   _____ :
     PHILIP LITLE, et al.,           :
 9             Plaintiffs,           :
10    vs.                            :  CV 04-5449 (NG)(VVP)
11   ARAB BANK, PLC,                 :
12             Defendant.            :
13   _____ :
14   ORAN ALMOG, et al.,             :
15             Plaintiffs,           :
16    vs.                            :  CV 04-5564 (NG)(VVP)
17   ARAB BANK, PLC,                 :
18             Defendant.            :
19   _____ :
     ROBERT L. COULTER, SR., FOR     :
20   ESTATE OF JANIS RUTH COULTER    :
     et al.,                         :
21             Plaintiffs,           :
22    vs.                            :  CV 06-1263 (NG)(VVP)
23   ARAB BANK, PLC,                 :
24             Defendant.            :
25   _____ :
```

**COPY**

```
 1  GILA ARRIAT-KURTZER, et al.,:
 2          Plaintiffs,         :
 3   vs.                        :  CV 05-388 (NG)(VVP)
 4  ARAB BANK, PLC,             :
 5          Defendant.          :
    _____
 6                              :
    MICHAEL BENNETT, et al.,    :
 7          Plaintiffs,         :
 8                              :
     vs.                        :  CV 05-3183 (NG)(VVP)
 9  ARAB BANK, PLC,             :
10                              :
            Defendant.          :
11  _____
12  ARNOLD ROTH, et al.,        :
13          Plaintiffs,         :
14   vs.                        :  CV 05-3738 (NG)(VVP)
15  ARAB BANK, PLC,             :
16          Defendant.          :
17  _____
    STEWART WEISS AND SUSAN     :
18  WEISS, et al.,
19          Plaintiffs,         :
20   vs.                        :  CV 06-1263 (NG)(VVP)
21  ARAB BANK, PLC,             :
22          Defendant.          :
23  _____
24         DEPOSITION OF MOHAMMAD al-TAHAN
25
```

```
03:40  1            THE WITNESS:  I don't know.
03:40  2       Q.   BY MR. WERBNER:  Were you, during the years 2001,
03:40  3   2003, while living in Jerusalem and working in Ramallah,
03:40  4   aware of the name of Mr. Rantisi, an assistant to Sheikh
03:40  5   Ahmed Yassin in Gaza?
03:41  6       A.   He was mentioned in the mass media, but I did not
03:41  7   know he was an assistant to Ahmed Yassin.
03:41  8       Q.   How was he described in the media that you saw at
03:41  9   that time, that is Mr. Rantisi?
03:41 10       A.   When he made a statement to the media.
03:41 11       Q.   And you knew that he claimed to be speaking on
03:41 12   behalf of Hamas?
03:41 13            MR. HOWARD:  Objection.  Objection to form.
03:41 14            THE WITNESS:  This was what was stated on TV
03:42 15   screens.
03:42 16       Q.   BY MR. WERBNER:  And similarly, in 2001 to 2003,
03:42 17   did you see on television and other places a Mr. Ismail
03:42 18   Haniyeh as being a leader of the Hamas organization?
03:42 19            MR. HOWARD:  Objection to form.
03:42 20            THE WITNESS:  Yes.
03:42 21       Q.   BY MR. WERBNER:  And did you follow in the media
03:42 22   the trial and conviction of Marwan Barghouti as the leader
03:42 23   of the Al Aqsa Martyrs Brigade and his role in planning
03:43 24   and supporting criminal terror attacks?
03:43 25       A.   Whatever was mentioned on television.
```

# BLUE SHEET

```
04:10  1           THE WITNESS:  Sir, in the business we follow
04:10  2  policies and procedures.
04:10  3           MR. HOWARD:  Is this a good time for a break?
04:11  4           MR. WERBNER:  Yes.
04:11  5           VIDEO TECHNICIAN:  Going off the record, 12:14.
04:11  6              (The deposition recessed from 12:15 p.m. to
04:37  7  12:41 p.m.)
04:37  8           VIDEO TECHNICIAN:  Back on the record, 12:40.
04:37  9           MR. HOWARD:  For the record, I understand
04:37 10  Mr. Tahan has a clarification he would like to make
04:37 11  concerning one of his prior answers.
04:37 12           MR. WERBNER:  Well, I object to doing that now
04:37 13  instead of during your time of questioning, but subject to
04:37 14  that, let's move on.
04:37 15           THE INTERPRETER:  Do you want me to translate?
04:37 16           THE WITNESS:  Sir, you asked me about my
04:37 17  knowledge between the years 2001 and 2003 of Ismail
04:38 18  Haniyeh.  I don't know him during that period, but now he
04:38 19  is the prime minister of Hamas government, and everyone
04:38 20  knows him in that capacity.
04:38 21      Q.   BY MR. WERBNER:  Sir, let me hand you that
04:38 22  Plaintiffs' Exhibit 17A al-Tahan.  Just very quickly, your
04:38 23  signature appears on 17A inside the circle; correct?
04:38 24      A.   No, sir, as I stated in my testimony repeatedly,
04:39 25  the first signature is the officer of the head of the
```