

DLA Piper **LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Shand S. Stephens
shand.stephens@dlapiper.com
T   212.335.4594
F   212.335.4501

September 29, 2014

*VIA ECF*

Honorable Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:    Linde v. Arab Bank, PLC, 04-CV-2799 (BMC) (VVP), and related cases**

Dear Judge Cogan:

We are counsel for defendant Arab Bank, PLC ("Arab Bank").  We received the Court's order scheduling a status conference on Friday, October 24, 2014 at 2:15 p.m.  This date presents a conflict for my calendar which I cannot resolve.  We would, therefore, appreciate the Court scheduling a conference for October 23 or October 27 or whatever date is consistent with the Court's own calendar.

The undersigned appreciates the Court's consideration of this request.

Very truly yours,

**DLA Piper LLP (US)**


    /s/
Shand S. Stephens

SSS:/rm
cc:  all counsel (via ECF)