

**MotleyRice**
ATTORNEYS AT LAW LLC

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000  **f.** 843.216.9450

**Michael E. Elsner, Esq.**
*Licensed in NY, SC, VA*
direct: 843.216.9250
melsner@motleyrice.com

September 30, 2014

**VIA ECF**

Honorable Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Linde, et al. v. Arab Bank, PLC*, No. 04-2799 (BMC)(VVP) and related cases

Dear Judge Cogan:

    Plaintiffs write in response to Defendant's letter last evening and the Court's order rescheduling the status conference in the above captioned matter for October 23rd at 4:30 pm. I apologize for the delay in sending this letter; however, counsel for the *Almog* plaintiffs represented by Motley Rice LLC are not available on the 23rd. All Plaintiffs' counsel are available October 27th. Plaintiffs respectfully request that the conference be rescheduled. We greatly appreciate the Court's consideration of this request.

    Respectfully submitted,

Michael Elsner

cc: All Counsel

ME/tt