

**MotleyRice** LLC
ATTORNEYS AT LAW
www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000  **f.** 843.216.9450

**John M. Eubanks**
*Licensed in MD, SC*
direct: 843.216.9218
jeubanks@motleyrice.com

October 2, 2014

**VIA ECF**

Honorable Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Linde, et al. v. Arab Bank, PLC*, No. 04-2799 (BMC)(VVP) and related cases

Dear Judge Cogan:

    I write on behalf of the parties jointly to request that the status conference currently scheduled for October 17, 2014 be re-scheduled to October 28, November 6, or November 7, 2014. Given the various counsel that need to be present at this conference, the parties have conferred and agreed that these dates are free for all involved. We apologize for the inconvenience to the Court of needing to reschedule this conference again and appreciate the Court's consideration of this joint request.

Respectfully submitted,

John M. Eubanks

cc: All Counsel