2814

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

COURTNEY LINDE, et al.,

        Plaintiffs,

    - against--

ARAB BANK, PLC,

        Defendant.

       :  04 CV 02799 (BMC)
         And all related cases
       :  04 CV 05449 (Litle)
         04 CV 05564 (Almog)
       :  04 CV 00365 (Coulter)
         05 CV 00388 (Afrial-Kurtzer)
       :  05 CV 03183 (Bennett)
       :  05 CV 03768 (Roth)
         06 CV 01623 (Weiss)
       :
         United States Courthouse
       :  Brooklyn, New York

       :  September 15, 2014
         9:30 o'clock p.m.

- - - - - - - - - - - - - - - X

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE, and a jury.

APPEARANCES:

| | |
|---|---|
| For the Linde and<br>Coulter Plaintiffs: | OSEN, LLC<br>By:  GARY M. OSEN, ESQ. |
| | TURNER & ASSOCIATES, PLLC<br>By:  CLYDE T. TURNER, ESQ. |
| For the Litle,<br>Bennett and Roth<br>Plaintiffs: | SAYLES WERBNER<br>By:  MARK S. WERBNER, ESQ. |
| For the Almog<br>Plaintiffs: | STONE, BONNER & ROCCO, LLP<br>By:  JAMES P. BONNER, ESQ. |
| | MOTLEY RICE, LLC<br>By: MICHAEL E. ELSNER, ESQ.<br>    JODI FLOWERS, ESQ. |

GR    OCR    CM    CRR    CSR

2815

1   A P P E A R A N C E S (Continued)

2   For the Defendant:              DLA PIPER US, LLP
                                    By:  SHAND STEPHENS, ESQ.
3                                        ANTHONY COLES, ESQ.
                                         BRETT INGERMAN, ESQ.
4                                        MARGARET CIVETTA, ESQ.

5

6   Court Reporter:                 Gene Rudolph
                                    225 Cadman Plaza East
7                                   Brooklyn, New York 11201
                                    (718) 613-2538

8

9   Proceedings recorded by mechanical stenography, transcript
    produced by CAT.
            (The following occurred in the absence of the jury.)
10

11

12                          *****

13

14              THE COURT:  Good morning.

15              Let's have the jury, please.

16              (Jury present.)

17              THE COURT:  All right.  Be seated, please.

18              Good morning, ladies and gentlemen.

19              Proceed with defendant's next witness.

20              MR. COLES:  Thank you, Your Honor.

21              The defendants call Mazen Abu Hamdan to the stand.

22              THE CLERK:  Please raise your right hand.

23              (The witness is duly sworn/affirmed by Clerk of

24   Court.)

25              THE CLERK:  Please state and spell your name for the

2816

1    reporter.

2           THE WITNESS:  Mazen Nazem Diab Abu Hamdan.

3           THE CLERK:  Spell your name, please.

4           THE WITNESS:  M A Z E N, A B U, H A M D A N.

5           THE CLERK:  You may be seated.

6           THE WITNESS:  Thank you.

7           THE COURT:  You may inquire.

8           MR COLES:  Thank you, Your Honor.

9    DIRECT EXAMINATION

10   BY MR. COLES:

11   Q    Good morning, Mr. Mazen.

12        How are you doing?

13   A    Good morning.  I'm fine, sir.  Thank you.

14   Q    Okay.  I notice when you introduced yourself you gave

15   four names to the court reporter.

16   A    Well, that's common in the Middle East.

17   Q    Why is that?

18   A    You know, in the Middle East we have big families and you

19   will find that there is more than one person who would have

20   the same,  the name of Muhammad or Ahmed or Hamdan or even

21   Saeed or Yusuf or Osama.  So in order to make sure that this

22   guy is the right person you are talking to, he has to give his

23   names -- his four names.  Name, father's name, grandfather's

24   name and family's name.

25   Q    All right.  That's what's used for official

2817

1    identification purposes as well, right?

2    A    Yes.  All passports and IDs have four names.

3    Q    You seem to be doing fine in English.  I just want you to

4    know that we do have interpreters over here.

5    A    Okay.

6    Q    If during the course of the examination you want

7    interpretation from Arabic, I think that's fine.

8    A    Fine.

9    Q    What languages do you speak, sir?

10   A    I speak English and Arabic.

11   Q    When did you work for Arab Bank?

12   A    July 15, 2002.

13   Q    Until when?

14   A    Until April 15, 2012.

15   Q    What was your job at Arab Bank between 2002 and 2012?

16   A    I was the regional manager in Palestine.

17   Q    Is that the top man in the Palestinian territories?

18   A    Yes.  It is the senior officer of the company.

19   Q    What do you do for a living now, sir?

20   A    I represent Western companies interested in investing in

21   Palestine, generating electricity by solar power.

22   Q    Through the sun?

23   A    Yes.  Trying to get, yes, the use of the sun rays.

24   Q    Good.

25        Where did you grow up, sir?

GR    OCR    CM    CRR    CSR

2818

1    A    I grew up in Jordan.

2    Q    Okay.  I don't know that we've had a witness from -- who

3    grew up in Jordan.  We placed a map up on the screen in front

4    of you.

5            One of the benefits of this trial is that we have

6    actually been able to have a geography lesson for people.  If

7    you could maybe come down and orient the jury as to where you

8    grew up?

9    A    Sure.

10   Q    And how it relates to the Palestinian territories where

11   you worked for Arab Bank?

12   A    Yes.

13   Q    When you are done with that, we will take it down.

14           (Witness steps down.)

15   A    This is the Mediterranean Sea.  This Israel.  This is --

16   the yellow.  The green is the -- sorry.  The blue is the

17   Mediterranean Sea, the yellow is Israel proper, and the green

18   is the Palestinian territories, which is under occupation.

19   Q    You are from Amman, sir?

20   A    I am from -- I was born in Amman and I grew up in Amman.

21   This is Jordan.

22   Q    When you worked for Arab Bank, where did you work?

23   A    I worked in Ramallah and I was living in Jerusalem.

24   Q    About how far is Ramallah from Jerusalem?

25   A    Seven miles, ten, eleven kilometers.

2819

```
1   Q    Thank you very much for that.  I think you can go back.
2   With the Court's permission, you can go back to the witness
3   chair.
4   A    Okay.
5             (Witness resumes.)
6   Q    Is a Amman a large city?
7   A    I would say so.  We have over three million people living
8   in Amman, yes, today.
9   Q    Tell us a little bit about your family and introduce
10  yourself to the jury.
11  A    Okay.  I'm married.  I have three children, two boys and
12  a girl.
13            My eldest son graduated from the Kent University in
14  England, masters degree in economics and finance.  He worked
15  for three years in Abu Dhabi, which is in the Gulf area of the
16  United Arab Emirates for an American company, for Price
17  Waterhouse Coopers, one of the top four audit firms in the
18  world.  He was working in their strategy division.
19            My daughter studied at the Lebanese American
20  University in Beirut.  She graduated with a BSC degree in
21  communication art.  She is working today in Qatar.  That's
22  another country in the Middle East, very close to the United
23  Arab Emirates and Saudi Arabia.
24            My father was a contractor and before, in 1967, he
25  built a big number of schools and government offices in the
```

2820

1    West Bank and in Jordan.

2    Q    Of what countries are you a citizen, Mr. Mazen?

3    A    I have the dual nationality of Jordan and the United

4    Kingdom.

5    Q    How did it come about that someone from Jordan became a

6    UK citizen as well?

7    A    Well, I was offered the job in London in 19 -- late 1991

8    and I lived there for about eight years.  So I was entitled to

9    apply for the nationality.  I applied and it was granted.

10   Q    Did you go to school in Amman?

11   A    Yes.  I went to the Bishop School in Amman, which is

12   owned by the Anglican Church of England.

13   Q    Did you go to college in Amman as well?

14   A    Yes.

15        I went to the University of Jordan and graduated

16   with BSC degree in economics and finance, bachelor of science.

17   Q    You have a lot of experience I think in banking and

18   business before joining Arab Bank, right?

19   A    Twenty-seven years and then ten years with Arab Bank.

20   Q    What was your first job after you graduated from college?

21   A    After graduation in 1975, I worked for American company,

22   insurance company.  The name is American Life Insurance

23   Company.  I was in charge of the finance department for about

24   three years.

25   Q    After working three years for the American Life Insurance

GR        OCR        CM        CRR        CSR

2821

1  Company, what did you do next?

2  A    I was offered a job with Citibank, the well-known

3  American bank.

4  Q    Okay.  Where did you work for Citibank?

5  A    I started at the training center in Greece for about six,

6  seven months.  Then afterward -- after that I was given a job

7  in Sonaa, Yemen, for less than three years, and then I was

8  moved to Doha, Qatar.

9  Q    Okay.

10 A    Both countries are in the Gulf area.

11 Q    Okay.  Did you have a senior position at Citibank?

12 A    Yes.

13       When I left the bank I was the senior credit officer

14 in the Doha branch.

15 Q    Is that the number two-person in the branch?

16 A    It is.

17 Q    After you spent three years at Citibank, did you have

18 some more banking experience?

19 A    Yes.

20 Q    Where did you work next?

21 A    I worked for a local bank in Amman, Jordan by the name of

22 Arab Jordan Investment Bank, for about a year.

23 Q    Okay.

24 A    My position was there the manager of treasury and

25 operations.

GR      OCR      CM      CRR      CSR

2822

1   Q    Okay.  Was that also a senior position at this Jordan

2   Investment Bank?

3   A    It was, yes.

4   Q    Okay.  After working at the Jordan Investment Bank, did

5   you go into business?

6   A    No.

7          After that, few friends in Jordan wanted to start a

8   new bank in Amman.  So they applied to the Central Bank and

9   they were granted a license to have a financial company by the

10  name of Jordan Investment and Finance Bank, and I was the

11  first one to join that bank as the assistant general manager.

12  Q    Okay.  Were you one of the founders of that bank as well?

13  A    Yes; I invested some money in that bank.

14  Q    For how long did you stay working for the Jordan

15  Investment Bank?

16  A    For three years.

17  Q    What did you do after that?

18  A    After that I started my own money management company in

19  Amman.  That was in January 1986.

20  Q    How long did you work in that company?

21  A    For a little more than three years.

22  Q    Okay.  Did there come a time where you were recruited to

23  work in Switzerland?

24  A    Yes.

25          First of all, I was given a temporary assignment

GR      OCR      CM      CRR      CSR

2823

1  with the liquidator of the Swiss Bank whose owners were of

2  Lebanese and Karachi origins.  Most of their clients were from

3  the Middle East and the Gulf area.  So they offered me that

4  temporary assignment to help them in locating the borrowers

5  and help in the liquidation of the bank.  That was six-month

6  assignment only.

7  Q    That was in 1988 or 1989?

8  A    '89, it was in February '89.

9  Q    Okay.  Then while you were in Switzerland doing that job

10 as liquidator, were you recruited to work for a bank in

11 Switzerland?

12 A    I got an offer from Bank Indo-Suez, which is today the

13 Credit Agricole.

14 Q    Is that a big global bank?

15 A    It's one of the -- it's the biggest bank in France and

16 it's one of the bigger banks in the world.

17 Q    Okay.  Were you working in Switzerland for Suez or Credit

18 Agricole?

19 A    I was working for Bank Indo-Suez for about two years in

20 their private banking division.

21 Q    Okay.  Did you have a senior position at Indo-Suez?

22 A    Yes; I was the vice president of the private banking

23 division.

24 Q    Okay.  After those two years at Indo-Suez, did another

25 bank try and recruit you to come work for them in England?

GR      OCR      CM      CRR      CSR

2824

1    A    Another Swiss bank by the name of BSI, head offices are

2    in Lugano, Switzerland, and the position was in London to head

3    their Middle Eastern department, commercial and trade.

4    Q    Did you in fact go to London and work for them?

5    A    I moved to London with the family and I worked for that

6    bank for over a year.

7    Q    Okay.  Did you have a senior position, we will call it

8    BSI bank in London as well?

9    A    Yes; I was the senior vice president in charge of the

10   Middle Eastern department.

11   Q    After working for BSI, did you go back into business?

12   A    Yes.

13        I joined another money management and investment

14   company by the name of Foltus.  The name was changed later to

15   First European Investment Company.

16   Q    You worked for them until about 1997?

17   A    Until 1997.

18   Q    Okay.  Then what happened in 1997?

19   A    Well, in 1997, even before 1997, there was the also --

20   the Oslo Agreement between the Palestinians and the Israelis

21   which was followed by the Arab Peace Agreement between Jordan

22   and Israel and a friend of mine was the general manager of

23   Cairo Amman Bank in Jordan, started talking to me that okay,

24   we need you back here in Palestine to help us build the

25   banking sector in the territories, in Palestine.

GR        OCR        CM        CRR        CSR

2825

1           I took my time.  I wanted to see that things are
2   going smoothly and then, finally, in July, they invited me to
3   go and visit the territory.  I went there.  They took me to
4   Israel, they took me to Haifa and down to Tel Aviv.  We had
5   good food there and people were nice.  So I liked the
6   atmosphere and I signed the agreement and I started working
7   for them.
8   Q     So you spent ten years in London and Geneva and decided
9   to come back to Ramallah?
10  A     Yes.
11  Q     It is a big change?
12  A     It is a big change.
13          But if you recall, I was born in this part of the
14  world and I wanted to come back home.
15  Q     After all the wining and dining, were you offered a job
16  at Cairo Amman Bank?
17  A     Yes, of course.
18  Q     What job were you offered?
19  A     That was the regional manager for the country, which is
20  the Palestinian territories.
21  Q     Can you briefly describe Cairo Amman Bank?  I don't know
22  if we have talked about it before.
23  A     Cairo Amman Bank is a Jordanian bank and they have
24  branches in the West Bank and Gaza.  When I joined them they
25  had 19 branches spread between the West Bank and Gaza.

2826

1    Q      So --

2    A      They have more branches in Jordan, of course.

3    Q      So you worked at Cairo Amman bank from 1997 until when?

4    A      Until 2002.

5    Q      Then what happened in 2002?

6    A      I was offered the job at Arab Bank.

7    Q      So at that time when you were offered the job at Arab

8    Bank, if I did this correctly, you had worked and had

9    experience as a senior person at six banks, you had started a

10   bank, and you had also worked successfully at two companies?

11   A      That's correct.  It was five banks plus Arab Bank, number

12   six.

13   Q      Okay.  Who recruited you to Arab Bank and how did you

14   learn about what responsibilities there would be?

15   A      I was recommended to the general manager by Mr. Shukry

16   Bishara.  He was the regional manager between 1994 and 2001 of

17   the Arab Bank in the Palestinian territories.  So he

18   recommended me to the general manager, Mr. Abbud Shuman.  I

19   went for an interview and I was offered the job.

20   Q      How did you know Mr. Bishara?

21   A      When I came to Jordan -- to Palestine, I got introduced

22   to the bank managers in Palestine and Shukry was one -- was

23   the general manager of the Arab Bank there and just happened

24   that we were both living in Jerusalem.  Our children went to

25   the same school, which is the French Lycée in West Jerusalem.

2827

1   Q    July 2002, when you started at Arab Bank, that was in the
2   middle of the second intifada, wasn't it?
3   A    That's right.
4   Q    That must have been a very challenging time to change
5   positions.
6   A    It was.
7   Q    What was happening to Arab Bank's business and profits at
8   that time?
9   A    Oh, my God.  First of all, we had many, many problems.
10  Certain branches were not open -- were not able to open for
11  many, many days.  All the branches were closed for almost two
12  weeks at a certain time in the year 2002.  Expenses were going
13  up and income was coming down.  Businesses went into
14  bankruptcy.  Customers defaulted on their loans and we had to
15  take provisions.  So profits went down by more than
16  50 percent.
17  Q    Was that a result of the second intifada and the
18  circumstances of the second intifada?
19  A    It was the result of the violence and circumstances
20  during the second intifada, yes.
21  Q    You mentioned Mr. Bishara recruited you to work at Arab
22  Bank but he was not the regional manager in Palestinian
23  immediately before you, was he?
24  A    No.
25  Q    Who was?

GR     OCR     CM     CRR     CSR

2828

1  A    Immediately before was Doctor Salam Fayyad.  I think he

2  started with the bank sometime in November 2001 and then in

3  May he was asked to take the minister of finance in the

4  Palestinian territories.  So he left the bank to become

5  finance minister in the territories.

6  Q    When you joined Arab Bank in July of 2002, how many

7  people worked under you in the Palestinian territories?

8  A    Roughly around six hundred.

9  Q    Could you let us know in summary form what your key

10  responsibilities were as the regional manager at Arab Bank in

11  the Palestinian territories?

12  A    I was supposed to develop the business for the bank,

13  rebuild the budget for the coming year and get it approved by

14  the head office, make sure that all my assistants are running

15  their departments efficiently and in accordance with the

16  policies and procedures, and we had and audit department which

17  was supposed to be auditing all the banks's transactions and

18  they were reporting to me and to head office.

19  Q    Okay.  I believe we've had testimony that there were 14

20  branches or so of Arab Bank in the 2002 timeframe?

21  A    In 2002, yes.  I think we had 14 branches and maybe six

22  or seven cash offices.

23  Q    Roughly, how many customers Arab Bank have in the West

24  Bank, in Gaza, when you took the position in July 2002?

25  A    It was over 200,000 people, 200,000 customers.

2829

1   Q    Can you tell from those two hundred thousand customers

2   about how many transactions, individual transactions, would be

3   generated by the branches in the Palestinian territories at

4   that time?

5   A    Daily, weakly, monthly, annually?

6   Q    How about daily?

7   A    I would say, 50,000.

8   Q    And per year?

9   A    Ten million.

10  Q    How much?

11  A    Ten million.

12  Q    Ten million transactions per year?

13  A    At least.

14  Q    Okay.  Now, when you became regional manager of Arab

15  Bank, did you also have contacts with other banking

16  organizations in the area, in Palestine?

17  A    Can you repeat the question, please?

18  Q    Yes.

19        When you became the regional manager, did you also

20  have contact with other banks in the area, through

21  associations or industry groups?

22  A    Yes, of course, local banks and Arab banks.

23        I was the chairman of the board of the Society of

24  Banks in Palestine, which involves all the Palestinian -- all

25  the banks operating within Palestine and at the same time I

GR      OCR      CM      CRR      CSR

2830

1    was a board member on the Union of Arab Bank representing the

2    Palestinian banks in that union.

3    Q    While you were the regional manager in Palestine for Arab

4    Bank, did you serve on -- well, maybe I will ask a broader

5    question.

6         Was Arab Bank making other investments in the

7    Palestinian territories at that time that you were involved in

8    as a board member?

9    A    Oh, yes, of course.

10        The bank has invested in different public holding

11   companies in the West Bank, starting from Padico, which is the

12   Palestine Investment and Finance Company.  That was a company

13   that was found with an initial capital of $250 million and it

14   was a holding company which was supposed to set up companies

15   for the different sectors in order to build the economy,

16   create jobs for the Palestinians.

17             (Continued on next page.)

18

19

20

21

22

23

24

25

GR        OCR        CM        CRR        CSR

Hamdan - direct - Coles                           2831

1    (CONTINUING)

2    Q    Okay.  And did Arab Bank make an investment in Padico?

3    A    Yes, we did.

4    Q    Okay.

5    A    We invested in Padico and we invested in the sister

6    and -- the sister company that they formed later for the

7    different sector.

8    Q    Was one of those company a company called Pal Tel?

9    A    Yes.

10   Q    And what was Pal Tel?

11   A    Pal Tel is the telephone operator in the West Bank in

12   Gaza.  And it was the only telephone operator then.

13   Q    Okay.  And were you on the Board of Pal Tel as well?

14   A    Yes.

15   Q    Okay.  And Arab Bank had made an investment in them?

16   A    Yes.

17   Q    Okay.  From the point of view of these organizations in

18   which Arab Bank was investing in the time that you came back

19   to Palestine, can you describe generally what effect the

20   second intifada had on these investments and the goals of

21   these investments?

22   A    Most of those company were not making any money.  In

23   fact, they were losing money and they had difficult time

24   moving their employee, moving their goods and services in and

25   out of the territory.

                VB       OCR       CRR

Hamdan - direct - Coles                    2832

1   Q     And was that a result of the second intifada?

2   A     Yes, it was.

3   Q     Now, did the Palestinian Monetary Authority have to

4   approve your appointment as the regional manager of Arab Bank?

5            MR. WERBNER:  Your Honor, I'll object.

6   A     Yes.

7            THE COURT:  I'll allow that question.

8   Q     Okay.  What other position in the bank did the

9   Palestinian -- the PMA have to approve in addition to yours?

10  A     All the --

11           MR. WERBNER:  Your Honor, excuse me.

12           THE COURT:  Hang on a second.

13           Sustained.

14  Q     You mentioned earlier in your answers, in your answer

15  that one of your responsibilities as senior man was to oversee

16  the internal audit department at Arab Bank?

17  A     That's right.

18  Q     Can you explain what that was?

19  A     Well, we had a department that has a department head and

20  the employee in that department was supposed to check on all

21  the transactions that were done in the bank and prepare report

22  on their audit practice.

23  Q     Okay.  And did you also have to relate to the bank's

24  external auditors?

25  A     Yes, of course.

Hamdan - direct - Coles                    2833

1  Q    Okay.  And who were they?

2  A    Our external auditor were Deloitte & Touche, which is one

3  of the top four audit firms in the world.

4  Q    Okay.  And in your job how did you have to relate to

5  Deloitte & Touche?

6  A    Of course the external auditor would have to talk to the

7  top man in the country and they do their, their audit and of

8  course, they would visit the branch at least twice a year;

9  once in the first half of the year and second time second half

10  of the year.  And then, they would prepare their report to the

11  shareholders of the bank.

12  Q    I want to move to a new subject for one second, if that's

13  okay?

14  A    Sure.

15  Q    The Saudi Committee.

16         When did you first generally hear of an organization

17  called the Saudi Committee?

18  A    The committee as a committee itself?  Or the fund --

19  Q    No, just the Saudi Committee as a committee itself.

20  A    I would say in the '90s.

21  Q    And what did you hear about it at that time?

22  A    That it was a humanitarian committee that was formed by

23  the Saudi Arabian Government and it was headed by His

24  Excellency Prince Nayef who was the minister of Interior in

25  Saudi Arabia.

Hamdan - direct - Coles                    2834

1  Q    And what did you learn about the type of projects that

2  the Saudi Committee was doing?

3           MR. WERBNER:  Your Honor, I'm going to object to

4  hearsay.

5           THE COURT:  Sustained.

6  Q    Did you first hear of the Saudi Committee when you were

7  employed at Cairo Amman Bank or was it before then?

8  A    I can't recall.

9  Q    Okay.  Did there come a time when you learned of a Saudi

10  program to provide aid during the second intifada?

11  A    Yes.

12  Q    Okay.  Was that after you began to work at Arab Bank?

13  A    I can't recall exactly, but it must have been either

14  after or maybe before.

15  Q    Okay.  In other words, the Saudi Committee was providing

16  aid before you arrived at Arab Bank?

17  A    I think so.

18  Q    Okay.  Good.  And when you joined Arab Bank.  Did you

19  learn that Arab Bank was acting as a correspondent bank for

20  Arab National Bank, which was the Saudi Committee's bank?

21  A    Yes.

22           MR. WERBNER:  Objection.

23           THE COURT:  Also hearsay?

24           MR. WERBNER:  Yes, Your Honor.

25           THE COURT:  Overruled.

Hamdan - direct - Coles                    2835

1          He answered yes, go ahead.

2          MR. COLES:  Okay.

3    Q    I'm sorry, did you answer the question, Mr. Mazen?

4    A    I said yes.

5    Q    Can you explain what that means, that Arab Bank was

6    acting as a correspondent bank for Arab National Bank?

7    A    Well, normally that's a custom and practice where he need

8    a correspondent bank to do business with different countries.

9    There were -- we had a correspondent bank in New York and we

10   had a correspondent bank in London and we had a correspondent

11   bank in Riyadh Saudi Arabia.

12   Q    Arab National Bank, which was the Saudi Committee's bank,

13   did they have branches in Palestine?

14   A    Who?

15   Q    Arab National Bank?

16   A    No.

17   Q    Okay.  And is that why you served as their correspondent

18   bank, because you had branches there?

19   A    That's right.

20   Q    Okay.  And who was your correspondent bank or your

21   customer in that relationship?

22   A    Our correspondent bank in the Arab National Bank in

23   Riyadh.

24   Q    Was the Saudi Committee your customer?

25   A    No.

VB        OCR        CRR

Hamdan - direct - Coles                    2836

1    Q    Just Arab National Bank?

2    A    I think their accounts were with the Saudi Monetary

3    Authority.

4    Q    All right?

5    A    But maybe they had relationship definitely with the Arab

6    National Bank.

7    Q    But your customer, your correspondent was Arab National

8    Bank?

9    A    That's right.

10   Q    And not the Saudi Committee?

11   A    That's right.

12   Q    And after you joined Arab Bank in 2002, did you become

13   involved in a Saudi Committee program to provide unemployment

14   benefits?

15         MR. WERBNER:  Your Honor, I'm going to object;

16   leading and without predicate of personal knowledge.

17         THE COURT:  The first part is overruled.

18         The second part is overruled, too.

19         You may answer.

20   Q    Thank you, Your Honor.

21         After you joined -- I'll just rephrase the question

22   to make it easier.

23         After you joined Arab Bank in 2002, did there come a

24   time where you became involved in a Saudi Committee program to

25   provide unemployment benefits to families in Palestine?

Side-Bar                                                    2837

1          MR. WERBNER:  Excuse me, can we approach the bench,

2     Your Honor?

3          THE COURT:  Sure.

4          (Side-bar conference held on the record out of the

5     hearing of the jury.)

6

7          (Side-bar.)

8          MR. WERBNER:  They're kicking my chair, so I guess

9     they have something to say.

10         THE COURT:  Go ahead.

11         MR. OSEN:  Your Honor, there's no record evidence of

12    any kind as to whether they paid unemployment benefits.

13    There's no way for us to judge whether they did or not because

14    the records haven't been produced.

15         THE COURT:  Well, I don't know if you're there yet,

16    Mr. Coles, but you may be and you certainly are very close to

17    being in the preclusion order.

18         If you are going to talk about anything having to do

19    with the bank's relationship with payments put through by Arab

20    National Bank for the Saudi Committee, you haven't produced

21    the documents.  So, you are squarely within the preclusion

22    order.

23         MR. COLES:  We actually -- well, we have produced

24    all the beneficiaries.

25         In other words, the plaintiffs, there were some

Side-Bar                                                    2838

1   30,000 or so beneficiaries.

2          THE COURT:  But you didn't produce all the

3   documents.

4          As Judge Gershon said quote, the production lacks

5   account statements; unredacted Know Your Customer material

6   that the bank is required to collect under international and

7   local anti-terrorism laws; reports created by terrorism

8   detection software that the bank says it uses and that it

9   acknowledges is required to use to comply with anti-terrorism

10  laws; internal correspondence regarding Bank work for the

11  Saudi Committee; unredacted minutes of bank meetings at which

12  the Saudi Committee was asked discussed; or any other document

13  that might confirm an accountholder or payment beneficiary's

14  identity or circumstantially evidence the Bank's knowledge of

15  identity, close quote.

16         Now, you can't cherry-pick the facts you want when

17  you haven't given them all the facts that are there.  What you

18  are asking him would find proof or refutation in these

19  documents that Judge Gershon listed.

20         MR. COLES:  Actually, I don't think so.  I'll tell

21  you why.

22         THE COURT:  We don't know.

23         MR. COLES:  Well, no, because the only thing I'm

24  asking him is really at the summary level, at the general

25  level that there was a program.

Side-Bar                                        2839

1          THE COURT:  But how did they probe below the summary

2     general level to find out what was really going on when you've

3     withheld the documents?

4          MR. STEPHENS:  Your Honor, they have 176,000

5     Saudi Committee documents.

6          THE COURT:  What if there are 800,000 more that you

7     didn't produce?

8          MR. COLES:  It's a complete production, Your Honor.

9          MR. STEPHENS:  It's a complete production.

10         THE COURT:  What about these documents that

11    Judge Gershon said you didn't produce?

12         MR. COLES:  She's talking about specific account

13    records.  We've produced all the transfers from the

14    Saudi Committee.  All 176,000.

15         THE COURT:  I understand, but that does not explain

16    fully the bank's knowledge of what the Saudi Committee was

17    doing.  The withheld documents would.

18         MR. OSEN:  Your Honor, our point just for the record

19    is that if they want to ask Mr. Hamdan about a specific letter

20    or document that was produced and his understanding of that

21    letter, it's one thing.

22         THE COURT:  Right.

23         MR. OSEN:  But to characterize the entire program or

24    to say unemployment benefits where there's not one scintilla

25    of evidence in the record that Mr. Hamdan knows or doesn't

Hamdan - direct - Coles                    2840

1    know that these are unemployed beneficiaries or that they

2    were, in fact, unemployed is exactly what Judge Gershon

3    addressed.

4           THE COURT:  All right.  I am sustaining the

5    objection.

6           MR. COLES:  Okay.

7           (Side-bar end.)

8

9           (In open court.)

10          MR. WERBNER:  Your Honor, could the Court strike the

11   last answer and instruct the jury to disregard it.

12          THE COURT:  I don't think there was a last answer.

13          I did sustain the objection to the question.

14          MR. WERBNER:  Thank you.

15   BY MR. COLES:

16   Q    Mr. Mazen, plaintiff's had an expert earlier in this case

17   by the name of Arias Spitzen, who spoke about a Saudi program

18   called the Needy Families Program?

19   A    Yes.

20   Q    Are you familiar with that program?

21   A    Yes.

22   Q    Can you describe what that program is?

23   A    That program was supposed to be sending around $130 per

24   family for -- I don't know what number was, but it was about

25   15,000 families in the West Bank in Gaza.

VB        OCR        CRR

Hamdan - direct - Coles                              2841

1   Q    Okay.

2   A    It was supposed to be, it was one-year program we were

3   told and we were supposed to be receiving on monthly basis

4   roughly $130 for each and every family.

5   Q    Okay.  And how many families did this go to, if you know?

6   A    About 15,000.  I can't remember.  Over 15,000.

7   Q    Okay.  That's a lot of families to send money to.  Did

8   Arab Bank have a procedure in place to handle transfers like

9   that?

10  A    Transfer, yes.  That was a large number of people who

11  were affected by the intifada, of course.  And the Arab Bank

12  did have other instance where they had to conduct such

13  transactions and one of those was the payment of the PA, which

14  is the Palestinian Authorities employee salary on a monthly

15  basis.

16  Q    And why was that a little bit like the Needy Family

17  Program that you mentioned?

18  A    It's because and you have a certain amount that that --

19  that's to be distributed on a number of accounts.  And we were

20  paying over 40,000 employee for the PA their salary every

21  month.

22  Q    And other than the PA, were there other organizations

23  that you made large transfers on a regular basis?

24  A    Yeah, many.  Many corporate customers and international

25  institutions.

Hamdan - direct - Coles                                    2842

1  Q     In your view, is that a fairly routine thing for the bank

2  to do?

3  A     I believe it was.

4         MR. COLES:  Can I see DX 194.

5         MR. WERBNER:  I don't believe this in evidence.

6         MR. COLES:  To the witness only, I'm sorry.

7         THE COURT:  It is.

8         MR. COLES:  This is just being shown to the witness

9  only.

10  Q     Mr. Mazen, I'm showing you a document that we've marked

11  as DX 194.  It's dated the 26th of April, 2003.

12         Do you see it in front of you?

13  A     Yes.

14  Q     Okay.  Could we get the witness a hardcopy so it doesn't

15  get cut off on the screen.

16         (Pause in the proceedings.)

17  Q     Do you recognize this letter, Mr. Mazen?

18  A     Yes.

19  Q     Okay.

20  A     That's a letter from the --

21         MR. WERBNER:  Excuse me, I am going to object to it.

22         THE COURT:  He can generally identify, just say what

23  it is.

24  A     It's a letter from the Hebron branch in the West Bank

25  addressed to the finance department, the regional management.

Side-Bar                                          2843

1    Q    Okay.  And this is sent to you as well?

2    A    It's addressed to me, yes.

3              MR. COLES:  And Your Honor, I would like to move DX

4    194 into evidence.

5              MR. WERBNER:  Objection.

6              THE COURT:  All right, let's have a side-bar.

7              (Side-bar conference held on the record out of the

8    hearing of the jury.)

9

10             (Side-bar.)

11             THE COURT:  What is the objection?

12             MR. WERBNER:  It shows that only one of many hit the

13   blacklist and it gives the account number, but we haven't been

14   produced any of these records to test that.

15             MR. COLES:  I have, from Judge Gershon in the

16   foreign law order, Arab Bank will still be entitled to

17   emphasize its substantial Saudi Committee disclosures

18   including the bank's own internal documentation to persuade a

19   jury that it was not aware that the beneficiaries of its

20   financial services were terrorists.

21             Arab Bank can rely on these disclosures and related

22   testimony to rebut plaintiff's assertion that Arab Bank

23   intended to support the Saudi Committee's alleged efforts to

24   finance terrorists.

25             Plus, this is actually just consistent with what

Side-Bar                                               2844

1   Mr. Osen said.  If I could find the document, he said, I could

2   explore the document with the witness and so, I'm simply doing

3   what he told you I could do in the last side-bar.

4        THE COURT:  Mr. Osen, why isn't this exempted by

5   Judge Gershon's 44.1 order and your representation at side-bar

6   a minute ago?

7        MR. OSEN:  Happy to, Your Honor.

8        First of all, it doesn't address the 44.1 issue.

9   The question of what blacklist they had, which blacklist they

10  applied, what law they applied in doing this, is all

11  A) unknown to the plaintiff and B) deals with PMA and other

12  local law.  So, that is the 44.1 issue.

13       The second part of it is that this a reference

14  internally to running particular names on the blacklist for

15  the Needy Families Program only.  So, in terms of the

16  prejudicial effect of it, it can give the impression moreover,

17  that whatever blacklist they were using under whatever legal

18  system they were applying applied more broadly than the

19  document itself.

20       MR. COLES:  That's exactly what Judge Gershon in the

21  foreign law order said we could do.

22       THE COURT:  No.

23       MR. COLES:  At the end of that order she has an

24  exclusion that says that we could talk about our

25  Saudi Committee disclosures, which were substantial.  And she

Side-Bar                                        2845

1   says we can extrapolate from those as well.

2          MR. OSEN:  Well, we don't have an objection to them

3   saying that they produced 180,000 transfers or, as the witness

4   already testified, 15,000 customers, et cetera, et cetera.

5   That gives them the framework of what the program and the

6   transactions were.

7          But to talk about their subjective state of mind as

8   to those things, unless it's the state of mind of the witness

9   in writing a letter or receiving a letter in which they are

10  talking about something that we can actually probe, it's

11  obviously outside the -- or within the preclusion order.

12         MR. WERBNER:  If I can add one other thing.

13         He said that it was addressed to him.  He didn't say

14  that he received it and I think he's going say that he didn't.

15         THE COURT:  If that was your only objection, we

16  could fix that one more easily than these.

17         I view Judge Gershon's 44.1 order as allowing

18  general testimony about compliance consistent with her other

19  orders on that subject.

20         I don't see how you can create the impression from

21  this document that there was compliance with the blacklist

22  when you have not produced the documents and the internal

23  memoranda discussing it that might well show that.

24         MR. COLES:  But I totally understand that, and the

25  line I think that Judge Gershon and she was quoting from the

Side-Bar                                                          2846

1   Second Circuit on this allows me to draw is, did you have

2   blacklists in place?

3          I cannot say was this account the Abu Hijja

4   transfer, I'm not asking whether or not that transfer was

5   filtered against the blacklist or whether or not a transfer to

6   somebody else filtered against the blacklist.  I'm just using

7   this letter in the way that Mr. Osen said that we could in

8   order to talk about the fact that they had blacklists in place

9   generally and I'm going stop there.

10         THE COURT:  I think you have it backwards.

11         I think this Exhibit is a specific application of

12  the blacklist and you may talk generally that there was a

13  blacklist in place and you used it.  So I am going to sustain

14  the objection to this Exhibit.

15         MR. OSEN:  May I make just one last point,

16  Your Honor, just so the Court is clear.

17         I believe the interrogatory responses from the

18  defendant is that Hamas itself was not on the PA blacklist

19  until 2004.  So, again, in terms of confusion and prejudice to

20  the jury, this is part of the reason Judge Gershon excluded

21  foreign law and references to foreign law and so forth.

22         THE COURT:  All right.

23         MR. COLES:  So -- all right.  So, you're not going

24  to allow me to introduce this?

25         THE COURT:  I am not.  The objection to the

Hamdan - direct - Coles                    2847

1   admission of the document is sustained.

2            (Side-bar end.)

3

4            (In open court.)

5   BY MR. COLES:

6   Q    Mr. Mazen, did Arab Bank have any role or any involvement

7   in selecting the beneficiaries who would receive

8   Saudi Committee payments?

9   A    No.

10  Q    Do you know what criteria the Saudi Committee used to

11  select beneficiaries?

12  A    No idea.

13  Q    Did Arab Bank have any involvement in setting the

14  criteria that the Saudi Committee would use to select

15  beneficiaries?

16  A    No.

17  Q    Now, in learning about the Saudi Committee, in addition

18  to the Needy Families Program, did you also learn that the

19  Saudi Committee was providing other programs during the second

20  intifada?

21  A    They must have.

22  Q    Okay.

23  A    Yes, they must have.  They had programs in place before

24  the intifada.

25  Q    Okay.  Focusing on the intifada time frame?

VB        OCR        CRR

Hamdan - direct - Coles                    2848

1   A    Yes.

2   Q    Were you aware of other programs that the Saudi Committee

3   had during the second intifada other than the Needy Families

4   Program that we talked about?

5   A    Yes.

6   Q    Okay.  And what were some of those programs?

7   A    They were sending money to the families of prisoners.

8   Families of people who died during the intifada and who needed

9   funding assist -- financial assistance.

10  Q    Did you view though as humanitarian programs?

11  A    Yes.

12           MR. WERBNER:  Your Honor, I'm going to object as

13  leading.

14           THE COURT:  Sustained.

15  Q    Did you see anything wrong with providing aid to families

16  of people who were imprisoned or injured or died during the

17  intifada?

18           MR. WERBNER:  Objection.

19           THE COURT:  Sustained.

20  Q    Mr. Mazen, where were you living and working?

21           You were living and working in Ramallah during the

22  second intifada?

23  A    I was living in Jerusalem and working in Ramallah.

24  Q    Okay.  And you were commuting between Jerusalem and

25  Ramallah?

VB        OCR        CRR

Hamdan - direct - Coles                    2849

1    A     On a daily basis, yes.

2    Q     Okay.  Please, describe for us what it was like for you

3    personally to live in Jerusalem and work in Ramallah during

4    the second intifada.

5    A     Well, it was a terrible situation.  It was a war zone.

6          There were checkpoints on the roads.  There were

7    closures of the main cities.  There were teenagers throwing

8    stones on the soldiers, and the soldiers using rubber

9    bullets, fighting back on those teenagers.  Many times, we

10   were not allowed to enter Ramallah through the main entrance

11   on the main roads.  Luckily, I had a four-wheel drive and we

12   had to go through the valley and the mountains to get to the

13   office.

14         At the certain time, we, most of our employee from

15   Jerusalem, when they come to Ramallah, so we had to rent the

16   second floor of the Hebron branch, which was in Jerusalem and

17   equipment, bring all the equipment to facilitate the employees

18   coming to the office under the general management, employees

19   to come to the office and serve the branches from there.

20   Q     And how did the second intifada affect you and your

21   family?

22         MR. WERBNER:  Your Honor, I'm going object; 403.

23         THE COURT:  I'll allow it.

24         MR. COLES:  Thank you.

25   A     After the second intifada struck, I decided that it was

Hamdan - direct - Coles                    2850

1    dangerous for my family to stay in the West Bank in Jerusalem

2    and so I sent them back to Amman, Jordan and I was commuting

3    whenever I can, I can go back home see my family.

4

5                    (Continued on following page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                    VB        OCR        CRR

Mazen - Cross - Werbner                    2851

1    BY MR. COLES:

2    Q    Now, you mentioned, when you came to Arab Bank in 2002,

3    the profits and performance of Arab Bank was suffering because

4    of the second Intifada?

5    A    That's correct.

6    Q    Did that continue to be the case during the 2002, 2004

7    period?

8    A    Yes.

9    Q    What happened to Arab Bank's operations and profits

10   during that timeframe?

11   A    I was, as I mentioned earlier, profits went down,

12   expenses were increasing, we were paying salaries for all the

13   employees, we are taking provisions on bad debts, and so

14   profits went down.

15            MR. COLES:  Mr. Mazen, thank you very much for your

16   testimony this morning.  I appreciate it.

17            THE COURT:  Cross examination.

18            MR. WERBNER:  May I, Your Honor, move this?  It is

19   getting heavier and heavier.

20   CROSS EXAMINATION BY MR. WERBNER:

21   Q    Mr. Hamdan, in your testimony, you mentioned payments of

22   about $132 a month to certain groups of people from this Saudi

23   Committee, correct?

24   A    I did, I did.

25   Q    And you mentioned that there was another program making

Mazen - Cross - Werbner                               2852

1   payments to people who had died, correct?

2   A     That's right.

3   Q     That's actually called payments to martyrs in the

4   documents of Arab Bank, correct?

5   A     Sometimes, yes.

6   Q     And, the payments to the martyrs, was $5,300, whereas the

7   payments to these other people was only $132, correct?

8   A     Let me --

9              MR. COLES:  May I have a sidebar.

10             THE COURT:  Yes, you may.

11             (Sidebar.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- Sidebar -                                          2853

1          MR. COLES:  Mr. Werbner objected and you sustained

2     his objection to me going into this area.  So this is

3     certainly outside of the scope of the direct examination.

4          THE COURT:  Why could you not just say, outside of

5     the scope, we would not have to come here, sustained.

6          MR. COLES:  Because I thought you didn't want us to

7     say anything.

8          THE COURT:  If you would have just said "objection",

9     I would have said "sustained".

10         MR. COLES:  I'm trying to figure it out the right

11    way.

12         (Open Court.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Mazen - Cross - Werbner                    2854

1   BY MR. WERBNER:

2   Q    Can we bring up Plaintiff Exhibit 4769, please.

3           I think you will be able to see it.  It is in

4   evidence.  Do you see it on the screen Mr. Hamden.

5   A    There is nothing on the screen, no.

6   Q    May I approach, Your Honor.

7           THE COURT:  Yes.  I think you have to give it a

8   minute.

9           MR. WERBNER:  Okay.  I have an extra copy so you can

10  look at that while it comes up.

11  Q    This is dated May 5th of 2003, correct?

12  A    May the 5th, 2003, yes.

13  Q    And it is addressed to the respected Mr. Abu Hamdan,

14  manager of the Palestine region and branches, isn't it?

15  A    Yes.

16  Q    And someone on the Arabic copy which is really the actual

17  document, has placed some handwriting on it, correct?

18  A    Yes.

19  Q    And, what is that handwriting say?

20  A    It is referred to Mr. Mohammed Tahhan, the head of

21  operations, Mr. As'ad Abbas, who is the head of the transfer

22  department, and it was signed by Mr. Taysir Sadeg, who is the

23  head of the financial department, and he was asking them to

24  respond to that record.

25  Q    And I will represent to you that Mr. Mohammed Tahhan and

Mazen - Cross - Werbner                     2855

1   Mr. Taysir Sadeg are going to be witnesses in the case.

2          Have you seen them in the last day or two?

3   A    Yes.

4   Q    So, they are here, prepared to be witnesses.  We know

5   from that handwriting then, that this letter was received by

6   Arab Bank, correct?

7   A    Yes.

8   Q    And, it was addressed to you, wasn't it?

9   A    Yes.

10  Q    And, from having this, it is clear that Arab Bank was

11  involved in transfers to both prisoners as well as martyrs,

12  correct?

13         MR. COLES:  Objection, scope.

14         THE COURT:  Sustained.

15  Q    When you joined the bank in July of 2002, I think you

16  told us on direct, that you had come from a 5-year stint at

17  the Cairo Amman bank, correct?

18  A    About five years, yes.

19  Q    And, the Cairo Amman bank, where you had worked had quite

20  a few branches in the West Bank and Gaza, right?

21  A    They had 19 branches then.

22  Q    The Bank of Palestine also had quite a few branches in

23  the West Bank and Gaza at that time, correct?

24  A    Yes, correct.

25  Q    And other institutions had some branches in the West Bank

Mazen - Cross - Werbner                    2856

1    and Gaza at the time, correct?

2    A    There were eight Jordanian banks that had branches and

3    either eleven or ten, Palestinian banks.

4    Q    So, there were, would you say, one hundred or more

5    branches of banks among fifteen or twenty institutions in the

6    West Bank and Gaza during the second Intifada?

7    A    I would say so.

8    Q    So, customers in the West Bank and Gaza, had a choice as

9    to where to bank, right?

10   A    Of course.

11   Q    So, it wasn't like there was no other option for the

12   whose who of Hamas when they went to choosing a bank, right?

13            MR. COLES:  Objection, Your Honor.

14            THE COURT:  Sustained.

15   Q    You mentioned the difficulty in moving about during the

16   second Intifada.  Do you recall that testimony?

17   A    Yes.

18   Q    May I borrow the map?

19            Can you see that, Mr. Hamdan?

20   A    Yes.

21   Q    So, it was even hard from just the seven miles from

22   Ramallah to Jerusalem to move about the roads when there was

23   all this violence going on, correct?

24   A    Correct.

25   Q    And it was certainly hard to go from Ramallah at the

Mazen - Cross - Werbner                    2857

1   center of the West Bank down to the south where Hebron is

2   located, right?

3   A      Right.

4   Q      And it would be hard to go from Ramallah up to Nablus, or

5   all the way up to Jenin during this period of violence, right?

6   A      That's right, and vice versa.

7   Q      Right.

8   A      Most of all, employees were living in the north and they

9   were coming to-- commuting to Ramallah on a daily basis.

10  Q      It was frequently the case that people could not move

11  from these various cities to other parts of the West Bank,

12  right?

13  A      On certain dates, yes.

14  Q      And, we even heard, I think the jury heard last week,

15  maybe it was Mr. Heranni that sometimes people resorted to

16  donkeys to carry things, because the roads were all

17  unpassable, right?

18  A      The bank did.

19  Q      Well, there was one thing that could get passed a

20  roadblock, wasn't there?

21          MR. COLES:  Objection, Your Honor.

22          THE COURT:  Overruled.

23  A      I don't understand the question.

24  Q      Well, even the donkey, if it had to go through a

25  roadblock was going to be stopped and searched, correct?

Mazen - Cross - Werbner                    2858

1   A    That's right.

2   Q    But there was one thing that a roadblock would not stop

3   during this time, and that was a wire transfer of money from

4   one branch down here, that could move up in a matter of

5   minutes to the other end of the West Bank, correct?

6              THE COURT:  Same objection?

7              MR. COLES:  I had an objection about five minutes

8   ago at the start.

9              THE COURT:  The objection to the question is

10  sustained.

11  Q    When a wire arrived at an Arab Bank branch during the

12  Intifada from the Saudi Committee, that wire would be placed

13  in a customer's account the next business day, correct?

14  A    After 24 hours.

15  Q    So, within 24 hours, money could be moved all over the

16  West Bank, right?

17  A    No.

18  Q    No?

19  A    Of course not.  You can carry and move from one city to

20  the other.  In that situation, if there is violence and people

21  are being killed on both sides of the conflict.

22  Q    My question is, if you have someone in Hebron?

23  A    Yes.

24  Q    Who wants to take money to Jenin, Arab Bank can wire that

25  money and have it there in 24 hours, correct?

Mazen - Cross - Werbner                    2859

1  A    Correct, and you can have it in New York in 24 hours as
2  well.
3  Q    And, if somebody lives in Nablus, and there is money,
4  $5,000 in cash, they don't even have an account at Arab Bank,
5  they can walk into their local branch and walk out with over
6  $5,000 in cash, and not have to go more than a mile or two to
7  reach that Arab Bank branch; isn't that right?
8           MR. COLES:  Objection, Your Honor.
9           THE COURT:  Overruled.
10  Q    Do you agree with me?
11  A    Sorry, I need to listen to the question again.
12  Q    No problem.
13  A    Please.
14  Q    If somebody in Jenin wants cash money for whatever
15  purpose, and these roads are all blocked, and it can take days
16  and days, if not forever, to get up there, using an Arab Bank
17  branch, can move that money in 24 hours, right?
18  A    That's correct.
19  Q    And that can be done even when the recipient of that
20  money has no account.  Arab Bank during the Intifada was just
21  paying that money in cash over the counter?
22  A    This is an international banking practice.
23           MR. COLES:  Objection.
24           THE COURT:  Overruled.
25  Q    Do you think it is a common practice for a bank to

Mazen - Cross - Werbner                    2860

1   receive money for someone that is not a customer, and to place
2   ads in the newspaper, telling them they can come in and pick
3   up that money or make phone calls and telling they can come
4   in, they are not even customers, is that routine?
5   A    It is not routine and the bank has never done that.  We--
6   Q    Excuse me, I will object beyond that as not responsive,
7   Your Honor.
8        THE COURT:  He has not said anything yet, but you
9   are right, go on to another question.
10  Q    So, if there is evidence that ads were placed for people
11  to come in, you are unaware of that, is that your testimony?
12  A    Can you repeat the question, please.
13  Q    Yes.
14       If there were ads in the newspapers saying to
15  people, you can come to your local Arab Bank branch manager to
16  get money from a Saudi Committee, if there is such a thing,
17  you don't know about it; is that right?
18  A    That's right.
19  Q    And if people have said that telephone calls were made by
20  Arab Bank to people who weren't customers, to come in and get
21  money from the Saudi Committee, you are unaware of that,
22  right?
23  A    If there is instructions from the-- from the Arab
24  National Bank to contact a certain person with a telephone
25  number, or an address, then the bank will do that, yes.

Mazen - Cross - Werbner                    2861

1   Q    How about if there is no address or telephone number?

2   A    We just leave it there until he comes to the branch and

3   asks for it.

4   Q    And if somebody at Arab Bank was actually looking up

5   phone numbers and trying to locate people that weren't even

6   customers as part of this striving for the success of the

7   Saudi Committee, you are not aware of that?

8   A    No.

9            MR. COLES:  Objection, Your Honor.

10           THE COURT:  Overruled.

11  A    It wasn't done.

12  Q    You keep saying it wasn't done.  There is sworn testimony

13  here that it was done.

14           MR. COLES:  Argument.

15  A    I am the guy who knows.

16           THE COURT:  Stop, there is no question pending.

17  Stop.

18           Sir, hang on.  There is no question pending, the

19  beginning of that question is stricken, go onto another

20  question.

21  Q    Now, during the Intifada, you read a number of newspapers

22  to keep up with the news, correct?

23  A    Yes.

24  Q    You read the International Herald Tribunal?

25  A    That's correct.

Mazen - Cross - Werbner                    2862

1   Q     And that was in English?

2   A     Yes.

3   Q     You read the Al-Quds, which was a newspaper in Arabic,

4   correct?

5   A     Yes.

6   Q     You also read Al Ayyam, which is another Arabic

7   newspaper, correct?

8   A     That's.

9   Q     And Al-Quds and Al Ayyam are widely read in the West Bank

10  and Gaza?

11  A     Yeah, they distribute between ten to eleven thousand

12  newspapers every day, each.

13  Q     And you stay abreast of the news via Al Jazeera, right?

14  A     Yes.

15  Q     The BBC?

16  A     Yes.

17  Q     And you saw T.V. and headlines of many, many of these

18  suicide attacks we have been discussing in this case, didn't

19  you?

20  A     Yes.

21  Q     They were often on the front page of these newspapers,

22  right?

23  A     Some of them were.

24  Q     And, CNN and similar news channels carried these as

25  breaking news stories, didn't they?

Mazen - Cross - Werbner                    2863

1   A    I believe they did.

2   Q    For example, the Sbarro Pizza in Jerusalem, you heard

3   about it that very day, didn't you?

4   A    Of course I did.

5   Q    When --

6   A    My children were on school on that day.

7   Q    I assumed that, because you mentioned that.

8   A    Yes.

9   Q    And people were being killed in restaurants, buses,

10  cafes, correct?

11  A    Correct.

12  Q    And you knew these were -- many of them being committed

13  by Hamas suicide bombers, correct?

14  A    Some of them, yes.

15  Q    Did you ever check to see if your bank was wiring money

16  to those people's family?

17  A    I didn't check, no.

18  Q    I wanted to mentioned one other thing while we have the

19  map up, the Gaza Strip is not connected to the West Bank, is

20  it?

21  A    No.

22  Q    And so, it is particularly hard at any time to get from

23  the West Bank to Gaza, correct?

24  A    You need the approval from the Israeli government.

25  Q    And I doubt they weren't giving it during the Intifada

RB        OCR

Mazen - Cross - Werbner                              2864

1   were they?

2   A    They were giving some, but very few.

3   Q    And, so you would agree that if you had someone in Gaza,

4   it would be much easier to move money from the people in Gaza

5   to people in the West Bank if they had access to a bank's

6   international wire system, right?

7   A    Any bank was operating within the territories would have

8   been able to do the same thing, yes.

9   Q    Do you know that at the time you were wiring money at

10  your bank for Sheik Yassin?

11  A    No.

12  Q    Do you know that at the time --

13        MR. COLES:  Objection.

14        THE COURT:  Well, I'm not going to sustain the

15  objection to that question.  That question is fine.

16        Mr. Werbner, if you going to go through all the

17  evidence in the case, I'm not going to let you do that.

18        MR. WERBNER:  I know that will take too long, I want

19  to ask a representative a question.

20  Q    In light of your answer Mr. Hamdan, you are not aware

21  that Sheik Yassin and other Hamas leaders in Gaza, were using

22  your bank to wire money to other Hamas operatives?

23        MR. COLES:  Objection.

24        THE COURT:  Overruled.

25  A    I wasn't aware, no.

Mazen - Cross - Werbner                    2865

1    Q    But just a minute ago, when you were answering my

2    questions, you wanted to go out of your way about the

3    newspapers and say you were the top man and you knew

4    everything?

5              MR. COLES:  Objection.

6              THE COURT:  Sustained.  You have to be a little

7    quicker Mr. Coles.

8              MR. COLES:  I'm sorry.

9    Q    You saw many posters during this period of time with

10   particular pictures of martyrs, correct?

11   A    Yes.

12   Q    They were plastered everywhere, weren't they, during the

13   Intifada?

14   A    That's correct.

15   Q    In fact they were plastered on Arab Bank branchs, right?

16   A    That's correct.

17   Q    And, Arab Bank employees would have to go out there and

18   take a hold of these martyr posters, to remove them, right?

19             MR. COLES:  Objection.

20             THE COURT:  Sustained.

21   A    Well, they were plastered.

22             THE COURT:  Stop.  You don't have to answer that.

23             THE WITNESS:  I'm sorry.

24             THE COURT:  That's okay.

25   Q    Sir, you know what the term "Amaliyya Istishhadiyyah"

Mazen - Cross - Werbner                    2866

1   means, don't you?

2   A    Yes.

3   Q    If you had seen that in an Arab Bank document, you would

4   have understood that to mean a suicide operation, right?

5   A    I would say so.  That is a suicide operation.

6   Q    And there shouldn't be any doubt about what that means,

7   if you are living in that period of time, and you see that on

8   a document?

9            MR. COLES:  Objection, Your Honor.

10           THE COURT:  Overruled.

11  Q    That is not an esoteric phrase that people would be

12  unfamiliar with, at that time, would it?

13  A    No.

14  Q    While you were the top man, your bank transferred money

15  for designated global terrorists, didn't it?

16  A    No, not to my knowledge.

17           MR. COLES:  Objection, Your Honor.

18           THE COURT:  Sustained.

19  Q    Let's look a minute at the August 2003 designation.  In

20  the interest of time, I have it here if you want to see it.

21  It is Plaintiff's Exhibit 1248, that August 2003 designation,

22  designated among other people, Interpal, and ASP and CBSP?

23  A    Designated by whom?

24           MR. COLES:  Objection.

25           THE COURT:  Sustained.

RB       OCR

Mazen - Cross - Werbner                    2867

1   Q    Have you at any time before your testimony, looked at the

2   evidence to see if in fact, your bank after August of 2003,

3   was transferring money to designated terrorists on behalf of

4   Interpal or other designated terrorists?

5            MR. COLES:  Same objection.

6            THE COURT:  Different question, overruled.

7   Q    Have you looked to see that?

8   A    Can you repeat the question, please, again, just to

9   understand it.

10  Q    No problem.

11  A    Please.

12  Q    Have you at any point looked at the evidence to determine

13  whether while you were the top man, your bank-- under your

14  management, were transferring money to designated global

15  terrorists?

16  A    I've never seen that in my bank.

17  Q    Have you asked to look at those records?

18  A    I looked at many many records, yes.

19  Q    Have you asked to see any records that reflect that?

20  A    What do you mean by that?

21  Q    I mean have you said to anybody that I want to see the

22  records, I know it is being contended that we transferred

23  money after any of these were designated.  Have you asked to

24  see records to determine that?

25  A    To whom?

Mazen - Cross - Werbner                    2868

1          MR. COLES:  Objection.

2          THE COURT:  Sustained.

3    Q    The United States?

4          THE COURT:  Mr. Werbner, stop.  Put another

5    question.

6          Sir, I know you don't do this for a living.  If I

7    say "sustained", that means you don't answer.  If I say

8    "overruled", that means you answer.

9          THE WITNESS:  Sorry for that.

10          THE COURT:  That is all right.

11   Q    You do not dispute that while you were the top man there,

12   lots of money was being transferred to Shahid, do you?

13   A    Shahid--

14          MR. COLES:  Objection.

15   A    I would love to pay money to a Shahid.

16          THE COURT:  Hang on, stop.  You can't just keep

17   going like there is no objection.  There is an objection.  It

18   is sustained.  Go on to another question.

19   Q    Did you just say you would love to pay money to Shahid,

20   is that what you just said?

21   A    Can I pay?

22   Q    I'm asking you first.

23          MR. COLES:  Can we have a sidebar?

24          THE COURT:  Stop.  Everyone stop.  Mr. Werbner, ask

25   another question.

Hamdan - Redirect - Coles                    2869

1          Sir, don't answer the question until the bank's

2    lawyer has a chance to object to see if he wants you to

3    answer.

4          THE WITNESS:  Okay.  Fine.  Now I understand.

5    Q    I'm simply asking about something that I didn't hear.

6    Did you say you would love to pay money to Shahid?

7    A    I was joking.

8          MR. COLES:  Objection.

9          MR. WERBNER:  I will pass the witness.

10         THE COURT:  Any redirect?

11         MR. COLES:  A short redirect.

12   REDIRECT EXAMINATION BY MR. COLES:

13   Q    Hello again.

14   A    Hi.

15   Q    I just have a few questions for you.

16         Mr. Werbner, was asking you about other banks that

17   were in the Palestinian territories during the second

18   Intifada, I think he said Cairo Amman and some other banks?

19   A    There were 21 banks.

20   Q    And, can you tell me, how the second Intifada affected

21   all their operations.

22         MR. WERBNER:  I will object to that.

23         THE COURT:  Yes.  If you can get a foundation Mr.

24   Coles, you can have that.

25   Q    Are you aware, sir, from your surveys on the association

Hamdan - Redirect - Coles                    2870

1   of banks, and union of Arab Banks and the other organizations

2   that you were apart of, during the second Intifada, how the

3   second Intifada affected those other banks that Mr. Werbner

4   asked you about?

5          MR. WERBNER:  Same objection.

6          THE COURT:  The question is, is he aware, that calls

7   for a "yes" or "no" answer.  Are you aware?

8   A    Can you repeat the question?

9   Q    Yes.

10         Are you aware of the second Intifada affected other

11  banks in the Palestinian territories?

12  A    Yes.

13  Q    And how did it affect those banks?

14         MR. WERBNER:  Objection.

15         THE COURT:  How do you know, how it affected those

16  banks?

17         THE WITNESS:  We had regular meetings at the society

18  of banks in Palestine.

19         THE COURT:  Okay.

20         THE WITNESS:  We were discussing those issues

21  regularly.

22         THE COURT:  The objection is overruled.  You may now

23  answer how it affected the other banks.

24  Q    Go ahead, you can answer.

25  A    Most of the banks were using money and some banks had to

Hamdan - Redirect - Coles                    2871

1    close branches because they were not making money, which means

2    that unemployment goes higher and the need for support is even

3    higher from the Saudi Committee or other donors in the west.

4    Q    And was that due to the second Intifada?

5    A    Yes.

6    Q    Mr. Werbner asked you about the Sbarro bombing, do you

7    recall that?

8    A    Yes.

9    Q    Do you have a personal experience with the Sbarro

10   bombing?

11   A    It was less than 100 meters from the school of my

12   children, less than 70 meters.

13   Q    You testified that you took your children out of the

14   Palestinian territories?

15   A    I send them to Amman, Jordan.

16   Q    That was for their safety?

17   A    They lived with my father.  My father's place.  For quite

18   sometime.

19   Q    Mr. Werbner also asked you whether or not you personally

20   checked the beneficiaries of wire transfers?

21   A    No, that is not my job.  I have qualified staff who knows

22   how to do the job.

23   Q    And, there are other people who had that responsibility,

24   right?

25   A    Yes.

Hamdan - Redirect - Coles                    2872

1  Q    If fact, compliance department?

2  A    Compliance and audit department both.

3  Q    Can you tell the jury whether in fact those beneficiaries

4  were checked?

5  A    Yes.

6        MR. WERBNER:  I will object to that.

7        THE COURT:  Sustained.

8  Q    Mr. Werbner, I will have troubling pronouncing this, used

9  the word, amaliyya istishhadiyyah?

10 A    That's good.

11 Q    Is that close enough.

12       You know what I'm talking about.

13 A    Yes, of course.

14 Q    And he asked you whether or not-- he asked you whether or

15 not that was a suicide operation?

16 A    It is a suicide operation.  I think --

17 Q    And --

18 A    -- that is the exact translation of the phrase.

19 Q    And, would it include any kind of suicide operation?

20 A    What do you mean by that?

21 Q    Is it-- does it include only suicide bombers or other

22 operations as well?

23 A    Other operations, of course.

24       MR. COLES:  I have no further questions for you.

25 Thank you very much for your time.

Al-Omari - Direct - Coles                2873

1      THE COURT:  You may step down, thank you.

2      (Witness excused.)

3      THE COURT:  Defendant may call its next witness.

4      MR. COLES:  The defense calls Baker Mohammed

5   Al-Omari.

6   BAKER MOHAMMED AHMAD AL-OMARI, having been first duly sworn,

7   took the stand and testified as follows:

8      COURTROOM DEPUTY:  You maybe seated.

9      THE COURT:  You may inquire Mr. Coles.

10      MR. COLES:  Thank you, Your Honor.

11   DIRECT EXAMINATION BY MR. COLES:

12   Q    Mr. Al-Omari, good morning.

13   A    Good morning.  Good morning for you all.

14   Q    Now, Mr. Al-Omari, you told me you wanted to testify in

15   English today; is that right?

16   A    Yes, I will do my best.

17   Q    You testified in your deposition in Arabic, right?

18   A    Yes.

19   Q    You think you can do it in English today?

20   A    Yes.  I will do my best like I said.

21   Q    And, in case you need some assistance, there are two

22   translators who are very adept who are sitting right next to

23   you.

24   A    Thank you.

25   Q    You have four names, that is fairly common isn't it in

Al-Omari - Direct - Coles                    2874

1   Palestine?

2   A    Yes.

3   Q    We have also heard that Arabic names sometimes have a

4   meaning associated with them?

5   A    Yes.

6   Q    Does the name "Al-Omari" have a meaning associated with

7   it?

8   A    Yes.  The meaning for this is the person who come after

9   our prophet.

10  Q    And, the name, your second name, Mohammed, does that have

11  a meaning?

12  A    Yes, Mohammed is the name of our prophet.

13  Q    Ahmad?

14  A    Ahmad is the second name for our prophet.  It is familiar

15  to the first name Mohammed.

16  Q    And does your first name, Baker have a meaning in Arabic?

17  A    Yes.  That means son of camel.

18  Q    Son of a camel?

19  A    Yes.

20  Q    You have three prophets and the son of a camel?

21  A    Yeah.

22  Q    Where do you live Mr. Al-Omari?

23  A    I live in Jenin City.

24  Q    And, as we have before, I don't know that we have had

25  anyone go through the geography of Jenin, if with the Court's

Al-Omari - Direct - Coles                2875

1   permission, you can step down, I will put up a map, and if you

2   can orient us and the jury to Jenin?

3   A    May I come there?

4   Q    Please.

5            (Witness left the stand.)

6            THE COURT:  Please speak loudly when you are in

7   front of the map so the Court Reporter can write down what you

8   say.

9            MR. COLES:  And slowly so everyone can hear.

10           THE COURT:  Mr. Coles will he be up there awhile?  I

11  will give him a mic if he is.

12           MR. COLES:  Only for a couple of minutes.

13           THE COURT:  Okay.

14  A    As you see, here is the map of the middle east, here is

15  the West Bank and as you see here, Jordan, and the river of

16  Jordan.

17           Here is the strip of Gaza, here is the Mediterranean

18  Sea and as you see Jenin is up north, it is near the border of

19  Israeli city, like you see here.  This is the West Bank.

20  Q    How close is Jenin to the border of Israel?

21  A    About 50, 100 meters, half kilo of the border of Israel.

22  Q    You can walk?

23  A    Yes.

24  Q    Please return to your seat.

25           With the Court's permission can he return to the

Al-Omari - Direct - Coles                    2876

1  witness chair?

2         THE COURT:  Sure.  Can you also take the poster

3  board down.

4         (Witness returns to witness seat.)

5         MR. COLES:  We also have a photograph of Jenin that

6  we have shared with the other side.  If we can display that.

7         THE COURT:  Any objection to admitting that

8  photograph?  You want it admitted Mr. Coles or shown?

9         MR. COLES:  I think shown is fine, if that is okay.

10        THE COURT:  Go ahead.

11        (Displayed.)

12 Q   Mr. Al-Omari if the technology worked properly, in front

13 of you, there should be a photograph of Jenin.  Did you take

14 this photograph?

15 A   Yes.

16 Q   You did take it or do you recognize it?

17 A   No, this is the site of my city, Jenin.

18 Q   Can you describe what is in the photograph?

19 A   This is the building of the city where I live, where I

20 live in Jenin, and you like?  It is very beautiful city.

21 Q   And, basically, how many people live in the Jenin area?

22 A   In the city of Jenin, about 30,000 people.  But the city

23 and the around village, about 200,000.

24 Q   About two hundred thousand people in the Jenin area?

25 A   Yes.

Al-Omari - Direct - Coles                    2877

1  Q    You mentioned earlier when we were looking at the map

2  Jenin was very close to Israel?

3  A    Yes.

4  Q    Is there an economic link between Jenin and Israel?

5  A    Strong link, strong one.  Before the Intifada and before

6  and after the Intifada, the Israelis come, enter to Jenin, to

7  go shopping, and pay a day, about five thousand Israelis,

8  enter to Jenin to go shopping and have dinners and Jenin's

9  famous restaurants.

10        And, because of the site of the Jenin near the

11  border of Israel, if Israeli citizen wants to enter Jenin, and

12  he is from an a far, it takes about ten or fifteen only to

13  enter Jenin to have dinner in its famous restaurants.

14        In the opposite the traders of Palestine people

15  enter to Israel city to buy goods from Israeli territories.

16  So that there is a-- strong link between Jenin and Israel

17  cities.

18        MR. COLES:  Just before I get away from Jenin, the

19  next DX number is 1624, if plaintiffs don't object, maybe we

20  can introduce this picture of Jenin as DX1624.

21        THE COURT:  Introduced.  Move into evidence?

22        MR. COLES:  Yes.

23        THE COURT:  Any objection?

24        MR. TURNER:  No, Your Honor.

25        THE COURT:  Received.

Al-Omari - Direct - Coles                      2878

1          (So marked.)

2    Q    Mr. Al-Omari, what do you do for a living?

3    A    I own a bakery and two supermarkets and I import goods

4    from China and I have a store to sell.  Recently, I bought a

5    pharmacy in the midtown of Jenin, all in the midtown of Jenin.

6    Q    What kind of customers do you have in your store and your

7    pharmacy in Jenin?

8    A    My customers, I would say before, for the side of the

9    city and the side for my stores, which is up north to Jenin,

10   mean, closer to Israel, ten percent of my customers from

11   Palestinian area, but most of them, about 90 percent of my

12   customer, was Israeli people.  Israeli people.

13   Q    Can you please tell us a little bit about your family,

14   sir? Can you tell us a bit about your family?

15   A    Yes.  I am resident, a Palestinian resident from a

16   Palestine family.  My family was the oldest family who lived

17   in Palestine, and my family is the first family who lived in

18   Jenin.

19          My father was a gardener, so he worked as a gardener

20   and worked in garden where the tomb Rothchild was found,

21   Rothchild who is the person started Israel government.  My

22   father worked there about 13 years.

23          My wife with him, lived with him and my father died

24   two years ago and my father-- my father until now have a

25   secure, have a social security benefits from the government of

RB        OCR

1    Israel.  It was the half of my father's salary.

2              I have eight brothers, all of us, are there.  My

3    oldest brother, was a doctor, specializing in gynecology.

4              THE COURT:  Sir, before you go on.

5              I suppose we are going to go through all eight

6    siblings?

7              (Transcript continues on next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Al-Omari - direct - Coles                    2880

1          THE COURT:  Sir, before you go on, I suppose we are

2     going to go through all eight siblings?

3          MR. COLES:  No, Your Honor.  But thank you.

4          THE WITNESS:  I try --

5          THE COURT:  It is very nice, but --

6          THE WITNESS:  What's the --

7          Mr. Coles:  I just hope they are all customers of

8     the store that he has in Jenin.

9     BY MR. COLES:

10    Q     Do you have a brother who is an Israeli citizen?

11    A     Yes.

12          The other -- the other one who is Israel -- my

13    second brother is Israeli resident.  He work in -- he was work

14    in the Rothchild -- in Rothchild Gardens and because he's --

15    Israel -- he retired early.

16          My -- another brother was a teacher.

17    Q     Okay.

18    A     And for me now I am -- I have owned my -- my works and

19    before I was -- I was manager of Arab Bank in Jenin.   The

20    other three of my brothers was furniture maker and they have a

21    factory for this.

22          My sister --

23    Q     Finish with your sister.  I'm sorry.

24    A     Yes, I will finish.

25          My sister was Israeli resident.  He died in 1995

GR      OCR      CM      CRR      CSR

Al-Omari - direct - Coles                    2881

1   because his death in cancer and he has only one son, who was a
2   director in Israel.
3   Q    Are you married?
4   A    Yes, I am married.
5   Q    You don't have 30 children, right?
6   A    Yes.
7   Q    Tell us just quickly about your family.  We don't have to
8   go through one by --
9   A    Yes.
10           I have five children, three girls and two boys.  The
11   older is a dentist, my older girl is a dentist.  The other one
12   is -- twelfth grade and the other tenth grade.
13           I have two boys, the older is second grade and the
14   youngest one, I leave him, is in third years old.
15   Q    Have you lived in Jenin all your life?
16   A    Yes, I have lived in Jenin.
17   Q    Did you go to high school or secondary school in Jenin?
18   A    I continued my education in Jenin.
19   Q    After graduating from high school in Jenin, did you have
20   an opportunity to go to college?
21   A    Yes.
22           I have a baccaloreus degree in accounting and I have
23   a master -- I have a master degree in finance in Arabic
24   Academy For Finance and Banking.
25   Q    Okay.  After you graduated from college with the degree

GR     OCR     CM     CRR     CSR

Al-Omari - direct - Coles                    2882

1   in finance and banking, did you find a job?

2   A    You know, when I graduated from university, it was the

3   first intifada in Palestine.  So that I served a job in Jordan

4   and I'm working in field of audit and I am -- and I was a

5   manager of a restaurant in Amman.

6   Q    How long did you do that?

7   A    About one to two years.

8   Q    Okay.  Did there come a time when you returned to the

9   Palestinian territories?

10  A    Yes.

11  Q    When was that, sir?

12  A    1994 I returned to Palestine.

13  Q    What were the circumstances when you returned?

14       Were you offered a job?

15  A    Yes.

16       As you know, the peace -- peace deal signed between

17  Israel and Palestine and -- and I want to be near my family in

18  Jenin and I expected and new -- got a job, a good opportunity

19  so, I returned to Palestine where I live.

20  Q    Were you able to get some banking experience?

21       Did you work for a bank?

22  A    Yes.

23  Q    What bank did you work for when you returned to

24  Palestine?

25  A    I applied in Cairo Amman Bank and worked there at the

GR        OCR        CM        CRR        CSR

Al-Omari - direct - Coles                2883

1  original management in Palestine.

2  Q    Okay.  How long did you work at Cairo Amman Bank?

3  A    About one year.

4  Q    Okay.  Did there come a time when you were recruited to

5  work at Arab Bank?

6  A    Yes.

7  Q    Okay.  When was that?

8  A    In 1995.

9  Q    Okay.  Starting in 1995, how long did you work at Arab

10  Bank?

11  A    About 15 years all, 15 years.

12  Q    So you worked at Arab Bank from 1995 to 2000?

13  A    Yes, to 2010.

14  Q    Okay.  You are not employed by Arab Bank today, are you?

15  A    No, I am not employed at Arab Bank.

16  Q    You live in Jenin, which is a long way away, right?

17  A    Yes.

18  Q    Okay.  Why did you come here to testify?

19        MR. TURNER:  Objection, Your Honor.

20        THE COURT:  Sustained.

21  Q    Mr. Al-Omari, what was your first job when you started at

22  Arab Bank in 1995?

23  A    My job is the head of accounting facilities.  Accounting

24  department.  Sorry.

25  Q    Okay.  When you became the head of the accounting

GR       OCR       CM       CRR       CSR

Al-Omari - direct - Coles                    2884

1   department, was that at the Jenin branch?

2   A    Yes.

3   Q    Okay.  Had that branch just opened in 1995?

4   A    Yes.

5   Q    Okay.  Could you tell us what your responsibilities were

6   as head of the accounting department at the Jenin branch in

7   1995?

8   A    Yes.

9         The main -- our main responsibility to audit the

10  financial -- financial operation and the transactions that

11  happen in the branch, and then to audit the balance sheet and

12  profit sheet.  At that time there was no -- there was no

13  advance computing programs to do accounting to do in the

14  branch.  All of the work, huge of the work, we do it manually.

15  So that very huge job we do in the accounting department.

16  Q    Did you earn a promotion to a new position?

17  A    Yes.

18  Q    What was that?

19  A    Head of credit facility department in Jenin branch.

20  Q    When did you start that job?

21  A    About 1996.

22  Q    For how long did you stay in that job?

23  A    About nine years.

24  Q    About nine years?

25  A    Yes, about nine years.

GR      OCR      CM      CRR      CSR

Al-Omari - direct - Coles                    2885

1    Q    Okay.  Could you tell us what your responsibilities were

2    as head of the credit facilities department in the Jenin

3    branch?

4    A    Yes, sir.

5         At that time Jenin witnessing prosperity and growth

6    economy.  At that time we studied the market of Jenin and the

7    economic sector working in Jenin.  Then we study the

8    suitable -- the suitable -- the suitable loans for these

9    sectors and then we filled the sectors with the facility they

10   need.

11        After that, we follow up the facility, we grant to

12   the -- to the companies and all the sector, the sector, and

13   after that the important thing was for us was to see the --

14   the economic sector, which is be better and bigger, so that we

15   believed that we built economy, so that we believe we built

16   company, and at last, do you know, we made good profit from

17   our work.

18             THE COURT:  Sir, what time period are you talking

19   about now?

20             THE WITNESS:  I am talking about -- about 1996 to

21   2004, sir.

22             THE COURT:  Thank you.

23   Q    That's when you worked there, right?

24   A    Yes.

25   Q    How many people worked in the branch in Jenin in the 2000

Al-Omari - direct - Coles                    2886

1   timeframe?

2   A    You mean, how many employees?

3   Q    How many employees, yes.

4   A    About 25 to 30 employees.

5   Q    You mentioned that part of your job when you started

6   there in 1996 was to provide credit facilities or loans to

7   customers?

8   A    Yes, sure.

9   Q    Could you briefly tell us what kind of customers you had

10  in the Jenin branch?

11  A    At that time the kind of loans we grant is the -- the

12  retail loans and the corporate loans.  Two kinds of facility.

13  Q    Okay.  So you worked at the bank in Jenin from 1996 to

14  2004?

15  A    Yes.

16  Q    And then what did you do next?

17  A    After that, I -- I work in the regional management, in

18  the retail department for one year, and then returned to Jenin

19  as a branch manager.

20  Q    So you worked in -- you went to Ramallah for one year?

21  A    Yes.

22  Q    In 2004 and you returned as the branch manager in Jenin

23  in 2005?

24  A    Yes.

25  Q    Okay.  What I want to do, Mr. Al-Omari, is talk about the

Al-Omari - direct - Coles                    2887

1    period of time of the second intifada, which was roughly 2000

2    to 2004.

3    A    Yes.

4    Q    That was about four years into your job as head of the

5    yesterday facilities, right?

6    A    Yes.

7    Q    Okay.  Are you familiar with the term second intifada?

8    A    Yes.

9    Q    What was the second intifada?

10   A    The second intifada is a period that bad things happened

11   in my lovely city and in Israel's city.  I can describe it

12   with a word.  It's grief.  It's a period of killing.  It's a

13   period of destroying the economy.  It's a period that

14   destroyed my -- my city and the economy of my city that we

15   built before the intifada.  All -- all of things were

16   destroyed.  All of things was destroyed.  It's a period of

17   afraid, it's a period of kill.

18   Q    What was the effect of the second intifada on the Arab

19   Bank branch in Jenin?

20   A    The effect that Arab Bank is in city in Jenin and the --

21   the hard condition reflects on the bank, so that the economy

22   is down.  There is no work.  There is all -- mostly more than

23   60 per cent of the days.  The city was closed.  When the city

24   was closed, there is no work, and the important thing that the

25   link, you asked me about between us and the Israeli cities and

Al-Omari - direct - Coles                                2888

1    the Israeli citizens who enter Jenin to shop and to have the

2    dinners, this is stopped because Israeli government disallowed

3    the citizen to enter Jenin because of the problem of their

4    life.  So most of their shops in Jenin were shot, economy

5    destroyed, down.  Everything is destroyed, sir.

6    Q    There has been some testimony in this case about posters

7    that were put up in Palestine, in the Palestinian territories

8    during the second intifada.

9    A    Yes.

10   Q    When you were at the Jenin branch, were sometimes -- did

11   you see posters put up around Jenin?

12   A    Yes, sir.

13        If you ask me about the poster, the poster was found

14   and posted everywhere you go.  It was posted on the face of

15   the center shop.  It faced -- the face of our branch, our

16   branch in -- there was poster -- posted on the face of our

17   branch.  And wherever you go, you will find these posters.

18   Q    What did you do when you saw posters that were put on the

19   branch of Arab Bank in Jenin?

20   A    The sight of the posters was annoying me.  I don't want

21   to see the face of my branch with poster.  So that I decide in

22   myself to remove all the posters.  But it is very dangerous

23   for me and for my employee to take away these posters away.

24   So that you must be wise how to remove these posters.

25        So I -- first I removed part of the posters and

Al-Omari - direct - Coles                          2889

1  after two days or three days, I will tear and take away

2  another part of the poster and finally I will say to one of my

3  employees please go and take away the thing that is on the

4  wall on the face on the branch and remove the posters.

5  Q    Why did you have to do it piece by piece like that rather

6  than just pulling it down?

7  A    I say in the beginning of my words, it's very dangerous

8  for everyone to remove these posters because the people who

9  fix them will come and ask you why you remove these poster and

10  simply maybe kill you, shoot you, because you remove the

11  poster in front of the, so that if I ask why remove these

12  posters, I will say, these posters, not posters, half poster,

13  it not good to see them half poster.  So that I remove it.

14         THE COURT:  Mr. Coles, about how much longer do you

15  have?

16         MR. COLES:  I have probably another 15, 20 minutes.

17  Do you want to take a mortgage break now?

18         THE COURT:  Is this an okay time for you?

19         MR. COLES:  Yes, Your Honor.

20         THE COURT:  Ladies and gentlemen, we will take our

21  morning break.  Will come back in here just before 11:35.

22  Please don't talk about the case.

23         See you in a few minutes.

24         (The following occurred in the absence of the jury.)

25         THE COURT:  Recess until 11:35.

GR      OCR      CM      CRR      CSR

Al-Omari - direct - Coles                2890

1          (Recess taken.)

2          (The following occurred in the absence of the jury.)

3          THE COURT: Please bring in the jury.

4          (Jury present.)

5          THE COURT:  Everyone be seated.

6          Please continue, Mr. Coles.

7          MR. COLES:  Thank you, Your Honor.

8    EXAMINATION CONTINUES.

9    BY MR. COLES:

10   Q    Good morning again, Mr. Al-Omari.

11   A    Good morning.

12   Q    Before the break we were talking about the second

13   intifada.

14   A    Yes.

15   Q    Were there times when you had to close the Jenin branch

16   because of what was happening in the second intifada?

17   A    Yes.

18          Closed the branch, I remember, approximately about

19   the 20 to 25 times we closed the branch in Jenin.  Sometimes

20   we close at it for one hour.  Sometimes we close it for hours.

21   Sometimes we closed for 15 days.

22   Q    That must have been a difficult time for the bank's

23   employees?

24   A    Yes.

25          It is very difficult for the bank employees

GR      OCR      CM      CRR      CSR

Al-Omari - direct - Coles                    2891

1   because -- because it is very dangerous for the employees to

2   come from their home to the bank because there is a checkpoint

3   of Israeli soldiers around the City of Jenin and if they enter

4   Jenin the dangers may be inside Jenin from the people who have

5   gun machine and the thing that happen in the city.  So that

6   it's very difficult and very dangerous for the employee of the

7   branch.

8   Q    Okay.  Were there times when you were actually in danger

9   while you were working at the Jenin branch?

10            MR. TURNER:  Your Honor, objection.

11            THE COURT:  He can answer that question yes or no.

12  A    Yes.

13  Q    Can you explain?

14            MR. TURNER:  Objection.

15  A    Yes.

16            THE COURT:  All right.  Let's have a short side bar.

17  Page.

18            (Continued on next page.)

19

20

21

22

23

24

25

GR      OCR      CM      CRR      CSR

Al-Omari - direct - Coles                    2892

1          (Side bar.)

2          THE COURT:  What is he going to say?

3          MR. COLES:  There are two incidents where the branch

4    was held up essentially by terrorist organizations.

5          THE COURT:  Hamas?

6          MR. COLES:   One is unidentified and the other is

7    PIJ.  The unidentified one, someone came in with guns and

8    ammunition clip and said they needed money the same way that

9    other people were needing money.

10         And the PIJ guy came in, the Arab Bank was not

11   processing their transfers.

12         THE COURT:  What's PIJ?

13         MR. COLES:  It's --

14         THE COURT:  Palestinian jihad?

15         MR. TURNER:  Palestinian Islamic Jihad.

16         THE COURT:  The objection is?

17         MR. TURNER:  It is totally irrelevant.  It is

18   prejudicial.  It goes to issues that don't have anything to do

19   with this case.  It's all in an effort just to make everyone

20   feel like the bank is a nice person and good people and

21   victims.

22         THE COURT:  I think that's true.

23         MR. COLES:  I don't know that it is true.

24         THE COURT:  What does it have to do with the issues

25   in the case?

Al-Omari - direct - Coles                    2893

1          MR. COLES:  They are arguing that the bank had a

2    malicious intent to support terrorism.  In fact, they were

3    trying to deal with terrorism themselves.

4          THE COURT:  But, you know, Israelis blew up

5    Palestinians, Palestinians blew up Israeli, everyone called

6    each other terrorist.

7          The question, it seems to me, is faction

8    identification.  If this was a Hamas attack and you could

9    document it as such, then I think I'd let him do it.  But to

10   say some other terrorists that he doesn't really know who they

11   were in one and they weren't Hamas in the other?  That does

12   not -- let's put it this way, I think it's classic Rule 403.

13   I have allowed him to testify at some length about the

14   difficulties of the intifada in terms of business and

15   life-style.  I think that's enough.  We don't need to get into

16   attacks that are not part of this trial.

17         MR. STEPHENS:  Your Honor, the state of mind of

18   these people is one of the central issues in the case.  He's

19   identified along with the rest of these people that you have

20   seen testify in their interrogatory answers as they are all

21   supporters of terrorism.  Whether he is or isn't in his

22   personal experience with it and the fear that he felt in all

23   that was going on is certainly pertinent to his frame of mind

24   as a branch manager in Jenin, which is -- they identified

25   Jenin as a hotbed of bombing and terrorism.

Al-Omari - direct - Coles                    2894

1          THE COURT:  I would agree with you if this was a

2    Hamas attack.  I would say that is relevant.  Because it's not

3    a Hamas attack, I am not going to allow them in.

4          MR. OSEN:  Your Honor, one more thing.  It goes to

5    the preclusion order as well.  There is no way for us to

6    verify what accounts they do or do not say they could not

7    hold, et cetera.  It just goes down a rabbit hole that cannot

8    be cross-examined.

9          THE COURT:  That's true.  Okay.

10          (Continued on next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

GR        OCR        CM        CRR        CSR

Al-Omari - direct - Coles                    2895

1          (In open court.)

2    EXAMINATION CONTINUES

3    BY  MR. COLES:

4    Q    Hi, Mr. Al-Omari, I am back.

5          Were you aware that during this second intifada

6    terrorist attacks were committed in Israel?

7    A    Yes.

8    Q    And you had family living in Israel, right?

9    A    Yes.

10   Q    Okay.  What was your reaction when you heard about those

11   terror attacks?

12         MR. TURNER:  Objection.

13         THE COURT:  I will sustain that to the form.

14         He can't just say what his reaction was.  If you

15   have something specific that affected him, you could bring out

16   those facts.

17   Q    Did you have specific concerns when you heard about

18   terror attacks in Israel?

19         MR. TURNER:  The same objection.

20         THE COURT:  I will allow that.

21   A    It's very hard for me.  I don't like to hear the term

22   terrorist attacks because for -- for two reasons.

23         The first, that the people who are killed are

24   innocent people.  They don't do anything to kill.

25         And the second thing, as I mentioned for you, sir,

GR      OCR      CM      CRR      CSR

Al-Omari - direct - Coles                    2896

1  in the beginning, part of my family is Israeli citizen.  They

2  stayed in Israel.  My brother and his family was going to work

3  on public transportation so that when I hear there is attack,

4  at once I call my brother and ask him about the safety of him

5  and her family.

6            Another thing that I want to say to you, my nephew

7  who is the son of the -- my daughter who died was graduated

8  from the university as a doctor and Israeli law requires --

9            THE COURT:  I need to stop you, sir.  This is beyond

10  what I wanted to allow.

11            THE WITNESS:  Because I am --

12            THE COURT:  Please put another question.

13  Q    Okay.  Why did you continue to work at Arab Bank during

14  the second intifada in light of the closures of the bank and

15  the difficulties caused to the bank?

16            MR. TURNER:  Objection.

17  A    It is not only the --

18            THE COURT:  I will allow the question.

19  A    It's only -- not only the thing you speak about that --

20  but there is nothing -- the city of my life was in danger.

21  But I decide to continue working at Arab Bank.  First, I live

22  my work and I live my bank.  So that if there -- it is not

23  good for me to leave the bank at this critical point, at this

24  critical time.  I must stay in the bank and stop these

25  criminals people.  We want to be -- we want to be -- we want

Al-Omari - direct - Coles                    2897

1  us to be in the city.  Not those peoples who make attacks.  So

2  that we will open the branch and insist to open the branch

3  and -- and for me, the second reason why I stay in the bank,

4  that I have goal in my life so that when I enter Arab Bank as

5  an employee, I put in my mind that I must be a manager in the

6  bank.  So that I don't want to leave the bank before to be the

7  manager on the bank and this is happened, thank god.

8  Q    Did you actually achieve the --

9  A    Yes.

10  Q    -- being a manager?

11  A    Yes.  And I'm -- at last I'm the manager of the branch of

12  Jenin, of the Arab Bank.

13  Q    When did you leave Arab Bank ultimately?

14  A    Yes; I leave it in 2010.

15  Q    That's when you started the businesses you have talked

16  about?

17  A    Yes.

18       My business is -- first I open my small business,

19  which is a small in the first and then after the Israeli

20  government allowed the Israeli citizen to enter Jenin after

21  the intifada, it's my chance to expand my work.  So that I

22  open a second supermarket and then I buy a pharmacy in the

23  town of Jenin.

24  Q    Thank you very much for your testimony today.

25  A    Thank you.  (Continued on next page.)

GR     OCR     CM     CRR     CSR

1           THE COURT:  Cross.

2    CROSS EXAMINATION BY MR. TURNER:

3    Q    Mr. Al-Omari, if I understand correctly, you worked for

4    the bank for about fifteen years, is that right?

5    A    Yes, sir.

6    Q    And, during the relevant period of time, from 2000 to

7    2004, were you working in the credit facilities department; is

8    that correct?

9    A    Correct, sir.

10   Q    In the Jenin branch?

11   A    Yes.

12   Q    And that was separate from the routine bank, you were

13   sort of in a separate department, were you not, the credit

14   facilities department?

15   A    Please, may you translate that?

16        INTERPRETER:  Can you repeat that.

17   Q    Was the credit facilities department, a different

18   department from the ordinary routine bank?

19        (Question was translated.)

20   A    Not separately.  But it have--

21        INTERPRETER:  Independent.

22   A    Independent, the person I report to, in the original

23   management.

24   Q    And then in 2004, you moved to Ramallah and you were

25   working in Ramallah for about a year?

Al-Omari - Cross - Turner                    2899

1    A    Yeah.

2    Q    Is that right?

3    A    Yes.

4         I'm not sure about the last words.

5    Q    He worked in Ramallah for about one year?

6         (Question was translated.)

7    A    Yes, sir.

8    Q    And then you came back to Jenin?

9    A    Yes, sir.

10   Q    And when you came back to Jenin, that was after the

11   Intifada?

12   A    At the last-- at the last of the Intifada.

13   Q    Now, let's focus--

14   A    At the end of the Intifada.

15   Q    Let's focus real quickly on the credit facilities

16   department, that had to do with customers and field visits?

17   A    Yes.

18   Q    And you had a team of individuals, did you not?

19   A    Yes.  I have one-- at the beginning, I have one employee

20   and then I have two employees.

21   Q    You and your team, and you had a marketing function?

22   A    Yes.

23   Q    Did you not?

24   A    Yes.

25   Q    And, part of what you and your team would do is you would

Al-Omari - Cross - Turner                    2900

1   go out in the field?

2   A    Yes.

3   Q    You would go out to meet your customers?

4   A    Yes, surely.

5   Q    And to learn about your customers?

6   A    Yes.

7   Q    You wanted to know about the kind of business they did?

8   A    Surely.

9   Q    And, the kind of people they were?

10  A    What do you mean about the kind of people?  You mean,

11  whether they are individual or companies?

12  Q    Yes.

13  A    Yes.

14  Q    And, sometimes, you even asked to review their accounts,

15  their financial records of their businesses and their

16  organizations, did you not?

17  A    The thing we do, to invest, to--

18           (Question was translated.)

19  A    Investigate, investigate their law-- their business and

20  through my visit to them and investigate their account and

21  look the transactions of their account.

22  Q    That was important, that is important information for the

23  bank to know?

24  A    Yes, it is important to see what is the suitability,

25  loans to give.

Al-Omari - Cross - Turner                    2901

1   Q     Yup, you want to know, who they are, and you want to know

2   what their needs are, how you can help them?

3   A     Yes, I must know who they are, whether they are-- they

4   have stores and wanted liquidity or whether they are companies

5   and they want to open letter of guarantee, and so, yes.

6   Q     I presume you did your job as best you could?

7   A     Yes.

8   Q     You would send your team out to the field, they go out

9   and meet the customers?

10  A     Let me say, I am the person who go out of the branch and

11  my team, the one employee at the beginning, who do the whole

12  work in the office.

13  Q     Now, are you familiar with what an annual report is?

14  A     Yes.

15  Q     Do you know that the bank routinely every year, they

16  author and release to the public and the shareholders what is

17  called an annual report?

18  A     Maybe translate the question.

19          MR. COLES:  Objection.

20          THE COURT:  I will overrule it for now.  I want to

21  see what is going to happen.

22  A     No, we don't distribute the annual report for the

23  customers.  It is not important for-- am I to destroy the

24  annual report for the customer?

25  Q     I didn't understand that, I'm sorry, can you tell me what

Al-Omari - Cross - Turner                    2902

1   he is saying.

2          THE COURT:  Well, you can speak in English.

3          MR. TURNER:  I have no clue.

4          INTERPRETER:  Are you asking, does the bank

5   distribute the financial reports to its customers and to those

6   who have credit facilities, there is no need for us to do that.

7   Q    That is not what I'm asking.  I am asking are you

8   familiar with the fact that the bank --

9          THE WITNESS:  Translate please.

10  Q    Bank creates and publishes every year an annual report on

11  the financial standing of the bank?

12         (Question was translated.)

13  A    Yes, the annual report was distributed and put in the

14  news, in the --

15         INTERPRETER:  Newspaper.

16  A    In the newspaper.

17  Q    And, are you aware that in 2003, for instance, we got an

18  exhibit, Exhibit 72, that already is in evidence, that is the

19  annual report for the bank for 2003, are you aware of whether

20  or not according to the 2003 annual report that the --

21         MR. COLES:  Objection.

22         THE COURT:  All right.  Let's have a short sidebar.

23         (Sidebar.)

24

25

- Sidebar -                                          2903

1      THE COURT:  Let's see if I understand, the witness

2  on direct testified about how he has Israeli customers and all

3  these Israelis that come to him.  He is now going to be

4  impeached by the report showing the reference to Israel as an

5  occupying force or whatever the language was?

6      MR. TURNER:  No, sir.  What he testified to, was how

7  poorly from an economic standpoint the bank was doing.

8      THE COURT:  Yes.

9      MR. TURNER:  I was simply going to point out in

10  2003, according to the annual report, the bank actually made

11  $2 billion.

12      THE COURT:  What is wrong with that?

13      MR. COLES:  This is a global number.  He was only --

14      THE COURT:  There is redirect.

15      MR. COLES:  That is completely unfair to put in the

16  $2 billion number.

17      THE COURT:  It is already in, he will ask him that,

18  on redirect you will embarrass him, that is the bank's

19  worldwide operations, what was the number for the Palestinian

20  branches?  He will say it was a negative number.

21      MR. COLES:  I guess my objection would be a 403

22  objection, to put in what Mr. Turner wants to put in.

23      THE COURT:  What is the answer?

24      MR. TURNER:  The answer is $2 billion and the

25  Palestinians, they lost two hundred thousand.

RB        OCR

- Sidebar -                                                    2904

1          MR. COLES:  They lost money in the Palestinian

2    territories, there is no foundation.

3          THE COURT:  It is already in.

4          MR. COLES:  Or using it.

5          THE COURT:  Can we ask and draw the relationship

6    because it shows things weren't so bad.  I will exclude it

7    under Rule 404(b).

8               (Open Court.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

RB          OCR

1   BY MR. TURNER:

2   Q    Mr. Al-Omari, would you on occasion, during the 2000 to

3   2004 timeframe, review the bank's annual reports?

4   A    For me, no.

5   Q    You did not?

6   A    No, financial report, sometimes, if I have a look at it,

7   to see-- but I don't investigate the annual report.  Not my job.

8        The thing I investigate are sheet balances for the

9   profit and our sheet balance for the branch.  And our sheet

10  profit for the branch.  If you ask me about this, yes, I

11  investigate it very well.

12  Q    So, you are talking about the branch itself in Jenin as

13  opposed to the bank?

14  A    The branch?

15  Q    The branch in Jenin?

16  A    Yeah.

17  Q    So, you were up to speed on that, but not on how well the

18  bank was doing?

19       MR. COLES:  Objection, Your Honor.

20       THE COURT:  Sustained.  You don't need to translate it.

21  Q    You don't have to answer it.

22       Now, let's wrap this up real quick, as I understand,

23  during the period of time when you were doing the marketing

24  and going to see the customers and things like that.

25  A    Yes, sir.

Kawas - Direct - Coles                          2906

1    Q    You were not aware of anything called the Saudi

2    Committee.  In fact, you did not learn about the Saudi

3    Committee until you met these lawyers over here; is that right?

4    A    At that time, about the period you are asked for me, when

5    I am-- when I am the credit facility manager in Jenin, I don't

6    know there is nothing named Saudi Committee in that period.

7              MR. TURNER:  That is all I have.

8              THE COURT:  Any redirect?

9              MR. COLES:  No redirect, Your Honor.

10             THE COURT:  You may step down, thank you very much.

11             THE WITNESS:  Thank you, sir, thank you all.  Thank

12   you.

13             (Witness excused.)

14             THE COURT:  The defendant may call its next witness.

15             MR. COLES:  The defendant calls George Kawas to the

16   stand.

17   GEORGE KAWAS, having been first duly sworn, took the stand and

18   testified as follows:

19   DIRECT EXAMINATION BY MR. COLES:

20   Q    Good morning Mr. Kawas, how are you?

21   A    Good morning, sir.

22   Q    Now, you can pull the microphone close to your mouth.

23   A    Okay.

24   Q    You are actually going to try to testify in English

25   today, correct?

Kawas - Direct - Coles                    2907

1   A     Yes, sir.

2   Q     English is not your first language?

3   A     Not my first language.  Arabic my native language.

4   Q     What languages do you speak?

5   A     I speak three languages, English, Arabic and Hebrew.

6   Q     If you have problems understanding my question, or if you

7   want to give an answer in Arabic, we have the translators

8   right here who can help you with that.

9   A     Thank you very much.

10  Q     Are you employed now Mr. Kawas?

11  A     No, I'm retired.

12  Q     And, what do you do during your retirement?

13  A     Now, I established a network with my son, I sell used

14  cars and spare parts for cars.

15  Q     And, how long have you been doing that?

16  A     One year and a half.

17  Q     And, before you went into business with your son, what

18  was your job before you retired?

19  A     I spent my-- 43 years in the banking sectors.

20  Q     And, what banks did you work during those 43 years?

21  A     I worked for 26 years in the Bank Leumi, it is an Israeli

22  bank.  And 16 years in the Arab Bank.

23  Q     And, where did you work for Arab Bank?

24  A     Arab Bank in Bethlehem, all the time.

25  Q     And, when did you retire from Arab Bank, Mr. Kawas?

Kawas - Direct - Coles                                    2908

1   A    October 4, 2012.

2   Q    And, where do you live now?

3   A    I live in Bethlehem.

4   Q    And have you lived there your whole life?

5   A    Yes, all my life.

6   Q    Most people haven't been to Bethlehem, it is a very

7   famous city.

8   A    Yes, it is a very famous city.

9   Q    Why is that?

10  A    Because, we as Christians believe that Jesus Christ was

11  born in Bethlehem.  And we have a big city, a big church that

12  all the tourists from all over the world come and visit.

13  Q    Now, if you like, some of the other witnesses did this,

14  would mind just stepping down for two minutes and orienting us

15  on where Bethlehem is in the West Bank and its relationship to

16  other parts of the territories.

17             With the Judge's permission?

18             THE COURT:  Yes, that is fine.

19             (Witness left the stand.)

20  A    This map is--

21  Q    You have to speak up and speak to the jury.

22  A    This map is the middle east.  This is the Mediterranean

23  Sea.  This is state of Israel, the green is Palestine, this is

24  the Jordan River and the Dead Sea and here is Jordan.

25             Bethlehem is located here.  It is very near to

RB        OCR

Kawas - Direct - Coles                          2909

1    Jerusalem about 10-kilometers, six miles almost.  And my

2    branch is here in Bethlehem.

3    Q    Thank you Mr. Kawas.  You can return to the stand.

4         (Witness resumed the stand.)

5    Q    Now, we have seen Bethlehem on the map, is it a large city?

6    A    It is a large city.  It includes three cities, Bethlehem,

7    Beit Jala and Beit Sahour.  These three cities, old Bethlehem

8    district.

9    Q    And about how many people live in the Bethlehem district?

10   A    Almost 35 to 40 thousand.

11   Q    Now, can you tell us about your family Mr. Kawas?

12   A    I have two daughters and one son, and my eldest daughter

13   is a teacher, my son is a car dealer and merchant of spare

14   parts, and he is married and have a son.  My youngest girl is

15   married to a person who got Israeli citizenship in Israel, and

16   my father was a policeman and he served for government, the

17   Egyptians and British and the Jordanian and the Israelis.

18   Q    He was a policeman under all four of those government?

19   A    Yes, at that time, our city was under the occupation of

20   these governments.  My mother --

21   Q    Your family has been in Bethlehem for a long time?

22   A    Yeah, yeah.

23   Q    Did you attend high school or secondary school in

24   Bethlehem?

25   A    Yes, I attended Terra Santa school, it is-- was founded

Kawas - Direct - Coles                                    2910

1    100 years ago by the Franciscan Brothers, which is --

2              INTERPRETER:  Which is affiliated with or follows.

3    A    Which follows Catholic patriarch and I graduated from

4    there in 1970.

5    Q    And, what did you do after you graduated from Terra Santa?

6    A    I enrolled to the university in Jordan, but for my bad

7    luck, I cannot continue because of the war in 1970.

8    Q    That was in 1970?

9    A    Yes.

10   Q    So, did you come back to Bethlehem?

11   A    Yes, I came back to Bethlehem.

12   Q    And what did you do when you came back to Bethlehem?

13   A    One of my friends who was working in Bank Leumi, told me

14   that Bank Leumi needs employees and they want employees from

15   Terra Santa College because of their good language and good

16   handwriting.

17             So, he engaged me to make an application for the

18   bank, I met with them and I got the job.

19   Q    It is good you had good handwriting.

20             Can you tell the jury a little bit about what Bank

21   Leumi is?

22   A    Bank Leumi was established in 1902, it was called the

23   Anglo Palestine bank.  It changed its name at 1948, 1950, to

24   Bank Leumi.  Leumi means in Hebrew, national.  The national

25   bank of Israel.

Kawas - Direct - Coles                                    2911

1  Q    So, when exactly did you start working at Bank Leumi?

2  A    I start working at Bank Leumi, September 13th, 1970, in

3  Hebron branch as a teller.

4  Q    You told us that you worked there for 26 years overall?

5  A    Yes.  I worked at six months at the Hebron branch and

6  they transferred me to East Jerusalem branch, I worked there

7  for 12 years.

8  Q    What was the name of that branch in East Jerusalem?

9  A    East Jerusalem branch.  Salahuddin.

10 Q    And, did you have a job with Bank Leumi after that?

11 A    Yeah, I continued-- they transferred me to be the manager

12 of Beit Sahour branch.  I was promoted.

13 Q    That is near Bethlehem?

14 A    Near Bethlehem, 2-kilometers near Bethlehem.

15 Q    Was that a promotion for you to be a branch manager?

16 A    Yes, it is a promotion.

17 Q    How long were you the manager of the Beit Sahour branch,

18 I hope I pronounce that correctly?

19 A    About two years.

20 Q    And, what happened to the Beit Sahour branch?

21 A    The management decided to close the branch because the

22 collapse of the stock market.  They decided to close all the

23 small branches in Israel.

24 Q    Okay.

25 A    One of them was Beit Sahour branch.

RB        OCR

Kawas - Direct - Coles                     2912

1   Q   And, after working at Bank Leumi, Beit Sahour branch,

2   where did you work next?

3   A   They transferred me to Shimron branch in Nablus, it is

4   also a small branch with five or six employees.  I worked

5   there for four or five years.

6   Q   Were you a branch manager?

7   A   Yeah, I was the branch manager.

8   Q   And, did there come a time when the Shimron branch of

9   Bank Leumi closed?

10  A   Yeah, they decided to close it after the four years, and

11  they transferred me to be the manager of Nablus branch, the

12  biggest one.

13  Q   So you became the manager of the Nablus branch?

14  A   Yes.

15  Q   Was that another promotion?

16  A   Yes, sir.

17  Q   Now, how long did you remain at the Nablus branch?

18  A   I stayed in Nablus until 1989 and we decided to-- the

19  management decided to close the branch after a bad incident.

20  Q   After a bad incident?

21  A   Yes.

22  Q   Can you explain --

23          MR. ELSNER:  Objection, Your Honor.

24          THE COURT:  Sidebar, please.

25          (Sidebar.)

- Sidebar -                                                        2913

1          THE COURT:  What happened?

2          MR. COLES:  The branch was attacked and burned.

3          THE COURT:  By whom?

4          MR. COLES:  I don't know.

5          THE COURT:  You can't keep doing this.  It is

6     really --

7          MR. COLES:  It does seem to me that to the extent

8     they experienced this firsthand, it has real relevance to the

9     allegations that the plaintiffs are making that these people

10    sponsored acts of international terrorism.

11         THE COURT:  Like I said before, you know, there are

12    various factions that commit terrorists acts upon each other.

13    If you can identify this as a Hamas attack, I would say the

14    403 balancing, goes in your favor.  But as a general

15    terrorists attack, it doesn't necessarily deter anyone from

16    anything.

17         MR. COLES:  My only response is, you don't-- they

18    don't like terrorists at all, whether PIJ, Hamas.

19         THE COURT:  You got that in spades from the last

20    witness.  If you can find another way to get this from this

21    witness.  I think this point is made to the jury and all your

22    witnesses without going into additional terror attacks.  So I

23    will--

24         MR. ELSNER:  I will say, Your Honor, an attack in

25    1989, on an Israeli bank, has zero relevance to this case and

- Sidebar -                                    2914

1   just for the record, what we have to establish as a matter of

2   law is that the bank knowingly provided support, we are not

3   suggesting that Mr. Kawas has any specific intent to support

4   Hamas.  So it really is far afield.

5           THE COURT:  I know, let's call it like it is.  The

6   bank will put up a lot of witnesses and impress the jury that

7   these are not people who would support terrorism.  I

8   understand that as strategy, I will allow that to some degree.

9           But when we start getting into the specifics of the

10  attacks, then the 403 equation gets --

11          MR. COLES:  I do want to make a point.  I don't

12  think that was a proper statement of the law.  I think under

13  2333, you have to show some malicious intent.  And but that is

14  a discussion for another day.  Most likely.

15          THE COURT:  We will fight over the jury.

16          MR. ELSNER:  Your Honor, previously excluded

17  references to individual's religion and I want to make sure.

18          THE COURT:  I was appalled that that came out.  I

19  decided not to attach any attention to it.  This witness it

20  seems to me was clearly prepared to volunteer in every

21  possible way, that he is a Christian.  I think the best I can

22  do with that is not say anything to the jury about it.  But

23  I'm instructing the defendants to please not have their

24  witnesses disclose their religion.  It is irrelevant.

25          (Open Court.)

Kawas - Direct - Coles                                    2915

1   BY MR. COLES:

2   Q     After the Nablus branch of the Bank Leumi closed, Mr.

3   Kawas, what did you do next?

4   A     After Nablus branch, they sent me to Jerusalem branch

5   helping the people of Nablus or to close their account or

6   transfer the accounts to the East Jerusalem branch in Jerusalem.

7   Q     And, did you continue working for Bank Leumi after that?

8   A     Yes, after one year, they sent me to work as a branch

9   manager in Hebron, so I stayed there for six years until 1996.

10  Q     So, you were branch manager for Bank Leumi in Hebron

11  between 1990 and 1996?

12  A     Yes, sir.

13  Q     What did you do next?

14  A     1994, it was Oslo Accord, so most of the Arab Banks came

15  to the West Bank, and it was an opportunity for me to go to

16  a-- to an Arabic bank.  So I chose the Arab Bank.

17  Q     What was it about the Oslo Accord that caused you to want

18  to go to Arab Bank.

19  A     I don't understand.

20  Q     What was it about the Oslo Accord that was important to

21  you in deciding to go to Arab Bank?

22  A     Yeah, because which were-- to make peace and everything

23  would be okay, and the economy will be very good.  So, I had

24  decided to go to Arab Bank.

25  Q     You worked for 26 years at Bank Leumi, are you still in

1   contact with the people you worked with?

2   A    I still in contact with them.  I have all my colleagues,

3   they are talking with me.  Bank Leumi till now, from the day

4   that I left them from 17 years, they sent me three gifts per

5   year. One, at the Passover; the second at the head of the

6   year, Rosh Hashanah; the third one, my birthday.

7   Q    When you were recruited to Arab Bank in 1997, what

8   position were you offered?

9   A    Branch manager, Bethlehem branch manager.

10  Q    How many employees worked at the branch at that time?

11  A    At 1997, it was 42, 42 employees.

12  Q    And, can you tell us what your responsibilities were as

13  branch manager of the Bethlehem branch?

14  A    At that time in 1997, I was responsible for everything in

15  the branch.

16  Q    And, what did that include?

17  A    It include everything.  The deposit department, foreign

18  currency department, compliance department, everything.  All

19  the departments were reporting to me.

20  Q    And, to whom did you report?

21  A    At that time, I was reporting to the manager, Mr. Shukry

22  Bishara.

23  Q    He was at the time, the top man in the Palestinian

24  territories?

25  A    Yes, sir.

Kawas - Direct - Coles                                    2917

1   Q    I'm going to put a picture up on the screen, maybe just

2   for the witness, although we shared it with the plaintiffs

3   previously.

4          Do you recognize that picture, Mr. Kawas?

5   A    Yes.  Yes, sir.  This is my branch.

6   Q    Were you present when the picture was taken?

7   A    Yes, sir, I was.

8   Q    When was the picture taken?

9   A    January 2014.

10  Q    And is this essentially what the outside of the branch

11  looked like during the period of time that you were the branch

12  manager?

13  A    Yes, sir, it was.

14          MR. COLES:  I would like to move this into evidence

15  and display it to the jury.

16          THE COURT:  Any objection?

17          MR. TURNER:  No.

18          MR. COLES:  DX1625.

19          THE COURT:  Received.

20          (So marked.)

21  Q    Can you explain to the jury what the picture is?

22  A    This is branch from-- this is the picture of the

23  Bethlehem branch.

24  Q    This is what the branch looked like in the 2000, 2004

25  timeframe?

1   A    Yes, sir.

2   Q    What kind of customers did you have in the Bethlehem

3   branch while you were the branch manager?  What kind of

4   customers?

5   A    I have-- in Bethlehem most of them are Christian, more of

6   my clients are Christian in Bethlehem.  The institutes and the

7   hospital, and the universities, there are convents, schools,

8   most of them are the-- they depend on the tourist section.

9   Also the hotels and the souvenir shops.  These are my customers.

10  Q    You testified that some of the bank's customers in

11  Bethlehem were charities; is that right?

12  A    Yes.

13  Q    Can you generally describe the role of charities during

14  the second Intifada, the period of time you were branch

15  manager of the Bethlehem branch?

16           MR. ELSNER:  Objection.

17           THE COURT:  Overruled.

18  A    The charities in Bethlehem were helping the people run

19  schools, run hospitals, run medical centers.  And they help

20  the poor people and poor students by paying the fees of the

21  school and helping them-- because there was no, no work at

22  that time.  It was closure and bad situation.  The economy

23  went to hell, and so, the charities, helped the people to

24  survive.

25           (Transcript continues on next page.)

Kawas - direct - Coles                              2919

1    (CONTINUING)

2    Q    Okay.  You mentioned there were branch closure of the

3    Bethlehem branch during the second intifada?

4    A    Yes, it was closure, it was, it was curfew and sometimes

5    we cannot reach the branch to open it.  Sometimes the police

6    can't reach.  I have to go to collect them by my own car to

7    collect the police and sometimes three or four days we cannot

8    open the branch.

9    Q    Okay.  I'd like to move to a slightly new subject,

10   Mr. Kawas.  Are you familiar with the banking term a counter

11   wire transfer?

12   A    Yes, sir.

13   Q    And can you explain what a counter wire transfer is?

14   A    Counter wire transfer was any person can enter the branch

15   and make a transfer without having an account.  Can bring

16   money and make a transfer to another place in the world.

17   Q    Okay.  And did the bank have practices regarding how it

18   handled counter wire transfers?

19            MR. ELSNER:  Objection.

20            I had an objection, Your Honor, I'm sorry.

21            THE COURT:  I'm sorry the objection is overruled,

22   it's a fine question.

23   Q    Did the bank have a practice as to how it handled counter

24   wire transfers?

25   A    Yeah.

Kawas - direct - Coles                     2920

1  Q    And what was the practice?

2        MR. ELSNER:  Objection.

3  A    Everything --

4        THE COURT:  That one, I heard.  You need to object

5  louder.  Your voice is very soft.

6        MR. ELSNER:  I'll be louder.

7        THE COURT:  I'm going to take this answer, but I may

8  strike it depending on what he says.

9        Go ahead.

10        MR. COLES:  Okay.

11  A    Any person want to make a transfer, we check his ID card

12  and take his name and ask him about the purpose of the

13  transfer and do a check if his name is located on the

14  blacklist.  And if it everything okay, we will do the

15  transfer.

16        We will check also, the beneficiary's name, also if

17  it is on the blacklist, and if it is okay, we will do the

18  transfer.

19        THE COURT:  All right.  I am striking the answer.

20        The jury is to disregard that answer.

21        MR. COLES:  Okay.

22        THE COURT:  Do you need a side-bar?

23        MR. COLES:  Sure.

24        (Side-bar conference held on the record out of the

25  hearing of the jury.)

Side-Bar                                              2921

1

2            (Side-bar.)

3            THE COURT:  How does this not run squarely into the

4    preclusion order?

5            MR. COLES:  I'm actually trying to find the line

6    that I thought we were working on last week.  If I don't apply

7    things to accounts, talk generally about what the practice

8    was.

9            THE COURT:  How can they cross --

10           MR. COLES:  And then you would give the instruction

11   that you gave last week.

12           THE COURT:  No, no, that was general that might by

13   inference have encompassed Palestine.  Then I could give an

14   instruction saying this does not apply anywhere but where the

15   witness is testifying.

16           He is in Palestine.  So, he is only giving testimony

17   as to Palestine and when he says we checked the blacklist, we

18   did this and we did that, the plaintiffs have absolutely no

19   way to delve into that and find out if that is true because

20   you haven't produced the documents.

21           MR. COLES:  All right.  These were actually, I took

22   these questions from the transcript that we asked for

23   Mr. Harani where he was able to say generally there was a

24   blacklist in place and at the time we had the discussion where

25   I said I would not ask whether or not the specific accounts

Side-Bar                                    2922

1   for records to ask were filtered against the blacklist.

2          THE COURT:  The inference is unavoidable with this

3   witness in his position that blacklists were checked at this

4   branch and came up clean and the plaintiffs can't examine into

5   that.

6          MR. COLES:  But they have the benefit of the

7   instruction you're going to give the jury at the end; that the

8   jury may infer that because we didn't produce documents, they

9   can make certain conclusions.

10          THE COURT:  Yes, that is not enough.  I mean,

11   because you still have them up against the wall.

12          There were two aspects to the sanctions; one were

13   the adverse inference instructions and the second were

14   preclusions, areas where you can't go.  This is one of them,

15   so don't go there.

16          MR. ELSNER:  Your Honor, I'd ask that this

17   witnesses's testimony be stricken unless he has something

18   relevant to say.

19          Twice he has violated Your Honor's orders.  Once

20   with respect to eliciting his religion, second with respect to

21   direct contravention of the preclusion order and Your Honor's

22   order and they clearly did not instruct this witness that he

23   was not to be permitted to go in that direction.

24          And there is nothing else relevant that he's

25   actually offered at all.

Side-Bar                                                    2923

1          THE COURT:  I haven't heard anything yet.  Let's see

2     if we get anywhere.  I may strike the witness's entire

3     testimony.

4          MR. COLES:  The testimony of the second intifada

5     with the Bethlehem branch and the effect on the Bethlehem

6     branch is directly relevant to this case.

7          THE COURT:  Let's argue about it, if we get there.

8          But let me tell you, I don't want to do this with

9     any more of your witnesses.  You assured me, Mr. Coles, that

10    we would not have to go through every witness in order to

11    determine whether they're' giving precluded testimony.  You

12    told me we will just give a proffer so we have our record.

13    This witness is really doing things that he's not supposed to

14    do.

15         MR. COLES:  Okay.  I've tried very hard to look at

16    the transcript.  I mean, and if you look at the transcript

17    yourself, Your Honor, you will see that every witness question

18    has got a good faith -- I'm trying very hard.

19         THE COURT:  I am not accusing you of bad faith, but

20    I think at this late stage we know where the line is and your

21    witness have to be directed not to cross it, okay?

22         I don't want to hear about blacklist checking in the

23    Palestinian territories.  I don't want to hear about copying

24    photo IDs because we are all wondering where is

25    Sheikh Yassin's photo ID.  There are all these questions that

Kawas - direct - Coles                                     2924

1    the plaintiffs can't go into.

2            You have to have your witnesses properly prepared

3    not to give precluded testimony.  If there was ambiguity

4    before -- I am saying I am accepting what you are saying in

5    good faith -- there is no ambiguity now.  So, don't do it

6    please.

7            MR. COLES:  Okay.

8            (Side-bar end.)

9

10           (In open court.)

11   BY MR. COLES:

12   Q    What was the effect of the second intifada on the

13   employees of the branch you ran for Arab Bank in Bethlehem?

14   A    The intifada was, second intifada, it was very big

15   mistake, but it was disaster.  It was bad for both people, for

16   the Israelis an the Palestinians.  The economy was down and no

17   work, hotels are closed, laborers cannot go to work, no

18   transportation.  It was very, very bad, bad for the employees

19   and for the bank itself.

20   Q    Okay.  And was it bad for the bank throughout the

21   Palestinian territories?

22   A    Yes, it was.

23   Q    Okay.

24           MR. COLES:  Thank you today for coming and

25   testifying, Mr. Kawas.

Side-Bar                                                    2925

1          THE COURT:  All right.

2          Cross-examination?

3          MR. ELSNER:  Your Honor, I renew my motion for mine.

4          THE COURT:  I am going deny the motion.

5    CROSS EXAMINATION

6    BY MR. ELSNER:

7    Q    Mr. Kawas, are you aware that in Arab Bank's 2000 annual

8    report the Chairman of the Bank wrote --

9          MR. COLES:  Objection, Your Honor.

10         THE COURT:  Stop.

11         Didn't we have this discussion at side-bar with the

12   last witness?

13         MR. ELSNER:  You did but I wasn't there and I

14   understood it, I think, I...

15         THE COURT:  All right, let's have another side-bar.

16         (Side-bar conference held on the record out of the

17   hearing of the jury.)

18

19         (Side-bar.)

20         MR. ELSNER:  Can I clarify one point first?

21         I don't intend to ask him about the economic

22   condition in the annual report.

23         THE COURT:  What are you asking him?

24         MR. ELSNER:  I am asking him about this chairman's

25   statement about the -- referring to Israel as the occupying

                    VB        OCR        CRR

Kawas - cross - Elsner                    2926

1    enemy.

2              THE COURT:  Right.  I think that's okay.

3              MR. COLES:  It's beyond the scope of anything.

4              MR. ELSNER:  No, it's not.

5              THE COURT:  It goes to credibility.  He testified

6    about this.

7              First of all, he volunteered at least three times

8    that he is a Christian.  Then he testified about his close

9    relationship with Israelis and working for Israeli banks.

10             I think to counter that it is fair game for the

11   plaintiffs to say well, did you know the bank you were working

12   for had this to say about Israel.  I think that is fair cross.

13             (Side-bar end.)

14

15             (In open court.)

16   BY MR. ELSNER:

17   Q    Mr. Kawas, are you aware that Arab Bank in its 2000

18   annual report, that the chairman of Arab Bank wrote the

19   negative effects of the difficult political conditions with

20   our brothers in Palestine suffer from have worsened and the

21   opportunities to achieve a just and true peace have diminished

22   before the occupying enemy's enduring obstinacy and arrogance.

23             Are you aware that that was written in Arab Bank's

24   annual report?

25   A    Have it translate.

VB          OCR          CRR

Kawas - cross - Elsner                    2927

1              (Interpreter interprets.)

2    A    First of all, I don't see this report.

3              Second, the annual report for my branch, I was

4    received alone.  I don't receive this annual report, but about

5    the, what's written here, I think, I think it's the real, the

6    real enemy is the occupation.

7    Q    My question, sir, is are you aware that Arab Bank in its

8    annual report referred to Israel as the occupying enemy?

9              MR. INGERMAN:  Objection.

10             THE COURT:  Sustained.

11             I think he said he had not read this report.

12   Q    What about the 2003 report?  Are you aware of whether

13   Arab Bank in its 2003 report referred to the Government of

14   Israel as the occupying enemy?

15             (Interpreter interprets.)

16   A    I didn't see that report.  Another time I think I see the

17   true picture is the enemy, the Israeli is not our enemy.

18   Q    We calculated the number of Saudi Committee transactions

19   to martyrs, prisoners and people injured in the intifada

20   through the Bethlehem branch.

21             Were you aware that there were $2.3 million --

22             MR. INGERMAN:  Objection, Your Honor.

23   Q    -- paid to beneficiaries in support of the intifada

24   through your branch from 2000 to 2004?

25             THE COURT:  Overruled.

Side-Bar                                                      2928

1           (Interpreter interprets.)

2  A    No, I don't remember that.

3  Q    Were you aware, sir, that 94 percent of those transfers

4  equaling 2.1 million USD were paid in cash to nonaccount

5  holders in support of the intifada through your branch in

6  Bethlehem between 2000 and 2004?

7           MR. INGERMAN:  Objection, Your Honor.  Side-bar.

8           THE COURT:  Side-bar, please.

9           (Side-bar conference held on the record out of the

10  hearing of the jury.)

11

12           (Side-bar.)

13           MR. COLES:  The basis for this objection is I wanted

14  to ask him about this and he objected saying that it's

15  inappropriate for he to inquire about it.

16           Now, he's inquiring about exactly the same thing.

17           THE COURT:  Actually, I didn't know you were going

18  to ask him about these things.  I understand the

19  cross-examination is meant for impeachment purposes as it goes

20  to his credibility as branch manager to not know that these

21  things are going on.

22           Having opened that door, if you want to bring out

23  more as to what he actually knew or why he didn't know these

24  things, you certainly can do that.

25           MR. ELSNER:  But the specific transactions through

VB        OCR        CRR

Side-Bar                                         2929

1    the branch.

2           MR. COLES:  But then he is going to open the door to

3    the fact they had a practice as to how they treated these,

4    including applying them against blacklist.

5           You can't shut me down, I don't believe, on direct

6    and allow him to explore this and then not allow me to

7    actually talk about the practice of counter wire transfers

8    because it will leave a completely distorted impression to the

9    jury.

10          MR. ELSNER:  It does not, Your Honor.  These are the

11   actual transactions through the branch.  They are actually

12   pieces of paper that have been produced.  It's the only thing

13   they've produced.

14          THE COURT:  But he might have a very good

15   explanation about why he doesn't know the answer to these

16   things.  And how can he prevented from giving this

17   explanation?

18          MR. OSEN:  Well, we won't object to him saying I

19   know or I don't know and why I don't know.

20          Our objection would be on preclusion grounds as to

21   the questions of application of blacklists, PMA law,

22   et cetera, et cetera.  So, his awareness or lack thereof is

23   fair game on redirect.  That, we don't object to.

24          MR. COLES:  If they can put in the transfers as a

25   general matter, then as a general matter I should be able to

VB          OCR          CRR

Kawas - cross - Elsner                    2930

1  elicit testimony that the transfers were matched against the

2  blacklist.

3            THE COURT:  All right, I am going sustain the

4  objection, so we don't have to get into this.

5            The plaintiffs have the facts and can argue them

6  later.

7            (Side-bar end.)

8

9            (In open court.)

10 BY MR. ELSNER:

11 Q    Mr. Kawas, do you have any personal knowledge about

12 transfers through your branch in Bethlehem made in support of

13 the intifada?

14           MR. COLES:  Objection to form.

15           THE COURT:  Overruled.

16           (Interpreter interprets.)

17 A    No, no, ever.

18 Q    Mr. Kawas, do you have any information to provide about

19 whether or not Arab Bank maintained accounts at your Bethlehem

20 branch for --

21           MR. ELSNER:  Let me strike the question.

22 Q    Do you have any information as to whether or not Arab

23 Bank maintained accounts for Sheikh Yassin, Ismail Haniyah and

24 other Hamas leaders?

25 A    No, I have not.

Proceedings                                    2931

1    Q    Do you have any information about whether Arab Bank
2    maintained accounts for Zakats that we've alleged are fronts
3    for Hamas at your Bethlehem branch between 2000 and 2004?
4    A    In Bethlehem branch, I assure you, we have no Zakat
5    account, but I remember in Bank Rumir in Hebron --
6              MR. ELSNER:  Objection; move to strike.
7              THE COURT:  Sustained.
8              Sir, you have to stop.  You need to confine yourself
9    to just his question.
10   Q    My question is do you have any information as to whether
11   or not Arab Bank -- well.
12             MR. ELSNER:  I'm going to strike that.
13             I'm going to pass the witness, Your Honor.
14             THE COURT:  Okay.
15             Do you have anything further?
16             MR. COLES:  No redirect, Your Honor.
17             THE COURT:  Okay, you may step down, thank you very
18   much.
19             (Witness excused.)
20             THE COURT:  I'll ask again.  You don't have a
21   witness that has five minutes on direct and three on cross;
22   right?
23             MR. STEPHENS:  Not today, Your Honor.
24             THE COURT:  All right.
25             We will talk our lunch break, ladies and gentlemen,

                        VB      OCR      CRR

Proceedings                                                2932

1    we will come back here at 1:45.  Don't talk about the case

2    please, with anyone.  Have a good lunch, see you in an hour

3    and ten minutes.

4                THE COURTROOM DEPUTY:  All rise.

5                (Jury exits.)

6                (In open court; outside the presence of the jury.)

7                THE COURT:  All right, 1:45.

8                MR. COLES:  Your Honor?

9                THE COURT:  Have a seat.

10               MR. COLES:  Just to avoid side-bars, I thought maybe

11   five minutes before the jury comes back we can have a

12   conversation here and let me go through the outline.  I want

13   to make sure -- I think I've actually figured out the right

14   line and it's in the outline, but I want to make sure that

15   we're all on the same page.

16               THE COURT:  Okay.

17               MR. COLES:  It's a complicated line to identify.

18               THE COURT:  I completely agree.

19               So, you don't want to do that now?

20               MR. COLES:  No, I've got to pull out the

21   information.

22               THE COURT:  So, we will come back five minutes

23   early.

24               MR. OSEN:  I'm sorry, Your Honor, one other

25   housekeeping.

VB       OCR       CRR

Proceedings                                          2933

1            THE COURT:  That's okay.

2            MR. OSEN:  We have notice of the next two witnesses,

3    but not beyond that and the schedule has changed over the last

4    72 hours a couple of times.

5            So, they're going rather quickly, relatively

6    speaking, and we don't know what's coming after the next two,

7    so it's an issue of preparation, obviously, for the remainder

8    of today and tomorrow.

9            THE COURT:  What have we got after the two that

10   you've noticed for today?

11           Everyone can sit, you don't all have to stand.

12           MR. STEPHENS:  We'll discuss it at lunch and then

13   we'll give them that.

14           THE COURT:  Let's come back at 1:35.

15

16           (Continued on following page with AFTERNOON

17   SESSION.)

18

19

20

21

22

23

24

25

2934

1              A F T E R N O O N        S E S S I O N

2              (The following occurred in the absence of the jury.)

3              THE COURT:  Be seated, please.

4              What's going on?

5              MR. COLES:  Your Honor, taking into consideration

6    your limitations on the evidence, we actually are going to

7    change our witnesses around.  We don't see that the

8    Palestinian witnesses that we had planned to put on today are

9    going to be anything but cumulative.

10             We had hoped that DX 194 was a piece of evidence

11   that we could put in.  We thought that fell within Judge

12   Gershon's order, but Your Honor ruled differently.  Mr. Kawwas

13   was not allowed to talk about the counter-wire transfers.

14             I don't think the other Palestinian witnesses we

15   have are going to move the ball forward for you or for the

16   jury.  It is our proposal, and we understand this creates

17   something of a time issue for the plaintiffs, which we are

18   happy to address, is to move to Manny Caravanos, who is the

19   operation manager in the New York branch, and then to our

20   expert, Anne Vitale.  We would just skip the Palestinian

21   witnesses that we had scheduled because I don't see any value

22   in presenting them to the jury.

23             THE COURT:  Okay.  First of all, I just got a letter

24   that you haven't seen yet from plaintiffs' counsel moving to

25   exclude Vitale.  I only glanced at it but the matter seems to

GR      OCR      CM      CRR      CSR

2935

1   be that since there is testimony that was restricted to

2   responding to a certain area that Judge Gershon anticipated

3   plaintiffs would present, I think it has to do with automated

4   transactions, and since the plaintiffs did not present

5   anything on that area, the plaintiffs say there is no reason

6   now for Vitale.

7           MR. COLES:  I have not looked.  I apologize.  I just

8   haven't looked at that letter.

9           THE COURT:  There is no way you could.  It came in

10  literally five minutes ago and you are here with us.

11          MR. COLES:  Okay.

12          THE COURT:  Obviously, I am not going to rule on

13  that until you have looked at that letter.

14          I can anticipate where this change in plans leaves

15  plaintiff.

16          You can't do Caravanos today?

17          MR. TURNER:  None of these people, Your Honor, were

18  on the list for today.  In fact, some of them weren't even on

19  the list that we had for tomorrow.

20          MR. COLES:  We are actually expecting, Your Honor,

21  if we do away with the Palestinian witnesses, that we will

22  close after one more day of testimony.

23          THE COURT:  So no one is saying it, but the obvious

24  solution is that we adjourn today and come back tomorrow.

25          MR. TURNER:  I think we can -- I think we can

2936

1  effectively use what time we have to address the Vitale issue

2  and then we would like to address the remainder of what the

3  witness list is going to look like so we don't end up in this

4  position.

5          THE COURT:  I don't know.  I am gathering from what

6  you say, Mr. Coles, that there is nothing beyond Caravanos and

7  Vitale; is that right?

8          MR. COLES:  Vitale, as Your Honor knows, is the

9  expert.  Caravanos is the operations director.  We have.

10         Fazwah Shukri but I am not sure that we need to put

11 him on.  He's a Jordanian operations person from the bank.

12         And then we also have a -- which I think we can

13 resolve with the plaintiffs, an issue about a Rule 1006

14 witness to testify about how many times certain references

15 appeared in Levitt's expert report and in Spitzen's expert

16 report.

17         We also think, Your Honor, as Your Honor wrote a

18 decision about a week ago raising the question as to whether

19 or not we needed Mr. Benthall in light of Beverly

20 Milton-Edwards's testimony.  I think Your Honor was right to

21 raise that.  I think at this point he would be largely

22 cumulative of Milton-Edwards.

23         THE COURT:  What you are saying is, you have at

24 least two and potentially not more than three remaining

25 witnesses, right?

GR      OCR      CM      CRR      CSR

2937

1          MR. COLES:  Correct, Your Honor.

2          MR. INGERMAN:  No, no.  Kevin is four.

3          MR. COLES:  Yes.  Assuming we can't rule out this

4  Rule 1006 issue, that would be; but he would be a ten-minute

5  witness.

6          THE COURT:  Right.

7          MR. COLES:  He would be the witness who you were

8  looking for when we broke for lunch, one that would be two

9  minutes on direct and two on cross.

10         THE COURT:  Okay.  I am going to send the jury home.

11  That's clear.

12         Then the question is, is there anything to be

13  determined this afternoon.  I am almost inclined -- we have a

14  short day tomorrow because we have to stop at 3:00 o'clock.

15         MR. WERBNER:  That's Wednesday, I thought.

16         THE COURT:  Tomorrow, Tuesday.

17         MR. WERBNER:  Okay.

18         THE COURT:  I don't want to put the defendant under

19  pressure responding to the letter I just got now, especially

20  since, frankly, I think this is a letter that could have been

21  written some time prior to the close of plaintiffs' case, when

22  the plaintiffs knew they weren't putting on this evidence.

23         MR. OSEN:  Actually, Your Honor, we didn't know that

24  Ms. Vitale would suddenly be called today.  That's why we

25  filed it.

GR        OCR        CM        CRR        CSR

2938

1          THE COURT:  I understand.

2          You set it up to file it the day before she

3     testified.

4          MR. OSEN:  No, Your Honor.  The issue with

5     Ms. Vitale is also interlinked with Mr. Dabbour and the

6     testimony and the question of what would be allowed by the

7     defendant's witnesses concerning their KYC and other

8     materials.

9          So, for example, if I may, Your Honor, the defendant

10    was allowed to present evidence as to what kind of customer

11    files they had, what they collected, in terms of photo

12    identification and so on, things like that, which therefore

13    obviates the need for expert to testify as to what the banking

14    standard is for collecting materials in the abstract.

15         THE COURT:  All right.  We will send the jury home

16    now.  I will get a responsive letter to the Vitale motion from

17    defendant by say 7:00 o'clock.  I will rule on that when I

18    take the bench tomorrow morning.

19         Defendant will complete its case, sounds like,

20    tomorrow?

21         MR. COLES:  That's our expectation, Your Honor.

22         THE COURT:  Any rebuttal case for the plaintiffs?

23         MR. OSEN:  Just one point before we get to that

24    question, Your Honor.

25         THE COURT:  Yes?

2939

1          MR. OSEN:  I didn't hear Mr. Scholtz, who was on

2    their witness list.  Is he being withdrawn?

3          MR. COLES:  The only remaining witnesses are the

4    ones I just identified for the Court.

5          THE COURT:  That's between two and four witnesses.

6          MR. WERBNER:  You identified three.

7          MR. COLES:  I identified Mr. Caravanos, Mr. Fazwah

8    Shukri --

9          THE COURT:  Let me stop you.

10         Mr. Werbner, the record is clear.  You will talk

11   afterwards.  Get the reporter to read it back to you.

12         He's got at least two.  If you resolve the 1006

13   witness, he won't need to call anyone.  If he does, that's a

14   ten-minute witness and maybe one more who he hasn't decided on

15   yet.

16         MR. OSEN:  I'm sorry, Your Honor.

17         The issue with the third one, just so we are clear,

18   he was offered as a 30(b)(6) witness in deposition.  The

19   question is whether he possessed any personal knowledge.

20         THE COURT:  I will find out when he testifies.

21         MR. COLES:  I understand that they have a standing

22   objection to that witness.

23         THE COURT:  Okay.

24         MR. COLES:  I know that.

25         THE COURT:  Okay.  I will rule on Vitale tomorrow

GR        OCR        CM        CRR        CSR

2940

1   morning.

2          Defendant, of course, will be ready to close.  My

3   question to the plaintiffs, any rebuttal?

4          MR. TURNER:  We do think we have some rebuttal but

5   we really haven't had a chance to sit down and look at

6   calendars.  We had no idea we were going to get that far this

7   week.  So we do anticipate some very brief rebuttal.

8          THE COURT:  Can you have it ready tomorrow?

9          MR. TURNER:  I doubt it.  One witness requires

10  travel.  We can certainly try though.

11         THE COURT:  The problem is, if I am having the jury

12  come in for a short day tomorrow -- I suppose we could do our

13  charging conference the rest of Wednesday, if we finish

14  rebuttal on Wednesday.

15         Try to be ready tomorrow.  If you can't, then we

16  will carry-over into Wednesday.

17         MR. COLES:  If there are going to be rebuttal

18  witnesses, can we get some notice of those?

19         MR. TURNER:  Absolutely.  We will tell them.

20         THE COURT:  Yes.

21         MR. WERBNER:  And the order?

22         MR. COLES:  Sure.

23         MR. OSEN:  Just so we are clear, Mr. Dabbour is also

24  not coming?

25         THE COURT:  Don't keep asking him if all these

2941

1   people are coming.  They have dropped these people.  He's told

2   you who is going to come.  We have between two and four.  I

3   will recite the specifics again.  That's all there are.  There

4   ain't no more.

5           Okay.  Let's dismiss the jury until tomorrow.

6           (Jury present.)

7           THE COURT:  All right.  Be seated, please.

8           Ladies and gentlemen, the lawyers have been working

9   very hard to streamline the case for you and have made

10  substantial progress in that regard.  I can tell you, as a

11  result of those efforts, we are going to finish the evidence

12  in the case this week, maybe even earlier than the end of the

13  week.  That's entirely possible.

14          What it means for today, though, because we have

15  rearranged who has to be where when is we have no more

16  evidence for you today.  So we are going to send you -- yes, I

17  know you are all very disappointed.  I can see that.  I will

18  send you home with the usual admonitions of not to talk to

19  anyone about the case or do research.  You know all that.  No

20  Internet, nothing about the case.  Stay away from newspapers.

21          See you tomorrow at 9:30 and we will work our way

22  towards the end of the case.

23          (The following occurred in the absence of the jury.)

24          THE COURT:  All right.  I will see you all at 9:30

25  tomorrow.

GR      OCR      CM      CRR      CSR

2942

1          MR. COLES:   Are the lawyers ever that happy in your

2    courtroom, Your Honor?

3          THE COURT:   I will tell you, this is an usually

4    collegial and happy jury.  I don't know what we did right.

5          (Recess taken until 9:30, September 16, 2014.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

GR      OCR      CM      CRR      CSR

2943

1                        I N D E X

2

3    W I T N E S S E S :

4

5     Mazen Nazem Diab Abu Hamdan                2816

6     DIRECT EXAMINATION                          2816

7     CROSS EXAMINATION BY MR. WERBNER:           2851

8     REDIRECT EXAMINATION BY MR. COLES           2869

9                                                 2873

10    BAKER MOHAMMED AHMAD AL-OMARI

11    DIRECT EXAMINATION BY MR. COLES             2873

12                                                2906

13    GEORGE KAWAS

14    DIRECT EXAMINATION BY MR. COLES             2906

15    CROSS EXAMINATION                           2925

16    BY MR. ELSNER

17    CROSS EXAMINATION BY MR. TURNER             2898

18

19    E X H I B I T S :

20     DX1624                                     2877

21     DX1625                                     2917

22

23

24

25

1

## $

**$130** [2] - 2840:23, 2841:4
**$132** [1] - 2851:22, 2852:7
**$250** [1] - 2830:13
**$5,000** [2] - 2859:4, 2859:6
**$5,300** [1] - 2852:6

## '

**'89** [2] - 2823:8
**'90s** [1] - 2833:20

## 0

**00365** [1] - 2814:6
**00388** [1] - 2814:7
**01623** [1] - 2814:8
**02799** [1] - 2814:4
**03183** [1] - 2814:7
**03768** [1] - 2814:8
**04** [4] - 2814:4, 2814:5, 2814:6, 2814:6
**05** [3] - 2814:7, 2814:7, 2814:8
**05449** [1] - 2814:5
**05564** [1] - 2814:6
**06** [1] - 2814:8

## 1

**10-kilometers** [1] - 2909:1
**100** [3] - 2871:11, 2875:21, 2910:1
**1006** [3] - 2936:13, 2937:4, 2939:12
**11201** [1] - 2815:6
**11:35** [2] - 2889:21, 2889:25
**12** [1] - 2911:7
**1248** [1] - 2866:21
**13** [1] - 2878:22
**13th** [1] - 2911:2
**14** [2] - 2828:19, 2828:21
**15** [7] - 2814:11, 2817:12, 2817:14, 2883:11, 2889:16, 2890:21
**15,000** [4] - 2840:25, 2841:6, 2845:4
**16** [2] - 2907:22, 2942:5
**1624** [1] - 2877:19
**17** [1] - 2916:4
**176,000** [2] - 2839:4, 2839:14
**180,000** [1] - 2845:3
**19** [3] - 2820:7, 2825:25, 2855:21
**1902** [1] - 2910:22
**194** [4] - 2842:4, 2842:11, 2843:4, 2934:10
**1948** [1] - 2910:23
**1950** [1] - 2910:23
**1967** [1] - 2819:24
**1970** [4] - 2910:4, 2910:7, 2910:8, 2911:2
**1975** [1] - 2820:21

**1986** [1] - 2822:19
**1988** [1] - 2823:7
**1989** [3] - 2823:7, 2912:18, 2913:25
**1990** [1] - 2915:11
**1991** [1] - 2820:7
**1994** [3] - 2826:16, 2882:12, 2915:14
**1995** [7] - 2880:25, 2883:8, 2883:9, 2883:12, 2883:22, 2884:3, 2884:7
**1996** [6] - 2884:21, 2885:20, 2886:6, 2886:13, 2915:9, 2915:11
**1997** [9] - 2824:16, 2824:17, 2824:18, 2824:19, 2826:3, 2916:7, 2916:11, 2916:14
**1:35** [1] - 2933:14
**1:45** [2] - 2932:1, 2932:7

## 2

**2** [3] - 2903:11, 2903:16, 2903:24
**2-kilometers** [1] - 2911:14
**2.1** [1] - 2928:4
**2.3** [1] - 2927:21
**20** [2] - 2889:16, 2890:19
**200,000** [3] - 2828:25, 2876:23
**2000** [1] - 2883:12, 2885:25, 2887:1, 2898:6, 2905:2, 2917:24, 2925:7, 2926:17, 2927:24, 2928:6, 2931:3
**2001** [2] - 2826:16, 2828:2
**2002** [15] - 2817:12, 2817:15, 2826:4, 2826:5, 2827:1, 2827:12, 2828:6, 2828:20, 2828:21, 2828:24, 2836:12, 2836:23, 2851:2, 2851:6, 2855:15
**2003** [12] - 2842:11, 2854:11, 2854:12, 2866:19, 2866:21, 2867:2, 2902:17, 2902:19, 2902:20, 2903:10, 2927:12, 2927:13
**2004** [1] - 2846:19, 2851:6, 2885:21, 2886:14, 2886:22, 2887:2, 2898:7, 2898:24, 2905:3, 2917:24, 2927:24, 2928:6, 2931:3
**2005** [1] - 2886:23
**2010** [2] - 2883:13, 2897:14
**2012** [3] - 2817:14, 2817:15, 2908:1
**2014** [3] - 2814:11, 2917:9, 2942:5
**21** [1] - 2869:19
**225** [1] - 2815:6
**2333** [1] - 2914:13
**24** [5] - 2858:14, 2858:15, 2858:25, 2859:1, 2859:17
**25** [2] - 2886:4, 2890:19
**26** [3] - 2907:21, 2911:4, 2915:25
**26th** [1] - 2842:11
**2816** [1] - 2943:5, 2943:6
**2851** [1] - 2943:7
**2869** [1] - 2943:8
**2873** [2] - 2943:9, 2943:11
**2877** [1] - 2943:20
**2898** [1] - 2943:17
**2906** [2] - 2943:12, 2943:14

**2917** [1] - 2943:21
**2925** [1] - 2943:15

## 3

**30** [2] - 2881:5, 2886:4
**30(b)(6** [1] - 2939:18
**30,000** [2] - 2838:1, 2876:22
**35** [1] - 2909:10
**3:00** [1] - 2937:14

## 4

**4** [1] - 2908:1
**40** [1] - 2909:10
**40,000** [1] - 2841:20
**403** [5] - 2849:22, 2893:12, 2903:21, 2913:14, 2914:10
**404(b)** [1] - 2904:7
**42** [2] - 2916:11
**43** [2] - 2907:19, 2907:20
**44.1** [4] - 2844:5, 2844:8, 2844:12, 2845:17
**4769** [1] - 2854:2

## 5

**5-year** [1] - 2855:16
**50** [2] - 2827:16, 2875:21
**50,000** [1] - 2829:7
**5th** [2] - 2854:11, 2854:12

## 6

**60** [1] - 2887:23
**613-2538** [1] - 2815:7

## 7

**70** [1] - 2871:12
**718** [1] - 2815:7
**72** [2] - 2902:18, 2933:4
**7:00** [1] - 2938:17

## 8

**800,000** [1] - 2839:6

## 9

**90** [1] - 2878:11
**94** [1] - 2928:3
**9:30** [4] - 2814:11, 2941:21, 2941:24, 2942:5

GR        OCR        CM        CRR        CSR

| A |
|---|

**Abbas** [1] - 2854:21
**Abbud** [1] - 2826:18
**able** [7] - 2818:6, 2827:10, 2854:3, 2864:8, 2882:20, 2921:23, 2929:25
**abreast** [1] - 2862:13
**absence** [5] - 2815:9, 2889:24, 2890:2, 2934:2, 2941:23
**absolutely** [2] - 2921:18, 2940:19
**abstract** [1] - 2938:14
**Abu** [6] - 2815:21, 2816:2, 2819:15, 2846:3, 2854:13, 2943:5
**Academy** [1] - 2881:24
**accepting** [1] - 2924:4
**access** [1] - 2864:5
**Accord** [3] - 2915:14, 2915:17, 2915:20
**accordance** [1] - 2828:15
**according** [2] - 2902:20, 2903:10
**account** [12] - 2838:5, 2839:12, 2843:13, 2846:3, 2858:13, 2859:4, 2859:20, 2900:20, 2900:21, 2915:5, 2919:15, 2931:5
**accountholder** [1] - 2838:13
**accounting** [7] - 2881:22, 2883:23, 2883:25, 2884:6, 2884:13, 2884:15
**accounts** [10] - 2836:2, 2841:19, 2894:6, 2900:14, 2915:6, 2921:7, 2921:25, 2930:19, 2930:23, 2931:2
**accusing** [1] - 2923:19
**achieve** [2] - 2897:8, 2926:21
**acknowledges** [1] - 2838:9
**acting** [1] - 2834:19, 2835:6
**acts** [2] - 2913:10, 2913:12
**actual** [2] - 2854:16, 2929:11
**add** [1] - 2845:12
**addition** [2] - 2832:9, 2847:17
**additional** [1] - 2913:22
**address** [6] - 2844:8, 2860:25, 2861:1, 2934:18, 2936:1, 2936:2
**addressed** [6] - 2840:3, 2842:25, 2843:2, 2845:13, 2854:13, 2855:8
**adept** [1] - 2873:22
**adjourn** [1] - 2935:24
**admission** [1] - 2847:1
**admitted** [1] - 2876:8
**admitting** [1] - 2876:7
**admonitions** [1] - 2941:18
**ads** [3] - 2860:2, 2860:10, 2860:14
**advance** [1] - 2884:13
**adverse** [1] - 2922:13
**affect** [2] - 2849:20, 2870:13
**affected** [7] - 2841:11, 2869:20, 2870:3, 2870:10, 2870:15, 2870:23, 2895:15
**affiliated** [1] - 2910:2
**afield** [1] - 2914:4
**afraid** [1] - 2887:17

**Afrial** [1] - 2814:7
**Afrial-Kurtzer** [1] - 2814:7
**AFTERNOON** [1] - 2933:16
**afternoon** [1] - 2937:13
**afterwards** [1] - 2939:11
**ago** [7] - 2844:6, 2858:8, 2865:1, 2878:24, 2910:1, 2935:10, 2936:18
**agree** [4] - 2859:10, 2864:3, 2894:1, 2932:18
**Agreement** [2] - 2824:20, 2824:21
**agreement** [1] - 2825:6
**Agricole** [2] - 2823:13, 2823:18
**ahead** [5] - 2835:1, 2837:10, 2870:24, 2876:10, 2920:9
**AHMAD** [2] - 2873:6, 2943:10
**Ahmad** [2] - 2874:13, 2874:14
**Ahmed** [1] - 2816:20
**aid** [3] - 2834:10, 2834:16, 2848:15
**ain't** [1] - 2941:4
**al** [4] - 2814:5, 2873:12, 2876:12, 2878:2
**Al** [15] - 2862:3, 2862:6, 2862:9, 2862:13, 2873:5, 2873:14, 2874:6, 2874:22, 2883:21, 2886:25, 2890:10, 2895:4, 2898:3, 2905:2
**AL** [2] - 2873:6, 2943:10
**Al-Omari** [10] - 2873:5, 2873:14, 2874:6, 2874:22, 2883:21, 2886:25, 2890:10, 2895:4, 2898:3, 2905:2
**AL-OMARI** [2] - 2873:6, 2943:10
**al-Omari** [3] - 2873:12, 2876:12, 2878:2
**Al-Quds** [2] - 2862:3, 2862:9
**allegations** [1] - 2913:9
**alleged** [2] - 2843:23, 2931:2
**allow** [10] - 2832:7, 2846:24, 2849:23, 2894:3, 2895:20, 2896:10, 2896:18, 2914:8, 2929:6
**allowed** [6] - 2849:10, 2893:13, 2897:20, 2934:13, 2938:6, 2938:10
**allowing** [1] - 2845:17
**allows** [1] - 2846:1
**Almog** [2] - 2814:6, 2814:22
**almost** [4] - 2827:11, 2909:1, 2909:10, 2937:13
**alone** [1] - 2927:4
**amaliyya** [1] - 2872:9
**Amaliyya** [1] - 2865:25
**ambiguity** [2] - 2924:3, 2924:5
**American** [6] - 2819:16, 2819:19, 2820:21, 2820:22, 2820:25, 2821:3
**Amman** [25] - 2818:19, 2818:20, 2819:6, 2819:8, 2820:10, 2820:11, 2820:13, 2821:21, 2822:8, 2822:19, 2824:23, 2825:16, 2825:21, 2825:23, 2826:3, 2834:7, 2850:2, 2855:17, 2855:19, 2869:18, 2871:15, 2882:5, 2882:25, 2883:2
**ammunition** [1] - 2892:8
**amount** [1] - 2841:18

**Anglican** [1] - 2820:12
**Anglo** [1] - 2910:23
**Anne** [1] - 2934:20
**annoying** [1] - 2888:20
**annual** [18] - 2901:13, 2901:17, 2901:22, 2901:24, 2902:10, 2902:13, 2902:19, 2902:20, 2903:10, 2905:3, 2905:7, 2925:7, 2925:22, 2926:18, 2926:24, 2927:3, 2927:4, 2927:8
**annually** [1] - 2829:5
**answer** [23] - 2832:14, 2835:3, 2836:19, 2840:11, 2840:12, 2864:20, 2865:22, 2868:7, 2868:8, 2869:1, 2869:3, 2870:7, 2870:23, 2870:24, 2891:11, 2903:23, 2903:24, 2905:21, 2907:7, 2920:7, 2920:19, 2920:20, 2929:15
**answered** [1] - 2835:1
**answering** [1] - 2865:1
**answers** [2] - 2832:14, 2893:20
**ANTHONY** [1] - 2815:3
**anti** [2] - 2838:7, 2838:9
**anti-terrorism** [2] - 2838:7, 2838:9
**anticipate** [2] - 2935:14, 2940:7
**anticipated** [1] - 2935:2
**apart** [1] - 2870:2
**apologize** [1] - 2935:7
**appalled** [1] - 2914:18
**APPEARANCES** [1] - 2814:16
**appeared** [1] - 2936:15
**application** [3] - 2846:11, 2910:17, 2929:21
**applied** [2] - 2820:9, 2822:8, 2844:10, 2844:18, 2882:25
**apply** [3] - 2820:9, 2921:6, 2921:14
**applying** [1] - 2844:18, 2929:4
**appointment** [1] - 2832:4
**appreciate** [1] - 2851:16
**approach** [2] - 2837:1, 2854:6
**approval** [1] - 2863:24
**approve** [2] - 2832:4, 2832:9
**approved** [1] - 2828:13
**April** [1] - 2817:14, 2842:11
**Arab** [113] - 2817:11, 2817:15, 2818:11, 2818:22, 2819:16, 2819:23, 2820:18, 2820:19, 2821:22, 2824:21, 2826:6, 2826:7, 2826:11, 2826:13, 2826:17, 2826:23, 2827:1, 2827:7, 2827:21, 2828:6, 2828:10, 2828:20, 2828:23, 2829:14, 2829:22, 2830:1, 2830:3, 2830:6, 2831:2, 2831:15, 2831:18, 2832:4, 2832:16, 2834:12, 2834:16, 2834:18, 2834:19, 2834:20, 2835:5, 2835:6, 2835:12, 2835:15, 2835:22, 2836:1, 2836:5, 2836:7, 2836:12, 2836:23, 2837:19, 2841:8, 2841:11, 2843:16, 2843:21, 2843:22, 2847:6, 2847:13, 2851:2, 2851:3, 2851:9, 2852:4, 2855:6, 2855:10, 2858:11, 2858:24, 2859:4, 2859:7,

2859:16, 2859:20, 2860:15, 2860:20, 2860:23, 2861:4, 2865:15, 2865:17, 2866:3, 2870:1, 2880:19, 2883:5, 2883:9, 2883:12, 2883:14, 2883:15, 2883:22, 2887:18, 2887:20, 2888:19, 2892:10, 2896:13, 2896:21, 2897:4, 2897:12, 2897:13, 2907:22, 2907:23, 2907:24, 2907:25, 2915:14, 2915:16, 2915:18, 2915:21, 2915:24, 2916:7, 2924:13, 2925:7, 2926:17, 2926:18, 2926:23, 2927:7, 2927:13, 2930:19, 2930:22, 2931:1, 2931:11

**ARAB** [1] - 2814:9

**Arabia** [3] - 2819:23, 2833:25, 2835:11

**Arabian** [1] - 2833:23

**Arabic** [13] - 2817:7, 2817:10, 2854:16, 2862:3, 2862:6, 2873:17, 2874:3, 2874:16, 2881:23, 2907:3, 2907:5, 2907:7, 2915:16

**area** [11] - 2819:15, 2821:10, 2823:3, 2829:16, 2829:20, 2853:2, 2876:21, 2876:24, 2878:11, 2935:2, 2935:5

**areas** [1] - 2922:14

**argue** [2] - 2923:7, 2930:5

**arguing** [1] - 2893:1

**argument** [1] - 2861:14

**Arias** [1] - 2840:17

**arrived** [2] - 2834:16, 2858:11

**arrogance** [1] - 2926:22

**art** [1] - 2819:21

**As'ad** [1] - 2854:21

**ASP** [1] - 2866:22

**aspects** [1] - 2922:12

**assertion** [1] - 2843:22

**assignment** [3] - 2822:25, 2823:4, 2823:6

**assist** [1] - 2848:9

**assistance** [2] - 2848:9, 2873:21

**assistant** [1] - 2822:11

**assistants** [1] - 2828:14

**associated** [2] - 2874:4, 2874:6

**ASSOCIATES** [1] - 2814:19

**association** [2] - 2869:25

**associations** [1] - 2829:21

**assumed** [1] - 2863:7

**assuming** [1] - 2937:3

**assure** [1] - 2931:4

**assured** [1] - 2923:9

**atmosphere** [1] - 2825:6

**attach** [1] - 2914:19

**attack** [7] - 2893:8, 2894:2, 2894:3, 2896:3, 2913:13, 2913:15, 2913:24

**attacked** [1] - 2913:2

**attacks** [9] - 2862:18, 2893:16, 2895:6, 2895:11, 2895:18, 2895:22, 2897:1, 2913:22, 2914:10

**attend** [1] - 2909:23

**attended** [1] - 2909:25

**attention** [1] - 2914:19

**audit** [10] - 2819:17, 2828:16, 2832:16,

2832:22, 2833:3, 2833:7, 2872:2, 2882:4, 2884:9, 2884:11

**auditing** [1] - 2828:17

**auditor** [2] - 2833:2, 2833:6

**auditors** [1] - 2832:24

**August** [3] - 2866:19, 2866:21, 2867:2

**author** [1] - 2901:16

**Authorities** [1] - 2841:14

**Authority** [2] - 2832:3, 2836:3

**automated** [1] - 2935:3

**Aviv** [1] - 2825:4

**avoid** [1] - 2932:10

**aware** [20] - 2843:19, 2848:2, 2861:7, 2864:20, 2864:25, 2869:25, 2870:6, 2870:7, 2870:10, 2895:5, 2902:17, 2902:19, 2906:1, 2925:7, 2926:17, 2926:23, 2927:7, 2927:12, 2927:21, 2928:3

**awareness** [1] - 2929:22

**awhile** [1] - 2875:10

**Ayyam** [2] - 2862:6, 2862:9

## B

**baccaloreus** [1] - 2881:22

**bachelor** [1] - 2820:16

**backwards** [1] - 2846:10

**bad** [12] - 2851:13, 2887:10, 2904:6, 2910:6, 2912:19, 2912:20, 2918:22, 2923:19, 2924:15, 2924:18, 2924:20

**Baker** [2] - 2873:4, 2874:16

**BAKER** [2] - 2873:6, 2943:10

**bakery** [1] - 2878:3

**balance** [2] - 2884:11, 2905:9

**balances** [1] - 2905:8

**balancing** [1] - 2913:14

**ball** [1] - 2934:15

**BANK** [1] - 2814:9

**Bank** [163] - 2817:11, 2817:15, 2818:11, 2818:22, 2820:1, 2820:18, 2820:19, 2821:22, 2822:2, 2822:4, 2822:8, 2822:10, 2822:15, 2823:1, 2823:12, 2823:19, 2824:23, 2825:16, 2825:21, 2825:23, 2825:24, 2825:25, 2826:6, 2826:8, 2826:11, 2826:13, 2826:17, 2826:23, 2827:1, 2827:22, 2828:6, 2828:10, 2828:20, 2828:23, 2828:24, 2829:15, 2830:1, 2830:4, 2830:6, 2830:11, 2831:2, 2831:11, 2831:15, 2831:18, 2832:4, 2832:16, 2834:7, 2834:12, 2834:16, 2834:18, 2834:19, 2834:20, 2835:5, 2835:6, 2835:12, 2835:15, 2835:22, 2836:1, 2836:6, 2836:8, 2836:12, 2836:23, 2837:20, 2838:10, 2840:25, 2841:8, 2841:11, 2842:24, 2843:16, 2843:21, 2843:22, 2847:6, 2847:13, 2850:1, 2851:2, 2851:3, 2852:4, 2855:6, 2855:10, 2855:20, 2855:22, 2855:23,

2855:25, 2856:6, 2856:8, 2857:1, 2857:11, 2858:5, 2858:11, 2858:16, 2858:24, 2859:4, 2859:7, 2859:16, 2859:20, 2860:15, 2860:20, 2860:24, 2861:4, 2862:9, 2863:19, 2863:23, 2864:5, 2865:15, 2865:17, 2866:3, 2875:15, 2875:19, 2880:19, 2882:25, 2883:2, 2883:5, 2883:10, 2883:12, 2883:14, 2883:15, 2883:22, 2887:19, 2887:20, 2888:19, 2892:10, 2896:13, 2896:21, 2897:4, 2897:12, 2897:13, 2907:21, 2907:22, 2907:23, 2907:24, 2907:25, 2908:15, 2910:13, 2910:14, 2910:20, 2910:22, 2910:24, 2911:1, 2911:2, 2911:10, 2912:1, 2912:9, 2915:2, 2915:7, 2915:10, 2915:15, 2915:16, 2915:18, 2915:21, 2915:24, 2915:25, 2916:3, 2916:7, 2924:13, 2926:17, 2926:18, 2927:7, 2927:13, 2930:19, 2930:23, 2931:1, 2931:5, 2931:11

**bank** [104] - 2821:3, 2821:13, 2821:21, 2822:8, 2822:11, 2822:12, 2822:13, 2823:5, 2823:10, 2823:14, 2823:15, 2823:25, 2824:1, 2824:6, 2824:8, 2825:23, 2826:3, 2826:10, 2826:22, 2828:2, 2828:4, 2828:12, 2830:10, 2832:8, 2832:21, 2833:11, 2834:19, 2834:20, 2835:6, 2835:8, 2835:9, 2835:10, 2835:11, 2835:12, 2835:18, 2835:20, 2835:22, 2838:6, 2838:8, 2838:11, 2842:1, 2855:15, 2855:17, 2855:19, 2856:9, 2856:12, 2857:18, 2859:25, 2860:5, 2860:25, 2863:15, 2864:7, 2864:10, 2864:22, 2866:14, 2867:2, 2867:13, 2867:16, 2882:21, 2882:23, 2886:13, 2887:21, 2890:25, 2891:2, 2892:20, 2893:1, 2896:14, 2896:15, 2896:22, 2896:23, 2896:24, 2897:3, 2897:6, 2897:7, 2898:4, 2898:12, 2898:18, 2900:23, 2901:15, 2902:4, 2902:8, 2902:10, 2902:11, 2902:19, 2903:7, 2903:10, 2905:13, 2905:18, 2907:22, 2910:18, 2910:23, 2910:25, 2913:25, 2914:2, 2914:6, 2915:16, 2919:17, 2919:23, 2924:19, 2924:20, 2925:8, 2926:11, 2936:11

**bank's** [10] - 2832:23, 2837:19, 2839:16, 2843:18, 2864:5, 2869:1, 2890:22, 2903:18, 2905:3, 2918:10

**Bank's** [5] - 2827:7, 2838:14, 2851:9, 2925:7, 2926:23

**Banking** [1] - 2881:24

**banking** [12] - 2820:17, 2821:18, 2823:20, 2823:22, 2824:25, 2829:15, 2859:22, 2882:1, 2882:20, 2907:19, 2919:10, 2938:13

**bankruptcy** [1] - 2827:14

**Banks** [3] - 2829:24, 2870:1, 2915:14

**banks** [25] - 2823:16, 2826:9, 2826:11,

2829:20, 2829:22, 2829:25, 2830:2, 2856:2, 2856:3, 2856:5, 2869:16, 2869:18, 2869:19, 2870:1, 2870:3, 2870:11, 2870:13, 2870:16, 2870:18, 2870:23, 2870:25, 2907:20, 2926:9

**banks's** [1] - 2828:17

**bar** [25] - 2837:4, 2837:7, 2840:7, 2843:6, 2843:7, 2843:10, 2844:3, 2844:5, 2847:2, 2891:16, 2892:1, 2920:22, 2920:24, 2921:2, 2924:8, 2925:11, 2925:15, 2925:16, 2925:19, 2926:13, 2928:7, 2928:8, 2928:9, 2928:12, 2930:7

**bars** [1] - 2932:10

**basis** [6] - 2841:3, 2841:15, 2841:23, 2849:1, 2857:9, 2928:13

**BBC** [1] - 2862:15

**beautiful** [1] - 2876:20

**became** [6] - 2820:5, 2829:14, 2829:19, 2836:24, 2883:25, 2912:13

**become** [2] - 2828:4, 2836:12

**BEFORE** [1] - 2814:14

**began** [1] - 2834:12

**beginning** [5] - 2861:19, 2889:7, 2896:1, 2899:19, 2901:11

**behalf** [1] - 2867:3

**Beirut** [1] - 2819:20

**Beit** [7] - 2909:7, 2911:12, 2911:17, 2911:20, 2911:25, 2912:1

**below** [1] - 2839:1

**bench** [2] - 2837:1, 2938:18

**beneficiaries** [10] - 2837:24, 2838:1, 2840:1, 2843:19, 2847:7, 2847:11, 2847:15, 2871:20, 2872:3, 2927:23

**beneficiary's** [2] - 2838:13, 2920:16

**benefit** [1] - 2922:6

**benefits** [6] - 2818:5, 2836:14, 2836:25, 2837:12, 2839:24, 2878:25

**Bennett** [2] - 2814:7, 2814:21

**Benthall** [1] - 2936:19

**best** [4] - 2873:16, 2873:20, 2901:6, 2914:21

**Bethlehem** [38] - 2907:24, 2908:3, 2908:6, 2908:11, 2908:15, 2908:25, 2909:2, 2909:5, 2909:6, 2909:7, 2909:9, 2909:21, 2909:24, 2910:10, 2910:11, 2910:12, 2911:13, 2911:14, 2916:9, 2916:13, 2917:23, 2918:2, 2918:5, 2918:6, 2918:11, 2918:15, 2918:18, 2919:3, 2923:5, 2924:13, 2927:20, 2928:6, 2930:12, 2930:19, 2931:3, 2931:4

**better** [1] - 2885:14

**between** [16] - 2817:15, 2824:20, 2824:21, 2825:25, 2826:16, 2848:24, 2862:11, 2877:4, 2877:16, 2882:16, 2887:25, 2915:11, 2928:6, 2931:3, 2939:5, 2941:2

**Beverly** [1] - 2936:19

**beyond** [5] - 2860:6, 2896:9, 2926:3,

---

2933:3, 2936:6

**big** [8] - 2816:18, 2819:25, 2823:14, 2825:11, 2825:12, 2908:11, 2924:14

**bigger** [2] - 2823:16, 2885:14

**biggest** [2] - 2823:15, 2912:12

**billion** [3] - 2903:11, 2903:16, 2903:24

**birthday** [1] - 2916:6

**Bishara** [4] - 2826:16, 2826:20, 2827:21, 2916:22

**Bishop** [1] - 2820:11

**bit** [5] - 2819:9, 2841:16, 2878:13, 2878:14, 2910:20

**blacklist** [19] - 2843:13, 2844:9, 2844:14, 2844:17, 2845:21, 2846:5, 2846:6, 2846:12, 2846:13, 2846:18, 2920:14, 2920:17, 2921:17, 2921:24, 2922:1, 2923:22, 2929:4, 2930:2

**blacklists** [4] - 2846:2, 2846:8, 2922:3, 2929:21

**blew** [2] - 2893:4, 2893:5

**blocked** [1] - 2859:15

**blue** [1] - 2818:16

**BMC** [1] - 2814:4

**board** [4] - 2829:23, 2830:1, 2830:8, 2876:3

**Board** [1] - 2831:13

**bombers** [2] - 2863:13, 2872:21

**bombing** [3] - 2871:6, 2871:10, 2893:25

**BONNER** [2] - 2814:22, 2814:22

**border** [4] - 2875:18, 2875:20, 2875:21, 2877:11

**born** [3] - 2818:20, 2825:13, 2908:11

**borrow** [1] - 2856:18

**borrowers** [1] - 2823:4

**bought** [1] - 2878:4

**boys** [3] - 2819:11, 2881:10, 2881:13

**branch** [114] - 2821:14, 2821:15, 2833:8, 2842:24, 2849:16, 2858:4, 2858:11, 2859:5, 2859:7, 2859:17, 2860:15, 2861:2, 2884:1, 2884:3, 2884:6, 2884:11, 2884:14, 2884:19, 2885:3, 2885:25, 2886:10, 2886:19, 2886:22, 2887:19, 2888:10, 2888:15, 2888:16, 2888:17, 2888:19, 2888:21, 2889:4, 2890:15, 2890:18, 2890:19, 2891:7, 2891:9, 2892:3, 2893:24, 2897:2, 2897:11, 2898:10, 2901:10, 2905:9, 2905:10, 2905:12, 2905:14, 2905:15, 2909:2, 2911:3, 2911:5, 2911:6, 2911:8, 2911:9, 2911:12, 2911:15, 2911:17, 2911:20, 2911:21, 2911:25, 2912:1, 2912:3, 2912:4, 2912:6, 2912:7, 2912:8, 2912:11, 2912:13, 2912:17, 2912:19, 2913:2, 2915:2, 2915:4, 2915:6, 2915:8, 2915:10, 2916:9, 2916:10, 2916:13, 2916:15, 2917:5, 2917:10, 2917:11, 2917:22, 2917:23, 2917:24, 2918:3, 2918:14, 2918:15, 2919:2, 2919:3,

---

2919:5, 2919:8, 2919:14, 2922:4, 2923:5, 2923:6, 2924:13, 2927:3, 2927:20, 2927:24, 2928:5, 2928:20, 2929:1, 2929:11, 2930:12, 2930:20, 2931:3, 2931:4, 2934:19

**branches** [21] - 2825:24, 2825:25, 2826:2, 2827:10, 2827:11, 2828:20, 2828:21, 2829:3, 2835:13, 2835:18, 2849:19, 2854:14, 2855:20, 2855:21, 2855:22, 2855:25, 2856:2, 2856:5, 2871:1, 2903:20, 2911:23

**branchs** [1] - 2865:15

**break** [4] - 2889:17, 2889:21, 2890:12, 2931:25

**breaking** [1] - 2862:25

**BRETT** [1] - 2815:3

**BRIAN** [1] - 2814:14

**brief** [1] - 2940:7

**briefly** [2] - 2825:21, 2886:9

**bring** [6] - 2849:17, 2854:2, 2890:3, 2895:15, 2919:15, 2928:22

**British** [1] - 2909:17

**broader** [1] - 2830:4

**broadly** [1] - 2844:18

**broke** [1] - 2937:8

**Brooklyn** [2] - 2814:10, 2815:6

**brother** [6] - 2879:3, 2880:10, 2880:13, 2880:16, 2896:2, 2896:4

**Brothers** [1] - 2910:1

**brothers** [3] - 2879:2, 2880:20, 2926:20

**BSC** [2] - 2819:20, 2820:16

**BSI** [3] - 2824:1, 2824:8, 2824:11

**budget** [1] - 2828:13

**build** [2] - 2824:24, 2830:15

**building** [1] - 2876:19

**built** [4] - 2819:25, 2885:15, 2887:15

**bullets** [1] - 2849:9

**burned** [1] - 2913:2

**buses** [1] - 2863:9

**business** [13] - 2820:18, 2822:5, 2824:11, 2827:7, 2828:12, 2835:8, 2858:13, 2893:14, 2897:18, 2900:7, 2900:19, 2907:17

**businesses** [3] - 2827:13, 2897:15, 2900:15

**buy** [2] - 2877:15, 2897:22

**BY** [25] - 2816:10, 2840:15, 2847:5, 2851:1, 2851:20, 2854:1, 2869:12, 2873:11, 2880:9, 2890:9, 2895:3, 2898:2, 2905:1, 2906:19, 2915:1, 2924:11, 2925:6, 2926:16, 2930:10, 2943:7, 2943:8, 2943:11, 2943:14, 2943:16, 2943:17

---

**C**

**Cadman** - 2815:6
**cafes** [1] - 2863:10

**Cairo** [1] - 2824:23, 2825:16, 2825:21, 2825:23, 2826:3, 2834:7, 2855:17, 2855:19, 2869:18, 2882:25, 2883:2
**calculated** [1] - 2927:18
**calendars** [1] - 2940:6
**camel** [3] - 2874:17, 2874:18, 2874:20
**cancer** [1] - 2881:1
**cannot** [6] - 2846:3, 2894:7, 2910:7, 2919:5, 2919:7, 2924:17
**capital** [1] - 2830:13
**car** [2] - 2909:13, 2919:6
**Caravanos** [5] - 2934:18, 2935:16, 2936:6, 2936:9, 2939:7
**card** [1] - 2920:11
**carried** [1] - 2862:24
**carry** [3] - 2857:16, 2858:19, 2940:16
**carry-over** [1] - 2940:16
**cars** [2] - 2907:14
**case** [23] - 2840:16, 2851:6, 2855:1, 2857:10, 2862:18, 2864:17, 2873:21, 2888:6, 2889:22, 2892:19, 2892:25, 2893:18, 2913:25, 2923:6, 2932:1, 2937:21, 2938:19, 2938:22, 2941:9, 2941:12, 2941:19, 2941:20, 2941:22
**cases** [1] - 2814:5
**cash** [6] - 2828:22, 2859:4, 2859:6, 2859:14, 2859:21, 2928:4
**CAT** [1] - 2815:9
**Catholic** [1] - 2910:3
**caused** [2] - 2896:15, 2915:17
**CBSP** [1] - 2866:22
**cent** [1] - 2887:23
**center** [3] - 2821:5, 2857:1, 2888:15
**centers** [1] - 2918:19
**central** [1] - 2893:18
**Central** [1] - 2822:8
**certain** [10] - 2827:10, 2827:12, 2841:18, 2849:14, 2851:22, 2857:13, 2860:24, 2922:9, 2935:2, 2936:14
**certainly** [6] - 2837:16, 2853:3, 2856:25, 2893:23, 2928:24, 2940:10
**cetera** [5] - 2845:4, 2894:7, 2929:22
**chair** [3] - 2819:3, 2837:8, 2876:1
**Chairman** [1] - 2925:8
**chairman** [2] - 2829:23, 2926:18
**chairman's** [1] - 2925:24
**challenging** [1] - 2827:4
**chance** [3] - 2869:2, 2897:21, 2940:5
**change** [5] - 2825:11, 2825:12, 2827:4, 2934:7, 2955:14
**changed** [3] - 2824:14, 2910:23, 2933:3
**channels** [1] - 2862:24
**characterize** [1] - 2839:23
**charge** [2] - 2820:23, 2824:9
**charging** [1] - 2940:13
**charities** [4] - 2918:11, 2918:13, 2918:18, 2918:23

**check** [6] - 2832:20, 2863:15, 2863:17, 2920:11, 2920:13, 2920:16
**checked** [4] - 2871:20, 2872:4, 2921:17, 2922:3
**checking** [1] - 2923:22
**checkpoint** [1] - 2891:2
**checkpoints** [1] - 2849:6
**cherry** [1] - 2838:16
**cherry-pick** [1] - 2838:16
**children** [7] - 2819:11, 2826:24, 2863:6, 2871:12, 2871:13, 2881:5, 2881:10
**China** [1] - 2878:4
**choice** [1] - 2856:8
**choosing** [1] - 2856:12
**chose** [1] - 2915:16
**Christ** [1] - 2908:10
**Christian** [4] - 2914:21, 2918:5, 2918:6, 2926:8
**Christians** [1] - 2908:10
**Church** [1] - 2820:12
**church** [1] - 2908:11
**Circuit** [1] - 2846:1
**circumstances** [3] - 2827:18, 2827:19, 2882:13
**circumstantially** [1] - 2838:14
**Citibank** [4] - 2821:2, 2821:4, 2821:11, 2821:17
**cities** [6] - 2849:7, 2857:11, 2877:17, 2887:25, 2909:6, 2909:7
**citizen** [7] - 2820:2, 2820:6, 2877:11, 2880:10, 2888:3, 2896:1, 2897:20
**citizens** [1] - 2888:1
**citizenship** [1] - 2909:15
**city** [26] - 2819:6, 2858:19, 2875:19, 2876:17, 2876:19, 2876:20, 2876:22, 2877:15, 2878:9, 2887:11, 2887:14, 2887:20, 2887:23, 2891:5, 2896:20, 2897:1, 2908:7, 2908:8, 2908:11, 2909:5, 2909:6, 2909:19
**City** [2] - 2874:23, 2891:3
**CIVETTA** [1] - 2815:4
**clarify** [1] - 2925:20
**classic** [1] - 2893:12
**clean** [1] - 2922:4
**clear** [6] - 2846:16, 2855:10, 2937:11, 2939:10, 2939:17, 2940:23
**clearly** [2] - 2914:20, 2922:22
**CLERK** [4] - 2815:22, 2815:25, 2816:3, 2816:5
**Clerk** [1] - 2815:23
**clients** [2] - 2823:2, 2918:6
**clip** [1] - 2892:8
**close** [20] - 2819:22, 2837:16, 2838:15, 2871:1, 2872:11, 2875:20, 2877:2, 2890:15, 2890:20, 2906:22, 2911:21, 2911:22, 2912:10, 2912:19, 2915:5, 2926:8, 2935:22, 2937:21, 2940:2
**closed** [9] - 2827:11, 2887:23,

2887:24, 2890:18, 2890:19, 2890:21, 2912:9, 2915:2, 2924:17
**closer** [1] - 2878:10
**closure** [3] - 2918:22, 2919:2, 2919:4
**closures** [2] - 2849:7, 2896:14
**clue** [1] - 2902:3
**CLYDE** [1] - 2814:19
**CNN** [1] - 2862:24
**COGAN** [1] - 2814:14
**Coles** [9] - 2837:16, 2869:24, 2873:9, 2875:10, 2876:8, 2889:14, 2890:6, 2923:9, 2936:6
**COLES** [135] - 2815:3, 2815:20, 2816:8, 2816:10, 2835:2, 2837:23, 2838:20, 2838:23, 2839:8, 2839:12, 2840:6, 2840:15, 2842:4, 2842:6, 2842:8, 2843:3, 2843:15, 2844:20, 2844:23, 2845:24, 2846:23, 2847:5, 2849:24, 2851:1, 2851:15, 2852:9, 2853:1, 2853:6, 2853:10, 2855:13, 2856:13, 2857:21, 2858:7, 2859:8, 2859:23, 2861:9, 2861:14, 2864:13, 2864:23, 2865:5, 2865:8, 2865:19, 2866:9, 2866:17, 2866:24, 2867:5, 2868:1, 2868:14, 2868:23, 2869:8, 2869:11, 2869:12, 2872:24, 2873:4, 2873:10, 2873:11, 2875:9, 2875:12, 2876:5, 2876:9, 2877:18, 2877:22, 2880:3, 2880:9, 2889:16, 2889:19, 2890:7, 2890:9, 2892:3, 2892:6, 2892:13, 2892:23, 2893:1, 2895:3, 2901:19, 2902:21, 2903:13, 2903:15, 2903:21, 2904:1, 2904:4, 2905:19, 2906:9, 2906:15, 2906:19, 2913:2, 2913:4, 2913:7, 2913:17, 2914:11, 2915:1, 2917:14, 2917:18, 2920:10, 2920:21, 2920:23, 2921:5, 2921:10, 2921:21, 2922:6, 2923:4, 2923:15, 2924:7, 2924:11, 2924:24, 2925:9, 2926:3, 2928:13, 2929:2, 2929:24, 2930:14, 2931:16, 2932:8, 2932:10, 2932:17, 2932:20, 2934:5, 2935:7, 2935:11, 2935:20, 2936:8, 2937:1, 2937:3, 2937:7, 2938:21, 2939:3, 2939:7, 2939:21, 2939:24, 2940:17, 2940:22, 2942:1, 2943:8, 2943:11, 2943:14
**coles** [2] - 2865:7, 2880:7
**collapse** [1] - 2911:22
**colleagues** [1] - 2916:2
**collect** [3] - 2838:6, 2919:6, 2919:7
**collected** [1] - 2938:11
**collecting** [1] - 2938:14
**College** [1] - 2910:15
**college** [4] - 2820:13, 2820:20, 2881:20, 2881:25
**collegial** [1] - 2942:4
**coming** [8] - 2827:13, 2828:13, 2849:18, 2857:9, 2924:24, 2933:6, 2940:24, 2941:1

**commercial** [1] - 2824:3
**commit** [1] - 2913:12
**committed** [2] - 2863:12, 2895:6
**Committee** [34] - 2833:15, 2833:17, 2833:19, 2834:2, 2834:6, 2834:15, 2835:24, 2836:10, 2836:13, 2836:24, 2837:20, 2838:11, 2838:12, 2839:5, 2839:14, 2839:16, 2843:17, 2844:25, 2847:8, 2847:10, 2847:14, 2847:17, 2847:19, 2848:2, 2851:23, 2858:12, 2860:16, 2860:21, 2861:7, 2871:3, 2906:2, 2906:3, 2906:6, 2927:18
**committee** [4] - 2833:18, 2833:19, 2833:22
**Committee's** [3] - 2834:20, 2835:12, 2843:23
**common** [3] - 2816:16, 2859:25, 2873:25
**communication** [1] - 2819:21
**commuting** [3] - 2848:24, 2850:2, 2857:9
**companies** [7] - 2817:20, 2826:10, 2830:11, 2830:14, 2885:12, 2900:11, 2901:4
**Company** [4] - 2820:23, 2821:1, 2824:15, 2830:12
**company** [15] - 2817:18, 2819:16, 2820:21, 2820:22, 2822:9, 2822:18, 2822:20, 2824:14, 2830:12, 2830:14, 2831:6, 2831:8, 2831:22, 2885:16
**complete** [3] - 2839:8, 2839:9, 2938:19
**completely** [3] - 2903:15, 2929:8, 2932:18
**compliance** [5] - 2845:18, 2845:21, 2872:1, 2872:2, 2916:18
**complicated** [1] - 2932:17
**comply** [1] - 2838:9
**computing** [1] - 2884:13
**concerning** [1] - 2938:7
**concerns** [1] - 2895:17
**conclusions** [1] - 2922:9
**condition** [2] - 2887:21, 2925:22
**conditions** [1] - 2926:19
**conduct** [1] - 2841:12
**conference** [6] - 2837:4, 2843:7, 2920:24, 2925:16, 2928:9, 2940:13
**confine** [1] - 2931:8
**confirm** [1] - 2838:13
**conflict** [1] - 2858:21
**confusion** [1] - 2846:19
**connected** [1] - 2863:19
**consideration** [1] - 2934:5
**consistent** [2] - 2843:25, 2845:18
**contact** [4] - 2829:20, 2860:24, 2916:1, 2916:2
**contacts** [1] - 2829:15
**contended** [1] - 2867:22
**continue** [6] - 2851:6, 2890:6, 2896:13, 2896:21, 2910:7, 2915:7

**continued** [2] - 2881:18, 2911:11
**Continued** [7] - 2815:1, 2830:17, 2850:5, 2891:18, 2894:10, 2897:25, 2933:16
**CONTINUES** [2] - 2890:8, 2895:2
**continues** [2] - 2879:7, 2918:25
**CONTINUING** [2] - 2831:1, 2919:1
**contractor** [1] - 2819:24
**contravention** [1] - 2922:21
**convents** [1] - 2918:7
**conversation** [1] - 2932:12
**Coopers** [1] - 2819:17
**copy** [2] - 2854:9, 2854:16
**copying** [1] - 2923:23
**corporate** [2] - 2841:24, 2886:12
**correct** [37] - 2826:11, 2851:5, 2851:23, 2852:1, 2852:4, 2852:7, 2854:11, 2854:17, 2855:6, 2855:12, 2855:17, 2855:23, 2855:24, 2856:1, 2856:23, 2856:24, 2857:25, 2858:5, 2858:13, 2858:25, 2859:1, 2859:18, 2861:22, 2861:25, 2862:4, 2862:7, 2863:10, 2863:11, 2863:13, 2863:23, 2865:10, 2865:14, 2865:16, 2898:8, 2898:9, 2906:25, 2937:1
**correctly** [4] - 2826:8, 2898:3, 2911:18
**correspondence** [1] - 2838:10
**correspondent** [10] - 2834:19, 2835:6, 2835:8, 2835:9, 2835:10, 2835:17, 2835:20, 2835:22, 2836:7
**Coulter** [2] - 2814:6, 2814:18
**counsel** [1] - 2934:24
**counter** [9] - 2859:21, 2919:10, 2919:13, 2919:14, 2919:18, 2919:23, 2926:10, 2929:7, 2934:13
**counter-wire** [1] - 2934:13
**countries** [2] - 2820:2, 2821:10, 2835:8
**country** [3] - 2819:22, 2825:19, 2833:7
**couple** [2] - 2875:12, 2933:4
**course** [15] - 2817:6, 2825:17, 2826:2, 2829:22, 2830:9, 2832:25, 2833:6, 2833:8, 2841:11, 2856:10, 2858:19, 2863:4, 2872:13, 2872:23, 2940:2
**Court** [9] - 2815:5, 2815:24, 2840:10, 2846:16, 2853:12, 2875:7, 2904:8, 2914:25, 2939:4
**court** [8] - 2816:15, 2840:9, 2847:4, 2895:1, 2924:10, 2926:15, 2930:9, 2932:6
**COURT** [209] - 2814:1, 2815:14, 2815:17, 2816:7, 2832:7, 2832:12, 2834:5, 2834:23, 2834:25, 2836:17, 2837:3, 2837:10, 2837:15, 2838:2, 2838:22, 2839:1, 2839:6, 2839:10, 2839:15, 2839:22, 2840:4, 2840:12, 2842:7, 2842:22, 2843:6, 2843:11, 2844:4, 2844:22, 2845:15, 2846:10, 2846:22, 2846:25, 2848:14, 2848:19, 2849:23, 2851:17, 2852:10, 2853:4,

2853:8, 2854:7, 2855:14, 2856:14, 2857:22, 2858:6, 2858:9, 2859:9, 2859:24, 2860:8, 2861:10, 2861:16, 2864:14, 2864:24, 2865:6, 2865:20, 2865:22, 2865:24, 2866:10, 2866:18, 2866:25, 2867:6, 2868:2, 2868:4, 2868:10, 2868:16, 2868:24, 2869:10, 2869:23, 2870:6, 2870:15, 2870:19, 2870:22, 2872:7, 2873:1, 2873:3, 2873:9, 2875:6, 2875:10, 2875:13, 2876:2, 2876:7, 2876:10, 2877:21, 2877:23, 2877:25, 2879:4, 2880:1, 2880:5, 2883:20, 2885:18, 2885:22, 2889:14, 2889:18, 2889:20, 2889:25, 2890:3, 2890:5, 2891:11, 2891:16, 2892:2, 2892:5, 2892:12, 2892:14, 2892:16, 2892:22, 2892:24, 2893:4, 2894:1, 2894:9, 2895:13, 2895:20, 2896:9, 2896:12, 2896:18, 2898:1, 2901:20, 2902:2, 2902:22, 2903:1, 2903:8, 2903:12, 2903:14, 2903:17, 2903:23, 2904:3, 2904:5, 2905:20, 2906:8, 2906:10, 2906:14, 2908:18, 2912:24, 2913:1, 2913:3, 2913:5, 2913:11, 2913:19, 2914:5, 2914:15, 2914:18, 2917:16, 2917:19, 2918:17, 2919:21, 2920:4, 2920:7, 2920:19, 2920:22, 2921:3, 2921:9, 2921:12, 2922:2, 2922:10, 2923:1, 2923:7, 2923:19, 2925:1, 2925:4, 2925:10, 2925:15, 2925:23, 2926:2, 2926:5, 2927:10, 2927:25, 2928:8, 2928:17, 2929:14, 2930:3, 2930:15, 2931:7, 2931:14, 2931:17, 2931:20, 2931:24, 2932:7, 2932:9, 2932:16, 2932:18, 2932:22, 2933:1, 2933:9, 2933:14, 2934:3, 2934:23, 2935:9, 2935:12, 2935:23, 2936:5, 2936:23, 2937:6, 2937:10, 2937:16, 2937:18, 2938:1, 2938:15, 2938:22, 2938:25, 2939:5, 2939:9, 2939:20, 2939:23, 2939:25, 2940:8, 2940:11, 2940:20, 2940:25, 2941:7, 2941:24, 2942:3
**Court's** [3] - 2819:2, 2874:25, 2875:25
**Courthouse** [1] - 2814:9
**COURTNEY** [1] - 2814:5
**COURTROOM** [2] - 2873:8, 2932:4
**courtroom** [1] - 2942:2
**create** [2] - 2830:16, 2845:20
**created** [1] - 2838:7
**creates** [2] - 2902:10, 2934:16
**credibility** [2] - 2926:5, 2928:20
**credit** [10] - 2821:13, 2884:19, 2885:2, 2886:6, 2898:7, 2898:13, 2898:17, 2899:15, 2902:6, 2906:5
**Credit** [2] - 2823:13, 2823:17
**criminals** [1] - 2896:25
**criteria** [2] - 2847:10, 2847:14
**critical** [2] - 2896:23, 2896:24
**cross** [10] - 2851:17, 2894:8, 2898:1,

2921:9, 2923:21, 2925:2, 2926:12, 2928:19, 2931:21, 2937:9

**CROSS** [6] - 2851:20, 2898:2, 2925:5, 2943:7, 2943:15, 2943:17

**cross-examination** [2] - 2925:2, 2928:19

**cross-examined** [1] - 2894:8

**cumulative** [2] - 2934:9, 2936:22

**curfew** [1] - 2919:4

**currency** [1] - 2916:18

**custom** [1] - 2835:7

**Customer** [1] - 2838:5

**customer** [7] - 2835:21, 2835:24, 2836:7, 2860:1, 2878:12, 2901:24, 2938:10

**customer's** [1] - 2858:13

**customers** [28] - 2827:14, 2828:23, 2828:25, 2829:1, 2841:24, 2845:4, 2856:8, 2860:4, 2860:20, 2861:6, 2878:6, 2878:8, 2878:10, 2880:7, 2886:7, 2886:9, 2896:16, 2900:3, 2900:5, 2901:9, 2901:23, 2902:5, 2903:2, 2905:24, 2918:2, 2918:4, 2918:9, 2918:10

**cut** [1] - 2842:15

**CV** [8] - 2814:4, 2814:5, 2814:6, 2814:6, 2814:7, 2814:7, 2814:8, 2814:8

## D

**Dabbour** [2] - 2938:5, 2940:23

**daily** [4] - 2829:5, 2829:6, 2849:1, 2857:9

**danger** [2] - 2891:8, 2896:20

**dangerous** [5] - 2850:1, 2888:22, 2889:7, 2891:1, 2891:6

**dangers** [1] - 2891:4

**dated** [2] - 2842:11, 2854:11

**dates** [1] - 2857:13

**daughter** [3] - 2819:19, 2896:7, 2909:12

**daughters** [1] - 2909:12

**days** [8] - 2827:11, 2859:15, 2859:16, 2887:23, 2889:1, 2890:21, 2919:7

**Dead** [1] - 2908:24

**deal** [2] - 2882:16, 2893:3

**dealer** [1] - 2909:13

**deals** [1] - 2844:11

**death** [1] - 2881:1

**debts** [1] - 2851:13

**decide** [2] - 2888:21, 2896:21

**decided** [10] - 2825:8, 2849:25, 2911:21, 2911:22, 2912:10, 2912:18, 2912:19, 2914:19, 2915:24, 2939:14

**deciding** [1] - 2915:21

**decision** [1] - 2936:18

**defaulted** [1] - 2827:14

**Defendant** [2] - 2814:10, 2815:2

**defendant** [9] - 2846:18, 2873:3,

2906:14, 2906:15, 2937:18, 2938:9, 2938:17, 2938:19, 2940:2

**defendant's** [2] - 2815:19, 2938:7

**defendants** [2] - 2815:21, 2914:23

**defense** [1] - 2873:4

**definitely** [1] - 2836:5

**degree** [7] - 2819:14, 2819:20, 2820:16, 2881:22, 2881:23, 2881:25, 2914:8

**Deloitte** [2] - 2833:2, 2833:5

**delve** [1] - 2921:19

**dentist** [1] - 2881:11

**deny** [1] - 2925:4

**department** [29] - 2820:23, 2824:3, 2824:10, 2828:16, 2832:16, 2832:19, 2832:20, 2842:25, 2854:22, 2854:23, 2872:1, 2872:2, 2883:24, 2884:1, 2884:6, 2884:15, 2884:19, 2885:2, 2886:18, 2898:7, 2898:13, 2898:14, 2898:17, 2898:18, 2899:16, 2916:17, 2916:18

**departments** [2] - 2828:15, 2916:19

**deposit** [1] - 2916:17

**deposition** [2] - 2873:17, 2939:18

**DEPUTY** [2] - 2873:8, 2932:4

**describe** [7] - 2825:21, 2831:19, 2840:22, 2849:2, 2876:18, 2887:11, 2918:13

**designated** [7] - 2866:15, 2866:22, 2866:23, 2867:3, 2867:4, 2867:14, 2867:23

**designation** [2] - 2866:19, 2866:21

**destroy** [1] - 2901:23

**destroyed** [5] - 2887:14, 2887:16, 2888:5

**destroying** [1] - 2887:13

**detection** [1] - 2838:8

**deter** [1] - 2913:15

**determine** [3] - 2867:12, 2867:24, 2923:11

**determined** [1] - 2937:13

**develop** [1] - 2828:12

**Dhabi** [1] - 2819:15

**Diab** [2] - 2816:2, 2943:5

**died** [6] - 2848:8, 2848:16, 2852:1, 2878:23, 2880:25, 2896:7

**different** [6] - 2830:10, 2830:15, 2831:7, 2835:8, 2867:6, 2898:17

**differently** [1] - 2934:12

**difficult** [5] - 2831:23, 2890:22, 2890:25, 2891:6, 2926:19

**difficulties** [2] - 2893:14, 2896:15

**difficulty** [1] - 2856:15

**diminished** [1] - 2926:21

**dining** [1] - 2825:15

**dinner** [1] - 2877:13

**dinners** [2] - 2877:8, 2888:2

**DIRECT** [6] - 2816:9, 2873:11, 2906:19, 2943:6, 2943:11, 2943:14

**direct** [7] - 2853:3, 2855:16, 2903:2,

2922:21, 2929:5, 2931:21, 2937:9

**directed** [1] - 2923:21

**direction** [1] - 2922:23

**directly** [1] - 2923:6

**director** [2] - 2881:2, 2936:9

**disallowed** [1] - 2886:2

**disappointed** [1] - 2941:17

**disaster** [1] - 2924:15

**disclose** [1] - 2914:24

**disclosures** [3] - 2843:17, 2843:21, 2844:25

**discuss** [1] - 2933:12

**discussed** [1] - 2838:12

**discussing** [3] - 2845:23, 2862:18, 2870:20

**discussion** [3] - 2914:14, 2921:24, 2925:11

**dismiss** [1] - 2941:5

**display** [2] - 2876:6, 2917:15

**displayed** [1] - 2876:11

**dispute** [1] - 2868:11

**disregard** [2] - 2840:11, 2920:20

**distorted** [1] - 2929:8

**distribute** [3] - 2862:11, 2901:22, 2902:5

**distributed** [2] - 2841:19, 2902:13

**district** [2] - 2909:8, 2909:9

**DISTRICT** [3] - 2814:1, 2814:1, 2814:15

**division** [3] - 2819:18, 2823:20, 2823:23

**DLA** [1] - 2815:2

**Doctor** [1] - 2828:1

**doctor** [2] - 2879:3, 2896:8

**document** [12] - 2838:12, 2839:20, 2842:10, 2844:1, 2844:2, 2844:19, 2845:21, 2847:1, 2854:17, 2866:3, 2866:8, 2893:9

**documentation** [1] - 2843:18

**documents** [11] - 2837:21, 2838:3, 2838:19, 2839:3, 2839:5, 2839:10, 2839:17, 2845:22, 2852:4, 2921:20, 2922:8

**Doha** [2] - 2821:8, 2821:14

**done** [7] - 2818:13, 2832:21, 2859:19, 2860:5, 2861:11, 2861:12, 2861:13

**donkey** [1] - 2857:24

**donkeys** [1] - 2857:16

**donors** [1] - 2871:3

**door** [2] - 2928:22, 2929:2

**doubt** [3] - 2863:25, 2866:6, 2940:9

**down** [24] - 2818:7, 2818:13, 2818:14, 2825:4, 2827:13, 2827:15, 2851:11, 2851:14, 2857:1, 2858:4, 2873:1, 2875:1, 2875:7, 2876:3, 2887:22, 2888:5, 2889:6, 2894:7, 2906:10, 2908:14, 2924:16, 2929:5, 2931:17, 2940:5

**draw** [2] - 2846:1, 2904:5

**drive** [1] - 2849:11

**dropped** [1] - 2941:1
**dual** [1] - 2820:3
**due** [1] - 2871:4
**duly** [3] - 2815:23, 2873:6, 2906:17
**during** [34] - 2817:6, 2827:20, 2834:10, 2847:19, 2848:3, 2848:8, 2848:16, 2848:21, 2849:3, 2851:6, 2851:10, 2856:6, 2856:15, 2857:5, 2858:3, 2858:11, 2859:20, 2861:21, 2863:25, 2865:9, 2865:12, 2869:17, 2870:2, 2888:8, 2895:5, 2896:13, 2898:6, 2905:2, 2905:23, 2907:12, 2907:20, 2917:11, 2918:13, 2919:3
**DX** [5] - 2842:4, 2842:11, 2843:3, 2877:19, 2934:10
**DX1624** [2] - 2877:20, 2943:20
**DX1625** [1] - 2943:21
**dX1625** [1] - 2917:18

## E

**early** [2] - 2880:15, 2932:23
**earn** [1] - 2884:16
**easier** [2] - 2836:22, 2864:4
**easily** [1] - 2845:16
**east** [2] - 2875:14, 2908:22
**East** [9] - 2815:6, 2816:16, 2816:18, 2819:22, 2823:3, 2911:6, 2911:8, 2911:9, 2915:6
**EASTERN** [1] - 2814:1
**Eastern** [2] - 2824:3, 2824:10
**economic** [5] - 2877:4, 2885:7, 2885:14, 2903:7, 2925:21
**economics** [2] - 2819:14, 2820:16
**economy** [10] - 2830:15, 2885:6, 2885:15, 2887:13, 2887:14, 2887:21, 2888:4, 2915:23, 2918:22, 2924:16
**education** [1] - 2881:18
**Edwards** [1] - 2936:22
**Edwards's** [1] - 2936:20
**effect** [6] - 2831:19, 2844:16, 2887:18, 2887:20, 2923:5, 2924:12
**effectively** [1] - 2936:1
**effects** [1] - 2926:19
**efficiently** [1] - 2828:15
**effort** [1] - 2892:19
**efforts** [2] - 2843:23, 2941:11
**Egyptians** [1] - 2909:17
**eight** [5] - 2820:8, 2856:2, 2879:2, 2879:5, 2880:2
**either** [2] - 2834:13, 2856:3
**eldest** [2] - 2819:13, 2909:12
**electricity** [1] - 2817:21
**eleven** [3] - 2818:25, 2856:3, 2862:11
**elicit** [1] - 2930:1
**eliciting** [1] - 2922:20
**ELSNER** [23] - 2814:24, 2912:23, 2913:24, 2914:16, 2918:16, 2919:19, 2920:2, 2920:6, 2922:16, 2925:3,

2925:6, 2925:13, 2925:20, 2925:24, 2926:4, 2926:16, 2928:25, 2929:10, 2930:10, 2930:21, 2931:6, 2931:12, 2943:16
**embarrass** [1] - 2903:18
**Emirates** [2] - 2819:16, 2819:23
**emphasize** [1] - 2843:17
**employed** [4] - 2834:7, 2883:14, 2883:15, 2907:10
**employee** [10] - 2831:24, 2832:20, 2841:14, 2841:20, 2849:14, 2888:23, 2891:6, 2897:5, 2899:19, 2901:11
**employees** [12] - 2849:17, 2849:18, 2851:13, 2857:8, 2865:17, 2886:2, 2886:3, 2886:4, 2889:3, 2890:23, 2890:25, 2891:1, 2899:20, 2910:14, 2912:4, 2916:10, 2916:11, 2924:13, 2924:18
**encompassed** [1] - 2921:13
**end** [12] - 2840:7, 2844:23, 2847:2, 2858:5, 2899:14, 2922:7, 2924:8, 2926:13, 2930:7, 2936:3, 2941:12, 2941:22
**enduring** [1] - 2926:22
**enemy** [6] - 2926:1, 2927:6, 2927:8, 2927:14, 2927:17, 2927:17
**enemy's** [1] - 2926:22
**engaged** [1] - 2910:17
**England** [3] - 2819:14, 2820:12, 2823:25
**English** [9] - 2817:3, 2817:10, 2862:1, 2873:15, 2873:19, 2902:2, 2906:24, 2907:2, 2907:5
**enrolled** [1] - 2910:6
**enter** [12] - 2849:10, 2877:6, 2877:8, 2877:11, 2877:13, 2877:15, 2888:1, 2888:3, 2891:3, 2897:4, 2897:20, 2919:14
**entire** [2] - 2839:23, 2923:2
**entirely** [1] - 2941:13
**entitled** [2] - 2820:8, 2843:16
**entrance** [1] - 2849:10
**equaling** [1] - 2928:4
**equation** [1] - 2914:10
**equipment** [2] - 2849:17
**esoteric** [1] - 2866:11
**especially** [1] - 2937:19
**ESQ** [10] - 2814:18, 2814:19, 2814:21, 2814:22, 2814:24, 2814:24, 2815:2, 2815:3, 2815:3, 2815:4
**essentially** [2] - 2892:4, 2917:10
**establish** [1] - 2914:1
**established** [2] - 2907:13, 2910:22
**et** [6] - 2814:5, 2845:4, 2894:7, 2929:22
**European** [1] - 2824:15
**everywhere** [2] - 2865:12, 2888:14
**evidence** [19] - 2837:11, 2838:14, 2839:25, 2842:5, 2843:4, 2854:4, 2860:10, 2864:17, 2867:2, 2867:12,

2877:21, 2902:18, 2917:14, 2934:6, 2934:10, 2937:22, 2938:10, 2941:11, 2941:16
**exact** [1] - 2872:18
**exactly** [5] - 2834:13, 2840:2, 2844:20, 2911:1, 2928:16
**EXAMINATION** [16] - 2816:9, 2851:20, 2869:12, 2873:11, 2890:8, 2895:2, 2898:2, 2906:19, 2925:5, 2943:6, 2943:7, 2943:8, 2943:11, 2943:14, 2943:15, 2943:17
**examination** [3] - 2817:6, 2851:17, 2853:3, 2925:2, 2928:19
**examine** [1] - 2922:4
**examined** [1] - 2894:8
**example** [2] - 2863:2, 2938:9
**Excellency** [1] - 2833:24
**exclude** [2] - 2904:6, 2934:25
**excluded** [2] - 2846:20, 2914:16
**exclusion** [1] - 2844:24
**excuse** [4] - 2832:11, 2837:1, 2842:21, 2860:6
**excused** [2] - 2873:2, 2906:13, 2931:19
**exempted** [1] - 2844:4
**exhibit** [1] - 2902:18
**Exhibit** [5] - 2846:11, 2846:14, 2854:2, 2866:21, 2902:18
**exits** [1] - 2932:5
**expand** [1] - 2897:21
**expectation** [1] - 2938:21
**expected** [1] - 2882:18
**expecting** [1] - 2935:20
**expenses** [2] - 2827:12, 2851:12
**experience** [6] - 2820:17, 2821:18, 2826:9, 2871:9, 2882:20, 2893:22
**experienced** [1] - 2913:8
**expert** [6] - 2840:16, 2934:20, 2936:9, 2936:15, 2938:13
**explain** [7] - 2832:18, 2835:5, 2839:15, 2891:13, 2912:22, 2917:21, 2919:13
**explanation** [2] - 2929:15, 2929:17
**explore** [2] - 2844:2, 2929:6
**extent** [1] - 2913:7
**external** [3] - 2832:24, 2833:2, 2833:6
**extra** [1] - 2854:9
**extrapolate** [1] - 2845:1

## F

**face** [5] - 2888:14, 2888:15, 2888:16, 2888:21, 2889:4
**faced** [1] - 2888:15
**facilitate** [1] - 2849:17
**facilities** [9] - 2883:23, 2885:2, 2886:6, 2887:5, 2898:7, 2898:14, 2898:17, 2899:15, 2902:6
**facility** [5] - 2884:19, 2885:9, 2885:11, 2886:12, 2906:5

fact [13] - 2824:4, 2831:23, 2840:2, 2846:8, 2865:15, 2867:2, 2872:1, 2872:3, 2893:2, 2902:8, 2906:2, 2929:3, 2935:18

faction [1] - 2893:7

factions [1] - 2913:12

factory [1] - 2880:21

facts [4] - 2838:16, 2838:17, 2895:16, 2930:5

fair [3] - 2926:10, 2926:12, 2929:23

fairly [2] - 2842:1, 2873:25

faith [3] - 2923:18, 2923:19, 2924:5

familiar [6] - 2840:20, 2874:14, 2887:7, 2901:13, 2902:8, 2919:10

families [8] - 2816:18, 2836:25, 2840:25, 2841:5, 2841:7, 2848:7, 2848:8, 2848:15

Families [4] - 2840:18, 2844:15, 2847:18, 2848:3

family [23] - 2819:9, 2824:5, 2840:24, 2841:4, 2849:21, 2850:1, 2850:3, 2863:16, 2878:13, 2878:14, 2878:16, 2878:17, 2881:7, 2882:17, 2895:8, 2896:1, 2896:2, 2896:5, 2909:11, 2909:21

Family [1] - 2841:16

family's [1] - 2816:24

famous [4] - 2877:9, 2877:13, 2908:7, 2908:8

far [4] - 2818:24, 2877:12, 2914:4, 2940:6

father [8] - 2819:24, 2871:17, 2878:19, 2878:22, 2878:23, 2878:24, 2909:16

father's [3] - 2816:23, 2871:17, 2879:1

favor [1] - 2913:14

Fayyad [1] - 2828:1

Fazwah [2] - 2936:10, 2939:7

fear [1] - 2893:22

February [1] - 2823:8

fees [1] - 2918:20

fell [1] - 2934:11

felt [1] - 2893:22

few [6] - 2822:7, 2855:20, 2855:22, 2864:2, 2869:15, 2889:23

field [4] - 2882:4, 2899:16, 2900:1, 2901:8

fifteen [3] - 2856:5, 2877:12, 2898:4

fight [1] - 2914:15

fighting [1] - 2849:9

figure [1] - 2853:10

figured [1] - 2932:13

file [1] - 2938:2

filed [1] - 2937:25

files [1] - 2938:11

filled [1] - 2885:9

filtered [3] - 2846:5, 2846:6, 2922:1

finally [2] - 2825:2, 2889:2

Finance [3] - 2822:10, 2830:12, 2881:24

finance [9] - 2819:14, 2820:16, 2820:23, 2828:3, 2828:5, 2842:25, 2843:24, 2881:23, 2882:1

financial [10] - 2822:9, 2843:20, 2848:9, 2854:23, 2884:10, 2900:15, 2902:5, 2902:11, 2905:6

fine [2] - 2816:13, 2817:3, 2817:7, 2817:8, 2864:15, 2869:4, 2876:9, 2908:18, 2919:22

finish [4] - 2880:23, 2880:24, 2940:13, 2941:11

firms [2] - 2819:17, 2833:3

First [1] - 2824:15

first [28] - 2820:20, 2822:11, 2822:25, 2827:9, 2833:9, 2833:16, 2834:6, 2836:17, 2844:8, 2868:22, 2873:6, 2874:15, 2874:16, 2878:17, 2882:3, 2883:21, 2888:25, 2895:23, 2896:21, 2897:18, 2897:19, 2906:17, 2907:2, 2907:3, 2925:20, 2926:7, 2927:2, 2934:23

firsthand [1] - 2913:8

five [7] - 2826:11, 2855:18, 2858:7, 2877:7, 2881:10, 2912:4, 2912:5, 2931:21, 2932:11, 2932:22, 2935:10

fix [2] - 2845:16, 2889:9

floor [1] - 2849:16

FLOWERS [1] - 2814:24

focus [2] - 2899:13, 2899:15

focusing [1] - 2847:25

follow [1] - 2885:11

followed [1] - 2824:21

following [7] - 2815:9, 2850:5, 2889:24, 2890:2, 2933:16, 2934:2, 2941:23

follows [4] - 2873:7, 2906:18, 2910:2, 2910:3

Foltus [1] - 2824:14

food [1] - 2825:5

force [1] - 2903:5

foreign [3] - 2843:16, 2844:21, 2846:21, 2916:17

forever [1] - 2859:16

form [3] - 2828:9, 2895:13, 2930:14

formed [2] - 2831:6, 2833:22

forth [1] - 2846:21

forward [1] - 2934:15

foundation [2] - 2869:23, 2904:2

founded [1] - 2909:25

founders [1] - 2822:12

four [15] - 2816:15, 2816:23, 2817:2, 2819:17, 2833:3, 2849:11, 2873:25, 2887:4, 2909:18, 2912:5, 2912:10, 2919:7, 2937:2, 2939:5, 2941:2

four-wheel [1] - 2849:11

frame [2] - 2847:25, 2893:23

framework [1] - 2845:5

France [1] - 2823:15

Franciscan [1] - 2910:1

frankly [1] - 2937:20

French [1] - 2826:25

frequently [1] - 2857:10

friend [1] - 2824:22

friends [2] - 2822:7, 2910:13

front [6] - 2818:3, 2842:12, 2862:21, 2875:7, 2876:12, 2889:11

fronts [1] - 2931:2

fully [1] - 2839:16

function [1] - 2899:21

fund [1] - 2833:18

funding [1] - 2848:9

furniture [1] - 2880:20

## G

game [2] - 2926:10, 2929:23

garden [1] - 2878:20

gardener [2] - 2878:19

Gardens [1] - 2880:14

GARY [1] - 2814:18

gathering [1] - 2936:5

Gaza [17] - 2825:24, 2825:25, 2828:24, 2831:12, 2840:25, 2855:20, 2855:23, 2856:1, 2856:6, 2856:8, 2862:10, 2863:19, 2863:23, 2864:3, 2864:4, 2864:21, 2875:17

Gene [1] - 2815:5

general [13] - 2822:11, 2824:22, 2826:15, 2826:18, 2826:23, 2838:24, 2839:2, 2845:18, 2849:18, 2913:14, 2921:12, 2929:25

generally [8] - 2831:19, 2833:16, 2842:22, 2846:9, 2846:12, 2918:13, 2921:7, 2921:23

generated [1] - 2829:3

generating [1] - 2817:21

Geneva [1] - 2825:8

gentlemen [4] - 2815:18, 2889:20, 2931:25, 2941:8

geography [2] - 2818:6, 2874:25

George [1] - 2906:15

GEORGE [2] - 2906:17, 2943:13

Gershon [9] - 2838:4, 2838:19, 2839:11, 2840:2, 2843:15, 2844:20, 2845:25, 2846:20, 2935:2

Gershon's [3] - 2844:5, 2845:17, 2934:12

gifts [1] - 2916:4

girl [3] - 2819:12, 2881:11, 2909:14

girls [1] - 2881:10

given [3] - 2821:6, 2822:25, 2838:17

glanced [1] - 2934:25

global [4] - 2823:14, 2866:15, 2867:14, 2903:13

goal [1] - 2897:4

goals [1] - 2831:20

God [1] - 2827:9

god [1] - 2897:7

goods [3] - 2831:24, 2877:15, 2878:3

government [8] - 2819:25, 2863:24, 2878:21, 2878:25, 2888:2, 2897:20, 2909:16, 2909:18
Government [2] - 2833:23, 2927:13
governments [1] - 2909:20
grade [3] - 2881:12, 2881:13
graduated [9] - 2819:13, 2819:20, 2820:15, 2820:20, 2881:25, 2882:2, 2896:7, 2910:3, 2910:5
graduating [1] - 2881:19
graduation [1] - 2820:21
grandfather's [1] - 2816:23
grant [2] - 2885:11, 2886:11
granted [2] - 2820:9, 2822:9
Greece [1] - 2821:5
green [3] - 2818:16, 2818:17, 2908:23
grew [4] - 2818:1, 2818:3, 2818:8, 2818:20
grief [1] - 2887:12
grounds [1] - 2929:20
groups [2] - 2829:21, 2851:22
grow [1] - 2817:25
growth [1] - 2885:5
guarantee [1] - 2901:5
guess [2] - 2837:8, 2903:21
Gulf [3] - 2819:15, 2821:10, 2823:3
gun [1] - 2891:5
guns [1] - 2892:7
guy [3] - 2816:22, 2861:15, 2892:10
gynecology [1] - 2879:3

H

Haifa [1] - 2825:4
half [7] - 2833:9, 2875:21, 2879:1, 2889:12, 2889:13, 2907:16
Hamas [15] - 2846:18, 2856:12, 2863:13, 2864:21, 2864:22, 2892:5, 2893:8, 2893:11, 2894:2, 2894:3, 2913:13, 2913:18, 2914:4, 2930:24, 2931:3
Hamdan [10] - 2815:21, 2816:2, 2816:20, 2839:19, 2839:25, 2851:21, 2854:13, 2856:19, 2864:20, 2943:5
Hamden [1] - 2854:4
hand [1] - 2815:22
handle [1] - 2841:8
handled [2] - 2919:18, 2919:23
handwriting [5] - 2854:17, 2854:19, 2855:5, 2910:16, 2910:19
hang [3] - 2832:12, 2861:18, 2868:16
Haniyah [1] - 2930:23
happy [4] - 2844:7, 2934:18, 2942:1, 2942:4
Harani [1] - 2921:23
hard [9] - 2856:21, 2856:25, 2857:4, 2863:22, 2887:21, 2895:21, 2923:15, 2923:18, 2941:9
hardcopy [1] - 2842:14

Hashanah [1] - 2916:6
head [15] - 2824:1, 2824:2, 2828:14, 2828:18, 2832:19, 2854:20, 2854:21, 2854:23, 2883:23, 2883:25, 2884:6, 2884:19, 2885:2, 2887:4, 2916:5
headed [1] - 2833:23
headlines [1] - 2862:17
hear [10] - 2833:16, 2833:21, 2834:6, 2869:5, 2875:9, 2895:21, 2896:3, 2923:22, 2923:23, 2939:1
heard [8] - 2857:14, 2863:2, 2874:3, 2895:10, 2895:17, 2920:4, 2923:1
hearing [5] - 2837:5, 2843:8, 2920:25, 2925:17, 2928:10
hearsay [2] - 2834:4, 2834:23
heavier [1] - 2851:19
Hebrew [2] - 2907:5, 2910:24
Hebron [9] - 2842:24, 2849:16, 2857:1, 2858:22, 2911:3, 2911:5, 2915:9, 2915:10, 2931:5
held [6] - 2837:4, 2843:7, 2892:4, 2920:24, 2925:16, 2928:9
hell [1] - 2918:23
hello [1] - 2869:13
help [6] - 2823:4, 2823:5, 2824:24, 2901:2, 2907:8, 2918:19
helped [1] - 2918:23
helping [3] - 2915:5, 2918:18, 2918:21
Herald [1] - 2861:24
heranni [1] - 2857:15
hi [2] - 2869:14, 2895:4
high [3] - 2881:17, 2881:19, 2909:23
higher [2] - 2871:2, 2871:3
Hijja [1] - 2846:3
hit [1] - 2843:12
hold [2] - 2865:18, 2894:7
holders [1] - 2928:5
holding [2] - 2830:10, 2830:14
hole [1] - 2894:7
home [6] - 2825:14, 2850:3, 2891:2, 2937:10, 2938:15, 2941:18
Honor [71] - 2815:20, 2816:8, 2832:5, 2832:11, 2834:3, 2834:24, 2836:15, 2836:20, 2837:2, 2837:11, 2839:4, 2839:8, 2839:18, 2840:10, 2843:3, 2844:7, 2846:16, 2848:12, 2849:22, 2851:18, 2854:6, 2856:13, 2857:21, 2859:8, 2860:7, 2861:9, 2866:9, 2866:17, 2873:10, 2877:24, 2880:3, 2883:19, 2889:19, 2890:7, 2891:10, 2893:17, 2894:4, 2905:19, 2906:9, 2912:23, 2913:24, 2914:16, 2919:20, 2922:16, 2922:17, 2925:3, 2925:9, 2927:22, 2928:7, 2929:10, 2931:13, 2931:16, 2931:23, 2932:8, 2932:24, 2934:5, 2934:12, 2935:17, 2935:20, 2936:8, 2936:17, 2936:20, 2937:1, 2937:23, 2938:4, 2938:9, 2938:21, 2938:24, 2939:16, 2942:2
Honor's [2] - 2922:19, 2922:21

HONORABLE [1] - 2814:14
hope [2] - 2880:7, 2911:18
hoped [1] - 2934:10
hospital [1] - 2918:7
hospitals [1] - 2918:19
hotbed [1] - 2893:25
hotels [2] - 2918:9, 2924:17
hour [2] - 2890:20, 2932:2
hours [7] - 2858:14, 2858:15, 2858:25, 2859:1, 2859:17, 2890:20, 2933:4
housekeeping [1] - 2932:25
huge [2] - 2884:14, 2884:15
humanitarian [2] - 2833:22, 2848:10
hundred [5] - 2828:8, 2829:1, 2856:4, 2876:24, 2903:25

I

I.. [1] - 2925:14
ID [2] - 2920:11, 2923:25
idea [2] - 2847:12, 2940:6
identification [3] - 2817:1, 2893:8, 2938:12
identified [5] - 2893:19, 2893:24, 2939:4, 2939:6, 2939:7
identify [3] - 2842:22, 2913:13, 2932:17
identity [2] - 2838:14, 2838:15
IDs [2] - 2817:2, 2923:24
immediately [2] - 2827:23, 2828:1
impeached [1] - 2903:4
impeachment [1] - 2928:19
import [1] - 2878:3
important [7] - 2885:13, 2887:24, 2900:22, 2900:24, 2901:23, 2915:20
impress [1] - 2914:6
impression [3] - 2844:16, 2845:20, 2929:8
imprisoned [1] - 2848:16
inappropriate [1] - 2928:15
incident [2] - 2912:19, 2912:20
incidents [1] - 2892:3
inclined [1] - 2937:13
include [4] - 2872:19, 2872:21, 2916:16, 2916:17
includes [1] - 2909:6
including [2] - 2843:18, 2929:4
income [1] - 2827:13
increasing [1] - 2851:12
independent [2] - 2898:21, 2898:22
individual [2] - 2829:2, 2900:11
individual's [1] - 2914:17
individuals [1] - 2899:18
Indo [4] - 2823:12, 2823:19, 2823:21, 2823:24
Indo-Suez [4] - 2823:12, 2823:19, 2823:21, 2823:24
industry [1] - 2829:21
infer [1] - 2922:8

**inference** [1] - 2921:13, 2922:2, 2922:13
**information** [6] - 2900:22, 2930:18, 2930:22, 2931:1, 2931:10, 2932:21
**INGERMAN** [5] - 2815:3, 2927:9, 2927:22, 2928:7, 2937:2
**initial** [1] - 2830:13
**injured** [2] - 2848:16, 2927:19
**innocent** [1] - 2895:24
**inquire** [3] - 2816:7, 2873:9, 2928:15
**inquiring** [1] - 2928:16
**inside** [1] - 2891:4
**insist** [1] - 2897:2
**instance** [2] - 2841:12, 2902:17
**institutes** [1] - 2918:6
**institutions** [3] - 2841:25, 2855:25, 2856:5
**instruct** [2] - 2840:11, 2922:22
**instructing** [1] - 2914:23
**instruction** [3] - 2921:10, 2921:14, 2922:7
**instructions** [2] - 2860:23, 2922:13
**insurance** [1] - 2820:22
**Insurance** [2] - 2820:22, 2820:25
**intend** [1] - 2925:21
**intended** [1] - 2843:23
**intent** [3] - 2893:2, 2914:3, 2914:13
**interest** [1] - 2866:20
**interested** [1] - 2817:20
**Interior** [1] - 2833:24
**interlinked** [1] - 2938:5
**internal** [4] - 2832:16, 2838:10, 2843:18, 2845:22
**internally** [1] - 2844:14
**international** [5] - 2838:6, 2841:24, 2859:22, 2864:6, 2913:10
**International** [1] - 2861:24
**Internet** [1] - 2941:20
**Interpal** [2] - 2866:22, 2867:4
**interpretation** [1] - 2817:7
**INTERPRETER** [5] - 2898:16, 2898:21, 2902:4, 2902:15, 2910:2
**interpreter** [4] - 2927:1, 2927:15, 2928:1, 2930:16
**interpreters** [1] - 2817:4
**interprets** [4] - 2927:1, 2927:15, 2928:1, 2930:16
**interrogatory** [2] - 2846:17, 2893:20
**interview** [1] - 2826:19
**Intifada** [20] - 2851:4, 2856:6, 2856:16, 2858:12, 2859:20, 2861:21, 2863:25, 2865:13, 2869:18, 2869:20, 2870:2, 2870:3, 2870:10, 2871:4, 2877:5, 2877:6, 2899:11, 2899:12, 2899:14, 2918:14
**intifada** [41] - 2827:2, 2827:17, 2827:18, 2827:20, 2831:20, 2832:1, 2834:10, 2841:11, 2847:20, 2847:24, 2847:25, 2848:3, 2848:8, 2848:17,

2848:22, 2849:4, 2849:20, 2849:25, 2882:3, 2887:1, 2887:7, 2887:9, 2887:10, 2887:15, 2887:18, 2888:8, 2890:13, 2890:16, 2893:14, 2895:5, 2896:14, 2897:21, 2919:3, 2923:4, 2924:12, 2924:14, 2927:19, 2927:23, 2928:5, 2930:13
**introduce** [3] - 2819:9, 2846:24, 2877:20
**introduced** [3] - 2816:14, 2826:21, 2877:21
**invest** [1] - 2900:17
**invested** [4] - 2822:13, 2830:10, 2831:5
**investigate** [6] - 2900:19, 2900:20, 2905:7, 2905:8, 2905:11
**investing** [2] - 2817:20, 2831:18
**Investment** [7] - 2821:22, 2822:2, 2822:4, 2822:10, 2822:15, 2824:15, 2830:12
**investment** [3] - 2824:13, 2831:2, 2831:15
**investments** [3] - 2830:6, 2831:20, 2831:21
**invited** [1] - 2825:2
**involved** [4] - 2830:7, 2836:13, 2836:24, 2855:11
**involvement** [2] - 2847:6, 2847:13
**involves** [1] - 2829:24
**irrelevant** [2] - 2892:17, 2914:24
**Islamic** [1] - 2892:15
**Ismail** [1] - 2930:23
**Israel** [31] - 2818:15, 2818:17, 2824:22, 2825:4, 2875:20, 2875:21, 2877:2, 2877:4, 2877:11, 2877:15, 2877:16, 2878:10, 2878:21, 2879:1, 2880:12, 2880:15, 2881:2, 2882:17, 2895:6, 2895:8, 2895:18, 2896:2, 2903:4, 2908:23, 2909:15, 2910:25, 2911:23, 2925:25, 2926:12, 2927:8, 2927:14
**Israel's** [1] - 2887:11
**Israeli** [24] - 2863:24, 2875:19, 2877:11, 2877:15, 2878:12, 2880:10, 2880:13, 2880:25, 2887:25, 2888:1, 2888:2, 2891:3, 2893:5, 2896:1, 2896:8, 2897:19, 2897:20, 2903:2, 2907:21, 2909:15, 2913:25, 2926:9, 2927:17
**Israelis** [8] - 2824:20, 2877:6, 2877:7, 2893:4, 2903:3, 2909:17, 2924:16, 2926:9
**issue** [9] - 2844:8, 2844:12, 2933:7, 2934:17, 2936:1, 2936:13, 2937:4, 2938:4, 2939:19
**issues** [4] - 2870:20, 2892:18, 2892:24, 2893:18
**istishhadiyyah** [1] - 2872:9
**Istishhadiyyah** [1] - 2865:25
**itself** [6] - 2833:18, 2833:19, 2844:19,

2846:18, 2905:12, 2924:19

# J

**Jala** [1] - 2909:7
**JAMES** [1] - 2814:22
**January** [2] - 2822:19, 2917:9
**Jazeera** [1] - 2862:13
**Jenin** [76] - 2857:5, 2858:24, 2859:14, 2874:23, 2874:25, 2875:2, 2875:18, 2875:20, 2876:5, 2876:13, 2876:17, 2876:20, 2876:21, 2876:22, 2876:24, 2877:2, 2877:4, 2877:6, 2877:8, 2877:10, 2877:11, 2877:13, 2877:16, 2877:18, 2877:20, 2878:5, 2878:7, 2878:9, 2878:18, 2880:8, 2880:19, 2881:15, 2881:16, 2881:17, 2881:18, 2881:19, 2882:18, 2883:16, 2884:1, 2884:6, 2884:19, 2885:2, 2885:5, 2885:6, 2885:7, 2885:25, 2886:10, 2886:13, 2886:18, 2886:22, 2887:19, 2887:20, 2888:1, 2888:3, 2888:4, 2888:10, 2888:11, 2888:19, 2890:15, 2890:19, 2891:3, 2891:4, 2891:9, 2893:24, 2893:25, 2897:12, 2897:20, 2897:23, 2898:10, 2899:8, 2899:10, 2905:12, 2905:15, 2906:5
**Jenin's** [1] - 2877:8
**Jerusalem** [19] - 2818:23, 2818:24, 2826:24, 2826:25, 2848:23, 2848:24, 2849:3, 2849:15, 2849:16, 2850:1, 2856:22, 2863:2, 2909:1, 2911:6, 2911:8, 2911:9, 2915:4, 2915:6
**Jesus** [1] - 2908:10
**jihad** [1] - 2892:14
**Jihad** [1] - 2892:15
**job** [30] - 2817:15, 2820:7, 2820:20, 2821:2, 2821:6, 2823:9, 2825:15, 2825:18, 2826:6, 2826:7, 2826:19, 2833:4, 2871:21, 2871:22, 2882:1, 2882:3, 2882:14, 2882:18, 2883:21, 2883:23, 2884:15, 2884:20, 2884:22, 2886:5, 2887:4, 2901:6, 2905:7, 2907:18, 2910:18, 2911:10
**jobs** [1] - 2830:16
**JODI** [1] - 2814:24
**join** [1] - 2822:11
**joined** [8] - 2824:13, 2825:24, 2828:6, 2834:18, 2836:12, 2836:21, 2836:23, 2855:15
**joining** [1] - 2820:18
**joking** [1] - 2869:7
**Jordan** [26] - 2818:1, 2818:3, 2818:21, 2820:1, 2820:3, 2820:5, 2820:15, 2821:21, 2821:22, 2822:1, 2822:4, 2822:7, 2822:10, 2822:14, 2824:21, 2824:23, 2826:2, 2826:21, 2850:2, 2871:15, 2875:15, 2875:16, 2882:3, 2908:24, 2910:6

Jordanian [4] - 2825:23, 2856:2, 2909:17, 2936:11
JUDGE [1] - 2814:15
judge [1] - 2837:13
Judge [12] - 2838:4, 2838:19, 2839:11, 2840:2, 2843:15, 2844:5, 2844:20, 2845:17, 2845:25, 2846:20, 2934:11, 2935:2
Judge's [1] - 2908:17
July [6] - 2817:12, 2825:2, 2827:1, 2828:6, 2828:24, 2855:15
Jury [1] - 2932:5
JURY [1] - 2814:14
jury [45] - 2814:15, 2815:9, 2815:15, 2815:16, 2818:7, 2819:10, 2837:5, 2840:11, 2843:8, 2843:19, 2846:20, 2857:14, 2872:3, 2875:2, 2889:24, 2890:2, 2890:3, 2890:4, 2908:21, 2910:20, 2913:21, 2914:6, 2914:15, 2914:22, 2917:15, 2917:21, 2920:20, 2920:25, 2922:7, 2922:8, 2925:17, 2928:10, 2929:9, 2932:6, 2932:11, 2934:2, 2934:16, 2934:22, 2937:10, 2938:15, 2940:11, 2941:5, 2941:6, 2941:23, 2942:4

## K

Karachi [1] - 2823:2
Kawas [15] - 2906:15, 2906:20, 2907:10, 2907:25, 2909:3, 2909:11, 2914:3, 2915:3, 2917:4, 2919:10, 2924:25, 2925:7, 2926:17, 2930:11, 2930:18
KAWAS [2] - 2906:17, 2943:13
Kawwas [1] - 2934:12
keep [5] - 2812:14, 2861:22, 2868:16, 2913:5, 2940:25
Kent [1] - 2819:13
Kevin [1] - 2937:2
key [1] - 2828:9
kicking [1] - 2837:8
kill [3] - 2887:17, 2889:10, 2895:24
killed [3] - 2858:21, 2863:9, 2895:23
killing [1] - 2887:12
kilo [1] - 2875:21
kilometers [1] - 2818:25
kind [11] - 2837:12, 2872:19, 2878:6, 2886:9, 2886:11, 2900:7, 2900:9, 2900:10, 2918:2, 2918:3, 2938:10
kinds [1] - 2886:12
Kingdom [1] - 2820:4
knowingly [1] - 2914:2
knowledge [6] - 2836:16, 2838:14, 2839:16, 2866:16, 2930:11, 2939:19
known [1] - 2821:2
knows [4] - 2839:25, 2861:15, 2871:21, 2936:8
Kurtzer [1] - 2814:7

KYC [1] - 2938:7

## L

laborers [1] - 2924:17
lack [1] - 2929:22
lacks [1] - 2838:4
ladies [4] - 2815:18, 2889:20, 2931:25, 2941:8
language [5] - 2903:5, 2907:2, 2907:3, 2910:15
languages [3] - 2817:9, 2907:4, 2907:5
large [5] - 2919:6, 2841:10, 2841:23, 2909:5, 2909:6
largely [1] - 2936:21
last [16] - 2840:11, 2840:12, 2844:3, 2846:15, 2855:2, 2857:14, 2885:16, 2897:11, 2899:4, 2899:12, 2913:19, 2921:6, 2921:11, 2925:12, 2933:3
late [2] - 2820:7, 2923:20
law [11] - 2843:16, 2844:10, 2844:12, 2844:21, 2846:21, 2896:8, 2900:19, 2914:2, 2914:12, 2929:21
laws [2] - 2838:7, 2838:10
lawyer [1] - 2869:2
lawyers [3] - 2906:3, 2941:8, 2942:1
leaders [2] - 2864:21, 2930:24
leading [2] - 2836:16, 2848:13
learn [6] - 2826:14, 2834:1, 2834:19, 2847:18, 2900:5, 2906:2
learned [1] - 2834:9
learning [1] - 2847:17
least [5] - 2829:13, 2833:8, 2926:7, 2936:24, 2939:12
leave [7] - 2861:2, 2881:14, 2896:23, 2897:6, 2897:13, 2897:14, 2929:8
leaves [1] - 2935:14
Lebanese [1] - 2819:19, 2823:2
left [5] - 2821:13, 2828:4, 2875:5, 2908:19, 2916:4
legal [1] - 2844:17
length [1] - 2893:13
less [3] - 2821:7, 2871:11, 2871:12
lesson [1] - 2818:6
letter [16] - 2839:19, 2839:21, 2842:17, 2842:20, 2842:24, 2845:9, 2846:7, 2855:5, 2901:5, 2934:23, 2935:8, 2935:13, 2937:19, 2937:20, 2938:16
Leumi [17] - 2907:21, 2910:13, 2910:14, 2910:21, 2910:22, 2910:24, 2911:1, 2911:2, 2911:10, 2912:1, 2912:9, 2915:2, 2915:7, 2915:10, 2915:25, 2916:3
level [3] - 2838:24, 2838:25, 2839:2
Levitt's [1] - 2936:15
license [1] - 2822:9
Life [2] - 2820:22, 2820:25
life [7] - 2881:15, 2888:4, 2893:15,

2896:20, 2897:4, 2908:4, 2908:5
life-style [1] - 2893:15
light [3] - 2864:20, 2896:14, 2936:19
likely [1] - 2914:14
limitations [1] - 2934:6
LINDE [1] - 2814:5
Linde [1] - 2814:17
line [5] - 2845:25, 2921:5, 2923:20, 2932:14, 2932:17
link [4] - 2877:4, 2877:5, 2877:16, 2887:25
liquidation [1] - 2823:5
liquidator [2] - 2823:1, 2823:10
liquidity [1] - 2901:4
list [4] - 2935:18, 2935:19, 2936:3, 2939:2
listed [1] - 2838:19
listen [1] - 2859:11
literally [1] - 2935:10
Litle [2] - 2814:5, 2814:20
live [13] - 2849:3, 2874:22, 2874:23, 2876:19, 2876:20, 2876:21, 2882:19, 2883:16, 2896:21, 2896:22, 2908:2, 2908:3, 2909:9
lived [8] - 2820:8, 2871:17, 2878:16, 2878:17, 2878:23, 2881:15, 2881:16, 2908:4
lives [1] - 2859:3
living [12] - 2817:19, 2818:23, 2819:7, 2826:24, 2848:20, 2848:21, 2848:23, 2857:8, 2866:7, 2868:6, 2878:2, 2895:8
LLC [2] - 2814:17, 2814:23
LLP [2] - 2814:22, 2815:2
loans [5] - 2827:14, 2885:8, 2886:6, 2886:11, 2886:12, 2900:25
local [6] - 2821:21, 2829:22, 2838:7, 2844:12, 2859:5, 2860:15
locate [1] - 2861:5
located [3] - 2857:2, 2908:25, 2920:13
locating [1] - 2823:4
London [7] - 2820:7, 2824:2, 2824:4, 2824:5, 2824:8, 2825:8, 2835:10
look [9] - 2854:10, 2866:19, 2867:17, 2900:21, 2905:6, 2923:15, 2923:16, 2936:3, 2940:5
looked [9] - 2867:1, 2867:7, 2867:12, 2867:18, 2917:11, 2917:24, 2935:7, 2935:8, 2935:13
looking [3] - 2861:4, 2877:1, 2937:8
losing [1] - 2831:23
lost [2] - 2903:25, 2904:1
louder [2] - 2920:5, 2920:6
loudly [1] - 2875:6
love [3] - 2868:15, 2868:19, 2869:6
lovely [1] - 2887:11
luck [1] - 2910:7
luckily [1] - 2849:11
Lugano [1] - 2824:2
lunch [4] - 2931:25, 2932:2, 2933:12,

2937:8
**Lycée** [1] - 2826:25

# M

**machine** [1] - 2891:5
**main** [5] - 2849:7, 2849:10, 2849:11, 2884:9
**maintained** [3] - 2930:19, 2930:23, 2931:2
**maker** [1] - 2880:20
**malicious** [2] - 2893:2, 2914:13
**man** [8] - 2817:17, 2832:15, 2833:7, 2865:3, 2866:14, 2867:13, 2868:11, 2916:23
**management** [10] - 2822:18, 2824:13, 2842:25, 2849:18, 2867:14, 2883:1, 2886:17, 2898:23, 2911:21, 2912:19
**manager** [45] - 2817:16, 2821:24, 2822:11, 2824:22, 2825:19, 2826:15, 2826:16, 2826:18, 2826:23, 2827:22, 2828:10, 2829:14, 2829:19, 2830:3, 2832:4, 2854:14, 2860:15, 2880:19, 2882:5, 2886:19, 2886:22, 2893:24, 2897:5, 2897:7, 2897:10, 2897:11, 2906:5, 2911:11, 2911:15, 2911:17, 2912:6, 2912:7, 2912:11, 2912:13, 2915:9, 2915:10, 2916:9, 2916:13, 2916:21, 2917:12, 2918:3, 2918:15, 2928:20, 2934:19
**managers** [1] - 2826:22
**Manny** [1] - 2934:18
**manually** [1] - 2884:14
**map** [10] - 2818:3, 2856:18, 2863:19, 2875:1, 2875:7, 2875:14, 2877:1, 2908:20, 2908:22, 2909:5
**MARGARET** [1] - 2815:4
**MARK** [1] - 2814:21
**marked** [3] - 2842:10, 2878:1, 2917:20
**market** [2] - 2885:6, 2911:22
**marketing** [2] - 2899:21, 2905:23
**married** [5] - 2819:11, 2881:3, 2881:4, 2909:14, 2909:15
**martyr** [1] - 2865:18
**martyrs** [5] - 2852:3, 2852:6, 2855:11, 2865:10, 2927:19
**master** [2] - 2881:23
**masters** [1] - 2819:14
**matched** [1] - 2930:1
**material** [1] - 2838:5
**materials** [2] - 2938:8, 2938:14
**matter** [5] - 2858:4, 2914:1, 2929:25, 2934:25
**Mazen** [12] - 2815:21, 2816:2, 2816:11, 2820:2, 2835:3, 2840:16, 2842:10, 2842:17, 2847:6, 2848:20, 2851:15, 2943:5
**mean** [10] - 2866:4, 2867:20, 2867:21, 2872:20, 2878:10, 2886:2, 2900:10,

2922:10, 2923:16
**meaning** [5] - 2874:4, 2874:6, 2874:8, 2874:11, 2874:16
**means** [9] - 2835:5, 2866:1, 2866:6, 2868:7, 2868:8, 2871:1, 2874:17, 2910:24, 2941:14
**meant** [1] - 2928:19
**mechanical** [1] - 2815:8
**medical** [1] - 2918:19
**Mediterranean** [4] - 2818:15, 2818:17, 2875:17, 2908:22
**meet** [2] - 2900:3, 2901:9
**meetings** [2] - 2838:11, 2870:17
**member** [2] - 2830:1, 2830:8
**memoranda** [1] - 2845:23
**mentioned** [14] - 2827:21, 2832:14, 2841:17, 2851:2, 2851:11, 2851:21, 2851:25, 2856:15, 2863:7, 2863:18, 2877:1, 2886:5, 2895:25, 2919:2
**merchant** [1] - 2909:13
**met** [2] - 2906:3, 2910:18
**meters** [3] - 2871:11, 2871:12, 2875:21
**mic** [1] - 2875:11
**MICHAEL** [1] - 2814:24
**microphone** [1] - 2906:22
**middle** [3] - 2827:2, 2875:14, 2908:22
**Middle** [6] - 2816:16, 2816:18, 2819:22, 2823:3, 2824:3, 2824:10
**midtown** [2] - 2878:5
**might** [4] - 2838:13, 2845:23, 2921:12, 2929:14
**mile** [1] - 2859:6
**miles** [3] - 2818:25, 2856:21, 2909:1
**million** [7] - 2819:7, 2829:9, 2829:11, 2829:12, 2830:13, 2927:21, 2928:4
**Milton** [3] - 2936:20, 2936:22
**Milton-Edwards** [1] - 2936:22
**Milton-Edwards's** [1] - 2936:20
**mind** [6] - 2845:7, 2845:8, 2893:17, 2893:23, 2897:5, 2908:14
**mine** [2] - 2824:22, 2925:3
**minister** [3] - 2828:3, 2828:5, 2833:24
**minute** [6] - 2844:6, 2854:8, 2865:1, 2866:19, 2937:4, 2939:14
**minutes** [13] - 2838:11, 2858:5, 2858:7, 2875:12, 2889:16, 2889:23, 2908:14, 2931:21, 2932:3, 2932:11, 2932:22, 2935:10, 2937:9
**mistake** [1] - 2924:15
**MOHAMMED** [2] - 2873:6, 2943:10
**Mohammed** [6] - 2854:20, 2854:25, 2873:4, 2874:10, 2874:12, 2874:15
**Monetary** [2] - 2832:3, 2836:2
**money** [38] - 2822:13, 2822:18, 2824:13, 2831:22, 2831:23, 2841:7, 2848:7, 2858:3, 2858:15, 2858:24, 2858:25, 2859:3, 2859:14, 2859:17, 2859:20, 2859:21, 2860:1, 2860:3, 2860:16, 2860:21, 2863:15, 2864:4,

2864:9, 2864:22, 2866:14, 2867:3, 2867:14, 2867:23, 2868:12, 2868:15, 2868:19, 2869:6, 2870:25, 2871:1, 2892:8, 2892:9, 2904:1, 2919:16
**month** [3] - 2823:5, 2841:21, 2851:22
**monthly** [3] - 2829:5, 2841:3, 2841:14
**months** [2] - 2821:6, 2911:5
**moreover** [1] - 2844:16
**morning** [15] - 2815:14, 2815:18, 2816:11, 2816:13, 2851:16, 2873:12, 2873:13, 2889:21, 2890:10, 2890:11, 2906:20, 2906:21, 2938:18, 2940:1
**mortgage** [1] - 2889:17
**most** [12] - 2823:22, 2831:22, 2849:14, 2857:8, 2870:25, 2878:11, 2888:4, 2908:6, 2914:14, 2915:14, 2918:5, 2918:8
**mostly** [1] - 2887:22
**mother** [1] - 2909:20
**motion** [3] - 2925:3, 2925:4, 2938:16
**MOTLEY** [1] - 2814:23
**mountains** [1] - 2849:12
**mouth** [1] - 2906:22
**move** [15] - 2833:12, 2843:3, 2851:18, 2856:22, 2857:10, 2858:4, 2858:19, 2859:17, 2864:4, 2877:21, 2917:14, 2919:9, 2931:6, 2934:15, 2934:18
**moved** [4] - 2821:8, 2824:5, 2858:15, 2898:24
**moving** [4] - 2831:24, 2856:15, 2934:24
**MR** [237] - 2815:20, 2816:8, 2816:10, 2832:5, 2832:11, 2834:3, 2834:22, 2834:24, 2835:2, 2836:15, 2837:1, 2837:8, 2837:11, 2837:23, 2838:20, 2838:23, 2839:4, 2839:8, 2839:9, 2839:12, 2839:18, 2839:23, 2840:6, 2840:10, 2840:14, 2840:15, 2842:4, 2842:5, 2842:6, 2842:8, 2842:21, 2843:3, 2843:5, 2843:12, 2843:15, 2844:7, 2844:20, 2844:23, 2845:2, 2845:12, 2845:24, 2846:15, 2846:23, 2847:5, 2848:12, 2848:18, 2849:22, 2849:24, 2851:1, 2851:15, 2851:18, 2851:20, 2852:9, 2853:1, 2853:6, 2853:10, 2854:1, 2854:9, 2855:13, 2856:13, 2857:21, 2858:7, 2859:8, 2859:23, 2861:9, 2861:14, 2864:13, 2864:18, 2864:23, 2865:5, 2865:8, 2865:19, 2866:9, 2866:17, 2866:24, 2867:5, 2868:1, 2868:14, 2868:23, 2869:8, 2869:9, 2869:11, 2869:12, 2869:22, 2870:5, 2870:14, 2872:6, 2872:24, 2873:4, 2873:10, 2873:11, 2875:9, 2875:12, 2876:5, 2876:9, 2877:18, 2877:22, 2877:24, 2880:3, 2880:9, 2883:19, 2889:16, 2889:19, 2890:7, 2890:9, 2891:10, 2891:14, 2892:3, 2892:6, 2892:13, 2892:15, 2892:17, 2892:23, 2893:1, 2893:17,

2894:4, 2895:3, 2895:12, 2895:19, 2896:16, 2898:2, 2901:19, 2902:3, 2902:21, 2903:6, 2903:9, 2903:13, 2903:15, 2903:21, 2903:24, 2904:1, 2904:4, 2905:1, 2905:19, 2906:7, 2906:9, 2906:15, 2906:19, 2912:23, 2913:2, 2913:4, 2913:7, 2913:17, 2913:24, 2914:11, 2914:16, 2915:1, 2917:14, 2917:17, 2917:18, 2918:16, 2919:19, 2920:2, 2920:6, 2920:10, 2920:21, 2920:23, 2921:5, 2921:10, 2921:21, 2922:6, 2922:16, 2923:4, 2923:15, 2924:7, 2924:11, 2924:24, 2925:3, 2925:6, 2925:9, 2925:13, 2925:20, 2925:24, 2926:3, 2926:4, 2926:16, 2927:9, 2927:22, 2928:7, 2928:13, 2928:25, 2929:2, 2929:10, 2929:18, 2929:24, 2930:10, 2930:14, 2930:21, 2931:6, 2931:12, 2931:16, 2931:23, 2932:8, 2932:10, 2932:17, 2932:20, 2932:24, 2933:2, 2933:12, 2934:5, 2935:7, 2935:11, 2935:17, 2935:20, 2935:25, 2936:8, 2937:1, 2937:2, 2937:3, 2937:7, 2937:15, 2937:17, 2937:23, 2938:4, 2938:21, 2938:23, 2939:1, 2939:3, 2939:6, 2939:7, 2939:16, 2939:21, 2939:24, 2940:4, 2940:9, 2940:17, 2940:19, 2940:21, 2940:22, 2940:23, 2942:1, 2943:7, 2943:8, 2943:11, 2943:14, 2943:16, 2943:17

**Muhammad** [1] - 2816:20
**must** [9] - 2827:4, 2834:13, 2847:21, 2847:23, 2888:24, 2890:22, 2896:24, 2897:5, 2901:3

## N

**Nablus** [10] - 2857:4, 2859:3, 2912:3, 2912:11, 2912:13, 2912:17, 2912:18, 2915:2, 2915:4, 2915:5
**name** [26] - 2815:25, 2816:3, 2816:20, 2816:23, 2816:24, 2820:22, 2821:21, 2822:10, 2824:1, 2824:14, 2840:17, 2874:6, 2874:10, 2874:12, 2874:14, 2874:15, 2874:16, 2910:23, 2911:8, 2920:12, 2920:13, 2920:16
**named** [1] - 2906:6
**names** [7] - 2816:15, 2816:23, 2817:2, 2844:14, 2873:25, 2874:3
**national** [2] - 2910:24
**National** [10] - 2834:20, 2835:6, 2835:12, 2835:15, 2836:2, 2836:3, 2836:6, 2836:7, 2837:20, 2860:24
**nationality** [2] - 2820:3, 2820:9
**native** [1] - 2907:3
**Nayef** [1] - 2833:24
**Nazem** [2] - 2816:2, 2943:5
**near** [7] - 2875:18, 2877:10, 2882:17, 2908:25, 2911:13, 2911:14

**necessarily** [1] - 2913:15
**need** [17] - 2824:24, 2835:7, 2859:11, 2863:24, 2871:2, 2873:21, 2885:10, 2893:15, 2896:9, 2902:6, 2905:20, 2920:4, 2920:22, 2931:8, 2936:10, 2938:13, 2939:13
**needed** [3] - 2848:8, 2892:8, 2936:19
**needing** [1] - 2892:9
**needs** [2] - 2901:2, 2910:14
**Needy** [5] - 2840:18, 2841:16, 2844:15, 2847:18, 2848:3
**negative** [2] - 2903:20, 2926:19
**nephew** [1] - 2896:6
**network** [1] - 2907:13
**never** [2] - 2860:5, 2867:16
**new** [5] - 2822:8, 2833:12, 2882:18, 2884:16, 2919:9
**NEW** [1] - 2814:1
**New** [5] - 2814:10, 2815:6, 2835:9, 2859:1, 2934:19
**news** [5] - 2861:22, 2862:13, 2862:14, 2862:25, 2902:14
**newspaper** [5] - 2860:2, 2862:3, 2862:7, 2902:15, 2902:16
**newspapers** [6] - 2860:14, 2861:21, 2862:12, 2862:21, 2865:3, 2941:20
**next** [20] - 2815:19, 2821:1, 2821:20, 2830:17, 2858:13, 2873:3, 2873:22, 2877:19, 2879:7, 2886:16, 2891:18, 2894:10, 2897:25, 2906:14, 2912:2, 2915:3, 2915:13, 2918:25, 2933:2, 2933:6
**nice** [3] - 2825:5, 2880:5, 2892:20
**nine** [3] - 2884:23, 2884:24, 2884:25
**nonaccount** [1] - 2928:4
**none** [1] - 2935:17
**normally** [1] - 2835:7
**north** [3] - 2857:8, 2875:18, 2878:9
**nothing** [6] - 2854:5, 2896:20, 2906:6, 2922:24, 2936:6, 2941:20
**notice** [3] - 2816:14, 2933:2, 2940:18
**noticed** [1] - 2933:10
**November** [1] - 2828:2
**number** [16] - 2819:25, 2821:15, 2826:11, 2840:24, 2841:10, 2841:19, 2843:13, 2860:25, 2861:1, 2861:21, 2877:19, 2903:13, 2903:16, 2903:19, 2903:20, 2927:18
**numbers** [1] - 2861:5

## O

**o'clock** [3] - 2814:11, 2937:14, 2938:17
**object** [14] - 2832:5, 2834:3, 2836:15, 2842:21, 2848:12, 2849:22, 2860:6, 2869:2, 2869:22, 2872:6, 2877:19, 2920:4, 2929:18, 2929:23
**objected** [2] - 2853:1, 2928:14

**objection** [69] - 2834:22, 2840:5, 2840:13, 2843:5, 2843:11, 2845:2, 2845:15, 2846:14, 2846:25, 2848:18, 2853:2, 2853:8, 2855:13, 2856:13, 2857:21, 2858:6, 2858:7, 2858:9, 2859:8, 2859:23, 2861:9, 2864:13, 2864:15, 2864:23, 2865:5, 2865:19, 2866:9, 2866:17, 2866:24, 2867:5, 2868:1, 2868:14, 2868:17, 2869:8, 2870:5, 2870:14, 2870:22, 2876:7, 2877:23, 2883:19, 2891:10, 2891:14, 2892:16, 2895:12, 2895:19, 2896:16, 2901:19, 2902:21, 2903:21, 2903:22, 2905:19, 2912:23, 2917:16, 2918:16, 2919:19, 2919:20, 2919:21, 2920:2, 2925:9, 2927:9, 2927:22, 2928:7, 2928:13, 2929:20, 2930:4, 2930:14, 2931:6, 2939:22
**obstinacy** [1] - 2926:22
**obviates** [1] - 2938:13
**obvious** [1] - 2935:23
**obviously** [2] - 2845:11, 2933:7, 2935:12
**occasion** [1] - 2905:2
**occupation** [3] - 2818:18, 2909:19, 2927:6
**occupying** [5] - 2903:5, 2925:25, 2926:22, 2927:8, 2927:14
**occurred** [5] - 2815:9, 2889:24, 2890:2, 2934:2, 2941:23
**October** [1] - 2908:1
**OF** [2] - 2814:1, 2814:14
**offer** [1] - 2823:12
**offered** [12] - 2820:7, 2821:2, 2823:3, 2825:15, 2825:18, 2826:6, 2826:7, 2826:19, 2882:14, 2916:8, 2922:25, 2939:18
**office** [6] - 2828:14, 2828:18, 2849:13, 2849:18, 2849:19, 2901:12
**officer** [2] - 2817:18, 2821:13
**offices** [3] - 2819:25, 2824:1, 2828:22
**official** [1] - 2816:25
**often** [1] - 2862:21
**old** [2] - 2881:14, 2909:7
**older** [3] - 2881:11, 2881:13
**oldest** [2] - 2878:16, 2879:3
**Omari** [13] - 2873:5, 2873:12, 2873:14, 2874:6, 2874:22, 2876:12, 2878:2, 2883:21, 2886:25, 2890:10, 2895:4, 2898:3, 2905:2
**OMARI** [2] - 2873:6, 2943:10
**once** [3] - 2833:9, 2896:4, 2922:19
**one** [67] - 2816:19, 2818:5, 2819:17, 2822:11, 2822:12, 2823:15, 2823:16, 2826:22, 2831:8, 2832:15, 2833:2, 2833:12, 2839:21, 2839:24, 2841:2, 2841:13, 2843:12, 2845:12, 2845:16, 2846:15, 2856:4, 2857:19, 2858:2, 2858:4, 2858:19, 2863:18, 2877:5, 2880:12, 2881:1, 2881:8, 2881:11,

2881:14, 2882:7, 2883:3, 2886:18, 2886:20, 2889:2, 2890:20, 2892:6, 2892:7, 2893:11, 2893:18, 2894:4, 2899:5, 2899:19, 2901:11, 2907:16, 2909:12, 2910:13, 2911:25, 2912:12, 2915:8, 2916:5, 2916:6, 2920:4, 2922:12, 2922:14, 2925:20, 2932:24, 2935:22, 2935:23, 2937:8, 2938:23, 2939:14, 2939:17, 2940:9

**one-year** [1] - 2841:2
**ones** [1] - 2939:4
**open** [17] - 2827:10, 2840:9, 2847:4, 2895:1, 2897:2, 2897:18, 2897:22, 2901:5, 2919:5, 2919:8, 2924:10, 2926:15, 2929:2, 2930:9, 2932:6
**Open** [3] - 2853:12, 2904:8, 2914:25
**opened** [2] - 2884:3, 2928:22
**operating** [2] - 2829:25, 2864:7
**operation** [7] - 2866:4, 2866:5, 2872:15, 2872:16, 2872:19, 2884:10, 2934:19
**operations** [9] - 2821:25, 2851:9, 2854:21, 2869:21, 2872:22, 2872:23, 2903:19, 2936:9, 2936:11
**operatives** [1] - 2864:22
**operator** [2] - 2831:11, 2831:12
**opportunities** [1] - 2926:21
**opportunity** [3] - 2881:20, 2882:18, 2915:15
**opposed** [1] - 2905:13
**opposite** [1] - 2877:14
**option** [1] - 2856:11
**order** [18] - 2816:21, 2830:15, 2837:17, 2837:22, 2843:16, 2844:5, 2844:21, 2844:23, 2845:11, 2845:17, 2846:8, 2894:5, 2921:4, 2922:21, 2922:22, 2923:10, 2934:12, 2940:21
**orders** [2] - 2845:19, 2922:19
**ordinary** [1] - 2898:18
**organization** [1] - 2833:16
**organizations** [6] - 2829:16, 2831:17, 2841:22, 2870:1, 2892:4, 2900:16
**orient** [2] - 2818:7, 2875:2
**orienting** [1] - 2908:14
**original** [2] - 2883:1, 2898:22
**origins** [1] - 2823:2
**Osama** [1] - 2816:21
**OSEN** [18] - 2814:17, 2814:18, 2837:11, 2839:18, 2839:23, 2844:7, 2845:2, 2846:15, 2894:4, 2929:18, 2932:24, 2933:2, 2937:23, 2938:4, 2938:23, 2939:1, 2939:16, 2940:23
**Osen** [2] - 2844:1, 2844:4, 2846:7
**Oslo** [4] - 2824:20, 2915:14, 2915:17, 2915:20
**outline** [2] - 2932:12, 2932:14
**outside** [5] - 2845:11, 2853:3, 2853:4, 2917:10, 2932:6
**overall** [1] - 2911:4
**overrule** [1] - 2901:20

**Overruled** [3] - 2834:25, 2927:25, 2930:15
**overruled** [13] - 2836:17, 2836:18, 2857:22, 2859:9, 2859:24, 2861:10, 2864:24, 2866:10, 2867:6, 2868:8, 2870:22, 2918:17, 2919:21
**oversee** [1] - 2832:15
**own** [4] - 2822:18, 2843:18, 2878:3, 2919:6
**owned** [2] - 2820:12, 2880:18
**owners** [1] - 2823:1

## P

**p.m** [1] - 2814:11
**PA** [4] - 2841:13, 2841:20, 2841:22, 2846:18
**Padico** [3] - 2830:11, 2831:2, 2831:5
**page** [11] - 2830:17, 2850:5, 2862:21, 2879:7, 2891:17, 2891:18, 2894:10, 2897:25, 2918:25, 2932:15, 2933:16
**paid** [2] - 2837:12, 2927:23, 2928:4
**Pal** [4] - 2831:8, 2831:10, 2831:11, 2831:13
**Palestine** [34] - 2817:16, 2817:21, 2824:24, 2824:25, 2826:21, 2826:22, 2829:16, 2829:24, 2829:25, 2830:3, 2830:12, 2831:19, 2835:13, 2836:25, 2854:14, 2855:22, 2870:18, 2874:1, 2877:14, 2878:16, 2878:17, 2882:3, 2882:12, 2882:17, 2882:19, 2882:24, 2883:1, 2888:7, 2908:23, 2910:23, 2921:13, 2921:16, 2921:17, 2926:20
**Palestinian** [35] - 2817:17, 2818:10, 2818:18, 2825:20, 2826:17, 2827:22, 2828:4, 2828:7, 2828:11, 2829:3, 2829:24, 2830:2, 2830:7, 2832:3, 2832:9, 2841:14, 2856:3, 2869:17, 2870:11, 2871:14, 2878:11, 2878:15, 2882:9, 2888:7, 2892:14, 2892:15, 2903:19, 2904:1, 2916:23, 2923:23, 2924:21, 2934:8, 2934:14, 2934:20, 2935:21
**Palestinians** [6] - 2824:20, 2830:16, 2893:5, 2903:25, 2924:16
**paper** [1] - 2929:12
**part** [12] - 2825:13, 2836:17, 2836:18, 2844:13, 2846:20, 2861:6, 2886:5, 2888:25, 2889:2, 2893:16, 2896:1, 2899:25
**particular** [2] - 2844:14, 2865:10
**particularly** [1] - 2863:22
**parts** [4] - 2857:11, 2907:14, 2908:16, 2909:14
**pass** [2] - 2869:9, 2931:13
**passed** [1] - 2857:19
**Passover** [1] - 2916:5
**passports** [1] - 2817:2
**patriarch** [1] - 2910:3

**Pause** [1] - 2842:16
**pay** [5] - 2868:15, 2868:19, 2868:21, 2869:6, 2877:7
**paying** [4] - 2841:20, 2851:12, 2859:21, 2918:20
**payment** [2] - 2838:13, 2841:13
**payments** [7] - 2837:19, 2847:8, 2851:21, 2852:1, 2852:3, 2852:6, 2852:7
**peace** [4] - 2882:16, 2915:22, 2926:21
**Peace** [1] - 2824:21
**pending** [2] - 2861:16, 2861:18
**people** [57] - 2818:6, 2819:7, 2825:5, 2828:7, 2828:25, 2841:10, 2848:8, 2848:16, 2851:22, 2852:1, 2852:7, 2857:10, 2857:15, 2858:20, 2860:10, 2860:15, 2860:19, 2860:20, 2861:5, 2863:9, 2864:4, 2864:5, 2866:11, 2866:22, 2871:23, 2876:21, 2876:22, 2876:24, 2877:14, 2878:12, 2885:25, 2889:8, 2891:4, 2892:9, 2892:20, 2893:18, 2893:19, 2895:23, 2895:24, 2896:25, 2900:9, 2900:10, 2908:6, 2909:9, 2913:9, 2914:7, 2915:5, 2916:1, 2918:18, 2918:20, 2918:23, 2924:15, 2927:19, 2935:17, 2941:1
**people's** [1] - 2863:16
**peoples** [1] - 2897:1
**per** [5] - 2829:8, 2829:12, 2840:23, 2887:23, 2916:4
**percent** [4] - 2827:16, 2878:10, 2878:11, 2928:3
**performance** [1] - 2851:3
**period** [18] - 2851:7, 2857:5, 2865:9, 2866:7, 2885:18, 2887:1, 2887:10, 2887:12, 2887:13, 2887:16, 2887:17, 2898:6, 2905:23, 2906:4, 2906:6, 2917:11, 2918:14
**permission** [4] - 2819:2, 2875:1, 2875:25, 2908:17
**permitted** [1] - 2922:23
**person** [14] - 2816:19, 2816:22, 2821:15, 2826:9, 2860:24, 2874:8, 2878:21, 2892:20, 2898:22, 2901:10, 2909:15, 2919:14, 2920:11, 2936:11
**personal** [2] - 2836:16, 2871:9, 2893:22, 2930:11, 2939:19
**personally** [2] - 2849:3, 2871:19
**persuade** [1] - 2843:18
**pertinent** [1] - 2893:23
**pharmacy** [3] - 2878:5, 2878:7, 2897:22
**phone** [2] - 2860:3, 2861:5
**photo** [3] - 2923:24, 2923:25, 2938:11
**photograph** [5] - 2876:5, 2876:8, 2876:13, 2876:14, 2876:18
**phrase** [2] - 2866:11, 2872:18
**pick** [2] - 2838:16, 2860:2
**picture** [8] - 2877:20, 2917:1, 2917:4, 2917:6, 2917:8, 2917:21, 2917:22,

2927:17
**pictures** [1] - 2865:10
**piece** [3] - 2889:5, 2934:10
**pieces** [1] - 2929:12
**PIJ** [4] - 2892:7, 2892:10, 2892:12, 2913:18
**PIPER** [1] - 2815:2
**Pizza** [1] - 2863:2
**place** [9] - 2841:8, 2846:2, 2846:8, 2846:13, 2847:23, 2860:1, 2871:17, 2919:16, 2921:24
**placed** [4] - 2818:3, 2854:17, 2858:12, 2860:10
**plaintiff** [2] - 2844:11, 2935:15
**Plaintiff** [1] - 2854:2
**Plaintiff's** [1] - 2866:21
**plaintiff's** [2] - 2840:16, 2843:22
**Plaintiffs** [4] - 2814:5, 2814:18, 2814:21, 2814:22
**plaintiffs** [17] - 2837:25, 2877:19, 2913:9, 2917:2, 2918:13, 2922:4, 2924:1, 2926:11, 2930:5, 2934:17, 2935:3, 2935:4, 2935:5, 2936:13, 2937:22, 2938:22, 2940:3
**plaintiffs'** [2] - 2934:24, 2937:21
**planned** [1] - 2934:8
**plans** [1] - 2935:14
**plastered** [3] - 2865:12, 2865:15, 2865:21
**Plaza** [1] - 2815:6
**PLC** [1] - 2814:9
**PLLC** [1] - 2814:19
**plus** [2] - 2826:11, 2843:25
**PMA** [3] - 2832:9, 2844:11, 2929:21
**point** [11] - 2831:17, 2839:18, 2846:15, 2867:12, 2896:23, 2903:9, 2913:21, 2914:11, 2925:20, 2936:21, 2938:23
**police** [2] - 2919:5, 2919:7
**policeman** [2] - 2909:16, 2909:18
**policies** [1] - 2828:16
**political** [1] - 2926:19
**poor** [2] - 2918:20
**poorly** [1] - 2903:7
**position** [12] - 2821:11, 2821:24, 2822:1, 2823:21, 2824:2, 2824:7, 2828:24, 2832:8, 2884:16, 2916:8, 2922:3, 2936:4
**positions** [1] - 2827:5
**possessed** [1] - 2939:19
**possible** [2] - 2914:21, 2941:13
**posted** [3] - 2888:14, 2888:16
**poster** [10] - 2876:2, 2888:13, 2888:16, 2888:21, 2889:2, 2889:9, 2889:11, 2889:12, 2889:13
**posters** [16] - 2865:9, 2865:18, 2888:6, 2888:11, 2888:17, 2888:18, 2888:20, 2888:22, 2888:23, 2888:24, 2888:25, 2889:4, 2889:8, 2889:12
**potentially** [1] - 2936:24
**power** [1] - 2817:21

**practice** [9] - 2832:22, 2835:7, 2859:22, 2859:25, 2919:23, 2920:1, 2921:7, 2929:3, 2929:7
**practices** [1] - 2919:17
**precluded** [2] - 2923:11, 2924:3
**preclusion** [2] - 2837:17, 2837:21, 2845:11, 2894:5, 2921:4, 2922:21, 2929:20
**preclusions** [1] - 2922:14
**predicate** [1] - 2836:16
**prejudice** [1] - 2846:19
**prejudicial** [2] - 2844:16, 2892:18
**preparation** [1] - 2933:7
**prepare** [2] - 2832:21, 2833:10
**prepared** [2] - 2855:4, 2914:20, 2924:2
**presence** [1] - 2932:6
**present** [7] - 2815:16, 2890:4, 2917:6, 2935:3, 2935:4, 2938:10, 2941:6
**presenting** [1] - 2934:22
**president** [2] - 2823:22, 2824:9
**pressure** [1] - 2937:19
**presume** [1] - 2901:6
**prevented** [1] - 2929:16
**previously** [2] - 2914:16, 2917:3
**Price** [1] - 2819:16
**Prince** [1] - 2833:24
**prisoners** [3] - 2848:7, 2855:11, 2927:19
**private** [2] - 2823:20, 2823:22
**probe** [2] - 2839:1, 2845:10
**problem** [4] - 2859:12, 2867:10, 2888:3, 2940:11
**problems** [2] - 2827:9, 2907:6
**procedure** [1] - 2841:8
**procedures** [1] - 2828:16
**proceed** [1] - 2815:19
**proceedings** [1] - 2842:16
**Proceedings** [1] - 2815:8
**processing** [1] - 2892:11
**produce** [4] - 2838:2, 2839:7, 2839:11, 2922:8
**produced** [12] - 2815:9, 2837:14, 2837:20, 2837:23, 2839:13, 2839:20, 2843:14, 2843:3, 2845:22, 2921:20, 2929:12, 2929:13
**production** [3] - 2838:4, 2839:8, 2839:9
**proffer** [1] - 2923:12
**profit** [4] - 2884:12, 2885:16, 2905:9, 2905:10
**profits** [6] - 2827:7, 2827:15, 2851:3, 2851:9, 2851:11, 2851:14
**program** [12] - 2834:10, 2836:13, 2836:24, 2838:25, 2839:23, 2840:17, 2840:20, 2840:22, 2840:23, 2841:2, 2845:5, 2851:25
**Program** [5] - 2840:18, 2841:17, 2844:15, 2847:18, 2848:4
**programs** [6] - 2847:19, 2847:23,

2848:2, 2848:6, 2848:10, 2884:13
**progress** [1] - 2941:10
**projects** [1] - 2834:1
**promoted** [1] - 2911:12
**promotion** [4] - 2884:16, 2911:15, 2911:16, 2912:15
**pronounce** [1] - 2911:18
**pronouncing** [1] - 2872:8
**proof** [1] - 2838:18
**proper** [2] - 2818:17, 2914:12
**properly** [2] - 2876:12, 2924:2
**prophet** [3] - 2874:9, 2874:12, 2874:14
**prophets** [1] - 2874:20
**proposal** [1] - 2934:16
**prosperity** [1] - 2885:5
**provide** [5] - 2834:10, 2836:13, 2836:25, 2886:6, 2930:18
**provided** [1] - 2914:2
**providing** [2] - 2834:15, 2847:19, 2848:15
**provisions** [2] - 2827:15, 2851:13
**public** [3] - 2830:10, 2896:3, 2901:16
**publishes** [1] - 2902:10
**pull** [2] - 2906:22, 2932:20
**pulling** [1] - 2889:6
**purpose** [2] - 2859:15, 2920:12
**purposes** [2] - 2817:1, 2928:19
**Put** [1] - 2868:4
**put** [19] - 2837:19, 2875:1, 2888:7, 2888:11, 2888:18, 2893:12, 2896:12, 2897:5, 2902:13, 2903:15, 2903:22, 2914:6, 2917:1, 2929:24, 2934:8, 2934:11, 2936:10, 2937:18
**putting** [1] - 2937:22

## Q

**Qatar** [2] - 2819:21, 2821:8
**qualified** [1] - 2871:21
**Quds** [2] - 2862:3, 2862:9
**questions** [6] - 2865:2, 2869:15, 2872:24, 2921:22, 2923:25, 2929:21
**quick** [1] - 2905:22
**quicker** [1] - 2865:7
**quickly** [3] - 2881:7, 2899:15, 2933:5
**quite** [3] - 2855:19, 2855:22, 2871:17
**quote** [2] - 2838:4, 2838:15
**quoting** [1] - 2845:25

## R

**rabbit** [1] - 2894:7
**raise** [2] - 2815:22, 2936:21
**raising** [1] - 2936:18
**Ramallah** [17] - 2818:23, 2818:24, 2825:9, 2848:21, 2848:23, 2848:25, 2849:3, 2849:10, 2849:15, 2856:22, 2856:25, 2857:4, 2857:9, 2886:20,

2898:24, 2898:25, 2899:5

**ran** [1] - 2924:13

**rather** [2] - 2889:5, 2933:5

**rays** [1] - 2817:23

**reach** [3] - 2859:7, 2919:5, 2919:6

**reaction** [2] - 2895:10, 2895:14

**read** [7] - 2861:21, 2861:24, 2862:3, 2862:6, 2862:9, 2927:11, 2939:11

**ready** [3] - 2940:2, 2940:8, 2940:15

**real** [5] - 2899:15, 2905:22, 2913:8, 2927:5, 2927:6

**really** [8] - 2838:24, 2839:2, 2854:16, 2893:10, 2913:6, 2914:4, 2923:13, 2940:5

**rearranged** [1] - 2941:15

**reason** [3] - 2846:20, 2897:3, 2935:5

**reasons** [1] - 2895:22

**rebuild** [1] - 2828:13

**rebut** [1] - 2843:22

**rebuttal** [6] - 2938:22, 2940:3, 2940:4, 2940:7, 2940:14, 2940:17

**receive** [3] - 2847:7, 2860:1, 2927:4

**received** [5] - 2845:14, 2855:5, 2877:25, 2917:19, 2927:4

**receiving** [2] - 2841:3, 2845:9

**recently** [1] - 2878:4

**recess** [3] - 2889:25, 2890:1, 2942:5

**recipient** [1] - 2859:19

**recite** [1] - 2941:3

**recognize** [3] - 2842:17, 2876:16, 2917:4

**recommended** [2] - 2826:15, 2826:18

**record** [12] - 2837:4, 2837:11, 2839:18, 2839:25, 2843:7, 2854:24, 2914:1, 2920:24, 2923:12, 2925:16, 2928:9, 2939:10

**recorded** [1] - 2815:8

**records** [10] - 2837:14, 2839:13, 2843:14, 2867:17, 2867:18, 2867:19, 2867:22, 2867:24, 2900:15, 2922:1

**recruit** [1] - 2823:25

**recruited** [6] - 2822:22, 2823:10, 2826:13, 2827:21, 2883:4, 2916:7

**redirect** [8] - 2869:10, 2869:11, 2903:14, 2903:18, 2906:8, 2906:9, 2929:23, 2931:16

**REDIRECT** [2] - 2869:12, 2943:8

**reference** [2] - 2844:13, 2903:4

**references** [3] - 2846:21, 2914:17, 2936:14

**referred** [3] - 2854:20, 2927:8, 2927:13

**referring** [1] - 2925:25

**reflect** [1] - 2867:19

**reflects** [1] - 2887:21

**refutation** [1] - 2838:18

**regard** [1] - 2941:10

**regarding** [2] - 2838:10, 2919:17

**region** [1] - 2854:14

**regional** [11] - 2817:16, 2825:19,

2826:16, 2827:22, 2828:10, 2829:14, 2829:19, 2830:3, 2832:4, 2842:25, 2886:17

**regular** [2] - 2841:23, 2870:17

**regularly** [1] - 2870:21

**relate** [2] - 2832:23, 2833:4

**related** [2] - 2814:5, 2843:21

**relates** [1] - 2818:10

**relationship** [6] - 2835:21, 2836:5, 2837:19, 2904:5, 2908:15, 2926:9

**relatively** [1] - 2933:5

**release** [1] - 2901:16

**relevance** [2] - 2913:8, 2913:25

**relevant** [5] - 2894:2, 2898:6, 2922:18, 2922:24, 2923:6

**religion** [3] - 2914:17, 2914:24, 2922:20

**rely** [1] - 2843:21

**remain** [1] - 2912:17

**remainder** [2] - 2933:7, 2936:2

**remaining** [2] - 2936:24, 2939:3

**remember** [4] - 2841:6, 2890:18, 2928:2, 2931:5

**remove** [9] - 2865:18, 2888:22, 2888:24, 2889:4, 2889:8, 2889:9, 2889:10, 2889:11, 2889:13

**removed** [1] - 2888:25

**renew** [1] - 2925:3

**rent** [1] - 2849:15

**repeat** [5] - 2829:17, 2860:12, 2867:8, 2870:8, 2898:16

**rephrase** [1] - 2836:21

**report** [30] - 2832:21, 2833:10, 2898:22, 2901:13, 2901:17, 2901:22, 2901:24, 2902:10, 2902:13, 2902:19, 2902:20, 2903:4, 2903:10, 2905:6, 2905:7, 2916:20, 2925:8, 2925:22, 2926:18, 2926:24, 2927:2, 2927:3, 2927:4, 2927:8, 2927:11, 2927:12, 2927:13, 2927:16, 2936:15, 2936:16

**Reporter** [2] - 2815:5, 2875:7

**reporter** [3] - 2816:1, 2816:15, 2939:11

**reporting** [3] - 2828:18, 2916:19, 2916:21

**reports** [3] - 2838:7, 2902:5, 2905:3

**represent** [2] - 2817:20, 2854:25

**representation** [1] - 2844:5

**representative** [1] - 2864:19

**representing** [1] - 2830:1

**required** [2] - 2838:6, 2838:9

**requires** [2] - 2896:8, 2940:9

**research** [1] - 2941:19

**resident** [4] - 2878:15, 2880:13, 2880:25

**resolve** [2] - 2936:13, 2939:12

**resorted** [1] - 2857:15

**respect** [2] - 2922:20

**respected** [1] - 2854:13

**respond** [1] - 2854:24

**responding** [2] - 2935:2, 2937:19

**response** [1] - 2913:17

**responses** [1] - 2846:17

**responsibilities** [6] - 2826:14, 2828:10, 2832:15, 2884:5, 2885:1, 2916:12

**responsibility** [2] - 2871:23, 2884:9

**responsible** [1] - 2916:14

**responsive** [2] - 2860:6, 2938:16

**rest** [2] - 2893:19, 2940:13

**restaurant** [1] - 2882:5

**restaurants** [3] - 2863:9, 2877:9, 2877:13

**restricted** [1] - 2935:1

**result** [4] - 2827:17, 2827:19, 2832:1, 2941:11

**resumed** [1] - 2909:4

**resumes** [1] - 2819:5

**retail** [2] - 2886:12, 2886:18

**retire** [1] - 2907:25

**retired** [3] - 2880:15, 2907:11, 2907:18

**retirement** [1] - 2907:12

**return** [3] - 2875:24, 2875:25, 2909:3

**returned** [7] - 2882:8, 2882:12, 2882:13, 2882:19, 2882:23, 2886:18, 2886:22

**returns** [1] - 2876:4

**review** [2] - 2900:14, 2905:3

**RICE** [1] - 2814:23

**rise** [1] - 2932:4

**River** [1] - 2908:24

**river** [1] - 2875:15

**Riyadh** [2] - 2835:11, 2835:23

**roadblock** [3] - 2857:20, 2857:25, 2858:2

**roads** [5] - 2849:6, 2849:11, 2856:22, 2857:16, 2859:15

**ROCCO** [1] - 2814:22

**role** [2] - 2847:6, 2918:13

**Rosh** [1] - 2916:6

**Roth** [2] - 2814:8, 2814:21

**Rothchild** [3] - 2878:20, 2878:21, 2880:14

**roughly** [4] - 2828:8, 2828:23, 2841:4, 2887:1

**routine** [5] - 2842:1, 2860:4, 2860:5, 2898:12, 2898:18

**routinely** [1] - 2901:15

**rubber** [1] - 2849:8

**Rudolph** [1] - 2815:5

**Rule** [3] - 2893:12, 2904:7, 2936:13, 2937:4

**rule** [4] - 2935:12, 2937:3, 2938:17, 2939:25

**ruled** [1] - 2934:12

**Rumir** [1] - 2931:5

**run** [4] - 2918:18, 2918:19, 2921:3

**running** [2] - 2828:14, 2844:14

# S

**Sadeg** [2] - 2854:22, 2855:1
**Saeed** [1] - 2816:21
**safety** [2] - 2871:16, 2896:4
**Sahour** [6] - 2909:7, 2911:12, 2911:17, 2911:20, 2911:25, 2912:1
**Salahuddin** [1] - 2911:9
**Salam** [1] - 2828:1
**salaries** [1] - 2851:12
**salary** [3] - 2841:14, 2841:20, 2879:1
**sanctions** [1] - 2922:12
**Santa** [3] - 2909:25, 2910:5, 2910:15
**Saudi** [44] - 2819:23, 2833:15, 2833:17, 2833:19, 2833:23, 2833:25, 2834:2, 2834:6, 2834:9, 2834:15, 2834:20, 2835:11, 2835:12, 2835:24, 2836:2, 2836:10, 2836:13, 2836:24, 2837:20, 2838:11, 2838:12, 2839:5, 2839:14, 2839:16, 2840:17, 2843:17, 2843:23, 2844:25, 2847:8, 2847:10, 2847:14, 2847:17, 2847:19, 2848:2, 2851:22, 2858:12, 2860:16, 2860:21, 2861:7, 2871:3, 2906:1, 2906:2, 2906:6, 2927:18
**saw** [3] - 2862:17, 2865:9, 2888:18
**SAYLES** [1] - 2814:20
**Sbarro** [3] - 2863:2, 2871:6, 2871:9
**schedule** [1] - 2933:3
**scheduled** [1] - 2934:21
**Scholtz** [1] - 2939:1
**school** [11] - 2820:10, 2826:25, 2863:6, 2871:11, 2881:17, 2881:19, 2909:23, 2909:25, 2918:21
**School** [1] - 2820:11
**schools** [3] - 2819:25, 2918:7, 2918:19
**science** [1] - 2820:16
**scintilla** [1] - 2839:24
**scope** [4] - 2853:3, 2853:5, 2855:13, 2926:3
**screen** [5] - 2818:3, 2842:15, 2854:4, 2854:5, 2917:1
**Sea** [5] - 2818:15, 2818:17, 2875:18, 2908:23, 2908:24
**searched** [1] - 2857:25
**seat** [3] - 2875:24, 2876:4, 2932:9
**seated** [6] - 2815:17, 2816:5, 2873:8, 2890:5, 2934:3, 2941:7
**second** [55] - 2827:2, 2827:17, 2827:18, 2827:20, 2831:20, 2832:1, 2832:12, 2833:9, 2833:12, 2834:10, 2836:18, 2844:13, 2847:19, 2848:3, 2848:22, 2849:4, 2849:16, 2849:20, 2849:25, 2851:4, 2856:6, 2856:16, 2869:17, 2869:20, 2870:2, 2870:3, 2870:10, 2871:4, 2874:10, 2874:14, 2880:13, 2881:13, 2887:1, 2887:7, 2887:9, 2887:10, 2887:18, 2888:8,

2890:12, 2890:16, 2895:5, 2895:25, 2896:14, 2897:3, 2897:22, 2916:5, 2918:14, 2919:3, 2922:13, 2922:20, 2923:4, 2924:12, 2924:14, 2927:3
**Second** [1] - 2846:1
**secondary** [2] - 2881:17, 2909:23
**section** [1] - 2918:8
**sector** [6] - 2824:25, 2831:7, 2885:7, 2885:12, 2885:14
**sectors** [4] - 2830:15, 2885:9, 2907:19
**secure** [1] - 2878:25
**security** [1] - 2878:25
**see** [43] - 2825:1, 2842:4, 2842:12, 2845:20, 2848:15, 2850:3, 2854:3, 2854:4, 2856:19, 2863:15, 2866:7, 2866:20, 2867:2, 2867:7, 2867:19, 2867:21, 2867:24, 2869:2, 2875:14, 2875:15, 2875:18, 2875:19, 2885:13, 2888:11, 2888:21, 2889:13, 2889:23, 2900:24, 2901:21, 2903:1, 2905:7, 2905:24, 2923:1, 2923:17, 2927:2, 2927:16, 2932:2, 2934:7, 2934:21, 2941:17, 2941:21, 2941:24
**seem** [2] - 2817:3, 2913:7
**select** [2] - 2847:11, 2847:14
**selecting** [1] - 2847:7
**sell** [2] - 2878:4, 2907:13
**send** [7] - 2841:7, 2871:15, 2901:8, 2937:10, 2938:15, 2941:16, 2941:18
**sending** [2] - 2840:23, 2848:7
**senior** [3] - 2817:18, 2821:11, 2821:13, 2822:1, 2823:21, 2824:7, 2824:9, 2826:9, 2832:15
**sent** [5] - 2843:1, 2850:2, 2915:4, 2915:8, 2916:4
**separate** [2] - 2898:12, 2898:13
**separately** [1] - 2898:20
**September** [3] - 2814:11, 2911:2, 2942:5
**serve** [2] - 2830:4, 2849:19
**served** [3] - 2835:17, 2882:3, 2909:16
**services** [2] - 2831:24, 2843:20
**SESSION** [1] - 2933:17
**set** [2] - 2830:14, 2938:2
**setting** [1] - 2847:13
**seven** [5] - 2818:25, 2820:19, 2821:6, 2828:22, 2856:21
**Shahid** [5] - 2868:12, 2868:13, 2868:15, 2868:19, 2869:6
**SHAND** [1] - 2815:2
**shared** [2] - 2876:6, 2917:2
**shareholders** [2] - 2833:11, 2901:16
**sheet** [5] - 2884:11, 2884:12, 2905:8, 2905:9
**Sheik** [2] - 2864:10, 2864:21
**Sheikh** [2] - 2923:25, 2930:23
**Shimron** [2] - 2912:3, 2912:8
**shoot** [1] - 2889:10
**shop** [2] - 2888:1, 2888:15
**shopping** [2] - 2877:7, 2877:8

**shops** [2] - 2888:4, 2918:9
**short** [5] - 2869:11, 2891:16, 2902:22, 2937:14, 2940:12
**shot** [1] - 2888:4
**show** [2] - 2845:23, 2914:13
**showing** [2] - 2842:10, 2903:4
**shown** [3] - 2842:8, 2876:8, 2876:9
**shows** [2] - 2843:12, 2904:6
**Shukri** [2] - 2936:10, 2939:8
**Shukry** [3] - 2826:15, 2826:22, 2916:21
**Shuman** [1] - 2826:18
**shut** [1] - 2929:5
**siblings** [2] - 2879:6, 2880:2
**Side** [16] - 2837:4, 2837:7, 2840:7, 2843:7, 2843:10, 2847:2, 2892:1, 2920:24, 2921:2, 2924:8, 2925:16, 2925:19, 2926:13, 2928:9, 2928:12, 2930:7
**side** [13] - 2843:6, 2844:3, 2844:5, 2876:6, 2878:8, 2878:9, 2891:16, 2920:22, 2925:11, 2925:15, 2928:7, 2928:8, 2932:10
**Side-bar** [15] - 2837:4, 2837:7, 2840:7, 2843:7, 2843:10, 2847:2, 2920:24, 2921:2, 2924:8, 2925:16, 2925:19, 2926:13, 2928:9, 2928:12, 2930:7
**side-bar** [2] - 2843:6, 2844:3, 2844:5, 2920:22, 2925:11, 2925:15, 2928:7, 2928:8
**side-bars** [1] - 2932:10
**sidebar** [2] - 2852:9, 2868:23, 2902:22, 2912:24
**Sidebar** [2] - 2852:11, 2902:23, 2912:25
**sides** [1] - 2858:21
**sight** [1] - 2888:20
**signed** [3] - 2825:6, 2854:22, 2882:16
**similar** [1] - 2862:24
**simply** [4] - 2844:2, 2869:5, 2889:10, 2903:9
**sister** [2] - 2831:5, 2831:6, 2880:22, 2880:23, 2880:25
**sit** [2] - 2933:11, 2940:5
**site** [2] - 2876:17, 2877:10
**sitting** [1] - 2873:22
**situation** [2] - 2849:5, 2858:20, 2918:22
**six** [10] - 2821:5, 2823:5, 2826:9, 2826:12, 2828:8, 2828:21, 2909:1, 2911:5, 2912:4, 2915:9
**six-month** [1] - 2823:5
**skip** [1] - 2934:20
**slightly** [1] - 2919:9
**slowly** [1] - 2875:9
**small** [4] - 2897:18, 2897:19, 2911:23, 2912:4
**smoothly** [1] - 2825:2
**social** [1] - 2878:25
**society** [1] - 2870:17

GR        OCR        CM        CRR        CSR

**Society** [1] - 2829:23
**soft** [1] - 2920:5
**software** [1] - 2838:8
**solar** [1] - 2817:21
**soldiers** [3] - 2849:8, 2891:3
**solution** [1] - 2935:24
**someone** [6] - 2820:5, 2854:16, 2858:22, 2860:1, 2864:3, 2892:7
**sometime** [2] - 2828:2, 2871:18
**sometimes** [12] - 2852:5, 2857:15, 2874:3, 2888:10, 2890:19, 2890:20, 2890:21, 2900:14, 2905:6, 2919:4, 2919:5, 2919:7
**son** [11] - 2819:13, 2874:17, 2874:18, 2874:20, 2881:1, 2896:7, 2907:13, 2907:17, 2909:12, 2909:13, 2909:14
**Sonaa** [1] - 2821:7
**sorry** [14] - 2818:16, 2835:3, 2842:6, 2859:11, 2865:8, 2865:23, 2868:9, 2880:23, 2883:24, 2901:25, 2919:20, 2919:21, 2932:24, 2939:16
**sort** [1] - 2898:13
**sounds** [1] - 2938:19
**south** [1] - 2857:1
**souvenir** [1] - 2918:9
**spades** [1] - 2913:19
**spare** [2] - 2907:14, 2909:13
**speaking** [1] - 2933:6
**specializing** [1] - 2879:3
**specific** [8] - 2839:12, 2839:19, 2846:11, 2895:15, 2895:17, 2914:3, 2921:25, 2928:25
**specifics** [2] - 2914:9, 2941:3
**speed** [1] - 2905:17
**spell** [2] - 2815:24, 2816:3
**spent** [3] - 2821:17, 2825:8, 2907:19
**Spitzen** [1] - 2840:17
**Spitzen's** [1] - 2936:15
**sponsored** [1] - 2913:10
**spread** [1] - 2825:25
**squarely** [2] - 2837:21, 2921:3
**staff** [1] - 2871:21
**stage** [1] - 2923:20
**stand** [9] - 2815:21, 2873:7, 2875:5, 2906:16, 2906:17, 2908:19, 2909:3, 2909:4, 2933:11
**standard** [1] - 2938:14
**standing** [2] - 2902:11, 2939:21
**standpoint** [1] - 2903:7
**start** [6] - 2822:7, 2858:8, 2884:20, 2911:1, 2911:2, 2914:9
**started** [11] - 2821:5, 2822:18, 2824:23, 2825:6, 2826:9, 2827:1, 2828:2, 2878:21, 2883:21, 2886:5, 2897:15
**starting** [2] - 2830:11, 2883:9
**state** [5] - 2815:25, 2845:7, 2845:8, 2893:17, 2908:23
**statement** [2] - 2914:12, 2925:25

**statements** [1] - 2838:5
**STATES** [2] - 2814:1, 2814:15
**States** [2] - 2814:9, 2868:3
**stay** [7] - 2822:14, 2850:1, 2862:13, 2884:22, 2896:24, 2897:3, 2941:20
**stayed** [3] - 2896:2, 2912:18, 2915:9
**stenography** [1] - 2815:8
**step** [4] - 2873:1, 2875:1, 2906:10, 2931:17
**STEPHENS** [6] - 2815:2, 2839:4, 2839:9, 2893:17, 2931:23, 2933:12
**stepping** [1] - 2908:14
**steps** [1] - 2818:14
**still** [4] - 2843:16, 2915:25, 2916:2, 2922:11
**stint** [1] - 2855:16
**stock** [1] - 2911:22
**STONE** [1] - 2814:22
**stones** [1] - 2845:8
**stop** [15] - 2846:9, 2858:2, 2861:16, 2861:17, 2865:22, 2868:4, 2868:16, 2868:24, 2896:9, 2896:24, 2925:10, 2931:8, 2937:14, 2939:9
**stopped** [2] - 2857:25, 2888:2
**store** [3] - 2878:4, 2878:6, 2880:8
**stores** [2] - 2878:9, 2901:4
**stories** [1] - 2862:25
**strategy** [2] - 2819:18, 2914:8
**streamline** [2] - 2941:9
**stricken** [2] - 2861:19, 2922:17
**strike** [6] - 2840:10, 2920:8, 2923:2, 2930:21, 2931:6, 2931:12
**striking** [1] - 2920:19
**strip** [1] - 2875:17
**Strip** [1] - 2863:19
**striving** [1] - 2861:6
**strong** [3] - 2877:5, 2877:16
**struck** [1] - 2849:25
**students** [1] - 2918:20
**studied** [2] - 2819:19, 2885:6
**study** [1] - 2885:7
**style** [1] - 2893:15
**subject** [3] - 2833:12, 2845:19, 2919:9
**subjective** [1] - 2845:7
**substantial** [3] - 2843:17, 2844:25, 2941:10
**success** [1] - 2861:6
**successfully** [1] - 2826:10
**suddenly** [1] - 2937:24
**Suez** [5] - 2823:12, 2823:17, 2823:19, 2823:21, 2823:24
**suffer** [1] - 2926:20
**suffering** [1] - 2851:3
**suggesting** [1] - 2914:3
**suicide** [8] - 2862:18, 2863:13, 2866:4, 2866:5, 2872:15, 2872:16, 2872:19, 2872:21
**suitability** [1] - 2900:24
**suitable** [3] - 2885:8

**summary** [3] - 2828:9, 2838:24, 2839:1
**sun** [2] - 2817:22, 2817:23
**supermarket** [1] - 2897:22
**supermarkets** [1] - 2878:3
**support** [9] - 2843:23, 2871:2, 2893:2, 2914:2, 2914:3, 2914:7, 2927:23, 2928:5, 2930:12
**supporters** [1] - 2893:21
**suppose** [3] - 2879:5, 2880:1, 2940:12
**supposed** [8] - 2828:12, 2828:17, 2830:14, 2832:20, 2840:23, 2841:2, 2841:3, 2923:13
**surely** [2] - 2900:4, 2900:8
**surveys** [1] - 2869:25
**survive** [1] - 2918:24
**sustain** [5] - 2840:13, 2846:13, 2864:14, 2895:13, 2930:3
**sustained** [12] - 2847:1, 2853:1, 2853:5, 2855:14, 2856:14, 2858:10, 2865:6, 2865:20, 2866:18, 2866:25, 2868:2, 2868:7, 2868:18, 2872:7, 2883:20, 2905:20
**Sustained** [2] - 2832:13, 2834:5, 2848:14, 2848:19, 2907:10, 2931:7
**sustained"** [1] - 2853:9
**sustaining** [1] - 2840:4
**Swiss** [2] - 2823:1, 2824:1
**Switzerland** [5] - 2822:23, 2823:9, 2823:11, 2823:17, 2824:2
**sworn** [3] - 2861:12, 2873:6, 2906:17
**sworn/affirmed** [1] - 2815:23
**system** [2] - 2844:18, 2864:6

# T

**T.V** [1] - 2862:17
**Tahhan** [2] - 2854:20, 2854:25
**Taysir** [2] - 2854:22, 2855:1
**teacher** [2] - 2880:16, 2909:13
**team** [5] - 2899:18, 2899:21, 2899:25, 2901:8, 2901:11
**tear** [1] - 2889:1
**technology** [1] - 2876:12
**teenagers** [2] - 2849:7, 2849:9
**Tel** [5] - 2825:4, 2831:8, 2831:10, 2831:11, 2831:13
**telephone** [5] - 2831:11, 2831:12, 2860:19, 2860:24, 2861:1
**teller** [1] - 2911:3
**temporary** [2] - 2822:25, 2823:4
**ten** [13] - 2818:25, 2820:19, 2825:8, 2829:9, 2829:11, 2829:12, 2856:3, 2862:11, 2877:12, 2878:10, 2932:3, 2937:4, 2939:14
**ten-minute** [2] - 2937:4, 2939:14
**tenth** [1] - 2881:12
**term** [4] - 2865:25, 2887:7, 2895:21, 2919:10

terms [4] - 2844:15, 2846:19, 2893:14, 2938:11
Terra [3] - 2909:25, 2910:5, 2910:15
terrible [1] - 2849:5
territories [24] - 2817:17, 2818:10, 2818:18, 2824:25, 2825:20, 2826:17, 2828:4, 2828:5, 2828:7, 2828:11, 2829:3, 2830:7, 2864:7, 2869:17, 2870:11, 2871:14, 2877:15, 2882:9, 2888:7, 2904:2, 2908:16, 2916:24, 2923:23, 2924:21
territory [2] - 2825:3, 2831:25
terror [3] - 2895:11, 2895:18, 2913:22
terrorism [9] - 2838:7, 2838:9, 2893:2, 2893:3, 2893:21, 2893:25, 2913:10, 2914:7
terrorist [4] - 2892:4, 2893:6, 2895:6, 2895:22
terrorists [10] - 2843:20, 2843:24, 2866:15, 2867:3, 2867:4, 2867:15, 2893:10, 2913:12, 2913:15, 2913:18
test [1] - 2843:14
testified [11] - 2845:4, 2871:13, 2873:7, 2873:17, 2903:2, 2903:6, 2906:18, 2918:10, 2926:5, 2926:8, 2938:3
testifies [1] - 2939:20
testify [7] - 2873:14, 2883:18, 2893:13, 2893:20, 2906:24, 2936:14, 2938:13
testifying [2] - 2921:15, 2924:25
testimony [22] - 2828:19, 2843:22, 2845:18, 2851:16, 2851:21, 2856:16, 2860:11, 2861:12, 2867:1, 2888:6, 2897:24, 2921:16, 2922:17, 2923:3, 2923:4, 2923:11, 2924:3, 2930:1, 2935:1, 2935:22, 2936:20, 2938:6
THE [228] - 2814:14, 2815:14, 2815:17, 2815:22, 2815:25, 2816:2, 2816:3, 2816:4, 2816:5, 2816:6, 2816:7, 2832:7, 2832:12, 2834:5, 2834:23, 2834:25, 2836:17, 2837:3, 2837:10, 2837:15, 2838:2, 2838:22, 2839:1, 2839:6, 2839:10, 2839:15, 2839:22, 2840:4, 2840:12, 2842:7, 2842:22, 2843:6, 2843:11, 2844:4, 2844:22, 2845:15, 2846:10, 2846:22, 2846:25, 2848:14, 2848:19, 2849:23, 2851:17, 2852:10, 2853:4, 2853:8, 2854:7, 2855:14, 2856:14, 2857:22, 2858:6, 2858:9, 2859:9, 2859:24, 2860:8, 2861:10, 2861:16, 2864:14, 2864:24, 2865:6, 2865:20, 2865:22, 2865:23, 2865:24, 2866:10, 2866:16, 2866:25, 2867:6, 2868:2, 2868:4, 2868:9, 2868:10, 2868:16, 2868:24, 2869:4, 2869:10, 2869:23, 2870:6, 2870:15, 2870:17, 2870:19, 2870:20, 2870:22, 2872:7, 2873:1, 2873:3, 2873:9, 2875:6, 2875:10, 2875:13, 2876:2, 2876:7, 2876:10, 2877:21, 2877:23,

2877:25, 2879:4, 2880:1, 2880:4, 2880:5, 2880:6, 2883:20, 2885:18, 2885:20, 2885:22, 2889:14, 2889:18, 2889:20, 2889:25, 2890:3, 2890:5, 2892:12, 2892:14, 2892:16, 2892:22, 2892:24, 2893:4, 2894:1, 2894:9, 2895:13, 2895:20, 2896:9, 2896:11, 2896:12, 2896:18, 2898:1, 2901:20, 2902:2, 2902:9, 2902:22, 2903:1, 2903:8, 2903:12, 2903:14, 2903:17, 2903:23, 2904:3, 2904:5, 2905:20, 2906:8, 2906:10, 2906:11, 2906:14, 2908:18, 2912:24, 2913:1, 2913:3, 2913:5, 2913:11, 2913:19, 2914:5, 2914:15, 2914:18, 2917:16, 2917:19, 2918:17, 2919:21, 2920:4, 2920:7, 2920:19, 2922:20, 2921:3, 2921:9, 2921:12, 2922:2, 2922:10, 2923:1, 2923:7, 2923:19, 2925:1, 2925:4, 2925:10, 2925:15, 2925:23, 2926:2, 2926:5, 2927:10, 2927:25, 2928:8, 2928:17, 2929:14, 2930:3, 2930:15, 2931:7, 2931:14, 2931:17, 2931:20, 2931:24, 2932:4, 2932:7, 2932:9, 2932:16, 2932:18, 2932:22, 2933:1, 2933:9, 2933:14, 2934:3, 2934:23, 2935:9, 2935:12, 2935:23, 2936:5, 2936:23, 2937:6, 2937:10, 2937:16, 2937:18, 2938:1, 2938:15, 2938:22, 2938:25, 2939:5, 2939:9, 2939:20, 2939:23, 2939:25, 2940:8, 2940:11, 2940:20, 2940:25, 2941:7, 2941:24, 2942:3
themselves [1] - 2893:3
therefore [1] - 2938:12
thereof [1] - 2929:22
they're [1] - 2923:11
they've [1] - 2929:13
third [3] - 2881:14, 2916:6, 2939:17
thousand [6] - 2829:1, 2862:11, 2876:24, 2877:7, 2903:25, 2909:10
three [22] - 2819:7, 2819:11, 2819:15, 2820:24, 2820:25, 2821:7, 2821:17, 2822:16, 2822:21, 2874:20, 2880:20, 2881:10, 2889:1, 2907:5, 2909:6, 2909:7, 2916:4, 2919:7, 2926:7, 2931:21, 2936:24, 2939:6
throughout [1] - 2924:20
throwing [1] - 2849:7
timeframe [5] - 2828:20, 2851:10, 2886:1, 2905:3, 2917:25
today [19] - 2819:21, 2823:12, 2873:15, 2873:19, 2883:14, 2897:24, 2906:25, 2924:24, 2931:23, 2933:8, 2933:10, 2934:8, 2935:16, 2935:18, 2935:24, 2937:24, 2941:14, 2941:16
tomb [1] - 2878:20
tomorrow [14] - 2933:8, 2935:19, 2935:24, 2937:14, 2937:16, 2938:18,

2938:20, 2939:25, 2940:8, 2940:12, 2940:15, 2941:5, 2941:21, 2941:25
took [8] - 2825:1, 2825:3, 2825:4, 2828:24, 2871:13, 2873:7, 2906:17, 2921:21
top [9] - 2817:17, 2819:17, 2833:3, 2833:7, 2865:3, 2866:14, 2867:13, 2868:11, 2916:23
totally [2] - 2845:24, 2892:17
Touche [2] - 2833:2, 2833:5
tourist [1] - 2918:8
tourists [1] - 2908:12
towards [1] - 2941:22
town [1] - 2897:23
trade [1] - 2824:3
traders [1] - 2877:14
training [1] - 2821:5
transactions [13] - 2828:17, 2829:2, 2829:12, 2832:21, 2841:13, 2845:6, 2884:10, 2900:21, 2927:18, 2928:25, 2929:11, 2935:4
TRANSCRIPT [1] - 2814:14
Transcript [2] - 2879:7, 2918:25
transcript [4] - 2815:8, 2921:22, 2923:16
transfer [16] - 2841:10, 2846:4, 2846:5, 2854:21, 2858:3, 2915:6, 2919:11, 2919:13, 2919:14, 2919:15, 2919:16, 2920:11, 2920:13, 2920:15, 2920:18
transferred [7] - 2866:14, 2867:22, 2868:12, 2911:6, 2911:11, 2912:3, 2912:11
transferring [2] - 2867:3, 2867:14
transfers [15] - 2839:13, 2841:8, 2841:23, 2845:3, 2855:11, 2871:20, 2892:11, 2919:18, 2919:24, 2928:3, 2929:7, 2929:24, 2930:1, 2930:12, 2934:13
translate [2] - 2898:15, 2901:18, 2902:9, 2905:20, 2926:25
translated [4] - 2898:19, 2899:6, 2900:18, 2902:12
translation [1] - 2872:18
translators [2] - 2873:22, 2907:7
transportation [2] - 2896:3, 2924:18
travel [1] - 2940:10
treasury [1] - 2821:24
treated [1] - 2929:3
TRIAL [1] - 2814:14
trial [2] - 2818:5, 2893:16
Tribunal [2] - 2861:24
tried [1] - 2923:15
troubling [1] - 2872:8
true [6] - 2892:22, 2892:23, 2894:9, 2921:19, 2926:21, 2927:17
try [5] - 2823:25, 2880:4, 2906:24, 2940:10, 2940:15
trying [6] - 2817:23, 2853:10, 2861:5, 2893:3, 2921:5, 2923:18

**Tuesday** [1] - 2937:16
**TURNER** [25] - 2814:19, 2814:19, 2877:24, 2883:19, 2891:10, 2891:14, 2892:15, 2892:17, 2895:12, 2895:19, 2896:16, 2898:2, 2902:3, 2903:6, 2903:9, 2903:24, 2905:1, 2906:7, 2917:17, 2935:17, 2935:25, 2940:4, 2940:9, 2940:19, 2943:17
**Turner** [1] - 2903:22
**twelfth** [1] - 2881:12
**twenty** [2] - 2820:19, 2856:5
**twenty-seven** [1] - 2820:19
**twice** [2] - 2833:8, 2922:19
**two** [35] - 2819:10, 2821:15, 2823:19, 2823:24, 2826:10, 2827:11, 2829:1, 2855:2, 2859:6, 2873:21, 2876:24, 2878:3, 2878:24, 2881:10, 2881:13, 2882:7, 2886:12, 2889:1, 2892:3, 2895:22, 2899:20, 2903:25, 2908:14, 2909:12, 2911:19, 2922:12, 2933:2, 2933:6, 2933:9, 2936:24, 2937:8, 2937:9, 2939:5, 2939:12, 2941:2
**two-person** [1] - 2821:15
**type** [1] - 2834:1

# U

**UK** [1] - 2820:6
**ultimately** [1] - 2897:13
**unavoidable** [1] - 2922:2
**unaware** [2] - 2860:11, 2860:21
**under** [11] - 2818:18, 2828:7, 2838:6, 2844:17, 2849:18, 2867:13, 2904:7, 2909:18, 2909:19, 2914:12, 2937:18
**understood** [2] - 2866:4, 2925:14
**unemployed** [2] - 2840:1, 2840:2
**unemployment** [5] - 2836:13, 2836:25, 2837:12, 2839:24, 2871:2
**unfair** [1] - 2903:15
**unfamiliar** [1] - 2866:12
**unidentified** [2] - 2892:6, 2892:7
**Union** [1] - 2830:1
**union** [2] - 2830:2, 2870:1
**UNITED** [2] - 2814:1, 2814:15
**United** [5] - 2814:9, 2819:16, 2819:22, 2820:3, 2868:3
**universities** [1] - 2918:7
**University** [3] - 2819:13, 2819:20, 2820:15
**university** [3] - 2882:2, 2896:8, 2910:6
**unknown** [1] - 2844:11
**unless** [2] - 2845:8, 2922:17
**unpassable** [1] - 2857:17
**unredacted** [2] - 2838:5, 2838:11
**up** [37] - 2817:25, 2818:1, 2818:3, 2818:8, 2818:20, 2827:13, 2830:14, 2854:2, 2854:10, 2857:4, 2857:5, 2858:4, 2859:16, 2860:3, 2861:4, 2861:22, 2863:19, 2875:1, 2875:10,

2875:18, 2878:9, 2885:11, 2888:7, 2888:11, 2892:4, 2893:4, 2893:5, 2905:17, 2905:22, 2908:21, 2914:6, 2917:1, 2922:4, 2922:11, 2936:3, 2938:2
**US** [1] - 2815:2
**USD** [1] - 2928:4
**uses** [1] - 2838:8
**usual** [1] - 2941:18

# V

**valley** [1] - 2849:12
**value** [1] - 2934:21
**various** [2] - 2857:11, 2913:12
**verify** [1] - 2894:6
**versa** [1] - 2857:6
**via** [1] - 2862:13
**vice** [3] - 2823:22, 2824:9, 2857:6
**victims** [1] - 2892:21
**view** [4] - 2831:17, 2842:1, 2845:17, 2848:10
**village** [1] - 2876:23
**violated** [1] - 2922:19
**violence** [4] - 2827:19, 2856:23, 2857:5, 2858:20
**visit** [4] - 2825:3, 2833:8, 2900:20, 2908:12
**visits** [1] - 2899:16
**Vitale** [10] - 2934:20, 2934:25, 2935:6, 2936:1, 2936:7, 2936:8, 2937:24, 2938:5, 2938:16, 2939:25
**voice** [1] - 2920:5
**volunteer** [1] - 2914:20
**volunteered** [1] - 2926:7

# W

**walk** [3] - 2859:5, 2875:22
**wall** [2] - 2889:4, 2922:11
**wants** [5] - 2858:24, 2859:14, 2869:2, 2877:11, 2903:22
**war** [2] - 2849:5, 2910:7
**Waterhouse** [1] - 2819:17
**weakly** [1] - 2829:5
**Wednesday** [4] - 2937:15, 2940:13, 2940:14, 2940:16
**week** [7] - 2857:14, 2921:6, 2921:11, 2936:18, 2940:7, 2941:12, 2941:13
**weeks** [1] - 2827:12
**Weiss** [1] - 2814:8
**well-known** [1] - 2821:2
**WERBNER** [35] - 2814:20, 2814:21, 2832:5, 2832:11, 2834:3, 2834:22, 2834:24, 2836:15, 2837:1, 2837:8, 2840:10, 2840:14, 2842:5, 2842:21, 2843:5, 2843:12, 2845:12, 2848:12, 2848:18, 2849:22, 2851:18, 2851:20,

2854:1, 2854:9, 2864:18, 2869:9, 2869:22, 2870:5, 2870:14, 2872:6, 2937:15, 2937:17, 2939:6, 2940:21, 2943:7
**Werbner** [10] - 2853:1, 2864:16, 2868:4, 2868:24, 2869:16, 2870:3, 2871:6, 2871:19, 2872:8, 2939:10
**West** [27] - 2820:1, 2825:24, 2825:25, 2826:25, 2828:23, 2830:11, 2831:11, 2840:25, 2842:24, 2850:1, 2855:20, 2855:23, 2855:25, 2856:6, 2856:8, 2857:1, 2857:11, 2858:5, 2858:16, 2862:9, 2863:19, 2863:23, 2864:5, 2875:15, 2875:19, 2908:15, 2915:15
**west** [1] - 2871:3
**Western** [1] - 2817:20
**wheel** [1] - 2849:11
**whereas** [1] - 2857:6
**whole** [2] - 2901:11, 2908:4
**widely** [1] - 2862:9
**wife** [1] - 2878:23
**wining** [1] - 2825:15
**wire** [14] - 2858:3, 2858:11, 2858:12, 2858:24, 2864:6, 2864:22, 2871:20, 2919:11, 2919:13, 2919:14, 2919:18, 2919:24, 2929:7, 2934:13
**wiring** [2] - 2863:15, 2864:9
**wise** [1] - 2888:24
**withdrawn** [1] - 2939:2
**withheld** [2] - 2839:3, 2839:17
**witness** [46] - 2815:19, 2815:23, 2818:2, 2818:14, 2819:2, 2842:6, 2842:8, 2842:14, 2844:2, 2845:3, 2845:8, 2869:9, 2873:2, 2873:3, 2875:5, 2876:1, 2876:4, 2903:1, 2906:13, 2906:14, 2908:19, 2909:4, 2913:20, 2913:21, 2914:19, 2917:2, 2921:15, 2922:3, 2922:22, 2923:10, 2923:13, 2923:17, 2923:21, 2925:12, 2931:13, 2931:21, 2936:3, 2936:14, 2937:5, 2937:7, 2939:2, 2939:13, 2939:14, 2939:18, 2939:22, 2940:9
**Witness** [3] - 2819:5, 2876:4, 2931:19
**WITNESS** [14] - 2816:2, 2816:4, 2816:6, 2865:23, 2868:9, 2869:4, 2870:17, 2870:20, 2880:4, 2880:6, 2885:20, 2896:11, 2902:9, 2906:11
**witness's** [1] - 2923:2
**witnesses** [19] - 2855:1, 2855:4, 2908:13, 2913:22, 2914:6, 2914:24, 2923:9, 2924:2, 2933:2, 2934:7, 2934:8, 2934:14, 2934:21, 2935:21, 2936:25, 2938:7, 2939:3, 2939:5, 2940:18
**witnesses's** [1] - 2922:17
**witnessing** [1] - 2885:5
**wondering** [1] - 2923:24
**word** [2] - 2872:9, 2887:12
**words** [4] - 2834:15, 2837:25, 2889:7, 2899:4

GR       OCR       CM       CRR       CSR

**works** [1] - 2880:18
**world** [6] - 2819:18, 2823:16, 2825:14, 2833:3, 2908:12, 2919:16
**worldwide** [1] - 2903:19
**worsened** [1] - 2926:20
**wrap** [1] - 2905:22
**write** [1] - 2875:7
**writing** [1] - 2845:9
**written** [3] - 2926:23, 2927:5, 2937:21
**wrote** [3] - 2925:8, 2926:18, 2936:17

## Y

**Yassin** [3] - 2864:10, 2864:21, 2930:23
**Yassin's** [1] - 2923:25
**year** [21] - 2821:22, 2824:6, 2827:12, 2828:13, 2829:8, 2829:12, 2833:8, 2833:9, 2833:10, 2841:2, 2883:3, 2886:18, 2886:20, 2898:25, 2899:5, 2901:15, 2902:10, 2907:16, 2915:8, 2916:5, 2916:6
**years** [38] - 2819:15, 2820:8, 2820:19, 2820:24, 2820:25, 2821:7, 2821:17, 2822:16, 2822:21, 2823:19, 2823:24, 2825:8, 2855:18, 2878:22, 2878:24, 2881:14, 2882:7, 2883:11, 2884:23, 2884:24, 2884:25, 2887:4, 2898:4, 2907:19, 2907:20, 2907:21, 2907:22, 2910:1, 2911:4, 2911:7, 2911:19, 2912:5, 2912:10, 2915:9, 2915:25, 2916:4
**yellow** [2] - 2818:16, 2818:17
**Yemen** [1] - 2821:7
**yesterday** [1] - 2887:5
**YORK** [1] - 2814:1
**York** [5] - 2814:10, 2815:6, 2835:9, 2859:1, 2934:19
**youngest** [2] - 2881:14, 2909:14
**yourself** [4] - 2816:14, 2819:10, 2923:17, 2931:8
**yup** [1] - 2901:1
**Yusuf** [1] - 2816:21

## Z

**Zakat** [1] - 2931:4
**Zakats** [1] - 2931:2
**zero** [1] - 2913:25
**zone** [1] - 2849:5

GR          OCR          CM          CRR          CSR