# Exhibit B

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK

------------------------------X    Docket#
IN THE MATTER OF:             :    04-cv-2799(NG)(VVP)
                              :       04-cv-5449(NG)(VVP)
                              :       04-cv-5564(NG)(VVP)
                              :       05-cv-365 (NG)(VVP)
ARAB BANK, PLC.,              :
                              :    U.S. Courthouse
                              :    Brooklyn, New York
                              :
                              :    September 21, 2005
------------------------------X

             TRANSCRIPT OF CIVIL CAUSE FOR CONFERENCE
             BEFORE THE HONORABLE VIKTOR V. POHORELSKY
                  UNITED STATES MAGISTRATE JUDGE

A   P   P   E   A   R   A   N   C   E   S:

For Plaintiff Linde
and Coulter:           Robert Swift, Esq.
                          Gary Osen, Esq.


For Plaintiff Litle:   Mark Werbner, Esq.
                          Richard Heidemann, Esq.



For the Defendant:     Ron Strajezycki, Esq.
                          Allen Howard, Esq.


Official Transcriber:  Rosalie Lombardi
                          L.F.

Transcription Service: Transcription Plus II
                       823 Whittier Avenue
                       New Hyde Park, N.Y.  11040
                       (516) 358-7352

Proceedings recorded by electronic sound-recording,
transcript produced by transcription service
```

                                                                    64
                              Proceedings

1    your Honor, apparently in Israel there is actually an authority

2    that distributes payments to victims of terror attacks and/or

3    their family.  I'm not certain that those payments would be

4    properly categorized in the United States as collateral sources

5    but we feel we're entitled to the information.

6              That having been said, that issue arises because of

7    the fact that we sought to receive that information in the

8    context of a profile form, you will recall.

9              THE COURT:  Right.

10             MR. STRAJEZYCKI:  Upon further reflection between

11   ourselves and our client, I am not certain and I wanted to make

12   the Court aware of this before you undertook to make that

13   ruling that given the delay in acceptance of the offer, if you

14   will, that the client is willing to proceed with the profile

15   form under the understanding that we had previously reached.

16             THE COURT:  Now I am completely lost.

17             MR. STRAJEZYCKI:  Okay.  We said we thought of a

18   profile form, your Honor, and we're not really looking to take

19   all of these depositions.  We'll have to take some depositions

20   because we're going to have to figure out who exactly would be

21   amongst the first group of plaintiffs that are going to be

22   tried in this case.

23             THE COURT:  Have you had discussions with

24   Judge Gershon about how the trials would proceed?

25             MR. STRAJEZYCKI:  No, your Honor.


                   Transcription Plus II     Rosalie Lombardi

Proceedings

1            THE COURT:  Okay.  So, but you're contemplating
2   multiple trials.
3            MR. STRAJEZYCKI:  We're surmising.  Right.
4            THE COURT:  On damages.
5            MR. STRAJEZYCKI:  We don't think 5,000 --
6            THE COURT:  Yes, bifurcating liability of damages
7   and then going to --
8            MR. STRAJEZYCKI:  We can't even get that far,
9   your Honor.  If you recall, there was a discussion at one
10  point, Mr. Swift was on one side of that equation --
11           THE COURT:  Yes, okay.
12           MR. STRAJEZYCKI:  -- and everybody else --
13           THE COURT:  I remember we had this.
14           MR. STRAJEZYCKI:  All right.  All that having been
15  said, we're no longer willing to proceed under the
16  understanding that if they fill out the profile form, we will
17  not take their deposition.  I want to make that clear to the
18  Court and clear to the plaintiffs at this time before you rule
19  on it because I believe that in prior appearances before the
20  Court and I know in prior conversations with the plaintiffs,
21  that's what I represented.
22           THE COURT:  Okay.  So, what, you're saying you're
23  going to want 5,000 depositions?
24           MR. STRAJEZYCKI:  I think it's almost 5,400
25  conceivably, your Honor.


                    Transcription Plus II      Rosalie Lombardi

66
Proceedings

1     THE COURT: Well, okay. I understand -- I don't
2  think you're going to get 5,400 depositions. It seems to me
3  you would like to have the profile information to at least know
4  -- if you're not limiting yourself to something less than
5  5,400, understand it's likely to happen but still --
6     MR. STRAJEZYCKI: Well, I think we would like the --
7
8     THE COURT: -- would like to have the information so
9  that both sides can make some reasoned judgments about how you
10 go about deposing the people you do get to depose.
11    MR. STRAJEZYCKI: Right. Your Honor, I agree. I
12 think the profile would continue to be a useful tool for the
13 parties. That having been said, I don't want to mislead --
14    THE COURT: And probably for the Court, too.
15    MR. STRAJEZYCKI: Well, I don't want to --
16    THE COURT: If we're going to try this in staged --
17 in some staged way --
18    MR. STRAJEZYCKI: Right, iterations.
19    THE COURT: -- the knowing who to group together as
20 similar plaintiffs leads --
21    MR. STRAJEZYCKI: But I --
22    MR. WERBNER: But the whole quid pro quo was that
23 this effort that we want obligated which we were engaged in
24 good faith was going to be based on that there would be a real
25 effort to avoid taking everybody's deposition.


Transcription Plus II          Rosalie Lombardi