# Exhibit D

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF NEW YORK
 3    _____
                                      :
 4    COURTNEY LINDE, et al.,         :
                                      :
 5           Plaintiffs,              :
                                      :
 6    -against-                       : Case No.:
                                      : CV 04 2799(NG)(VVP)
 7    ARAB BANK, PLC,                 :
                                      :
 8           Defendant/Third-Party    :
                 Plaintiff,           :
 9                                    :
      -against-                       :
10                                    :
      BANK HAPOALIM, et al.,          :
11                                    :
             Third-Party Defendants.  :
12    _____:
                                      :
13    PHILIP LITLE, et al.,           :
                                      :
14           Plaintiffs,              :
                                      :
15    -against-                       : Case No.:
                                      : CV 04 5449(NG)(VVP)
16    ARAB BANK, PLC,                 :
                                      :
17           Defendant/Third-Party    :
                 Plaintiff,           :
18                                    :
      -against-                       :
19                                    :
      BANK HAPOALIM, et al.,          :
20                                    :
             Third-Party Defendants.  :
21    _____:
22              DEPOSITION OF FATIMA KARKABI
                    Tel Aviv, Israel
23                   July 24, 2008
24
25    Reported by:  BRENDA MATZOV, CA CSR 9243
```

```
 1                        F. KARKABI
 2   ORAN ALMOG, et al.,              :
                                      :
 3          Plaintiffs,               :
                                      :
 4   -against-                        : Case No.:
                                      : CV 04 5564(NG)(VVP)
 5   ARAB BANK, PLC,                  :
                                      :
 6          Defendant/Third-Party     :
            Plaintiff,                :
 7                                    :
     -against-                        :
 8                                    :
     BANK HAPOALIM, et al.,           :
 9                                    :
            Third-Party Defendants.   :
10   ———————————————————————————————  :
                                      :
11   ROBERT L. COULTER, SR., FOR      :
     THE ESTATE OF JANIS RUTH         :
12   COULTER, et al.,                 :
                                      :
13          Plaintiffs,               :
                                      :
14   -against-                        : Case No.:
                                      : CV 05 365(NG)(VVP)
15   ARAB BANK, PLC,                  :
                                      :
16          Defendant/Third-Party     :
            Plaintiff,                :
17                                    :
     -against-                        :
18                                    :
     BANK HAPOALIM, et al.,           :
19                                    :
            Third-Party Defendants.   :
20   ———————————————————————————————  :
21
22
23
24
25
```

```
 1                        F. KARKABI
 2  GILA AFRIAT-KURTZER, et al.,     :
                                     :
 3          Plaintiffs,              :
                                     :
 4  -against-                        : Case No.:
                                     : CV 05 388(NG)(VVP)
 5  ARAB BANK, PLC,                  :
                                     :
 6          Defendant/Third-Party    :
            Plaintiff,               :
 7                                   :
    -against-                        :
 8                                   :
    BANK HAPOALIM, et al.,           :
 9                                   :
            Third-Party Defendants.  :
10  _____:
                                     :
11  MICHAEL BENNETT, et al.,         :
                                     :
12          Plaintiffs,              :
                                     :
13  -against-                        : Case No.:
                                     : CV 05 3183(NG)(VVP)
14  ARAB BANK, PLC,                  :
                                     :
15          Defendant/Third-Party    :
            Plaintiff,               :
16                                   :
    -against-                        :
17                                   :
    BANK HAPOALIM, et al.,           :
18                                   :
            Third-Party Defendants.  :
19  _____:
20
21
22
23
24
25
```

```
 1                          F. KARKABI
 2   ARNOLD ROTH, et al.,              :
                                       :
 3            Plaintiffs,              :
                                       :
 4   -against-                         : Case No.:
                                       : CV 05 3738(NG)(VVP)
 5   ARAB BANK, PLC,                   :
                                       :
 6            Defendant/Third-Party    :
              Plaintiff,               :
 7                                     :
     -against-                         :
 8                                     :
     BANK HAPOALIM, et al.,            :
 9                                     :
              Third-Party Defendants. :
10   ──────────────────────────────────:
                                       :
11   STEWART WEISS AND SUSAN WEISS,    :
     et al.,                           :
12                                     :
              Plaintiffs,              :
13                                     :
     -against-                         : Case No.:
14                                     : CV 06 1623(NG)(VVP)
     ARAB BANK, PLC,                   :
15                                     :
              Defendant/Third-Party    :
16            Plaintiff,               :
                                       :
17   -against-                         :
                                       :
18   BANK HAPOALIM, et al.,            :
                                       :
19            Third-Party Defendants. :
     ──────────────────────────────────:
20
21
22
23
24
25
```

Page 5

```
 1                    F. KARKABI
 2   JOSEPH JESNER, et al.,          :
                                     :
 3          Plaintiffs,              :
                                     :
 4   -against-                       : Case No.:
                                     : CV 06 3869(NG)(VVP)
 5   ARAB BANK, PLC,                 :
                                     :
 6          Defendant/Third-Party    :
            Plaintiff,               :
 7                                   :
     -against-                       :
 8                                   :
     BANK HAPOALIM, et al.,          :
 9                                   :
            Third-Party Defendants.  :
10   _____:
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    F. KARKABI
 2          Deposition of FATIMA KARKABI, taken in the
 3     above-entitled cause pending in the United States
 4     District Court, Eastern District of New York,
 5     pursuant to notice, before BRENDA MATZOV, CA
 6     CSR 9243, at the Dan Tel Aviv Hotel, 99 Hayarkon
 7     Street, Crown Room, Tel Aviv, Israel, on Thursday,
 8     the 24th day of July, 2008, at 1:28 p.m.
 9
10     APPEARANCE OF COUNSEL:
11     FOR PLAINTIFF:
12          MOTLEY RICE, LLC
            By:  JOHN M. EUBANKS, ESQ.
13          28 Bridgeside Boulevard, P.O. Box 1792
            Mount Pleasant, South Carolina 29465
14          843.216.9000
            jeubanks@motleyrice.com
15
16     FOR DEFENDANT:
17          DEWEY & LeBOEUF, LLP
            By:  FRANKLIN G. MONSOUR, ESQ.
18               -and-
                 APRIL L. READLINGER, ESQ.
19          125 West 55th Street
            New York, New York 10019
20          212.424.8000
            fmonsour@dl.com
21          areadlinger@dl.com
22     ALSO PRESENT:
23          AMA SHEHADEH, Arabic Interpreter
24          ENAS MUTHAFFAR, Arabic Interpreter
25          RON LEVY and KEREN HAZAN
```

1                          F. KARKABI

2                        I N D E X

3    WITNESS

4    Fatima Karkabi

5

6    EXAMINATION                                    PAGE

7    By Mr. Monsour                                   8

8    By Mr. Eubanks                                  77

9

10

11                    E X H I B I T S

12                       (None.)

13

14

15        Q U E S T I O N S   I N S T R U C T E D

16              N O T   T O   A N S W E R

17                       (None.)

18

19

20     R E Q U E S T E D   I N F O R M A T I O N

21                       (None.)

22

23

24

25

1                    F. KARKABI

2            P R O C E E D I N G S

3

4               AMA SHEHADEH

5                 -AND-

6             ENAS MUTHAFFAR,

7       the interpreters, were duly affirmed

8       to translate from English to Arabic

9       and from Arabic to English.

10

11          FATIMA KARKABI,

12      called as a witness, being first duly

13      affirmed, was examined and testified

14      as hereinafter set forth:

15

16     (The proceedings were conducted through

17    the Arabic interpreters, unless otherwise

18    indicated.)

19

20           EXAMINATION

21 BY MR. MONSOUR:

22    Q.  Good afternoon, Ms. Karkabi.  My name

23 is Franklin Monsour.  I'm going to ask you some

24 questions today about your lawsuit.

25        Before we get started, I will go over

                          F. KARKABI

1  a few guidelines to help us with the proceeding.

2  Because we have a court reporter taking down

3  everything that we say, it's important to give

4  verbal responses to the questions so that she may

5  take them down for the record.

6          Occasionally, your attorney will object

7  to some of my questions.  However, you're still to

8  answer my questions unless your attorney tells you

9  specifically not to.  If at any point you don't

10  understand a question that I ask, just let me know,

11  and I will try to rephrase it and make it more

12  understandable.

13          If you want to take a break at any point,

14  let me know.  That won't be a problem.  I'd just

15  ask that we not take a break while a question is

16  pending.

17          Have you been able to understand these

18  instructions so far through the interpreter?

19      A.   Yes, I did.

20      Q.   Okay.  You're under oath for this

21  proceeding, Ms. Karkabi, which means, in answering

22  the questions that are posed to you, you have to

23  give answers to the fullest of your knowledge and

24  truthful to the best of your knowledge.

Page 10

F. KARKABI

1

2          And as a formality, are you under the

3   influence of any medications today that might

4   inhibit your ability to give testimony?

5          A.   No, no, no.  I didn't take anything.

6          Q.   Thank you.  Ms. Karkabi, I'm going to

7   begin by asking some general background questions.

8          Can you give me the date of your birth,

9   please?

10         A.   14th of May, 1968.

11         Q.   Where were you born?

12         A.   Haifa.

13         Q.   Have you lived your whole life in Haifa?

14         A.   Yes, all my life.  And I still do.

15         Q.   Do you have any citizenships besides with

16   Israel?

17         A.   No.

18         Q.   Are you currently married?

19         A.   Yes.

20         Q.   For how long have you been married?

21         A.   Twenty years.

22         Q.   Can you give me the name and age of your

23   husband, please?

24         A.   His name is Tanan, and he's 49.

25         Q.   Do you have any children?

1                           F. KARKABI

2        A.    Yes, I have.

3        Q.    Can you give me their names and ages,

4   please?

5        A.    I have five children.  Sohaila, 19 years

6   and a half.  Ahlam, 18 years old.  Jasmine, 16 and

7   nine months.  And Dawad, 15 years old.  And Juna,

8   8 years old.

9        Q.    Thank you.

10            Do all of your children live with you in

11  Haifa?

12       A.    I live with them under the same ceiling.

13       Q.    Ms. Karkabi, are you currently employed?

14       A.    Yes, I work.

15       Q.    Where do you work?

16       A.    I work with elderly people as a -- a day

17  care for elderly people and also in their houses as

18  a cleaner.

19       Q.    Do you work privately or for a company?

20       A.    Independently.

21       Q.    How long have you been in this line of

22  work?

23       A.    It's been seven years and a half.

24       Q.    And for that seven and a half years, have

25  you done this work independently?

                          F. KARKABI

1

2       A.   I started working through an office.

3  And then the old lady died.  So I started working

4  independently.

5       Q.   And on average, how many hours a week do

6  you work?

7       A.   Per week or per day?  Per day, it's

8  easier.

9       Q.   Per day.  That's fine.  Please.

10      A.   Between eight to nine hours and a half.

11  But it depends since I take the buses.  So I cannot

12  tell you exactly how many.  But between eight to

13  nine hours and a half.

14          THE INTERPRETER:  I want to complement

15  what she was saying.

16          THE WITNESS:  I usually return home around

17  8:00 -- or I start from 8:00 o'clock in the morning,

18  and I finish around 5:00 to 6:00.  It depends on the

19  hours I work.

20      Q.   BY MR. MONSOUR:  Thank you.

21          What job did you have prior to working as

22  a caretaker?

23      A.   I worked for a while as a seller.  And for

24  another period of time, I worked as a cashier.

25          I would like to add something small.

F. KARKABI

At the beginning, I didn't work that many hours.

Before seven years, I used to work between four to

five hours a day.  So I would leave between 1:00 to

2:00 p.m.  But now, lately, I've been working that

many hours a day.

Q.   And for how long of a period of time have

you been working from around 8:00 a.m. to 5:00 to

6:00 p.m.?

THE INTERPRETER:  Can you repeat the

question?

Q.   BY MR. MONSOUR:  Sure.  For how long of

a period of time have you been working from around

8:00 a.m. to 5:00 or 6:00 p.m.?

A.   Since my brother passed away.

Q.   Where did you work as a seller?

A.   In a shop.  In a shop located in the

Hadar.  In an independent shop.  It's not like a

supermarket.  It's a shop, a small shop.

Q.   Was this your shop, or did you work for

someone?

A.   I was working for someone.  I worked as

a seller and as a cashier also.  It depends if the

owner was there present or not.  Sometimes I took

care of the money, and sometimes he did.

F. KARKABI

1

2     Q.   And was this in Haifa?

3     A.   Yes.

4     Q.   Where at in Haifa?

5     A.   Would you like to know the name of the

6  street?

7     Q.   The neighborhood and the street.

8     A.   Hadar neighborhood, Halutz Street.

9     Q.   And for how long did you work there?

10    A.   I don't remember exactly.

11    Q.   Ms. Karkabi, what is your educational

12  background?

13    A.   I completed the 12th elementary class.

14  And then I took a secretary course.

15    Q.   Is your husband currently employed?

16    A.   Sure.

17    Q.   What does he do for a living?

18    A.   He's a carpenter.

19    Q.   Does he also work in Haifa?

20    A.   He works in Kiryat Bialik.

21    Q.   How long has he had that job?

22    A.   Since he was 18 years old.  He's a

23  carpenter.

24    Q.   Does he work for a specific company now?

25    A.   He works with a certain factory.

Page 15

F. KARKABI

1
2      Q.    How long has he worked for the factory?

3      A.    It has been -- I cannot really tell you

4  exactly.  But for about seven to ten years, he had

5  a shop, his own carpentry shop.  And then he closed

6  it and returned back to the factory.

7      Q.    From when to when did he own his own shop?

8      A.    Do you mean the shop?

9      Q.    You said that he owned his own private

10 shop; is that correct?

11     A.    It was before he married me.  That's 20

12 years ago.  So I cannot really tell you between

13 which year and which year.

14     Q.    Okay.

15          THE INTERPRETER:  Sorry for interrupting.

16 There was a mistake in the interpretation.

17          What she said is like this.

18          "He owned a carpenter shop.  Then he

19 closed it and opened his own shop."

20          She didn't specify what kind of shop.

21          "Then he closed it and moved to work for a

22 factory.  And he closed that second shop when we got

23 married."

24     Q.    BY MR. MONSOUR:  Okay.  What does your

25 oldest child do for a living?

Page 16

F. KARKABI

1

2     A.    My daughter, you mean?

3     Q.    Yes.

4     A.    You mean my daughter, my eldest daughter.

5  She studies business management.  And she works in a

6  kind of a supermarket.  She manages the shelves.

7     Q.    And are your other children in school?

8     A.    Ahlam finished school this year.  And the

9  rest are in school.

10     Q.    What is Ahlam doing?

11     THE INTERPRETER:  She's using Hebrew

12  sometimes in the middle of the sentence in Arabic.

13     MR. MONSOUR:  I can tell.

14     THE WITNESS:  She just started working in

15  a shop for homemade tools.

16     Q.    BY MR. MONSOUR:  Ms. Karkabi, have you

17  ever traveled outside of Israel?

18     A.    I traveled three times to Egypt, to Taba,

19  and to Jordan.  And it was for pleasure.

20     Q.    When was the last time that you traveled

21  outside of Israel?

22     A.    Last year.

23     Q.    Where did you go?

24     A.    Jordan.

25     Q.    How long did you stay?

F. KARKABI

1

2    A.    Four days.

3    Q.    Who did you travel with?

4    A.    With my husband.

5    Q.    And prior to that, when was the last time

6  that you traveled outside of Israel?

7    A.    To Taba with my husband and to Egypt with

8  my husband.

9    Q.    When was that?

10    A.    The first time to Egypt, it was like our

11  honeymoon when we got married.  And the second time

12  was when my brother passed away, a year after my

13  brother passed away.  It's like after the mourning

14  year.

15    Q.    What part of Egypt did you go to?

16    A.    Cairo and Alexandria.

17    Q.    Was it just you and your husband?

18    A.    It was only us.

19    Q.    Have you ever traveled to the United

20  States?

21    A.    Never.  I wish.

22    Q.    Ms. Karkabi, where were your parents born?

23    A.    My father in Shefaram.  And my mother is

24  from Nazareth.  If I was to say where they were

25  born, in Israel, in brief.

Page 18

F. KARKABI

1

2      Q.    And your mother is from Nazareth; is that

3   correct?

4      A.    Yes.

5      Q.    Where do your parents live now?

6      A.    They live in Haifa.

7      Q.    How about your husband's parents, where

8   are they from?

9      A.    The family of my husband are from

10  Fassouta.  And even my husband was born in Fassouta.

11     Q.    How long did your father stay in Shefaram?

12     A.    I don't know.  I know nothing about my

13  father's childhood.

14     Q.    When was he born?

15     A.    I can't remember.

16     Q.    Did he ever tell you that he was expelled

17  from Shefaram?

18     A.    No.  Maybe his family did leave Shefaram.

19  We never really discussed his childhood or his life

20  in Shefaram.

21     Q.    Did he ever tell you why his family left?

22     A.    No.

23     Q.    Did he ever tell you about fighting that

24  went on in Israel when he was a kid?

25     A.    Which fighting?

Page 19

1                        F. KARKABI

2        Q.    Between Arabs and Israelis.

3        A.    No.

4        Q.    No?

5        A.    No.

6        Q.    Have you ever heard that Arabs were

7    expelled from Shefaram?

8              MR. EUBANKS:  Objection.  Foundation.

9              THE WITNESS:  No, I didn't hear.

10       Q.    BY MR. MONSOUR:  Do you have any family

11   that's from Tzipori?

12       A.    No.

13       Q.    Have you ever been to Tzipori?

14       A.    No.

15       Q.    It's close to Haifa; right?

16             MR. EUBANKS:  Objection.  Foundation.

17             THE WITNESS:  Even so.

18       Q.    BY MR. MONSOUR:  Have you ever heard of

19   the Tzipori massacre?

20             MR. EUBANKS:  Objection.  Foundation.

21             THE WITNESS:  No.

22       Q.    BY MR. MONSOUR:  Have you ever heard that

23   thousands and thousands of Arabs were expelled from

24   Tzipori and not allowed to return to their homes?

25             MR. EUBANKS:  Objection.  Foundation.

Page 20

F. KARKABI

1

2    THE WITNESS:  No.

3    Q.   BY MR. MONSOUR:  You've never heard about

4    this your entire life?

5    A.   No.

6    Q.   Have you ever heard about Arabs returning

7    to Tzipori to celebrate having come from there and

8    to protest not being allowed to return once a year?

9    MR. EUBANKS:  Objection.  Foundation.

10   THE WITNESS:  Never heard about it.

11   Q.   BY MR. MONSOUR:  Do you have any family

12   from Eqrat or Bra'am?

13   A.   My brother-in-law from my sister's side.

14   Q.   Does he live there now?

15   A.   He lives in Haifa.

16   Q.   How long did he live there?

17   A.   I don't know if he lived there or he

18   didn't.  If he was born there or not, I don't know.

19   I know only that he originally came from there.

20   Q.   Could he live there now if he wanted to?

21   MR. EUBANKS:  Objection.  Foundation.

22   THE WITNESS:  I don't know.

23   Q.   BY MR. MONSOUR:  Have you ever heard of

24   Arabs being expelled from Bra'am?

25   MR. EUBANKS:  Objection.  Foundation.

Page 21

1                        F. KARKABI

2          THE WITNESS:  No, I don't know.

3     Q.   BY MR. MONSOUR:  And just so we're clear,

4 under oath today, in your entire life, you've never

5 heard of this?

6          MR. EUBANKS:  Objection.  Form.

7          THE WITNESS:  I heard something about

8 this, but with no details.  So I know that it

9 happened.  But how and when, I don't know.

10    Q.   BY MR. MONSOUR:  Have you ever heard that

11 the Israeli military bombed those villages so that

12 Arabs cannot return to their homes?

13         MR. EUBANKS:  Objection.  Foundation.

14         THE WITNESS:  No, I don't.

15    Q.   BY MR. MONSOUR:  Has your brother-in-law

16 ever spoken to you about Bra'am?

17    A.   No.

18    Q.   What is his name?

19    A.   Phillip.

20    Q.   And his last name?

21    A.   Atala.

22    Q.   Does he still have family in Bra'am?

23    A.   I don't know exactly.  But I know that

24 also his mother and father do live in Haifa now.

25    Q.   Do you know when they moved to Haifa?

Page 22

1                          F. KARKABI

2       A.    No.

3       Q.    Have you ever been to Eqrat or Bra'am?

4       A.    No.  Not even one time.

5       Q.    Not in a long time?

6       A.    I never entered there.

7       Q.    Do you have any desire to?

8       A.    To see the area, I don't have a rejection.

9  But if I go there, I'll go there.

10      Q.    Would you be allowed to enter if you

11  wanted to?

12            MR. EUBANKS:  Objection.  Foundation.

13            THE WITNESS:  What do you mean?  That they

14  will allow me to enter?

15      Q.    BY MR. MONSOUR:  Would you be allowed to

16  enter the village if you wanted to?

17            MR. EUBANKS:  Objection.  Foundation.

18            THE WITNESS:  Is there someone that could

19  reject to someone visit a village?

20      Q.    BY MR. MONSOUR:  I'm asking you the

21  question.

22      A.    I don't know.

23      Q.    Would you be allowed to buy property there

24  if you wanted to?

25            MR. EUBANKS:  Objection.  Foundation.

Page 23

F. KARKABI

1

2      THE WITNESS:  I don't know about this.

3  I don't want to even buy property there.  Why would

4  I buy property there?

5      Q.   BY MR. MONSOUR:  Do you have any family

6  from Darhana?

7      A.   No.

8      Q.   Have you ever been to Darhana?

9      A.   No.

10      Q.   And have you ever heard of Arabs being

11  expelled from Darhana?

12      MR. EUBANKS:  Objection.  Foundation.

13      THE WITNESS:  No.

14      Q.   BY MR. MONSOUR:  Do you know anyone from

15  Darhana?

16      A.   I don't know anybody there.

17      Q.   In your whole life in Israel, are you

18  aware of Arabs being expelled from anywhere in

19  Israel?

20      A.   No.

21      Q.   Have you ever heard of Arabs being

22  expelled from Haifa?

23      A.   Also no.  Since I was born, I didn't hear

24  something about that.

25      Q.   How about have you heard this about prior

Page 24

F. KARKABI

1    to when you were born?

2         THE INTERPRETER:  Could you repeat that?

3    Q.  BY MR. MONSOUR:  Sure.  Have you heard

4    this about prior to when you were born?

5         MR. EUBANKS:  Objection.  Foundation.

6         THE WITNESS:  No.

7    Q.  BY MR. MONSOUR:  You never studied this in

8    history?

9    A.  No.  In the history we study, they don't

10   teach these things.

11   Q.  Why don't they teach these things?

12        MR. EUBANKS:  Objection.  Foundation.

13        THE WITNESS:  Go and ask them.

14   Q.  BY MR. MONSOUR:  Did you attend a school

15   in Arabic?

16   A.  Yes.  In a nuns' school.

17   Q.  In a nuns' school.

18        Was this a Catholic school?

19   A.  It's a nuns' school called Carmelit.  It's

20   a Catholic school.

21   Q.  Okay.  What did they teach you in school

22   about the history of Arabs and Israelis?

23   A.  Yes.  They teach us about the history of

24   Islam, about Prophet Muhammad, and the Rashidin

F. KARKABI

1  fellows.  And they also teach us about the Second

2  World War -- I'm sorry -- the First World War.

3      Q.   And did they teach you about any of the

4  controversial aspects of land being taken from Arabs

5  by Israelis?

6          MR. EUBANKS:  Objection.  Foundation.

7          THE WITNESS:  No.  No, they don't.

8      Q.   BY MR. MONSOUR:  Do they avoid talking

9  about these subjects in the school that you went to?

10      A.   Where I studied, they didn't talk about

11  these things.  And even for now, for my children,

12  they don't discuss these things in the school.

13          But when there is a terrorism action or

14  a bombing, they discuss it in the school.  Even my

15  kids sometimes come and talk to me about it.

16          They tell me about it.  Because sometimes

17  the kids themselves will die in this bus accident.

18  They come to me and talk about it.  Like, for

19  example, in Bus 37, a girl in my girl's class

20  was killed.

21      Q.   What school do your children go to?

22      A.   In the Nuns' School of Nazareth.

23          THE INTERPRETER:  Interpreter's note.  The

24  Nazareth School is in Haifa also.

F. KARKABI

1

2      Q.    BY MR. MONSOUR:  Okay.  You state that,

3  when there is a terrorist action, these issues are

4  discussed in your children's school.

5           What do they tell the children about these

6  issues?

7      A.    General things.  They used to discuss

8  these things in a general aspect of it.  I don't

9  remember exactly because it has been a while.  But

10  I remember that they used to discuss simple things.

11           For example, they used to tell me poor

12  this person or raise questions like why these things

13  happen, why this person was killed.  So simple

14  things like that where they raise questions.

15      Q.    What would you tell them?

16      A.    I used to tell them:  May God have mercy

17  on their souls.  And those people who do it are not

18  good people.

19      Q.    When they asked you why these attacks were

20  committed, what would you tell them?

21      A.    I didn't answer them.  I used to stay

22  silent.

23      Q.    What part of Haifa do you live in?

24           What's the neighborhood?

25      A.    Now I live in Allenby Street.  I used

1                          F. KARKABI

2    to live at Yud Lamed Peretz Street in the area of

3    Hadar.  But two months ago, I moved to Allenby.

4         Q.   How long did you live in Hadar?

5         A.   I lived for eight years in the Hadar.

6         Q.   Have you ever heard of the neighborhood of

7    Halisa?

8         A.   Yes.

9         Q.   What's it like?

10        A.   I heard about it but never been there.

11   Because if we don't have relatives, neither friends

12   in the area, we don't go.

13        Q.   Have you ever heard of it referred to as

14   a ghetto?

15        A.   No.  I don't know something about this

16   thing.

17        Q.   Is it considered a good neighborhood?

18        A.   I don't know.

19        Q.   Do mostly Arabs live there?

20             MR. EUBANKS:  Objection.  Foundation.

21             THE WITNESS:  Also I don't know.

22        Q.   BY MR. MONSOUR:  Have you ever heard that

23   drug use is prevalent there?

24        A.   No, I don't know about it.

25        Q.   Have you ever heard that Arabs of Haifa

1                          F. KARKABI

2     were forced to live in this neighborhood?

3              MR. EUBANKS:  Objection.  Foundation.

4              THE WITNESS:  No.  I don't know.  Where

5     will I know from?

6         Q.   BY MR. MONSOUR:  Well, you live in Haifa,

7     don't you?

8         A.   No, I don't know.  Because I know

9     everything that is related to my direct sphere.

10    So I know everything directed to my relatives,

11    to my family, to my kids, where do they study,

12    my direct surroundings.  Anything else outside

13    of that doesn't mean anything to me.

14        Q.   So having lived your entire life in Haifa,

15    you don't know anything about the neighborhood in

16    Haifa called Halisa?

17        A.   I know nothing about Halisa.  If you want

18    to ask me, ask me about the Wadi Nisnas area.

19        Q.   Do you know about the Wadi Nisnas area?

20        A.   I lived there.

21        Q.   You live there now?

22        A.   I lived there.

23        Q.   When did you live there?

24        A.   I grew up in this neighborhood.  Very

25    close to this neighborhood, there is a name of

F. KARKABI

1   Hatzinut.  If I want to go to the market, I go

2   to Wadi Nisnas.  If I want to buy something, I go

3   to Wadi Nisnas.  Our church is also considered to

4   be within this area.

5        Q.   Have you ever heard of this area referred

6   to as a ghetto?

7        A.   No.  I never heard something about that.

8        Q.   Is this a location that mostly Arabs live

9   in?

10       A.   No.  There were Jews living in this area.

11  When my family lived there, the neighbors were Jews.

12       Q.   Were you allowed permits to build houses

13  in this neighborhood?

14       A.   I don't know something about this.  I

15  don't know of someone who wanted to build or to

16  rechange a thing.  I don't know.  But I know there

17  is an engineer who comes and checks.  And if they

18  want to expand something, for example, a balcony,

19  they will do it.

20       Q.   Have you ever heard complaints by Arabs

21  that they are not allowed to build in that area?

22       A.   Not even one time I heard about it.

23       Q.   Ms. Karkabi, do you vote in elections?

24       A.   Yes, I vote.

F. KARKABI

1

2      Q.    Have you ever heard of the politician

3  Issam Mukhoul?

4      A.    No.

5      Q.    You've never heard of this person as an

6  Arab member of the Knesset?

7      A.    In general, I don't watch TV for politics.

8  I only watch it for movies, cooking, something

9  related to the children.

10      Q.    So you've never heard of Issam Mukhoul?

11      A.    I heard of his name.  But I don't know who

12  he is, where he is, what he is.

13      Q.    Did you ever hear that he was a victim of

14  a bombing attack?

15          MR. EUBANKS:  Objection.  Foundation.

16          THE WITNESS:  No, I didn't.

17      Q.    BY MR. MONSOUR:  You've never heard that

18  this Arab member of the Knesset had a car bomb

19  planted in his car by a Jewish terrorist?

20          MR. EUBANKS:  Objection.  Foundation.

21          THE WITNESS:  Could you please repeat the

22  question?

23      Q.    BY MR. MONSOUR:  Sure.  You have never

24  heard that this Arab member of the Knesset had a car

25  bomb planted in his car by a Jewish terrorist?

1      F. KARKABI

2           MR. EUBANKS:  Objection.  Foundation.

3           THE WITNESS:  No, I didn't.  I'm sorry.

4      Q.   BY MR. MONSOUR:  Have you ever eaten at

5  the Shawarma Hazen restaurant in Haifa?

6      A.   Yes.  Sure.  The Hazen Shawarma used to be

7  in the area where I lived, where my parents live.

8      Q.   Did you ever hear about an IDF soldier

9  committing a shooting attack on that restaurant?

10     A.   I know the Hazen Shawarma when it was

11 a small place.  But when it became like a larger

12 place, a bigger place, I don't know about these

13 things.

14     Q.   You've never heard there was an attack on

15 the restaurant?

16          MR. EUBANKS:  Objection.  Foundation.

17          THE WITNESS:  The Hazen used to be a small

18 place.  But then they expanded, and other people

19 took the name of the Hazen.  So what you're talking

20 about, I don't know anything about.

21     Q.   BY MR. MONSOUR:  Okay.  Just so we're

22 clear, no one that you know living in Haifa ever

23 talked to you about a shooting attack on this

24 popular restaurant?

25          MR. EUBANKS:  Objection.  Foundation.

Page 32

F. KARKABI

1

2          And I would ask that you stop harassing

3     the client.

4          THE WITNESS:  This, what you talk about

5     doesn't mean anything.  I mean, I sit with women

6     like me.  We cook.  We talk about cooking, about

7     kids, about women-related stuff.

8          But what you're talking about doesn't add

9     or take away something from the whole discussion.

10    Even when I sit with my family, we don't discuss

11    these things.  We discuss general things.  We say

12    jokes.  We smoke.  We discuss.  That's it.

13         Q.   BY MR. MONSOUR:  Do you ever talk about

14    terrorist attacks that happen in Israel at all?

15         A.   It's not enough to talk about the

16    terrorism operation that included my brother.  We

17    all discuss it.  I talk about it also with my family

18    and my kids, my children.

19         Q.   What about attacks that have happened

20    since that time?

21         A.   Do you mean the explosions that happened

22    also?

23         Q.   Any attacks, including explosions.

24         A.   You mean in general?

25         Q.   In general.

F. KARKABI

1

2      A.     In general, we don't talk much except

3  about the incident that included my brother with my

4  kids because it's their uncle.  I cry.  They saw me

5  crying, their grandmother crying.  Their father is

6  crying.  Everybody is crying.  So this is the most

7  topic that we talk about.  They were surrounded by

8  tears, by a black picture.  This is what they saw

9  for real on the ground.

10     Q.    You stated that your kids do talk about

11 terrorist attacks in general at school; correct?

12     A.     It's not like they discuss it on a daily

13 basis.  But when it coincides with a bombing that

14 involves a kid from the school or other person, then

15 of course they discuss it.

16     Q.    Ms. Karkabi, having lived your whole life

17 in Haifa, in Israel, what do you think motivates the

18 attacks between Palestinians and Israelis?

19          MR. EUBANKS:  Object to form.

20          THE WITNESS:  Don't ask me.  Go and ask

21 them why do they do it.  They kill people, people

22 who work.  So go and ask them, not me.

23     Q.    BY MR. MONSOUR:  Do Israelis ever kill

24 innocent Palestinians?

25          MR. EUBANKS:  Object to form.

Page 34

F. KARKABI

1

2     THE WITNESS:  Ask them.  If you want, go

3     and ask them.  Don't ask me.

4     Q.   BY MR. MONSOUR:  I'm asking you if you're

5     aware of this.

6     A.   No, I don't.  I don't live with them.

7     Q.   And do you consider yourself to be

8     Palestinian?

9     A.   Yes.

10    Q.   Do you ever feel like you're discriminated

11    against in this country?

12    A.   No.  Not at all.  Not at all.

13    Q.   How about your children?

14    A.   What do you mean?

15    Q.   Well, do they ever feel like they're

16    discriminated against?

17    A.   Not at all.  Not at all.  Not at all.

18        My daughter, for example, now sent her

19    resume out through the Internet to different jobs.

20    And she takes the examination that is required.  So

21    if they tell her no, it's no.  So it's exactly like

22    a Jewish person does.  So there is no discrimination

23    when it comes to this.

24    Q.   Are there government jobs that Israeli

25    Arabs can't obtain that Jewish people can?

1                           F. KARKABI

2             MR. EUBANKS:  Objection.  Foundation.

3             THE WITNESS:  No.  No.  Not at all.

4        Q.   BY MR. MONSOUR:  Can Arab Israelis

5    purchase any land they want from the State of

6    Israel?

7             MR. EUBANKS:  Objection.  Foundation.

8             THE WITNESS:  I don't know about this.

9        Q.   BY MR. MONSOUR:  Could you buy land in a

10   kibbutz if you wanted to?

11            MR. EUBANKS:  Objection.  Foundation.

12            THE WITNESS:  I don't know.  I didn't even

13   try.  I didn't try.  So there are things that I

14   don't know about.

15       Q.   BY MR. MONSOUR:  Could you buy land in a

16   moshav if you wanted to?

17            MR. EUBANKS:  Objection.  Foundation.

18            THE WITNESS:  I don't know if they will

19   approve it or not.  I cannot tell you.

20       Q.   BY MR. MONSOUR:  Well, if they wouldn't

21   approve an Arab buying this land but they would

22   approve a Jewish person, isn't this discrimination?

23            MR. EUBANKS:  Object to form.

24            THE WITNESS:  What can I tell you?  I

25   don't know even about this.  I don't know if they

Page 36

F. KARKABI

1    actually sell.

2        Q.   BY MR. MONSOUR:  Sell land?

3        A.   Yes.  I don't know if there is something

4    like this.

5        Q.   Well, would you consider this to be

6    discrimination?

7        A.   Look, if I looked from above on the

8    situation, I should also know the reasons why they

9    would sell a Jew and not an Arab.  So it's like

10   looking from above from a theater and see it.  I

11   should also know the reasons and then be able to

12   judge.

13       Q.   What would those reasons be?

14       A.   I can't tell you.  I don't know.  Each has

15   his own reasons.

16       Q.   Have you ever heard complaints from Arabs

17   that their school system is not as well funded as

18   the Jewish school system?

19       A.   No.  On the contrary.  I heard that there

20   is no discrimination.

21            For example, I will give you.  My

22   daughter, in her graduation, the mayor gave 30

23   computers to the school.  It's the same between

24   Jewish and Arab schools.  No discrimination.

Page 37

F. KARKABI

1

2          I'm talking about this, and my kids are

3     in a private school.  They're not even in a public

4     school that takes more, according to what I know.

5          In the private school, we give the school

6     money, for example, to have air conditioning in

7     the classroom.  But in the public school, there

8     is already air conditioning installed.

9          Lately, the nuns' school, Nazareth Nuns'

10    School, they applied -- according to the building

11    issue that you asked me before, they applied to make

12    the school larger.  And the municipality approved

13    their request.

14         Q.   Where is this school located?

15         A.   In Haifa on Haba Street.

16         Q.   Do Arab Israelis have the same military

17    service as Jewish Israelis?

18         A.   He who loves (sic).  There are also many

19    who do the civil service.

20         Q.   But in answer to my question:  Do Arab

21    Israelis have the same military service as Jewish

22    Israelis?

23         A.   No, they don't have to.  They're not

24    obligated.

25         Q.   And why not?

Page 38

F. KARKABI

1

2     A.   It depends on the sect, for example, with

3  the patriarchy or the priest.  In our own sect, they

4  don't allow us.  Like it's the same for the Muslims,

5  also for the sheik.  Also for the Druze, many don't

6  approve it.  So it actually depends on who is

7  heading that sect.

8     Q.   Would the Israeli military require Arabs

9  to serve in the military as they do Jewish citizens?

10        MR. EUBANKS:  Objection.  Asked and

11  answered.

12        THE WITNESS:  I don't know.

13     Q.   BY MR. MONSOUR:  And does this create a

14  significant distinction between Arabs and Israelis?

15     A.   No.  This is not related.  Like in Haifa,

16  we live together, and there's no one better than us.

17  We care for each other.

18        Like in the last war with Lebanon in 2006,

19  they even asked us to join them in the shelter

20  because we didn't have one.  They called to check on

21  us three times when the incident happened that three

22  rockets fell meters -- a few meters away from where

23  I live in the Wadi Nisnas area.  They would tell me

24  on the phone:  Leave what you have and come to us.

25     Q.   Have any of your children served in the

1                    F. KARKABI

2    military?

3         A.   They're still young.

4         Q.   All of them?

5         A.   What all of them?  The eldest is 19 and

6    a half, as I said.  And the second one, who just

7    graduated, 18.  So whoever wants to go to the Army

8    will not go before 18 years old.

9         Q.   Is your 18-year-old and your 19-year-old

10   currently in the military?

11        A.   They didn't think about this.  They only

12   thought about continuing their studies.

13        Q.   Have any of your siblings served in the

14   military?

15        A.   No.

16        Q.   Are there certain jobs that you cannot

17   obtain without serving in the military?

18             MR. EUBANKS:  Objection.  Foundation.

19             THE WITNESS:  Sure.

20        Q.   BY MR. MONSOUR:  So does this create a

21   problem for Arabs trying to get these jobs if they

22   don't serve in the military?

23        A.   That has to do with the job itself.  For

24   example, there are many Arabs that actually have a

25   governmental job.  But, for example, a security

F. KARKABI

1

2  guard job requires that this person did his military

3  service.  So there are jobs that Arabs actually have

4  and are able to obtain.

5      Q.  So just so I'm clear, is there not a job

6  that an Arab cannot get without serving in the

7  military?

8        MR. EUBANKS:  Objection.  Asked and

9  answered.

10        THE WITNESS:  I didn't understand the

11  question.  Do you mean that there are jobs that

12  Arabs can't perform because they haven't served

13  in the Army?

14      Q.  BY MR. MONSOUR:  I mean, are there jobs

15  that would not allow an Arab to have that mode of

16  employment because they did not serve in the

17  military?

18        THE INTERPRETER:  I don't understand.  I

19  personally don't understand.  What do you mean "that

20  mode of employment"?

21        (Brief discussion in Arabic between the

22      two interpreters.)

23        (Pending question translated.)

24        THE WITNESS:  No.  And I told you before,

25  there are certain governmental jobs where Arabs are

F. KARKABI

1
2  actually in charge and they're like the bosses.  And

3  they give orders to their Jewish employees.

4         There is nothing here like Arabs and Jews.

5  If you work and you do what you have to do, then you

6  are fine.

7     Q.   BY MR. MONSOUR:  Okay.  Just so I'm clear,

8  when I asked you before, are there certain jobs that

9  you cannot obtain without serving in the military,

10  you said yes.

11        What were you referring to?

12    Q.   I told you I was referring to the security

13  guard job.  Because a security guard will actually

14  carry a weapon.

15    Q.   Have you ever seen any job advertisements

16  in the newspaper that say "military service

17  required"?

18    A.   No.  No.  Because also my daughter, she

19  goes and opens and clicks and checks.  And she never

20  actually saw something like this.

21    Q.   Were there demonstrations in Haifa in the

22  early 2000s?

23    A.   I don't even remember what I ate

24  yesterday.  So you are asking me something about

25  what happened in 2000.  No, I don't remember.

F. KARKABI

1

2    Q.   You don't remember big demonstrations

3  going on in the streets of Haifa where you lived in

4  the year 2000, 2001?

5         MR. EUBANKS:  Objection.  Foundation.

6         THE WITNESS:  I saw demos of Jews and

7  Arabs demonstrating for peace.  But other kinds

8  of demos, I didn't see.

9    Q.   BY MR. MONSOUR:  Did you ever hear that

10  people were killed in those demonstrations?

11         MR. EUBANKS:  Objection.  Foundation.

12         THE WITNESS:  No.  Demos asking for peace

13  go and die?  What's the story here?

14    Q.   BY MR. MONSOUR:  Okay.  How were the

15  demonstrations carried out to your recollection?

16    A.   I used to see them asking for peace.

17         THE INTERPRETER:  Well, she didn't say

18  "advertisements," but I think it's "banners."

19         THE WITNESS:  I used to see them carrying

20  those banners, asking for peace.  But that's it.

21    Q.   BY MR. MONSOUR:  Have you ever been to the

22  West Bank?

23         MR. EUBANKS:  Objection.  Foundation.

24         THE WITNESS:  I used to go to Jenin.

25    Q.   BY MR. MONSOUR:  What was that like?

Page 43

F. KARKABI

1    A.   I used to go and shop from there.

2    Q.   When was this?

3    A.   Before.  I moved to my house before nine

4    years.  I went to Jenin to buy what I needed to fix

5    in the house.

6    Q.   So this was nine years ago?

7    A.   Before nine years ago.

8    Q.   What's Jenin like now?

9    A.   When I go there, I'll tell you.

10   Q.   You haven't been there since?

11   A.   No.  Since the second Intifada, I didn't

12   visit it.

13   Q.   Do you have any family that lives there?

14   A.   No.

15   Q.   What do you think of the building of

16   settlements in the West Bank?

17        MR. EUBANKS:  Objection.  Foundation.

18        THE WITNESS:  I don't know.  I'm not able

19   to answer this question.

20   Q.   BY MR. MONSOUR:  Why are you not able to

21   answer this question?

22   A.   Because I don't know nothing about them.

23   Because I don't know that they are even building

24   settlements there.

F. KARKABI

1

2    Q.   Have you ever heard of settlements in the

3  West Bank?

4    A.   No, I didn't hear about it.

5    Q.   Okay.  Are you aware of whether there are

6  settlements in the West Bank?

7    A.   No, I don't.  That's why I said I don't

8  know.  And I cannot answer a question that I don't

9  know the answer for.

10   Q.   Have you ever heard of anyone talking

11 about settlements being built in the West Bank?

12   A.   I said before that, when we sit and talk,

13 we don't discuss these things.

14   Q.   Have you ever seen it on the TV?

15   A.   No, even that.  On TV I only see movies,

16 or I see other children's things with my daughter.

17 When my husband watches TV, I used to be standing

18 in the kitchen.

19   Q.   Have you ever read about settlements in a

20 newspaper?

21   A.   No.  I don't have time for these things.

22   Q.   Have you ever heard that the building of

23 settlements in the West Bank motivates violence on

24 the part of Palestinians?

25        MR. EUBANKS:  Objection.  Foundation.

Page 45

1           F. KARKABI

2           THE WITNESS:  If I basically don't know

3    anything about settlements or never heard about it,

4    how am I able to answer your question?

5           Q.   BY MR. MONSOUR:  Okay.  Do you think the

6    West Bank land should be a part of Israel, or should

7    it belong to the Palestinians that live there?

8               MR. EUBANKS:  Object to form.

9               THE WITNESS:  For both.

10          Q.   BY MR. MONSOUR:  What do you mean?

11          A.   I mean for both, that both of us will

12   actually live on it together, when there will be

13   peace.

14          Q.   So do you believe that the West Bank

15   should be a part of Israel?

16          A.   I don't know how, but I want us to both

17   live together in harmony.  That's what I know.

18          Q.   What do you think it would take for there

19   to be peace between Palestinians and Israelis?

20              MR. EUBANKS:  Objection.

21              THE WITNESS:  Love.

22          Q.   BY MR. MONSOUR:  Do you think there's any

23   certain actions that should be taken on the part

24   of Israelis to ensure peace between them and the

25   Palestinians?

1                        F. KARKABI

2              MR. EUBANKS:  Objection.

3              THE WITNESS:  I don't know what they have

4    to do.  I only know that there should be peace.

5         Q.   BY MR. MONSOUR:  Do you think that both

6    Palestinians and Israelis are at fault for there not

7    being peace?

8              MR. EUBANKS:  Objection.  Foundation.

9              THE WITNESS:  I don't know.  What is this

10   question?  I don't understand it.

11        Q.   BY MR. MONSOUR:  Well, do you think only

12   the Palestinians are at fault for there not being

13   peace between Israelis and Palestinians?

14             MR. EUBANKS:  Objection.

15             THE WITNESS:  According to my opinion,

16   it's both.

17        Q.   BY MR. MONSOUR:  What do you think are

18   some of the things Israel does that puts it at fault

19   as well as the Palestinians?

20        A.   I don't know.

21        Q.   Ms. Karkabi, why are you suing Arab Bank?

22        A.   It came here to commit terrorism for

23   bombing.

24             THE INTERPRETER:  Can you please repeat

25   it?  Sorry, I forgot.

F. KARKABI

1

2    (Brief discussion in Arabic between the

3    interpreter and the witness.)

4    THE WITNESS:  It bombed itself.  It killed

5  my brother.  What do you think?  Of course, I will

6  have to accuse it.

7    Q.  BY MR. MONSOUR:  So just so we're clear,

8  you think the bank came here to commit terrorism for

9  bombing?

10    A.  The bank sent its hand or even sent a

11  finger.

12    Q.  So what do you mean exactly?

13    What do you think the bank did in

14  connection to the bombing that killed your brother?

15    A.  When the bank helped these people, this

16  person who helped, who said, "I'll go and do it,"

17  killed these people who work, it's either they

18  came or it came.

19    THE INTERPRETER:  As in reference to the

20  bank.  That's my note.

21    Q.  BY MR. MONSOUR:  How do you think the bank

22  helped in this?

23    A.  When it sponsors them, when it funds them,

24  when it helps their parents, when it helps their

25  children and sponsors them as well to live.

Page 48

F. KARKABI

1    Q.    Are you aware of any facts in support of
this belief that Arab Bank did this?

4    A.    Ask my lawyer.

5    Q.    I'm asking if you yourself are aware of
any facts?

7    A.    I have a lawyer, and my lawyer can answer
your question.

9    Q.    How did you find out about this lawsuit?

10   A.    I don't remember how they came to me.

11   Q.    Who came to you?

12   A.    They didn't come to me.  They came to my
family.

14   Q.    Who's the "they"?

15   A.    I don't know.

16   Q.    Was it a lawyer?

17   A.    I don't know.

18   Q.    When you say they came to your family,
what do you mean?

20   A.    I recently found out about this.  My
father told me about this recently.

22   Q.    How recently?

23   A.    Three to four months ago, something like
that.

25   Q.    When did you find out that you were a part

F. KARKABI

1
2  of this lawsuit?

3      A.   When they came and told me that I need to

4  come here and talk.

5      Q.   When was that?

6      A.   Before three or four months.

7      Q.   Do you know when you were officially made

8  a member of this lawsuit?

9      A.   Could you please repeat the question?

10     Q.   Sure.  You stated that you found out that

11  you were a member of this lawsuit three or four

12  months ago when you were told about this proceeding.

13         But do you know when you were officially

14  made a member of this lawsuit?

15     A.   What do you mean when did I know?

16         I cannot really understand the question.

17  I'm really sorry.  I'm tired a bit.

18         Can I go to the bathroom?

19     Q.   Sure.  Let's take a break.

20         (Recess from 2:55 p.m. to 3:05 p.m.)

21     Q.   BY MR. MONSOUR:  All right.  Back on the

22  record.

23         Do you remember at any point in time,

24  Ms. Karkabi, filling out forms to join this lawsuit?

25     A.   In brief, my parents were in charge, and

1                        F. KARKABI

2    they took care of it.  They wrote down their names,

3    and then they called me.

4        Q.    Whose names did they write down?

5        A.    Me and my brothers.

6        Q.    Okay.  And what did they write these names

7    down on?

8        A.    On a paper.

9              What do you mean?

10       Q.    Are these forms that they filled out for

11   this lawsuit?

12             Is that what you're referring to?

13       A.    I don't know.  When they visited my

14   family, I didn't see what kind of forms they filled

15   it on.

16             THE INTERPRETER:  Interpreter's comment.

17   She used the word "tofis" as "form" in Hebrew.

18       Q.    BY MR. MONSOUR:  Do you know when this was

19   that your father put your name on this form?

20       A.    My mom told me that after my brother

21   passed away, maybe between six months and a year.

22   Even her, she doesn't remember.

23       Q.    When was the first time that you met with

24   an attorney with respect to this lawsuit?

25       A.    Maybe before three or four months with

Page 51

1                          F. KARKABI

2      those who were sent by the office.  It was Keren and

3      Ram.

4          Q.   So that was -- when you say before three

5      months ago, do you mean within a three-month range?

6               Or how much more than three or four months

7      ago are we talking about?

8          A.   No, not more than that.  Even maybe less.

9      But not more than three or four months.  I cannot

10     really remember.

11         Q.   Okay.  After that meeting, when was the

12     next time that you met in person with an attorney

13     with respect to this case?

14         A.   Today.

15         Q.   Prior to this proceeding?

16         A.   What do you mean by "this proceeding"?

17         Q.   You mean today before this proceeding?

18         A.   Before we just sat for this session, you

19     mean?

20         Q.   Yes.

21         A.   I saw Mr. John.

22         Q.   At any point in time, did your attorneys

23     provide you with any facts in support of your

24     lawsuit against Arab Bank?

25         A.   Can you personally repeat that question?

F. KARKABI

1

2    Q.    At any point in time, did your attorneys

3  provide you with any facts in support of your

4  lawsuit against Arab Bank?

5    A.    I don't remember this thing.

6    Q.    You don't what?

7    A.    I don't remember this thing.

8    Q.    You stated earlier that you were not aware

9  of any facts in support of the claims that you're

10 making against Arab Bank; is that correct?

11   A.    I said he can ask my lawyer.  Isn't that

12 right?

13   Q.    By saying that, do you mean that you

14 yourself are not aware of any facts?

15   A.    No.  What I know -- all what I know is

16 from my husband and also from my parents.  By that,

17 I mean my father and my mother.  So I asked them,

18 and that's it.

19        THE INTERPRETER:  I'm sorry.  I have to

20 complement the answer.

21        THE WITNESS:  They told me that they have

22 signed this form and they have wrote our names.  So

23 I went to my husband, and I asked him to explain to

24 me what these forms mean.

25   Q.    BY MR. MONSOUR:  What did your husband

Page 53

1                           F. KARKABI

2     tell you?

3          A.    He told me that he visited the Internet

4     and he checked on the Arab Bank.  And it was

5     sponsored by Saudi Arabia and that it supports

6     terrorism.

7          Q.    What else did he tell you?

8          A.    That's it.  I didn't ask him for him to

9     explain it.

10         Q.    Did you read these articles?

11         A.    No.

12         Q.    Have you ever heard about Arab Bank on the

13    TV?

14         A.    I previously told you I don't watch TV.

15         Q.    Have you ever read about Arab Bank in the

16    paper?

17         A.    My husband did read about it.

18         Q.    Do you know where he read about it?

19         A.    Whatever was available, he read it.

20         Q.    Did he read about this after learning

21    about the lawsuit or before?

22         A.    According to what he told me, that he

23    only heard about it and read about it.  But he never

24    actually presented or brought this issue in front of

25    me.  But only when I asked him specifically about

Page 54

F. KARKABI

1  it, he told me a bit.  And he told me from what he

2  read on the Internet as well.

3      Q.    Have you ever had an account with Arab

4  Bank?

5      A.    No.  Not even one time.  I have a bank

6  account in Bank Hapoalim.

7      Q.    Do you know of any family members that

8  have accounts at Arab Bank?

9      A.    How would I know?

10     Q.    Did they tell you?

11     A.    It's a private thing related to them.

12 They're not supposed to tell me, and I don't ask

13 them.

14     Q.    Are you aware of any friends of yours that

15 have bank accounts at Arab Bank?

16     A.    Same.  These things are personal.  I

17 cannot come and ask about personal things.

18     Q.    Do you know where Arab Bank has branches?

19     A.    I know that it's in the United States.

20 I know that from my husband.  Other things about

21 branches, I don't know.

22     Q.    Do you know if it has a branch here in

23 Israel?

24     A.    I don't know.  I don't know.

25

Page 55

F. KARKABI

1    

2    Q.    Do you know where the bank is based out

3    of?

4    A.    You ask me strange things.  I don't

5    understand.  I don't know.

6    Q.    Okay.  Have you ever heard of it referred

7    to as a Jordanian bank?

8    A.    No, I didn't hear about it.  And I don't

9    know about it.

10    Q.    Are you suing anyone else besides the Arab

11    Bank?

12    A.    No.

13    Q.    Ms. Karkabi, did you ever speak to the

14    police or the military about the attack that killed

15    your brother?

16    A.    I talked to the police.  When the

17    explosion happened and we heard about it, we went

18    to the hospital to see.  They started moving us from

19    one place to another until the police came and asked

20    about the last person that saw him.  And I answered

21    it's me.  I answered him about what he was wearing

22    and the color of it and where we were standing.  So

23    then I included and I kind of summarized what I said

24    and I signed.

25    Q.    So you gave this statement to the police

Page 56

1                              F. KARKABI

2     officer?

3          A.    Exactly.

4          Q.    Did the police or military ever give you

5     any information about the attack itself?

6          A.    No.

7          Q.    Okay.

8          A.    While we were in the hospital, not at all.

9          Q.    How about after the hospital?

10         A.    After we have been to the hospital, what

11    was on TV.  And you heard.  We also heard.

12         Q.    Okay.  Apart from that, did you ever have

13    any conversations with the police or the military?

14         A.    No.  Not at all.

15         Q.    Are you aware if any persons were captured

16    in connection to this attack?

17         A.    I know that there was information about

18    the cab driver who actually gave her a lift.

19         Q.    Do you know what happened to him?

20         A.    He was sentenced.  But for how long, I

21    don't know.

22         Q.    And did you attend his trial or his

23    sentencing?

24         A.    No, I wasn't.  Because that place was too

25    far and there was nobody to go to.  So we actually

Page 57

1                              F. KARKABI

2    followed this on TV.

3         Q.   When you say "we," do you mean your

4    family?

5         A.   I mean myself, my husband, and my

6    children.

7         Q.   Do you know if any other members of your

8    family attended the trial or the sentencing?

9         A.   In reality, in the family -- nobody

10   actually went there because we couldn't actually

11   go there.  Although my father has a car, but we

12   didn't know the roads there.  So we didn't go.

13        Q.   Do you know where the trial or the

14   sentencing was held?

15        A.   Roughly.  I don't know.  But in an area

16   very close to Jenin.  I don't know exactly.

17        Q.   Okay.  Was the trial or sentencing in the

18   West Bank?

19        A.   In this area.

20        Q.   Jenin?

21        A.   I didn't say Jenin.  In an area close to

22   Jenin.

23        Q.   Well, did you mean an area, as you say,

24   very close to Jenin that's not in the West Bank?

25             Or do you just not know if it was in the

                              F. KARKABI

1

2    West Bank or not?

3        A.   I don't know.  An area that isn't under

4    Palestinian -- in an area that doesn't fall under

5    the Palestinian Authority.  It's an area within

6    Israel.

7        Q.   Ms. Karkabi, tell me what you know about

8    the incident, the attack itself.

9        A.   It was a Saturday.  And, in general,

10   we don't work on a Saturday.  It was morning, at

11   9:00 a.m.  I went to Wadi Nisnas to buy stuff.  And

12   we saw my brother.  Then he went to his work, and we

13   continued.  And then I went back home.

14            THE INTERPRETER:  She also said his name,

15   "Mutanus."

16            THE WITNESS:  I started working.  This was

17   something unusual.  My husband usually listens to

18   the news and watches TV.  But this time, he wasn't

19   doing that.  He was playing with my son.

20            All of a sudden, the door rang, and his

21   sister came in, my husband's sister.  And she asked

22   us:  Why aren't you watching the TV?  There was an

23   explosion.

24            THE INTERPRETER:  She said in Hebrew

25   "pigua."

1                      F. KARKABI

2           THE WITNESS:  And we asked her:  Where was

3    that?

4           And she answered that there was an

5    explosion at Maxim restaurant.  Immediately his

6    brother came in.  He came back from a visit to the

7    graveyard.  He went there to visit the graveyard

8    with some of our relatives.  And he came and

9    whispered in my husband's ear and told him:  I

10   saw him lying on the ground.

11          I didn't hear that.  So my husband told

12   me:  You have to hold yourself.  Something really

13   bad happened.

14          And we went to the hospital.  We were

15   moving from one room to another.  We were moving

16   from one floor to another until we saw the

17   policeman.  And he asked me.  My mother fainted,

18   and she fell on the ground.

19          After all this mess and once things calmed

20   down a bit, they came and told us:  Three of you

21   have to go to Abu Kabir to recognize the body.

22          My husband and my older brother Milad and

23   someone else -- I can't remember who it was -- went

24   and recognized my brother.

25          This is what happened.  He went in a

Page 60

1                        F. KARKABI

2   glimpse of an eye.

3       Q.   BY MR. MONSOUR:  Did you ever speak to

4   anyone that was present during the incident of the

5   bombing?

6       A.   What do you mean during the bombing?

7            I wasn't present during the bombing in the

8   restaurant.

9       Q.   Did you ever speak to anyone after the

10  bombing that was present during the incident?

11      A.   Can I ask a question to know how to answer

12  it?

13           Does it mean that I talked to someone

14  instantly after I heard about the explosion?

15      Q.   At any point after the incident.

16      A.   I called my parents.  I called his wife.

17  I asked her:  Would you like to come with us to the

18  hospital?

19           She said:  No.  My brother is coming, and

20  he will take me.

21           I didn't talk to anybody.  I didn't even

22  care for my children.  I went as I was with my

23  slippers, with the way I was dressed, straight to

24  the hospital to see my brother, to see something

25  from him.

Page 61

F. KARKABI

1

2    Q.   Did there ever come a point in time when

3    you spoke to someone who had been present in the

4    restaurant during the time of the bombing?

5    A.   No.  No.

6         (Ms. Readlinger exits the proceedings.)

7    Q.   BY MR. MONSOUR:  Okay.  How long had your

8    brother worked at the restaurant?

9    A.   I don't know for how long.

10   Q.   What was his job?

11        (Brief discussion in Arabic between the

12        interpreter and the witness.)

13        THE INTERPRETER:  She's asking about a

14   word in Hebrew that she's using.

15        To tell her?

16        MR. MONSOUR:  Yeah.  Go ahead and help

17   her.

18        (Brief discussion in Arabic between the

19        interpreter and the witness.)

20        THE WITNESS:  He used to work in so many

21   subjects.  He used to fix things.  He used to work

22   as an electrician.  It doesn't mean that he didn't

23   study anything.  He studied as an insurance agent.

24   And he worked in that field also.

25        But he worked in anything that could help

1                          F. KARKABI

2   his family, to support his family.  That's why he

3   worked as a security guard, because his wife wasn't

4   working.

5       Q.   BY MR. MONSOUR:  Okay.  Just so we're

6   clear, he worked as a security guard for the

7   restaurant?

8       A.   Yes.

9       Q.   What did your family do after your time

10  at the hospital?

11      A.   Normal.  As any other family that opens

12  its house for condolences.

13      Q.   Do you know if the restaurant was ever

14  rebuilt after this incident?

15      A.   Surely it was rebuilt.  They fixed it, and

16  now it's working again.

17      Q.   Have you been there since?

18      A.   I don't even like to pass by this area.

19  The first time I went there and the only one is when

20  they put the memorial stone there.  And this was the

21  only time that I stand by it.

22      Q.   When was this?

23      A.   Before two to two years and a half because

24  they recently rebuilt it not long ago.

25      Q.   Ms. Karkabi, did you ever file a claim

1                            F. KARKABI

2    with Bituach Leumi in connection to this incident?

3        A.   No, I didn't.  I never filed something to

4    the National Insurance.  What can it help me, the

5    National Insurance?

6        Q.   Okay.  Did you ever receive any sort of

7    psychological treatment?

8        A.   No.  No.  Because any psychological

9    treatment involves that the doctor will come and sit

10   with me.  And this will make me much more tired.  I

11   have people at home, people who I can talk to.

12       Q.   I've read that this restaurant was

13   well-known for both Jews and Arabs frequenting it

14   together; is that true?

15       A.   Correct.

16       Q.   I've also heard that's true of Haifa as

17   well; is that true?

18       A.   Correct.

19       Q.   Is Haifa unique in this respect compared

20   to other parts of Israel?

21            MR. EUBANKS:  Objection.  Foundation.

22            THE WITNESS:  In what aspect?

23       Q.   BY MR. MONSOUR:  Do Jews and Arabs live

24   together more peacefully than in other parts of

25   Israel?

Page 64

F. KARKABI

1

2     A.   According to what I hear, that in Haifa
3  Arabs and Jews coexist in a very big peaceful way.

4     Q.   More so than in other parts of Israel?

5          MR. EUBANKS:  Objection.  Foundation.

6          THE WITNESS:  As I previously told you,
7  Haifa is the city where the biggest peaceful
8  coexistence happened between Arabs and Jews.

9     Q.   BY MR. MONSOUR:  Why do you think that's
10  true of Haifa?

11    A.   This is related to the people that live in
12  Haifa, to the population of it.

13    Q.   Why are Israelis and Palestinians not able
14  to get along as well in other parts of Israel as
15  Haifa?

16         MR. EUBANKS:  Objection.  Foundation.

17         THE WITNESS:  Go and ask them.  You're
18  asking me?

19    Q.   BY MR. MONSOUR:  I'm asking your opinion.

20    A.   The same.  I don't know.

21    Q.   Have you ever learned any information
22  about the bomber who committed the attack that
23  killed your brother?

24    A.   I know that she's a girl.  This is what
25  was told to me because I don't read the newspaper.

1                      F. KARKABI

2    She's a girl, and she is a beautiful girl.  This is

3    what was told to me.

4         Q.   Have you ever heard of any information as

5    to what motivated her to commit this attack?

6         A.   No.

7         Q.   Do you believe that the families of

8    suicide bombers should be punished if they didn't

9    know anything about the attack that was going to

10   be committed?

11        A.   Do you mean that they supposedly should

12   punish her family?

13        Q.   Should her family be punished if they did

14   not know she was going to commit this crime?

15        A.   No.

16        Q.   Are you aware of Israel's policy of

17   destroying the homes of the families of suicide

18   bombers?

19             MR. EUBANKS:  Objection.  Foundation.

20             THE WITNESS:  No, I don't know.

21        Q.   BY MR. MONSOUR:  Have you ever heard of

22   that?

23        A.   No.

24        Q.   Do you think a suicide bomber's family

25   should still be able to receive charity if they

F. KARKABI

1  did not know about the attack that was going to be

3  committed?

4        MR. EUBANKS:  Object to form.

5        THE WITNESS:  No, they shouldn't help it.

6  They shouldn't receive it.

7      Q.   BY MR. MONSOUR:  Why not?  Why not?

8      A.   Why to help them?  What's the reason?

9      Q.   Well, if the family needs charity and they

10  had nothing to do with the crime, should they still

11  be able to receive the charity?

12        MR. EUBANKS:  Object to form.

13        THE WITNESS:  In general, if the family is

14  poor and in need, why not?  They can help them if

15  that has to do only with help.

16        But I don't think that nobody of them

17  know --

18        THE INTERPRETER:  Referring to the

19  families.  That's my note.

20        THE WITNESS:  -- know about the incident.

21  I think they actually know about it.

22      Q.   BY MR. MONSOUR:  Did you ever hear or

23  learn that the family of the suicide bomber that

24  caused your brother's death had no idea that she

25  was going to commit this crime?

Page 67

                        F. KARKABI

1

2              MR. EUBANKS:  Objection.  Foundation.

3              THE WITNESS:  I don't know information.

4    I don't know more information except for the ones

5    that I already talked about right now.

6              Despite this, my heart is burning.  It's

7    like she killed my brother.  Do you expect me to

8    tell you that you should go and help them?

9         Q.   BY MR. MONSOUR:  Ms. Karkabi, without

10   speaking directly about the bomber that caused your

11   brother's death, in general, do you think that

12   Israel should destroy the homes of the families

13   of suicide bombers?

14             MR. EUBANKS:  Object to form.

15             THE WITNESS:  Did Israel do this thing?

16        Q.   BY MR. MONSOUR:  Are you aware of it ever

17   having been done?

18             MR. EUBANKS:  Objection.  Asked and

19   answered.

20             THE WITNESS:  Can I answer?

21             MR. EUBANKS:  Yes.

22             THE WITNESS:  Could you repeat the

23   question, please?

24        Q.   BY MR. MONSOUR:  Without speaking about

25   the bomber that caused your brother's death, in

1                         F. KARKABI

2    general, do you think that Israel should destroy

3    the homes of suicide bombers?

4              MR. EUBANKS:  Object to form.

5              THE WITNESS:  No.  I'm not in support of

6    this.  I cannot blame her family for this.

7              When she killed my brother, she also

8    killed herself.  Not only that, she was cut into

9    pieces too.  So if she killed -- like, I don't agree

10   with her killing my brother, I don't agree that they

11   actually demolish the house of her family.

12        Q.   BY MR. MONSOUR:  Ms. Karkabi, to the best

13   that you can, can you tell me the effects that your

14   brother's death has had on your family?

15        A.   Many things.  Several things.  My mom got

16   sick.  She wore black, and she didn't take it off

17   until only a month ago when my daughter got engaged.

18             My mom was in good health.  She was never

19   in need to go to a doctor.  She used to get regular

20   illnesses like to be sick or with flu and to take

21   medicine for it.

22             But after that, what happened, she started

23   to have a pressure in a way that went on her skin.

24   And she started taking medicine for it, and she went

25   to the hospital.  And until now, she cannot even

Page 69

F. KARKABI

1  wear short sleeves.  She would only have to wear

2  long sleeves.

3        It always has been only about crying.  She

4  put a picture that big (indicating) in the room so

5  she will enter and exit crying.  What do you expect

6  my father to feel like while seeing her wearing

7  black and constantly crying?

8        I will talk now about myself.  I still

9  don't sleep well.  I actually have dreams that I'm

10  suffocated.  And also sometimes I dream about my

11  brother.

12        THE INTERPRETER:  Can I just ask her a

13  question, please?

14        (Brief discussion in Arabic between the

15        interpreter and the witness.)

16        THE WITNESS:  I even went very far with

17  this thing that happened to me.  And I left my

18  family and my husband to start this work only to

19  actually forget what happened.

20        And I cannot still forget it.  Even the

21  little song that I hear, the small part that I see,

22  always the tears on my face.  And I cannot forget.

23  I am not able to forget.

24        I wore black for almost a year long.

F. KARKABI

1   I wore black for a whole year.  I didn't care for

2   myself.  I didn't give my husband what I, as a wife,

3   should give to her husband.  I didn't go out.  I

4   always cried.  I wasn't like any other woman.  I

5   didn't care for myself.  I didn't take care of

6   myself.  I left my hair.  I left my appearance.

7           I didn't take my children to refresh.

8   I didn't go or fly with them abroad.  I didn't take

9   them to the pool.  Even my youngest child, five

10  years old -- no -- three years old, I didn't even

11  take her to a garden.

12          I was a very nervous person.  I was very

13  nervous.  I wasn't there for my children.  A mother

14  wasn't there.  I wasn't there with them like I used

15  to be as a young child, sitting with them on the

16  swing, playing with them.

17          I no longer went to church.  Why would I

18  go to church?  Why?  I stopped believing in God.

19  Why?  Because I asked myself:  Why was he asleep

20  when the whole explosion happened?

21          THE INTERPRETER:  And she said the word

22  "explosion" in Hebrew, "pigua."

23          THE WITNESS:  I never went back to the

24  church.  I no longer loved going there.  I only went

F. KARKABI

1    there with my child.  I stayed outside in the yard,

2    and I left her to go in, just to be with her.

3          She always asked me:  Why aren't you

4    coming with me to take bread like families with

5    their children?

6          Continuously I am grieving.  My husband --

7    my husband and I suffered for a whole year.  He took

8    me to Taba just for refreshment.  We went for four,

9    five days just to forget, just to get out of all

10   this mess.

11         I used to see him everywhere.  And once we

12   came back, I couldn't stay in the house because I

13   saw him everywhere.  That's why we sold the house

14   and we are living in rent.  I'm paying for rent for

15   the new house.  But this is not helping.  Because I

16   still see my brother.  And when I'm in pain, I say

17   "ach."

18         THE INTERPRETER:  In Arabic, "ach," it

19   means "brother."  And it's also the expression that

20   you give when you are in pain.  So if you are hit

21   with something, you say "ach."

22         THE WITNESS:  And my brother died when

23   my little child was three years old.  My youngest

24   child, I left her.  For more than three weeks, we

1                    F. KARKABI

2    were in grief.  I was at my parents' house.  And

3    when I came back, she asked me:  Are you my mother?

4         I left my children.  I left my husband.

5    And she asked me:  Are you my mother?  It was

6    difficult for me.  It was painful for me to hear

7    something like that.  I slept near her.  I left my

8    husband, and I left my other children all alone.

9         She asks me -- the other ones are older.

10   They are 15 and they are 10.  And they understand

11   what death means.  But she -- she is too young to

12   understand.  And I can't enter this concept into her

13   mind what is death.  It was difficult for me to

14   explain to a young kid what does it mean to kill a

15   person.  I tell her he went, he went and left to be

16   with Jesus, and he went to play with Jesus the board

17   game.

18        She asks me:  Who will bring him the tools

19   to play on the board?

20        And I tell her:  They will manage.  They

21   will play.

22        And once she became more -- once she

23   became older, she understood more.  She saw the

24   picture.  She sees his picture on my breast.  And

25   she understands.  And she keeps telling me:  Don't

F. KARKABI

1   be sad.  Don't be sad.  God's mercy upon him.

2          Even the older children, when they are

3   at school, they cry.  The teachers try to calm them

4   down.  Once one of them wrote an essay at school

5   about their uncle.

6          My older child, the 19 years and a half

7   old, Sohaila, she got engaged.  Her uncle will

8   remain always in front of her, all her life.

9          Her fiance knew her uncle.  He worked with

10  him.  He asked once her uncle about her.  And he

11  asked him once also to replace him at work.  He was

12  supposed to be visiting in Jerusalem friends.  His

13  name is Elias.  But they weren't able to replace, to

14  exchange them between them.  So her uncle died and

15  her fiance lived.  Although they didn't know each

16  other from before, if they were able to change

17  places between them, that meant her fiance would

18  have died.

19      Q.   BY MR. MONSOUR:  Have your mother or

20  father received any sort of psychological counseling

21  in connection to your brother's death?

22      A.   There used to be a woman from the

23  insurance that comes and talked to her.  And now

24  there are like meetings for all the families that

Page 74

                              F. KARKABI

1

2   have lost ones.  So they go and talk with each other

3   about it.

4              At the beginning, it was only them going

5   to her and talking to her.  But then they included

6   the meetings for all the families to go out and

7   meet.

8        Q.   How often would they go to these meetings?

9        A.   I'm sorry.  I don't know.  I cannot

10  exactly say for sure.  Maybe three to four months

11  or maybe two to three months.  I really don't know.

12  I cannot answer this question.

13       Q.   For how long of a period of time would you

14  estimate that, as you say, you stopped taking care

15  of yourself and stop caring about your appearance?

16       A.   For a whole year.  Not only me.  Also my

17  sister.  My sister was even more than me.  I used

18  to, for example, sometimes go and, with a tweezer,

19  take out one -- fix it, fix a problem here or there.

20  But my sister wouldn't even touch her face.

21       Q.   Have your children received any sort of

22  psychological counseling?

23       A.   No.  Thank God they have a father that

24  there's no one better than him, and there is no one

25  as good-hearted as him.  So their father was like

                            F. KARKABI

1  their doctor.

2       Q.   Do you take any medications for sleeping?

3       A.   No.  My husband was my medicine.  I put my

4  head on his breast.

5       Q.   I believe you stated that you left your

6  family for a period of time.

7            What were you referring to?

8       A.   We had family problems, a bit of small

9  family problems.

10      Q.   What were these problems?

11      A.   Simple problems.  And when they tried to

12 interfere, I used to take a distance so they don't

13 interfere in our lives.

14      Q.   Who's the "they" that you're referring to?

15      A.   My father and my mother.

16      Q.   Just so I can be clear for the record, can

17 you give me an idea of what kind of problems your

18 parents were trying to interfere with you and your

19 husband?

20      A.   Don't you think that these things are

21 personal?

22      Q.   These problems that you were suffering

23 with your husband, are you claiming these as

24 injuries related to your brother's death?

Page 76

1                          F. KARKABI

2        A.   No, no, no.  These problems were before

3    my brother died.  When he died, thank God nothing

4    happened.  (Indicating.)

5             MR. MONSOUR:  I'm glad you did that.

6             THE INTERPRETER:  It's like an Arabic

7    thing.

8        Q.   BY MR. MONSOUR:  Ms. Karkabi, I will not

9    ask you about these problems.

10       A.   I will respect you.

11            I'm getting hungry.

12            MR. MONSOUR:  Ms. Karkabi, I have no

13   further questions at this time.  I thank you for

14   being here for this deposition.

15            THE WITNESS:  Thank you.  Can I breathe?

16            MR. MONSOUR:  Well, maybe not yet.

17            MR. EUBANKS:  Ms. Karkabi, I do have some

18   follow-up questions.  Before we do that, would you

19   like to take a break before I ask you my questions?

20            THE WITNESS:  As you like.  As you would

21   see fit.  But before anything else, you wrote my

22   name incorrectly in Arabic.  Fatima, you don't write

23   that way.

24            MR. MONSOUR:  Fatima.  "Beautiful."

25   "Beautiful."

Page 77

F. KARKABI

2      THE WITNESS:  So you know Arabic.

3      (Recess from 4:21 p.m. to 4:32 p.m.)

4      MR. EUBANKS:  Back on the record.

5

6                    EXAMINATION

7  BY MR. EUBANKS:

8      Q.   Ms. Karkabi, you testified earlier that,

9  on the day of the terrorist attack, you spoke with

10  the police; is that correct?

11      A.   That's correct.

12      Q.   What did you tell the police that day?

13      A.   They asked me if I saw him the last time,

14  what he was wearing.  They also asked me if there is

15  something facially special about him, if there is

16  kind of like a birthmark or something.  So I said

17  exactly what is special about him.

18      Q.   When was the last time that you saw your

19  brother?

20      A.   On the 4th of October between 9:00 and

21  9:00 and a half in 2003.

22      Q.   And when you say between 9:00 and 9:00 and

23  a half, is that 9:30 in the morning?

24      A.   Yes.

25      Q.   Where did you see your brother that day?

                              F. KARKABI

1
2       A.   I saw him when he was heading to work on

3  Caesarea Street.  On that road I saw him.

4       Q.   How often would you see your brother?

5       A.   On a daily basis.

6       Q.   How would you see him on a daily basis?

7       A.   He used to come and visit us.

8       Q.   What did he do when he came to visit you?

9       A.   We used to sit and talk, to play with the

10  kids, and also play with my husband the board game.

11       Q.   How old was your brother when he was

12  killed?

13       A.   Thirty-one years old.

14       Q.   Was he married?

15       A.   Yes, he was.

16       Q.   What was his wife's name?

17       A.   Sumar.

18            THE INTERPRETER:  S-u-m-a-r.

19       Q.   BY MR. MONSOUR:  And have you remained in

20  touch with his wife following his death?

21       A.   Of course, yes.

22       Q.   Where does she live?

23       A.   She lives in Haifa.  But for the time

24  being, she's in Nazareth with her mother because

25  she's sick and she's standing by her side because

1                        F. KARKABI

2    she needs her.

3         Q.   Did she remarry?

4         A.   No.

5         Q.   Do you remember what year it was that they

6    got married?

7         A.   They got married in 2001, I think.

8         Q.   Did you attend the wedding?

9         A.   Of course.  And I also danced.

10        Q.   Were you a participant in the wedding?

11        A.   Surely.  It's my brother.  How come I

12   would not participate in his own wedding?

13        Q.   Do you know how often your brother would

14   see your other siblings?

15        A.   Do you mean from his wife's side?

16        Q.   No.  The siblings that you and your

17   brother share.

18        A.   It wasn't on a daily basis.  But it was

19   maybe once or twice a week.

20        Q.   Can you tell me the names and ages of your

21   siblings, excluding your brother Mutanus?

22        A.   Afif.  He could be 44 or 43.  Milad.  I

23   think he's 42, possibly two years older than me.

24   Now, of course, me.  And I'm 40 years old.  Soad.

25   She's 38 and a half years old.

F. KARKABI

1

2    Q.    Were there occasions when your whole

3    family would get together, including your brothers,

4    sisters, and parents?

5    A.    Of course.  That's for sure.  Birthdays,

6    New Year, Easter, weddings, and anything that is

7    related as an occasion for the family.  Many times

8    we also used to meet in the family house.

9    Q.    Where was the family house located?

10   A.    Hatzinut Street where my father and mother

11   live.  This is what I mean by the family house.

12   Q.    Do the members of your family, meaning

13   your siblings and your parents, live close to one

14   another?

15   A.    Kind of, yes.  My two brothers, they live

16   on top of each other's floor.  They are not far from

17   the family house.  It's about a seven-minute walk.

18   My sister is also not very far away.  She is about

19   five minutes away.  Only me living away from the

20   family house.  I need a car.  And if I want to walk,

21   it means about 15 or 20 minutes.

22   Q.    You stated that you recently moved.

23         Was your previous house closer to your

24   family house?

25   A.    Yes, it was closer.  Walking then, it took

F. KARKABI

1   about the same as it takes with my brothers now,

2

3   seven to ten minutes.

4        Q.   Do you know what level of education your

5   brother Mutanus achieved?

6        A.   He finished with a 12th elementary.

7   And as I told you before, he also studied as an

8   insurance agent.

9        Q.   Was his job at the restaurant only a

10  part-time job?

11       A.   Yes.

12       Q.   Did he have a full-time job at that time?

13       A.   No.  No.  His job was not good.  His job

14  was kind of connected, disconnected.

15       Q.   What do you mean by it was connected and

16  disconnected?

17       A.   He used to jump from one place to another.

18  He didn't have one particular job in one certain

19  location.

20       Q.   When you say he jumped from one place to

21  the other, does it mean that he jumped from one

22  company to another, or were these positions within

23  the same company?

24       A.   No.  He wasn't in charge in a certain

25  particular company.  But he was jumping from one job

F. KARKABI

1  into the other in general.

2         Like, for example, he will do the framing

3  job for somebody, or he will work as a bodyguard or

4  to fix something or deal with a kind of electricity

5  problem.

6  Q.   You stated earlier that, after your

7  brother's body had been identified and it was

8  confirmed that he had died in the attack, that your

9  home was open for condolences; is that correct?

10  A.   Correct.

11  Q.   And how long was your home open for

12  condolences?

13  A.   You mean the condolences where we received

14  condolence?

15  Q.   Yes, when you received condolences.

16  A.   Nearly about three weeks.  In general,

17  they stay about a week, three, four days.  But for

18  that particular thing, it was about for three weeks.

19  Q.   To the best of your recollection, who came

20  to give your family their condolences?

21  A.   All those we know, relatives.  People that

22  we also don't know.  And also -- what's his name --

23  Azmi Beshara, if I'm not mistaken.  I was not

24  present then, but my husband was.  Many people came.

                         F. KARKABI

1   And also his friends that we don't know.

2              And also many Jews, not a few.  Many,

3   many.  And many actually sent condolences cards, not

4   only from Haifa, but also from outside of Haifa.

5   And also many sent rose bouquets.

6       Q.    You stated earlier that you would see your

7   brother Mutanus every day.

8              Why would you see him every day?

9       A.    Because he used to come to spend time with

10  us.  He used to come and spend time and spend the

11  night.  It's a normal thing where a brother visits

12  his sister.

13      Q.    Earlier you stated that after your brother

14  died was when you began working between eight and

15  nine and a half hours a day.

16             Do you recall that?

17             THE INTERPRETER:  Could you repeat the

18  question, please?

19      Q.    BY MR. EUBANKS:  Earlier you stated that

20  after your brother died was when you began working

21  eight to nine and a half hours per day.

22             Do you recall that?

23      A.    No, I didn't say so.  I said until 1:00 or

24  2:00 and then go home.  But now I started working

Page 84

F. KARKABI

1    more.

2         Q.    When did you start working more?

3         A.    After we finished the mourning period.

4    That was after one year.

5         Q.    Was this amount that you were working

6    after the mourning period more than you had worked

7    prior to when your brother was killed?

8         A.    Yes.  And now even for this period of

9    time, it's way much more.

10        Q.    Why are you working much more?

11        A.    To forget.

12        Q.    To forget what?

13        A.    To forget about it, to get out of the

14   grief.  I don't want to always be at home and always

15   remember and cry.  I want to get out of this thing.

16        Q.    When you say "this thing," what do you

17   mean?

18        A.    To actually escape grieving, to run away

19   from the memories, beautiful memories.  It affects

20   me a lot to remember in every corner that he used to

21   play with the kids.  And on the balcony, he used to

22   sit with my husband.  I actually go to work to

23   escape those corners of the house.

24        Q.    Are there other things that you do to

25

F. KARKABI

1  escape those corners of the house?

2     A.    No.  It kind of helped me to forget a

3  little bit -- it's not the whole thing.  But when

4  I sit with women like me and we discuss problems,

5  I kind of also forget.  I go out of the house.  It

6  helps me forgetting.  But when I go back to the

7  house, it comes back to me.

8     Q.    Ms. Karkabi, can you tell me what impact

9  it has had on your father, as you put it earlier, to

10  see your mother wearing black and constantly crying?

11     A.    He's always upset.  He's always angry.

12  He always tries to take her out, to visit relatives,

13  to take her out of it.  It actually made him very

14  upset.  It affects him.  Definitely it does.  It's

15  something that you cannot see, but it's deep down in

16  his own heart.  He's a man who usually does not show

17  that.  He doesn't talk about him, but we know.

18     Q.    And you stated earlier that, after your

19  brother died, you never went back to church; is that

20  correct?

21     A.    Correct.

22     Q.    Did you regularly go to church prior to

23  your brother's death?

24     A.    I cannot say that I used to go there on

1                      F. KARKABI

2    a daily basis.  But on occasion, for occasions,

3    we used to go there.  And also on Saturdays.  We

4    couldn't go on a Sunday because it was a working

5    day for us.  And, again, we used to go there on

6    Saturdays.

7         Q.   Were church services held on Saturdays?

8         A.   Yes.  There was one service at night.

9    Because many Christians couldn't go on a Sunday

10   because many of them actually work on Sunday.

11        Q.   Was it for this Saturday service that you

12   would go to church?

13        A.   Yes.  And also, when I didn't have

14   something to do on a Sunday, I used to go down to

15   the church with my kids on a Sunday.

16        Q.   Why did you never go back to church after

17   your brother died?

18        A.   Because I felt that God -- because God

19   is injust.  This restaurant is owned by Christian

20   people.  They have also the photo of Miriam in the

21   restaurant.

22             Why God didn't stop that woman?  Why he

23   didn't persuade her to go back?  Why he didn't teach

24   her?  Why he couldn't do something about it?  Why he

25   would allow murder?

F. KARKABI

1

2          He told us to love.  And there is only

3   hate in the world.  And there is only famine in the

4   world.  I also ask myself many questions, and there

5   is no answer.  And that is why I went backwards with

6   regard to my belief.

7          Q.   You testified earlier that you sold your

8   house.

9          A.   In that house, I used to be very

10  miserable.  And my psychological status was really

11  bad.  My husband wanted me to be relieved of it, and

12  he wanted to help me.  So he decided to leave that

13  house.  That's it.

14         Q.   And, Ms. Karkabi, I believe you testified

15  earlier that you identify yourself as a Palestinian;

16  is that correct?

17         A.   Correct.  But that doesn't mean -- I love

18  them.  I love the Jews very much.

19              THE INTERPRETER:  It was interrupted.

20              THE WITNESS:  Yes, I am Palestinian, but

21  it doesn't mean that I don't love the Jews.  I love

22  them very much.

23              I also work for a widow with two kids.

24  And I worry for them, and I cook for them.  And I

25  even take care of them when they're sick, check

Page 88

F. KARKABI

1

2     their fever.  I love them very much.

3          Q.   BY MR. EUBANKS:  Ms. Karkabi, are you also

4     an Israeli citizen?

5          A.   Correct.  Yes.  Yes.  It works like that.

6     It works like that.  And before everything, I am a

7     human being.

8          Q.   What is the name of the church that you

9     attend?

10         A.   The Catholic church.

11         Q.   Does it have a proper name for the church?

12         A.   No, there isn't.  It's the orthodox Greek

13     Catholic church.

14              MR. EUBANKS:  I have no further questions.

15              MR. MONSOUR:  I have no questions.

16              (The deposition concluded at 5:08 p.m.)

17

18

19

20

21

22

23

24

25

Page 89

F. KARKABI

CERTIFICATE OF REPORTER

1
2
3
4       I, BRENDA MATZOV, CA CSR 9243, do hereby
5   certify:
6       That the foregoing deposition was taken
7   before me at the time and place herein set forth,
8   at which time the aforesaid proceedings were
9   stenographically recorded by me and thereafter
10   transcribed by me;
11       That the foregoing transcript, as typed,
12   is a true record of the said proceedings;
13       And I further certify that I am not
14   interested in the action.
15
16       Dated this 5th day of August, 2008.
17
18   _____

     BRENDA MATZOV, CA CSR 9243
19
20
21
22
23
24
25

Page 90

F. KARKABI

WITNESS ERRATA SHEET

NAME OF CASE:  ALMOG v. ARAB BANK, PLC

DATE OF DEPOSITION:  JULY 24, 2008

NAME OF WITNESS:  FATIMA KARKABI

Reason codes:

        1.  To clarify the record.

        2.  To conform to the facts.

        3.  To correct transcription errors.

PAGE      LINE      CHANGE           REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

FATIMA KARKABI, Witness