UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
------------------------------------------------------- X
COURTNEY LINDE, et al.,                                 :
                                                        :   CV-04-2799 (BMC)(VVP)
                Plaintiffs,                             :   and all related cases*
                                                        :
- against -                                             :   NOTICE OF MOTION
                                                        :   TO ADMIT COUNSEL
ARAB BANK, PLC,                                         :   PRO HAC VICE
                                                        :
                Defendant                               :
------------------------------------------------------- X
```

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Goldstein & Russell, P.C. and a member in good standing of the Bars of the State of Maryland and the District of Columbia, as attorney pro hac vice representing amicus curiae the Hashemite Kingdom of Jordan. There are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,

/s/ Thomas Goldstein
Thomas Goldstein
Goldstein & Russell, P.C.
7475 Wisconsin Ave.
Suite 850
Bethesda, MD 20814
tgoldstein@goldsteinrussell.com
202.362.0636

* *Philip Litle, et al. v. Arab Bank, PLC*, 04-CV-5449 (BMC)(VVP); *Oran Almog, et al. v. Arab Bank, PLC*, 04-CV-5564 (BMC)(VVP); *Robert L. Coulter, Sr., et al. v. Arab Bank, PLC*, 05-CV-365 *(BMC)(VVP) Gila Afriat-Kurtzer, et al. v. Arab Bank, PLC*, 05-CV-388 (BMC)(VVP); *Michael Bennett, et al. v. Arab Bank, PLC*, 05-CV-3183 (BMC)(VVP); *Arnold Roth, et al. v. Arab Bank, PLC*, 05-CV-03738 (BMC)(VVP); *Stewart Weiss, et al. v. Arab Bank, PLC*, 06-CV-1623 (BMC)(VVP).

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
COURTNEY LINDE, et al.,                  :
                                         :   CV-04-2799 (BMC)(VVP)
            Plaintiffs,                  :   and all related cases
                                         :
- against -                              :   AFFIDAVIT OF THOMAS GOLDSTEIN
                                         :   IN SUPPORT OF MOTION TO ADMIT
ARAB BANK, PLC,                          :   COUNSEL PRO HAC VICE
                                         :
            Defendant                    :
---------------------------------------------------------- X

THOMAS GOLDSTEIN, being duly sworn, hereby deposes and says as follows:

1. I am a partner at the law firm of Goldstein & Russell, P.C.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Maryland and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in these cases for amicus curiae the Hashemite Kingdom of Jordan.

_____
Thomas Goldstein
Goldstein & Russell, P.C.
7475 Wisconsin Ave.
Suite 850
Bethesda, MD 20814
tgoldstein@goldsteinrussell.com
202.362.0636

SUBSCRIBED AND SWORN TO ME THIS ___3___ DAY OF NOVEMBER, 2014.

Kau Borkoski
Commission expires 7·31·16

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twelfth day of December, 1995,

### Thomas C. Goldstein

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this third day of November, 2014.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D.C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## THOMAS C. GOLDSTEIN

was on   **MAY 4, 1998**   duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **NOVEMBER 3, 2014**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
        Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
------------------------------------------------------- X
COURTNEY LINDE, et al.,                                 :
                                                        :   CV-04-2799 (BMC)(VVP)
                    Plaintiffs,                         :   and all related cases
                                                        :
- against -                                             :   ADMISSION TO PRACTICE
                                                        :   PRO HAC VICE
ARAB BANK, PLC,                                         :
                                                        :
                    Defendant                           :
------------------------------------------------------- X
```

The motion for admission to practice pro hac vice in the above captioned matters is granted. The admitted attorney, Thomas Goldstein, is permitted to argue or try this particular case in whole or in part as counsel or advocate for *amicus curiae* the Hashemite Kingdom of Jordan.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above-listed cases will be made on the roll of attorneys.

 

 

_____

Dated:                                                       United States District Judge

 

cc:     Pro Hac Vice Attorney
        Court File