943

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
COURTNEY LINDE, ET AL.,       )
                              )   04CV02799 (BMC)
              Plaintiffs,     )   And all related cases:
                              )   04CV05449 (Litle)
                              )   04CV05564 (Almog)
                              )   04CV00365 (Coulter)
                              )   05CV00388 (Afrait-Kurtzer)
                              )   05CV03183 (Bennett)
                              )   05CV03768 (Roth)
       -against-              )   06CV01623 (Weiss)
                              )
                              )   United States Courthouse
                              )   Brooklyn, New York
                              )
ARAB BANK, PLC,               )   MONDAY, AUGUST 25, 2014
                              )
              Defendant.      )
_____)
```

TRANSCRIPT OF CIVIL CAUSE FOR JURY TRIAL
BEFORE THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

```
FOR PLAINTIFFS LINDE     OSEN, LLC
AND COULTER:             BY:  GARY M. OSEN, ESQ.

                         TURNER & ASSOCIATES, PLLC
                         BY:  CLYDE T. TURNER, ESQ.


FOR PLAINTIFFS LITLE,    SAYLES WERBNER
BENNETT AND ROTH:        BY:  MARK S. WERBNER, ESQ.


FOR PLAINTIFFS ALMOG:    STONE BONNER & ROCCO, LLP
                         BY:  JAMES P. BONNER, ESQ.

                         MOTLEY RICE, LLC
                         BY:  MICHAEL E. ELSNER, ESQ.
                         BY:  JODI FLOWERS, ESQ.
```

944

1

2    (APPEARANCES CONT.)

3    FOR THE DEFENDANT:        DLA PIPER US, LLP
                              BY:  SHAND STEPHENS, ESQ.
4                             BY:  ANTHONY PAUL COLES, ESQ.
                              BY:  BRETT INGERMAN, ESQ.
5                             BY:  MARGARET CIVETTA, ESQ.

6

7    INTERPRETED BY:          VARDA YAARI AND RACHELLE AVITAL

8

9    THE COURT REPORTER:      NICOLE CANALES, CSR, RPR
                              225 Cadman Plaza East
10                            Brooklyn, New York 11201
                              cnlsnic@aol.com
11

12   Proceedings recorded by mechanical stenography, transcript
     produced by computer-assisted transcript.
13

14

15

16

17

18

19

20

21

22

23

24

25

945

1                (Outside the presence of the jury.)

2          THE COURT:  We had our last letter last night at

3    11:00 p.m. and a couple more this morning at 8:00 and

4    9:00 a.m.  Here's rulings on what I got over the weekend and

5    this morning.  First, I'm rejecting the defendant's letter

6    motion for reconsideration from last night.  I think it's very

7    clear that if a terrorist or a terrorist organization says we

8    are going to blow ourselves up or one of our members blew

9    ourselves up, that exposes them to penal consequences.

10         And I have not seen any argument in the motion for

11   reconsideration that I have not thought of except the one that

12   said, well, since he intends to die, it's not against his

13   interest, and I don't accept that at all.  I think the

14   declarant is aware that if that videotape is viewed before he

15   blows himself up, he's exposed to consequences, so I'm

16   rejecting that.

17         Second, on the interrogatories, Plaintiffs'

18   Exhibit 12, that is received into evidence.  It's a party

19   admission.  I see no reason to admit the irrelevant portions,

20   particularly given the number of bank secrecy objections that

21   Judge Gershon and I have held should not be put before this

22   jury.

23         Let me briefly just comment on some of the exhibits

24   that I think may come in today, specifically.  I want to

25   know -- and I do have some concern about plaintiff properly

NICOLE CANALES, CSR, RPR

946

1    authenticating them.  We have noted at sidebar at least that

2    authentication is not an onerous requirement, but there has to

3    be some indication that it's reliable enough to not put its

4    provenance into serious dispute.

5          First, as to PX1090 and PX3468, those are the Hamas

6    martyr posters.  Consistent with what we've done previously, I

7    will permit the use of examples of one or two of those, solely

8    for demonstrative purposes.

9          Next, Plaintiffs' Exhibit 3524, that's the

10   Al-Sayyed, A-l, hyphen, S-a-y-y-e-d, confession, if it's

11   authenticated in showing that this is a real police report,

12   then it would be, in my view, a declaration against interest

13   embedded in a public record.  I recognize that only the

14   portions of the narrative that are truly against the

15   self-interest of the declarant are admissible.  But, here,

16   Mr. Sayyed's court documents, which are admissible, make it

17   clear that one of the charges that he was facing was that --

18   and I'm quoting from his sentencing -- quote, "As part of his

19   position and activities in Hamas, the defendant established

20   contacts with the Hamas leadership in Syria, received tens of

21   thousands of dollars from them to fund Hamas' operations,"

22   closed quote.

23         The bank account reference in there is used as an

24   incriminating corroborative detail; that is a perfectly

25   permissible use of a declaration against interest.  We'll look

947

1    at *U.S. against Williamson*, 512 U.S. 594 at 1994.  And I'm

2    finding that these were against Mr. Sayyed's interest since he

3    was, in fact, charged based on the facts that he relates in

4    this passage.

5         Next, Plaintiffs' Exhibit 3811.  That's the ISA

6    report on suicide bombers through 2007.  This seems to me to

7    be a plainly admissible government report of the factual

8    findings of an ISA investigation.  Assuming authentication, it

9    will be admissible.  It does, however, address the number of

10   bombings that are not at issue in the case, and it has to be

11   redacted to eliminate the references to those bombings.

12        Next, Plaintiffs' 4017.  That's the -- what I'm

13   calling "the green headband news report."  I am not sure how

14   plaintiffs are going to authenticate this.  You want to tell

15   me?

16        MR. OSEN:  Your Honor, Mr. Shahid was actually at

17   the scene and witnessed the events in the video.

18        THE COURT:  Well, that is probably good enough.

19   I'll hear the foundation, but if that's what it is, it's

20   probably good enough to get it in.

21        Next, the various Israeli police reports.  If they

22   are authenticated, and I assume Mr. Shahid will do that as

23   well, they are admissible.  And as public records, I do want

24   to remind the plaintiffs, even though it's not necessary, to

25   please redact any graphic displays of carnage in those

948

1    photographs.

2           Next, the video wills, Plaintiffs' Exhibit 3398,

3    which is from the al-Qassam cite, a-l, hyphen, Q-a-s-s-a-m,

4    and Plaintiffs' Exhibit 3863.  As I noted before, I think the

5    video wills of suicide attackers are readily easy to

6    categorize as declarations against interests.  I'm not sure,

7    again, how the plaintiff is going to authenticate the YouTube

8    will, because that appears to have been just grabbed down off

9    YouTube.

10          MR. OSEN:  Your Honor, we only use that version

11   because it's a slightly higher definition.  It's the same

12   exact video as the al-Qassam, just not as grainy.  The

13   upload's a little clearer.

14          THE COURT:  Okay.  That's fine.  Now, in the

15   plaintiffs' demonstratives for today, there's a column -- I

16   think it's on the right, if I recall -- referencing, quote,

17   "other government reports," closed quotes.  And I understand

18   that to refer to the MFA and Prime Minister's press releases.

19   I've excluded those press releases, and I think it would be

20   wrong to have a column in that chart, so I need you to take

21   out that column from the demonstrative.  In fact, it makes it

22   look even more important than the documents themselves may be

23   by just referring to "other government reports," so I think

24   that column needs to be taken out.

25          Next, it appears to me that the plaintiffs didn't

NICOLE CANALES, CSR, RPR

1  file a list of exhibits that they intend to introduce with

2  their remaining deposition designations.  I really need to

3  have that.

4          MR. OSEN:  Two things, your Honor, referring to 7,

5  8, and 9?

6          THE COURT:  7, 8, 9, correct.

7          MR. OSEN:  We'll make sure to get that to you.

8  Your Honor, with respect to other government reports --

9          THE COURT:  Right.

10         MR. OSEN:  -- Mr. Shaked relied upon police reports,

11  ISA reports, as well as the kind of documents you refer to.

12  This is a demonstrative that simply indicates the kinds of

13  materials he looked at, not whether they're in evidence or

14  not.  Some of them are and some of them aren't.

15         THE COURT:  But what's he going to define the other

16  government reports as?

17         MR. OSEN:  Materials that he looked at would include

18  ISA materials, ISA reports, police records, court records and

19  incorporated police files, etcetera, so ballistics reports.

20         THE COURT:  Right.  But don't you already have

21  columns for those things that you just enumerated?

22         MR. OSEN:  ISA, we do have a column for but not for

23  the police reports.  If your Honor prefers, we can adjust the

24  government reports to simply indicate whether it was a police

25  report.

1          THE COURT:  I don't know if you need to do that.

2     All I'm trying to eliminate, when I looked at that "other

3     reports," I assumed that it included the press releases, which

4     I have excluded.  If it doesn't, then it can stay in, but the

5     testimony's got to support that.

6          MR. OSEN:  In fairness, your Honor, it probably does

7     include those, but that's because the expert relied upon it,

8     irrespective of whether it's in evidence.

9          THE COURT:  Right.

10          MR. OSEN:  From a 703 standpoint, these are

11     materials that we looked at, even if the jury isn't going to

12     actually see them as admitted into evidence.

13          THE COURT:  Yes.  But I just think referencing it in

14     that demonstrative gives it the same weight as admissible

15     evidence that I've allowed in.  Shouldn't happen that way.

16          MR. OSEN:  That's fair enough, your Honor.  We'll

17     take care of the column.  I don't think we'll have it this

18     afternoon.

19          THE COURT:  All right.  That's all I've got.

20     Anything else?

21          MR. STEPHENS:  Your Honor, on 3811, Plaintiffs'

22     3811, the ISA reports.

23          THE COURT:  Yes.

24          MR. STEPHENS:  The testimony in the case is that the

25     ISA is Israel's CIA.

951

1           THE COURT:  Yes.

2           MR. STEPHENS:  I mean, I don't believe that

3  publications by the Central Intelligence Agency are, you know,

4  anything other than a police agency, saying what it is that it

5  might or might not think about something.  I can't see it as

6  an official publication of United States of American.  It's

7  like the police saying somebody is guilty.

8           THE COURT:  Well, if the police are doing an

9  investigation and they reach that conclusion, which in this

10  country they wouldn't do, although the FBI might or the CIA

11  might, I don't know why that would be less than official

12  government record.  It's the conclusion of an agency charged

13  with the responsibility of reaching that conclusion.

14           MR. STEPHENS:  I don't actually note that that's the

15  case, with respect to reporting -- that report, 3811, is a

16  long history of, you know, three, four or five years.  And I

17  don't think it's the ISA saying we've reached that conclusion.

18  Sometimes, I guess, maybe it is, sometimes not; but it

19  wouldn't seem to me that that's an official publication that

20  has to do with the conclusion that's involved.  It's a police

21  agency just saying, well, there's this, there's that, there's

22  this, going --

23           THE COURT:  But it's like a Scotland Yard report.

24  It's a public agency charged with making an investigation and

25  rendering a report on it.  What do you think it has to be?  A

952

1  prosecutor's office?

2      MR. STEPHENS:  I don't know, because I don't know if

3  there's any evidence in this case that the ISA was charged

4  with making an investigation of any one of those suicide

5  bombings.  It's just a conclusion.

6      MR. OSEN:  Your Honor, Mr. Babkoff, the police

7  officer, testified that the ISA is responsible for

8  investigating terrorists attacks.

9      MR. STEPHENS:  Actually, he said the GSS was

10  responsible.

11      MR. OSEN:  GSS is the ISA.  It's just another

12  version of the acronym in English.

13      THE COURT:  I'm going to overrule the objection.  I

14  think it's an official report.  Anything else?

15      MR. INGERMAN:  Your Honor, just briefly, on some of

16  the other exhibits you mentioned, we have some objections I

17  want to state on the record.  With respect to -- Plaintiffs'

18  Exhibit 1090 and Plaintiffs' Exhibit 3468 were two that you

19  raised as authentication issues.  We searched -- neither of

20  those exhibits is referenced anywhere in Mr. Shaked's report,

21  so we would object to any attempts by the plaintiffs to use

22  those exhibits or put them into evidence with this witness.

23      With respect to 3524, Plaintiffs' Exhibit 3524,

24  which is the Al-Sayyed confession, I point out that in

25  addition to it being hearsay within hearsay within hearsay, in

953

1    some circumstances, Al-Sayyed is alleged to have been a part

2    of the Park Hotel bombing.  There's no mention in Plaintiffs'

3    Exhibit 3524 of his involvement in the Park Hotel bombing.

4    It's dealing with a different couple of terrorist attacks, and

5    so we would object on 401 and 403 grounds, in addition 803,

6    with respect to that exhibit.  With respect to PX4017, which

7    is the video, whether they authenticate it or not, this is the

8    video showing the terrorist lying on the ground dead.

9         It's only being offered because he allegedly has --

10   appears to have a green bandana.  We think that the prejudice

11   outweighs the probative value of that in this case.  And,

12   certainly, Mr. Shaked can say, if he was at the scene, I was

13   at the scene and I saw the perpetrator lying on the ground

14   with a green headband.  We don't need to show the jury a

15   picture of the dead guy on the street, and we think that --

16        THE COURT:  That's where the green headband is.

17        MR. INGERMAN:  I understand that.  But in order to

18   obviate the unfair prejudice from showing the video to the

19   jury, Mr. Shahid can certainly say I was at the scene; I saw

20   the perpetrator lying on the ground; he had a green headband

21   on.  And the same point is made -- the same probative value of

22   the evidence is made without the unfairly prejudicial viewing

23   of the video.

24        We have objections, obviously, to the police reports

25   and the video wills, as we made to your Honor.  I think you

1    overruled those.  We wanted reiterate those for the record.

2    We have some other objections to some of the other exhibits

3    that they plan to use with Mr. Shahid.  We're happy to make

4    those as they try to come in, if that's your Honor's

5    preference.

6              THE COURT:  Yes, I think we have to, since the jury

7    is either here or will be here momentarily.

8              Let me hear from the plaintiff, in response to those

9    points.

10             MR. OSEN:  Well, with respect to the video, we've

11   actually proffered to the defendant a redacted version of the

12   video.  We've blocked out the more graphic portion so that the

13   only part that appears to the jury is the decedent with the

14   headband, without the additional blood and gore.

15             THE COURT:  I think that's what you gave me, because

16   the one I saw was not at all graphic.  It does show the body

17   from some distance, but it's not, in my view, unduly

18   prejudicial.  All right.  What else?

19             MR. OSEN:  Your Honor, just some --

20             THE COURT:  What about the fact that the Al-Sayyed

21   confession is to another bombing?

22             MR. OSEN:  I don't think that's correct, your Honor.

23   Mr. Al-Sayyed was both convicted and was giving his statement

24   in connection with his complete role as the head of the

25   al-Khairiya cell of Hamas and the funding of that cell, which

955

was responsible for at least two bombings, maybe three.  And
the portions which are -- we're citing to referred to the
funding of the cell, which was responsible for the Park Hotel,
for which he was charged, and convicted and upheld on appeal.

THE COURT:  Okay.  All right.  The objections that
have just been stated are overruled.  Anything further?

MR. OSEN:  Two housekeeping things, with respect to
the video, before the jury comes in.  One is just a technical
problem that results from your Honor's instruction about
limiting the claim of attorney's invocation of bank secrecy.
And we would ask your Honor to provide some context for the
jury when we get to Mr. Tahan's testimony, just because
there's a spot at pages 281, 282 of his transcript, where
there's a question, no answer, because only the attorney
responded.  And that happens a couple of times.  So some
explanation, either by counsel or by your Honor is just needed
so it makes some sense internally.

THE COURT:  Do you have to play those questions
since they weren't answered?

MR. OSEN:  Well, they're directed to specifics of
committees who are account holders of the bank.

THE COURT:  I see.

MR. INGERMAN:  Your Honor, I thought the reason we
designated the lawyers' instructions was I thought that you
said either the witness could answer by saying, if he did

956

1    answer, we're not going to provide this information based on

2    bank secrecy laws, or that we could play just that part of the

3    instruction from the lawyer so that it put the "no answer" in

4    context, where certain circumstances the plaintiffs' lawyer

5    would say to the witness are you following your lawyer's

6    instruction, and the witness just says yes, and there's no

7    context for that.  And that was the reason we designated just

8    that part of the lawyer objection.

9              THE COURT:  I think if the witness says I'm not

10   answering because of bank secrecy laws, that probably can go

11   in, because I don't know any other way to do it.  If the

12   lawyer says that, that might conceivably carry more weight

13   with the jury and diminish the witness' responsibility for

14   following that advice, and that's not proper.  So I don't want

15   the lawyer's instruction on bank secrecy.  I don't mind a

16   lawyer saying I instruct you not to answer period, but I don't

17   think the reason for that should be there.  I can't tell you I

18   recall how that can work out in practice, based on the actual

19   recording.

20             MR. OSEN:  I think, your Honor, that, in this

21   instance, where this -- it's one clip where this occurred.  I

22   think if we have enough time, we can perhaps reinsert -- the Q

23   and A is actually -- I have it here.  Mr. Werbner asked

24   whether --

25             MR. INGERMAN:  I'm sorry.  Could you say the page?

NICOLE CANALES, CSR, RPR

957

1          MR. OSEN:  I'm sorry.  It's page 281 of Mr. Tahan's

2     testimony.

3          MR. INGERMAN:  Excerpt five?

4          MR. OSEN:  Excerpt five, correct.  The issue is that

5     the lawyer not the witness responded, and we can just put in,

6     since he doesn't -- at least in one instance doesn't invoke

7     bank secrecy, specifically, just says you presume correctly or

8     words to that effect, we can reinsert that.  We didn't want to

9     do it without direction from the Court, since you instructed

10    us not to have the lawyers speak.

11         MR. INGERMAN:  Obviously we prefer to have the

12    objection on bank secrecy.  You overrule that.  But at page

13    281, line 20, the bank's lawyer says, "I'm going to object and

14    instruct the witness not to answer on the grounds of bank

15    secrecy.  Perhaps they can cut the tape.  Ask the witness not

16    to answer."

17         THE COURT:  If possible.  It depends on how fast

18    he's talking.

19         MR. INGERMAN:  Because then Mr. Werbner says, "In

20    interest of time, I'm going to assume the witness will follow

21    those instructions."  And then the bank's lawyer says,

22    "Objection.  Same instruction."

23         THE COURT:  If you can do that, do that.

24         MR. OSEN:  Two quick points and then we'll adjourn

25    for now.  The first is -- the first videotape is of

NICOLE CANALES, CSR, RPR

1    Ms. Saffieddine, who is a 30(b)(6) witness for the bank.  Some

2    of the testimony your Honor has allowed is through statements

3    of personal knowledge, or what have you, and we're wondering

4    if it would be appropriate to have some instruction as to what

5    a 30(b)(6) witness is, because everyone else that follows is

6    testifying in their personal capacity.

7              THE COURT:  Why does the jury need that?

8              MR. OSEN:  Because the witness is not testifying on

9    personal knowledge but only on the review of materials as a

10   30(b)(6), and most jurors, I would suspect, don't know the

11   difference between the two.

12             THE COURT:  I'm sure that's true, that they don't

13   know the difference between the two, but ultimately a 30(b)(6)

14   witness is testifying on personal knowledge, it's just

15   acquired in a different way than most witnesses.  Why would

16   the jury care which way it's acquired?

17             MR. OSEN:  Well, only to the extent, for example,

18   the witness says I don't know or did not know about Hamas

19   until 2006.  That's not really offered on behalf of the bank,

20   that's offered by the witness personally.

21             THE COURT:  That's why she says I.  She doesn't say

22   we.

23             MR. OSEN:  Right.  But I don't think it's a

24   distinction that the jury actually understands.

25             THE COURT:  Well, let's play the excerpt.  I'm not

959

1  inclined to do it.  I think the jury understands the

2  difference between I, or the bank, or we.  But I'll see how it

3  plays, and you can renew this request before the excerpt has

4  been played.

5       MR. OSEN:  Lastly, your Honor, the order of the

6  tapes, just for your benefit, Ms. Saffieddine is about 55

7  minutes; Mr. Bishara, 45; Mr. Dabbour, about 15 to 20, and

8  then excerpt five is about 25 minutes.  So we can, obviously,

9  stop the tape at an appropriate break point, even before

10  excerpt four is completed, if your Honor wants to give the

11  jury a break at any point.

12       THE COURT:  Let's play it by ear and see how it's

13  going.  I appreciate the offer to stop in the middle, and we

14  will if we've been going too long.

15       MR. INGERMAN:  Your Honor, I neglected to identify

16  just some additional objections to the demonstrative slides

17  the defendants had offered and proffered last night, on the

18  basis that many of them are argumentative.  They've

19  superimposed the Hamas symbol at the top left, which we think

20  is misleading and suggests to the jury that these are actually

21  Hamas -- from the Hamas website, the documents.  We've got

22  pictures in here, some of which have not been authenticated or

23  identified, so we would make those objections.

24       THE COURT:  Well, I don't know how I can rule on

25  those right now.  When are the demonstratives going to go up?

1          MR. OSEN:  Probably this afternoon, your Honor.

2          THE COURT:  All right.  I'll try to look at it, in

3    light of what you've just said, over the lunch hour or sooner.

4    I may have to exclude some of those.  I don't know how we

5    avoid the position we're in, but there were letters until

6    11:00 clack last night.  I would have liked to have seen those

7    first to compare to the demonstrative --

8          MR. INGERMAN:  I agree, your Honor.  It's 42 slides.

9    We got them at 6:30 last night.  I thought we were supposed to

10   get demonstratives 24 hours in advance of testimony.

11         THE COURT:  These were -- well, I don't know what

12   it's going to be.  Your demonstratives are at risk, at this

13   point, because I've got to consider them against the

14   objections I've just received.

15         MR. OSEN:  In fairness, your Honor, they did get the

16   first grouping of them last week, so they have some sense of

17   what they look like.

18         MR. INGERMAN:  We got 3 of them, I think, last week,

19   42 last night.

20         THE COURT:  I'm going to do the best I can.

21   Anything else?

22         Melanie, bring in the jury.

23         THE CLERK:  Okay.

24              (In the presence of the jury.)

25         THE COURT:  Be seated.  Good morning, ladies and

961

1    gentlemen.

2            THE JURORS COLLECTIVELY:  Good morning.

3            THE COURT:  Hope you had a good weekend.  We'll

4    continue with plaintiffs' case.  Plaintiffs may call its next

5    witness.

6            MR. TURNER:  Your Honor, the first video evidence

7    will be bank employees connected with the issue of Osama

8    Hamdan's account at Arab Bank, and I believe there are four

9    witnesses -- three witnesses on this video.

10           THE COURT:  Okay.

11                  (Video played for the jury.)

12           THE COURT:  Stop the tape for a minute.

13           Ladies and gentlemen, I've told you about pretrial

14   depositions and what those are.  One other aspect of that that

15   you want to know is that there is a procedure by which someone

16   who wants to take the deposition of an institution, like a

17   bank, can designate the topics that they want a witness to be

18   produced on.

19           And then it is the institution's obligation to

20   proffer a person who has done some research or some study as

21   to those issues and can answer questions on behalf of the

22   institution.  So what you're hearing now is a witness who's

23   testifying both as to her own experience, but she's also

24   testifying as a representative of the bank.

25           All right.  Please proceed.

962

1            (Videotape played for the jury.)

2        (Proceedings continued on the following page.)

963

1          THE COURT:  Pause the video, please.

2          (Videotape of Ms. Rabab Saffieddine paused.)

3          THE COURT:  Ladies and gentlemen, I just want to

4  make sure you're okay.  This one video is probably going to

5  go another 20, 25 minutes tops, and then we'll take our

6  break.

7          Is there anyone who can't wait that long?  I want

8  to make sure you stay focused.

9          Okay.  Let's continue, please.

10          (Videotape of Ms. Rabab Saffieddine played.)

11          (Videotape of Mr. Shukry Bishara played.)

12          (Videotape of Mr. Mohammed Dabbour played.)

13          THE COURT:  Can you stop the tape.

14          (Videotape of Mr. Mohammed Dabbour paused.)

15          THE COURT:  Ladies and gentlemen, let's take our

16  morning break now.  We'll reconvene in 15 minutes; that's at

17  11:35.

18          Please do not discuss the case amongst yourselves

19  or with anyone else.  Feel free to walk around if you like.

20  See you in just a few minutes.

21          (Jurors exit the courtroom.)

22          THE COURT:  I think, Mr. Osen, you're a little off

23  on your time estimates.  You had 45 minutes for this last

24  witness.  That's okay.  That's fine.  But when you start

25  again, start from the very beginning of this witness.

964

1          All right.  11:35.  See you then.

2          MR. WERBNER:  Your Honor, it's a little frigid in

3    here.  I don't know if I'm the only one.

4          THE COURT:  I'm sure you're not.  I like it cold.

5          How many people in the courtroom think it's too

6    cold?

7          MR. WERBNER:  I didn't get much support on that

8    one.

9          THE COURT:  No, you didn't.  If I would have

10   gotten an overwhelming majority, I would have succumb.

11         (Recess taken at 11:24 a.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PROCEEDINGS                                            965

1              (Honorable Brian M. Cogan takes the bench.)

2              THE COURT:  All right.  Let's have the jury,

3     please.

4              (Jury is in the courtroom at 11:38 a.m.)

5              THE COURT:  All right.  Be seated, please.  Let's

6     restart that next witness.

7              (Video continued being played of Mr. Mohammed

8     Dabbour.)

9              MR. SHAND:  Excuse me, your Honor, can we have a

10    sidebar?

11             THE COURT:  Yes.

12             (Continued on the next page for sidebar.)

13

14

15

16

17

18

19

20

21

22

23

24

25

SIDEBAR CONFERENCE                    966

1          (Sidebar conference begins.)

2          MR. SHAND:  You withdrew this part.

3          MR. OSEN:  We withdrew which part?

4          MR. SHAND:  The part you're playing.

5          MR. OSEN:  Oh, okay.

6          THE COURT:  What's the line number?

7          LAW CLERK:  That was 155 to 163.

8          MR. OSEN:  We'll check with the IT folks.

9          THE COURT:  All right.  Take it off the overhead

10   and do the editing while we wait.

11          MR. SHAND:  Another thing, your Honor, the witness

12   is being shown the Arabic version of the document and

13   they're showing the English version to the jury.  So they

14   need to be consistent with that, because it doesn't look the

15   same in this case, it doesn't read the same date.

16          MR. INGERMAN:  When he's reading the Arabic

17   version the date is not clear, because it's a bad photocopy,

18   but then when they put up the translation, it clearly says

19   '98, it makes it look as though the witness is being

20   disingenuous.

21          THE COURT:  Well, I don't know what you want to do

22   about that.  If you want, I'll tell the jury that the Arabic

23   version which is not being displayed is less clear than the

24   English version.

25          MR. SHAND:  Thank you, your Honor.

SIDEBAR CONFERENCE                    967

1          MR. INGERMAN:  Thank you.

2          MR. OSEN:  Let's make sure we have the right one.

3          COURTROOM DEPUTY:  It was 155, 2 to 163, 2.

4          (End of sidebar conference.)

5          (Continued on the next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PROCEEDINGS                    968

1

2          THE COURT:  Ladies and gentlemen, we're making a

3   slight adjustment to the video right now.  But one thing I

4   wanted to point out, you'll notice that unlike some of the

5   prior deposition testimony you saw, the document being

6   presented here is only in English.  The Arabic document, the

7   parties understand, was not as clearly printed.  And so when

8   the witness seems to be having some trouble with the date,

9   that's because he's reading from the Arabic, not because he

10  is looking at the same document you are.

11         Are you ready?  Are we properly edited?

12         MR. OSEN:  Your Honor, I believe the part in

13  question was already played.

14         THE COURT:  All right.  We'll strike that part

15  from the record and let's continue.

16         (Video being played.)

17         MR. INGERMAN:  Your Honor?

18         THE COURT:  Stop the tape, please.

19         MR. INGERMAN:  May we approach?

20         THE COURT:  Sure.

21         (Continued on the next page for sidebar.)

22

23

24

25

SIDEBAR CONFERENCE                    969

1          (Sidebar conference begins.)

2          MR. INGERMAN:  We seem to have skipped over the

3   answer to that last question.

4          THE COURT:  We did.

5          MR. OSEN:  I don't know what to tell you, your

6   Honor, except that I can talk to the IT people.

7          THE COURT:  I take it you want the answer?

8          MR. INGERMAN:  We do.

9          MR. OSEN:  Which is fine, we'll fix it up.

10         THE COURT:  Take a minute and try to clean it up.

11         (End of sidebar conference.)

12         (Continued on the next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

PROCEEDINGS                    970

1

2         THE COURT:  Ladies and gentlemen, it's not always

3    easy, as you can see, to give you just the portions of what

4    are, really, very lengthy depositions and getting in

5    everything that's supposed to be there and not putting in

6    things that you don't need to see.  So occasionally, we need

7    to make these adjustments and see if we can find them.

8         Mr. Osen, do you think this is something that can

9    be done momentarily as we all wait here?

10         MR. OSEN:  We hope so, your Honor.

11         THE COURT:  All right.  Let's give it 30 seconds

12    or a minute; not to put your colleague under any pressure or

13    anything.

14         MR. OSEN:  It's no pressure for me, your Honor.

15         THE COURT:  We're going to replay the portion that

16    we just went over.

17         MR. INGERMAN:  I think, your Honor, if we start at

18    269 at line five, which is the question, and then go through

19    the answer.

20         (Video being played.)

21         (Video paused briefly.)

22         THE COURT:  And the answer is?

23         (Video being played.)

24         MR. OSEN:  Your Honor, that concludes the excerpt

25    for --

PROCEEDINGS                                   971

1          THE COURT:  All right.  I think we can do excerpt

2    five before lunch.

3          MR. INGERMAN:  I hope not to interfere with that;

4    I have one quick issue to address at sidebar.

5          (Continued on the next page for sidebar.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SIDEBAR CONFERENCE                    972

1          (Sidebar conference begins.)

2          MR. INGERMAN:  Your Honor, in your order of

3   August 24th you ruled on -- with respect to excerpt five,

4   you overruled the bank's objections to certain testimony of

5   Mr. Blackmore.

6          The order was silent as to two exhibits that were

7   subject to that testimony as well; one was DX-1068 and the

8   other was -- I'm sorry, PX-1068, and the other was

9   Plaintiff's Exhibit 4731.  They are both 40 plus page

10  exhibits of account records that I think were seized in a

11  raid, and they were part of the Holy Land Foundation trial

12  exhibits.  They date back to as early as 1991.

13         The only reason they were presented to

14  Mr. Blackmore, at least in these deposition excerpts was for

15  him to say whether or not the bank had an account for that

16  particular zakat, which it does, but we would object number

17  one to the admission of both of those exhibits into

18  evidence.  And in particular, with respect to Plaintiff's

19  Exhibit 4731, it relates to the Qalqilia Zakat Committee,

20  which I do not believe is one of the 12 that is the subject

21  of this lawsuit.

22         MR. OSEN:  Your Honor, number one, the documents

23  were not raided, they were the subject of an MLAT request by

24  the Department of Justice to the Arab Bank in London through

25  Scotland Yard, so that's the provenance of them.

SIDEBAR CONFERENCE                973

1          With respect to the actual records, we've put them

2     forward only because they are actually mentioned in the

3     deposition; and therefore, were relevant, but we don't have

4     an objection to not entering them into evidence as such, we

5     just didn't want confusion to the defendant in not setting

6     them forth.

7               THE COURT:  I guess the question then is if you're

8     not offering them, which you're not?

9               MR. OSEN:  We think we're entitled to, but we

10    don't need to if they object.

11              THE COURT:  Well, they're objecting.  And would

12    the testimony make any sense if the exhibits are not in

13    evidence?

14              MR. OSEN:  I believe it would, your Honor, because

15    the ultimate question of whether the documents are used to

16    platform, as Mr. Ingerman said, the fact that they held

17    accounts for these entities, which is the purpose of their

18    being played.

19              MR. INGERMAN:  One of them is still the Qalqilia

20    Zakat, which is not, I don't think, one of the 12.

21              THE COURT:  What about that?

22              MR. OSEN:  It's not one of the 12 that we contend,

23    it's included because that was the subject of the MLAT

24    request, so the documents were sequentially presented.

25              THE COURT:  Can't you take out the deposition

1    testimony related to that exhibit?

2              MR. OSEN:  Well, the --

3              THE COURT:  After lunch?

4              MR. OSEN:  After lunch I suppose, yes.

5              THE COURT:  What's the theory of admissibility for

6    the other exhibits that the witness refers to, the 40 pages?

7              MR. OSEN:  They are account records of Arab Bank,

8    they are business records of the bank.

9              THE COURT:  Does he say so?

10             MR. OSEN:  I believe -- whether he says so --

11   yeah, actually, I do think he does say so.  But in any

12   event, they are self-evidently account records.

13             THE COURT:  You know, documents produced by a

14   party are self-authenticated.  Now, technically, these were

15   not produced to the plaintiff in the case, they were

16   produced to the Justice Department which then gave them to

17   you, I take it.

18             MR. OSEN:  Actually, they were put on the trial

19   list.

20             THE COURT:  I see.  So they are a public record

21   there.

22             MR. OSEN:  And then I believe they are also

23   produced subsequently in a separate form, but the witness is

24   asked about the MLAT served on his branch.

25             THE COURT:  All right.  I'm going to allow all the

SIDEBAR CONFERENCE                    975

1   testimony and the exhibit, other than the one that deals

2   with an attack outside those at issue here.

3              MR. INGERMAN:  The Zakat?

4              THE COURT:  Right.  Other than that one.

5              MR. OSEN:  Right.

6              THE COURT:  Okay.

7              MR. OSEN:  I'm just trying to think, your Honor,

8   do you know offhand whether it's Blackmore's first or?

9              MR. INGERMAN:  It's the --

10             MR. TURNER:  Can I raise a housekeeping issue with

11  you?

12             On Thursday afternoon I read off the exhibits of

13  the prior set, and I was told subsequently by the paralegal

14  that I actually read the exhibits for both three and four,

15  which we've now watched.

16             So, in other words, I read off the exhibits from

17  three, but also read off the exhibits from four, so instead

18  of reading those again...

19             THE COURT:  I see.  They're already?

20             MR. TURNER:  They're already in.

21             THE COURT:  Are we okay on this one?

22             MR. INGERMAN:  I think Mr. Osen is going to check.

23  We can take Mr. Blackmore and save him for after lunch.

24             THE COURT:  I will tell you I'm disappointed to

25  hear this objection now.  You knew this was coming, right,

SIDEBAR CONFERENCE                        976

1    this could have been dealt with in one of the five letters

2    that I received up to 11:00 last night.

3                MR. INGERMAN:  My understanding is you overruled

4    it as to the testimony, and perhaps it wasn't clear --

5                THE COURT:  Was that in my order this weekend?

6                MR. INGERMAN:  Yes.

7                THE COURT:  I see.  So you didn't have a chance.

8    Okay.  That's fine.

9                (End of sidebar conference.)

10               (Continued on the next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          THE COURT:  Do you think can we do this?

2          MR. OSEN:  Yes, your Honor, with the Court's

3     permission, we'll play Mr. Sadeq's testimony first and then

4     reserve the last one until after lunch.

5          THE COURT:  Okay.

6          (Video being played.)

7          THE COURT:  So that's it?

8          MR. OSEN:  Yes, your Honor, the last portion we

9     propose to play after lunch.

10          THE COURT:  All right.  Ladies and gentlemen,

11     we'll take a timely lunch break.  Please be back here at

12     1:30.  Do not discuss the case amongst yourselves or anyone

13     else; keep an open mind, stay away from any media coverage,

14     and don't do any research.  See you in just a few minutes.

15          (Jury is out of the courtroom at 12:24 p.m.)

16          THE COURT:  All right.  Be seated.  Just to

17     clarify some of the things we discussed at sidebar; I'm

18     striking from the record page 155, line two to 163, line 23

19     of Dabbour.

20          I will note that when the plaintiffs consented to

21     withdraw that portion, their cover letter said that they

22     were consenting to withdraw 163 -- up to 163, line two, but

23     the marked exhibits they got, they gave us show that they

24     were actually withdrawing to line 23.

25          MR. SHAND:  Your Honor, we don't have any

PROCEEDINGS                                  978

1    objection to leaving that in the record.

2            THE COURT:  That will stay in the record.  Okay.

3            Second, I have gone over the slides that I

4    understand the plaintiffs intend to use with Shaked this

5    afternoon.  I don't see anything argumentative about the

6    slides except the Hamas emblem that appears on most of them.

7    And I don't know what that's doing there.  It does make it

8    seem like they were obtained from Hamas, which obviously,

9    they weren't, they were created by plaintiff's counsel or

10   Mr. Shaked, so that really should be removed.

11           Is it feasible to do that?

12           MR. OSEN:  Sure.

13           THE COURT:  Okay.  Let's do that.  And then the

14   only other problem I had with the slides was, I want to make

15   sure that when they are displayed, whatever witness you're

16   using can identify the photographs in those slides as the

17   people they purport to be.

18           I didn't see anything beyond that, that's

19   argumentative.  It's going to be used with an expert

20   witness.  So it will be no more argumentative than the

21   witness' own conclusions that he's getting to.  It's

22   basically -- the slide is just summarizing the individual

23   exhibits or groups of exhibits and points out things in the

24   reports, just like the witness would do.  So other than

25   those two corrections, one correction and one assurance, the

PROCEEDINGS                                979

1    slides are okay.

2          Anything else before we come back?

3          MR. INGERMAN:  One very quick point, your Honor.

4    One thing I noted with respect to Mr. Shaked with your order

5    over the weekend, I think it's just typo in the 8/24 order,

6    you listed as sustaining on objection to PX-3511, and then

7    it says, PX-3511.  I think you meant 3511, 3513, which are

8    similar FFA documents.

9          THE COURT:  That's correct.

10          MR. INGERMAN:  Okay.  Thank you.

11          MR. OSEN:  One quick housekeeping, your Honor.

12    Your Honor ruled to exclude the indictment of Mr. Sayeed,

13    and it's actually an oversight on our part, we served the

14    defendant the conviction -- for Mr. Sayeed, but then I

15    believe did not include it in our submission to the Court.

16    So at the appropriate time we would move the conviction in

17    and in the course of --

18          THE COURT:  Well, the conviction is in and the

19    indictment can come in.  Okay.  See you after lunch.

20          (Recessed for lunch break and recalled.)

21          (Continued on the next page.)

22

23

24

25

980

1                    (Outside the presence of the jury.)

2              THE COURT:  The jury, please.

3                    (In the presence of the jury.)

4              THE COURT:  Be seated, please.

5              Plaintiffs may continue with their case.  We have

6    more TV?

7              MR. OSEN:  Yes, your Honor.

8              THE COURT:  All right.

9                    (Video played for the jury.)

10             MR. WERBNER:  That completes that part of the

11   deposition, your Honor.

12             Just for the record, we have marked Excerpt 3 as

13   Exhibit 4782.  Excerpt 4 is 4783, and Excerpt 5 is 4784.  And

14   those are the ones we're giving to the court reporter.

15             THE COURT:  Those are received.

16             (Plaintiffs' Exhibit 4782, 4783 and 4784  were

17   received in evidence.)

18             MR. WERBNER:  And we would also offer into

19   evidence -- I corrected earlier at the sidebar the exhibit

20   list from last Thursday.

21             So we would also offer into evidence the following:

22   1064, 1065, 1069, 1572, 127, 98, 221, 180, 217, 138, 136, 175,

23   179, and 185, and those are all from Excerpts 3, 4, and 5.

24             THE COURT:  Those are received.

25

981

1          (Plaintiffs' Exhibits 1064, 1065, 1069, 1572, 127,

2    98, 221, 180, 217, 138, 136, 175, 179, 185  were received in

3    evidence.)

4          MR. INGERMAN:  Those are over our prior objections.

5          THE COURT:  Plaintiffs may call their next witness.

6          MR. WERBNER:  Ronnie Shaked, S-h-a-k-e-d.

7          Your Honor, may we also have the translators come

8    up?

9          THE COURT:  Sure.

10          THE CLERK:  May I have the interpreter raise your

11    right hand.  Do you solemnly affirm that you will well and

12    truly interpret the proceedings before this Court in this

13    case?

14          THE INTERPRETER:  I so affirm.

15          THE CLERK:  Please state and spell your name for the

16    reporter.

17          THE INTERPRETER:  Rachelle, R-a-c-h-e-l-l-e; Avital,

18    A-v-i-t-a-l.

19          THE CLERK:  Now, for the witness.

20          THE COURT:  We have two interpreters.

21          THE CLERK:  I'm sorry.

22          THE INTERPRETER:  Varda, V-a-r-d-a; Yaari,

23    Y-a-a-r-i.

24

25

982

 1          THE CLERK:  May I have the witness raise his right

 2   hand.  Do you solemnly swear or affirm that the testimony you

 3   shall give to the Court shall be the truth, the whole truth

 4   and nothing but the truth?

 5          THE WITNESS:  Yes, I so affirm.

 6          THE CLERK:  Okay.  May he please spell his name for

 7   the reporter.

 8          THE WITNESS:  Ronnie Shaked, R-o-n-n-i, S-h-a-k-e-d.

 9                  RONNI SHAKED,

10   called as a witness, by and on behalf of the plaintiffs,

11   having been first duly sworn, was examined and testified as

12   follows:

13          THE CLERK:  Thank you.  You may be seated.

14          THE COURT:  Let me ask the interpreters how are you

15   going to work it between the two of you?

16          THE INTERPRETER:  Switch every 20 minutes.

17          THE COURT:  So whoever is talking will talk into the

18   mike.

19          You may proceed.

20          MR. TURNER:  I was going to make one point.  And I

21   presume this is the way the Court proceeds in these kinds of

22   circumstances.  The witness himself does not have a

23   microphone, and I presume that's okay with you.

24          THE COURT:  I think that's okay.

25          MR. TURNER:  Okay.  I'll try to make sure he speaks

Shaked - Direct - Turner                               983

1   up, as we move through.

2            THE COURT:  Since we won't understand the words he's

3   saying, I'm not sure we have to hear them well.

4            MR. TURNER:  I agree.  Secondly, by way of

5   introduction, this is the language of Hebrew.

6            May I proceed?

7            THE COURT:  You may,

8            MR. TURNER:  Thank you.

9   DIRECT EXAMINATION

10  BY MR. TURNER:

11  Q    Give us your name, please.

12  A    Ronni Shaked.

13  Q    And where are you from, Dr. Shaked?

14  A    I'm from Jerusalem.  I live in a suburb near Jerusalem.

15  Q    What do you do for a living?

16  A    I'm currently working in a Hebrew University in

17  Jerusalem.  My profession is academic researcher and

18  journalist.

19  Q    Do you speak English?

20  A    Yes, I can speak English.

21  Q    What other languages do you speak?

22  A    I speak Arabic, and English and Hebrew.

23  Q    We're going to be communicating today in Hebrew.  Why is

24  that?

25  A    Because it is easier for me to discuss the professional

NICOLE CANALES, CSR, RPR

Shaked - Direct - Turner                              984

1   subjects that will be the subject of this trial and easier for

2   me to express myself in Hebrew.

3   Q    Now, by way of introduction for the remainder of today,

4   and throughout probably most of tomorrow, we're going to be

5   talking about who was responsible for the 24 attacks, terror

6   attacks, that are at issue in this lawsuit.  Do you understand

7   that?

8   A    Yes, I understand that.

9   Q    Let's back up for a minute.  Do you have a family?

10  A    Yes, I have a family.

11  Q    Tell us about your family very briefly.

12  A    I have three kids.  Sadly, one of them died four years

13  ago this week.  The two older girls are officers in the prison

14  service, in Israel.  My wife is a nurse.  I have seven

15  grandchildren.  And I live, as I said, in a suburb of

16  Jerusalem.

17  Q    Does all of your family live in Israel?

18  A    Yes.

19  Q    Tell us a little bit about your educational background?

20  A    I went to high school in Jerusalem, a high schooled

21  called, Leyada Hauniversita, L-e-y-a-d-a

22  H-a-u-n-i-v-e-r-s-i-t-a.

23          After that, I went to Hebrew University and

24  completed my BA.  I took a break for a few years.

25          In 2004, I returned to the university to complete my

Shaked - Direct - Turner                          985

1   MA.  I finished my MA Summa cum laude.  I finished my Ph.D.,

2   finish writing my Ph.D., about four months ago.  In about a

3   month I should get the final approval of my Ph.D., which will

4   be my third degree.

5   Q    Let's back up to after you graduated from high school.

6   Did you go into the military service in Israel?

7   A    Yes, I did.  I joined the military.

8   Q    What field did you initially begin in, in the military?

9   A    In the first half of my military service, I served as a

10  paratrooper.  I was a combat soldier.  And in a second half of

11  my service, I served in the Intelligence Unit.

12  Q    Let's focus a little bit on the Intelligence Unit.  Tell

13  us about the Intelligence Unit that you were trained in.  What

14  kind of things did you do?

15  A    I served in the Intelligence Unit in the year 1965, when

16  the city of Jerusalem was still divided.  The purpose of the

17  unit I served in was to check out and assess the intelligence

18  related to the Jordanian Army, which was posted, positioned

19  right opposite us, and to discover intelligence about the

20  beginning of the terrorism that was going on at that time,

21  Palestinian terrorism.

22  Q    What was your specific role when you began in the

23  intelligence community, in the military, in Israel back in the

24  60s?

25

1   A    My role was to analyze the intelligence that came from

2   the field and, based on that analysis, to determine what

3   needed to be done; either to prevent terror attacks or other

4   activities taken by the military, by the Jordanian military,

5   at that time.

6   Q    Did you receive training in the intelligence community

7   back in the 60s?

8   A    Yes, I took courses.  I was given courses when I was in

9   the intelligence forces.

10  Q    Tell us a little bit about the period of time that you

11  worked in intelligence.  Did you get promoted?  Did you

12  graduate up to different jobs?

13  A    When I was serving in the military intelligence, I was,

14  indeed, promoted, and I was made responsible for collecting

15  intelligence for a particular part of Jerusalem.  After I

16  completed my military service, I served in other areas of

17  intelligence, after I completed my BA in university.

18  Q    Now, when you were in -- that first period of time that

19  you were working in the intelligence area, did you have the

20  opportunity to communicate with the Palestinian territories,

21  the Palestinian communities that surrounded Jerusalem?

22  A    During the first period, when I served in intelligence,

23  Jerusalem was still divided, and so I had no ability to

24  community with the Arab community.  During the second period,

25  certainly, yes.

Shaked - Direct - Turner                                    987

1   Q     Let's go to the second period.  At some point in time,

2   did you leave the military?

3   A     Yes, I completed my military service late 1966.

4   Q     What did you do then?

5   A     I went to study in the Hebrew university in Jerusalem.  I

6   studied Middle Eastern Studies.

7   Q     What does that mean, Middle Eastern Studies?

8   A     Middle Eastern Studies involves the study of societies of

9   the Middle East, the culture of the Middle East, the Islamic

10  religion; the various developments in the Middle East relative

11  to other places in the world, and most especially involves

12  understanding the Middle East as it existed at that time.

13  Q     Where was Hebrew University at the time?

14  A     It was in Jerusalem, in what is today known as the

15  western part of the city.

16  Q     At some point, did you reenter government service?

17  A     During the third year of my studies, towards the end, I

18  joined the ISA, the Israeli Security Agency.

19  Q     So the ladies and gentlemen can sort of get an idea, what

20  at that time was the Israeli Security Agency?

21  A     The Israeli Security Agency is an intelligence

22  organization that is aimed at preventing terror attacks from

23  occurring.  It also works to prevent subversive political

24  activity in order to defend the security of the state of

25  Israel.

1    During those years, the main activity was preventing

2    Palestinian terror attacks perpetrated against Israeli

3    citizens.  And if I may add, it can be compared to the work of

4    the FBI in the United States.

5    Q    Now, when you reentered government service, can you sort

6    of, first of all, describe for us the time period; when did

7    you reenter and how long did you stay?

8    A    In the end of 1968, I returned to my work in the ISA.  I

9    worked in the ISA until the end of the Lebanon War in 1982.  I

10   worked a total of about 12 and a half to 13 years in the

11   field.

12   Q    Let's talk about that 12-and-a-half to 13-year period for

13   a moment.  First of all, when you reentered the ISA, the

14   Israeli Security Agency, what was your job within the

15   intelligence community?

16   A    I studied very intensively the Arabic language, and I

17   became a handler of agents.  Just to explain to you what the

18   role means, I can say that that meant recruiting agents from

19   the Palestinian society, aiming at detecting and preventing

20   terrorist acts.

21        To recruit means to actually win the trust of people

22   and then to handle them as agents, and that is in their

23   society in enemy territory, as my commanders have instructed

24   me and according to the instructions I received.

25   Q    When you say handler, does that mean you were actually

NICOLE CANALES, CSR, RPR

Shaked - Direct - Turner                                        989

1    working with Palestinians?

2

3    A    When I say that I worked with them, I meant that I worked

4    with the Palestinians, together with the Palestinians, in the

5    midst of Palestinians.  I maintained a daily and an hourly

6    contact with Palestinians, in their society, with the agents I

7    handled and the interrogees I interrogated.

8    Q    Now, as part of your job as a handler, was it important

9    for you to understand the Palestinian society, the

10   communities, how they operated and how they thought?

11   A    Without understanding the Palestinian society, the

12   various social codes of the society, their language, their

13   symbols, their religion; their culture, their mindset, their

14   political concepts of a particular society, there's no way to

15   understand the society.

16        And this is what I did, I did all I could in order

17   to decipher their codes, to understand their language

18   thoroughly, to study their culture, to study their moral

19   ethics of the Palestinian society, in order to swim like fish

20   in the water of the Palestinian society.

21   Q    Now, during the period of time you were working in the

22   ISA, at some point were you promoted?

23   A    Yes, indeed, I have been promoted.

24   Q    Tell us about that promotion.

25   A    My first role was the commander of the (sic) Jerusalem,

NICOLE CANALES, CSR, RPR

1    and that meant that I was responsible for other handlers and

2    other agents.  I was the one who had to direct various

3    operations, to set the conditions on the ground, in order to

4    prepare for operations of thwarting terrorism by gathering

5    intelligence.

6            I had to advance my employees, other employees, so

7    they reach full and comprehensive understanding that which

8    would give them better control and more clarity with respect

9    to the field.  For that purpose, I had to maintain ties with

10   other organizations of the Israeli government and other law

11   enforcement or other intelligence agencies.

12           In my second period, I was promoted to be the

13   commander of the Ramallah agent, where I did the same things

14   like I did in Jerusalem, but, there, the scope of my work was

15   far larger than that of the city.

16   Q    At some point in time, did your geographic area that you

17   were responsible for expand?

18   A    Even very much so.

19   Q    How did it expand?

20   A    When we talk about the area of Jerusalem, you can see

21   that there's a very particular kind of a population.  But in

22   Ramallah, the population is more diverse.  You have city

23   dwellers, you have rural population; I have the Palestinian

24   refugee camps; I have areas where there are people who are

25   wanted, and one has to cope with them in order to apprehend

Shaked - Direct - Turner                991

1  them.  There's also very extensive military activity taking

2  place in the area, unlike the city of Jerusalem that is

3  totally under civilian control.

4  Q    During the period of time that you were working in

5  intelligence, and specifically working with terror, was it

6  important to your job to know and understand where the terror

7  cells were developing, who communicated with whom, and who was

8  in charge?

9              MR. INGERMAN:  Objection.

10             THE COURT:  Sustained.

11 Q    During the period of time that you worked for the ISA,

12 working in the context of terror, was it important for you to

13 go into the communities?

14 A    Of course, it was very, very important for me to be in

15 touch with the population, not just to study about them but to

16 also know who from among them could be recruited as agents

17 that would later be serving me for my security ends. It is

18 very important to get to the community, to get to know it, to

19 know who I was up against, to know exactly who the elite was,

20 what people -- what economic status, to know the academics

21 around them, to know what social influence they had and also

22 to know the rank and file who live their daily lives.

23             I had connections and ties with them, too.  And also

24 to know the political segmentation of the population, to

25 understand its structure, to understand the aspiration of the

NICOLE CANALES, CSR, RPR

Shaked - Direct - Turner                                    992

1    population, to know how it exists, how the Palestinian society

2    exists in the conditions that prevailed back then.

3    Q    At some point in time did you leave the ISA for the

4    public sector?

5    A    Yes, in 1988, in 1982 late 1982, I left the ISA and I

6    became a journalist.

7    Q    Where did you go to work?

8    A    I was very happy, but I immediately joined the largest,

9    the most distributed, newspaper in Israel

10   named "Yedothahronoth," Y-e-d-o-t-h-a-h-r-o-n-o-t-h.

11   Q    Did you have an area within the paper that you

12   specialized in?

13   A    Already the beginning of my way there, I became the

14   correspondent for Palestinian affairs, terror affairs, Arab

15   affairs, Palestinian affairs, and those Palestinians residing

16   within the state of Israel; and that had to do with every

17   issue pertaining to Palestinians, which is called the

18   Palestinian desk.

19            All that was under my responsibility.  In addition

20   to their various political connections, not only to Israel,

21   but also as to other Arabs in the Islamist world.

22   Q    Over the years that you worked in -- let me just strike

23   that and ask this question.  How many years total did you work

24   for the newspaper?

25   A    Thirty years.

Shaked - Direct - Turner                    993

1    Q    And during that 30-year period, was your focus pretty

2    much on terrorism?

3    A    This was actually to me the most important topic, as it

4    was to my editor.  It was the topic in the state of Israel.

5    Q    During that 30-year period, did you investigate, and

6    study and analyze terrorism only in Israel, the West Bank and

7    Gaza, or did you do it in other places as well?

8            MR. INGERMAN:  Objection.

9            THE COURT:  Overruled.

10   A    Terrorism is terrorism is terrorism, and there are

11   various influences coming from Israel to the world and from

12   the world to Israel.  This is why I studied terrorism in the

13   entire Middle East and around the world as well.

14   Q    Are you also an author of books on terrorism?

15   A    Yes, I did write two books on terrorism.  In addition to

16   two others that only marginally touch upon terrorism.

17   Q    When did you first become aware of a terror group called

18   "Hamas"?

19   A    Actually, a few days after Hamas was founded, on the 14th

20   of December 1987 --

21            THE INTERPRETER:  December?

22            THE WITNESS:  December.

23   A    1987.  I had already become aware of the existence of

24   Hamas organization.

25   Q    When did you first become aware of someone named Sheikh

Shaked - Direct - Turner                          994

1  Yassin?

2  A    Well, I learned about him a long time before Hamas.  I

3  wrote about him already in 1982.  And in 1983, when I covered

4  his trial, he was tried in Israel, in court.

5  Q    Over the years, did you personally have an opportunity to

6  be in the same room with Sheikh Yassin?

7  A    Many, many times I would say, without exaggerating.

8  Q    Did you actually have interviews and communications

9  directly with Sheikh Yassin over the years?

10  A    When Sheikh Yassin was in prison, in 1993, I was writing

11  my book about Hamas, and I sat with him for many long hours,

12  and I interviewed him for the purpose of writing my book.

13  This was the first book that was written about Hamas, and the

14  help that I received from Sheikh Yassin was very, very

15  welcome.

16         When he was released in 1997 and returned to the

17  Gaza Strip, I visited him in his home a number of times, and I

18  also visited him in the Islamic center in Gaza.  We also had

19  telephone calls as part of my journalistic work.

20  Q    Now, there's been a statement made during the course of

21  this trial that Hamas was a secretive organization.  How many

22  years have you been both investigating, following and

23  reporting on Hamas?

24         MR. INGERMAN:  Your Honor, before we have the

25  answer, may we approach quickly?

NICOLE CANALES, CSR, RPR

1            THE COURT:  Sure.

2         (Sidebar - Outside the presence of the jury.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SIDEBAR                                    996

1          MR. INGERMAN:  Thank you, your Honor.  I'm somewhat

2     challenged because of the translation, but the question was

3     how many years have you been investigating Hamas?  The answer

4     went on for almost 45, 50 seconds.  It seems to me that the

5     witness is offering more than the answer, more than an answer

6     to the question.

7          THE COURT:  Well, he is an expert, and it cuts off

8     some of the questioning and makes it a faster exchange.  I'm

9     going to allow it.  You can't really object on the ground that

10    the answer is not responsive until you hear the answer.  I

11    would urge you not to make those objections, because he is the

12    expert.

13                    (Sidebar concluded.)

14

15

16

17

18

19

20

21

22

23

24

25

Shaked - Direct Turner                           997

1        (In the presence of the jury.)

2        THE COURT:  Go ahead.

3   Q    He may go ahead and finish his answers.

4        THE COURT:  Well, she has to translate the question.

5   I don't think she did that yet.

6        THE WITNESS:  Since Hamas was founded, to this very

7   day, and I emphasize this very day, I have been investigating

8   and researching with Hamas.  If I may add one comment that was

9   said early on, Hamas was a secretive organization but also to

10  the Palestinian society, Israeli society and to the

11  international community.  This was no secret organization.

12  Everyone knew exactly what the Hamas structure was.  Everyone

13  knew who the individuals in Hamas were, everyone, and I

14  mean -- not everyone, but everyone who's engaged with the

15  subject of Hamas knows the Hamas operatives.  And as a

16  journalist, for sure, I have known many of the Hamas members.

17  I knew their telephone numbers that I received from their

18  leadership, because they gave me those numbers for me to be

19  able to contact their operatives, to interview them,

20  especially in those areas where we operated.

21  Q    During the relevant time frame here, between 1999 and

22  2005, on this topic of secrecy, did Hamas have their own

23  websites?

24  A    Yes, it did.

25  Q    Did Hamas have its own TV station?

Shaked - Direct Turner                                    998

1    A    Yes.

2    Q    Did Hamas have its own radio stations?

3    A    Yes, it had radio stations.  It had one central station

4    and a number of regional stations.

5    Q    Did Hamas have its own newspaper, where they published --

6    actually published information for the various communities

7    across the West Bank and Gaza?

8    A    Yes, not just one newspaper.

9    Q    Did they also have public ceremonies, where Hamas would

10   invite the public to come to the Hamas ceremonies?

11   A    Yes, they held many such ceremonies.

12   Q    Now, over your lifetime of experience involving terror

13   and including Hamas, have you from time to time been consulted

14   by the FBI?

15   A    Yes, a number of times during my career I was consulted

16   by the FBI, to discuss various issues related to terror.

17              (Proceedings continued on the next page.)

18

19

20

21

22

23

24

25

SHAKED - DIRECT - TURNER                    999

1   Q    And in the context of your consultations with the FBI,

2   did you come to the United States?

3   A    Yes, in USA, too.

4   Q    And did you have an opportunity to collaborate with the

5   FBI, share information, in other words, with the FBI, about

6   terror, including Hamas?

7   A    It wasn't exactly a collaboration.  They wanted to hear

8   my expert opinion about Islamic terror.

9   Q    Now, over the years, have you also participated in the

10  creation of documentaries about terror and Hamas?

11  A    Yes.  I was involved over the years in the production

12  of a number of films about Hamas and especially the main

13  film I was involved in in 2006.

14          MR. TURNER:  Your Honor, at this point, I would

15  like to put something on the screen.  Can we have the

16  screen; is that possible?

17          THE COURT:  I thought we were just asked to raise

18  the screen.  We'll lower it again.  It's fine.

19          MR. INGERMAN:  Your Honor, before it's shown to

20  the jury, can we have some idea what it is?

21          THE COURT:  Yes.  Show it to counsel first.

22          MR. TURNER:  Thank you.

23  BY MR. TURNER:

24  Q    Now, as part of your work in this particular case,

25  Mr. Shaked, have you had an opportunity to help prepare a

SHAKED - DIRECT - TURNER                    1000

1   map of Israel, the West Bank and Gaza that specifically

2   identifies the 24 attacks that we're here to talk about?

3   A    Yes, sir.

4        MR. TURNER:  And can you put it on the screen.

5        THE COURT:  Witness only.  Go ahead.

6   BY MR. TURNER:

7   Q    It should be on your screen at some point in time,

8   Mr. Shaked.

9   A    It's on my screen.

10  Q    Do you recognize that particular map?

11  A    Of course I am familiar with this map.

12  Q    And will that help illustrate what we're about to begin

13  talking about?

14  A    Yes, it will indeed help to illustrate the subject we

15  are about to talk about.

16       MR. TURNER:  May I put it up there now?

17       MR. STEPHENS:  No objection, your Honor.

18       THE COURT:  All right.

19  BY MR. TURNER:

20  Q    Now, we've listed on this particular map all 24 terror

21  attacks that are at issue in this litigation.

22       Do you understand that, sir?

23  A    Yes, I do.

24  Q    Okay.  Just so we can sort of get our coordinates

25  correct, first of all, can you identify the West Bank on

1    this particular map in this segment that we've blown up?

2    A    Yes, I can.

3    Q    All right.  And I believe you can actually draw on that

4    screen.

5         Okay.  Now, can you back out of that, Mr. Miller, if

6    you will, and go down to Gaza for a minute just so we orient

7    ourselves to where these particular locations are.

8         Can you circle the Gaza Strip for us.

9    A    (Indicating.)

10   Q    And you live in Jerusalem; is that correct?  And you

11   circled Jerusalem.

12        All right.  Now, have you had an opportunity to

13   investigate these 24 attacks?

14   A    Yes, I did have such an opportunity.

15   Q    And have you been able to complete an investigation to

16   the point where you feel comfortable concluding who or what

17   terror group was responsible for these 24 attacks?

18   A    Yes, I am able to make that conclusion.

19   Q    And what is your conclusion?

20   A    My conclusion is that for 21 of the terror attacks,

21   there is a very high degree of probability that they were

22   indeed carried out by Hamas.  For the others, there is a

23   high probability that they were carried out by Hamas.

24        I say this because different types of terror attacks

25   were involved.  There is a difference between a terror

SHAKED - DIRECT - TURNER                    1002

1    attack carried out by a suicide bomber, in which case it is

2    easier, almost definite, I say almost certain that we could

3    determine who carried it out, compared to other terror

4    attacks such as shooting, the shooting of mortars, or terror

5    attacks carried out by two organizations collaborating

6    together.

7         Therefore, I say that in 21 of the cases, there is a

8    very high assessment that they were carried out by Hamas and

9    the other three, there is a high probability but slightly

10   less so.

11   Q    Now, during the course of your investigation -- can we

12   have the lights back up.

13        During the course of your investigation, I want to

14   focus on the sources of information that you had available

15   to you in order to reach these conclusions, okay?

16   A    All right.

17   Q    First of all, did you have access to something called

18   official claims of responsibility by Hamas for these

19   attacks?

20              MR. INGERMAN:  Objection.

21              THE COURT:  Overruled.

22   A    Yes.

23   BY MR. TURNER:

24   Q    Did you have access to ISA, Israeli Security Agency,

25   reports for some of these attacks?

SHAKED - DIRECT - TURNER                    1003

1    A    Yes.

2    Q    Did you have access to other forms of government

3    investigation records such as police reports, ballistics

4    reports, forensics reports, photographs, things of that

5    nature?

6    A    Yes, I did, of course.

7    Q    And did you have access in some of these cases to

8    actual court records of arrests, convictions, and

9    confessions by Hamas?

10   A    Yes, I did.

11   Q    And did you have a personal opportunity to actually

12   attend some of these court proceedings where these

13   individuals from Hamas were pleading guilty?

14   A    Yes, I was present in the court.

15   Q    Now, there's also another source of information called

16   wills.

17        Have you had an opportunity in many of these 24 attacks

18   to actually watch video wills that were prepared by Hamas

19   before these suicide bombings were undertaken?

20   A    Yes, I had the opportunity to view those wills.

21   Q    And have you also had an opportunity in some of these

22   24 attacks to review written wills as opposed to video wills

23   that were actually prepared and published by Hamas for these

24   killers?

25             MR. INGERMAN:  Objection.

THE COURT: Overruled.

A Yes, I did read them.

BY MR. TURNER:

Q Now, there's another category of evidence called memorializations. Can you describe to the ladies and gentlemen of the jury what a memorialization of these horrific events means.

A Sadly, Hamas does not view the suicide bombers as criminals who have carried out terrible acts. On the contrary, they view them as heroes who should be glorified and turned into role models and praised. And that is why Hamas decides to commemorate these suicide bombers in various ways which I will describe before you.

The first stage is a funeral. It could be a real funeral or a symbolic funeral held in honor, and I say in honor in quotation marks, of the suicide bomber. This is usually held with participation of many of the people who live in the city or village, and it involves the waving of flags, the chanting of slogans, the singing of songs, in honor of the suicide bomber.

Another example involves the establishment of a mourners' tent. I say mourners in quotes because they actually call this a wedding. And people come to visit the mother and the father to congratulate the mother and the father on the terror attacks, what we would say murderous

1    terror attacks, that were carried out or terror attack

2    carried out by their son.

3        Another example of this memorialization are posters,

4    large posters, with pictures, portraits of suicide bombers,

5    that are hung throughout the cities and villages.  And

6    another example are graffiti or murals.

7        Further examples involve the naming of streets,

8    schools, and buildings after those suicide bombers.  For

9    example, the central square in the city of Jenin is named

10   after Yahya Ayyash who was the first engineer of Hamas.

11       In addition to this, there are various memorialization

12   acts that are done at the universities in the Palestinian

13   territories.  And in the Palestinian territories there are

14   many universities.  Only in the West Bank alone, there are

15   13 universities.  And this is one of those places where

16   ceremonies are held and gatherings and assemblies in memory

17   of those suicide bombers.  And in the newspapers, mostly the

18   Hamas newspapers, large sections are devoted to them,

19   starting not just with the obituaries but also the story of

20   their lives.  Mostly in *Al-Risala* and *Al-Qassam Yun*, which

21   are the Hamas newspapers.  But not only in those, in other

22   dailies as well.

23       In addition to these, there are special television

24   programs that are devoted to the suicide bomber and these

25   are broadcast not only by the television channels of Hamas,

SHAKED - DIRECT - TURNER                    1006

1    they do have two large television channels, but they are

2    also given by others in memory of those suicide bombers.

3    They are done also by the satellite stations such as Al

4    Jazeera or other countries.

5         And also the television stations of Palestinians.  A

6    well-known program is -- there was a word in Arabic,

7    laajilkum, which means for you or for your sake, in which

8    they actually glorify and praise the life and the deeds of

9    the suicide bomber.

10        With your permission, I'd just give one last example.

11   Poets and authors write books and poems including an author

12   such as Mahmoud Darwish who writes poems of hymns of praise

13   in honor of the suicide bombers.  And he's the Palestinian

14   national poet.  These poems are composed and are sung in the

15   Arab world including by well-known popular singers such as

16   Fayruz.  If I am going to compare her, then I would compare

17   her to Tina Turner.  She is that famous, and she is singing

18   those poems of praise in honor of the suicide bombers.

19   Q    In these 24 attacks or at least many of them, have you

20   had access to actual posters published by Hamas?

21   A    Concerning most of them, I manage to collect most of

22   the posters that actually relate to those suicide bombers.

23   These posters were disseminated by the Palestinian Society

24   mostly by Hamas.  These are large posters in which they

25   actually praise and sanctify the suicide bomber.

SHAKED - DIRECT - TURNER                    1007

1  Q     Have you personally attended some of these funerals or

2  weddings?

3  A     I did attend a number of those funerals, and there were

4  many more cases in which I visited the mourners' tents in

5  order to see those weddings, quote/unquote, of those

6  shahids.

7  Q     Now, in addition to these sources of information, have

8  you also had an opportunity on occasion to personally

9  interview some of the terrorists who committed some of these

10 24 attacks in prison?

11 A     Yes.  I did interview some of those terrorists that are

12 held in prison and those terrorists that carry down the

13 terror attacks about which we are talking here in court.

14 Q     For instance, we're going to be talking today and

15 tomorrow about somebody by the name of Abdullah Barghouti.

16       Who is Abdullah Barghouti in the context of what we're

17 here to talk about?

18 A     Abdullah Barghouti is considered to be the arch

19 terrorist.  He is the engineer, the explosive engineer, that

20 caused the death of more Israelis than any other

21 Palestinian.  We are talking about a terrorist that grew up

22 in Kuwait, studied in South Korea, moved to Ramallah.  In

23 the course of two years built bombs that brought about the

24 death of 67 Jews and the injury of many hundreds.

25       Abdullah Barghouti was a person I met in prison.  He

SHAKED - DIRECT - TURNER                    1008

1   agreed to meet and talk so that I -- and I tried to talk to

2   him in order to understand what actually drove him to that

3   killing.

4   Q    Did you actually have an opportunity to videotape the

5   interview with Barghouti?

6   A    Of course.

7   Q    And during the course of this interview with Barghouti,

8   did you learn precisely how he would go about making these

9   bombs?

10                  MR. INGERMAN:  Objection.

11                  THE COURT:  Leading?

12                  MR. INGERMAN:  Objection.

13                  THE COURT:  Leading?  Is the objection that it's

14   leading?

15                  MR. INGERMAN:  And 801.

16                  THE COURT:  Overruled.

17   A    Barghouti was all too happy to describe to me how he

18   actually built those explosive vests, how he fitted them on

19   the suicide bombers, how he prepared those explosive charges

20   that he dispatched along with the terrorists into Israel

21   including those -- to those 24 terror attacks.

22        He was also delighted to describe to me how he prepared

23   the booby-trap cars that he dispatched to Israel in the aim,

24   as he declared it, and his aim was in his words was to kill

25   as many Israelis as possible.

SHAKED - DIRECT - TURNER                    1009

1  Q    I want to circle back for a minute and talk about more

2  globally all of these various sources of information.

3         THE COURT:  Before you do that, is this a good

4  time to take a break?

5         MR. TURNER:  Sure.

6         THE COURT:  All right.  Let's take our afternoon

7  break, ladies and gentlemen.  We'll be back here at 3:15.

8         Please do not talk about the case amongst

9  yourselves.  See you shortly.

10         (Jurors exit the courtroom.)

11         THE COURT:  All right.  Be seated.  Just so the

12  witness doesn't hear what I have to say to the lawyers, let

13  me have you over at sidebar for a minute.

14         (Sidebar conference.)

15         (Continued on the next page.)

16

17

18

19

20

21

22

23

24

25

SIDEBAR CONFERENCE                    1010

1        THE COURT:  Just for the record, I overruled the

2   hearsay objection on the ground that I understood this to be

3   one of the bases for the expert's opinion.  And I think it's

4   highly reliable in that context.

5        I do think, Mr. Turner, it would be better if you

6   make it clear that, in fact, various things he testified to

7   which might draw a hearsay objection are part of the

8   information he's relying on in reaching his opinion so that

9   the jury has the proper context under Rule 703.

10       MR. TURNER:  Yes, sir.

11       THE COURT:  All right.  3:15.

12       (End sidebar conference.)

13       (Continued on the next page.)

14

15

16

17

18

19

20

21

22

23

24

25

SHAKED - DIRECT - TURNER                    1011

1          THE COURT:  Please bring in the jury.

2          (Jurors enter the courtroom.)

3          THE COURT:  All right.  Be seated, please.

4          Mr. Turner, before you begin, ladies and

5    gentlemen, I just wanted to mention to you, you're doing

6    really well focusing on the testimony, but I wanted to

7    caution you that sometimes in the late afternoon after

8    you've had lunch, you get a little sluggish, a little harder

9    to stay awake, so please give it your all and really keep

10   the focus that you've had throughout the trial.

11         Please continue.

12         MR. TURNER:  Thank you.

13   BY MR. TURNER:

14   Q    When we broke, Mr. Shaked, what we were beginning to

15   talk about was taking all of these various sources of

16   information and looking at them more globally.

17        And my question for you is, is there one type of

18   evidence that is more important than another type of

19   evidence?

20   A    No, for me every piece of evidence is important.  This

21   is why I collect all the evidence that I can collect from

22   different sources from different places and only then do I

23   weigh all of it together in order to build the entire

24   picture.  It is not one piece of evidence alone, not at all.

25   Q    Well, let's focus for a minute on claims of

SHAKED - DIRECT - TURNER                    1012

1  responsibility.

2       Is there a difference between an official claim of

3  responsibility and an unoffical or one just simply

4  published in the media, for instance?

5            MR. INGERMAN:  Objection.

6            THE COURT:  Overruled.

7            Hang on one second.  You mean, difference in the

8  weight he gives it?

9            MR. TURNER:  Pardon me?

10            THE COURT:  Do you mean difference in the weight

11  that he gives it?

12            MR. TURNER:  No.  Technically, is there a

13  difference between -- in what he does, between an official

14  claim of responsibility and an unoffical?

15            THE COURT:  And how he views those two kinds of

16  claims?

17            MR. TURNER:  Yes, sir.

18            THE COURT:  All right.  Go ahead.

19            MR. TURNER:  Do you want the translator to make

20  the distinction?

21            THE COURT:  If she can, yes.

22  A    Indeed, there are official claims of responsibility

23  there are actually determined by the leadership of the

24  organization.  And these appeared in the official tools of

25  the organization by the form of a communique.

SHAKED - DIRECT - TURNER                    1013

1        In contrast to this, there are other announcements that

2   are made in an unofficial way.  And these have to be

3   thoroughly examined in order to clarify the veracity before

4   issuing any conclusion, such as radio announcements or

5   anonymous announcements that are made to various news

6   agencies and other publications in unofficial tools that are

7   made in an unofficial way.

8   BY MR. TURNER:

9   Q    In the course of your investigation, have you acquired

10  materials off of something called the Al-Qassam's Web site?

11  A    Yes.

12  Q    Is that Web site or those Web sites something that you

13  use in your profession and have used over the years in order

14  to gain information on whatever subject you were

15  researching, studying or analyzing?

16  A    Yes.

17  Q    And how is it that you can determine what is and what

18  is not an authentic Web site of the Al-Qassam brigade?

19             MR. INGERMAN:  Objection, your Honor.

20             THE COURT:  Overruled.

21             MR. INGERMAN:  May we have a brief sidebar?

22             THE COURT:  Sure.

23             (Sidebar conference.)

24             (Continued on the next page.)

25

SIDEBAR CONFERENCE                    1014

1          MR. INGERMAN:  Your Honor, this witness has

2     testified in his deposition that he is not an Internet

3     expert.  They had Mr. Kohlmann on for this.  And he is not

4     qualified to testify about whether or not a particular Web

5     site is authentic or not authentic.

6          THE COURT:  He has not been asked that yet.  He

7     has been asked do you use information from that Web site in

8     reaching your opinions.  And he's going to say yes.

9          If you want to cross-examine him on the fact that

10    he's not an Internet expert, that's fine.

11         MR. INGERMAN:  That's actually not the pending

12    question, your Honor.  And I can go back and look at the

13    real tone.

14         THE COURT:  Well, let me look.

15         (Brief pause.)

16         THE COURT:  He was asked how is it that you

17    determine what's authentic and what's not on the Web site.

18         Now, the answer to the question is the basis of

19    how he forms his opinion.  It's subject to attack by you,

20    but it's just going into his process of expert evaluation.

21    That's why I overruled it.

22         MR. INGERMAN:  Thank you.

23         (End sidebar conference.)

24         (Continued on the next page.)

25

SHAKED - DIRECT - TURNER                1015

1          MR. TURNER:  May I proceed?

2          THE COURT:  Yes.

3          MR. TURNER:  Do you want to read him back the

4     question.

5          (Record read as requested.)

6     A    The Al-Qassam Web sites are well known and also the

7     Hamas Web sites are well known.  Indeed, I am not an expert

8     on the Internet, but based on the reading of articles and

9     other materials written by other experts, I know that at

10    least the Web sites that I'm using have a very, very high

11    probability of being authentic Web sites of Hamas.

12    BY MR. TURNER:

13    Q    And do you routinely in your profession rely upon the

14    information that you've gained from those Web sites in order

15    to reach conclusions?

16    A    I am using these Web sites and the materials that are

17    in them, yes.

18    Q    Now, in the context of these 24 attacks, have you had

19    an opportunity to prepare 24 slides that help illustrate

20    what your findings are with respect to each attack?

21    A    Yes.

22    Q    And do these slides have -- in fact, I think all of

23    them do -- photographs of the involved terrorists or at

24    least some of the involved terrorists?

25    A    I made an effort to include the key terrorists that

SHAKED - DIRECT - TURNER                1016

1    participated in every attack.

2    Q    And did you select the photographs, the images that you

3    placed on these slides, as fair and accurate representations

4    of the person identified on the slide?

5    A    Yes.

6    Q    Did you, in fact, take some of the photographs of the

7    people on the slides?

8    A    Yes, I personally did this, shot some of the pictures.

9    Q    And can you identify as fair and accurate

10   representations all of these photographs we're about to

11   begin to look at as the individuals whose name you put under

12   each photograph.

13   A    I will do that.

14        MR. TURNER:  Okay.  Your Honor, at this point I

15   would like to go ahead and begin going through the

16   individual attacks.  The first slide will be the Neve Yamin.

17        THE COURT:  All right.  You may.

18   BY MR. TURNER:

19   Q    Have you had an opportunity to investigate the March

20   28, 2001, gas station bombing at Never Yamin that resulted

21   in two deaths and four reported injuries?

22   A    Yes.

23   Q    Were you able to identify the suicide bomber?

24   A    Yes.

25   Q    Who was the suicide bomber?

SHAKED - DIRECT - TURNER                    1017

1    A    The suicide bomber was Fadi Amer, resident of Qalqilya,

2    who we see at the bottom part of the slide.

3    Q    Now, based on your investigation, did Fadi Amer carry

4    out this bombing solely and on his own or as part of Hamas?

5    A    Fadi Amer carried out the attack on behalf of Hamas as

6    member of Hamas and for the organization Hamas.

7         (Continued on the next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

R. SHAKED - DIRECT/MR. TURNER                1018

1    DIRECT EXAMINATION (Continued)

2    BY MR. TURNER:

3    Q    Where is Neve Yamin?

4    A    Neve Yamin is a slow gas station, but it is also called

5    the Peace Gas Station.  It is not too far from Qalqilya,

6    which is an Arab town in the center of Israel.

7    Q    What is the significance, if any, of this gas station?

8    A    This gas station was a transportation station for

9    students who come from the center of Israel towards the

10   east, they come in the morning either driven by their

11   parents' cars or in buses; and from there, they are taken by

12   buses to their respective schools.

13   Q    What did your investigation reveal about Fadi Amer's

14   background?

15   A    Fadi Amer was a student in the university branch of

16   Qalqilya.  He studied Islamic sciences and wanted to serve

17   Islam in the mosque of the -- as an Imam in the mosque of

18   the city.

19           He was a veteran Hamas operative.  And judging by

20   testimonies given by Hamas, he was an officer in the

21   organization in Izz ad-Din al-Qassam, which is the military

22   wing of Hamas.

23   Q    How did you identify Ayman Halawah in the upper

24   left-hand corner as the Hamas commander who was in charge of

25   Nablus who built the bomb?

1    A    Ayman Halawah was known from other sources and other

2    cases and other terror acts, and from the studies that I

3    conducted as a journalist and also in my studies at the

4    university, he was known to be the commander of Hamas in the

5    area of Nablus.  He was the one who built the bomb, and I

6    learned this from testimonies given by Hamas and other legal

7    sources, Israel legal sources and also the ISA records.

8    Q    The terrorist in the middle, Ra'ed Houtari, how were

9    you able to determine that he oversaw the attack and what

10   does that mean?

11   A    Ra'ed Houtari was Hamas operative in Qalqilya.  His

12   name became known after he was arrested.  And that included

13   -- Hamas actually published a description of his deeds.  He

14   was also arrested by the ISA and gave in his testimony

15   details about the terror, the bombing and what happened.

16   And judging by this and also other testimonies given by

17   other operatives who have linked him directly to the bombing

18   and the way by which he oversaw the terror act.

19             MR. INGERMAN:  Your Honor, may I have a continuing

20   objection on the hearsay issue with respect to this witness?

21             THE COURT:  As far as I'm concerned you do, yes.

22             I will advise the jury when the witness talks

23   about the things he relied upon in reaching his opinion,

24   those facts may or may not be before you through other

25   evidence.  For now, he's just telling you how he got to his

R. SHAKED - DIRECT/MR. TURNER                1020

1    opinion so that you can determine how to evaluate his

2    opinion.

3    BY MR. TURNER:

4    Q    The final terrorist shown on this particular slide is

5    Abd al-Rahman Hamdan.  What role did Hamdan play in this

6    terrorist attack?

7    A    Abd al-Rahman Hamdan was the commander of Hamas in

8    Qalqilya.  He was the one who planned the attack, and he

9    dispatched the bomber to Neve Yamin.

10   Q    What source of information or sources of information

11   did you use to acquire that fact?

12   A    The various sources I used were, for example,

13   testimonies given in Israel court by other terrorists about

14   him.  One example is Ra'ed Houtari himself, the

15   memorialization ceremonies held in Qalqilya after he was

16   killed, including large posters carrying pictures of him

17   with descriptions of the various operations that he

18   commanded.  And most especially, I used materials from Hamas

19   itself that describe his various deeds in detail and the

20   various activities he carried out in the organization and

21   his involvement in the terror attack in Neve Yamin.

22          MR. TURNER:  Could you show the witness only 3222?

23   Tell me when he's ready.

24          THE COURT:  When you can see it, he can see it.

25          MR. TURNER:  Mine comes up the same time as his?

R. SHAKED - DIRECT/MR. TURNER                1021

1            THE COURT:  Yes, it does.

2   Q    Can you identify what 3222 is, Mr. Shaked?

3   A    Yes, I can.

4   Q    And what is 3222?

5   A    This is an official claim of responsibility from Hamas

6   in which it takes responsibility for the terror attack

7   carried out in Neve Yamin gas station.

8   Q    What is the source of 3222?

9   A    The source of the document is the site, the website of

10  the military wing of Hamas, which is called is Izz ad-Din

11  al-Qassam.

12  Q    Is that the same website that you described earlier

13  that you use on a routine basis?

14  A    Yes, indeed.

15  Q    And is this a fair and accurate image of what was drawn

16  from the Al-Qassam's brigade's website?

17  A    Yes.

18            MR. TURNER:  We offer 3222 into evidence.

19            MR. INGERMAN:  Objection.

20            THE COURT:  Can I see counsel at sidebar for a

21  minute.

22            (Continued on the next page for sidebar.)

23

24

25

SIDEBAR CONFERENCE                    1022

1          (Sidebar conference begins.)

2          THE COURT:  Isn't this the same website that

3   Coleman testified to and got into evidence over objection?

4          MR. OSEN:  Yes.

5          THE COURT:  So it's the same objection you made in

6   Coleman, right?

7          MR. INGERMAN:  It is, with the added testimony

8   from Mr. Shaked that these are not statements against penal

9   interest.  I mean, he spent five or six minutes talking

10  about how this is a glorification and they do this for the

11  owner --

12         THE COURT:  I reject the argument that because

13  it's a glorification and cannot be against penal interest,

14  it can be both.  It frequently is.  People usually have a

15  motive for saying something that is against their penal

16  interest, besides wanting to go to jail.  So they have some

17  other purpose.  If inherently the declaration is against

18  their penal interest, the fact that they have some other

19  motive for making that declaration does not rob it of its

20  probative force.

21         MR. STEPHENS:  I don't think that's right, your

22  Honor.  If I may --

23         THE COURT:  Okay.  We have a disagreement on that.

24  That's my ruling.

25         But in any event, this objection was passed

1    essentially because I admitted the website.

2            MR. INGERMAN:  I agree with that, I'm trying to

3    develop the record.  If your Honor will give me a continuing

4    objection, I won't jump up --

5            THE COURT:  I'm happy to give you a continuing

6    objection.

7            MR. INGERMAN:  That's fine.

8            (End of sidebar conference.)

9            (Continued on the next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

R. SHAKED - DIRECT/MR. TURNER                1024

1         THE COURT:  All right.  The document is received

2    over objection.

3         MR. TURNER:  May we display it, please.

4         (Plaintiff Exhibit 3222 was admitted into

5    evidence.)

6    BY MR. TURNER:

7    Q    Okay.  First of all, blow up the upper one-third all

8    the way to the end.

9         Now, first of all, do you recognize the logo,

10   Mr. Shaked?

11   A    Yes, I can identify the logo.

12   Q    And whose logo is that?

13   A    The logo -- is the logo of the Izz ad-Din Al-Qassam

14   Brigade, the military wing of Hamas.

15   Q    Can you identify the person shown in the photograph?

16   A    Yes, I could.

17   Q    Who is it?

18   A    His name is Fadi Amer, he is the suicide bomber who

19   carried out the Neve Yamin suicide bombing.

20   Q    Are there sometimes in some of these attacks what's

21   called competing claims of responsibility by other

22   organizations?

23   A    Yes, indeed there are.

24   Q    And how does someone like you go about evaluating the

25   authenticity of the competing claims of responsibility?

R. SHAKED - DIRECT/MR. TURNER                1025

1   A    First of all, I don't -- I'm not in competition with

2   time, I'm only in competition with authentic material and

3   myself.  I examine the material based on a perspective of

4   time, and especially by comparing, examining, crosschecking

5   the same material with other material.  Because ultimately,

6   what we have here is just one piece out of a whole complex

7   puzzle.  And in order to build a true picture, I have to

8   base myself on various sources of information.

9   Q    Now, during the course of your investigation, were you

10  able to determine whether there were any competing claims

11  for the bombing at Neve Yamin?

12  A    I don't recall if in the case of Neve Yamin there were

13  indeed competing claims of responsibility.  But in the case

14  of Neve Yamin, Hamas only took responsibility two weeks

15  after the bombing, and there were certainly during that

16  period, various anonymous claims of responsibility.

17  Q    Now, as we go through these claims of responsibility in

18  each of these 24 attacks, including in some instances

19  special reports, as you had last, are all the details in

20  these claims of responsibilities always 100 percent

21  accurate?

22  A    Based on my experience, my research and my examination,

23  I have concluded that the official claims are generally

24  true, as well as other unofficial claims, they are also very

25  often true.  The claims received from competing

1  organizations or from just anyone; ultimately, in most

2  cases, turn out to be false.

3  Q    Now, from a factual standpoint, does -- at least based

4  on your experience, does Hamas operate like a formal

5  military in that they are in constant communication with one

6  another about every detail at every moment?

7           MR. INGERMAN:  Objection your Honor, form.

8           THE COURT:  Sustained.

9  Q    Based on your experience -- you might want to tell him

10  I'm going to does him a question.

11          Based on your experience in dealing with Hamas,

12  does Hamas communicate with one another, at least based on

13  your experience in reporting these attacks, on a

14  moment-by-moment basis?

15          MR. INGERMAN:  Objection, same question.

16          THE COURT:  Sustained.

17  Q    You might want to tell him again.

18          Mr. Shaked, have you had an opportunity to read

19  3222, the claim of responsibility in this particular attack,

20  the Neve Yamin attack?

21  A    Yes, I would have that opportunity.

22  Q    And would you summarize for us what you learned from

23  this claim of responsibility in terms of this particular

24  attack?

25  A    Firstly, I concluded that Hamas made an official

R. SHAKED - DIRECT/MR. TURNER                    1027

1   statement in which it claimed responsibility for the attack,

2   and also published the name of the suicide bomber correctly.

3           I also learned from the statement about the way

4   the suicide bombing was carried out, because Hamas gave

5   details in this statement.  I also learned that Hamas spoke

6   about the suicide bomber Fadi Amer as being the third in a

7   series of terror attacks that it sought to carry out, and I

8   learned this after the fact, based on this piece of

9   information.

10  Q    Could you show the witness please only 3811.  Can you

11  identify 3811?

12  A    Yes, I can.

13  Q    What is 3811?

14  A    This is an ISA report in Israel summing up the actions

15  of suicide bombers from September of 2000 to September of

16  2007.

17  Q    And does this ISA report include a section on Neve

18  Yamin, the attack on Neve Yamin?

19  A    Yes.

20  Q    And did you rely upon this particular government record

21  in reaching your findings in this particular attack?

22  A    Yes, I relied on this piece of information as well in

23  addition to other testimonies.

24  Q    Are these the kinds of reports that you've seen in your

25  over 40-year career at the ISA?

R. SHAKED - DIRECT/MR. TURNER                    1028

1  A    Yes.  Indeed, this report, which sums up certain period

2  of time is typical of the types of reports that I have seen.

3  Q    And does 3811, the ISA report confirm your conclusions

4  that Hamas was responsible for this attack in Neve Yamin?

5  A    Yes, it does.

6         MR. TURNER:  We would offer 3811 into evidence.

7         MR. INGERMAN:  Your Honor, we had a prior

8  objection to that, and I think it was sustained in part and

9  ruled in part as to this document.

10        THE COURT:  Oh, which part was sustained?

11        MR. INGERMAN:  Do you want me to say it?

12        MR. TURNER:  It is redacted further.

13        THE COURT:  It's been redacted?

14        MR. TURNER:  It's been redacted.

15        THE COURT:  Okay.  Anything else?

16        MR. INGERMAN:  No.

17        THE COURT:  The document is received.

18        (Plaintiff Exhibit 3811 was admitted into

19  evidence.)

20  Q    Would you put up 3216.

21        Do you recognize 3216, Mr. Shaked?

22  A    Yes, I do.

23  Q    And what is 3216?

24  A    This is a police report by a police explosives expert

25  describing the explosives charge as being a charge that is

R. SHAKED - DIRECT/MR. TURNER          1029

1    usually used by terrorist groups.

2    Q    Sometimes referred to as a ballistics report?

3    A    It may be called a ballistics report or an explosives

4    report, I'm not an expert on police reports, so I can't

5    really answer that question.

6    Q    Is 3216 the type of police report that you've seen over

7    the years emanating from the police forces within Israel?

8    A    Yes, I have indeed reviewed many such reports.

9    Q    And does this particular report relate to the attack at

10   Neve Yamin?

11   A    Yes, the report indeed discusses the attack at Neve

12   Yamin.

13   Q    And is the information contained in 3216 consistent

14   with the other information leading you to the findings you

15   made about who carried out the terrorist attack in Neve

16   Yamin?

17            MR. INGERMAN:  Objection.

18            THE COURT:  Overruled.

19   A    This finding helped me to reach that conclusion.

20            MR. TURNER:  We offer 3216 into evidence in its

21   redacted form.

22            MR. INGERMAN:  Objection, your Honor.

23            THE COURT:  Same one?

24            MR. INGERMAN:  Yes.

25            THE COURT:  I'm not sure we're speaking the same

R. SHAKED - DIRECT/MR. TURNER              1030

1    language.  It's been redacted?

2              MR. INGERMAN:  I'm sorry, this is on 801.

3              THE COURT:  That's what I'm asking.  Overruled.

4              (Plaintiff Exhibit 3216 was admitted into

5    evidence.)

6    Q    Now, in addition this information, Mr. Shaked, did you

7    also have an opportunity to investigate -- to see whether

8    there are any posters or memorialization type activities

9    that Hamas carried out on behalf of Fadi Amer?

10   A    Yes, a number of things.  I saw the posters in

11   Qalqilya, and that includes the posters that were hung in

12   central places in the city, and also a symbolic funeral that

13   was held in the city attended by the residents of the city,

14   and also a ceremony that was held by students and a

15   memorial, an official memorial ceremony of Hamas, in which

16   Khaled Mashal himself, the head of the political bureau of

17   Hamas, gave a speech on telephone from the mosque of

18   Qalqilya, the city in which the terrorist was born and

19   operated.  And the Khaled Mashal called others to follow his

20   path, the path of Fadi Amer, the suicide bomber.

21   Q    Did you also have an opportunity to investigate the

22   June 1, 2001, suicide bombing at the Dolphinarium in Tel

23   Aviv that resulted in 21 deaths and 100 plus injured?

24   A    Yes.

25   Q    Were you able to determine who the suicide bomber was

1  in the Dolphinarium attack?

2  A     Yes.

3  Q     Who was it?

4  A     Sa'id Houtari, also a resident of Qalqilya.

5  Q     Was this young man also the roommate of the previous

6  suicide bomber?

7  A     Indeed, sir.

8  Q     Now, what was the Dolphinarium in June of 2001, so

9  everyone can understand the setting of where this attack

10 took place?

11 A     The Dolphinarium was the center of entertainment in

12 Israel for young men and women.  There were restaurants

13 there and entertainment centers.  There was a very big

14 discotech in which many young people danced, including my

15 own son, who visited the Dolphinarium to dance and have fun.

16 The clubs served mostly young people from high schools and

17 students who would come and attend the club during the

18 weekends.  They would crowd the club and just came there in

19 order to release their tension.

20 Q     Did that particular attack occur during the day or

21 nighttime?

22 A     This attack happened late at night, this was a Friday

23 night and many, many young people were on their way to dance

24 and have fun during the weekend.

25 Q     And you prepared a slide for this particular attack as

R. SHAKED - DIRECT/MR. TURNER                1032

1    well; is that correct?

2    A    Yes, I did pick out a slide.

3    Q    Mr. Shaked, the top three individuals on this

4    particular slide are the same three individuals involved in

5    the Neve Yamin attack, are they not?

6    A    Indeed, it is exactly the same terrorist cell that

7    perpetrated the attack in Neve Yamin.

8    Q    And were you able to review a claim, an official claim

9    of responsibility by Hamas for this particular attack?

10   A    Yes.

11   Q    Could you put 3252 in front of just the witness,

12   please.

13        Can you identify 3252?

14   A    Yes.

15   Q    What is 3252?

16   A    This is an official document.  It is Izz ad-Din

17   al-Qassam Brigade that announces, and I read the third line

18   from the top, the hero Sa'id -- Houtari who carried out the

19   attack at the Dolphinarium, and this is an official

20   statement, an official claim of responsibility.

21   Q    And was this particular exhibit taken directly off the

22   Al-Qassam Brigade's website, much like the previous one?

23   A    Yes.

24        MR. TURNER:  We offer 3252.

25        THE COURT:  All right.  Same objection?

R. SHAKED - DIRECT/MR. TURNER                1033

1          MR. INGERMAN:  Yes, your Honor.

2          THE COURT:  Admitted over objection.

3          (Plaintiff Exhibit 3252 was admitted into

4    evidence.)

5    Q    Let's go to the slide, if you would, Mr. Miller, in the

6    translated version.  If we could blow up the top half so we

7    put some of this into context.

8          First of all, the claim of responsibility, can you

9    identify the photograph on this particular exhibit,

10   Mr. Shaked?

11   A    Yes, I do.

12   Q    And is the date of attack likewise shown?

13   A    Indeed.  We do see the date.

14   Q    And the logo that the red line is pointing to, can you

15   identify that logo?

16   A    Indeed, I can identify the logo of the Izz ad-Din

17   Al-Qassam Brigade, the military wing of Hamas.

18   Q    Now, Mr. Miller, focus on the bottom where it has the

19   attack in the translated version and it reads, "The tenth

20   messenger the hero martyr, Sa'id Hassan Hussein al-Hutari,

21   20 years old, approached the intended target calmly on

22   Blessed Friday 6/1/2001 at 11:30 p.m. according to the plan

23   and carried out his distinguished suicide attack at the

24   heart of the enemy's territory.  He went to Allah's favor

25   and to his paradise to meet the profits, the martyrs, and

R. SHAKED - DIRECT/MR. TURNER                1034

1    the righteous."

2            Is that consistent, that description consistent

3    with the facts that you were able to put together as part of

4    your investigation?

5    A    Yes.

6    Q    Now, were there any competing claims of responsibility

7    by other -- responsibility by other terror groups for the

8    attack at the Dolphinarium?

9    A    Yes.  Shortly after, there were a few claims of

10   responsibility.  If I'm not mistaken in this case, it was

11   the Palestinian Islamic Jihad, but they said very, very

12   quickly after the Hamas official claim of responsibility was

13   published, which ruled out every other.

14   Q    Now, in addition to that material, did you also have

15   access to an Israel security agency report, again, that

16   included this particular attack?

17   A    I did have the opportunity to peruse the ISA report

18   along with other records, other legal records.

19   Q    We're going to look at 3811, which is already in

20   evidence.  This is the ISA report that we discussed in the

21   context of Neve Yamin.

22   A    Yes, it is the very same report that details many other

23   terror attacks, including the Neve Yamin and the

24   Dolphinarium.

25   Q    And is the Dolphinarium attack specifically discussed

1    in Exhibit 3811?

2    A     Yes.

3    Q     And are the results consistent with your findings?

4    A     Yes.

5    Q     Now, in addition that, there was a will prepared by

6    Mr. Houtari.

7    A     Indeed, the terrorist Houtari prepared a will before

8    embarking upon his terror attack.

9    Q     Did you have at some point in time access to that will?

10   A     Yes.

11   Q     And where did you see that particular will?

12   A     Yes, I did see this will in the website of Hamas.  And

13   for proper disclosure I can say that even before that, I

14   could see this in newspapers, because Hamas published it.

15   And I also read many other publications, Hamas wished to

16   make this public shortly after the attack.

17   Q     With respect to memorializations, could you put 3226 on

18   the witness' screen only.

19   A     Yes.

20   Q     Do you recognize this particular image?

21   A     Yes, I can see the picture of Houtari.  And it says

22   that he is the one who perpetrated the attack in Tel Aviv on

23   this Blessed Friday, and the date appears as well.

24   Q     What is the source of this particular exhibit?

25   A     This is a part of a series of posters that were

R. SHAKED - DIRECT/MR. TURNER                    1036

1   published in Qalqilya in various mosques in the West Bank.

2   In this case the poster was taken from the official website

3   of the Izz ad-Din al-Qassam because of the good quality and

4   the ability to present it here.

5   Q    Is that the same website we've been discussing thus

6   far?

7   A    Indeed, it is the same website the Izz ad-Din al-Qassam

8   Brigade turn we over.

9             MR. INGERMAN:  Same objection.

10            THE COURT:  All right.  It's overruled.

11            MR. TURNER:  Would you please display that?

12            THE COURT:  Mr. Turner, as you know, I have sole

13   control of what gets displayed and not displayed.

14            MR. TURNER:  I'm sorry.  I though it was put into

15   evidence already.  May I display 3226?

16            THE COURT:  Yes, you may.  You may ask me or you

17   may ask Ms. Clarke, but it's got to be one or the two of us.

18            MR. TURNER:  Thank you.

19   Q    Could you blow up the top.

20            There is some writing on this poster, is there

21   not, Mr. Shaked?

22   A    Indeed so.

23   Q    What does that say?

24   A    It says, so in Arabic al-Shaheed al-qassami, which

25   means the shaheed, the martyr, the person who perpetrated

R. SHAKED - DIRECT/MR. TURNER                 1037

1    the attack, the person who died is a member of Izz ad-Din

2    al-Qassam.

3    Q    When you say Izz ad-Din al-Qassam, is that the military

4    wing or so-called military wing of Hamas?

5    A    Yes.

6    Q    Okay.  Could you back out of that now.  And could you

7    go to the bottom where the writing is.

8             Could you read that, please sir?

9    A    Yes.  It does say after reading what it in Arabic,

10   "That this is the perpetrator of the terror attack in

11   Tel Aviv on the Blessed Friday, dated June 1st, 2001."

12   Q    Is that the same date as the Dolphinarium?

13   A    It was the same date.

14   Q    Is that consistent with your conclusion Hamas was

15   responsible for this attack?

16   A    Yes.  It helps me in determining the fact that Hamas is

17   responsible for the terror attack.

18   Q    Did you likewise have an opportunity to investigate the

19   August 9, 2001, bombing in Sbarro Pizzeria in Jerusalem that

20   resulted in 15 people being killed and 132 reported injured?

21             MR. INGERMAN:  Your Honor, I'm going to object to

22   the form of the question.

23             THE COURT:  What's wrong with the form?

24             MR. INGERMAN:  I think it's loaded up with facts

25   that are not in evidence.

R. SHAKED - DIRECT/MR. TURNER                1038

1          THE COURT:  Well, why don't you answer whether

2    you've had an opportunity to investigate the Sbarro bombing

3    on August 9, 2001.

4    A    Yes.

5    Q    How many people were killed?

6    A    15 people.

7    Q    And how many people were reported injured?

8    A    About 170 injured people.

9    Q    Were you able to determine who the suicide bomber was?

10   A    Yes, I could determine who the suicide bomber was.

11   Q    And who was the suicide bomber?

12   A    Yes.  The suicide bomber was called Izz ad-Din

13   al-Masri, a resident of the village near Janin who was 20 or

14   21 years old.

15   Q    Were you able to determine whether or not al-Masri

16   acted alone in this attack or whether he was acting on

17   behalf of Hamas?

18   A    Yes.

19   Q    What was your conclusion?

20   A    That al-Masri on operated on behalf of Hamas as a

21   member of Hamas and for Hamas in every stage of this

22   operation.

23          THE COURT:  Mr. Turner, can you finish the Sbarro

24   attack in ten minutes or do you need more?

25          MR. TURNER:  I can't finish it in ten minutes.

PROCEEDINGS                    1039

1           THE COURT:  All right.  If this is convenient

2    before he goes into the basis of his conclusion, let's break

3    up the day.

4           MR. TURNER:  Yes, sir.

5           THE COURT:  Ladies and gentlemen, again, I need to

6    remind you, do not discuss the case amongst yourself or

7    anyone else, stay away from any media coverage on the case,

8    do not do any research on the case, do not communicate on

9    the internet about the case, no Facebook postings or Google

10   searches of anything like that.  Keep an open mind.  I know

11   this is hard work, but we appreciate the fact that you're

12   doing it.  Get a good night's sleep and we'll see you

13   tomorrow morning at 9:30.

14           (Jury is out of the courtroom at 4:20 p.m.)

15           THE COURT:  All right.  Anything else we need to

16   cover?

17           MR. OSEN:  Two things, your Honor.

18           THE COURT:  All right.  Everyone have a seat.  The

19   witness may step down.

20           THE WITNESS:  Thank you.

21           (Witness leaves the witness stand.)

22           THE COURT:  Mr. Osen, what do you got?  And the

23   interpreters may step down, too.

24           MR. OSEN:  Your Honor, first, we would request

25   that the defendant file with the Court his proposed list of

1    order of witnesses that we discussed last Thursday.

2            THE COURT:  When did you anticipate resting,

3    Wednesday?

4            MR. OSEN:  I think the way things are going, the

5    end of Thursday or the beginning of Tuesday.

6            THE COURT:  Okay.  So when is the defendant in a

7    position to get us that list?

8            MR. STEPHENS:  I sent them a list, your Honor.  I

9    wasn't aware that I was supposed to be filing it with you.

10           THE COURT:  That's okay, but apparently Mr. Osen

11   doesn't know he's got it.

12           MR. OSEN:  No.  We got three versions of the list

13   yesterday, which has been amended and re-amended, and I

14   think it's -- it would be beneficial for both us and the

15   Court to have one actual list.

16           THE COURT:  Well, let's file the last -- I assume

17   the last one is the current, good faith effort, so let's

18   file that and then I'll have it, too.

19           MR. STEPHENS:  All right.

20           THE COURT:  You had something else, because I

21   thought of one.

22           MR. OSEN:  Sorry, your Honor.  With respect to

23   excerpt seven through nine, which have been now been

24   submitted and counter designated, we have some significant

25   issues with it apart from the rule of completeness issue

PROCEEDINGS                                1041

1   that have terminated this, and I don't know if it would be

2   most effective if we just filed a letter this evening on it.

3   Obviously, it won't get played until Wednesday at the

4   earliest, but we'd like to be able to address certain issues

5   that impact the Rule 37 issues and the like.

6          THE COURT:  Well, I'd like to see the letter early

7   this evening, as early as possible.  I understand it's

8   already 4:30, do the best you can.

9          MR. OSEN:  Okay.

10          THE COURT:  Now, I have one other thing which may

11   bear on what you're talking about.  Did have you something

12   else, Mr. Stephens?

13          MR. STEPHENS:  No, your Honor, I'm just standing.

14          THE COURT:  Here's where I am ruling on compliance

15   and industry standard evidence that the defendant wants to

16   put in.  I am inclined to allow that evidence in reasonable

17   form, not in exhaustive exploration of every compliance

18   technique that the bank has.  However, if the bank does

19   that, then I think consistent with the sanctions order, I

20   would instruct the jury that they may only consider such

21   evidence with regard to the Hamdan account.  Because as I

22   understand, and maybe the parties will tell me something

23   differently, that is the only account in which the bank has

24   produced full documentation.

25          My concern, and I think there is no point in

PROCEEDINGS                    1042

1    obscuring what I think the bank strategy is here, is that

2    the bank is introducing all this compliance and industry

3    standards so that there will be an unspoken inference that

4    the jury may be permitted to draw that, in fact, the bank

5    didn't know that these were terrorist accounts.  And I think

6    the bank cannot do that.  I understand the line that it's

7    trying to walk to say well, we won't argue that to the jury,

8    because the sanction order precludes us from doing it.  But

9    unrestricted compliance and industry standard evidence, in

10   my view, would allow that inference to be drawn by the jury

11   on its own and really serves no function other than to obey

12   the sanctions order, except as to the Hamdan account, in

13   which records have been produced.

14         So if the defendant wants to go down that road, I

15   will allow it, but I will also make it clear to the jury

16   that it does not apply to any of the accounts for which

17   documentation and testimony was not produced.  Am I clear?

18         MR. OSEN:  Yes, your Honor.  I would just point

19   out that part of the issue that comes up in these

20   designations for seven, eight, and nine is that it addresses

21   policies and procedures in counts and areas where we don't

22   have the records, and I think it's very hard for the jury at

23   this point to be able to figure out what was produced and

24   what wasn't produced and so on.

25         So, for example, your Honor, they have made a

PROCEEDINGS                                        1043

1    great deal about the fact that they filtered transactions

2    through OFAC in New York.  The jury has no way of knowing

3    that they only produced New York records and not the records

4    of the account holders in Gaza.

5          THE COURT:  Yeah.  If the defendant cannot tie

6    those compliance procedures strictly to the Hamdan account,

7    which I don't see how they could in New York, then I won't

8    admit that evidence.  That's the only account as to which

9    I'm letting in compliance evidence.  Okay?

10          MR. STEPHENS:  I'm sorry, maybe I'm -- what is

11   compliance evidence?

12          THE COURT:  Testimony from an expert or fact

13   witness that the bank had certain procedures to help it

14   detect the existence of terrorist accounts.  I think you

15   know what that is.

16          MR. STEPHENS:  What's that?

17          THE COURT:  I think you knew what that was.  It's

18   what we've been discussing in the earlier point of the case;

19   evidence with compliance with internal procedures and the

20   meaning of industry standards in the banking industry

21   internationally in order to show that the bank would have

22   picked up unauthorized accounts.  I will not allow that

23   except as to the Hamdan account.

24          MR. STEPHENS:  I think the order by Judge Gershon

25   allowed testimony as to international banking standards.

PROCEEDINGS                    1044

1          THE COURT:  It allowed it.  To the extent it was

2     allowed by the sanctions ordered, and now what I've got to

3     do is make them mesh.  And the way they mesh is you can't

4     use the compliance industry standard evidence to show or

5     suggest or even allow the jury to infer that, in fact, these

6     procedures would have identified accounts other than the

7     Hamdan accounts as unauthorized or improper accounts.  I'm

8     not going to allow that.  If you want to put in evidence

9     related to the Hamdan account, that's fine.  I am correct,

10    am I not, that the defendant did not produce documentation

11    for any of the subject accounts other than the Hamdan

12    account, right?

13         MR. OSEN:  Bits and pieces, your Honor, but not

14    full records, so...

15         THE COURT:  Anything for which an exemption from

16    production was claimed cannot be the subject of compliance

17    or industry standard testimony.

18         MR. OSEN:  Your Honor, one more corollary to that

19    is designated testimony.  And it could be, I guess in their

20    case in chief, where they testify about the financial

21    neediness of beneficiaries without the benefit of either

22    knowing or having the records or even of the witnesses

23    knowing the underlying information.

24         THE COURT:  Well, I'll think about that.  I've not

25    considered that at this stage.  There is something to what

PROCEEDINGS                    1045

1   you say, and I'll think about that overnight and I'll let

2   you know in the morning.

3              MR. OSEN:  Okay.  It will be in our letter as

4   well.

5              THE COURT:  All right.  Anything else?

6              MR. INGERMAN:  We'd like an opportunity to respond

7   to whatever they write, your Honor.

8              THE COURT:  Of course.  The sooner you do it, the

9   sooner I will consider both responses.  They have their's to

10  me by eight and get yours to me by ten, I'll be up on it by

11  tomorrow morning.  I think it's not necessarily a today

12  issue, I think it's mostly an issue for the defendant's

13  case; although, I don't know what is going to be designated

14  in the cross designation.  As I said, this ruling may

15  overlap the issue, so...

16             MR. OSEN:  The reason we raise it now is obviously

17  we put a lot of strain on our IT people to cut the tapes for

18  the actual presentation.  Obviously, they have counter

19  designated enormous counties of materials again on these

20  subjects, so we'll get in our letter as soon as we can, once

21  we leave here.  Hopefully, the defendant can get it in today

22  and hopefully we'll have time to cut it for Wednesday or

23  early Thursday.

24             THE COURT:  All right.  Everyone is doing the best

25  they can.

PROCEEDINGS                                    1046

1          Okay.  Thank you very much.  See you in the

2    morning.  Mr. Osen, I need your exhibits like now, okay.

3          MR. OSEN:  Yes, your Honor.

4          (Proceedings adjourned at 4:30 p.m.)

5

6

7                              *  *  *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1047

1    **I N D E X**

2

3    <u>**WITNESS**</u>                                              <u>**PAGE**</u>

4

5

6        RONNI SHAKED                                         982

7        DIRECT EXAMINATION BY MR. TURNER         983

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1048

**E X H I B I T S**

Plaintiffs' Exhibit 4782, 4783 and 4784          980

Plaintiffs' Exhibits 1064, 1065, 1069, 1572,
127, 98, 221, 180, 217, 138, 136, 175, 179,
185                                             981

Plaintiff Exhibit 3222                         1024

Plaintiff Exhibit 3811                         1028

Plaintiff Exhibit 3216                         1030

Plaintiff Exhibit 3252                         1033

**'**

**'98** [1] - 966:19

## 0

**04CV00365** [1] - 943:5
**04CV02799** [1] - 943:3
**04CV05449** [1] - 943:4
**04CV05564** [1] - 943:5
**05CV00388** [1] - 943:6
**05CV03183** [1] - 943:6
**05CV03768** [1] - 943:7
**06CV01623** [1] - 943:7

## 1

**1** [1] - 1029:22
**100** [2] - 1024:20, 1029:23
**1023** [1] - 1047:10
**1027** [1] - 1047:12
**1029** [1] - 1047:14
**1032** [1] - 1047:16
**1064** [3] - 980:21, 981:1, 1047:6
**1065** [3] - 980:21, 981:1, 1047:6
**1069** [3] - 980:21, 981:1, 1047:6
**1090** [1] - 952:16
**11201** [1] - 944:10
**11:00** [3] - 945:3, 960:3, 976:2
**11:24** [1] - 964:11
**11:30** [1] - 1032:22
**11:35** [2] - 963:17, 964:1
**11:38** [1] - 965:4
**12** [5] - 945:17, 972:20, 973:20, 973:22, 988:2
**12-and-a-half** [1] - 988:4
**127** [3] - 980:21, 981:1, 1047:7
**12:24** [1] - 977:15
**13** [2] - 988:2, 1004:15
**13-year** [1] - 988:4
**132** [1] - 1036:20
**136** [3] - 980:22, 981:2, 1047:7
**138** [3] - 980:22, 981:2, 1047:7
**14th** [1] - 993:6
**15** [4] - 959:4, 963:16, 1036:20, 1037:6
**155** [3] - 966:7, 967:3, 977:18
**1572** [3] - 980:21, 981:1, 1047:6
**163** [5] - 966:7, 967:3, 977:18, 977:22
**170** [1] - 1037:8
**175** [3] - 980:22, 981:2, 1047:7
**179** [3] - 980:22, 981:2, 1047:7
**180** [3] - 980:21, 981:2, 1047:7
**185** [3] - 980:22, 981:2, 1047:8
**1965** [1] - 985:9
**1966** [1] - 986:21
**1968** [1] - 987:25
**1982** [4] - 988:1, 991:18, 993:15
**1983** [1] - 993:15
**1987** [2] - 993:7, 993:10
**1988** [1] - 991:18
**1991** [1] - 972:12
**1993** [1] - 993:22

**1994** [1] - 946:24
**1997** [1] - 994:2
**1999** [1] - 996:20
**1:30** [1] - 977:12
**1st** [1] - 1036:11

## 2

**2** [2] - 967:3
**20** [6] - 957:10, 959:4, 963:5, 982:13, 1032:21, 1037:13
**2000** [1] - 1026:15
**2001** [6] - 1015:20, 1029:22, 1030:8, 1036:11, 1036:19, 1037:3
**2004** [1] - 984:19
**2005** [1] - 996:21
**2006** [2] - 958:16, 998:13
**2007** [2] - 947:4, 1026:16
**2014** [1] - 943:10
**21** [4] - 1000:20, 1001:7, 1029:23, 1037:14
**217** [3] - 980:22, 981:2, 1047:7
**221** [3] - 980:21, 981:2, 1047:7
**225** [1] - 944:9
**23** [2] - 977:18, 977:24
**24** [14] - 960:7, 983:25, 999:2, 999:20, 1000:13, 1000:17, 1002:17, 1002:22, 1005:19, 1006:10, 1007:21, 1014:18, 1014:19, 1024:18
**24th** [1] - 972:3
**25** [3] - 943:10, 959:5, 963:5
**269** [1] - 970:18
**28** [1] - 1015:20
**281** [3] - 955:10, 956:23, 957:10
**282** [1] - 955:10

## 3

**3** [3] - 960:15, 980:12, 980:23
**30** [1] - 970:11
**30(b)(6** [4] - 957:23, 958:2, 958:7, 958:10
**30-year** [2] - 992:13, 992:17
**3216** [8] - 1027:20, 1027:21, 1027:23, 1028:6, 1028:13, 1028:20, 1029:4, 1047:14
**3222** [8] - 1019:22, 1020:2, 1020:4, 1020:8, 1020:18, 1023:4, 1025:19, 1047:10
**3226** [2] - 1034:17, 1035:15
**3252** [6] - 1031:11, 1031:13, 1031:15, 1031:24, 1032:3, 1047:16
**3398** [1] - 947:25
**3468** [1] - 952:16
**3511** [1] - 979:7
**3513** [1] - 979:7
**3524** [4] - 946:7, 952:21, 953:1
**37** [1] - 1040:5
**3811** [13] - 947:3, 950:19, 950:20, 951:13, 1026:10, 1026:11, 1026:13, 1027:3, 1027:6, 1027:18, 1033:19, 1034:1, 1047:12

## 3863

**3863** [1] - 948:2
**3:15** [2] - 1008:7, 1009:11

## 4

**4** [2] - 980:12, 980:23
**40** [2] - 972:9, 974:6
**40-year** [1] - 1026:25
**401** [1] - 953:3
**4017** [1] - 947:10
**403** [1] - 953:3
**42** [2] - 960:5, 960:15
**45** [3] - 959:4, 963:23, 995:3
**4731** [2] - 972:9, 972:19
**4782** [3] - 980:12, 980:16, 1047:4
**4783** [3] - 980:12, 980:16, 1047:4
**4784** [3] - 980:13, 980:16, 1047:4
**4:20** [1] - 1038:14
**4:30** [2] - 1040:8, 1045:4

## 5

**5** [2] - 980:12, 980:23
**50** [1] - 995:3
**512** [1] - 946:24
**55** [1] - 959:3
**594** [1] - 946:24

## 6

**6/1/2001** [1] - 1032:22
**60s** [2] - 985:18, 985:25
**67** [1] - 1006:24
**6:30** [1] - 960:6

## 7

**7** [2] - 949:2, 949:4
**703** [2] - 950:8, 1009:9

## 8

**8** [2] - 949:3, 949:4
**8/24** [1] - 979:5
**801** [2] - 1007:15, 1029:2
**803** [1] - 953:3
**8:00** [1] - 945:3

## 9

**9** [4] - 949:3, 949:4, 1036:19, 1037:3
**98** [3] - 980:21, 981:2, 1047:7
**980** [1] - 1047:4
**981** [1] - 1047:8
**982** [1] - 1046:6
**983** [1] - 1046:7
**9:00** [1] - 945:4
**9:30** [1] - 1038:13

## A

**A-v-i-t-a-l** [1] - 981:17
**a.m** [3] - 945:4, 964:11, 965:4
**Abd** [2] - 1019:5, 1019:7

**Abdullah** [4] - 1006:15, 1006:16, 1006:18, 1006:25
**ability** [2] - 986:16, 1035:4
**able** [13] - 996:18, 1000:15, 1000:18, 1015:23, 1018:9, 1024:10, 1029:25, 1031:8, 1033:3, 1037:9, 1037:15, 1040:4, 1041:23
**academic** [1] - 983:12
**academics** [1] - 991:8
**accept** [1] - 945:13
**access** [7] - 1001:17, 1001:24, 1002:2, 1002:7, 1005:20, 1033:15, 1034:9
**according** [2] - 988:15, 1032:22
**account** [16] - 946:21, 955:18, 961:5, 972:10, 972:15, 974:7, 974:12, 1040:21, 1040:23, 1041:12, 1042:4, 1042:6, 1042:8, 1042:23, 1043:9, 1043:12
**accounts** [9] - 973:17, 1041:5, 1041:16, 1042:14, 1042:22, 1043:6, 1043:7, 1043:11
**accurate** [4] - 1015:3, 1015:9, 1020:15, 1024:21
**acquire** [1] - 1019:11
**acquired** [3] - 958:12, 958:13, 1012:9
**acronym** [1] - 952:10
**act** [1] - 1018:18
**acted** [1] - 1037:16
**acting** [1] - 1037:16
**actions** [1] - 1026:14
**activities** [4] - 946:17, 985:22, 1019:20, 1029:8
**activity** [3] - 987:17, 987:18, 990:14
**acts** [4] - 988:12, 1003:9, 1004:12, 1018:2
**actual** [6] - 956:15, 973:1, 1002:8, 1005:20, 1039:15, 1044:18
**ad** [10] - 1017:21, 1020:10, 1023:13, 1031:16, 1032:16, 1035:3, 1035:7, 1036:1, 1036:3, 1037:12
**ad-Din** [10] - 1017:21, 1020:10, 1023:13, 1031:16, 1032:16, 1035:3, 1035:7, 1036:1, 1036:3, 1037:12
**add** [2] - 987:20, 996:7
**added** [1] - 1021:7
**addition** [11] - 952:23, 953:3, 992:7, 993:2, 1004:11, 1004:23, 1006:7, 1026:23, 1029:6, 1033:14, 1034:5
**additional** [2] - 954:11, 959:13
**address** [3] - 947:7, 971:4, 1040:4
**addresses** [1] - 1041:20
**adjourn** [1] - 957:21
**adjourned** [1] - 1045:4
**adjust** [1] - 949:21
**adjustment** [1] - 968:3
**adjustments** [1] - 970:7
**admissibility** [1] - 974:5
**admissible** [6] - 946:13, 946:14, 947:5, 947:7, 947:21, 950:12
**admission** [2] - 945:18, 972:17
**admit** [2] - 945:18, 1042:8

**admitted** [7] - 950:10, 1022:1, 1023:4, 1027:18, 1029:4, 1032:2, 1032:3
**advance** [2] - 960:7, 989:19
**advice** [1] - 956:11
**advise** [1] - 1018:22
**affairs** [4] - 992:2, 992:3
**affirm** [4] - 981:10, 981:13, 981:24, 982:2
**Afrait** [1] - 943:6
**Afrait-Kurtzer** [1] - 943:6
**afternoon** [6] - 950:16, 959:23, 975:12, 978:5, 1008:6, 1010:7
**again..** [1] - 975:18
**agencies** [2] - 989:24, 1012:6
**Agency** [6] - 951:1, 987:11, 987:13, 987:14, 988:6, 1001:24
**agency** [5] - 951:2, 951:10, 951:19, 951:22, 1033:15
**agent** [1] - 990:1
**agents** [6] - 988:9, 988:10, 988:13, 988:21, 989:16, 991:4
**ago** [2] - 984:8, 984:21
**agree** [3] - 960:5, 983:1, 1022:2
**agreed** [1] - 1007:1
**ahead** [5] - 996:1, 996:2, 999:5, 1011:18, 1015:15
**aim** [2] - 1007:23, 1007:24
**aimed** [1] - 987:15
**aiming** [1] - 988:11
**al** [18] - 948:1, 948:10, 954:22, 1017:21, 1019:5, 1019:7, 1020:11, 1031:17, 1032:20, 1035:3, 1035:7, 1035:24, 1036:2, 1036:3, 1037:13, 1037:15, 1037:20
**Al** [15] - 946:8, 952:22, 952:24, 954:17, 954:20, 1004:20, 1005:3, 1012:10, 1012:18, 1014:6, 1020:16, 1023:13, 1031:22, 1032:17
**AL** [3] - 943:3, 946:8, 948:1
**al-Hutari** [1] - 1032:20
**al-Khairiya** [1] - 954:22
**al-Masri** [3] - 1037:13, 1037:15, 1037:20
**Al-Qassam** [6] - 1004:20, 1012:18, 1014:6, 1023:13, 1031:22, 1032:17
**al-Qassam** [3] - 948:1, 948:10, 1017:21, 1020:11, 1031:17, 1035:3, 1035:7, 1036:2, 1036:3
**Al-Qassam's** [2] - 1012:10, 1020:16
**al-qassami** [1] - 1035:24
**al-Rahman** [2] - 1019:5, 1019:7
**Al-Risala** [1] - 1004:20
**Al-Sayyed** [5] - 946:8, 952:22, 952:24, 954:17, 954:20
**al-Shaheed** [1] - 1035:24
**Allah's** [1] - 1032:24
**alleged** [1] - 952:24
**allegedly** [1] - 953:7
**allow** [8] - 974:25, 995:8, 1040:16, 1041:10, 1041:15, 1042:22, 1043:5, 1043:8
**allowed** [5] - 950:13, 957:24, 1042:25,

1043:1, 1043:2
**Almog** [1] - 943:5
**ALMOG** [1] - 943:22
**almost** [3] - 995:3, 1001:2
**alone** [3] - 1004:14, 1010:24, 1037:16
**amended** [2] - 1039:13
**Amer** [8] - 1016:1, 1016:3, 1016:5, 1017:15, 1023:18, 1026:6, 1029:9, 1029:20
**Amer's** [1] - 1017:13
**American** [1] - 951:4
**analysis** [1] - 985:20
**analyze** [2] - 985:19, 992:18
**analyzing** [1] - 1012:15
**AND** [3] - 943:17, 943:20, 944:7
**announcements** [3] - 1012:1, 1012:4, 1012:5
**announces** [1] - 1031:17
**anonymous** [2] - 1012:5, 1024:16
**answer** [21] - 955:11, 955:22, 955:23, 955:25, 956:13, 957:11, 957:13, 961:17, 969:3, 969:7, 970:19, 970:22, 994:10, 995:2, 995:4, 995:9, 1013:18, 1028:5, 1037:1
**answered** [1] - 955:16
**answering** [1] - 956:7
**answers** [1] - 996:2
**ANTHONY** [1] - 944:4
**anticipate** [1] - 1039:2
**apart** [1] - 1039:25
**appeal** [1] - 955:1
**aPPEARANCES** [1] - 943:15
**APPEARANCES** [1] - 944:2
**appeared** [1] - 1011:24
**apply** [1] - 1041:16
**appreciate** [2] - 959:10, 1038:11
**apprehend** [1] - 990:13
**approach** [2] - 968:19, 994:11
**approached** [1] - 1032:21
**appropriate** [3] - 958:1, 959:6, 979:16
**approval** [1] - 984:22
**ARAB** [1] - 943:10
**Arab** [7] - 961:5, 972:24, 974:7, 986:17, 992:2, 1005:15, 1017:6
**Arabic** [10] - 966:12, 966:16, 966:22, 968:6, 968:9, 983:17, 988:8, 1005:6, 1035:24, 1036:9
**Arabs** [1] - 992:8
**arch** [1] - 1006:18
**area** [6] - 986:12, 990:4, 990:8, 990:15, 991:24, 1018:5
**areas** [4] - 986:9, 990:12, 996:19, 1041:21
**argue** [1] - 1041:7
**argument** [2] - 945:10, 1021:12
**argumentative** [4] - 959:15, 978:5, 978:19, 978:20
**Army** [1] - 985:12
**arrested** [2] - 1018:12, 1018:14
**arrests** [1] - 1002:8
**articles** [1] - 1014:8

aspect [1] - 961:11
aspiration [1] - 991:13
assemblies [1] - 1004:16
assess [1] - 985:11
assessment [1] - 1001:8
assisted [1] - 944:12
ASSOCIATES [1] - 943:18
assume [3] - 947:20, 957:17, 1039:16
assumed [1] - 950:1
assuming [1] - 947:6
assurance [1] - 978:25
attack [46] - 975:2, 1001:1, 1004:1, 1013:19, 1014:20, 1015:1, 1016:5, 1018:9, 1019:6, 1019:8, 1019:21, 1020:6, 1025:19, 1025:20, 1025:24, 1026:1, 1026:18, 1026:21, 1027:4, 1028:9, 1028:11, 1028:15, 1030:1, 1030:9, 1030:20, 1030:22, 1030:25, 1031:5, 1031:7, 1031:9, 1031:19, 1032:12, 1032:19, 1032:23, 1033:8, 1033:16, 1033:25, 1034:8, 1034:16, 1034:22, 1036:11, 1036:15, 1036:17, 1037:16, 1037:24
attackers [1] - 948:3
attacks [32] - 952:6, 953:2, 983:25, 984:1, 985:21, 987:15, 987:19, 999:2, 999:21, 1000:13, 1000:17, 1000:20, 1000:24, 1001:4, 1001:5, 1001:19, 1001:25, 1002:17, 1002:22, 1003:25, 1004:1, 1005:19, 1006:10, 1006:13, 1007:21, 1014:18, 1015:16, 1023:20, 1024:18, 1025:13, 1026:7, 1033:23
attempts [1] - 952:19
attend [3] - 1002:12, 1006:3, 1030:17
attended [2] - 1006:1, 1029:13
attorney [1] - 955:11
attorney's [1] - 955:7
August [3] - 972:3, 1036:19, 1037:3
AUGUST [1] - 943:10
authentic [6] - 1012:18, 1013:5, 1013:17, 1014:11, 1024:2
authenticate [3] - 947:12, 948:5, 953:5
authenticated [4] - 946:9, 947:20, 959:19, 974:14
authenticating [1] - 945:25
authentication [3] - 946:1, 947:6, 952:17
authenticity [1] - 1023:25
author [2] - 993:1, 1005:11
authors [1] - 1005:11
available [1] - 1001:14
AVITAL [1] - 944:7
Avital [1] - 981:16
Aviv [3] - 1029:23, 1034:22, 1036:11
avoid [1] - 960:2
awake [1] - 1010:9
aware [5] - 945:13, 993:4, 993:10, 993:12, 1039:9
Ayman [2] - 1017:23, 1018:1
Ayyash [1] - 1004:10

**B**

BA [2] - 984:18, 986:10
Babkoff [1] - 952:4
background [2] - 984:14, 1017:14
bad [1] - 966:17
ballistics [4] - 949:17, 1002:3, 1028:2, 1028:3
bandana [1] - 953:8
bank [27] - 945:19, 946:21, 955:7, 955:18, 955:24, 956:7, 956:12, 957:4, 957:9, 957:11, 957:23, 958:16, 958:24, 961:4, 961:14, 961:20, 972:15, 974:8, 1040:18, 1040:23, 1041:1, 1041:2, 1041:4, 1041:6, 1042:13, 1042:21
BANK [1] - 943:10
Bank [9] - 961:5, 972:24, 974:7, 992:18, 997:6, 999:1, 999:25, 1004:14, 1035:1
bank's [3] - 957:10, 957:18, 972:4
banking [2] - 1042:20, 1042:25
Barghouti [7] - 1006:15, 1006:16, 1006:18, 1006:25, 1007:5, 1007:7, 1007:17
base [1] - 1024:8
based [13] - 947:1, 955:23, 956:15, 985:20, 1014:8, 1016:3, 1024:3, 1024:22, 1025:3, 1025:9, 1025:11, 1025:12, 1026:8
bases [1] - 1009:3
basis [5] - 959:14, 1013:18, 1020:13, 1025:14, 1038:2
bear [1] - 1040:11
became [4] - 988:9, 991:19, 992:1, 1018:12
become [3] - 993:4, 993:10, 993:12
BEFORE [1] - 943:13
began [1] - 985:16
begin [5] - 985:2, 999:12, 1010:4, 1015:11, 1015:15
beginning [5] - 963:25, 985:14, 992:1, 1010:14, 1039:5
begins [4] - 966:1, 969:1, 972:1, 1021:1
behalf [7] - 958:16, 961:17, 982:7, 1016:5, 1029:9, 1037:17, 1037:20
bench [1] - 965:1
beneficial [1] - 1039:14
beneficiaries [1] - 1043:21
benefit [2] - 959:3, 1043:21
BENNETT [1] - 943:20
Bennett [1] - 943:6
best [3] - 960:17, 1040:8, 1044:24
better [2] - 989:21, 1009:5
between [9] - 958:8, 958:10, 958:24, 982:12, 996:20, 1000:25, 1011:2, 1011:13
beyond [1] - 978:18
big [1] - 1030:13
Bishara [2] - 959:4, 963:11
bit [3] - 984:14, 985:6, 986:3
bits [1] - 1043:13

Blackmore [2] - 972:5, 975:23
blackmore [1] - 972:14
Blackmore's [1] - 975:8
Blessed [3] - 1032:22, 1034:23, 1036:11
blew [1] - 945:8
blocked [1] - 954:9
blood [1] - 954:11
blow [4] - 945:8, 1023:7, 1032:6, 1035:19
blown [1] - 1000:1
blows [1] - 945:14
BMC [1] - 943:3
body [1] - 954:13
bomb [2] - 1017:25, 1018:5
bomber [20] - 1001:1, 1003:16, 1003:20, 1004:24, 1005:9, 1005:25, 1015:23, 1015:25, 1016:1, 1019:9, 1023:18, 1026:2, 1026:6, 1029:20, 1029:25, 1030:6, 1037:9, 1037:10, 1037:11, 1037:12
bombers [12] - 947:4, 1003:8, 1003:12, 1004:4, 1004:8, 1004:17, 1005:2, 1005:13, 1005:18, 1005:22, 1007:19, 1026:15
bombing [14] - 952:25, 953:1, 954:18, 1015:20, 1016:4, 1018:15, 1018:17, 1023:19, 1024:11, 1024:15, 1026:4, 1029:22, 1036:19, 1037:2
bombings [5] - 947:8, 947:9, 952:3, 954:23, 1002:19
bombs [2] - 1006:23, 1007:9
BONNER [2] - 943:22, 943:23
booby [1] - 1007:23
booby-trap [1] - 1007:23
book [3] - 993:23, 993:24, 993:25
books [3] - 993:1, 993:2, 1005:11
born [1] - 1029:18
bottom [3] - 1016:2, 1032:18, 1036:7
branch [2] - 974:24, 1017:15
break [10] - 959:6, 959:8, 963:6, 963:16, 977:11, 979:20, 984:18, 1008:4, 1008:7, 1038:2
BRETT [1] - 944:4
BRIAN [1] - 943:13
Brian [1] - 965:1
brief [1] - 1012:21
Brief [1] - 1013:15
briefly [4] - 945:22, 952:13, 970:21, 984:6
Brigade [3] - 1023:14, 1031:17, 1032:17, 1035:8
brigade [1] - 1012:18
Brigade's [1] - 1031:22
brigade's [1] - 1020:16
bring [2] - 960:19, 1010:1
broadcast [1] - 1004:25
broke [1] - 1010:14
Brooklyn [2] - 943:9, 944:10
brought [1] - 1006:23
build [2] - 1010:23, 1024:7
buildings [1] - 1004:8

**built** [4] - 1006:23, 1007:18, 1017:25, 1018:5
**bureau** [1] - 1029:16
**buses** [2] - 1017:11, 1017:12
**business** [1] - 974:8
**BY** [25] - 943:17, 943:18, 943:20, 943:23, 943:24, 943:25, 944:3, 944:4, 944:4, 944:5, 944:7, 983:5, 998:23, 999:6, 999:19, 1001:23, 1003:3, 1010:13, 1012:8, 1014:12, 1015:18, 1017:2, 1019:3, 1023:6, 1046:7

## C

**Cadman** [1] - 944:9
**calmly** [1] - 1032:21
**camps** [1] - 990:12
**CANALES** [1] - 944:9
**cannot** [4] - 1021:13, 1041:6, 1042:5, 1043:16
**capacity** [1] - 958:3
**care** [2] - 950:15, 958:13
**career** [2] - 997:14, 1026:25
**carnage** [1] - 947:23
**carried** [18] - 1000:22, 1000:23, 1001:1, 1001:3, 1001:5, 1001:8, 1003:9, 1004:1, 1004:2, 1016:5, 1019:20, 1020:7, 1023:19, 1026:4, 1028:15, 1029:9, 1031:18, 1032:23
**carry** [4] - 956:9, 1006:12, 1016:3, 1026:7
**carrying** [1] - 1019:16
**cars** [2] - 1007:23, 1017:11
**case** [26] - 947:8, 950:22, 951:13, 952:1, 953:9, 961:1, 963:18, 966:15, 974:15, 977:12, 980:5, 981:12, 998:24, 1001:1, 1008:8, 1024:12, 1024:13, 1033:10, 1035:2, 1038:6, 1038:7, 1038:8, 1038:9, 1042:18, 1043:20, 1044:13
**cases** [6] - 943:4, 1001:7, 1002:7, 1006:4, 1018:2, 1025:2
**categorize** [1] - 948:4
**category** [1] - 1003:4
**CAUSE** [1] - 943:13
**caused** [1] - 1006:20
**caution** [1] - 1010:7
**cell** [4] - 954:22, 954:25, 1031:6
**cells** [1] - 990:20
**center** [4] - 994:4, 1017:6, 1017:9, 1030:11
**centers** [1] - 1030:13
**central** [3] - 997:2, 1004:9, 1029:12
**Central** [1] - 951:1
**ceremonies** [5] - 997:8, 997:9, 997:10, 1004:16, 1019:15
**ceremony** [2] - 1029:14, 1029:15
**certain** [6] - 956:1, 972:4, 1001:2, 1027:1, 1040:4, 1042:13
**certainly** [1] - 953:9, 953:17, 986:18, 1024:15

**challenged** [1] - 995:1
**chance** [1] - 976:7
**channels** [2] - 1004:25, 1005:1
**chanting** [1] - 1003:19
**charge** [4] - 990:21, 1017:24, 1027:25
**charged** [5] - 947:1, 951:10, 951:22, 952:1, 955:1
**charges** [2] - 946:15, 1007:19
**chart** [1] - 948:18
**check** [3] - 966:8, 975:22, 985:11
**chief** [1] - 1043:20
**CIA** [2] - 950:23, 951:8
**circle** [2] - 1000:8, 1008:1
**circled** [1] - 1000:11
**circumstances** [3] - 952:24, 956:1, 982:19
**cite** [1] - 948:1
**cities** [1] - 1004:5
**citing** [1] - 954:24
**citizens** [1] - 987:20
**city** [12] - 985:10, 987:8, 990:3, 990:10, 990:15, 1003:18, 1004:9, 1017:18, 1029:12, 1029:13, 1029:18
**CIVETTA** [1] - 944:5
**CIVIL** [1] - 943:13
**civilian** [1] - 990:16
**clack** [1] - 960:3
**claim** [11] - 955:7, 1011:2, 1011:14, 1020:5, 1025:19, 1025:23, 1031:8, 1031:20, 1032:8, 1033:12
**claimed** [2] - 1026:1, 1043:16
**claims** [16] - 1001:18, 1010:25, 1011:16, 1011:22, 1023:21, 1023:25, 1024:10, 1024:13, 1024:16, 1024:17, 1024:20, 1024:23, 1024:24, 1024:25, 1033:6, 1033:9
**clarify** [2] - 977:17, 1012:3
**clarity** [1] - 989:21
**Clarke** [1] - 1035:17
**clean** [1] - 969:10
**clear** [8] - 945:7, 946:15, 966:17, 966:23, 976:4, 1009:6, 1041:15, 1041:17
**clearer** [1] - 948:11
**clearly** [2] - 966:18, 968:7
**CLERK** [5] - 960:20, 966:7, 981:9, 981:14, 981:18, 981:20, 981:23, 982:3, 982:10
**clip** [1] - 956:18
**closed** [2] - 946:20, 948:15
**club** [2] - 1030:17, 1030:18
**clubs** [1] - 1030:16
**CLYDE** [1] - 943:18
**cnlsnic@aol.com** [1] - 944:10
**codes** [2] - 989:2, 989:6
**Cogan** [1] - 965:1
**COGAN** [1] - 943:13
**cold** [2] - 964:4, 964:6
**Coleman** [1] - 1021:3, 1021:6
**COLES** [16] - 944:4, 952:13, 953:15, 955:20, 956:22, 956:25, 957:8,

957:16, 959:12, 960:5, 960:15, 981:4, 990:22, 992:20, 994:10, 994:25
**collaborate** [1] - 998:4
**collaborating** [1] - 1001:5
**collaboration** [1] - 998:7
**colleague** [1] - 970:12
**collect** [3] - 1005:21, 1010:21
**collecting** [1] - 986:7
**COLLECTIVELY** [1] - 960:24
**column** [6] - 948:13, 948:18, 948:19, 948:22, 949:20, 950:15
**columns** [1] - 949:19
**combat** [1] - 985:4
**comfortable** [1] - 1000:16
**coming** [2] - 975:25, 992:23
**commanded** [1] - 1019:18
**commander** [5] - 989:14, 990:1, 1017:24, 1018:4, 1019:7
**commanders** [1] - 988:14
**commemorate** [1] - 1003:12
**comment** [2] - 945:22, 996:7
**committed** [1] - 1006:9
**Committee** [1] - 972:19
**committees** [1] - 955:18
**communicate** [3] - 986:13, 1025:12, 1038:8
**communicated** [1] - 990:20
**communicating** [1] - 983:18
**communication** [1] - 1025:5
**communications** [1] - 993:20
**communique** [1] - 1011:25
**communities** [4] - 986:14, 988:25, 991:1, 997:5
**community** [7] - 985:17, 985:24, 986:17, 988:7, 991:6, 996:10
**compare** [3] - 960:4, 1005:16
**compared** [2] - 987:20, 1001:3
**comparing** [1] - 1024:4
**competing** [6] - 1023:21, 1023:25, 1024:10, 1024:13, 1024:25, 1033:6
**competition** [1] - 1024:1, 1024:2
**complete** [3] - 954:21, 984:19, 1000:15
**completed** [5] - 959:7, 984:18, 986:9, 986:10, 986:21
**completeness** [1] - 1039:25
**completes** [1] - 980:10
**complex** [1] - 1024:6
**compliance** [10] - 1040:14, 1040:17, 1041:2, 1041:9, 1042:6, 1042:9, 1042:11, 1042:19, 1043:4, 1043:16
**composed** [1] - 1005:14
**comprehensive** [1] - 989:20
**computer** [1] - 944:12
**computer-assisted** [1] - 944:12
**conceivably** [1] - 956:9
**concepts** [1] - 989:4
**concern** [2] - 945:24, 1040:25
**concerned** [1] - 1018:21
**concerning** [1] - 1005:21
**concluded** [1] - 995:12, 1024:23, 1025:25

5

**concludes** [1] - 970:24
**concluding** [1] - 1000:16
**conclusion** [14] - 951:7, 951:10, 951:11, 951:15, 951:18, 952:3, 1000:18, 1000:19, 1000:20, 1012:4, 1028:19, 1036:14, 1037:19, 1038:2
**conclusions** [4] - 978:21, 1001:15, 1014:15, 1027:3
**conditions** [2] - 989:17, 991:15
**conducted** [1] - 1018:3
**conference** [12] - 966:1, 967:4, 969:1, 969:11, 972:1, 976:9, 1008:14, 1009:12, 1012:23, 1013:23, 1021:1, 1022:8
**confession** [3] - 946:8, 952:22, 954:18
**confessions** [1] - 1002:9
**confirm** [1] - 1027:3
**confusion** [1] - 973:5
**congratulate** [1] - 1003:24
**connected** [1] - 961:4
**connection** [1] - 954:21
**connections** [2] - 991:11, 992:7
**consented** [1] - 977:20
**consenting** [1] - 977:22
**consequences** [2] - 945:9, 945:15
**consider** [3] - 960:10, 1040:20, 1044:9
**considered** [2] - 1006:18, 1043:25
**consistent** [8] - 946:4, 966:14, 1028:13, 1033:2, 1034:3, 1036:14, 1040:19
**constant** [1] - 1025:5
**consultations** [1] - 998:1
**consulted** [2] - 997:12, 997:14
**CONT** [1] - 944:2
**contact** [2] - 988:21, 996:18
**contacts** [1] - 946:18
**contained** [1] - 1028:13
**contend** [1] - 973:22
**context** [11] - 955:8, 956:1, 956:4, 990:25, 998:1, 1006:16, 1009:4, 1009:9, 1014:18, 1032:7, 1033:21
**continue** [5] - 961:1, 963:9, 968:15, 980:5, 1010:11
**continued** [4] - 961:23, 965:7, 997:16, 1016:7
**Continued** [14] - 965:12, 967:5, 968:21, 969:12, 971:5, 976:10, 979:21, 1008:15, 1009:13, 1012:24, 1013:24, 1017:1, 1020:22, 1022:9
**continuing** [3] - 1018:19, 1022:3, 1022:5
**contrary** [1] - 1003:10
**contrast** [1] - 1012:1
**control** [3] - 989:21, 990:16, 1035:13
**convenient** [1] - 1038:1
**convicted** [2] - 954:20, 955:1
**conviction** [3] - 979:14, 979:16, 979:18
**convictions** [1] - 1002:8
**coordinates** [1] - 999:24
**cope** [1] - 990:13
**corner** [1] - 1017:24
**corollary** [1] - 1043:18

**correct** [8] - 949:4, 954:19, 957:1, 979:9, 999:25, 1000:10, 1031:1, 1043:9
**corrected** [1] - 980:19
**correction** [1] - 978:25
**corrections** [1] - 978:25
**correctly** [2] - 957:4, 1026:2
**correspondent** [1] - 992:2
**corroborative** [1] - 946:22
**COULTER** [1] - 943:17
**Coulter** [1] - 943:5
**counsel** [4] - 955:13, 978:9, 998:21, 1020:20
**counter** [2] - 1039:24, 1044:18
**counties** [1] - 1044:19
**countries** [1] - 1005:4
**country** [1] - 951:8
**counts** [1] - 1041:21
**couple** [3] - 945:3, 953:2, 955:12
**course** [13] - 979:17, 991:2, 994:6, 999:11, 1001:11, 1001:13, 1002:6, 1006:23, 1007:6, 1007:7, 1012:9, 1024:9, 1044:8
**courses** [2] - 986:1
**court** [9] - 946:14, 949:16, 980:13, 993:16, 1002:8, 1002:12, 1002:14, 1006:13, 1019:13
**COURT** [189] - 943:1, 944:9, 945:2, 947:16, 948:12, 949:4, 949:7, 949:13, 949:18, 949:24, 950:7, 950:11, 950:17, 950:21, 950:24, 951:6, 951:21, 952:11, 953:14, 954:3, 954:12, 954:17, 955:2, 955:15, 955:19, 956:6, 957:14, 957:20, 958:4, 958:9, 958:18, 958:22, 959:9, 959:21, 959:24, 960:8, 960:17, 960:22, 960:25, 961:7, 961:9, 963:1, 963:3, 963:13, 963:15, 963:22, 964:4, 964:9, 965:2, 965:5, 965:11, 966:6, 966:9, 966:21, 968:2, 968:14, 968:18, 968:20, 969:4, 969:7, 969:10, 970:2, 970:11, 970:15, 970:22, 971:1, 973:7, 973:11, 973:21, 973:25, 974:3, 974:5, 974:9, 974:13, 974:20, 974:25, 975:4, 975:6, 975:19, 975:21, 975:24, 976:5, 976:7, 977:1, 977:5, 977:7, 977:10, 977:16, 978:2, 978:13, 979:9, 979:18, 980:2, 980:4, 980:8, 980:15, 980:24, 981:5, 981:8, 981:19, 982:11, 982:14, 982:21, 982:24, 983:3, 990:23, 992:21, 994:12, 995:6, 996:1, 996:3, 998:17, 998:21, 999:5, 999:18, 1001:21, 1003:1, 1007:11, 1007:13, 1007:16, 1008:3, 1008:6, 1008:11, 1009:1, 1009:11, 1010:1, 1010:3, 1011:6, 1011:10, 1011:15, 1011:18, 1011:21, 1012:20, 1012:22, 1013:6, 1013:14, 1013:16, 1014:2, 1015:17, 1018:21, 1019:24, 1020:1, 1020:20, 1021:2, 1021:5, 1021:12, 1021:23, 1022:5, 1023:1, 1025:8, 1025:16,

1027:10, 1027:13, 1027:15, 1027:17, 1028:18, 1028:23, 1028:25, 1029:3, 1031:25, 1032:2, 1035:10, 1035:12, 1035:16, 1036:23, 1037:1, 1037:23, 1038:1, 1038:5, 1038:15, 1038:18, 1038:22, 1039:2, 1039:6, 1039:10, 1039:16, 1039:20, 1040:6, 1040:10, 1040:14, 1042:5, 1042:12, 1042:17, 1043:1, 1043:15, 1043:24, 1044:5, 1044:8, 1044:24
**Court** [7] - 957:6, 979:15, 981:11, 981:25, 982:18, 1028:25, 1039:15
**Court's** [1] - 977:2
**Courthouse** [1] - 943:8
**COURTNEY** [1] - 943:3
**courtroom** [7] - 963:21, 964:5, 965:4, 977:15, 1008:10, 1010:2, 1038:14
**COURTROOM** [1] - 967:3
**cover** [2] - 977:21, 1038:16
**coverage** [2] - 977:13, 1038:7
**covered** [1] - 993:15
**created** [1] - 978:9
**creation** [1] - 998:10
**criminals** [1] - 1003:9
**cross** [2] - 1013:9, 1044:14
**cross-examine** [1] - 1013:9
**crosschecking** [1] - 1024:4
**crowd** [1] - 1030:18
**CSR** [1] - 944:9
**culture** [3] - 987:2, 989:3, 989:7
**cum** [1] - 984:20
**current** [1] - 1039:17
**cut** [3] - 957:12, 1044:17, 1044:22
**cuts** [1] - 995:6

## D

**Dabbour** [5] - 959:4, 963:12, 963:14, 965:8, 977:19
**dailies** [1] - 1004:22
**daily** [2] - 988:20, 991:10
**dance** [2] - 1030:15, 1030:23
**danced** [1] - 1030:14
**Darwish** [1] - 1005:12
**date** [9] - 966:15, 966:17, 968:8, 972:12, 1032:12, 1032:13, 1034:23, 1036:12, 1036:13
**dated** [1] - 1036:11
**days** [1] - 993:6
**dead** [2] - 953:6, 953:13
**deal** [1] - 1042:1
**dealing** [2] - 953:2, 1025:11
**deals** [1] - 975:1
**dealt** [1] - 976:1
**death** [2] - 1006:20, 1006:24
**deaths** [2] - 1015:21, 1029:23
**decedent** [1] - 954:10
**December** [3] - 993:7, 993:8, 993:9
**decides** [1] - 1003:12
**decipher** [1] - 989:6
**declarant** [2] - 945:13, 946:13

**declaration** [4] - 946:10, 946:23, 1021:17, 1021:19
**declarations** [1] - 948:4
**declared** [1] - 1007:24
**deeds** [3] - 1005:8, 1018:13, 1019:19
**defend** [1] - 987:17
**Defendant** [1] - 943:11
**defendant** [11] - 946:17, 954:8, 973:5, 979:14, 1038:25, 1039:6, 1040:15, 1041:14, 1042:5, 1043:10, 1044:21
**DEFENDANT** [1] - 944:3
**defendant's** [2] - 945:5, 1044:12
**defendants** [1] - 959:14
**define** [1] - 949:13
**definite** [1] - 1001:2
**definition** [1] - 948:9
**degree** [2] - 984:23, 1000:21
**delighted** [1] - 1007:22
**demonstrative** [6] - 946:6, 948:19, 949:10, 950:12, 959:13, 960:4
**demonstratives** [4] - 948:13, 959:22, 960:7, 960:9
**Department** [2] - 972:24, 974:16
**deposition** [8] - 948:25, 961:13, 968:5, 972:14, 973:3, 973:25, 980:11, 1013:2
**depositions** [2] - 961:11, 970:4
**DEPUTY** [1] - 967:3
**describe** [6] - 987:23, 1003:5, 1003:13, 1007:17, 1007:22, 1019:19
**described** [1] - 1020:12
**describing** [1] - 1027:25
**description** [2] - 1018:13, 1033:2
**descriptions** [1] - 1019:17
**designate** [1] - 961:14
**designated** [6] - 955:21, 956:4, 1039:24, 1043:19, 1044:13, 1044:19
**designation** [1] - 1044:14
**designations** [2] - 948:25, 1041:20
**desk** [1] - 992:6
**detail** [3] - 946:22, 1019:19, 1025:6
**details** [4] - 1018:15, 1024:19, 1026:5, 1033:22
**detect** [1] - 1042:14
**detecting** [1] - 988:11
**determine** [11] - 985:20, 1001:3, 1012:17, 1013:17, 1018:9, 1019:1, 1024:10, 1029:25, 1037:9, 1037:10, 1037:15
**determined** [1] - 1011:23
**determining** [1] - 1036:16
**develop** [1] - 1022:3
**developing** [1] - 990:20
**developments** [1] - 987:3
**devoted** [2] - 1004:18, 1004:24
**die** [1] - 945:12
**died** [2] - 984:7, 1036:1
**difference** [8] - 958:8, 958:10, 958:24, 1000:25, 1011:2, 1011:7, 1011:10, 1011:13
**different** [6] - 953:2, 958:12, 986:5, 1000:24, 1010:22

**differently** [1] - 1040:23
**diminish** [1] - 956:10
**Din** [10] - 1017:21, 1020:10, 1023:13, 1031:16, 1032:16, 1035:3, 1035:7, 1036:1, 1036:3, 1037:12
**direct** [1] - 989:16
**DIRECT** [3] - 983:4, 1017:1, 1046:7
**directed** [1] - 955:17
**direction** [1] - 957:6
**directly** [3] - 993:21, 1018:17, 1031:21
**disagreement** [1] - 1021:23
**disappointed** [1] - 975:24
**disclosure** [1] - 1034:13
**discotech** [1] - 1030:14
**discover** [1] - 985:13
**discuss** [5] - 963:18, 977:12, 983:20, 997:15, 1038:6
**discussed** [4] - 977:17, 1033:20, 1033:25, 1039:1
**discusses** [1] - 1028:11
**discussing** [2] - 1035:5, 1042:18
**disingenuous** [1] - 966:20
**dispatched** [3] - 1007:20, 1007:23, 1019:9
**display** [3] - 1023:3, 1035:11, 1035:15
**displayed** [4] - 966:23, 978:15, 1035:13
**displays** [1] - 947:23
**dispute** [1] - 946:3
**disseminated** [1] - 1005:23
**distance** [1] - 954:14
**distinction** [2] - 958:21, 1011:20
**distinguished** [1] - 1032:23
**distributed** [1] - 991:22
**DISTRICT** [3] - 943:1, 943:1, 943:14
**diverse** [1] - 990:10
**divided** [2] - 985:10, 986:16
**DLA** [1] - 944:3
**document** [9] - 966:12, 968:5, 968:6, 968:10, 1020:9, 1023:1, 1027:9, 1027:17, 1031:16
**documentaries** [1] - 998:10
**documentation** [3] - 1040:24, 1041:17, 1043:10
**documents** [9] - 946:14, 948:20, 949:9, 959:18, 972:22, 973:15, 973:24, 974:13, 979:8
**dollars** [1] - 946:19
**Dolphinarium** [10] - 1029:22, 1030:1, 1030:8, 1030:11, 1030:15, 1031:19, 1033:8, 1033:24, 1033:25, 1036:12
**done** [6] - 946:5, 961:16, 970:9, 985:21, 1004:12, 1005:3
**down** [6] - 948:6, 1000:6, 1006:12, 1038:19, 1038:23, 1041:14
**Dr** [1] - 983:8
**draw** [3] - 1000:3, 1009:7, 1041:4
**drawn** [2] - 1020:15, 1041:10
**driven** [1] - 1017:10
**drove** [1] - 1007:2
**duly** [1] - 982:8
**during** [20] - 986:15, 986:17, 987:10,

987:18, 989:10, 990:17, 990:24, 992:13, 992:17, 994:6, 996:20, 997:14, 1001:1, 1001:13, 1007:7, 1024:9, 1024:15, 1030:17, 1030:20, 1030:24
**dwellers** [1] - 990:11
**DX-1068** [1] - 972:7

## E

**ear** [1] - 959:9
**earliest** [1] - 1040:4
**early** [4] - 972:12, 996:8, 1040:6, 1040:7, 1044:23
**easier** [3] - 983:20, 983:21, 1001:2
**East** [6] - 944:9, 987:2, 987:3, 987:5, 992:25
**east** [1] - 1017:10
**Eastern** [3] - 986:24, 986:25, 987:1
**EASTERN** [1] - 943:1
**easy** [2] - 948:3, 970:3
**economic** [1] - 991:8
**edited** [1] - 968:11
**editing** [1] - 966:10
**editor** [1] - 992:16
**educational** [1] - 984:14
**effect** [1] - 957:5
**effective** [1] - 1040:2
**effort** [2] - 1014:25, 1039:17
**eight** [2] - 1041:20, 1044:10
**either** [6] - 954:4, 955:13, 955:22, 985:21, 1017:10, 1043:21
**eliminate** [2] - 947:9, 949:25
**elite** [1] - 991:7
**ELSNER** [1] - 943:24
**emanating** [1] - 1028:7
**embarking** [1] - 1034:8
**embedded** [1] - 946:11
**emblem** [1] - 978:6
**emphasize** [1] - 996:6
**employees** [3] - 961:4, 989:19
**End** [6] - 967:4, 969:11, 976:9, 1009:12, 1013:23, 1022:8
**end** [5] - 987:10, 987:25, 988:1, 1023:8, 1039:5
**ends** [1] - 991:5
**enemy** [1] - 988:14
**enemy's** [1] - 1032:24
**enforcement** [1] - 989:24
**engaged** [1] - 996:13
**engineer** [3] - 1004:10, 1006:19
**English** [7] - 952:10, 966:13, 966:24, 968:6, 983:14, 983:15, 983:17
**enormous** [1] - 1044:19
**enter** [1] - 1010:2
**entering** [1] - 973:4
**entertainment** [2] - 1030:11, 1030:13
**entire** [2] - 992:25, 1010:23
**entities** [1] - 973:17
**entitled** [1] - 973:9
**enumerated** [1] - 949:19

**especially** [5] - 987:4, 996:19, 998:12, 1019:18, 1024:4
**ESQ** [10] - 943:17, 943:18, 943:20, 943:23, 943:24, 943:25, 944:3, 944:4, 944:4, 944:5
**essentially** [1] - 1022:1
**established** [1] - 946:17
**establishment** [1] - 1003:21
**estimates** [1] - 963:23
**ET** [1] - 943:3
**etcetera** [1] - 949:17
**ethics** [1] - 989:8
**evaluate** [1] - 1019:1
**evaluating** [1] - 1023:24
**evaluation** [1] - 1013:20
**evening** [2] - 1040:2, 1040:7
**event** [2] - 974:12, 1021:25
**events** [2] - 947:15, 1003:7
**evidence** [44] - 945:17, 949:11, 950:6, 950:10, 950:13, 952:1, 952:20, 953:20, 961:3, 972:18, 973:4, 973:13, 980:17, 980:19, 980:20, 981:3, 1003:4, 1010:18, 1010:19, 1010:20, 1010:21, 1010:24, 1018:25, 1020:18, 1021:3, 1023:5, 1027:6, 1027:19, 1028:20, 1029:5, 1032:4, 1033:20, 1035:15, 1036:25, 1040:15, 1040:16, 1040:21, 1041:9, 1042:8, 1042:9, 1042:11, 1042:19, 1043:4, 1043:8
**evidently** [1] - 974:12
**exact** [1] - 948:10
**exactly** [4] - 991:7, 996:11, 998:7, 1031:6
**exaggerating** [1] - 993:19
**EXAMINATION** [3] - 983:4, 1017:1, 1046:7
**examination** [1] - 1024:22
**examine** [2] - 1013:9, 1024:3
**examined** [2] - 982:8, 1012:3
**examining** [1] - 1024:4
**example** [9] - 958:14, 1003:21, 1004:3, 1004:6, 1004:9, 1005:10, 1019:12, 1019:14, 1041:25
**examples** [2] - 946:5, 1004:7
**except** [5] - 945:11, 969:6, 978:6, 1041:12, 1042:23
**excerpt** [10] - 956:25, 957:1, 958:22, 958:25, 959:5, 959:7, 970:24, 971:1, 972:3, 1039:23
**Excerpt** [3] - 980:12
**excerpts** [1] - 972:14
**Excerpts** [1] - 980:23
**exchange** [1] - 995:7
**exclude** [2] - 960:1, 979:12
**excluded** [2] - 948:17, 950:2
**excuse** [1] - 965:9
**exemption** [1] - 1043:15
**exhaustive** [1] - 1040:17
**exhibit** [7] - 953:4, 974:1, 975:1, 980:19, 1031:21, 1032:9, 1034:24
**Exhibit** [23] - 945:17, 946:7, 947:3,

947:25, 948:2, 952:16, 952:21, 953:1, 972:9, 972:19, 980:12, 980:16, 1023:4, 1027:18, 1029:4, 1032:3, 1034:1, 1047:4, 1047:10, 1047:12, 1047:14, 1047:16
**exhibits** [20] - 945:22, 948:24, 952:14, 952:18, 952:20, 953:25, 972:6, 972:10, 972:12, 972:17, 973:12, 974:6, 975:12, 975:14, 975:16, 975:17, 977:23, 978:23, 1045:2
**Exhibits** [2] - 981:1, 1047:6
**existed** [1] - 987:5
**existence** [2] - 993:10, 1042:14
**exists** [2] - 991:14
**exit** [2] - 963:21, 1008:10
**expand** [2] - 990:5, 990:7
**experience** [7] - 961:19, 997:11, 1024:22, 1025:4, 1025:9, 1025:11, 1025:13
**expert** [12] - 950:5, 978:19, 995:6, 995:11, 998:8, 1013:3, 1013:10, 1013:20, 1014:7, 1027:24, 1028:4, 1042:12
**expert's** [1] - 1009:3
**experts** [1] - 1014:9
**explain** [1] - 988:9
**explanation** [1] - 955:13
**exploration** [1] - 1040:17
**explosive** [3] - 1006:19, 1007:18, 1007:19
**explosives** [3] - 1027:24, 1027:25, 1028:3
**exposed** [1] - 945:15
**exposes** [1] - 945:9
**express** [1] - 983:22
**extensive** [1] - 990:14
**extent** [2] - 958:14, 1043:1

# F

**Facebook** [1] - 1038:9
**facing** [1] - 946:15
**fact** [17] - 947:1, 948:19, 954:17, 973:16, 1009:6, 1013:9, 1014:22, 1015:6, 1019:11, 1021:18, 1026:8, 1036:16, 1038:11, 1041:4, 1042:1, 1042:12, 1043:5
**facts** [4] - 947:1, 1018:24, 1033:3, 1036:24
**factual** [2] - 947:5, 1025:3
**Fadi** [9] - 1016:1, 1016:3, 1016:5, 1017:13, 1017:15, 1023:18, 1026:6, 1029:9, 1029:20
**fair** [4] - 950:14, 1015:3, 1015:9, 1020:15
**fairness** [2] - 950:4, 960:12
**faith** [1] - 1039:17
**false** [1] - 1025:2
**familiar** [1] - 999:11
**family** [4] - 984:4, 984:5, 984:6, 984:12
**famous** [1] - 1005:17

**far** [4] - 990:3, 1017:5, 1018:21, 1035:6
**fast** [1] - 957:14
**faster** [1] - 995:7
**father** [2] - 1003:24, 1003:25
**favor** [1] - 1032:24
**Fayruz** [1] - 1005:16
**FBI** [7] - 951:8, 987:21, 997:13, 997:15, 998:1, 998:5
**feasible** [1] - 978:11
**few** [5] - 963:20, 977:14, 984:18, 993:6, 1033:9
**FFA** [1] - 979:8
**field** [4] - 985:2, 985:20, 988:3, 989:22
**figure** [1] - 1041:23
**file** [5] - 948:24, 991:10, 1038:25, 1039:16, 1039:18
**filed** [1] - 1040:2
**files** [1] - 949:17
**filing** [1] - 1039:9
**film** [1] - 998:13
**films** [1] - 998:12
**filtered** [1] - 1042:1
**final** [2] - 984:22, 1019:4
**financial** [1] - 1043:20
**findings** [5] - 947:6, 1014:20, 1026:21, 1028:14, 1034:3
**fine** [8] - 948:12, 963:24, 969:9, 976:8, 998:18, 1013:10, 1022:7, 1043:9
**finish** [4] - 984:21, 996:2, 1037:23, 1037:25
**finished** [2] - 984:20
**first** [30] - 945:5, 946:3, 957:22, 960:4, 960:13, 961:3, 975:8, 977:3, 982:8, 985:3, 986:11, 986:15, 987:23, 988:5, 989:14, 993:4, 993:12, 993:25, 998:21, 999:25, 1001:17, 1003:14, 1004:10, 1015:16, 1023:7, 1023:9, 1024:1, 1032:8, 1038:24
**firstly** [1] - 1025:25
**fish** [1] - 989:9
**fitted** [1] - 1007:18
**five** [9] - 951:14, 956:25, 957:1, 959:5, 970:18, 971:2, 972:3, 976:1, 1021:9
**fix** [1] - 969:9
**flags** [1] - 1003:19
**FLOWERS** [1] - 943:25
**focus** [5] - 985:6, 992:13, 1001:14, 1010:10, 1010:25, 1032:18
**focused** [1] - 963:8
**focusing** [1] - 1010:6
**folks** [1] - 966:8
**follow** [2] - 957:17, 1029:19
**following** [5] - 956:2, 956:11, 961:23, 980:21, 994:8
**follows** [2] - 958:2, 982:9
**FOR** [5] - 943:13, 943:16, 943:20, 943:22, 944:3
**force** [1] - 1021:20
**forces** [2] - 986:2, 1028:7
**forensics** [1] - 1002:4
**form** [7] - 974:23, 1011:25, 1025:7,

1028:21, 1036:22, 1036:23, 1040:17
**formal** [1] - 1025:4
**forms** [2] - 1002:2, 1013:19
**forth** [1] - 973:6
**forward** [1] - 973:2
**foundation** [1] - 947:17
**Foundation** [1] - 972:11
**founded** [2] - 993:6, 996:5
**four** [8] - 951:14, 959:7, 961:5, 975:14, 975:17, 984:7, 984:21, 1015:21
**frame** [1] - 996:20
**free** [1] - 963:19
**frequently** [1] - 1021:14
**Friday** [4] - 1030:22, 1032:22, 1034:23, 1036:11
**frigid** [1] - 964:2
**front** [1] - 1031:11
**full** [3] - 989:20, 1040:24, 1043:14
**fun** [2] - 1030:15, 1030:24
**function** [1] - 1041:11
**fund** [1] - 946:19
**funding** [2] - 954:22, 954:25
**funeral** [4] - 1003:14, 1003:15, 1029:12
**funerals** [2] - 1006:1, 1006:3

## G

**gain** [1] - 1012:14
**gained** [1] - 1014:14
**GARY** [1] - 943:17
**Gas** [1] - 1017:5
**gas** [5] - 1015:20, 1017:4, 1017:7, 1017:8, 1020:7
**gathering** [1] - 989:18
**gatherings** [1] - 1004:16
**Gaza** [8] - 992:19, 994:3, 994:4, 997:6, 999:1, 1000:6, 1000:8, 1042:4
**generally** [1] - 1024:23
**gentlemen** [12] - 960:23, 961:10, 963:3, 963:15, 968:2, 970:2, 977:10, 987:12, 1003:6, 1008:7, 1010:5, 1038:5
**geographic** [1] - 990:4
**Gershon** [2] - 945:20, 1042:24
**girls** [1] - 984:8
**given** [7] - 945:19, 986:1, 1005:2, 1017:20, 1018:6, 1018:16, 1019:13
**globally** [2] - 1008:2, 1010:16
**glorification** [2] - 1021:10, 1021:13
**glorified** [1] - 1003:10
**glorify** [1] - 1005:8
**Google** [1] - 1038:9
**gore** [1] - 954:11
**government** [12] - 947:5, 948:15, 948:21, 949:6, 949:14, 949:22, 951:10, 987:9, 987:22, 989:23, 1002:2, 1026:20
**grabbed** [1] - 948:6
**graduate** [1] - 986:5
**graduated** [1] - 984:24
**graffiti** [1] - 1004:6
**grainy** [1] - 948:10

**grandchildren** [1] - 984:10
**graphic** [3] - 947:23, 954:9, 954:13
**great** [1] - 1042:1
**green** [5] - 947:11, 953:8, 953:11, 953:14, 953:18
**grew** [1] - 1006:21
**ground** [6] - 953:6, 953:11, 953:18, 989:17, 995:8, 1009:2
**grounds** [2] - 953:3, 957:11
**group** [2] - 993:4, 1000:17
**grouping** [1] - 960:13
**groups** [3] - 978:23, 1028:1, 1033:7
**GSS** [2] - 952:7, 952:9
**guess** [3] - 951:16, 973:7, 1043:19
**guilty** [2] - 951:5, 1002:13
**guy** [1] - 953:13

## H

**H-a-u-n-i-v-e-r-s-i-t-a** [1] - 984:17
**Halawah** [2] - 1017:23, 1018:1
**half** [4] - 985:3, 985:4, 988:2, 1032:6
**Hamas** [96] - 946:4, 946:17, 946:18, 954:22, 958:15, 959:16, 959:17, 959:18, 978:6, 978:8, 993:5, 993:6, 993:11, 993:14, 993:23, 993:25, 994:7, 994:9, 995:2, 996:5, 996:7, 996:8, 996:11, 996:12, 996:14, 996:15, 996:21, 996:24, 997:1, 997:4, 997:8, 997:9, 997:12, 998:6, 998:10, 998:12, 1000:22, 1000:23, 1001:8, 1001:18, 1002:9, 1002:13, 1002:18, 1002:23, 1003:8, 1003:12, 1004:10, 1004:18, 1004:21, 1004:25, 1005:20, 1005:24, 1014:7, 1014:11, 1016:4, 1016:5, 1016:6, 1017:19, 1017:20, 1017:22, 1017:24, 1018:4, 1018:6, 1018:11, 1018:13, 1019:7, 1019:18, 1020:5, 1020:10, 1023:14, 1024:14, 1025:4, 1025:11, 1025:12, 1025:25, 1026:4, 1026:5, 1027:4, 1029:9, 1029:15, 1029:17, 1031:9, 1032:17, 1033:12, 1034:12, 1034:14, 1034:15, 1036:4, 1036:14, 1036:16, 1037:17, 1037:20, 1037:21
**Hamas'** [1] - 946:19
**Hamdan** [10] - 1019:5, 1019:7, 1040:21, 1041:12, 1042:6, 1042:23, 1043:7, 1043:9, 1043:11
**Hamdan's** [1] - 961:5
**hand** [3] - 981:10, 981:24, 1017:24
**handle** [1] - 988:13
**handled** [1] - 988:22
**handler** [3] - 988:9, 988:16, 988:23
**handlers** [1] - 989:15
**hang** [1] - 1011:7
**happy** [4] - 953:25, 991:21, 1007:17, 1022:5
**hard** [2] - 1038:11, 1041:22
**harder** [1] - 1010:8
**Hassan** [1] - 1032:20
**Hauniversita** [1] - 984:16

**head** [2] - 954:21, 1029:16
**headband** [5] - 947:11, 953:12, 953:14, 953:18, 954:11
**hear** [7] - 947:17, 954:5, 975:25, 982:25, 995:9, 998:7, 1008:12
**hearing** [1] - 961:18
**hearsay** [6] - 952:23, 1009:2, 1009:7, 1018:20
**heart** [1] - 1032:24
**Hebrew** [8] - 983:2, 983:11, 983:17, 983:18, 983:22, 984:17, 986:23, 987:6
**held** [10] - 945:20, 973:16, 997:10, 1003:15, 1003:17, 1004:16, 1006:12, 1019:15, 1029:13, 1029:14
**help** [6] - 994:1, 998:25, 999:12, 999:14, 1014:19, 1042:13
**helped** [1] - 1028:19
**helps** [1] - 1036:16
**hero** [2] - 1031:18, 1032:20
**heroes** [1] - 1003:10
**high** [9] - 984:15, 984:24, 1000:21, 1000:23, 1001:8, 1001:9, 1014:10, 1030:16
**higher** [1] - 948:9
**highly** [1] - 1009:4
**himself** [4] - 945:14, 982:19, 1019:14, 1029:16
**history** [1] - 951:14
**holders** [2] - 955:18, 1042:4
**Holy** [1] - 972:11
**home** [1] - 994:3
**Honor** [77] - 947:14, 948:8, 949:2, 949:6, 949:21, 950:4, 950:14, 950:19, 952:4, 952:13, 953:22, 954:16, 954:19, 955:8, 955:13, 955:20, 956:17, 957:24, 959:2, 959:7, 959:12, 959:23, 960:5, 960:12, 961:3, 964:2, 965:9, 966:11, 966:25, 968:12, 968:17, 969:6, 970:10, 970:14, 970:17, 970:24, 972:2, 972:22, 973:14, 975:7, 977:2, 977:8, 977:25, 979:3, 979:11, 979:12, 980:11, 981:7, 994:10, 994:25, 998:14, 998:19, 999:17, 1012:19, 1013:1, 1013:12, 1015:14, 1018:19, 1021:22, 1022:3, 1025:7, 1027:7, 1028:22, 1032:1, 1036:21, 1038:17, 1038:24, 1039:8, 1039:22, 1040:13, 1041:18, 1041:25, 1043:13, 1043:18, 1044:7, 1045:3
**honor** [5] - 1003:15, 1003:16, 1003:20, 1005:13, 1005:18
**Honor's** [2] - 954:1, 955:6
**HONORABLE** [1] - 943:13
**Honorable** [1] - 965:1
**hope** [3] - 960:25, 970:10, 971:3
**hopefully** [2] - 1044:21, 1044:22
**horrific** [1] - 1003:7
**Hotel** [3] - 952:25, 953:1, 954:25
**hour** [1] - 959:25
**hourly** [1] - 988:20

9

**hours** [2] - 960:7, 993:23
**housekeeping** [3] - 955:4, 975:10, 979:11
**Houtari** [8] - 1018:8, 1018:11, 1019:14, 1030:4, 1031:18, 1034:6, 1034:7, 1034:21
**hundreds** [1] - 1006:24
**hung** [2] - 1004:5, 1029:11
**Hussein** [1] - 1032:20
**Hutari** [1] - 1032:20
**hymns** [1] - 1005:12
**hyphen** [2] - 946:8, 948:1

## I

**idea** [2] - 987:12, 998:20
**identified** [3] - 959:19, 1015:4, 1043:6
**identifies** [1] - 999:2
**identify** [14] - 959:12, 978:16, 999:25, 1015:9, 1015:23, 1017:23, 1020:2, 1023:11, 1023:15, 1026:11, 1031:13, 1032:9, 1032:15, 1032:16
**illustrate** [3] - 999:12, 999:14, 1014:19
**image** [2] - 1020:15, 1034:20
**images** [1] - 1015:2
**Imam** [1] - 1017:17
**immediately** [1] - 991:21
**impact** [1] - 1040:5
**important** [9] - 948:20, 988:23, 990:19, 990:25, 991:2, 991:6, 992:15, 1010:18, 1010:20
**improper** [1] - 1043:7
**inclined** [2] - 958:23, 1040:16
**include** [5] - 949:15, 950:5, 979:15, 1014:25, 1026:17
**included** [4] - 950:1, 973:23, 1018:12, 1033:16
**includes** [1] - 1029:11
**including** [9] - 997:12, 998:6, 1005:11, 1005:15, 1007:21, 1019:16, 1024:18, 1030:14, 1033:23
**incorporated** [1] - 949:17
**incriminating** [1] - 946:22
**indeed** [19] - 986:7, 989:12, 999:14, 1000:22, 1011:22, 1014:7, 1020:14, 1023:23, 1024:13, 1027:1, 1028:8, 1028:11, 1030:7, 1031:6, 1032:13, 1032:16, 1034:7, 1035:7, 1035:22
**indicate** [1] - 949:22
**indicates** [1] - 949:10
**indicating** [1] - 1000:9
**indication** [1] - 946:2
**indictment** [2] - 979:12, 979:19
**individual** [2] - 978:22, 1015:16
**individuals** [5] - 996:12, 1002:13, 1015:11, 1031:3, 1031:4
**industry** [7] - 1040:15, 1041:2, 1041:9, 1042:20, 1043:4, 1043:17
**infer** [1] - 1043:5
**inference** [2] - 1041:3, 1041:10
**influence** [1] - 991:9

**influences** [1] - 992:23
**information** [21] - 955:23, 997:5, 998:5, 1001:14, 1002:15, 1006:7, 1008:2, 1009:8, 1010:16, 1012:14, 1013:7, 1014:14, 1019:10, 1026:9, 1026:22, 1028:13, 1028:14, 1029:6, 1043:23
**Ingerman** [1] - 973:16
**INGERMAN** [49] - 944:4, 966:16, 967:1, 968:17, 968:19, 969:2, 969:8, 970:17, 971:3, 972:2, 973:19, 975:3, 975:9, 975:22, 976:3, 976:6, 979:3, 979:10, 998:19, 1001:20, 1002:25, 1007:10, 1007:12, 1007:15, 1011:5, 1012:19, 1012:21, 1013:1, 1013:11, 1013:22, 1018:19, 1020:19, 1021:7, 1022:2, 1022:7, 1025:7, 1025:15, 1027:7, 1027:11, 1027:16, 1028:17, 1028:22, 1028:24, 1029:2, 1032:1, 1035:9, 1036:21, 1036:24, 1044:6
**inherently** [1] - 1021:17
**injured** [4] - 1029:23, 1036:20, 1037:7, 1037:8
**injuries** [1] - 1015:21
**injury** [1] - 1006:24
**instance** [4] - 956:18, 957:3, 1006:14, 1011:4
**instances** [1] - 1024:18
**instead** [1] - 975:17
**institution** [2] - 961:13, 961:18
**institution's** [1] - 961:15
**instruct** [3] - 956:13, 957:11, 1040:20
**instructed** [2] - 957:6, 988:14
**instruction** [6] - 955:6, 955:25, 956:3, 956:12, 957:19, 958:1
**instructions** [3] - 955:21, 957:18, 988:15
**intelligence** [17] - 985:11, 985:13, 985:17, 985:19, 985:24, 986:2, 986:4, 986:6, 986:8, 986:10, 986:12, 986:15, 987:14, 988:7, 989:19, 989:24, 990:18
**Intelligence** [5] - 951:1, 985:5, 985:6, 985:7, 985:9
**intend** [2] - 948:24, 978:4
**intended** [1] - 1032:21
**intends** [1] - 945:12
**intensively** [1] - 988:8
**interest** [10] - 945:12, 946:10, 946:13, 946:23, 946:25, 957:17, 1021:9, 1021:13, 1021:16, 1021:18
**interests** [1] - 948:4
**interfere** [1] - 971:3
**internal** [1] - 1042:19
**internally** [1] - 955:14
**international** [2] - 996:10, 1042:25
**internationally** [1] - 1042:21
**Internet** [3] - 1013:2, 1013:10, 1014:8
**internet** [1] - 1038:9
**interpret** [1] - 981:11
**INTERPRETED** [1] - 944:7
**interpreter** [1] - 981:9

**INTERPRETER** [5] - 981:13, 981:16, 981:21, 982:13, 993:8
**interpreters** [3] - 981:19, 982:11, 1038:23
**interrogated** [1] - 988:22
**interrogatories** [1] - 945:16
**interrogees** [1] - 988:22
**interview** [5] - 996:18, 1006:9, 1006:11, 1007:5, 1007:7
**interviewed** [1] - 993:24
**interviews** [1] - 993:20
**introduce** [1] - 948:24
**introducing** [1] - 1041:2
**introduction** [2] - 983:2, 983:23
**investigate** [7] - 992:17, 1000:13, 1015:19, 1029:7, 1029:21, 1036:18, 1037:2
**investigating** [4] - 952:6, 994:8, 995:2, 996:6
**investigation** [13] - 947:6, 951:7, 951:22, 952:2, 1000:15, 1001:11, 1001:13, 1002:3, 1012:9, 1016:3, 1017:13, 1024:9, 1033:4
**invite** [1] - 997:9
**invocation** [1] - 955:7
**invoke** [1] - 957:3
**involve** [1] - 1004:7
**involved** [7] - 951:18, 998:11, 998:13, 1000:25, 1014:23, 1014:24, 1031:4
**involvement** [2] - 953:1, 1019:21
**involves** [4] - 987:1, 987:4, 1003:18, 1003:21
**involving** [1] - 997:11
**irrelevant** [1] - 945:18
**irrespective** [1] - 950:6
**ISA** [29] - 947:3, 947:6, 949:9, 949:16, 949:20, 950:20, 950:23, 951:15, 952:1, 952:5, 952:9, 987:11, 987:25, 988:1, 988:5, 989:11, 990:24, 991:16, 991:18, 1001:24, 1018:7, 1018:14, 1026:14, 1026:17, 1026:25, 1027:3, 1033:17, 1033:20
**Islam** [1] - 1017:17
**Islamic** [5] - 987:2, 994:4, 998:8, 1017:16, 1033:11
**Islamist** [1] - 992:8
**Israel** [24] - 984:9, 984:12, 984:25, 985:17, 987:18, 991:22, 992:4, 992:8, 992:16, 992:18, 992:23, 992:24, 993:16, 999:1, 1007:20, 1007:23, 1017:6, 1017:9, 1018:7, 1019:13, 1026:14, 1028:7, 1030:12, 1033:15
**Israel's** [1] - 950:23
**Israeli** [9] - 947:19, 987:11, 987:13, 987:14, 987:19, 988:6, 989:23, 996:9, 1001:24
**Israelis** [2] - 1006:20, 1007:25
**issue** [15] - 947:8, 957:1, 961:4, 971:4, 975:2, 975:10, 984:1, 992:5, 999:21, 1018:20, 1039:25, 1041:19, 1044:12, 1044:15

**issues** [6] - 952:17, 961:17, 997:15, 1039:25, 1040:4, 1040:5
**issuing** [1] - 1012:4
**IT** [3] - 966:8, 969:6, 1044:17
**itself** [1] - 1019:19
**Izz** [10] - 1017:21, 1020:10, 1023:13, 1031:16, 1032:16, 1035:3, 1035:7, 1036:1, 1036:3, 1037:12

## J

**jail** [1] - 1021:16
**JAMES** [1] - 943:23
**Janin** [1] - 1037:13
**Jazeera** [1] - 1005:4
**Jenin** [1] - 1004:9
**Jerusalem** [18] - 983:9, 983:12, 984:11, 984:15, 985:10, 986:8, 986:14, 986:16, 986:23, 987:7, 989:14, 990:2, 990:8, 990:15, 1000:10, 1000:11, 1036:19
**Jews** [1] - 1006:24
**Jihad** [1] - 1033:11
**job** [3] - 988:6, 988:23, 990:19
**jobs** [1] - 986:5
**JODI** [1] - 943:25
**joined** [3] - 985:1, 987:11, 991:21
**Jordanian** [2] - 985:12, 985:22
**journalist** [4] - 983:13, 991:19, 996:15, 1018:3
**journalistic** [1] - 994:5
**JUDGE** [1] - 943:14
**Judge** [2] - 945:20, 1042:24
**judging** [2] - 1017:19, 1018:16
**jump** [1] - 1022:4
**June** [3] - 1029:22, 1030:8, 1036:11
**jurors** [4] - 958:7, 963:21, 1008:10, 1010:2
**JURORS** [1] - 960:24
**jury** [42] - 945:1, 945:21, 950:9, 953:12, 953:17, 954:3, 954:10, 955:5, 955:9, 956:10, 958:4, 958:13, 958:21, 958:23, 959:8, 959:17, 960:19, 960:21, 961:8, 961:22, 965:2, 966:13, 966:22, 980:1, 980:2, 980:3, 980:9, 994:13, 995:25, 998:20, 1003:6, 1009:9, 1010:1, 1018:22, 1040:20, 1041:4, 1041:7, 1041:10, 1041:15, 1041:22, 1042:2, 1043:5
**Jury** [3] - 965:4, 977:15, 1038:14
**JURY** [1] - 943:13
**Justice** [2] - 972:24, 974:16

## K

**keep** [3] - 977:13, 1010:9, 1038:10
**key** [1] - 1014:25
**Khairiya** [1] - 954:22
**Khaled** [2] - 1029:16, 1029:19
**kids** [1] - 984:7
**kill** [1] - 1007:24
**killed** [3] - 1019:16, 1036:20, 1037:5

**killers** [1] - 1002:24
**killing** [1] - 1007:3
**kind** [3] - 949:9, 985:8, 990:9
**kinds** [4] - 949:10, 982:18, 1011:15, 1026:24
**knowing** [3] - 1042:2, 1043:22, 1043:23
**knowledge** [3] - 957:25, 958:6, 958:11
**known** [9] - 987:7, 996:15, 1005:6, 1005:15, 1014:6, 1014:7, 1018:1, 1018:4, 1018:12
**knows** [1] - 996:14
**Kohlmann** [1] - 1013:3
**Korea** [1] - 1006:22
**Kurtzer** [1] - 943:6
**Kuwait** [1] - 1006:22

## L

**laajilkum** [1] - 1005:7
**ladies** [11] - 960:22, 961:10, 963:15, 968:2, 970:2, 977:10, 987:12, 1003:5, 1008:7, 1010:4, 1038:5
**Ladies** [1] - 963:3
**Land** [1] - 972:11
**language** [5] - 983:2, 988:8, 989:2, 989:7, 1029:1
**languages** [1] - 983:16
**large** [5] - 1004:4, 1004:18, 1005:1, 1005:24, 1019:16
**larger** [1] - 990:3
**largest** [1] - 991:21
**last** [20] - 945:2, 945:6, 959:14, 960:3, 960:6, 960:13, 960:15, 960:16, 963:23, 969:3, 976:2, 977:4, 977:8, 980:20, 1005:10, 1024:19, 1039:1, 1039:16, 1039:17
**lastly** [1] - 959:2
**late** [4] - 986:21, 991:18, 1010:7, 1030:22
**laude** [1] - 984:20
**law** [1] - 989:23
**LAW** [1] - 966:7
**laws** [2] - 955:24, 956:7
**lawsuit** [2] - 972:21, 984:1
**lawyer** [8] - 955:25, 956:1, 956:5, 956:9, 956:13, 957:2, 957:10, 957:18
**lawyer's** [2] - 956:2, 956:12
**lawyers** [2] - 957:7, 1008:12
**lawyers'** [1] - 955:21
**leadership** [3] - 946:18, 996:17, 1011:23
**leading** [4] - 1007:11, 1007:13, 1007:14, 1028:14
**learn** [1] - 1007:8
**learned** [6] - 993:14, 1018:6, 1025:22, 1026:3, 1026:5, 1026:8
**least** [6] - 945:25, 954:23, 957:3, 972:14, 1005:19, 1014:10, 1014:24, 1025:3, 1025:12
**leave** [3] - 986:20, 991:16, 1044:21
**leaves** [1] - 1038:21

**leaving** [1] - 978:1
**Lebanon** [1] - 988:1
**left** [3] - 959:16, 991:18, 1017:24
**left-hand** [1] - 1017:24
**legal** [3] - 1018:6, 1018:7, 1033:18
**lengthy** [1] - 970:4
**less** [3] - 951:9, 966:23, 1001:10
**letter** [7] - 945:2, 945:5, 977:21, 1040:2, 1040:6, 1044:3, 1044:20
**letters** [2] - 960:2, 976:1
**letting** [1] - 1042:9
**Leyada** [1] - 984:16
**LEYADA** [1] - 984:16
**life** [1] - 1005:8
**lifetime** [1] - 997:11
**light** [1] - 959:25
**lights** [1] - 1001:12
**likewise** [2] - 1032:12, 1036:18
**limiting** [1] - 955:7
**LINDE** [2] - 943:3, 943:16
**line** [10] - 957:10, 966:6, 970:18, 977:18, 977:22, 977:24, 1031:17, 1032:14, 1041:6
**linked** [1] - 1018:17
**list** [3] - 948:24, 974:19, 980:20, 1038:25, 1039:7, 1039:8, 1039:12, 1039:15
**listed** [2] - 979:6, 999:20
**litigation** [1] - 999:21
**Litle** [1] - 943:4
**LITLE** [1] - 943:20
**live** [6] - 983:9, 984:10, 984:12, 991:10, 1000:10, 1003:18
**lives** [2] - 991:10, 1004:20
**living** [1] - 983:10
**LLC** [2] - 943:16, 943:24
**LLP** [2] - 943:22, 944:3
**loaded** [1] - 1036:24
**locations** [1] - 1000:7
**logo** [8] - 1023:9, 1023:11, 1023:12, 1023:13, 1032:14, 1032:15, 1032:16
**London** [1] - 972:24
**look** [10] - 946:23, 948:20, 959:24, 960:14, 966:14, 966:19, 1013:12, 1013:14, 1015:11, 1033:19
**looked** [4] - 949:11, 949:15, 949:25, 950:9
**looking** [2] - 968:10, 1010:16
**lower** [1] - 998:18
**lunch** [11] - 959:25, 971:2, 974:3, 974:4, 975:23, 977:4, 977:9, 977:11, 979:19, 979:20, 1010:8
**lying** [3] - 953:6, 953:11, 953:18

## M

**MA** [1] - 984:20
**Mahmoud** [1] - 1005:12
**main** [2] - 987:18, 998:12
**maintain** [1] - 989:22
**maintained** [1] - 988:20

**majority** [1] - 964:10
**man** [1] - 1030:5
**manage** [1] - 1005:21
**map** [5] - 999:1, 999:10, 999:11, 999:20, 1000:1
**March** [1] - 1015:19
**MARGARET** [1] - 944:5
**marginally** [1] - 993:3
**MARK** [1] - 943:20
**marked** [2] - 977:23, 980:11
**marks** [1] - 1003:16
**martyr** [3] - 946:4, 1032:20, 1035:25
**martyrs** [1] - 1032:25
**Mashal** [2] - 1029:16, 1029:19
**Masri** [3] - 1037:13, 1037:15, 1037:20
**material** [5] - 1024:2, 1024:3, 1024:5, 1033:14
**materials** [10] - 949:11, 949:15, 949:16, 950:9, 958:6, 1012:10, 1014:9, 1014:16, 1019:18, 1044:19
**mean** [8] - 950:25, 986:25, 988:16, 996:13, 1011:7, 1011:10, 1018:10, 1021:9
**meaning** [1] - 1042:20
**means** [5] - 988:10, 988:12, 1003:7, 1005:7, 1035:25
**meant** [4] - 979:7, 988:10, 988:18, 989:15
**mechanical** [1] - 944:12
**media** [3] - 977:13, 1011:4, 1038:7
**meet** [2] - 1007:1, 1032:25
**Melanie** [1] - 960:19
**member** [3] - 1016:6, 1036:1, 1037:21
**members** [2] - 945:8, 996:15
**memorial** [2] - 1029:15
**memorialization** [5] - 1003:6, 1004:3, 1004:11, 1019:15, 1029:8
**memorializations** [2] - 1003:5, 1034:17
**memory** [2] - 1004:16, 1005:2
**men** [1] - 1030:12
**mention** [2] - 952:25, 1010:5
**mentioned** [2] - 952:14, 973:2
**mesh** [2] - 1043:3
**messenger** [1] - 1032:20
**met** [1] - 1006:25
**MFA** [1] - 948:16
**MICHAEL** [1] - 943:24
**microphone** [1] - 982:20
**Middle** [6] - 986:24, 986:25, 987:1, 987:2, 987:3, 987:5, 992:25
**middle** [2] - 959:10, 1018:8
**midst** [1] - 988:20
**might** [8] - 951:3, 951:8, 951:9, 956:9, 1009:7, 1025:9, 1025:17
**mike** [1] - 982:15
**military** [19] - 984:25, 985:1, 985:2, 985:3, 985:17, 985:22, 986:6, 986:9, 986:20, 986:21, 990:14, 1017:21, 1020:10, 1023:14, 1025:5, 1032:17, 1036:3, 1036:4
**Miller** [3] - 1000:5, 1032:5, 1032:18

**mind** [3] - 956:12, 977:13, 1038:10
**mindset** [1] - 989:3
**mine** [1] - 1019:25
**Minister's** [1] - 948:16
**minute** [9] - 961:9, 969:10, 970:12, 984:4, 1000:6, 1008:1, 1008:13, 1010:25, 1020:21
**minutes** [11] - 959:4, 959:5, 963:5, 963:16, 963:20, 963:23, 977:14, 982:13, 1021:9, 1037:24, 1037:25
**misleading** [1] - 959:16
**mistaken** [1] - 1033:10
**MLAT** [3] - 972:23, 973:23, 974:24
**models** [1] - 1003:11
**Mohammed** [3] - 963:12, 963:14, 965:7
**moment** [4] - 988:5, 1025:6, 1025:14
**moment-by-moment** [1] - 1025:14
**momentarily** [2] - 954:4, 970:9
**MONDAY** [1] - 943:10
**month** [1] - 984:22
**months** [1] - 984:21
**moral** [1] - 989:8
**morning** [10] - 945:3, 945:5, 960:22, 960:24, 963:16, 1017:10, 1038:13, 1044:2, 1044:11, 1045:2
**mortars** [1] - 1001:4
**mosque** [3] - 1017:17, 1029:17
**mosques** [1] - 1035:1
**most** [12] - 958:7, 958:12, 978:6, 983:24, 987:4, 991:22, 992:15, 1005:21, 1019:18, 1025:1, 1040:2
**mostly** [5] - 1004:17, 1004:20, 1005:24, 1030:16, 1044:12
**mother** [1] - 1003:24
**motion** [2] - 945:6, 945:10
**motive** [2] - 1021:15, 1021:19
**MOTLEY** [1] - 943:24
**mourners** [1] - 1003:22
**mourners'** [2] - 1003:22, 1006:4
**move** [2] - 979:16, 982:23
**moved** [1] - 1006:22
**MR** [203] - 947:14, 948:8, 949:2, 949:5, 949:8, 949:15, 949:20, 950:4, 950:8, 950:14, 950:19, 950:22, 950:25, 951:12, 951:25, 952:4, 952:7, 952:9, 952:13, 953:15, 954:7, 954:16, 954:19, 955:4, 955:17, 955:20, 956:17, 956:22, 956:23, 956:25, 957:1, 957:8, 957:16, 957:21, 958:5, 958:14, 958:20, 959:2, 959:12, 959:23, 960:5, 960:12, 960:15, 961:3, 964:2, 964:7, 965:9, 966:2, 966:3, 966:4, 966:5, 966:8, 966:11, 966:16, 966:25, 967:1, 967:2, 968:12, 968:17, 968:19, 969:2, 969:5, 969:8, 969:9, 970:10, 970:14, 970:17, 970:24, 971:3, 972:2, 972:22, 973:9, 973:14, 973:19, 973:22, 974:2, 974:4, 974:7, 974:10, 974:18, 974:22, 975:3, 975:5, 975:7, 975:9, 975:10, 975:20, 975:22, 976:3, 976:6, 977:2, 977:8, 977:25,

978:12, 979:3, 979:10, 979:11, 980:7, 980:10, 980:18, 981:4, 981:6, 982:17, 982:22, 983:1, 983:5, 990:22, 992:20, 994:10, 994:25, 998:14, 998:19, 998:22, 998:23, 999:4, 999:6, 999:16, 999:17, 999:19, 1001:20, 1001:23, 1002:25, 1003:3, 1007:10, 1007:12, 1007:15, 1008:5, 1009:10, 1010:12, 1010:13, 1011:5, 1011:9, 1011:12, 1011:17, 1011:19, 1012:8, 1012:19, 1012:21, 1013:1, 1013:11, 1013:22, 1014:1, 1014:3, 1014:12, 1015:14, 1015:18, 1017:2, 1018:19, 1019:3, 1019:22, 1019:25, 1020:18, 1020:19, 1021:4, 1021:7, 1021:21, 1022:2, 1022:7, 1023:3, 1023:6, 1025:7, 1025:15, 1027:6, 1027:7, 1027:11, 1027:12, 1027:14, 1027:16, 1028:17, 1028:20, 1028:22, 1028:24, 1029:2, 1031:24, 1032:1, 1035:9, 1035:11, 1035:14, 1035:18, 1036:21, 1036:24, 1037:25, 1038:4, 1038:17, 1038:24, 1039:4, 1039:8, 1039:12, 1039:19, 1039:22, 1040:9, 1040:13, 1041:18, 1042:10, 1042:16, 1042:24, 1043:13, 1043:18, 1043:3, 1044:6, 1044:16, 1045:3, 1046:7
**murals** [1] - 1004:6
**murderous** [1] - 1003:25

**N**

**Nablus** [2] - 1017:25, 1018:5
**name** [8] - 981:14, 982:3, 983:6, 1006:15, 1015:11, 1018:12, 1023:18, 1026:2
**named** [3] - 991:23, 993:12, 1004:9
**naming** [1] - 1004:7
**narrative** [1] - 946:12
**national** [1] - 1005:14
**nature** [1] - 1002:5
**near** [2] - 983:9, 1037:13
**necessarily** [1] - 1044:11
**necessary** [1] - 947:22
**need** [13] - 948:18, 948:25, 949:24, 953:12, 958:4, 966:14, 970:6, 973:10, 1037:24, 1038:5, 1038:15, 1045:2
**needed** [2] - 955:13, 985:21
**neediness** [1] - 1043:21
**needs** [1] - 948:22
**neglected** [1] - 959:12
**Neve** [21] - 1015:16, 1017:3, 1017:4, 1019:9, 1019:21, 1020:7, 1023:19, 1024:11, 1024:12, 1024:14, 1025:20, 1026:17, 1026:18, 1027:4, 1028:10, 1028:11, 1028:15, 1031:5, 1031:7, 1033:21, 1033:23
**Never** [1] - 1015:20
**NEW** [1] - 943:1
**New** [5] - 943:9, 944:10, 1042:2, 1042:3, 1042:7
**news** [2] - 947:11, 1012:5

**newspaper** [4] - 991:22, 992:11, 997:4, 997:7
**newspapers** [4] - 1004:17, 1004:18, 1004:21, 1034:14
**next** [24] - 946:7, 947:3, 947:10, 947:19, 947:25, 948:23, 961:1, 965:6, 965:12, 967:5, 968:21, 969:12, 971:5, 976:10, 979:21, 981:5, 997:16, 1008:15, 1009:13, 1012:24, 1013:24, 1016:7, 1020:22, 1022:9
**NICOLE** [1] - 944:9
**night** [9] - 945:2, 945:6, 959:14, 960:3, 960:6, 960:16, 976:2, 1030:22, 1030:23
**night's** [1] - 1038:12
**nighttime** [1] - 1030:21
**nine** [2] - 1039:23, 1041:20
**note** [2] - 951:12, 977:20
**noted** [3] - 945:25, 948:2, 979:4
**nothing** [1] - 982:1
**notice** [1] - 968:4
**number** [11] - 945:19, 947:7, 966:6, 972:16, 972:22, 994:3, 997:3, 997:14, 998:12, 1006:3, 1029:10
**numbers** [2] - 996:16, 996:17
**nurse** [1] - 984:9

## O

**obey** [1] - 1041:11
**obituaries** [1] - 1004:19
**object** [7] - 952:19, 953:3, 957:10, 972:16, 973:10, 995:8, 1036:21
**objecting** [1] - 973:11
**Objection** [1] - 957:19
**objection** [35] - 952:11, 956:5, 957:9, 973:4, 975:25, 978:1, 979:6, 990:22, 992:20, 999:17, 1001:20, 1002:25, 1007:10, 1007:12, 1007:13, 1009:2, 1009:7, 1011:5, 1012:19, 1018:20, 1020:19, 1021:3, 1021:5, 1021:25, 1022:4, 1022:6, 1023:2, 1025:7, 1025:15, 1027:8, 1028:17, 1028:22, 1031:25, 1032:2, 1035:9
**objections** [11] - 945:19, 952:14, 953:21, 953:24, 955:2, 959:13, 959:20, 960:11, 972:4, 981:4, 995:10
**obligation** [1] - 961:15
**obscuring** [1] - 1041:1
**obtained** [1] - 978:8
**obviate** [1] - 953:16
**obviously** [7] - 953:21, 957:8, 959:5, 978:8, 1040:3, 1044:16, 1044:18
**occasion** [1] - 1006:8
**occasionally** [1] - 970:6
**occur** [1] - 1030:20
**occurred** [1] - 956:18
**occurring** [1] - 987:16
**OF** [2] - 943:1, 943:13
**OFAC** [1] - 1042:2
**offer** [7] - 959:10, 980:18, 980:20,

1020:18, 1027:6, 1028:20, 1031:24
**offered** [4] - 953:7, 958:16, 958:17, 959:14
**offering** [2] - 973:8, 995:4
**offhand** [1] - 975:8
**office** [1] - 951:24
**officer** [2] - 952:5, 1017:20
**officers** [1] - 984:8
**official** [19] - 951:4, 951:9, 951:17, 952:12, 1001:18, 1011:2, 1011:13, 1011:22, 1011:24, 1020:5, 1024:23, 1025:25, 1029:15, 1031:8, 1031:16, 1031:19, 1031:20, 1033:12, 1035:2
**often** [1] - 1024:25
**old** [2] - 1032:21, 1037:14
**older** [1] - 984:8
**once** [1] - 1044:20
**one** [63] - 945:8, 945:11, 946:6, 946:15, 952:2, 954:13, 955:5, 956:18, 957:3, 961:11, 963:4, 964:3, 964:8, 967:2, 968:3, 971:4, 972:7, 972:17, 972:20, 972:22, 973:19, 973:20, 973:22, 975:1, 975:4, 975:21, 976:1, 977:4, 978:25, 979:3, 979:4, 979:11, 982:17, 984:7, 989:16, 990:13, 996:7, 997:2, 997:7, 1004:15, 1005:10, 1009:3, 1010:17, 1010:24, 1011:3, 1011:7, 1018:5, 1019:8, 1019:14, 1023:7, 1024:6, 1025:5, 1025:12, 1028:23, 1031:22, 1034:22, 1035:17, 1039:15, 1039:17, 1039:21, 1040:10, 1043:18
**one-third** [1] - 1023:7
**onerous** [1] - 946:1
**ones** [1] - 980:13
**open** [2] - 977:13, 1038:10
**operate** [1] - 1025:4
**operated** [4] - 988:25, 996:19, 1029:19, 1037:20
**operation** [1] - 1037:22
**operations** [4] - 946:19, 989:17, 989:18, 1019:17
**operative** [2] - 1017:19, 1018:11
**operatives** [3] - 996:14, 996:18, 1018:17
**opinion** [7] - 998:8, 1009:3, 1009:8, 1013:19, 1018:23, 1019:1, 1019:2
**opinions** [1] - 1013:8
**opportunity** [22] - 986:13, 993:17, 998:4, 998:25, 1000:12, 1000:14, 1002:11, 1002:17, 1002:20, 1002:21, 1006:8, 1007:4, 1014:19, 1015:19, 1025:18, 1025:21, 1029:7, 1029:21, 1033:17, 1036:18, 1037:2, 1044:6
**opposed** [1] - 1002:22
**opposite** [1] - 985:13
**order** [27] - 953:15, 959:2, 972:2, 972:6, 976:5, 979:4, 979:5, 987:17, 989:6, 989:8, 989:17, 990:13, 1001:15, 1006:5, 1007:2, 1010:23, 1012:3, 1012:13, 1014:14, 1024:7, 1030:19, 1039:1, 1040:19, 1041:8, 1041:12,

1042:21, 1042:24
**ordered** [1] - 1043:2
**organization** [11] - 945:7, 987:15, 993:11, 994:7, 996:8, 996:10, 1011:24, 1011:25, 1016:6, 1017:21, 1019:20
**organizations** [4] - 989:23, 1001:5, 1023:22, 1025:1
**orient** [1] - 1000:6
**ORSEN** [1] - 950:8
**Osama** [1] - 961:4
**Osen** [5] - 970:8, 975:22, 1038:22, 1039:10, 1045:2
**osen** [1] - 963:22
**OSEN** [68] - 943:16, 943:17, 947:14, 948:8, 949:2, 949:5, 949:8, 949:15, 949:20, 950:4, 950:14, 952:4, 952:9, 954:7, 954:16, 954:19, 955:4, 955:17, 956:17, 956:23, 957:1, 957:21, 958:5, 958:14, 958:20, 959:2, 959:23, 960:12, 966:3, 966:5, 966:8, 967:2, 968:12, 969:5, 969:9, 970:10, 970:14, 970:24, 972:22, 973:9, 973:14, 973:22, 974:2, 974:4, 974:7, 974:10, 974:18, 974:22, 975:5, 975:7, 977:2, 977:8, 978:12, 979:11, 980:7, 1021:4, 1038:17, 1038:24, 1039:4, 1039:12, 1039:22, 1040:9, 1041:18, 1043:13, 1043:18, 1044:3, 1044:16, 1045:3
**ourselves** [3] - 945:8, 945:9, 1000:7
**Outside** [1] - 994:13
**outside** [3] - 945:1, 975:2, 980:1
**outweighs** [1] - 953:8
**overhead** [1] - 966:9
**overlap** [1] - 1044:15
**overnight** [1] - 1044:1
**overrule** [2] - 952:11, 957:9
**overruled** [15] - 953:23, 955:3, 972:4, 976:3, 992:21, 1001:21, 1003:1, 1007:16, 1009:1, 1011:6, 1012:20, 1013:21, 1028:18, 1029:3, 1035:10
**oversaw** [2] - 1018:9, 1018:18
**oversight** [1] - 979:13
**overwhelming** [1] - 964:10
**own** [9] - 961:19, 978:21, 996:21, 996:24, 997:1, 997:4, 1016:4, 1030:15, 1041:11
**owner** [1] - 1021:11

## P

**p.m** [5] - 945:3, 977:15, 1032:22, 1038:14, 1045:4
**PAGE** [1] - 1046:3
**page** [21] - 956:22, 956:23, 957:9, 961:23, 965:12, 967:5, 968:21, 969:12, 971:5, 972:9, 976:10, 977:18, 979:21, 997:16, 1008:15, 1009:13, 1012:24, 1013:24, 1016:7, 1020:22, 1022:9
**pages** [2] - 955:10, 974:6
**Palestinian** [21] - 985:15, 986:13,

986:14, 987:19, 988:11, 988:24, 989:1, 989:8, 989:9, 990:11, 991:14, 992:2, 992:3, 992:6, 996:9, 1004:12, 1004:13, 1005:13, 1005:23, 1006:21, 1033:11

**Palestinians** [8] - 988:17, 988:19, 988:20, 988:21, 992:3, 992:5, 1005:5

**paper** [1] - 991:24

**paradise** [1] - 1032:25

**paralegal** [1] - 975:13

**paratrooper** [1] - 985:4

**pardon** [1] - 1011:9

**parents'** [1] - 1017:11

**Park** [3] - 952:25, 953:1, 954:25

**part** [27] - 946:16, 952:24, 954:10, 955:24, 956:5, 966:2, 966:3, 966:4, 968:12, 968:14, 972:11, 979:13, 980:10, 986:8, 987:8, 988:23, 994:5, 998:24, 1009:7, 1016:2, 1016:4, 1027:8, 1027:9, 1027:10, 1033:3, 1034:25, 1041:19

**participated** [2] - 998:9, 1015:1

**participation** [1] - 1003:17

**particular** [27] - 972:16, 972:18, 986:8, 989:4, 990:9, 998:24, 999:10, 999:20, 1000:1, 1000:7, 1013:4, 1019:4, 1025:19, 1025:23, 1026:20, 1026:21, 1028:9, 1030:20, 1030:25, 1031:4, 1031:9, 1031:21, 1032:9, 1033:16, 1034:11, 1034:20, 1034:24

**particularly** [1] - 945:19

**parties** [2] - 968:7, 1040:22

**party** [2] - 945:17, 974:14

**passage** [1] - 947:2

**passed** [1] - 1021:25

**path** [2] - 1029:20

**PAUL** [1] - 944:4

**Pause** [1] - 963:1

**pause** [1] - 1013:15

**paused** [3] - 963:2, 963:14, 970:21

**Peace** [1] - 1017:5

**penal** [5] - 945:9, 1021:8, 1021:13, 1021:15, 1021:18

**pending** [1] - 1013:11

**people** [19] - 964:5, 969:6, 978:17, 988:13, 990:12, 991:8, 1003:17, 1003:23, 1015:7, 1021:14, 1030:14, 1030:16, 1030:23, 1036:20, 1037:5, 1037:6, 1037:7, 1037:8, 1044:17

**percent** [1] - 1024:20

**perfectly** [1] - 946:22

**perhaps** [3] - 956:19, 957:12, 976:4

**period** [16] - 956:13, 986:3, 986:11, 986:15, 986:17, 986:19, 987:23, 988:4, 989:10, 989:25, 990:17, 990:24, 992:13, 992:17, 1024:16, 1027:1

**permissible** [1] - 946:23

**permission** [2] - 977:3, 1005:10

**permit** [1] - 946:5

**permitted** [1] - 1041:4

**perpetrated** [4] - 987:19, 1031:7, 1034:22, 1035:25

**perpetrator** [3] - 953:11, 953:18, 1036:10

**person** [6] - 961:16, 1006:25, 1015:4, 1023:15, 1035:25, 1036:1

**personal** [5] - 957:25, 958:3, 958:6, 958:11, 1002:11

**personally** [5] - 958:17, 993:17, 1006:1, 1006:8, 1015:8

**perspective** [1] - 1024:3

**pertaining** [1] - 992:5

**peruse** [1] - 1033:17

**Ph.D** [3] - 984:20, 984:21, 984:22

**photocopy** [1] - 966:17

**photograph** [3] - 1015:12, 1023:15, 1032:9

**photographs** [7] - 947:24, 978:16, 1002:4, 1014:23, 1015:2, 1015:6, 1015:10

**pick** [1] - 1031:2

**picked** [1] - 1042:22

**picture** [4] - 953:12, 1010:24, 1024:7, 1034:21

**pictures** [4] - 959:18, 1004:4, 1015:8, 1019:16

**piece** [5] - 1010:20, 1010:24, 1024:6, 1026:8, 1026:22

**pieces** [1] - 1043:13

**PIPER** [1] - 944:3

**Pizzeria** [1] - 1036:19

**place** [2] - 990:15, 1030:10

**placed** [1] - 1015:3

**places** [5] - 987:4, 992:19, 1004:15, 1010:22, 1029:12

**plainly** [1] - 947:5

**Plaintiff** [8] - 1023:4, 1027:18, 1029:4, 1032:3, 1047:10, 1047:12, 1047:14, 1047:16

**plaintiff** [4] - 945:24, 948:5, 954:5, 974:15

**Plaintiff's** [2] - 972:9, 972:18

**plaintiff's** [1] - 978:9

**plaintiffs** [10] - 947:12, 947:22, 948:23, 952:19, 961:1, 977:20, 978:4, 980:5, 981:5, 982:7

**Plaintiffs** [1] - 943:4

**PLAINTIFFS** [3] - 943:16, 943:20, 943:22

**Plaintiffs'** [15] - 945:16, 946:7, 947:3, 947:10, 947:25, 948:2, 950:19, 952:15, 952:16, 952:21, 952:25, 980:16, 981:1, 1047:4, 1047:6

**plaintiffs'** [3] - 948:13, 956:1, 961:1

**plan** [2] - 953:25, 1032:22

**planned** [1] - 1019:8

**platform** [1] - 973:16

**play** [7] - 955:15, 955:24, 958:22, 959:9, 977:3, 977:9, 1019:5

**played** [15] - 959:1, 961:8, 961:22, 963:10, 963:11, 963:12, 965:7,

968:13, 968:16, 970:20, 970:23, 973:18, 977:6, 980:9, 1040:3

**playing** [1] - 966:4

**plays** [1] - 958:25

**Plaza** [1] - 944:9

**PLC** [1] - 943:10

**pleading** [1] - 1002:13

**PLLC** [1] - 943:18

**plus** [2] - 972:9, 1029:23

**poems** [4] - 1005:11, 1005:12, 1005:14, 1005:18

**poet** [1] - 1005:14

**poets** [1] - 1005:11

**point** [22] - 952:22, 953:19, 959:6, 959:8, 960:10, 968:4, 979:3, 982:17, 986:19, 987:9, 989:11, 990:4, 991:16, 998:14, 999:7, 1000:16, 1015:14, 1034:9, 1040:25, 1041:18, 1041:23, 1042:18

**pointing** [1] - 1032:14

**points** [3] - 954:6, 957:21, 978:23

**police** [19] - 946:9, 947:19, 949:8, 949:16, 949:17, 949:21, 949:22, 951:2, 951:5, 951:6, 951:18, 952:4, 953:21, 1002:3, 1027:24, 1028:4, 1028:6, 1028:7

**policies** [1] - 1041:21

**political** [5] - 987:16, 989:4, 991:12, 992:7, 1029:16

**popular** [1] - 1005:15

**population** [6] - 990:9, 990:10, 990:11, 991:3, 991:12, 991:13

**portion** [4] - 954:9, 970:15, 977:8, 977:21

**portions** [4] - 945:18, 946:12, 954:24, 970:3

**portraits** [1] - 1004:4

**position** [3] - 946:17, 960:2, 1039:7

**positioned** [1] - 985:12

**possible** [4] - 957:14, 998:16, 1007:25, 1040:7

**posted** [1] - 985:12

**poster** [2] - 1035:2, 1035:20

**posters** [12] - 946:4, 1004:3, 1004:4, 1005:20, 1005:22, 1005:23, 1005:24, 1019:16, 1029:8, 1029:10, 1029:11, 1034:25

**postings** [1] - 1038:9

**practice** [1] - 956:15

**praise** [4] - 1005:8, 1005:12, 1005:18, 1005:25

**praised** [1] - 1003:11

**precisely** [1] - 1007:8

**precludes** [1] - 1041:8

**prefer** [1] - 957:8

**preference** [1] - 954:2

**prefers** [1] - 949:21

**prejudice** [2] - 953:8, 953:16

**prejudicial** [2] - 953:20, 954:15

**prepare** [3] - 989:18, 998:25, 1014:19

**prepared** [7] - 1002:18, 1002:23,

1007:19, 1007:22, 1030:25, 1034:5, 1034:7
**presence** [6] - 945:1, 960:21, 980:1, 980:3, 994:13, 995:25
**present** [2] - 1002:14, 1035:4
**presentation** [1] - 1044:18
**presented** [3] - 968:6, 972:13, 973:24
**press** [3] - 948:16, 948:17, 950:1
**pressure** [2] - 970:12, 970:14
**presume** [3] - 957:4, 982:18, 982:20
**pretrial** [1] - 961:10
**pretty** [1] - 992:13
**prevailed** [1] - 991:15
**prevent** [2] - 985:21, 987:16
**preventing** [3] - 987:15, 987:18, 988:11
**previous** [2] - 1030:5, 1031:22
**previously** [1] - 946:5
**Prime** [1] - 948:16
**printed** [1] - 968:7
**prison** [5] - 984:8, 993:22, 1006:10, 1006:12, 1006:25
**probability** [4] - 1000:21, 1000:23, 1001:9, 1014:11
**probative** [3] - 953:9, 953:19, 1021:20
**problem** [2] - 955:6, 978:14
**procedure** [1] - 961:12
**procedures** [5] - 1041:21, 1042:6, 1042:13, 1042:19, 1043:6
**proceed** [4] - 961:21, 982:16, 983:2, 1014:1
**Proceedings** [2] - 944:12, 1045:4
**proceedings** [4] - 961:23, 981:11, 997:16, 1002:12
**proceeds** [1] - 982:18
**process** [1] - 1013:20
**produce** [1] - 1043:10
**produced** [12] - 944:12, 961:15, 974:13, 974:15, 974:16, 974:23, 1040:24, 1041:13, 1041:17, 1041:23, 1041:24, 1042:3
**production** [2] - 998:11, 1043:16
**profession** [3] - 983:12, 1012:13, 1014:13
**professional** [1] - 983:20
**proffer** [1] - 961:16
**proffered** [2] - 954:8, 959:14
**profits** [1] - 1032:25
**program** [1] - 1005:6
**programs** [1] - 1004:24
**promoted** [5] - 986:4, 986:7, 989:11, 989:12, 989:25
**promotion** [1] - 989:13
**proper** [3] - 956:11, 1009:9, 1034:13
**properly** [2] - 945:24, 968:11
**propose** [1] - 977:9
**proposed** [1] - 1038:25
**prosecutor's** [1] - 951:24
**provenance** [2] - 946:3, 972:25
**provide** [2] - 955:8, 955:23
**public** [8] - 946:11, 947:21, 951:22, 974:20, 991:17, 997:8, 997:9, 1034:16

**publication** [2] - 951:4, 951:17
**publications** [3] - 951:1, 1012:6, 1034:15
**published** [10] - 997:4, 997:5, 1002:23, 1005:20, 1011:4, 1018:13, 1026:2, 1033:13, 1034:14, 1035:1
**purport** [1] - 978:17
**purpose** [5] - 973:17, 985:10, 989:22, 993:24, 1021:17
**purposes** [1] - 946:6
**put** [22] - 945:20, 946:2, 952:20, 955:25, 957:2, 966:18, 970:12, 973:1, 974:18, 998:15, 999:4, 999:16, 1015:11, 1027:20, 1031:11, 1032:7, 1033:3, 1034:17, 1035:14, 1040:16, 1043:8, 1044:17
**putting** [1] - 970:5
**puzzle** [1] - 1024:7
**PX-1068** [1] - 972:8
**PX-3511** [2] - 979:6, 979:7
**PX1090** [1] - 946:3
**PX3468** [1] - 946:4
**PX4017** [1] - 953:4

## Q

**Qalqilia** [2] - 972:19, 973:19
**Qalqilya** [10] - 1016:1, 1017:5, 1017:16, 1018:11, 1019:8, 1019:15, 1029:11, 1029:18, 1030:4, 1035:1
**Qassam** [15] - 948:1, 948:10, 1004:20, 1012:18, 1014:6, 1017:21, 1020:11, 1023:13, 1031:17, 1031:22, 1032:17, 1035:3, 1035:7, 1036:2, 1036:3
**QASSAM** [1] - 948:1
**Qassam's** [2] - 1012:10, 1020:16
**qassami** [1] - 1035:24
**qualified** [1] - 1013:4
**quality** [1] - 1035:3
**questioning** [1] - 995:7
**questions** [2] - 955:15, 961:17
**quick** [4] - 957:21, 971:4, 979:3, 979:11
**quickly** [2] - 994:11, 1033:12
**quotation** [1] - 1003:16
**quote** [3] - 946:16, 946:20, 948:14
**quote/unquote** [1] - 1006:5
**quotes** [2] - 948:15, 1003:22
**quoting** [1] - 946:16

## R

**Ra'ed** [3] - 1018:8, 1018:11, 1019:14
**Rabab** [2] - 963:2, 963:10
**RACHELLE** [2] - 944:7, 981:16
**Rachelle** [1] - 981:16
**radio** [3] - 997:1, 997:2, 1012:4
**Rahman** [2] - 1019:5, 1019:7
**raid** [1] - 972:11
**raided** [1] - 972:23
**raise** [5] - 975:10, 981:9, 981:23, 998:17, 1044:16
**raised** [1] - 952:17

**Ramallah** [3] - 990:1, 990:10, 1006:22
**rank** [1] - 991:10
**re** [1] - 1039:13
**re-amended** [1] - 1039:13
**reach** [5] - 987:9, 989:20, 1001:15, 1014:15, 1028:19
**reached** [1] - 951:15
**reaching** [5] - 951:7, 1009:8, 1013:8, 1018:23, 1026:21
**read** [12] - 966:15, 975:12, 975:14, 975:16, 975:17, 1003:2, 1014:3, 1014:5, 1025:18, 1031:17, 1034:15, 1036:8
**readily** [1] - 948:3
**reading** [4] - 966:16, 968:9, 975:18, 1014:8, 1036:9
**reads** [1] - 1032:19
**ready** [2] - 968:11, 1019:23
**real** [3] - 946:9, 1003:14, 1013:13
**really** [9] - 948:25, 958:16, 970:4, 978:10, 995:8, 1010:6, 1010:9, 1028:5, 1041:11
**reason** [5] - 945:18, 955:20, 956:4, 956:14, 972:13, 1044:16
**reasonable** [1] - 1040:16
**recalled** [1] - 979:20
**receive** [1] - 985:24
**received** [14] - 945:17, 946:18, 960:11, 976:2, 980:15, 980:17, 980:24, 981:2, 988:15, 994:1, 996:16, 1023:1, 1024:25, 1027:17
**Recess** [1] - 964:11
**Recessed** [1] - 979:20
**recognize** [2] - 946:11, 999:10, 1023:9, 1027:21, 1034:20
**reconsideration** [2] - 945:6, 945:10
**reconvene** [1] - 963:16
**Record** [1] - 1014:5
**record** [13] - 946:11, 951:10, 952:15, 953:24, 968:15, 974:20, 977:18, 978:1, 978:2, 980:11, 1009:1, 1022:3, 1026:20
**recorded** [1] - 944:12
**recording** [1] - 956:16
**records** [19] - 947:21, 949:16, 972:10, 973:1, 974:7, 974:8, 974:12, 1002:3, 1002:8, 1018:7, 1033:18, 1041:13, 1041:22, 1042:3, 1043:14, 1043:22
**recruit** [1] - 988:12
**recruited** [1] - 991:4
**recruiting** [1] - 988:10
**red** [1] - 1032:14
**redact** [1] - 947:23
**redacted** [7] - 947:9, 954:8, 1027:12, 1027:13, 1027:14, 1028:21, 1029:1
**reenter** [2] - 987:9, 987:24
**reentered** [2] - 987:22, 988:5
**refer** [2] - 948:16, 949:9
**reference** [1] - 946:21
**referenced** [1] - 952:18
**references** [1] - 947:9

15

**referencing** [2] - 948:14, 950:11
**referred** [2] - 954:24, 1028:2
**referring** [2] - 948:21, 949:2
**refers** [1] - 974:6
**refugee** [1] - 990:12
**regard** [1] - 1040:21
**regional** [1] - 997:3
**reinsert** [2] - 956:19, 957:5
**reiterate** [1] - 953:23
**reject** [1] - 1021:12
**rejecting** [2] - 945:5, 945:15
**relate** [2] - 1005:22, 1028:9
**related** [5] - 943:4, 974:1, 985:12, 997:15, 1043:9
**relates** [2] - 947:1, 972:19
**relative** [1] - 987:3
**release** [1] - 1030:19
**released** [1] - 994:2
**releases** [3] - 948:16, 948:17, 950:1
**relevant** [2] - 973:3, 996:20
**reliable** [2] - 946:2, 1009:4
**relied** [4] - 949:8, 950:5, 1018:23, 1026:22
**religion** [2] - 987:3, 989:3
**rely** [2] - 1014:13, 1026:20
**relying** [1] - 1009:8
**remainder** [1] - 983:23
**remaining** [1] - 948:25
**remind** [2] - 947:22, 1038:6
**removed** [1] - 978:10
**rendering** [1] - 951:23
**renew** [1] - 958:25
**replay** [1] - 970:15
**report** [25] - 946:9, 947:4, 947:5, 947:11, 949:23, 951:13, 951:21, 951:23, 952:12, 952:18, 1026:14, 1026:17, 1027:1, 1027:3, 1027:24, 1028:2, 1028:3, 1028:4, 1028:6, 1028:9, 1028:11, 1033:15, 1033:17, 1033:20, 1033:22
**reported** [3] - 1015:21, 1036:20, 1037:7
**reporter** [3] - 980:14, 981:15, 982:4
**REPORTER** [1] - 944:9
**reporting** [3] - 951:13, 994:9, 1025:13
**reports** [24] - 947:19, 948:15, 948:21, 949:6, 949:8, 949:9, 949:14, 949:16, 949:17, 949:21, 949:22, 950:1, 950:20, 953:22, 978:24, 1001:25, 1002:3, 1002:4, 1024:19, 1026:24, 1027:2, 1028:4, 1028:8
**representations** [2] - 1015:3, 1015:10
**representative** [1] - 961:20
**request** [4] - 958:25, 972:23, 973:24, 1038:24
**requested** [1] - 1014:5
**requirement** [1] - 946:1
**research** [4] - 961:16, 977:14, 1024:22, 1038:8
**researcher** [1] - 983:12
**researching** [2] - 996:7, 1012:15
**reserve** [1] - 977:4

**resident** [3] - 1016:1, 1030:4, 1037:13
**residents** [1] - 1029:13
**residing** [1] - 992:3
**respect** [17] - 949:6, 951:13, 952:15, 952:21, 953:4, 954:7, 955:4, 972:3, 972:18, 973:1, 979:4, 989:21, 1014:20, 1018:20, 1034:17, 1039:22
**respective** [1] - 1017:12
**respond** [1] - 1044:6
**responded** [2] - 955:12, 957:2
**response** [1] - 954:5
**responses** [1] - 1044:9
**responsibilities** [1] - 1024:20
**responsibility** [26] - 951:11, 956:10, 992:6, 1001:18, 1011:1, 1011:3, 1011:14, 1011:22, 1020:5, 1020:6, 1023:21, 1023:25, 1024:13, 1024:14, 1024:16, 1024:17, 1025:19, 1025:23, 1026:1, 1031:9, 1031:20, 1032:8, 1033:6, 1033:7, 1033:10, 1033:12
**responsible** [12] - 952:5, 952:8, 954:23, 954:25, 983:25, 986:7, 989:15, 990:5, 1000:17, 1027:4, 1036:15, 1036:17
**responsive** [1] - 995:9
**restart** [1] - 965:6
**restaurants** [1] - 1030:12
**resting** [1] - 1039:2
**resulted** [3] - 1015:20, 1029:23, 1036:20
**results** [2] - 955:6, 1034:3
**returned** [3] - 984:19, 987:25, 994:2
**reveal** [1] - 1017:13
**review** [3] - 958:6, 1002:22, 1031:8
**reviewed** [1] - 1028:8
**RICE** [1] - 943:24
**righteous** [1] - 1033:1
**Risala** [1] - 1004:20
**risk** [1] - 960:9
**road** [1] - 1041:14
**rob** [1] - 1021:14
**ROCCO** [1] - 943:22
**role** [7] - 954:21, 985:16, 985:19, 988:10, 989:14, 1003:11, 1019:5
**Ronni** [1] - 983:7
**RONNI** [3] - 982:5, 982:6, 1046:6
**Ronnie** [2] - 981:6, 982:5
**room** [1] - 993:18
**roommate** [1] - 1030:5
**ROTH** [1] - 943:20
**Roth** [1] - 943:7
**routine** [1] - 1020:13
**routinely** [1] - 1014:13
**RPR** [1] - 944:9
**Rule** [2] - 1009:9, 1040:5
**rule** [2] - 959:21, 1039:25
**ruled** [3] - 972:3, 979:12, 1027:9, 1033:13
**ruling** [3] - 1021:24, 1040:14, 1044:14
**rulings** [1] - 945:4
**rural** [1] - 990:11

## S

**S-h-a-k-e-d** [2] - 981:6, 982:5
**Sa'id** [3] - 1030:4, 1031:18, 1032:20
**Sadeq's** [1] - 977:3
**sadly** [2] - 984:7, 1003:8
**Saffieddine** [4] - 957:23, 959:3, 963:2, 963:10
**sake** [1] - 1005:7
**sanctify** [1] - 1005:25
**sanction** [1] - 1041:8
**sanctions** [3] - 1040:19, 1041:12, 1043:2
**sat** [1] - 993:23
**satellite** [1] - 1005:3
**save** [1] - 975:23
**saw** [5] - 953:11, 953:17, 954:13, 968:5, 1029:10
**Sayeed** [2] - 979:12, 979:14
**SAYLES** [1] - 943:20
**Sayyed** [5] - 946:8, 952:22, 952:24, 954:17, 954:20
**SAYYED** [1] - 946:8
**Sayyed's** [2] - 946:14, 946:25
**Sbarro** [3] - 1036:19, 1037:2, 1037:23
**scene** [4] - 947:15, 953:10, 953:17
**school** [2] - 984:15, 984:24
**schooled** [1] - 984:15
**schools** [3] - 1004:8, 1017:12, 1030:16
**sciences** [1] - 1017:16
**scope** [1] - 990:2
**Scotland** [2] - 951:21, 972:25
**screen** [8] - 998:15, 998:16, 998:18, 999:4, 999:7, 999:9, 1000:4, 1034:18
**searched** [1] - 952:17
**searches** [1] - 1038:10
**seat** [1] - 1038:18
**seated** [7] - 960:22, 965:5, 977:16, 980:4, 982:10, 1008:11, 1010:3
**second** [7] - 945:16, 978:3, 985:4, 986:17, 986:19, 989:25, 1011:7
**secondly** [1] - 983:1
**seconds** [2] - 970:11, 995:3
**secrecy** [9] - 945:19, 955:7, 955:24, 956:7, 956:12, 957:4, 957:9, 957:12, 996:21
**secret** [1] - 996:10
**secretive** [2] - 994:7, 996:8
**section** [1] - 1026:17
**sections** [1] - 1004:18
**sector** [1] - 991:17
**Security** [5] - 987:11, 987:13, 987:14, 988:6, 1001:24
**security** [3] - 987:17, 991:5, 1033:15
**see** [35] - 945:18, 950:10, 951:3, 955:19, 958:24, 959:9, 963:20, 964:1, 970:3, 970:6, 970:7, 974:20, 975:19, 976:7, 977:14, 978:5, 978:18, 979:19, 990:8, 1006:5, 1008:9, 1016:2, 1019:24, 1020:20, 1029:7, 1032:13, 1034:11, 1034:12, 1034:14, 1034:21, 1038:12,

1040:6, 1042:7, 1045:1
**seem** [3] - 951:17, 969:2, 978:8
**segment** [1] - 1000:1
**segmentation** [1] - 991:12
**seized** [1] - 972:10
**select** [1] - 1015:2
**self** [3] - 946:13, 974:12, 974:14
**self-authenticated** [1] - 974:14
**self-evidently** [1] - 974:12
**self-interest** [1] - 946:13
**sense** [3] - 955:14, 960:13, 973:12
**sent** [1] - 1039:8
**sentencing** [1] - 946:16
**separate** [1] - 974:23
**September** [2] - 1026:15
**sequentially** [1] - 973:24
**series** [2] - 1026:7, 1034:25
**serious** [1] - 946:3
**serve** [1] - 1017:16
**served** [9] - 974:24, 979:13, 985:3, 985:5, 985:9, 985:11, 986:9, 986:15, 1030:16
**serves** [1] - 1041:11
**service** [8] - 984:9, 984:25, 985:3, 985:5, 986:9, 986:21, 987:9, 987:22
**serving** [2] - 986:6, 991:5
**set** [2] - 975:13, 989:17
**setting** [2] - 973:5, 1030:9
**seven** [3] - 984:9, 1039:23, 1041:20
**Shaheed** [1] - 1035:24
**shaheed** [1] - 1035:25
**Shahid** [4] - 947:14, 947:20, 953:17, 953:25
**shahids** [1] - 1006:6
**Shaked** [12] - 949:8, 953:10, 978:4, 978:10, 979:4, 981:6, 982:5, 983:7, 983:8, 998:25, 999:8, 1010:14
**SHAKED** [2] - 982:6, 1046:6
**shaked** [9] - 1020:2, 1021:8, 1023:10, 1025:18, 1027:21, 1029:6, 1031:3, 1032:10, 1035:21
**Shaked's** [1] - 952:18
**shall** [2] - 981:25
**SHAND** [7] - 944:3, 965:9, 966:2, 966:4, 966:11, 966:25, 977:25
**share** [1] - 998:5
**Sheikh** [5] - 993:12, 993:18, 993:21, 993:22, 994:1
**shooting** [2] - 1001:4
**shortly** [3] - 1008:9, 1033:9, 1034:16
**shot** [1] - 1015:8
**show** [8] - 953:12, 954:13, 977:23, 998:21, 1019:22, 1026:10, 1042:21, 1043:4
**showing** [4] - 946:9, 953:6, 953:16, 966:13
**shown** [5] - 966:12, 998:19, 1019:4, 1023:15, 1032:12
**Shukry** [1] - 963:11
**sic** [1] - 989:14
**sidebar** [22] - 945:25, 965:10, 965:12,

967:4, 968:21, 969:11, 971:4, 971:5, 976:9, 977:17, 980:19, 994:13, 995:12, 1008:13, 1008:14, 1009:12, 1012:21, 1012:23, 1013:23, 1020:20, 1020:22, 1022:8
**Sidebar** [4] - 966:1, 969:1, 972:1, 1021:1
**significance** [1] - 1017:7
**significant** [1] - 1039:24
**silent** [1] - 972:6
**similar** [1] - 979:8
**simply** [3] - 949:10, 949:22, 1011:3
**singers** [1] - 1005:15
**singing** [2] - 1003:19, 1005:17
**site** [7] - 1012:10, 1012:12, 1012:18, 1013:5, 1013:7, 1013:17, 1020:9
**sites** [7] - 1012:12, 1014:6, 1014:7, 1014:10, 1014:11, 1014:14, 1014:16
**six** [1] - 1021:9
**skipped** [1] - 969:2
**sleep** [1] - 1038:12
**slide** [9] - 978:22, 1015:4, 1015:16, 1016:2, 1019:4, 1030:25, 1031:2, 1031:4, 1032:5
**slides** [11] - 959:13, 960:5, 978:3, 978:6, 978:14, 978:16, 979:1, 1014:19, 1014:22, 1015:3, 1015:7
**slight** [1] - 968:3
**slightly** [2] - 948:9, 1001:9
**slogans** [1] - 1003:19
**slow** [1] - 1017:4
**sluggish** [1] - 1010:8
**so-called** [1] - 1036:4
**so..** [2] - 1043:14, 1044:15
**social** [2] - 989:2, 991:9
**societies** [1] - 987:1
**Society** [1] - 1005:23
**society** [13] - 988:11, 988:14, 988:21, 988:24, 989:1, 989:2, 989:4, 989:5, 989:8, 989:9, 991:14, 996:9
**soldier** [1] - 985:4
**sole** [1] - 1035:12
**solely** [2] - 946:6, 1016:4
**solemnly** [2] - 981:10, 981:24
**someone** [3] - 961:12, 993:12, 1023:24
**sometimes** [5] - 951:16, 1010:7, 1023:20, 1028:2
**somewhat** [1] - 994:25
**son** [2] - 1004:2, 1030:15
**songs** [1] - 1003:19
**soon** [1] - 1044:20
**sooner** [3] - 959:25, 1044:8, 1044:9
**sorry** [6] - 956:22, 956:23, 972:8, 981:20, 1029:2, 1035:14, 1039:22, 1042:10
**sort** [3] - 987:12, 987:22, 999:24
**sought** [1] - 1026:7
**source** [5] - 1002:15, 1019:10, 1020:8, 1020:9, 1034:24
**sources** [11] - 1001:14, 1006:7, 1008:2, 1010:15, 1010:22, 1018:1, 1018:7,

1019:10, 1019:12, 1024:8
**South** [1] - 1006:22
**speaking** [1] - 1028:25
**speaks** [1] - 982:22
**special** [2] - 1004:23, 1024:19
**specialized** [1] - 991:25
**specific** [1] - 985:16
**specifically** [5] - 945:23, 957:4, 990:18, 999:1, 1033:25
**specifics** [1] - 955:17
**speech** [1] - 1029:17
**spell** [2] - 981:14, 982:3
**spent** [1] - 1021:9
**spot** [1] - 955:10
**square** [1] - 1004:9
**stage** [3] - 1003:14, 1037:21, 1043:25
**stand** [1] - 1038:21
**standard** [4] - 1040:15, 1041:9, 1043:4, 1043:17
**standards** [3] - 1041:3, 1042:20, 1042:25
**standing** [1] - 1040:13
**standpoint** [2] - 950:8, 1025:3
**start** [3] - 963:24, 963:25, 970:17
**starting** [1] - 1004:19
**state** [3] - 952:15, 981:14, 987:17, 992:4, 992:16
**statement** [6] - 954:20, 994:6, 1026:1, 1026:3, 1026:5, 1031:20
**statements** [2] - 957:24, 1021:8
**STATES** [2] - 943:1, 943:14
**States** [4] - 943:8, 951:4, 987:21, 998:2
**station** [8] - 996:24, 997:2, 1015:20, 1017:4, 1017:7, 1017:8, 1020:7
**Station** [1] - 1017:5
**stations** [5] - 997:1, 997:2, 997:3, 1005:3, 1005:5
**status** [1] - 991:8
**stay** [7] - 950:2, 963:8, 977:13, 978:2, 987:24, 1010:9, 1038:7
**stenography** [1] - 944:12
**step** [2] - 1038:19, 1038:23
**STEPHENS** [15] - 944:3, 950:19, 950:22, 950:25, 951:12, 951:25, 952:7, 999:17, 1021:21, 1039:8, 1039:19, 1040:13, 1042:10, 1042:16, 1042:24
**Stephens** [1] - 1040:12
**still** [3] - 973:19, 985:10, 986:16
**STONE** [1] - 943:22
**stop** [5] - 959:6, 959:10, 961:9, 963:13, 968:18
**story** [1] - 1004:19
**strain** [1] - 1044:17
**strategy** [1] - 1041:1
**street** [1] - 953:13
**streets** [1] - 1004:7
**strictly** [1] - 1042:6
**strike** [2] - 968:14, 992:9
**striking** [1] - 977:18
**Strip** [2] - 994:3, 1000:8

**structure** [2] - 991:13, 996:11
**student** [1] - 1017:15
**students** [3] - 1017:9, 1029:14, 1030:17
**studied** [5] - 986:24, 988:8, 992:24, 1006:22, 1017:16
**Studies** [3] - 986:24, 986:25, 987:1
**studies** [3] - 987:10, 1018:2, 1018:3
**study** [7] - 961:16, 986:23, 987:1, 989:7, 991:3, 992:18
**studying** [1] - 1012:15
**subject** [11] - 972:7, 972:20, 972:23, 973:23, 983:21, 996:14, 999:14, 1012:14, 1013:19, 1043:11, 1043:16
**subjects** [2] - 983:21, 1044:20
**submission** [1] - 979:15
**submitted** [1] - 1039:24
**subsequently** [2] - 974:23, 975:13
**suburb** [2] - 983:9, 984:10
**subversive** [1] - 987:16
**succumb** [1] - 964:10
**suggest** [1] - 1043:5
**suggests** [1] - 959:17
**suicide** [38] - 947:4, 948:3, 952:2, 1001:1, 1002:19, 1003:8, 1003:12, 1003:16, 1003:20, 1004:4, 1004:8, 1004:17, 1004:24, 1005:2, 1005:9, 1005:13, 1005:18, 1005:22, 1005:25, 1007:19, 1015:23, 1015:25, 1016:1, 1023:18, 1023:19, 1026:2, 1026:4, 1026:6, 1026:15, 1029:20, 1029:22, 1029:25, 1030:6, 1032:23, 1037:9, 1037:10, 1037:11, 1037:12
**Summa** [1] - 984:20
**summarize** [1] - 1025:22
**summarizing** [1] - 978:22
**summing** [1] - 1026:14
**sums** [1] - 1027:1
**sung** [1] - 1005:14
**superimposed** [1] - 959:15
**support** [2] - 950:3, 964:7
**suppose** [1] - 974:4
**supposed** [3] - 960:6, 970:5, 1039:9
**surrounded** [1] - 986:14
**suspect** [1] - 958:7
**sustained** [5] - 990:23, 1025:8, 1025:16, 1027:8, 1027:10
**sustaining** [1] - 979:6
**swear** [1] - 981:24
**swim** [1] - 989:8
**switch** [1] - 982:13
**sworn** [1] - 982:8
**symbol** [1] - 959:16
**symbolic** [2] - 1003:15, 1029:12
**symbols** [1] - 989:3
**Syria** [1] - 946:18

---

# T

**Tahan's** [2] - 955:9, 956:23
**talks** [1] - 1018:22
**tape** [5] - 957:12, 959:6, 961:9, 963:13, 968:18
**tapes** [1] - 959:3, 1044:17
**target** [1] - 1032:21
**technical** [1] - 955:5
**technically** [2] - 974:14, 1011:12
**technique** [1] - 1040:18
**Tel** [1] - 1029:22, 1034:22, 1036:11
**telephone** [1] - 994:5, 996:16, 1029:17
**television** [4] - 1004:23, 1004:25, 1005:1, 1005:5
**ten** [1] - 1037:24, 1037:25, 1044:10
**tens** [1] - 946:18
**tension** [1] - 1030:19
**tent** [1] - 1003:22
**tenth** [1] - 1032:19
**tents** [1] - 1006:4
**terminated** [1] - 1040:1
**terms** [1] - 1025:23
**terrible** [1] - 1003:9
**territories** [3] - 986:13, 1004:13
**territory** [2] - 988:14, 1032:24
**terror** [37] - 983:25, 985:21, 987:15, 987:19, 990:18, 990:19, 990:25, 992:2, 993:4, 997:11, 997:15, 998:6, 998:8, 998:10, 999:20, 1000:17, 1000:20, 1000:24, 1000:25, 1001:3, 1001:4, 1003:25, 1004:1, 1006:13, 1007:21, 1018:2, 1018:15, 1018:18, 1019:21, 1020:6, 1026:7, 1033:7, 1033:23, 1034:8, 1036:10, 1036:17
**terrorism** [12] - 985:14, 985:15, 989:18, 992:14, 992:18, 992:22, 992:24, 993:1, 993:2, 993:3
**terrorist** [17] - 945:7, 953:2, 953:6, 988:12, 1006:19, 1006:21, 1018:8, 1019:4, 1019:6, 1028:1, 1028:15, 1029:18, 1031:6, 1034:7, 1041:5, 1042:14
**terrorists** [9] - 952:6, 1006:9, 1006:11, 1006:12, 1007:20, 1014:23, 1014:24, 1014:25, 1019:13
**testified** [5] - 952:5, 982:8, 1009:6, 1013:2, 1021:3
**testify** [2] - 1013:4, 1043:20
**testifying** [5] - 958:3, 958:5, 958:11, 961:19, 961:20
**testimonies** [5] - 1017:20, 1018:6, 1018:16, 1019:13, 1026:23
**testimony** [22] - 950:22, 955:9, 956:24, 957:24, 960:7, 968:5, 972:4, 972:7, 973:12, 974:1, 975:1, 976:4, 977:3, 981:24, 1010:6, 1018:14, 1021:7, 1041:17, 1042:12, 1042:25, 1043:17, 1043:19
**testimony's** [1] - 950:3
**THE** [209] - 943:13, 944:3, 944:9, 945:2, 947:16, 948:12, 949:4, 949:7, 949:13, 949:18, 949:24, 950:7, 950:11, 950:17, 950:21, 950:24, 951:6, 951:21, 952:11, 953:14, 954:3, 954:12, 954:17, 955:2, 955:15,

---

955:19, 956:6, 957:14, 957:20, 958:4, 958:9, 958:18, 958:22, 959:9, 959:21, 959:24, 960:8, 960:17, 960:20, 960:22, 960:24, 960:25, 961:7, 961:9, 963:1, 963:3, 963:13, 963:15, 963:22, 964:4, 964:9, 965:2, 965:5, 965:15, 966:6, 966:9, 966:21, 968:2, 968:14, 968:18, 968:20, 969:4, 969:7, 969:10, 970:2, 970:11, 970:15, 970:22, 971:1, 973:7, 973:11, 973:21, 973:25, 974:3, 974:5, 974:9, 974:13, 974:20, 974:25, 975:4, 975:6, 975:19, 975:21, 975:24, 976:5, 976:7, 977:1, 977:5, 977:7, 977:10, 977:16, 978:2, 978:13, 979:9, 979:18, 980:2, 980:4, 980:8, 980:15, 980:24, 981:5, 981:8, 981:9, 981:13, 981:14, 981:16, 981:18, 981:19, 981:20, 981:21, 981:23, 982:2, 982:3, 982:5, 982:10, 982:11, 982:13, 982:14, 982:21, 982:24, 983:3, 990:23, 992:21, 993:8, 993:9, 994:12, 995:6, 996:1, 996:3, 996:5, 998:17, 998:21, 999:5, 999:18, 1001:21, 1003:1, 1007:11, 1007:13, 1007:16, 1008:3, 1008:6, 1008:11, 1009:1, 1009:11, 1010:1, 1010:3, 1011:6, 1011:10, 1011:15, 1011:18, 1011:21, 1012:20, 1012:22, 1013:6, 1013:14, 1013:16, 1014:2, 1015:17, 1018:21, 1019:24, 1020:1, 1020:20, 1021:2, 1021:5, 1021:12, 1021:23, 1022:5, 1023:1, 1025:8, 1025:16, 1027:10, 1027:13, 1027:15, 1027:17, 1028:18, 1028:23, 1028:25, 1029:3, 1031:25, 1032:2, 1035:10, 1035:12, 1035:16, 1036:23, 1037:1, 1037:23, 1038:1, 1038:5, 1038:15, 1038:18, 1038:20, 1038:22, 1039:2, 1039:6, 1039:10, 1039:16, 1039:20, 1040:6, 1040:10, 1040:14, 1042:5, 1042:12, 1042:17, 1043:1, 1043:15, 1043:24, 1044:5, 1044:8, 1044:24
**their's** [1] - 1044:9
**themselves** [1] - 948:20
**theory** [1] - 974:5
**therefore** [2] - 973:3, 1001:7
**they've** [1] - 959:15
**third** [5] - 984:23, 987:10, 1023:7, 1026:6, 1031:17
**thirty** [1] - 992:12
**thoroughly** [2] - 989:7, 1012:3
**thousands** [1] - 946:19
**three** [10] - 951:14, 954:23, 961:6, 975:14, 975:17, 984:7, 1001:9, 1031:3, 1031:4, 1039:12
**throughout** [3] - 983:24, 1004:5, 1010:10
**Thursday** [5] - 975:12, 980:20, 1039:1, 1039:5, 1044:23
**thwarting** [1] - 989:18
**tie** [1] - 1042:5
**ties** [2] - 989:22, 991:11

timely [1] - 977:11
Tina [1] - 1005:17
today [8] - 945:23, 948:13, 983:18, 983:23, 987:7, 1006:14, 1044:11, 1044:21
together [4] - 988:19, 1001:6, 1010:23, 1033:3
tomorrow [4] - 983:24, 1006:15, 1038:13, 1044:11
tone [1] - 1013:13
took [4] - 984:18, 986:1, 1024:14, 1030:10
tools [2] - 1011:24, 1012:6
top [5] - 959:16, 1031:3, 1031:18, 1032:6, 1035:19
topic [3] - 992:15, 992:16, 996:21
topics [1] - 961:14
tops [1] - 963:5
total [2] - 988:2, 992:10
totally [1] - 990:16
touch [2] - 991:3, 993:3
towards [1] - 987:10, 1017:9
town [1] - 1017:6
trained [1] - 985:7
training [1] - 985:24
transactions [1] - 1042:1
TRANSCRIPT [1] - 943:13
transcript [3] - 944:12, 944:12, 955:10
translate [1] - 996:3
translated [2] - 1032:6, 1032:19
translation [2] - 966:18, 995:1
translator [1] - 1011:19
translators [1] - 981:7
transportation [1] - 1017:8
trap [1] - 1007:23
TRIAL [1] - 943:13
trial [6] - 972:11, 974:18, 983:21, 993:16, 994:7, 1010:10
tried [2] - 993:16, 1007:1
trouble [1] - 968:8
true [4] - 958:9, 1024:7, 1024:24, 1024:25
truly [2] - 946:12, 981:11
trust [1] - 988:12
truth [3] - 981:25, 982:1
try [4] - 954:1, 959:24, 969:10, 982:22
trying [4] - 949:25, 975:7, 1022:2, 1041:7
Tuesday [1] - 1039:5
turn [2] - 1025:2, 1035:8
turned [1] - 1003:11
Turner [3] - 1005:17, 1035:12, 1037:23
TURNER [50] - 943:18, 943:18, 961:3, 975:10, 975:20, 982:17, 982:22, 983:1, 983:5, 998:14, 998:22, 998:23, 999:4, 999:6, 999:16, 999:19, 1001:23, 1003:3, 1008:5, 1009:10, 1010:12, 1010:13, 1011:9, 1011:12, 1011:17, 1011:19, 1012:8, 1014:1, 1014:3, 1014:12, 1015:14, 1015:18, 1017:2, 1019:3, 1019:22, 1019:25,

1020:18, 1023:3, 1023:6, 1027:6, 1027:12, 1027:14, 1028:20, 1031:24, 1035:11, 1035:14, 1035:18, 1037:25, 1038:4, 1046:7
turner [2] - 1009:5, 1010:4
TV [2] - 980:6, 996:24
two [25] - 946:6, 949:2, 952:16, 954:23, 955:4, 957:21, 958:8, 958:10, 972:6, 977:18, 977:22, 978:25, 981:19, 982:12, 984:8, 993:2, 993:3, 1001:5, 1005:1, 1006:23, 1011:15, 1015:21, 1024:14, 1035:17, 1038:17
type [4] - 1010:17, 1010:18, 1028:6, 1029:8
types [2] - 1000:24, 1027:2
typical [1] - 1027:2
typo [1] - 979:5


U

U.S [2] - 946:24
ultimate [1] - 973:15
ultimately [3] - 958:10, 1024:5, 1025:1
unauthorized [2] - 1042:22, 1043:7
under [6] - 970:12, 990:16, 992:6, 1009:9, 1015:11
underlying [1] - 1043:23
understood [1] - 1009:2
undertaken [1] - 1002:19
unduly [1] - 954:14
unfair [1] - 953:16
unfairly [1] - 953:20
Unit [4] - 985:5, 985:6, 985:7, 985:9
unit [1] - 985:11
UNITED [2] - 943:1, 943:14
United [4] - 943:8, 951:4, 987:21, 998:2
universities [3] - 1004:12, 1004:14, 1004:15
University [3] - 983:11, 984:18, 987:6
university [5] - 984:19, 986:10, 986:23, 1017:15, 1018:4
unlike [2] - 968:4, 990:15
unofficial [6] - 1011:3, 1011:14, 1012:2, 1012:6, 1012:7, 1024:24
unrestricted [1] - 1041:9
unspoken [1] - 1041:3
up [32] - 945:8, 945:9, 945:14, 959:22, 966:18, 969:9, 969:10, 976:2, 977:22, 981:7, 982:23, 984:4, 984:24, 986:5, 991:7, 999:16, 1000:1, 1001:12, 1006:21, 1019:25, 1022:4, 1023:7, 1026:14, 1027:1, 1027:20, 1032:6, 1035:19, 1036:24, 1038:3, 1041:19, 1042:22, 1044:10
upheld [1] - 955:1
upload's [1] - 948:11
upper [2] - 1017:23, 1023:7
urge [1] - 995:10
US [1] - 944:3
USA [1] - 998:3


V

value [2] - 953:9, 953:19
Varda [1] - 981:21
VARDA [2] - 944:7, 981:21
various [21] - 947:19, 987:3, 989:2, 989:16, 992:7, 992:23, 997:5, 997:15, 1003:13, 1004:11, 1008:2, 1009:6, 1010:15, 1012:5, 1019:12, 1019:17, 1019:19, 1019:20, 1024:8, 1024:16, 1035:1
veracity [1] - 1012:3
version [10] - 948:8, 952:10, 954:8, 966:12, 966:13, 966:17, 966:23, 966:24, 1032:6, 1032:19
versions [1] - 1039:12
vests [1] - 1007:18
veteran [1] - 1017:19
Video [2] - 970:21, 977:6
video [25] - 947:15, 947:25, 948:3, 948:10, 953:5, 953:6, 953:16, 953:21, 953:22, 954:7, 954:9, 955:5, 961:3, 961:6, 961:8, 963:1, 963:4, 965:7, 968:3, 968:16, 970:20, 970:23, 980:9, 1002:18, 1002:22
videotape [4] - 945:14, 957:22, 961:22, 1007:4
Videotape [5] - 963:2, 963:10, 963:11, 963:12, 963:14
view [6] - 946:10, 954:14, 1002:20, 1003:8, 1003:10, 1041:10
viewed [1] - 945:14
viewing [1] - 953:20
views [1] - 1011:15
village [1] - 1003:18, 1037:13
villages [1] - 1004:5
visit [1] - 1003:23
visited [6] - 994:3, 994:4, 1006:4, 1030:15


W

wait [3] - 963:7, 966:10, 970:9
walk [2] - 963:19, 1041:7
wants [4] - 959:7, 961:13, 1040:15, 1041:14
War [1] - 988:1
watch [1] - 1002:18
watched [1] - 975:15
water [1] - 989:9
waving [1] - 1003:18
ways [1] - 1003:13
Web [13] - 1012:10, 1012:12, 1012:18, 1013:4, 1013:7, 1013:17, 1014:6, 1014:7, 1014:10, 1014:11, 1014:14, 1014:16
website [11] - 959:18, 1020:9, 1020:12, 1020:16, 1021:2, 1022:1, 1031:22, 1034:12, 1035:2, 1035:5, 1035:7
websites [1] - 996:22
wedding [1] - 1003:23
weddings [2] - 1006:2, 1006:5

**Wednesday** [3] - 1039:3, 1040:3, 1044:22

**week** [3] - 960:13, 960:15, 984:8

**weekend** [5] - 945:4, 960:25, 976:5, 979:5, 1030:24

**weekends** [1] - 1030:18

**weeks** [1] - 1024:14

**weigh** [1] - 1010:23

**weight** [4] - 950:12, 956:9, 1011:8, 1011:10

**Weiss** [1] - 943:7

**welcome** [1] - 994:2

**well-known** [2] - 1005:6, 1005:15

**Werbner** [2] - 956:20, 957:16

**WERBNER** [7] - 943:20, 943:20, 964:2, 964:7, 980:10, 980:18, 981:6

**West** [6] - 992:18, 997:6, 999:1, 999:25, 1004:14, 1035:1

**western** [1] - 987:8

**whole** [2] - 981:25, 1024:6

**wife** [1] - 984:9

**Williamson** [1] - 946:24

**wills** [8] - 947:25, 948:3, 953:22, 1002:16, 1002:18, 1002:20, 1002:22

**win** [1] - 988:12

**wing** [6] - 1017:22, 1020:10, 1023:14, 1032:17, 1036:4

**wished** [1] - 1034:15

**withdraw** [2] - 977:21, 977:22

**withdrawing** [1] - 977:24

**withdrew** [2] - 966:2, 966:3

**witness** [47] - 952:20, 955:22, 956:2, 956:3, 956:6, 957:2, 957:11, 957:12, 957:17, 957:23, 958:2, 958:5, 958:11, 958:15, 958:17, 961:2, 961:14, 961:18, 963:24, 963:25, 965:6, 966:11, 966:19, 968:8, 974:6, 974:23, 978:15, 978:20, 978:24, 981:5, 981:18, 981:23, 982:7, 982:19, 995:4, 999:5, 1008:12, 1013:1, 1018:20, 1018:22, 1019:22, 1026:10, 1031:11, 1038:19, 1038:21, 1042:13

**WITNESS** [6] - 982:2, 982:5, 993:9, 996:5, 1038:20, 1046:3

**witness'** [3] - 956:10, 978:21, 1034:18

**witnessed** [1] - 947:15

**witnesses** [5] - 958:12, 961:6, 1039:1, 1043:22

**women** [1] - 1030:12

**wondering** [1] - 957:25

**word** [1] - 1005:6

**words** [5] - 957:5, 975:16, 982:24, 998:5, 1007:24

**works** [1] - 987:16

**world** [6] - 987:4, 992:8, 992:23, 992:24, 992:25, 1005:15

**write** [3] - 993:2, 1005:11, 1044:7

**writes** [1] - 1005:12

**writing** [5] - 984:21, 993:22, 993:24, 1035:20, 1036:7

**written** [3] - 993:25, 1002:22, 1014:9

**wrote** [1] - 993:15

## Y

**Y-a-a-r-i** [1] - 981:22

**Y-e-d-o-t-h-a-h-r-o-n-o-t-h** [1] - 991:23

**Yaari** [1] - 981:21

**YAARI** [1] - 944:7

**Yahya** [1] - 1004:10

**Yamin** [22] - 1015:16, 1015:20, 1017:3, 1017:4, 1019:9, 1019:21, 1020:7, 1023:19, 1024:11, 1024:12, 1024:14, 1025:20, 1026:18, 1027:4, 1028:10, 1028:12, 1028:16, 1031:5, 1031:7, 1033:21, 1033:23

**Yard** [2] - 951:21, 972:25

**Yassin** [5] - 993:13, 993:18, 993:21, 993:22, 994:1

**year** [2] - 985:9, 987:10

**years** [19] - 951:14, 984:7, 984:19, 987:18, 988:2, 992:9, 992:10, 992:12, 993:17, 993:21, 994:8, 995:2, 998:9, 998:11, 1006:23, 1012:13, 1028:7, 1032:21, 1037:14

**Yedothahronoth** [1] - 991:23

**yesterday** [1] - 1039:13

**YORK** [1] - 943:1

**York** [5] - 943:9, 944:10, 1042:2, 1042:3, 1042:7

**young** [5] - 1030:5, 1030:12, 1030:14, 1030:16, 1030:23

**yourself** [1] - 1038:6

**yourselves** [3] - 963:18, 977:12, 1008:9

**YouTube** [2] - 948:5, 948:7

**Yun** [1] - 1004:20

## Z

**zakat** [1] - 972:16

**Zakat** [3] - 972:19, 973:20, 975:3