1049

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

COURTNEY LINDE, ET AL.,            )
                                   )    04CV02799 (BMC)
              Plaintiffs,          )    And all related cases:
                                   )    04CV05449 (Litle)
                                   )    04CV05564 (Almog)
                                   )    04CV00365 (Coulter)
                                   )    05CV00388 (Afrait-Kurtzer)
                                   )    05CV03183 (Bennett)
    -against-                      )    05CV03768 (Roth)
                                   )    06CV01623 (Weiss)
                                   )
                                   )    United States Courthouse
                                   )    Brooklyn, New York
                                   )
ARAB BANK, PLC,                    )    TUESDAY, AUGUST 26, 2014
                                   )
              Defendant.           )
_____)

TRANSCRIPT OF CIVIL CAUSE FOR JURY TRIAL
BEFORE THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

<u>APPEARANCES</u>:

FOR PLAINTIFFS LINDE       OSEN, LLC
AND COULTER:               BY:  GARY M. OSEN, ESQ.

                           TURNER & ASSOCIATES, PLLC
                           BY:  CLYDE T. TURNER, ESQ.

FOR PLAINTIFFS LITLE,      SAYLES WERBNER
BENNETT AND ROTH:          BY:  MARK S. WERBNER, ESQ.

FOR PLAINTIFFS ALMOG:      STONE BONNER & ROCCO, LLP
                           BY:  JAMES P. BONNER, ESQ.

                           MOTLEY RICE, LLC
                           BY:  MICHAEL E. ELSNER, ESQ.
                           BY:  JODI FLOWERS, ESQ.

NICOLE CANALES, CSR, RPR

1050

1

2   (APPEARANCES CONT.)

3   FOR THE DEFENDANT:        DLA PIPER US, LLP
                             BY:  SHAND STEPHENS, ESQ.
4                            BY:  ANTHONY PAUL COLES, ESQ.
                             BY:  BRETT INGERMAN, ESQ.
5                            BY:  MARGARET CIVETTA, ESQ.

6

7   INTERPRETED BY:          NERI SEVENIER, MICHAL MARIN
                             RACHELLE AVITAL AND VARDA YAARI
8

9   THE COURT REPORTER:      NICOLE CANALES, CSR, RPR
                             225 Cadman Plaza East
10                           Brooklyn, New York 11201
                             cnlsnic@aol.com
11

12  Proceedings recorded by mechanical stenography, transcript
    produced by computer-assisted transcript.
13

14

15

16

17

18

19

20

21

22

23

24

25

Proceedings                                    1051

1       (Outside the presence of the jury.)

2          THE COURT:  Let's have the jury, please.

3              (In the presence of the jury.)

4          THE COURT:  All right.  Be seated.  Good morning,

5   ladies and gentlemen.

6          THE JURORS COLLECTIVELY:  Good morning.

7          THE COURT:  I want to express my appreciation to

8   both the lawyers and the jury for being so prompt in this

9   case.  I will tell you, many, if not most, cases, when I say

10  we're going to start at a certain time, either the lawyers, or

11  the jury or both think, well, the judge really means 10 or

12  15 minutes later, and I really don't.  And I have to patiently

13  explain that to everyone, and I haven't had that in this case,

14  so thank you all for moving things along as quickly as

15  possible.  Let's resume examination.  We'll have the witness

16  back.

17         MR. TURNER:  May the translators come up?

18         THE COURT:  Sure.  These translators look different.

19  I say that because I think they need to be sworn.

20         Have a seat, Mr. Shaked.

21         THE CLERK:  Raise your right hand.  Do you solemnly

22  swear or affirm that you will well and truly interpret the

23  proceedings before this Court in this case.

24         THE INTERPRETER 1:  I do.

25         THE INTERPRETER 2:  I do.

Proceedings                                1052

1          THE CLERK:  Please state and spell your name for the

2    reporter.

3          THE INTERPRETER 1:  Neri Sevenier, N-e-r-i,

4    S-e-v-e-n-i-e-r.

5          THE INTERPRETER 2:  Michal, Marin, M-i-c-h-a-l,

6    M-a-r-i-n.

7          THE CLERK:  Thank you.  Be seated.

8          THE COURT:  All right.  Mr. Turner, you may inquire.

9          MR. TURNER:  Thank you, your Honor.

10                    RONNI SHAKED,

11   having been previously duly sworn, was examined, and testified

12   further as follows:

13   DIRECT EXAMINATION (CONTINUED)

14   BY MR. TURNER:

15   Q    Where we left off yesterday, we were beginning to talk

16   about the Sbarro Pizzeria bombing, in August of 2001.

17         MR. TURNER:  Is it permissible to put the slide up,

18   your Honor?

19         THE COURT:  Sure.  Do you want the lights dim?

20         MR. TURNER:  No, sir.  We're fine.

21   Q    Mr. Shaked, did you have an opportunity to conclude who

22   was the suicide bomber at the Sbarro Pizzeria in Jerusalem, in

23   August of 2001?

24   A    Yes.

25   Q    What was the suicide bomber's name?

1  A    Az a din Masri.

2  Q    Were you able to determine whether he acted alone or

3  whether he was acting for and on behalf of Hamas?

4  A    On behalf of Hamas.

5  Q    Now, before we talk about the other individuals that you

6  concluded were involved in this particular attack, can you

7  give us not idea of where Sbarro Pizzeria in Jerusalem is?

8  A    This pizzeria is at the center of the city of Jerusalem,

9  the heart of the city, in a junction between two main streets.

10  And if I could compare it on a smaller scale, it might be

11  compared to Times Square in New York.

12  Q    Where is your office -- or where was your office in

13  relation to Sbarro Pizzeria, at the time, in Jerusalem?

14  A    About 200 meters away.

15  Q    Were you at the office at the time of this bombing?

16  A    I was.

17  Q    Did you hear the bombing?

18  A    I heard it.

19  Q    Did you see smoke from the bomb?

20  A    I seen the smoke that came out from that place.

21  Q    Did you feel the bomb?

22  A    I felt the tremor in the building.

23  Q    Did you go to the scene?

24  A    I went there as fast as I could.

25  Q    Approximately how long did it take you to get there after

1  you heard, felt and saw the smoke from the bomb?

2  A    It took a very short time; perhaps two or three minutes.

3  Q    Now, going back to your chart just a moment, again, the

4  third attack in a row, Ayman Halawa was involved in this

5  attack, according to your chart.  What role did Ayman Halawa

6  play?

7  A    Ayman Halawa was the Hamas commander Nablus, and he was

8  the one who authorized the bombing.

9  Q    And on the upper right, you have somebody named Adwan.

10 What role did Adwan play in this particular attack?

11 A    Qeis Adwan was the Hamas commander in the Jenin area, and

12 he was the man who recruited the suicide bomber.

13 Q    And this Abdullah Barghouti is shown in the middle.  Is

14 that the same Barghouti we talked about earlier yesterday?

15 A    It is the same Barghouti.

16 Q    And what was his role in this particular attack?

17 A    Barghouti was a Hamas engineer, and he built the bomb

18 that exploded.

19 Q    Is Abdullah Barghouti the one you interviewed personally

20 in prison?

21 A    Yes, I interviewed him.

22 Q    This particular bomb at Sbarro Pizzeria, were you able to

23 determine how the bomb was delivered to the sight?  In other

24 words, was it a belt?  Was it a vest?  Was it a briefcase?

25 What was it?

1    A    No, it was not a belt.  It was not a suitcase.  One was

2    put inside a guitar to camouflage it.

3    Q    How do you know that?

4    A    I determined this on the basis of different findings,

5    testimonies from Hamas, testimonies of organizations within

6    the state of Israel; findings in the scene, and in particular

7    the personal interview awarded to me by the participants.

8    Q    Were you able to cross-check the various sources of

9    information in order to confirm the delivery system for the

10   bomb?

11   A    Of course, I did.

12   Q    Is cross-checking important when you're doing the type of

13   thing you were doing in this particular instance?

14   A    Cross-referencing is extremely important, to make sure

15   that all the details are known accurately and all the way.

16   Q    Now, on the right-hand side of your slide, there's a lady

17   shown, Ahlan Tamini.  Am I pronouncing that correctly?

18   A    There is a picture of a lady, and her name is Ahlan

19   Tamini.

20   Q    What role did Tamini play in this particular terrorist

21   attack?

22   A    Tamini led the suicide bomber.  She found the place where

23   he was supposed to explode, she accompanied him to that place

24   and pointed it out for him.

25   Q    Now, based upon your investigation, was Tamini's role in

1  this particular attack, the fact that a woman was involved,

2  was that significant in your investigation?

3  A    Yes, it was important role.

4  Q    Why?

5  A    Because in order to hide the suicide bomber, and to get

6  into the western part of Jerusalem, it was necessary to create

7  a sort of image of the couple getting strong (phonetic) in

8  Jerusalem.  Tamini did dress in a free way, with a

9  short-sleeved shirt and led the suicide bomber as if he was

10  her spouse.

11  Q    Now, there's an individual in the middle of the slide,

12  Muhammad Daghlas.  What role did Daghlas play?

13  A    Muhammad Daghlas supplied means; for example, renting an

14  apartment and also created the contact with whom Tamini, whom

15  he had recruited.

16  Q    And, finally, Bilal Barghouti.  Was Bilal Barghouti

17  related to Abdullah Barghouti?

18  A    Yes, he is his uncle.

19  Q    And what role did Bilal Barghouti play in this particular

20  attack?

21  A    He -- Bilal is a senior Hamas operative, and he put the

22  bomb inside the guitar and gave it to the suicide bomber.  He

23  adapted the guitar to the suicide bomber.

24           MR. TURNER:  Now, let's take a look -- if you could

25  show the witness only, 3324.

1  Q    We're going to talk for a minute, Mr. Shaked, about the

2  sources of information you had available for this particular

3  attack.  First of all, do you recognize 3324?

4  A    Yes.

5  Q    Is this the official claim of responsibility by Hamas for

6  the attack in Sbarro Pizzeria in Jerusalem?

7  A    Yes, this is the official claim of responsibility by

8  Hamas.

9  Q    What is the source of this official claim of

10 responsibility?

11 A    This is from the official site of ad-Din al-Qassam

12 Brigade, the military arm of Hamas.

13          MR. TURNER:  We offer 3324 into evidence.

14          THE COURT:  Same objection?

15          MR. INGERMAN:  Yes, your Honor.

16          THE COURT:  Received over objection.

17          (Plaintiffs' Exhibit 3324  was received in

18 evidence.)

19          MR. TURNER:  Let's put that up.

20          THE COURT:  Okay.

21          MR. TURNER:  I believe we have a slide.  Mr. Miller,

22 can you focus in on the English translation on the right-hand

23 side, please, and primarily the description.

24 Q    Now, this indicates a military proclamation by the Martyr

25 Izz ad-Din al-Qassam Brigades.  Is that Hamas?

SHAKED - DIRECT - TURNER                    1058

1  A    Indeed, it is Hamas.  It is the military arm of Hamas.

2  Q    There's a sentence that says by the grace of Allah and

3  his assistance, the holy warrior of al-Qassam:  Izz ad-Din

4  Shuhayl Ahmad al-Masri from the village of Aqabah in the

5  al-Qassam Governorate of Jenin has carried out today;

6  Thursday, August 9, 2001, 19th of Jumada al-Ula, 1422 Hijri -

7  at noon, an act of martyrdom in the middle of -- it says

8  Sbarro Restaurant, in the heart of occupied Jerusalem.

9          What does that tell you about whether or not the

10 suicide bomber was acting for and on behalf of Hamas,

11 Mr. Shaked.

12 A    For me, this is an official announcement, a claim of

13 responsibility by Hamas for the Sbarro bombing.

14 Q    Is the picture of al-Masri on the official claim of

15 responsibility the same photograph that you have shown on your

16 slide?

17 A    Yes, indeed, this is a suicide bomber.

18 Q    So the two photographs are the same person?

19 A    Yes.

20 Q    Now, did you have access to an Israeli Security Agency

21 report that summarized this attack as well?

22 A    Yes.

23          MR. TURNER:  Your Honor, this is already in

24 evidence.  May we display 3811?

25          THE COURT:  You are.

NICOLE CANALES, CSR, RPR

SHAKED - DIRECT - TURNER                    1059

1    MR. TURNER:  Now, this is a particular section out

2    of Exhibit 3811 that pertains to the Sbarro Pizzeria attack.

3    Can you blow that up at all for us?

4    Q    Now, did the ISA, the Israeli Security Agency, identify

5    the same suicide bomber as you?

6    A    Yes.

7    Q    And did the Israeli Security Agency also identify Bilal

8    Barghouti and Muhammad Daghlas as participants in this

9    particular attack?

10   A    Yes, sir.

11   Q    And how about Abdulla Barghouti?

12   A    He was also identified.

13   Q    Now, in this particular attack, did you also have access

14   to actual conviction records in the court system within

15   Israel, where the participants were convicted of these crimes?

16   A    Yes.

17         MR. TURNER:  May we show Mr. Shaked only 3301,

18   please.

19   Q    Can you identify 3301?

20   A    I do identify it.

21   Q    And what is 3301?

22   A    This is actually the verdict regarding Ahlan Tamini and

23   her involvement in the terror attack, in the cafe.

24         MR. TURNER:  We offer 3301 as a possible conviction

25   of Tamini for this particular attack.

NICOLE CANALES, CSR, RPR

1        MR. INGERMAN:  Same objection.

2        THE COURT:  All right.  Overruled.  It is received.

3        (Plaintiffs' Exhibit 3301  was received in

4    evidence.)

5    Q    Would you show Mr. Shaked 3300.  Do you recognize 3300?

6    A    Yes.

7    Q    What is 3300?

8    A    This is a decision regarding Muhammad Daghlas by the

9    court which issued his sentencing.

10       MR. TURNER:  We offer 3300 as conviction of Daghlas

11   for his role in the bombing.

12       THE COURT:  Just so the record is clear, you're

13   objecting to the Apostille documents as well?

14       MR. INGERMAN:  Yes, your Honor.

15       THE COURT:  That's overruled as received.

16       (Plaintiffs' Exhibit 3300  was received in

17   evidence.)

18       MR. TURNER:  Put up 3205, please.

19   Q    Do you recognize 3205?

20   A    Yes.

21   Q    What is 3205?

22   A    This is also the sentencing that was issued by the court

23   to the terrorists who had perpetrated the attack at Sbarro.

24       MR. TURNER:  We offer 3205 as an Apostille

25   conviction of Bilal Barghouti.

SHAKED - DIRECT - TURNER                    1061

1      THE COURT:  That's received over objection.

2      (Plaintiffs' Exhibit 3205  was received in

3  evidence.)

4  Q    I would you show the witness 3336, please.  Do you

5  recognize 3336?

6  A    Yes.

7  Q    What is 3336?

8  A    This is the sentencing that was issued to Abdulla

9  Barghouti.

10  Q    This particular document is not Apostille.  Were you in

11  attendance at the trial, Mr. Shaked?

12  A    Yes, I did attend the trial, and I was also there when

13  the sentencing was read out.

14  Q    So you were personally present in the room at the time of

15  the sentencing?

16      MR. INGERMAN:  Objection.

17      THE COURT:  Overruled.

18      THE WITNESS:  Yes.

19  Q    And was Abdulla Barghouti required to allocute or explain

20  his role in the terrorist attack?

21  A    Abdulla Barghouti did speak up, and said what he had to

22  say and gave his excuses for perpetrating this attack before

23  the sentencing was read.

24  Q    After the sentencing, did you obtain a copy of 3336,

25  which you're looking at on the screen?

SHAKED - DIRECT - TURNER                    1062

1  A    Yes, I did receive.

2  Q    And is 3336 a fair and accurate representation of what

3  you heard in the courtroom and also received from the court on

4  the day of Abdulla Barghouti's sentencing?

5  A    Yes.

6          MR. TURNER:  We offer 3336.

7          THE COURT:  Same objection?

8          MR. INGERMAN:  Yes, your Honor.

9          THE COURT:  It's overruled.  The document is

10  received.

11          (Plaintiffs' Exhibit 3336  was received in

12  evidence.)

13  Q    Now, let's move to memorialization.  Did you have an

14  opportunity to examine any evidence indicating that Hamas

15  actually put on the ceremony for this particular suicide

16  bomber, Mr. Shaked?

17  A    Yes.

18          MR. TURNER:  Would you show the witness 3306,

19  please?

20  Q    Do you recognize 3306, Mr. Shaked?

21  A    Yes, I do.

22  Q    What is 3306?

23  A    Yes, this was an ad or some kind of announcement in the

24  newspaper issued by the Hamas which invites --

25          MR. INGERMAN:  Objection, your Honor.

NICOLE CANALES, CSR, RPR

SHAKED - DIRECT - TURNER                          1063

1      THE COURT:  Just describe it generically.

2      THE WITNESS:  This is an ad from a newspaper that

3   invites the public to attend a ceremony in memory of the

4   suicide bomber.

5   Q    Did you use this particular piece of information in

6   trying to answer the question of what evidence exists

7   connecting Hamas to the suicide bomber?

8   A    Yes.

9   Q    Is this one of the types of information you used to

10  cross-check your sources in your methodology?

11     MR. INGERMAN:  Objection.  Form.

12     THE COURT:  Overruled.

13     THE WITNESS:  Yes.

14  Q    Is the word "Hamas" in the invitation?

15  A    The word "Hamas," indeed, appears there, as well as the

16  emblem of the Hamas appear on the publication.

17  Q    Does the suicide bomber's name appear on the invitation?

18  A    Yes, the name of the suicide bomber also appears there.

19  Q    And what is the source of the newspaper?

20     MR. TURNER:  We offer 3306.

21     THE WITNESS:  This is a paper, a Palestinian

22  newspaper, an ordinary one, which is circulated regularly

23  within the Palestinian society.  It is called El Ayaam.

24     MR. TURNER:  Excuse me.  I apologize.  We offer

25  3306.

NICOLE CANALES, CSR, RPR

SHAKED - DIRECT - TURNER                    1064

1         MR. INGERMAN:  Objection.

2         THE COURT:  Let me see counsel at sidebar.

3       (Sidebar held outside the presence of the jury.)

1              (Sidebar)

2         THE COURT:  I think I'm going to admit the document

3   with a limine instruction that the jury is not to consider it

4   for the truth of what it asserts, but only as one of the

5   sources of information that the expert considered in reaching

6   his opinion so that it can determine how much weight to give

7   to his opinion.  In doing that, I'm not inclined to send it

8   into the jury room with the other exhibits when they

9   deliberate, although I might give it to them if they ask for

10  it during deliberations.  I take it that does not satisfy your

11  objection?

12         MR. INGERMAN:  It does not, your Honor.

13         THE COURT:  That's my ruling.

14              (Sidebar concluded.)

15

16

17

18

19

20

21

22

23

24

25

1          (In the presence of the jury.)

2          THE COURT:  We have a technical timeout.

3          Ladies and gentlemen, I'm going to receive this

4    exhibit for the limited purpose of helping you evaluate this

5    witness' opinion.  You are not to take the matters stated in

6    this newspaper article as true, but they are something that he

7    relied upon in reaching his opinion, and it's his opinion that

8    you're going to have to evaluate.

9          You may proceed.

10          MR. TURNER:  May we put the translated version on

11    the screen?

12          THE COURT:  You may.

13    Q    Mr. Shaked, take a moment, if you would, and read through

14    that to yourself.  And what I need for you to tell us is why

15    is this significant if you're evaluating the relationship

16    between Hamas and the suicide bomber at the Sbarro Pizzeria,

17    in terms of their relationship?

18          Now, this word has referenced several times in there

19    called ishdishotti (phonetic).  What does that mean,

20    ishdishotti (phonetic)?

21          THE INTERPRETER:  I didn't translate the answer.

22          MR. TURNER:  I'm sorry.

23          THE WITNESS:  The way I read it, this is not just --

24    this is not about the death of a person, but, rather, this is

25    a wedding, and it is also emphasized that the entity which

SHAKED - DIRECT - TURNER                    1067

1    invites to this wedding is Hamas movement in Jenin, the Qassam

2    brigade, which are the military arm, and this shows us a

3    direct link between the person, Izz ad-Din Masri, and the

4    announcement and the ceremony.

5    Q    Now, going back to the question I asked a moment ago,

6    this word ishdishotti (phonetic), what does this mean?

7    A    In Arabic this means the person who dies for the sake of

8    Allah.  This is somebody that it is no coincidence, his death.

9    He dies during the perpetration of a terror attack for the

10   sanctity of Allah.  In this case, this was a suicide bombing.

11   He's not just -- he doesn't just die, he's actually looking

12   for death.

13   Q    Now, finally, in addition to the other sources of

14   information, is this one of those attacks where you had an

15   opportunity to actually interview some of the people involved

16   in this particular attack?

17   A    Yes, I did have a chance to interview some of the people;

18   Abdulla Barghouti, Bilal Barghouti, Muhammad Daghlas and Ahlan

19   Tamini.

20   Q    Now, in communicating with these individuals, did they

21   openly communicate with you about the details associated with

22   this bombing and their interaction with one other?

23   A    Yes, they spoke very openly, and I would even say that

24   they were happy and willing to discuss it.

25   Q    And in your communications with Abdullah Barghouti, did

SHAKED - DIRECT - TURNER                    1068

1  he provide you with details about the bomb itself that you

2  were able to cross-check through other sources to confirm?

3           MR. INGERMAN:  Objection, your Honor.

4           THE COURT:  Overruled.

5           THE WITNESS:  Yes, Abdulla did provide details to

6  me.

7  Q    Were you able to also interview the mother of the suicide

8  bomber?

9  A    Yes, I did interview both the mother and the father of

10 the suicide bomber.

11 Q    And did you videotape that particular interview?

12 A    Of course, I did.

13 Q    And that particular video is marked as 3285.  Mr. Shaked,

14 during the course of that interview, did you receive

15 information that helped you cross-check some of the details

16 about the relationship between Hamas and the suicide bomber?

17 A    Yes.

18 Q    And did that information further lead you to conclude

19 that your analysis was correct?

20 A    Yes.

21 Q    Did you also have an opportunity to investigate the

22 bombing at Ben Yehuda in December of 2001, at approximately

23 11:30 at night?

24 A    Yes.

25 Q    How many people were killed in this particular attack?

1     MR. TURNER:  May we put the slide up by the way,

2  your Honor?

3     THE WITNESS:  Eleven people were killed.

4  Q    And how many were reported to be injured in this

5  particular terrorist attack?

6  A    One hundred and fifty-eight people.

7  Q    Were you able to identify during the course of your

8  investigation who the suicide bombers were in this particular

9  attack?

10 A    Yes.

11 Q    And who were the suicide bombers?

12 A    Two suicides bombers were in Nabil Halabiya and Osama

13 Bahar.

14 Q    Were you able to determine whether they were acting alone

15 or whether they were acting for Hamas in this attack?

16 A    Both of them acted on behalf of Hamas, for Hamas and as

17 members of Hamas.

18 Q    First of all, just to sort of place the setting as a

19 background, where's Ben Yehuda in Jerusalem?

20 A    Ben Yehuda is a strip in the center of Jerusalem, a

21 pedestrian street, with coffee houses, with restaurants and a

22 large shopping center.

23 Q    Where in relation to your office is Ben Yehuda?

24 A    Like 50 meters.  A few step.

25 Q    Were you at the office at 11:30 at night, on

1  December 1, 2001, at the time of the Ben Yehuda bombing?

2  A     No, it was towards midnight.  I was not there.

3  Q     How quickly after the attack did you learn of the attack?

4  A     A few minutes after the bombing, I was already on my way

5  there.

6  Q     Can you give us an estimate of approximately how long it

7  took you to get to the scene of the terrorist attack at

8  Ben Yehuda?

9  A     I would say 15 to 20 minutes, at the most.

10  Q     Now, your chart indicates that Abdullah Barghouti again

11  was involved in this particular attack.  Were you able to

12  confirm that in your interview with Barghouti?

13  A     Yes, I could confirm that in an interview.

14  Q     You have a terrorist on here named Jamal Al-Tawil.  What

15  was his role in this particular attack and who was he?

16  A     Jamal Al-Tawil is, in fact, a Hamas leader.  He was

17  responsible for Al-Islah, the charity of Ramallah, of Hamas in

18  Ramallah; and he was the one who connected between the suicide

19  bombers and the senior commander of Hamas, Ibrahim Hamel.

20  Q     So the jury understands sort of understands where

21  Ramallah is in relation to Jerusalem, how far is Jerusalem

22  from Ramallah?

23  A     Ramallah is north of Jerusalem, at a distance of,

24  perhaps, 15 or 20 kilometers, which is 12 or 13 miles.

25  Q     At the time, was Ramallah considered to be part of the

NICOLE CANALES, CSR, RPR

Sidebar                                                    1071

1   West Bank?

2   A    Yes, Ramallah is part of the West Bank.

3   Q    Your slide indicates that Al-Tawil was the chairman of

4   Al-Islah Charitable Society.  What was the Al-Islah Charitable

5   Society at the time of this attack?

6   A    This society was established in order to create dowa

7   (phonetic), which means to help Hamas economically,

8   financially, Hamas, with all its arms and parts.

9            MR. INGERMAN:  Your Honor, may we approach?

10           THE COURT:  Yes.

11       (Sidebar held outside the presence of the jury.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sidebar                                                      1072

1                        (Sidebar)

2          MR. INGERMAN:  Your Honor, I think this is beyond

3      the scope of his opinion and expert report.  Al-Islah is not

4      mentioned anywhere in his expert report.  Now, he's going

5      beyond that, into whether or not sekot (phonetic) is part of

6      Hamas.  And they're trying to bootstrap into his testimony

7      something that's beyond the scope and was not presented, and I

8      would move to strike the testimony.

9          MR. OSEN:  Jamal Tawil is in the report.  He's

10     always been there.  He's been identified both in Mr. Levitt's

11     testimony and in Mr. Shaked's.  I don't think Mr. Turner

12     intends to go beyond the question he offered, but he's

13     entitled to identify who the cutout between the bombers and

14     Mr. Hamed was.

15         THE COURT:  I think it's within his opinion so far.

16     If you were to go where counsel says he doesn't want you to

17     go, then I agree it would exceed the bounds of his opinion,

18     but we're not there yet.  Please be sensitive to that.

19                    (Sidebar concluded.)

20

21

22

23

24

25

SHAKED - DIRECT - TURNER                    1073

1            (In the presence of the jury.)

2            MR. TURNER:  May I proceed?

3            THE COURT:  You may.

4            MR. TURNER:  Were you through reading back his

5    answer?

6            THE INTERPRETER:  I'm sorry?

7            MR. TURNER:  Were you through reading back his

8    answer?

9            THE INTERPRETER:  Yes.

10   Q    Now, on the opposite side of your slide is terrorist by

11   the name of Sayd Qasem.  What was his role in this particular

12   attack?

13   A    Sayd Qasem is the deputy commander of Hamas in Ramallah,

14   and he was the one who transferred the bomb to the hands of

15   the bombers.

16   Q    At the top of the screen is a person by the name of

17   Ibrahim Hamed.  Who was Ibrahim Hamed?

18   A    At that time, Ibrahim Hamed was the commander of Hamas in

19   Ramallah, the senior commander, and he was the one who planned

20   the attack.

21           MR. TURNER:  Would you put before the witness 3366,

22   please.

23   Q    Can you identify 3366?

24   A    Yes, I can.

25   Q    What is 3366?

SHAKED - DIRECT - TURNER                      1074

1  A     This is an official claim of responsibility by Hamas for

2  the suicide bombing in Ben Yehuda.

3  Q     What is the source of 3366?

4  A     The official site of the military arm of Hamas.

5  Q     By site, are you referring to website, as we referred to

6  earlier?

7  A     Yes.

8              MR. TURNER:  We offer 3366.

9              THE COURT:  Same objection?

10             MR. INGERMAN:  Yes, sir.

11             THE COURT:  Overruled.  It is received.

12             (Plaintiffs' Exhibit 3366  was received in

13  evidence.)

14             MR. TURNER:  May we place it on the screen?

15             THE COURT:  You may.

16             MR. TURNER:  Can you blow up the picture, please?

17  Q     Can you identify that photograph that's in the official

18  claim of responsibility on Hamas' al-Qassam website?

19  A     Yes.

20  Q     Which one of the suicide bombers is that a picture of?

21  A     We see the picture of Ibrahim Hamel in here.

22             MR. TURNER:  If you can back out, please, and go

23  down to the script.  We have a translated version.  Can you go

24  to the English version, please.  And if you could, blow up the

25  description in the bottom.

NICOLE CANALES, CSR, RPR

SHAKED - DIRECT - TURNER                     1075

1  Q    If you can take a moment and read through that,

2  Mr. Shaked, what I would like for you to do is confirm for us

3  the facts that you were able to learn from this official claim

4  of responsibility, with respect to the question of whether

5  Hamas was responsible for this attack.

6  A    Indeed, yes.

7  Q    All right.  If you could --

8        MR. TURNER:  Your Honor, may we display 3811 again?

9  This is the Israeli Security Agency report that's already in

10  evidence.

11        THE COURT:  Yes.

12        MR. TURNER:  And if you can go to the page that

13  makes reference to the Ben Yehuda bombing.  Now, if you could

14  blow up maybe the first half of that.

15  Q    Now, first of all, did the ISA confirm the identity of

16  the two suicide bombers, as you have described?

17  A    Yes, it did.

18  Q    Did the ISA also confirm the involvement of Hamas in this

19  particular attack?

20  A    Yes.

21  Q    Were you able to use this as a method of cross-checking

22  your other sources to confirm that Hamas was, in fact,

23  responsible for this attack?

24  A    Yes.

25  Q    Now, in addition to the ISA report, did you also have

NICOLE CANALES, CSR, RPR

SHAKED - DIRECT - TURNER                    1076

1   access to other government investigatory records related to

2   the Ben Yehuda attack?

3   A    Yes.

4   Q    Now, in this particular attack, Mr. Shaked, was there one

5   bomb, or were there more than one bomb?

6   A    In this particular attack, there were three bombs.

7   Q    And can you explain what you learned during the course of

8   your investigation about how this bombing was planned in this

9   central location?

10  A    The two terrorists came in a car, which they parked near

11  the site of the bombing.  They stepped down.  One of them put

12  on an explosive vest; the other one was carrying a big

13  computer inside, which there was an explosive charge, one of

14  them doing so far first.  Two minutes afterwards, the other

15  one blew himself up.  And 11 minutes later, the booby-trapped

16  car exploded.  The intention was to cause a maximum number of

17  casualties.

18  Q    During the course of your investigation of this

19  particular attack, were you able to determine why the delay in

20  the third bomb going off was planned the way it was?

21  A    Yes, it turned out that Hamas asked them to wait a few

22  minutes, until the first responders arrived, until people

23  gathered in that place, and then the explosion could cause

24  many more casualties.

25            MR. TURNER:  Put in front of the witness 3457,

SHAKED - DIRECT - TURNER                    1077

1    please.

2    Q    Can you identify 3457?

3    A    Yes.

4    Q    What is 3357?

5    A    This is an expert opinion on behalf of the police about

6    explosives.

7    Q    Explosives involved in this particular attack or another

8    attack?

9    A    In the Ben Yehuda explosion, about which we are talking.

10   Q    Is this an official record pertaining to the

11   investigation similar to those you've seen before?

12   A    Yes.

13   Q    And does this particular record help you with regard to

14   what the government investigation was saying and finding with

15   respect to one of the bombs?

16   A    Yes.

17                MR. TURNER:  We offer 3357.

18                MR. INGERMAN:  Your Honor, may we approach briefly?

19                THE COURT:  Sure.

20        (Sidebar held outside the presence of the jury.)

21

22

23

24

25

1                    (Sidebar)

2          THE COURT:  Your Honor, this is an Israeli police

3    report, ballistics report, for lack of a better term.  Doesn't

4    mention Hamas.  Doesn't mention anything having to do with

5    attribution.  We think it's irrelevant and unduly prejudicial.

6          THE COURT:  What's prejudicial about it?

7          MR. INGERMAN:  Well, it's got pictures of the bomb,

8    got descriptions of the explosive device.  His testimony is as

9    to attribution.  If it mentioned Hamas, I could understand it,

10   but there's no mention of Hamas anywhere.

11         MR. OSEN:  Your Honor, the witness testified that he

12   discussed the building of the bombs with Mr. Barghouti.  We

13   had originally had video as to Barghouti's actual statements

14   on this, but he's now described them.  He's corroborating that

15   against the ballistics report and the description

16   Mr. Barghouti gave of how he packed the bomb.

17         THE COURT:  I'll overrule the objection in support

18   of his opinion.

19                    (Sidebar concluded.)

20

21

22

23

24

25

SHAKED - DIRECT - TURNER                    1079

1          (In presence of the jury.)

2          MR. TURNER:  May we proceed?

3          THE COURT:  Yes.  357 is admitted.

4          (Plaintiffs' Exhibit 357 was received in evidence.)

5          MR. TURNER:  Could you put before the witness 3358,

6   please?

7   Q    Can you identify 3358?

8   A    Yes.

9   Q    Is this an identical report, except for one of the other

10  bombings?

11  A    Indeed so.

12         MR. TURNER:  We offer 3358.

13         THE COURT:  Same objection?

14         MR. INGERMAN:  Yes, your Honor.

15         THE COURT:  Received over objection.

16         (Plaintiffs' Exhibit 3358  was received in

17  evidence.)

18         MR. TURNER:  Could you put before the witness 3359,

19  please.

20  Q    Do you recognize 3359?

21  A    I do recognize.

22  Q    Is this, in fact, the same report, except for the third

23  bombing?

24  A    Yes.

25         MR. TURNER:  We offer 3359.

SHAKED - DIRECT - TURNER                    1080

1          THE COURT:  All right.  Received over objection.

2          (Plaintiffs' Exhibit 3359  was received in

3     evidence.)

4          MR. TURNER:  Now, if you could go to page 8 of 9 on

5     3359, the one with the photographs.

6          May we display this, your Honor?

7          THE COURT:  Well, let's have a sidebar about that.

8          (Sidebar held outside the presence of the jury.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sidebar                                                    1081

1                        (Sidebar)

2              THE COURT:  Why?

3              MR. TURNER:  This just shows the computer bomb that

4    confirmed his opinion, Barghouti's interview, confirmed by

5    cross-checking various different sources that it was, in fact,

6    a computer bomb.

7              THE COURT:  I don't think you need the picture for

8    that; you've already got the police report forming the basis

9    of his opinion or contributing to his opinion, and I think the

10   picture is really unnecessary to do that.

11             MR. OSEN:  Your Honor, the picture's in the report

12   itself.

13             THE COURT:  I understand, and I'm not saying I won't

14   give it to the jury for their deliberations.  I will cross

15   that bridge when I come to it, but right now I think, under

16   Rule 403, I'm not going to let you show the picture.

17                    (Sidebar concluded.)

18

19

20

21

22

23

24

25

1          (In the presence of the jury.)

2              MR. TURNER:  May I proceed?

3              THE COURT:  You may.

4              MR. TURNER:  Mr. Miller, if you would show the

5      witness only page 8 of 9 of 3359?

6      Q    Mr. Shaked, were you able to confirm through the

7      photographs and other materials in these exhibits, these

8      police investigation files, that by cross-checking these

9      sources that the information you learned from Mr. Barghouti's

10     interview about the computer bomb was, in fact, accurate?

11     A    Yes.

12             MR. TURNER:  Now, if you could place before the

13     witness only the beginning of 3284.  It should be a video.

14     Q    Do you recognize the person on the first clip of this

15     particular videotape, Mr. Shaked?

16     A    Yes, of course.

17     Q    And who is that individual?

18     A    Abdulla Barghouti.

19     Q    Now, is this particular video clip taken from your own

20     interview of Barghouti about this particular bombing and how

21     he created or made this particular bomb while he was in

22     prison?

23     A    Yes.

24             MR. TURNER:  Your Honor, under 703, may we show this

25     short clip?

1          THE COURT:  No.

2     Q    Did you also have an opportunity to review the sentencing

3     record for Barghouti that we referred to earlier in the prior

4     bombing, wherein he specifically discusses this particular

5     attack at Ben Yehuda?

6     A    Yes, I did have the opportunity to do that.

7          MR. TURNER:  Your Honor, we would like to display

8     page 2 of 2, in the English translation.  We've got a slide

9     prepared.  It has an excerpt.  And this is already in

10    evidence, Plaintiffs' Exhibit 3336.

11         THE COURT:  Can I see it first?

12         MR. TURNER:  Sure.

13         THE COURT:  Any objection?

14         MR. INGERMAN:  No, your Honor.

15         THE COURT:  All right.  You may proceed.

16         MR. TURNER:  Okay.  If you could display this,

17    please.  Can we get the lights down just a tiny bit?  Thank

18    you.

19    Q    Now, this particular excerpt comes from the sentencing of

20    Barghouti; is that correct, Mr. Shaked?

21    A    Yes.

22    Q    Now, it begins in blue.  The defendant is directly

23    responsible for the murder of dozens of innocent human beings

24    and the injury of hundreds more.  We fail to understand how

25    the defendant could put to the use the scientific knowledge he

1    acquired, which was intended from the outset to improve human

2    life, for so much destruction and carnage.  And then in white,

3    we found a partial answer to this question, in the words of

4    the defendant, within the pleas for sentencing in this case,

5    from which one could sense, with no difficulty whatsoever, the

6    inexhaustible patriot that has consumed all his humanity.

7         The defendant expressed no remorse but was instead

8    proud of having trained dozens of engineers whom he hoped

9    would cause attacks that are more severe than he himself had

10   caused.  The defendant concluded his address by promising that

11   the Hamas organization would cause the destruction of the

12   state of Israel, in accordance with the vision of Ahmed Yasin.

13        Were you present when those words, or similar words,

14   were stated in court, Mr. Shaked?

15   A    Yes, I was indeed present in the court while these words

16   were said.

17        MR. TURNER:  You may turn the lights back up,

18   please.  Thank you.

19   Q    Now, was this piece of information that you learned at

20   sentencing important information in cross-checking the various

21   sources to ensure accuracy in determining that Hamas was

22   responsible for this attack?

23   A    Indeed so.

24   Q    Did you also have an opportunity to investigate the

25   bombing and shooting of bus 189 near Emmanuel on

SHAKED - DIRECT - TURNER                    1085

1    December 12, 2001?

2    A    Yes.

3            MR. TURNER:  May we place the slide up there,

4    your Honor?

5            THE COURT:  Yes.

6    Q    Were you able to determine who the Hamas shooters were in

7    this particular attack?

8    A    Yes, I did manage to determine.

9    Q    And what were the names of the terrorists involved in

10   this particular attack near Emmanuel?

11   A    Names of the terrorists are apparent on the bottom line.

12   These are three names; Muhammad Aziz Haj Ali, Assem Rihan and

13   Anan Kadusi.  In the top part, you can see their commander

14   Nasr al-Din Assida.

15   Q    Were you able to determine whether these people acted

16   alone or whether they were acting for and on behalf of Hamas

17   in caring out these attacks?

18   A    These terrorists did operate on behalf of the Hamas, for

19   the Hamas and as Hamas operatives.

20   Q    So we get sort of a feel for where this place is, tell us

21   the significance of bus 189 and in the Emmanuel community as

22   it is geographically located in Israel.

23   A    Emmanuel is located at the northern and central part of

24   Samaria.  This is a locality where approximately 4,000 people

25   live.  It is a religious community.  Most of the people who

NICOLE CANALES, CSR, RPR

SHAKED - DIRECT - TURNER                    1086

1   live there work in Tel Aviv, so every morning they travel

2   there and then come back home.  Most of them use that bus to

3   come back home, because the general social status in that is

4   people of middle class and beneath.

5   Q    Was this a commercial bus?

6   A    It was a bus from the public transportation system.

7   Q    How many people were killed in this particular terrorist

8   attack?

9   A    Ten people were killed in this bombing.

10  Q    And how many were injured?

11  A    Thirty people were injured.

12  Q    What time of day did this attack occur?

13  A    It occurred during the late afternoon hours.  I think it

14  was approximately at 7:30 -- excuse me.  17:30, which is

15  5:30 p.m., something like that.

16  Q    During the course of your investigation, were you able to

17  determine whether the type of terror attack that occurred at

18  Emmanuel was a new kind of attack, or was this similar to what

19  had transpired before?

20  A    So far, we have not discussed any attack that was similar

21  to this or of this kind, because this attack combined shooting

22  with throwing a bomb, and then once again shooting at the bus

23  and storming it, a bus with people inside.  This was something

24  new compared to previous attacks.

25          MR. TURNER:  Would you show the witness, please,

Sidebar                                                          1087

1    only 3385?

2    Q    Do you recognize 3385?

3    A    Yes, I do.

4    Q    What is 3385?

5    A    This is a claim of responsibility by the Qassam Brigades,

6    the military arm of Hamas for the Emmanuel bombing.

7    Q    And what is the source of 3385?

8         MR. INGERMAN:  Your Honor, may we approach just

9    briefly?

10        THE COURT:  Sure.

11       (Sidebar held outside the presence of the jury.)

12

13

14

15

16

17

18

19

20

21

22

23

24                          (Sidebar)

25        MR. INGERMAN:  Your Honor, this exhibit is not

Sidebar                                      1088

1   mentioned anywhere in Mr. Shaked's report.  We never had an

2   opportunity to ask him about it at his depositions or inquire

3   with him.  They're showing him this document for the first

4   time, and it's unfair.

5           THE COURT:  Was it on the plaintiffs' list?

6           MR. INGERMAN:  It's on the plaintiffs' exhibit list,

7   of course, but this witness never cited it, that he relied on

8   it for purposes of the report, so we were never able to

9   inquire of him at pretrial.

10          MR. OSEN:  I don't know whether that's accurate or

11  not.  I do believe Mr. Shaked is referenced the Qassam

12  Brigade's claim of responsibility.  I don't know whether the

13  question here is whether this particular version of the URL is

14  not cited or whether they're saying he never cited al-Qassam's

15  claim of responsibility.  I don't think that's correct.

16          MR. INGERMAN:  With respect to the Emmanuel, he has

17  a section in his report on each of the attacks, with

18  respect -- on the Emmanuel section, we did not see any

19  reference to this al-Qassam claim of responsibility.

20          THE COURT:  If you had, since it's been on the

21  plaintiffs' list, would you have asked him?

22          MR. INGERMAN:  Well, we could have inquired with him

23  about how he relied on it, why he relied on it, what was in

24  it?  I mean, it's trial by ambush, really.

25          THE COURT:  I would agree with you if I saw any

Sidebar                                                      1089

1  prejudice to the non-listing earlier, but I'm not seeing any.

2  It's just one more document supporting his opinion, and I

3  don't see any great cross-examination you could have done at

4  his deposition that would have impeached this particular

5  document.  It's of the same general, as all the other ones he

6  relied on, so I'm going to overrule the objection.  I do want

7  plaintiffs' attorneys to check this carefully.  Obviously this

8  one is fine, but a bunch of them would not --

9            MR. INGERMAN:  We do have others that we've

10  identified that I think are coming up that we did not find

11  anywhere in his reports, so --

12            MR. OSEN:  They've had the documents.  They've had

13  the report.  You could reach out to us at any point if you

14  have a question about any one.  Some of these are simply an

15  issue, your Honor, of which resolution version of the same WW

16  al-Qassam.  If there's one that isn't, we're happy to discuss

17  it.  But we would prefer to have had that discussion days ago.

18            THE COURT:  Yes, I think it was clear as to which

19  documents this one would be testifying on.  Right?  I mean,

20  this is not a surprise to you now that they pull this document

21  out with this witness, is it?

22            MR. INGERMAN:  No, but we didn't realize until

23  yesterday, when going through the exhibit.  There's hundreds

24  of exhibits to try to figure out in a 200-plus report whether

25  or not a particular exhibit had been cited.

Sidebar                                              1090

1      THE COURT:  But I've got to have a feel of quantity.

2  Like I say, if it's an isolated instance or one or two others,

3  it's a problem.  If there's 20 of these exhibits, it's a

4  problem.

5      MR. INGERMAN:  I mean, I would say, your Honor, just

6  estimating, we're looking at somewhere in the 10 to 12 range,

7  I would say.  And I'm happy to discuss them with Mr. Osen on

8  the break.  If we're wrong, the objection's no good, but --

9      THE COURT:  Let's take a break now, and you all try

10  to work this out.  And at least if you can't work it out, give

11  a better feel for what these documents are, why they were not

12  identified in the report -- maybe, as Mr. Osen's suggesting,

13  they're simply other versions of documents that were

14  referenced in his report that are not materially different.

15  If that's the case, it's not a problem.  But we'll take our

16  break now so you can try to work it out.

17      MR. OSEN:  Thank you.

18      MR. INGERMAN:  Thank you.

19                  (Sidebar concluded.)

20

21

22

23

24

25

Proceedings                                    1091

1              (In the presence of the jury.)

2          THE COURT:  Ladies and gentlemen, there's a small

3    issue we need to work out, so we'll take a little bit early of

4    a morning break.  We'll come back here at 11:05.  Please do

5    not discuss the case among yourselves.  See you in 15 minutes.

6              (Outside the presence of the jury.)

7          THE COURT:  Let's reconvene a couple minutes after

8    11:00, so you have a chance to talk.

9                (Recess in proceedings.)

10            (Proceedings continued on following page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PROCEEDINGS                                    1092

1              (Honorable Brian M. Cogan takes the bench.)

2              THE COURT:  All right.  Be seated, please.  Where

3   do we stand on this?

4              MR. SHAND:  Mr. Ingerman will be right back.

5              THE COURT:  I said 11:02.  I just congratulated

6   everyone for being prompt.  Is the exhibit we were talking

7   about before the break 3385?

8              MR. OSEN:  3385.

9              THE COURT:  Are you sure that goes with this

10  attack?

11             MR. OSEN:  As far as I know.  I can confirm it

12  again, your Honor.

13             MR. INGERMAN:  Sorry, your Honor.

14             THE COURT:  Okay.

15             MR. OSEN:  Yes, your Honor.

16             MR. TURNER:  Do you have the translated version?

17             THE COURT:  I'm sorry.  Are we on the December 12,

18  2001, attack?

19             MR. OSEN:  Yes, the Emmanuel bombing.

20             THE COURT:  Right.  And this document takes

21  responsibility for the attack on the 6th of Jumada al-Awwal

22  which is translated as July 16, 2002; hence, my question.

23             MR. OSEN:  Reasonable question, your Honor.

24             MR. TURNER:  It does say "Emmanuel".

25             THE COURT:  Well, I take it aside from this

PROCEEDINGS                          1093

1   question as to whether it's even the right document, I take

2   it the parties have not reached a resolution on this issue

3   of documents that the witness is using, but are not

4   contained in his report, allegedly, defendant's contention?

5          MR. OSEN:  Right.  Your Honor, I think we have

6   largely resolved it.  There are a couple of documents

7   towards the back end of the presentation which we were just

8   going to work on now.  But I think with respect to the ones

9   that are upcoming before lunch, it shouldn't be an issue,

10  and we're just going to advise Mr. Turner as to which ones

11  we've worked out.

12         THE COURT:  Is that right?

13         MR. INGERMAN:  It is, yes.

14         THE COURT:  So let's get the jury in and proceed.

15         MR. INGERMAN:  So with respect to this exhibit,

16  your Honor, this obviously is not the same attack?

17         THE COURT:  Well, that's what I said; the

18  plaintiffs are not there yet.

19         MR. OSEN:  Your Honor is correct, the actual

20  translation here has a different date, but it does refer to

21  the Emmanuel attack.

22         THE COURT:  All right.  I'm going to leave this to

23  be worked out in the direct and cross-examination process,

24  okay.  However you want to deal with that is fine.

25         (Jury is in the courtroom at 11:10 a.m.)

R. SHAKED - DIRECT/MR. TURNER                1094

1           THE COURT:  All right.  Be seated, please.

2           Mr. Turner, you may continue.

3           MR. TURNER:  Thank you, your Honor.

4    DIRECT EXAMINATION (Continued)

5    BY MR. TURNER:

6    Q    When we broke, we were talking about the Emmanuel

7    shooting and bombing.  Do you recall that, sir?

8    A    Yes.

9    Q    Now, as one of the sources of information, in addition

10   to what we've already talked about, did you have access to

11   government records from the Ministry of Foreign Affairs?

12   A    Yes.

13          MR. TURNER:  Could you show the witness only,

14   please, 3392.

15          MR. INGERMAN:  Your Honor, I think you've already

16   ruled on 3392.

17          THE COURT:  I don't think I have.  Oh, you're

18   saying in the prior order?

19          MR. INGERMAN:  Yes.

20          THE COURT:  Mr. Turner, I did enter an order on

21   this document.

22          MR. TURNER:  Yes, sir.  It's only being shown to

23   the witness.

24          THE COURT:  Okay, but I entered an order as to --

25          MR. TURNER:  The admissibility.

R. SHAKED - DIRECT/MR. TURNER                1095

1          THE COURT:  The admissibility and what the witness

2     will be able to say about this.

3          MR. TURNER:  Yes, sir, I understand.  I fully

4     intend to comply with the order.

5          THE COURT:  All right.  Please proceed.

6          MR. TURNER:  May I proceed?

7          THE COURT:  Yes.

8     BY MR. TURNER:

9     Q    Do you recognize 3392?

10    A    Yes, I do.

11    Q    Now, is this one of the pieces of information that you

12    collected from the various sources that assisted you in

13    reaching the conclusion that Hamas was responsible for this

14    particular attack?

15    A    Yes.

16    Q    Now, in addition to this, did you also have access to a

17    video will of, I believe his name is Assem Rihan, that was

18    taken before this particular attack occurred, but talked

19    about this attack that was about to occur?

20    A    Yes, I did see this video.

21         MR. TURNER:  Mr. Miller, can you show the witness

22    only the first of the video marked 3398.

23    Q    Do you recognize this particular video, Mr. Shaked?

24    A    Yes.

25    Q    Can you identify the person in the video?

R. SHAKED - DIRECT/MR. TURNER                1096

1    A    Yes, this is the picture of Assem Rihan.

2    Q    Is this the same Assem Rihan that carried out the

3    attack on the bus in Emmanuel?

4    A    Yes.

5    Q    What is the source of this will?  Where did it come

6    from?

7    A    The source of this video is a website of Izz ad-Din

8    al-Qassam Brigade, the military wing of the Hamas.

9    Q    The same website we've been talking about?

10   A    Yes.

11   Q    And did this will help you reach your conclusion that

12   Assem Rihan was one of the shooters and bombers involved in

13   this particular attack and responsible for these deaths and

14   injuries?

15   A    Yes, it helped me.

16            MR. TURNER:  We would offer 3398.

17            MR. INGERMAN:  Your Honor, we renew our objections

18   on 403 grounds.

19            THE COURT:  All right.  The objection is overruled

20   and the exhibit is received.

21            (Plaintiff Exhibit 3398 was admitted into

22   evidence.)

23            MR. TURNER:  May we have the lights, your Honor,

24   and play this?

25            THE COURT:  Yes.

R. SHAKED - DIRECT/MR. TURNER          1097

1         (Video of Assem Rihan being played.)

2         MR. TURNER:  May we have the lights?

3   Q    Mr. Shaked, did that videotape that was taken prior to

4   this attack assist you in concluding that Rihan and these

5   others were associated with Hamas in carrying out this

6   terrorist attack on behalf of Hamas?

7   A    Yes.

8   Q    In addition to these sources of information, did you

9   also have access to a memorialization poster that was

10  created of Rihan and published throughout the areas?

11  A    Yes, I had access to these posters.

12        MR. TURNER:  Can you show the witness only please,

13  1090, and go to page nine.

14  Q    Do you recognize Exhibit 1090, page nine?

15  A    I do.

16  Q    Who is that individual?

17  A    This is a terrorist who participated in the Emmanuel

18  attack and was killed during the attack.

19  Q    Can you read -- I recognize it's in Arabic at the top

20  of your screen, can you read that for us in Arabic?

21        MR. INGERMAN:  Objection, your Honor.

22        THE COURT:  Sustained.  You need it in first.

23        MR. TURNER:  Your Honor, we would offer 1090, page

24  nine.

25        MR. INGERMAN:  We object, in addition to 801 for

1   reasons we discussed before the break, we're not seeing the

2   picture anywhere.

3           THE COURT:  I thought we had resolved that, at

4   least at this point.

5           MR. OSEN:  I thought so too, your Honor.  If we

6   can do a quick sidebar.

7           (Continued on the next page for sidebar.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    (Sidebar conference begins.)

2    MR. OSEN:  I think we indicated to you that the

3  poster didn't come as mentioned in this report, but not in

4  the form that is on the screen presented, because we took

5  the same one that is used from -- it's the same poster, just

6  a different version of the same poster.

7    THE COURT:  All right.  Here is my feeling about

8  this:  Look, you've got an expert report, you take his

9  deposition, you go through all the things the expert relied

10  on in his report.  At the end of the report, at the end of

11  the examination you say, is there anything else you relied

12  on.  If he says "no" then you've got good cross-examination,

13  okay.  You've got -- you can say to him on cross-examination

14  you didn't tell us about this during your deposition, did

15  you.  I asked you everything you relied on and you didn't

16  mention this, did you.  This wasn't in your report, was it.

17  And that's where I'm going to leave it right now.

18    MR. INGERMAN:  I understand, your Honor, but the

19  prejudicial value of moving this stuff in outweighs the

20  probative value of the cost here.

21    THE COURT:  I think it really has very little

22  prejudicial value.  It is a picture and an assumption of

23  responsibility by a guy who he's got other sources that show

24  that, so I think the prejudicial impact is really quite

25  limited, so I'm going to relegate it to cross-examination on

SIDEBAR CONFERENCE                          1100

1    that.

2              (End of sidebar conference.)

3              (Continued on the next page.)

R. SHAKED - DIRECT/MR. TURNER          1101

1     THE COURT:  All right.  The document is admitted

2  over objection.

3          (Plaintiff Exhibit 1090 was admitted into

4  evidence.)

5          MR. TURNER:  May we put it up on the screen, your

6  Honor?

7          THE COURT:  You may.

8          MR. TURNER:  Mr. Miller, if you can enlarge the

9  upper half.

10  BY MR. TURNER:

11  Q    First of all, do you recognize the logo?

12  A    Yes, I recognize it.

13  Q    What is the logo?

14  A    This is the logo of Izz ad-Din al-Qassam Brigade.

15  Q    Can you read for us the Arabic that's written on the

16  document above the logo?

17  A    It says that there -- I have read this phrase first in

18  Arabic.  It says the heroic Assem Rihan who acted out the

19  blessed action of Nablus.

20  Q    Nablus is what?

21  A    They mean the Emmanuel attack.  Nablus appears because

22  Nablus is the central city of that area.

23          MR. INGERMAN:  Objection, your Honor, move to

24  strike.

25          THE COURT:  Sustained.  Ladies and gentlemen, the

R. SHAKED - DIRECT/MR. TURNER                1102

1  words in this document are, again, not to be taken as true

2  by you.  The document is only used to help you evaluate

3  whether you should accept this witness' opinion.

4  Q    Mr. Shaked, where is Nablus in relation to Emmanuel?

5  A    Emmanuel is a couple of kilometers, a few miles

6  northwest of Nablus.

7          MR. TURNER:  If you can go out and focus on the

8  bottom.

9  Q    Who is in the photograph?

10 A    This is a picture of Assem Rihan.

11 Q    What does the Arabic say at the bottom?

12 A    This is an Islamic concept which expresses the heroism

13 of a person who gives his live for others.

14 Q    Did you have an opportunity to investigate the shooting

15 attack in Atzmona in March of 2002?

16 A    Yes.

17          MR. TURNER:  May we demonstrate the slide, your

18 Honor?

19          THE COURT:  Sure.

20 Q    Were you able to determine who the shooter was?

21 A    Yes.

22 Q    Who was the terrorist that carried out the shooting?

23 A    The shooter is Muhammad Farhat, a member of the Hamas

24 organization.

25 Q    Were you able to determine or reach a conclusion as to

R. SHAKED - DIRECT/MR. TURNER                    1103

1    whether or not Muhammad Farhat did this on his own or

2    whether he was acting before and on behalf of Hamas?

3    A    Muhammad Farhat acted on behalf of Hamas with the

4    knowledge of Hamas and his commanding officers.

5    Q    How many people were killed in this particular terror

6    attack in Atzmona?

7    A    Five people were killed in Atzmona.

8    Q    And how many were injured?

9    A    23 were injured.

10   Q    Did your investigation reveal how old Muhammad Farhat

11   was?

12   A    Yes, he was 17 years old.

13   Q    Did your investigation find anything unique about

14   Muhammad Farhat's role in this particular attack in terms of

15   his age?

16   A    Yes.  I will tell you about it briefly.  Muhammad

17   Farhat wanted to do the suicide bombing.  He turned to his

18   mother, Marriam Farhat, who is also an activist of Hamas,

19   and she went directly to the commander, senior commander of

20   al-Qassam Brigade to get his permission.  And he allowed her

21   son to go and do this.  And only after receiving permission

22   did he go and perpetrate the attack.

23   Q    Is Shehada shown as the top photograph?

24   A    Yes, Salah Shehada is the top of the slide.

25   Q    Did Salah Shehada have any special or unique role in

R. SHAKED - DIRECT/MR. TURNER                1104

1   the investigation of the founding of Hamas?

2   A    Yes.  Salah Shehada was one of the founders of the

3   Hamas and the commander of the military wing of Hamas.

4   Q    What was unique about this particular attack that

5   required that this 17 year old's mother go to Shehada, one

6   of the high executive leaders of Hamas, in order to, as you

7   put it, get permission to do this attack?

8               MR. INGERMAN:  Objection.

9               THE COURT:  Sustained as to form.

10  Q    Can you explain to us why Shehada was required to

11  approve this particular attack, at least based on your

12  investigation?

13  A    Farhat was 17 years old.  He was a member of the Hamas

14  youth movement, and Hamas did not want children for these

15  kinds of attacks.  And he was also -- children are also

16  inexperienced.  This is why permission was required from the

17  commander both from an operational perspective and with

18  respect to the age.

19  Q    What did your investigation reveal about Farhat's

20  mother's role in Hamas?

21  A    The mother of Muhammad Farhat, Marriam, escorted him on

22  his way and wished him good luck.  That means this was the a

23  mother who sent a young son to die for the cause for which

24  she felt was important.

25              MR. TURNER:  Would you show the witness only 3429,

R. SHAKED - DIRECT/MR. TURNER                    1105

1   please.

2   Q    Do you recognize 3429?

3   A    Yes, I do.

4   Q    And what is 3429?

5   A    Yes, this is the claim of responsibility issued by

6   al-Qassam Brigade of the military wing of Hamas regarding

7   the attack that was carried out in Atzmona by the heroic

8   Muhammad Farhat.

9   Q    What is the source of 3429?

10  A    It is the official website of the Qassam Brigade, the

11  military wing of Hamas.

12             MR. TURNER:  We offer 3429.

13             THE COURT:  Same objection?

14             MR. INGERMAN:  Yes.

15             THE COURT:  Received over objection.

16             (Plaintiff Exhibit 3429 was admitted into

17  evidence.)

18             MR. TURNER:  May we post it on the screen?

19             THE COURT:  Yes.

20             MR. TURNER:  Please use the English version.  If

21  you can blow up the upper half.

22  BY MR. TURNER:

23  Q    Now, did this official claim of responsibility help you

24  confirm that Muhammad Farhat carried out this terrorist

25  attack on behalf of Hamas at Atzmona?

1   A    Yes, sir.

2   Q    Now, in addition to this official claim of

3   responsibility, were you also able to access a will of the

4   young boy that was posted on the Hamas al-Qassam website?

5   A    Yes, I did have access.

6   Q    Now, you've listed Wa'el Nasar as one of the

7   participants or operatives in this particular terrorist

8   attack.  Who was Wa'el Nasar?

9   A    He was -- Wa'el Nasar was senior commander in the

10  military wing of Hamas.  He was one of the deputies of Salah

11  Shehada, and he was the one who was responsible and

12  confirmed directly this terror attack.  He was the one who

13  dispatched the suicide bomber to carry out this attack.

14  Q    From a memorialization standpoint, was there a funeral

15  or as they described it "a wedding ceremony" by Hamas on

16  behalf of this young boy?

17  A    Yes, indeed there was a large funeral.

18  Q    Was there anything unique in terms of who attended this

19  particular funeral that was significant in terms of

20  connecting Hamas to this particular attack?

21  A    Yes.  Sheikh Yassin himself was present in the funeral.

22  And along with him there were other senior members, senior

23  leaders of Hamas, such Abd al-Aziz al-Rantisi, Isma'il Abu

24  Shanab and Isma'il Haniya.

25  Q    And who were these; you mentioned Rantisi and Haniya,

R. SHAKED - DIRECT/MR. TURNER                1107

1  who were those individuals in terms of leadership of Hamas

2  at the time?

3  A    Rantisi was number two in the Hamas, that meant he was

4  the deputy of Ahmed Yassin.  And Haniya at the time was

5  Sheikh Ahmed Yassin's chief of staff.

6  Q    Did you also have an opportunity as part of your work

7  to investigate the bombing at Cafe Moment in Jerusalem that

8  occurred on March 9, 2002?

9  A    Yes, I did investigate.

10          MR. TURNER:  May we display the slide, your Honor?

11          THE COURT:  Yes.

12  Q    Were you able to determine who the suicide bomber was

13  in the Cafe Moment attack?

14  A    Yes.  At the bottom of the picture of this slide we can

15  see the photo of Fuad Hurani, he was the suicide bomber.

16  Q    And was Abdullah Barghouti the bomb maker we talked

17  about earlier involved in this attack as well?

18  A    Yes.  Barghouti prepared the explosives belt.

19  Q    In order to understand this particular attack, can you

20  describe what, at the time, Cafe Moment was and where it was

21  located within Jerusalem?

22  A    Yes.  Cafe Moment was at the center of this

23  neighborhood and perhaps I could call it this yuppy

24  neighborhood in Jerusalem, a lot of academics live in that

25  area, intellectuals, students.  And these are the people

1  that went to this cafe.  These are the people that live next

2  to this cafe.  If I liken it to something in New York, I

3  would say that neighborhood is a bit similar to the Village.

4  And people would simply love to go to that cafe and hang out

5  and drink their coffee, and mainly people would go there

6  late at night.

7  Q    Where was the cafe in relation to the prime minister of

8  Israel's home?

9  A    I would say it's about 150 to 200 yards, the distance

10  from the prime minister's home.

11  Q    Where is Cafe Moment in relation to your office?

12  A    I'd say no more than about half a mile.

13  Q    Were you at the office at the time of this particular

14  attack?

15  A    No, I wasn't in my office.  It occurred at a late hour

16  at night.

17  Q    Did you go to the scene of this particular attack?

18  A    Yes.

19  Q    Can you give us an estimate approximately how long it

20  took you to get to the scene following the attack?

21  A    I would say it's approximately -- it took me

22  approximately, 20 minutes, half hour tops, not more than

23  that.

24  Q    Let's work on your slide for just a minute and identify

25  some of these individuals that you determined were involved

1    in this particular terror attack on behalf of Hamas.

2              First of all, was Wisam Abbasi, what role did

3    Abbasi play in this attack?

4    A    He is at the right hand of the picture and he was a

5    member of the simple.  His role was to locate the cafe in

6    Jerusalem where they will carry out the attack.

7    Q    And what was the role of Walid Anjas?

8    A    Walid Anjas.  Yes, he was an operative a Hamas

9    operative from he was the person who dispatched the suicide

10   bomber from Ramallah to Jerusalem.  And he was the person

11   who authorized, who actually attended the decision regarding

12   the location of the attack.

13   Q    And going back over to the right-hand side of the

14   screen, Wa'el Qassam, what was Qassam's role in this

15   particular terrorist attack?

16   A    Wa'el Qassam was a military leader of Hamas in

17   Jerusalem at that time of the Hamas military wing.  He was

18   the person who choose the place where to perpetrate the

19   attack.  He was the person who had dispatched the suicide

20   bomber and even led him very close to the cafe, just a few

21   yards, and then he pointed at the place where he should

22   explode himself.

23   Q    Moving across to the center, Abdullah Barghouti.  In

24   your interview with Barghouti did you have an opportunity to

25   talk face-to-face with him about the terrorist attack at

R. SHAKED - DIRECT/MR. TURNER                1110

1  Cafe Moment?

2  A    Yes.

3  Q    And during the course of your investigation were you

4  able to determine from the various sources that you

5  cross-referenced what the source of the bomb was; in other

6  words, was it in a guitar, a computer like the other ones or

7  how was it delivered?

8  A    This time the bomb was in explosive belt that was on

9  the body of the suicide bomber.

10  Q    Moving across to the left again, Muhammad Arman.  What

11  role was Muhammad Arman in this particular terrorist attack?

12  A    Muhammad Arman who was an operations officer, a key

13  operative of Hamas in Ramallah.  He was the person who had

14  fitted the explosive belt on the body of the suicide bomber.

15  Q    And finally up at the top, Ibrahim Hamed.  We've seen

16  his picture before.  You told us who he was in general.

17  What role did you find that he played in the Cafe Moment

18  terrorist attack?

19  A    Yes.  In this case he was very much involved in the

20  recruiting of the suicide bomber, not just the recruiting,

21  but he was the one who coordinated this activity between the

22  different cells, and he was the person who provided

23  instruction and direction on how to carry out this attack.

24  Q    On this particular attack did you have access to

25  information from the Israel Security Agency, the ISA report

R. SHAKED - DIRECT/MR. TURNER                1111

1   describing this attack?

2   A    Yes, I did have access.

3          MR. TURNER:  Your Honor, 3811 is already in

4   evidence.  May we post the page pertaining to this attack?

5          THE COURT:  You may.

6   Q    Did the ISA identify the same suicide bomber that you

7   were able to identify?

8   A    Indeed so.

9   Q    Now, the ISA indicated that this young man that carried

10  out the suicide attack was a resident of a refugee camp born

11  originally in Bethlehem.  Was that consistent with your

12  investigation?

13  A    Yes, this is in line with -- these details are in line

14  with my investigation.

15  Q    And did the ISA likewise identify individuals that you

16  likewise identified as operatives in this particular attack?

17  A    Indeed, yes.

18  Q    Was this piece of information from the government

19  important to you in reaching your conclusion?

20  A    Yes, it is important to me.

21         MR. TURNER:  Can you please show the witness only

22  3511.

23  Q    Do you recognize 3511?

24  A    Yes.

25  Q    Does this come from an agency or branch of the

R. SHAKED - DIRECT/MR. TURNER                1112

1    Government?

2    A    Yes, it is from prime minister's office.

3    Q    Is this one of the pieces or sources of information

4    that you were able to use as a crosscheck method to ensure

5    your information was accurate?

6    A    Yes.

7          MR. TURNER:  Can you show the witness 3484,

8    please.

9    Q    Do you recognize this from the Israel Ministry of

10   Foreign Affairs?

11   A    I recognize it.

12   Q    Is this again one of those sources that you used to

13   crosscheck the accuracy of your investigation?

14   A    Yes, this is an additional cross-referencing source.

15          MR. TURNER:  Would you please show the witness

16   3485, please.

17   Q    Do you recognize 3485?

18   A    I do.

19   Q    What is 3485?

20   A    This is an expert opinion by a police expert who

21   checked the findings found in the scene after the attack.

22          MR. INGERMAN:  Objection, your Honor.

23          THE COURT:  Overruled.

24   Q    And is this similar to the police investigation reports

25   carried out in the ordinary course of business that you

R. SHAKED - DIRECT/MR. TURNER                    1113

1   referred to earlier?

2   A    Yes, it is like other police reports.

3   Q    And were you able to use the information you found in

4   this police report to crosscheck other information you

5   learned from Barghouti and from the claim of responsibility

6   in the other investigation sources to confirm your

7   conclusions?

8            MR. INGERMAN:  Objection to form.

9            THE COURT:  Overruled.

10  A    Yes.

11           MR. TURNER:  We offer 3485.

12           THE COURT:  Where did you get this document?

13           THE WITNESS:  Within the framework of my

14  journalistic work, I used to receive different documents

15  from the police, from the ISA, from the Ministry of Foreign

16  Affairs, from the prime minister's office, among others.

17  There were also documents from the police that were open

18  sources.

19           THE COURT:  All right.  Same objection?

20           MR. INGERMAN:  Yes, your Honor.

21           THE COURT:  All right.  It's overruled.  The

22  document is received.

23           (Plaintiff Exhibit 3485 was admitted into

24  evidence.)

25  Q    And finally, with respect to the Cafe Moment terrorist

R. SHAKED - DIRECT/MR. TURNER                    1114

1    attack, 3336 is already in evidence.  That is the sentencing

2    record of Abdullah Barghouti.  Were you present in the

3    courtroom that day?

4    A    Yes, I was present at the court during the reading of

5    the sentence.

6    Q    And did the conviction records as well as what you

7    heard in the courtroom that day help you confirm the facts

8    surrounding the bombing attack at Cafe Moment in Jerusalem?

9    A    Yes, they helped me.

10   Q    Did you have an opportunity to investigate the Park

11   Hotel suicide bombing that occurred on March 27, 2002?

12   A    Yes.

13   Q    Were you able to determine who the suicide bomber was

14   responsible for the terrorist attack at the Park Hotel?

15   A    Yes, I did.

16        MR. TURNER:  Can you put the slide up?  Is that

17   okay, your Honor?

18        THE COURT:  Yes.

19   Q    Who was the suicide bomber responsible for the

20   terrorist attack at the Park Hotel in 2002?

21   A    The name of the suicide bomber was Abd al-Baset Oden

22   and he was a resident of Tulkarem.

23   Q    Where is Tulkarem?

24   A    If you remember the map of Israel, Tulkarem is in the

25   center of Israel, about a 11 miles, perhaps a little more,

R. SHAKED - DIRECT/MR. TURNER                    1115

1   from the seashore.

2   Q    Where was the Park Hotel located?

3   A    Park Hotel, it is in the center.  The hotel is in the

4   center of the city of Netanya, which is very close to

5   Tulkarem.

6   Q    Now, in order to understand the background of this

7   particular bombing, can you describe the Park Hotel and the

8   events that were going on at the time of the Park Hotel

9   attack?

10  A    As I said, it happened in the resort town called

11  Netanya.  This is a relatively large hotel.  And that

12  evening, many Israelis gathered there to celebrate Passover,

13  which is a festive dinner.  This is one of the most

14  important events in the Jewish calendar in which people

15  gather together to eat and celebrate.

16         At that night, many of the people in the hotel

17  were elderly people Holocaust survivors who did not have

18  families, and they came together to celebrate the Passover

19  with friends or with other people like them.

20         Dinner started at 7:30.  Everybody was of course

21  well-dressed, festive dresses, and the dinner was also

22  festive, the kind of food was also festive.

23         MR. SHAND:  Your Honor, may we approach for a

24  moment?

25         THE COURT:  Yes.

1116

1        (Continued on the next page for sidebar.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

SIDEBAR CONFERENCE                    1117

1          MR. STEPHENS:  This testimony is being given as if
2     he has personal knowledge of all of this.
3          THE COURT:  I didn't get an objection to the
4     question.
5          MR. STEPHENS:  I'm actually trying to talk about
6     the whole procedure here where instead of the question being
7     in your opinion or something like that, he is just telling
8     about everybody was well dressed at a hotel he wasn't even
9     at.
10          THE COURT:  Mr. Stephens, I can't really respond
11     to that.  I can sustain or overrule questions to
12     objections -- sustain or overrule objections to questions.
13     I can't operate thematically.  So if there's a problem with
14     a question, let me know.  If an answer is not responsive to
15     a question, let me know.  Other than that, I can't help you.
16          I will say -- no, I won't say.  Let's go and
17     continue with the questioning.
18               (End sidebar conference.)
19               (Continued on the next page.)
20
21
22
23
24
25

SHAKED - DIRECT - TURNER                 1118

1          MR. TURNER:  May I continue?

2          THE COURT:  You may.  Let's get on to more

3    particulars.

4          MR. TURNER:  Did you finish interpreting the

5    answer?

6          THE INTERPRETER:  I did.

7    BY MR. TURNER:

8    Q    Now, before we go into the sources of information for

9    this particular suicide attack, I want to talk about your

10   slide and some of the people that you were able to identify

11   as part of your investigation that were involved in this

12   terror attack.

13         But before we do that, were you able to determine

14   whether Odeh, the suicide bomber, was acting alone or

15   whether he was acting for Hamas in carrying out this attack?

16   A    Abdel-Basset Odeh acted on behalf of Hamas in the name

17   of Hamas and as a member of Hamas.

18   Q    Now, on the right of your slide, Muhanad Sharim.  What

19   was his role in this particular attack?

20   A    Muhanad Sharim was a Hamas activist in Tulkarem.  And

21   he provided logistic support for this operation.

22   Q    How about Fathi Khasib?

23   A    Fathi Khasib was a Hamas operative, and he was a driver

24   who took the suicide bomber to the site of the attack.

25   Q    And during the course of your investigation, were you

SHAKED - DIRECT - TURNER                    1119

1   able to determine how Odeh, the suicide bomber, managed to

2   get into the hotel and in the midst of the crowd that was

3   celebrating the Passover?

4              MR. INGERMAN:  Objection, your Honor.

5              THE COURT:  Sustained.

6   BY MR. TURNER:

7   Q    During the course of your investigation, were you able

8   to determine facts that demonstrated how Odeh was disguised?

9   A    Yes.

10  Q    What did you learn?

11  A    Yes.  Odeh was disguised as a woman.  He wore blue

12  tight jeans, women's jeans, high-heeled shoes, a brown shirt

13  and a brown woman's jacket.  He wore a wig.  He shaved and

14  he made up as a woman.  He had makeup.  And he carried a

15  woman's bag on his shoulder.

16  Q    And were you able to determine as part of your

17  investigation what the delivery method of the bomb was?

18  A    Yes.

19  Q    And what did you learn?

20  A    Odeh was wearing an explosive belt.  It was sort of a

21  vest hidden under the brown jacket he was wearing.

22  Q    Were you able to determine who built the bomb as part

23  of your investigation?

24  A    Yes, I managed to do that.

25  Q    And what was that terrorist's name?

SHAKED - DIRECT - TURNER                    1120

1   A     His name was Muhanad Taher.  He was the commander of

2   Hamas in Nablus.  And he was the one who built the bomb.

3   Q     And were you able to determine who was the terrorist in

4   charge of planning and supervising the attack on Passover at

5   the Park Hotel?

6   A     Yes.

7   Q     And who was that person?

8   A     His name is Abbas Sayed.

9   Q     Were you able as part of your investigation to look

10  into the background of Abbas al-Sayed?

11  A     I did.

12  Q     And what did you learn about Abbas al-Sayed in terms of

13  his relationship to Hamas?

14  A     Yes.  Abbas al-Sayed joined when he was a high school

15  student, the Muslim Brotherhood.  And when he was studying

16  in Jordan, he joined Hamas.  In the beginning, he was in a

17  political role, a spokesperson.  He also used to preach in

18  mosques.  But when the Intifada started, he became the

19  military commander of Hamas in Tulkarem.

20  Q     Based on your investigation, were you able to determine

21  whether Abbas al-Sayed was a secretive operative of Hamas or

22  whether he was a public figure?

23  A     As a spokesperson for Hamas, it couldn't be secretive.

24  In Tulkarem people knew him.  I would say that many of the

25  residents of Tulkarem knew him.  They heard him preaching in

SHAKED - DIRECT - TURNER                    1121

1    mosques.  He appeared in many ceremonies with a green Hamas

2    bandana on his forehead.  So it was absolutely clear that he

3    was from Hamas.

4            MR. TURNER:  Would you show the witness 3544,

5    please.

6    BY MR. TURNER:

7    Q    Can you identify 3544?

8    A    Yes, I do.

9    Q    What is 3544?

10   A    This is an official announcement by Hamas, an official

11   claim of responsibility declaring that that explosion at

12   Park Hotel in Netanya was their act.

13   Q    And what is the source of 3544?

14   A    The source is the Internet Web site of the Hamas

15   Brigade, the military wave of Hamas.

16   Q    Is that the same Web site we've been referencing

17   throughout today?

18   A    Yes, indeed.

19           MR. TURNER:  We offer 3544.

20           THE COURT:  Same objection?

21           MR. STEPHENS:  Yes.

22           THE COURT:  Received over objection.

23           (Plaintiffs' Exhibit 3544 received in evidence.)

24           MR. TURNER:  Would you please put the English

25   translation over the screen.

SHAKED - DIRECT - TURNER                1122

1          Is that okay, your Honor?

2          THE COURT:  Yes.

3          MR. TURNER:  Can you blow up the picture for us,

4    please.

5    BY MR. TURNER:

6    Q    Do you recognize that individual?

7    A    Yes, I do.

8    Q    Who is that individual?

9    A    This is Abdel-Basset Odeh, the terrorist who exploded

10   himself at the Park Hotel in Netanya.

11   Q    Were you able during the course of your investigation

12   to determine any background information about Odeh?

13   A    Indeed, I found.

14   Q    What did you learn?

15   A    Yes.  What I learned was that as a young man, he was an

16   Hamas operative, perhaps for two years and maybe even a bit

17   more than that before the attack.  He had volunteered to

18   carry out the suicide bombing and he was wanted by the

19   Israeli authorities.  And everything which I learned was

20   that he had worked for a while in hotels in Netanya.

21          MR. TURNER:  Okay.  Could you back out of that,

22   please.

23   BY MR. TURNER:

24   Q    Now, were you able to crosscheck the validity of the

25   official claim of responsibility with the Israeli Security

SHAKED - DIRECT - TURNER                 1123

1   Agency investigation report?

2   A    Yes.

3          MR. TURNER:  Your Honor, may we display the

4   portion of 3811 already in evidence?

5          THE COURT:  Yes.

6   BY MR. TURNER:

7   Q    Did the ISA report relating to the investigation and

8   conclusions for the Park Hotel bombing confirm what you

9   found?

10  A    Yes.

11  Q    Now, did it also confirm -- and by "it," I'm referring

12  to the ISA report -- did it also confirm Muhanad Taher's

13  role in this particular attack?

14  A    Yes, indeed the report does mention the name of Muhanad

15  Taher and his role.

16  Q    And does it likewise mention Abbas al-Sayed?

17  A    Yes.  Abbas al-Sayed is also mentioned.

18  Q    I want to focus in on this one sentence for a minute.

19         Do you see where I'm reading?  I can't read it.

20         "The attack was directed by the Hamas military networks

21  in Tulkarem and Nablus, headed by Abbas al-Sayed and Muhanad

22  Taher.  Abbas al-Sayed, responsible for the attack from

23  Tulkarem, served as the Hamas military leader in the area.

24  Abbas al-Sayed admitted in his interrogation that he had

25  planned to execute the attack many months earlier, but his

Case 1:04-cv-02799-BMC-PK  Document 1184  Filed 11/07/14  Page 76 of 179 PageID #: 86869

1  plans were postponed."

2      Was that consistent, Mr. Shaked, with your

3  cross-reference sources of information?

4  A    Yes, indeed, this is a cross-reference for all the

5  other materials I have in which I have reached.

6  Q    Now, in addition to these sources of information

7  confirming Hamas' role in the Park Hotel attack, did you

8  likewise have access to a videotaped interviewed of one

9  Osama Hamden, a spokesperson from Lebanon on behalf of

10  Hamas?

11          MR. STEPHENS:  Objection.

12          THE COURT:  Just answer as to Osama Hamdan.

13  A    Yes, I did have access to watch it.

14          MR. TURNER:  Your Honor, at this point we'd like

15  to dim the lights and watch 3580, which is already in

16  evidence.

17          THE COURT:  Haven't we already seen it?  Do we

18  need to see it again?

19          MR. TURNER:  I'd kind of like to.

20          THE COURT:  I don't think that's a good enough

21  reason.

22          MR. TURNER:  I didn't think it would be, but I

23  thought I would try.

24          Can you show the witness only 3524, please.

25  BY MR. TURNER:

SHAKED - DIRECT - TURNER                     1125

1   Q    Do you recognize 3524, Mr. Shaked?

2   A    Yes, I do.

3   Q    What is 3524, in general?

4   A    This is the admission in which Abbas al-Sayed gave to a

5   police interrogator.  Parts of it are written in Hebrew and

6   other parts are in Arabic.

7   Q    And are you able to read both the Hebrew and the

8   Arabic?

9   A    The Arabic handwriting it would be a bit difficult for

10  me, but with a little bit of effort I will manage to do it.

11  Q    Now, is this one of the sources of information that you

12  had access to from the police files in reaching your

13  conclusions about Abbas al-Sayed in both Hamas and the Park

14  Hotel attack?

15  A    Yes, indeed so.

16          MR. TURNER:  Now, would you please show the

17  witness only 3553.

18  BY MR. TURNER:

19  Q    Can you identify 3553?

20  A    Yes, I do recognize.

21  Q    What is 3553?

22  A    Yes.  This is the ruling regarding four members, four

23  senior members, of the cell who participated in that terror

24  attack in the Park Hotel.

25          MR. TURNER:  Your Honor, we would offer 3553 as

SHAKED - DIRECT - TURNER                    1126

1    apostille convictions of these individuals.

2              THE COURT:  That's received over objection.

3              (Plaintiffs' Exhibit 3553 received in evidence.)

4              MR. TURNER:  May I have one moment?

5              THE COURT:  Yes.

6              (Brief pause.)

7              MR. TURNER:  Can we see you for one second?

8              THE COURT:  Yes.

9              (Sidebar conference.)

10             (Continued on the next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SIDEBAR CONFERENCE                    1127

1          MR. OSEN:  Your Honor ruled that the confession of
2   Abbas al-Sayed was admissible.
3          THE COURT:  I can't hear you.
4          MR. OSEN:  Mr. Ingerman may have put it on the
5   list.  We just wanted to make sure we didn't run afoul of
6   anything that he had raised.
7          THE COURT:  I see.
8          MR. OSEN:  So I just wanted to confirm before we
9   actually --
10          THE COURT:  Is this one of the documents you don't
11   think was in the expert report?
12          MR. INGERMAN:  I don't know what exhibit number
13   he's talking about.
14          MR. TURNER:  3511.  No, 3511.  3511 is the ISA
15   report.  3554.
16          MR. INGERMAN:  3554?
17          THE COURT:  Yes.
18          MR. INGERMAN:  That is one that I put on the list.
19          MR. OSEN:  Right.
20          THE COURT:  Okay.  So the objection is that
21   the -- the objection will be that the witness did not refer
22   to this document in his expert reports.  That a document
23   nevertheless has been ruled admissible, and I think it's for
24   cross-examination to say that the witness' only relying on
25   it for the first time today.

SIDEBAR CONFERENCE                    1128

1        So I will overrule that objection when it comes,

2   but I will note it.

3        MR. INGERMAN:  Okay.  We have our other objection

4   to these documents as well.

5        THE COURT:  Yes, of course.

6        MR. INGERMAN:  Thank you.

7        (End sidebar conference.)

8        (Continued on the next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SHAKED - DIRECT - TURNER                    1129

1           MR. TURNER:  May I proceed?

2           THE COURT:  You may.

3    BY MR. TURNER:

4    Q    Do you recognize 3554 which is before you?

5    A    Yes, I do.

6    Q    And what is 3554?

7    A    This is the sentencing that was issued by the district

8    court in Tel Aviv against Abbas Sayed.

9           MR. TURNER:  Your Honor, we offer 3554.

10          THE COURT:  All right.  That's received over

11   objection.

12          (Plaintiffs' Exhibit 3554 received in evidence.)

13          MR. TURNER:  First of all, may we go to the

14   document on the screen.

15          This particular part --

16          MR. INGERMAN:  Your Honor, objection.  It's not

17   the same exhibit.

18          THE COURT:  Oh.  Let's take it off the screen.

19          MR. TURNER:  Sorry.

20          THE COURT:  Right.  It's not the same exhibit.

21          MR. TURNER:  Do you not have that on the slide?

22   Just go back to the document.

23          THE COURT:  It may be the same exhibit.  Are you

24   sure it's not the same exhibit?

25          MR. INGERMAN:  It's not, your Honor.

1          THE COURT:  It's not just the English translation

2   of the conviction?

3          MR. OSEN:  It's not on the conviction.  It's the

4   interrogation, police report, which Mr. Shaked testified to

5   a few moments ago.

6          THE COURT:  You have to clean this up.  It's

7   confusing.

8          MR. TURNER:  I'll go back and start over.

9   BY MR. TURNER:

10  Q    All right.  Let's go back to 3554, which you should

11  have on your screen.

12         THE COURT:  I think you mean 3524.  That's the

13  confusion.

14         MR. TURNER:  I think we have 3554 on the screen.

15         THE COURT:  I think you do, but I think you want

16  3524.

17         MR. TURNER:  No, sir.  I think going to 3524 was a

18  mistake on the slide.  So I'm going back to start at 3554.

19         THE COURT:  Okay.  Go ahead.

20  BY MR. TURNER:

21  Q    Do you recognize 3554?

22  A    Yes, I do.

23  Q    And what is 3554?

24  A    This is the sentencing given to Abbas Sayed.

25  Q    Now, during the course of the sentencing records, were

SHAKED - DIRECT - TURNER                    1131

1    you able to -- as part of your investigation, were you able

2    to determine whether Abbas al-Sayed confessed as part of the

3    sentencing?

4    A    Abbas Sayed said that he does admit to all the details,

5    but he does not admit his guilt.  And from what I understand

6    from all the documents, indeed Abbas Sayed did plead guilty.

7    Q    Now we want to go back to 3524 -- if you'll put that in

8    front of you -- which is the police interrogation that we

9    looked at a moment ago.

10        Now, did you have an opportunity as part of your

11   investigation to compare al-Sayed's interrogation

12   investigation with the sentencing confession that he made?

13              MR. INGERMAN:  Objection.

14              THE COURT:  Overruled.

15   A    Yes, I did.

16   BY MR. TURNER:

17   Q    And were they consistent with one another?

18   A    Yes, they are consistent with each other.

19   Q    Including insofar as his role with Hamas was concerned?

20   A    Yes.

21   Q    And the Park Hotel?

22   A    Regarding Park Hotel as well.

23   Q    Now, 3524, which is the interrogation document in front

24   of you, have you seen these type government documents

25   before?

SHAKED - DIRECT - TURNER                    1132

1    A    Yes.

2    Q    Approximately, how many years have you been evaluating

3    these kinds of documents in your profession?

4    A    I can only tell you that I've been looking over these

5    kinds of documents since my very first years working in the

6    ISA.  And I still go over such documents today.  That means

7    I'm talking about 40 years and more than that.

8    Q    And do you recognize the government form?

9    A    Of course.

10   Q    Including the names included on 3524?

11   A    Yes.

12   Q    And the reference to the Park Hotel attack?

13   A    Yes.

14            MR. TURNER:  We offer 3524.

15            THE COURT:  That's received over objection.

16            (Plaintiffs' Exhibit 3524 received in evidence.)

17            MR. INGERMAN:  May we have a sidebar?

18            THE COURT:  Are you almost done with Park Hotel?

19            MR. TURNER:  Yes, sir.

20            THE COURT:  After I rule on this at sidebar, how

21   much more do you have on Park Hotel?

22            MR. TURNER:  One postcard.

23            THE COURT:  All right.  Let's have a sidebar.

24            (Sidebar conference.)

25            (Continued on the next page.)

SIDEBAR CONFERENCE                    1133

1          MR. INGERMAN:  Your Honor, this is an unapostilled

2    interrogation report for Mr. al-Sayed.  It doesn't mention

3    the Park Hotel by name.  It mentions some of the players.

4    And Mr. Shaked testified that he actually -- that Mr. Sayed

5    denied his guilt in the confession.

6          And it's hugely prejudicial because they are going

7    to point out in the slides that are coming that he

8    referenced money that he got in an Arab Bank account which

9    is in connection with a different operation other than the

10   Park Hotel.  We think it would be misleading, confusing to

11   the jury, and unfairly prejudicial among the other

12   objections of 801 and 901.

13         THE COURT:  Well, first of all, as to the 801,

14   I've held it's a declaration against interest.  As to the

15   901, I think the witness has testified that this document is

16   typical of the kinds of documents he's reviewed and has been

17   reviewing for over 40 years.

18         If it helps, you should ask him this question,

19   although I'm loathe to require it as we're spending a lot of

20   time on technicalities that are not furthering the search

21   for truth, but go ahead and ask him how do you know this is

22   real.  Ask him that question.  Then if you ask him that

23   question and I get a satisfactory answer, I will overrule

24   the 901 objection.

25         On the 403 objection, I do not think it's unduly

SIDEBAR CONFERENCE                    1134

1   prejudicial.  I think it is highly probative and because of

2   its probative value, I think the prejudicial impact is

3   outweighed.

4            So the objections are overruled.

5            (End sidebar conference.)

6            (Continued on the next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SHAKED - DIRECT - TURNER                1135

1              MR. TURNER:  May I proceed?

2              THE COURT:  You may.

3    BY MR. TURNER:

4    Q    Going back to 3524, Mr. Shaked, looking at this

5    document, how do you know this document is real or

6    authentic?

7    A    It includes all the necessary details starting with the

8    identity card number of the terrorist, Abbas Sayed, the

9    personal details of the officer who took the testimony, the

10   date, the place of the questioning, the format -- I

11   recognize the format of such documents, and of course the

12   reference to activities in which Abbas Sayed is accused.

13        In addition to that, there is a handwriting which you

14   can compare to other handwritten documents written by Abbas

15   Sayed.

16             THE COURT:  You maintain your offer?

17             MR. TURNER:  Yes, sir.

18             THE COURT:  It is admitted over objection.

19             MR. TURNER:  If we can move to the first slide.

20   May we use the presenter?

21             THE COURT:  Yes.

22             MR. TURNER:  This is the translated version.

23   BY MR. TURNER:

24   Q    Were you able to use this portion, Mr. Shaked, to

25   confirm Mr. al-Sayed's history with Hamas?

SHAKED - DIRECT - TURNER                    1136

1    A    Yes.

2    Q    And do you recognize the name Jamal Mansur?

3    A    Yes.

4    Q    And who was Jamal Mansur at the time?

5    A    Jamal Mansur was one of the heads of the Hamas

6    movement, one of its commanders in Nablus, and a member of

7    his senior leadership.

8    Q    And who was Khaled Mashal?

9    A    Khaled Mashal at the time was the head of the Political

10   Bureau of Hamas.  He was, in fact, the leader of the Hamas

11   movement.  And he dwelled in Damascus at the time.

12   Q    And of course Osama Hamdan we referenced earlier about

13   the CNN video, correct?

14   A    True.

15   Q    And the last two, al-Rantisi and Yusuf Ramallah, do you

16   recognize those two names?

17   A    Yes, I recognize the names.

18   Q    And were they involved with Hamas?

19   A    Both of them were top activists, very senior activists,

20   of Hamas.  One of them acted in the Gaza Strip and the other

21   one was in the West Bank.

22   Q    And is this another example of cross-referencing

23   information to confirm that al-Sayed was appointed as

24   representative of Hamas in Tulkarem?

25   A    Yes.

SHAKED - DIRECT - TURNER                    1137

1  Q    Let's go to the next slide, continuing on with this

2  same document, 3524.  There is a quote, "The money that I

3  paid for the weapons was transferred to my private bank

4  account in Arab Bank in Tulkarem.  This money was sent from

5  the USA to my account," end quote.

6       Did I read that correctly?

7  A    Yes.

8  Q    At the time of these events, approximately, what was

9  the population of Tulkarem?

10 A    I would estimate it at 22,000 to 26,000 residents.

11      MR. TURNER:  Now, if we could go to the next

12 slide, same document.  We should have one more slide.

13 That's okay.  All right.

14      Now, finally if you would, put before the witness

15 1090, page 25.

16 BY MR. TURNER:

17 Q    And I want to ask you a second about memorializations

18 and then we're done with the Park Hotel.

19      Do you recognize Exhibit 1090, page 25?

20 A    Yes, I do.

21 Q    Do you recognize the image?  If so, who is it?

22 A    I recognize the picture.  It says shahid al-Qassam,

23 which means the material member of the al-Qassam,

24 Abdel-Basset Odeh.

25      MR. TURNER:  We offer 1090, page 25.

SHAKED - DIRECT - TURNER                1138

1    MR. INGERMAN:  Same objection with respect to the

2    report, your Honor.

3    THE COURT:  I'm not going to admit the exhibit.  I

4    will allow it to be shown to the jury for demonstrative

5    purposes as part of the expert's opinion.

6    MR. TURNER:  Thank you, your Honor.  May we put it

7    up on the slide?

8    THE COURT:  Yes.

9    MR. TURNER:  This is 1090, page 25, for

10   demonstrative only.

11   BY MR. TURNER:

12   Q    Mr. Shaked, do you recognize the individual in the

13   photograph as the suicide bomber responsible for the Park

14   Hotel attack?

15   A    Yes, I recognize him.

16   Q    And can you interpret the Arabic?

17   A    It says first quoted in Arabic, "The shahid member of

18   al-Qassam, Abdel-Basset Odeh, who did the operation in

19   Netanya, the sacrifice operation of Netanya."

20   Q    And finally, did you also in addition to all of these

21   other sources of information, have an opportunity to

22   personally interview Abbas al-Sayed in prison?

23   A    Yes, did I interview him in jail.

24   MR. TURNER:  This is a good stopping point, your

25   Honor.

SHAKED - DIRECT - TURNER                    1139

1          THE COURT:  All right.  Ladies and gentlemen,

2   we'll take our lunch break.  We'll reconvene at 1:45.  Have

3   a good lunch.  Don't talk about the case.  Stay away from

4   any press coverage.  See you in an hour and five minutes.

5               (Jurors exit the courtroom.)

6          THE COURT:  Okay.  Recess till 1:45.

7               (Luncheon recess taken.)

8               (Continued on the next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SHAKED - DIRECT - TURNER                    1140

1        (Outside the presence of the jury.)

2             THE COURT:  Please bring in the jury.

3             (In the presence of the jury.)

4             THE COURT:  Be seated, please.

5                  Continue, Mr. Turner.

6             MR. TURNER:  Thank you, your Honor.

7  Q    Mr. Shaked, have you also had the opportunity to

8  investigate the suicide bombing at a place called the

9  Sheffield Club in Rishon, on May 7th, 2002?

10 A    Yes.

11            MR. TURNER:  Can we post the slide?

12            THE COURT:  You may.

13 Q    Were you able to identify the suicide bomber?

14 A    Yes.

15 Q    Who was the suicide bomber?

16 A    At the bottom of the picture, there's the picture of the

17 suicide bomber, Muhammad Muammar.

18 Q    Were you able to determine whether Muammar acted alone or

19 whether he was acting for Hamas?

20 A    Muammar acted for the Hamas, as member of Hamas, on

21 behalf of Hamas.

22 Q    Can you briefly tell us where the Sheffield Club was at

23 the time and what it was?

24 A    The Sheffield Club is located in a city called Rishon,

25 south of Tel Aviv, in an industrial zone.  It is a club to

SHAKED - DIRECT - TURNER                    1141

1   which different people come to spend some time in the wee

2   hours of night.  They drink there.  They play cards, different

3   table games.  They also play billiards, for example.  It is a

4   place to come, and have fun and enjoy one's self.

5   Q    Were you able to determine from your investigation how

6   many people were killed and how many reported injuries there

7   were in this suicide attack?

8   A    Yes.  Fifteen people got killed and about fifty injured.

9   Q    And based on your investigation, who built the bomb?

10  A    The bomb was built by the same terrorist we discussed by

11  the name of Abdulla Barghouti.

12  Q    The one you interviewed?

13  A    Yes, I interviewed him.

14  Q    And did you personally talk with him about this terrorist

15  attack as well?

16  A    Yes, I discussed the suicide bombing with him.

17  Q    In this particular attack, based upon your investigation,

18  how was the bomb disguised?

19  A    In this case, it was a relatively large explosive charge.

20  Some of it was hidden in a bag in which there were shampoo

21  bottles that the explosives were inserted into to; the other

22  part was in an explosive built in like other cases of

23  terrorist attacks.

24  Q    In discussions, including your conversation with

25  Barghouti, did you learn information about ball bearings and

NICOLE CANALES, CSR, RPR

SHAKED - DIRECT - TURNER                    1142

1   screws, things of that nature, in these bombs?

2   A    Yes.

3   Q    What did you learn?

4              MR. INGERMAN:  Objection, your Honor.

5              THE COURT:  Overruled.  Well, I'm going to sustain

6   that objection.

7              MR. TURNER:  So you understand that he cannot

8   answer?

9              THE INTERPRETER:  Yes.

10  Q    Mr. Shaked, during the course of your investigation of

11  these 24 attacks, and especially in the multiple attacks that

12  Barghouti, the bomb maker, was involved in, in your

13  interviews, were you able to determine a course, or pattern or

14  practice of Barghouti, including certain items in bombs for

15  maximum effect?

16             MR. INGERMAN:  Objection.

17             THE COURT:  Sustained as to form.

18  Q    Were you able to learn any information during your

19  investigation from Barghouti or any other source information

20  about the contents of bombs?

21             MR. INGERMAN:  Objection.

22             THE COURT:  Sustained.

23  Q    Now, you have two individuals on your chart, both by the

24  name of Abbasi.  Do you see those individuals in the lower

25  right-hand corner?

SHAKED - DIRECT - TURNER                    1143

1   A    Yes, I can see them.

2   Q    What role did each play in the attack in Rishon?

3   A    The first one was Wisam Abbasi.  He is a member in Hamas

4   organization.  He was the one to choose the Sheffield club as

5   the sight for the terror attack, whereas Ala Abbasi, on the

6   right-hand side of the picture, was an active member of Hamas.

7   He collected information about the target, which is the

8   Sheffield Club in Rishon.

9   Q    To the right and left of Abdulla Barghouti, on the right

10  side, there's Wael Qassam and Muhammad Arman.  Are those the

11  same two individuals we've seen previously in some of the

12  attacks?

13  A    Indeed, these are the same two that were involved in

14  previous terrorist attacks.

15  Q    Likewise, have we previously seen Ibrahim Hamed?

16  A    Yes, we did see Ibrahim Hamed was the senior commander of

17  Hamas in Ramallah.

18        MR. TURNER:  If you would only show the witness,

19  please, 3598.

20  Q    Do you recognize 3598?

21  A    Yes, I do.

22  Q    What is 3598?

23  A    This is the official claim of responsibility by Hamas for

24  the perpetration of the terror attack at the Sheffield Club.

25  Q    What is the source of 3598, please?

SHAKED - DIRECT - TURNER                    1144

1  A    The source is the Internet website of Qassam Brigade, the

2  military wing of Hamas.

3           MR. TURNER:  We would offer that into evidence,

4  your Honor.

5           THE COURT:  Same objection?

6           MR. INGERMAN:  Yes, your Honor.

7           THE COURT:  Received over that objection.

8           (Plaintiffs' Exhibit 3598 was received.)

9           MR. TURNER:  Let's go to the slide, if you would,

10  Mr. Miller, with the English version on it.

11           Is that all right, your Honor?

12           THE COURT:  Yes.  We're putting it up.

13  Q    Now, there are a couple of things that I would like to

14  talk to you about very briefly first off.

15           MR. TURNER:  First of all, if you could blow up the

16  lower paragraph, and let's talk about the description of the

17  attack for a moment.

18  Q    Take a moment and read that to yourself, if you would,

19  Mr. Shaked.  My question is, is that consistent with the other

20  information you were able to find during your investigation of

21  this terrorist attack?

22  A    Yes.

23           MR. TURNER:  Now, if you could back out of that,

24  Mr. Miller, and enlarge the first paragraph.  Starts

25  without -- no, go back to the exit right up there.

SHAKED - DIRECT - TURNER                              1145

1  Q    Now, this particular part of the official claim of

2  responsibility indicates that, without revealing their names,

3  in addition, some of their valiant brothers of al-Qassam

4  carried out many operations for which we did not claim

5  responsibility, at the time, due to difficult security

6  conditions.

7          Based on your investigation, can you explain what

8  that means in terms of security in Israel?

9          MR. INGERMAN:  Objection.

10         THE COURT:  The witness can state his understanding

11  of what it means.

12         THE WITNESS:  I understand there are cases in which

13  Hamas would not claim official responsibility as quickly as it

14  does in other cases, and that is for security reasons.  They

15  might not want to harm the family, or other perpetrators or

16  other people who are still alive and related to the case, to

17  this specific terror attack, and have not been arrested yet.

18  And this is why, for security reasons, they would delay the

19  publicity or the publication of this claim of responsibility.

20  Q    Now, the second sentence in this particular excerpt

21  indicates this official claim of responsibility was delayed

22  for five years.  Was that something that you saw from time to

23  time in investigating these 24 attacks, this type of delay?

24  A    Yes, I have seen something like that, but not five years.

25         MR. TURNER:  Now, your Honor, may I display 3811,

SHAKED - DIRECT - TURNER                    1146

1   which is in evidence, but only the portion that pertains to

2   the Rishon terrorist attack?

3         THE COURT:  Yes.

4   Q    Now, this is the ISA report or at least the portion of

5   the Israeli Security Agency report that provides information

6   about the Rishon terrorist attack; is that correct?

7   A    Yes.

8   Q    And did this information published by the ISA help you

9   cross-check the information you were finding from the other

10  sources, in terms of the identity of not only the suicide

11  bomber but some of the other participants in the attack?

12  A    Yes, it was of help to me.

13        MR. TURNER:  If you could show the witness only

14  3513, please.

15  Q    Do you recognize 3513?

16  A    Yes, I do.

17  Q    And what in general is 3513?

18  A    This is a statement, a document published by the

19  Premier's Office, in which it brings the statement made by the

20  ISA, exposing the terror infrastructure that carried out the

21  terror attacks in Rishon and also another place, and that was

22  on a street in Tel Aviv.

23  Q    Did 3513, likewise, assist you in cross-checking the

24  accuracy of the information you were finding?

25  A    Indeed, it is another source to cross-check reference.

SHAKED - DIRECT - TURNER                          1147

1  Q    Although we've already seen these and will not look at

2  them again, 3356 and 3658 are both already in evidence as

3  Apostille convictions of Barghouti and Muhammad Arman.  Did

4  those, likewise, assist you in your investigation, in trying

5  to determine whether Hamas was responsible for this terrorist

6  attack?

7  A    Indeed, so.

8  Q    Now, in addition to Barghouti, did you also have an

9  opportunity to personally interview Wael Qassam?

10 A    Yes, I interviewed Wael Qassam as well.

11 Q    In interviewing Wael Qassam, was that in prison?

12 A    Yes, I interviewed him when he was in prison.

13 Q    And did that interview, likewise, assist you in

14 confirming your conclusions?

15 A    Yes, it did help me confirm that evidence in the

16 materials that I already had.

17 Q    Now, in terms of memorialization, did you also have an

18 opportunity to review any information indicating that a

19 mourners' tent, a ceremonial mourners' tent, was prepared by

20 Hamas for this particular terrorist suicide bomber?

21 A    Yes, a mourners' tint was put up in memory of the suicide

22 bomber.

23 Q    Did you also have an opportunity to investigate the

24 bombing of Bus 32-A, near a place called Pat Junction, in

25 Jerusalem that occurred in June of 2002?

NICOLE CANALES, CSR, RPR

SHAKED - DIRECT - TURNER                    1148

1   A    Yes, I did.

2   Q    Were you able to determine who the suicide bomber was in

3   the Pat Junction Bus 32-A terrorist attack?

4   A    Yes.

5            MR. TURNER:  May we display the slide?

6            THE COURT:  Yes.

7   Q    Would you tell the ladies and gentlemen who the suicide

8   bomber was of Bus 32-A, near Pat Junction, in Jerusalem?

9   A    The suicide bomber was Muhammad al Ghoul, an MA student

10  at the University in Nablus.

11  Q    Were you able to determine whether al Ghoul was acting on

12  his own or whether he was acting for Hamas in carrying out

13  this terrorist attack?

14  A    Muhammad al Ghoul acted for Hamas, on behalf of Hamas, in

15  the name of Hamas.

16  Q    What role did Fahmi Mashahrah play in this particular

17  attack?

18  A    Fahmi Mashahrah lived in east Jerusalem, was an

19  operative, planned the attack and dispatched the bomber to the

20  bus stop where it was carried out.

21  Q    What role did Ramadan Mashahrah play?

22  A    Ramadan is Fahmi's brother.  They planned this attack

23  together as a family.  They're both members -- were both

24  members of Hamas.  They planned it together.  They decided

25  where it would be carried out.  They dispatched the suicide

SHAKED - DIRECT - TURNER                    1149

1   bomber together to the bus stop.

2   Q    What about Muhamad al-Taher?  What role did al-Taher play

3   in this particular attack?

4   A    Muhamad al-Taher is a senior commander of Hamas in

5   Nablus.  He was the one who recruited the suicide bomber to

6   carry out this attack.

7   Q    And, finally, Ali Anan?

8   A    Ali Anan is the Hamas commander in southern West Bank.

9   He is the person who actually put the explosive belt on the

10  suicide bomber, Muhamad al Ghoul, and coordinated the attack.

11  Q    So we understand where Pat Junction is, can you describe

12  for us very briefly where Pat Junction is within Jerusalem and

13  the significance of Bus 32-A?

14  A    It's -- Pat Junction is located between the center of

15  Jerusalem and a neighborhood called Gilo, which is populated

16  by middle to lower class people who are in need of public

17  transportation in order to go to work and especially students

18  and pupils going to school.

19  Q    During the course of your investigation, were you able to

20  determine anything about the suicide bomber, al Ghoul, in

21  terms of his relationship to Hamas and his prior activity

22  within Hamas?

23  A    Muhamad al Ghoul was an operative in Hamas, in the

24  University in Nablus.  Based on the details I was able to

25  gather, he had tried twice before to carry out the suicide

1    bombing but had been unsuccessful, and he succeeded the third

2    time.

3               MR. TURNER:  Show the witness only, please, 33611.

4    Q    Can you identify 3611?

5    A    Yes, I can.

6    Q    What is 3611, please?

7    A    This is the official claim of responsibility taken by Izz

8    al-Din al-Qassam.  They're taking responsibility for the bus

9    attack at Pat Junction in Jerusalem.

10   Q    What is the source of 3611?

11   A    It is the official Internet site of Izz al-Din al-Qassam,

12   the military wing of Hamas.

13   Q    Did this particular Exhibit, 3611, the official claim of

14   responsibility for this terrorist attack by Hamas, assist you

15   in concluding that Hamas was responsible?

16   A    Yes, it did help me to determine that Hamas is

17   responsible -- was responsible for the attack.

18               MR. TURNER:  We offer 3611.

19               THE COURT:  That's received over objection.

20            (Plaintiffs' Exhibit 3611 was received.)

21   Q    With respect to the ISA, were you able to review the

22   section of the ISA report pertaining to this particular

23   terrorist attack, which is previously been marked as 3811?

24   A    Yes, I reviewed that part of the ISA report regarding the

25   role of the suicide bomber in this attack.

SHAKED - DIRECT - TURNER                    1151

1  Q    Did that assist you in reaching your conclusion?

2  A    Yes, it helped me to draw my conclusions and to

3  cross-check my information.

4  Q    In addition the ISA report, did you also have access to

5  other government records, for instance, the conviction records

6  of the Mashahrah brothers?

7  A    Yes, I read the legal reports, and I followed the trial

8  of these two people.

9          MR. TURNER:  Could you show the witness only,

10 please, 3617?

11 Q    Do you recognize 3617?

12 A    Yes, I do.

13 Q    What is 3617?

14 A    Yes, this is the verdict of the military court that tried

15 Fahmi Mashahrah, one of the brothers.

16         MR. TURNER:  We offer 3617 as Apostille conviction

17 record of Fahmi Mushahrah.

18         THE COURT:  Received over objection.

19         (Plaintiffs' Exhibit 3617  was received in

20 evidence.)

21         MR. TURNER:  Show the witness, please 3647.

22 Q    Can you identify 3647?

23 A    Yes, I can.

24 Q    What is 3647?

25 A    This is a conviction of the other brother, whose name is

SHAKED - DIRECT - TURNER                    1152

1  Ramadan Mashahrah.

2  Q    And have you had an opportunity to review this conviction

3  record?

4  A    Yes.

5  Q    Were you actually in the courtroom the day of Ramadan

6  Mashahrah sentencing?

7  A    Yes, I was present in the courtroom.

8  Q    And was the terrorist required to allocute or stand up in

9  court and announce what he was guilty of?

10 A    Yes, he was -- the terrorist was asked to allocate and

11 confess to his crimes.

12 Q    Were you present to hear that confession?

13 A    I was present at the confession.

14 Q    And after the sentencing, did you obtain a copy of those

15 conviction records?

16 A    Yes, I got it from the clerk in the court.

17 Q    And was what you heard in the courtroom, what you heard

18 Ramadan Mashahrah say in the courtroom consistent with the

19 record you're now looking at on the screen?

20 A    Yes.

21         MR. TURNER:  We would offer 3647 as a non-Apostille

22 conviction record of Ramadan Mushahrah for this attack.

23         THE COURT:  Received over objection.

24         (Plaintiffs' Exhibit 3647  was received in

25 evidence.)

SHAKED - DIRECT - TURNER                    1153

1          MR. TURNER:  Show the witness, please, only 3645.

2    Q    Can you identify this Israel Ministry of Foreign Affairs

3    document?

4    A    Yes, I can identify it.

5    Q    Does this relate to the terrorist attack at Pat Junction

6    in Jerusalem?

7    A    It is, indeed.

8    Q    And in cross-checking the various sources of information

9    available, did this assist you in confirming that Hamas was,

10   in fact, responsible for this attack?

11   A    It did, indeed.

12         MR. TURNER:  Show the witness only, please, 3625.

13   Q    Can you identify 3625?

14   A    Yes, I can identify it.

15   Q    What is 3625?

16   A    This is the expert opinion of a police explosives' expert

17   who examined the findings at the site of the terror attack,

18   and this is the report on what he found.

19   Q    Is this the type of report that you've seen over the past

20   30 years?

21   A    Yes, this document is very similar to other documents

22   that I have seen.

23   Q    What is the source of this particular document?

24   A    The source is the Israel police.

25   Q    Did this document assist you in cross-referencing the

SHAKED - DIRECT - TURNER                    1154

1   various factual pieces of information you found during the

2   course of your investigation, linking Hamas to this terrorist

3   attack?

4   A    Yes, it did help me.

5   Q    Is this sometimes referred to in Israel as a SAPA

6   (phonetic) report?

7   A    Yes, it is.

8             MR. TURNER:  We offer 3625.

9             THE COURT:  All right.  Received over objection.

10            (Plaintiffs' 3625 was received in evidence.)

11            MR. TURNER:  Show the witness only, please, 3613.

12  Q    In addition to these other sources of information, did

13  you, likewise, in this particular case, have access to a will

14  of the suicide bomber prepared prior to the terrorist attack?

15  A    Yes, I saw and read the will of the suicide bomber.

16  Q    And in the will itself, there is an image.  Were you able

17  to identify the image?

18  A    Yes, I can identify that image.

19  Q    Who is the photograph of?

20  A    It is a picture of the suicide bomber Muhammad al Ghoul.

21  Q    What is the source of the will?  Where did you get it?

22  A    The will was published on the official site of Hamas on

23  the Internet.

24  Q    Did this information assist you in determining that

25  al Ghoul was, in fact, the suicide bomber responsible for the

SHAKED - DIRECT - TURNER                    1155

1  deaths and injury at this particular terrorist attack?

2  A    Yes, it did help me.

3            MR. TURNER:  We offer 3613.

4            MR. INGERMAN:  You've already excluded that,

5  your Honor.

6            THE COURT:  I think I did.

7            MR. TURNER:  Show the witness only, please, 3636.

8  Q    Can you identify 3636 as specifically the person in the

9  image?

10 A    Yes, I can, and I can identify the person who appears in

11 the picture.

12 Q    And does this relate to the Bus 32-A bombing at Pat

13 Junction?

14 A    Yes, it was related to the bus at the Pat Junction.

15 Q    And does this relate in any way to Hamas, and, if so, how

16 do you know that?

17 A    This is a picture of Muhammad al-Taher, the commander of

18 Hamas, in Nablus, whom I'm familiar with.  It says it also on

19 the picture.  Around him are pictures of terrorists for whom

20 he built bombs, and this is in order to glorify his name, as

21 it were.  And there's also a picture of the terrorist who blew

22 up the bus at the Pat Junction.

23 Q    Is this one of the memorialization-type materials or

24 sources of information that assisted you?

25 A    Yes, this is, indeed, a memorialization material related

NICOLE CANALES, CSR, RPR

SHAKED - DIRECT - TURNER                    1156

1   to Hamas.

2   Q    Did you have an opportunity to investigate the bombing

3   that took place at Hebrew University in July of 2002, at

4   something called the Frank Sinatra student cafeteria in

5   Jerusalem?

6   A    Yes, I did investigate the terror attack that was carried

7   out in the Frank Sinatra cafeteria at Hebrew University in

8   Jerusalem.

9   Q    Were you able to determine the responsible party or at

10  least some of the responsible parties involved in this

11  terrorist attack?

12  A    Yes, Hamas was responsible for this terror attack, and

13  based on my finding, there were a number of people who were

14  connected with this terror attack.

15           MR. TURNER:  May we display the side?

16  Q    How many people were killed in this particular terror

17  attack at Hebrew University?

18  A    Nine students and university faculty were killed in this

19  terror attack.

20  Q    And how many were reported to be injured?

21  A    There were about 70 people injured as a result of the

22  explosion.

23  Q    Now, your slide has three individuals at the bottom.

24  First of all, the two Abassi names, what roles did they play

25  in this particular attack?

SHAKED - DIRECT - TURNER                    1157

1  A    If we go from left to right, we have Muhammad Abassi.  He

2  worked in the university, and he was a Hamas operative, and he

3  chose the place where the terror attack would be carried out.

4          THE INTERPRETER:  Excuse me.  I would like to

5  correct.  He chose the place where to place the bomb.

6          THE WITNESS:  In the middle of the picture, we have

7  Allah Abbasi.  He was Hamas operative.  He collected the

8  intelligence on the target for the attack.

9  Q    What about Muhammad Odeh?

10 A    I mentioned Muhammad Odeh earlier.  I think you may be

11 referring to Wisam Abbasi --

12 Q    I'm sorry.

13 A    He was also among those who collected intelligence and

14 various details on the place where to place the bomb,

15 regarding the cafeteria.

16 Q    The three in the middle row we've seen on some of the

17 other attacks; Wael Qassam, Abdulla Barghouti, and Muhammad

18 Arman.  Were you able to determine during the course of your

19 investigation that these individuals were, in fact, involved

20 in this particular attack?

21 A    Yes, I could determine that those three were directly

22 related to the terror attack.

23 Q    Did -- your personal interviews of Barghouti and Qassam,

24 while they were in jail, did those assist you in reaching

25 conclusions about the perpetrators of this particular

NICOLE CANALES, CSR, RPR

1  terrorist attack and Hamas' role?

2  A    Yes, in the interviews I conducted with them, they told

3  me about it, and that was a great help to me when I came to

4  cross-check it and to reach my conclusions.

5           MR. TURNER:  You might pull that microphone a little

6  bit closer.

7           THE INTERPRETER:  Sorry.

8  Q    Tell us a little bit about Hebrew University and the

9  Frank Sinatra cafeteria.  Where is that located, and why is

10  this particular place significant in terms of attacks like

11  this?

12  A    The cafeteria -- the Frank Sinatra cafeteria is in a very

13  central place at the University of Jerusalem.  It is the

14  central cafeteria where I myself have been dining daily for

15  the past four years.  There are many students who go there not

16  only to eat but also to meet one another and spend time.  It

17  is a relatively large place that is always crowded around

18  lunchtime, which is the time they go and have their lunch, not

19  just students but also teachers and professors.  This is also

20  a central meeting point for students.

21           MR. TURNER:  Would you show the witness only, please

22  3676.

23  Q    Can you identify 3676?

24  A    Yes.

25  Q    What is 3676, please?

NICOLE CANALES, CSR, RPR

SHAKED - DIRECT - TURNER                    1159

1    A    This is the written official claim of responsibility made

2    by Hamas for the terror attack at the Hebrew University in

3    Jerusalem.

4    Q    How do you know this is from Hamas?

5    A    Because it has the insignia of Hamas.  It has the

6    official logo of Hamas.  It has the special language used by

7    Hamas, including slogans of Hamas.  And according to my

8    experience and what I read in other statements and claims of

9    responsibility, Hamas documents I conclude that this is,

10   indeed, Hamas.

11   Q    How did you first personally receive this particular

12   claim of responsibility?

13   A    I think it was three-and-a-half hours after the attack.

14   When I returned from the Hebrew University to my office in the

15   center of town, my secretary handed it over, this document

16   that arrived by fax.

17   Q    And were you able to identify the fax number that it came

18   from?

19   A    No, I couldn't.

20   Q    And did you subsequently learn any additional information

21   confirming Hamas' role in this particular attack?

22   A    Indeed, I did receive many more documents and testimonies

23   that prove that this was an act done by Hamas.

24   Q    One of the sources of information would be conviction

25   records.  Did you have access in this particular case to

Sidebar                                                    1160

1   conviction records relating to the Sil Won (phonetic) cell for

2   this particular attack?

3              MR. INGERMAN:  Your Honor, may we approach?

4              THE COURT:  Sure.

5              THE WITNESS:  Your Honor, may I go to the bathroom

6   for a minute?

7              THE COURT:  The answer is yes.  I guess you can't

8   wait 20 minutes.

9              THE WITNESS:  I'll wait.  Thank you.

10         (Sidebar held outside the presence of the jury.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sidebar                                      1161

1          MR. INGERMAN:  Your Honor, with respect to 3676, I

2    think they put the cart before the horse there.  I thought he

3    was going to be able to authenticate it in some way.  He

4    couldn't.  The testimony to the jury was that he saw an

5    official claim of Hamas, and I'd ask that that testimony be

6    struck.

7          THE COURT:  Well, they haven't moved the exhibit in.

8          MR. INGERMAN:  I agree with that, which is why it

9    shouldn't have been read in before authentication.

10          THE COURT:  I don't think he read it in.  He

11   described it generically as official claim of responsibility

12   by Hamas.  I don't think he read a part.

13          MR. INGERMAN:  No, but -- the description was

14   official that he provided, left the jury with the

15   understanding that it was an official claim of responsibility

16   by Hamas.

17          THE COURT:  I think the jury understands that he is

18   basing his opinion on something that he considers to be an

19   official statement of responsibility from Hamas, that has not

20   been moved into evidence.  It's been testified to as part of

21   the basis for his opinion, and I think it's okay for an expert

22   to do that, so I'll overrule the objection.

23                    (Sidebar concluded.)

24

25

NICOLE CANALES, CSR, RPR

1162

1    (In the presence of the jury.)

2       THE COURT:  All right.  Ladies and gentlemen, we're

3  going to take our afternoon break now.  We will reconvene at

4  five minutes to 3:00.  You know not what to talk about.  So

5  we'll see you in 15 minutes.  Thank you very much.

6          (Outside the presence of the jury.)

7       THE COURT:  Five to 3:00.

8             (Recess in proceedings.)

9       (Proceedings continued on the following page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

R. SHAKED - DIRECT/MR. TURNER          1163

1          (Honorable Brian M. Cogan takes the bench.)

2          THE COURT:  Jury please.

3          (Jury is in the courtroom at 2:57 p.m.)

4          THE COURT:  Be seated.  Continue, Mr. Turner.

5          MR. TURNER:  Thank you, your Honor.

6    DIRECT EXAMINATION (Continued)

7    BY MR. TURNER:

8    Q    I believe when we broke, Mr. Shaked, we were talking

9    about Exhibit 3592, which is already in evidence.  It is the

10   conviction records of associated with the Silwad cell which

11   included the Hebrew University bombing.  Are you familiar

12   with that fact?

13   A    Yes.

14   Q    And did those conviction records affirm for you your

15   conclusions that Hamas was responsible for the terrorist

16   attack at Hebrew University in the Frank Sinatra Cafe?

17   A    Yes, they do assist me in making this determination.

18   Q    Did you have an opportunity to investigate the bombing

19   on Bus Number 4 Allenby in Tel Aviv that occurred on

20   September 19, 2002?

21   A    Yes.

22   Q    And were you able to identify the suicide bomber on

23   Bus 4?

24   A    Yes.

25          MR. TURNER:  May we display the slide?

1           THE COURT:  Yes.

2    Q     Who was the suicide bomber?

3    A     Hi name is Iyad Raddad.

4    Q     Were you able to determine whether or not Raddad was

5    acting on his own or working for Hamas when he carried out

6    the terrorist attack Bus Number 4 Allenby Street?

7    A     No, he was not on his own, he operated on behalf of

8    Hamas, for Hamas, as a member of Hamas.

9    Q     So that we have an understanding of Allenby Street, can

10   you please describe for us back in 2002 what Allenby Street

11   was in Tel Aviv and the significance of Bus Number 4?

12   A     Allenby Street is the center street in Tel Aviv leading

13   from north to south.  It is an extremely crowded street.  It

14   is a center for shopping, restaurants and entertainment.

15   Right next to where the explosion took place, there is also

16   a synagogue.  The attack took place in the junction of

17   Voltribe (phonetic) Boulevard and Allenby Street.  This is a

18   very, very central junction in Tel Aviv.  I could compare it

19   to the 5th Avenue and 42nd Street of New York, it is the

20   very hub of Tel Aviv.

21   Q     Now, you've got four individuals shown on the slide

22   depicting the terrorists involved in this particular attack.

23   Again, beginning at the top, we already talked about the

24   suicide bomber at the bottom, beginning at the top, Ibrahim

25   Hamed.  Is that the same gentleman that we've seen in a

1  number of other attacks?

2  A    Indeed, it is the same Ibrahim Hamed, a senior Hamas

3  commander in the West Bank in Ramallah.

4  Q    And what about Hasnin Rumana, what role did he play in

5  Hamas?

6  A    Hasnin Rumana was a senior Hamas member.  He was the

7  military commander of Hamas.  He was the liaison between

8  Mahmoud Sharitah, the third one that appears in the slide,

9  and he was the one that connected between the higher

10  headquarters of Hamas and had a key role in this terror

11  attack.

12  Q    And what was Sharitah's role in this terror attack?

13  A    He was a senior member of Hamas.  He was a student in

14  the largest university of the West Bank.  He did not reside

15  in Ramallah, which is located south of West Bank.  He was

16  the one who recruited and dispatched the suicide bomber to

17  perpetrate the attack in Tel Aviv.

18       MR. TURNER:  Show the witness only, please, 3694.

19  Q    Can you identify 3694, sir?

20  A    Yes, I do.

21  Q    What is 3694?

22  A    This is the official claim of responsibility by Hamas

23  for the terror attack on Allenby Street in Tel Aviv.

24  Q    What is the source of 3694?

25  A    It is the official internet website of Hamas.

R. SHAKED - DIRECT/MR. TURNER                1166

1        MR. TURNER:  We offer 3694.

2        THE COURT:  All right.  Received over objection.

3        (Plaintiff Exhibits 3694 was admitted into

4   evidence.)

5   Q    In addition to the official claim of responsibility,

6   did you have access to the Israel Security Agency report

7   reporting the details of the investigation surrounding this

8   particular attack in Tel Aviv?

9   A    Yes, I did have access to that.

10       MR. TURNER:  May we display 3811, which is in

11   evidence, but only the portion pertaining to the Allenby

12   Attack?

13       THE COURT:  Yes.

14   Q    The ISA report, Mr. Shaked, indicates that Raddad was,

15   in fact, the suicide bomber.  Is that, in fact, consistent

16   with your findings?

17   A    Yes, this is consistent with my findings.

18   Q    It also indicate that Raddad was originally from Jordan

19   and was the age 23.  Is that consistent with what you found?

20   A    Yes, I did confirm that.

21   Q    The terrorist Sharitah's name is also referenced in

22   this particular report.  Is that consistent with your

23   findings?

24   A    Indeed, sir.

25   Q    Now, let's go to --

R. SHAKED - DIRECT/MR. TURNER                 1167

1        MR. TURNER:  Show the witness only, please, 3692.

2    Q    Can you identify 3692?

3    A    Yes, I can.

4    Q    Can you generally describe what 3692 is, please, sir?

5    A    This document is a document issued by the police

6    laboratory, which examined the findings in the scene and

7    brought those findings that actually informed them about the

8    materials used by the terrorist in order to build the bomb.

9    Q    Did 3692 assist you in reaching your conclusions that

10   Hamas was, in fact, responsible for this particular attack?

11   A    Yes, the findings did assist me.

12   Q    And what is the source of 3692, what agency does that

13   come from in the government in Israel?

14   A    The entity examining such cases is the Israel police.

15   It came from the forensic department of the Israel Police.

16        MR. TURNER:  We offer 3692.

17        THE COURT:  All right.  Received over objection.

18        (Plaintiff Exhibit 3692 was admitted into

19   evidence.)

20        MR. TURNER:  Would you show the witness, please,

21   3513.

22   Q    Can you identify 3513?

23   A    Yes, I can.

24   Q    What is 3513?

25   A    This is a report issued by the prime minister's office

R. SHAKED - DIRECT/MR. TURNER                1168

1   which described two terrorist attack after they were

2   uncovered and after the cell that perpetrated them was

3   uncovered.  One of them was the attack on Allenby Street in

4   Tel Aviv.

5   Q    Did this likewise assist you in confirming and

6   crosschecking the information to make sure that it was

7   accurate?

8   A    Yes, it did help me crosscheck the information.

9   Q    Now, in addition to these other sources, did you also

10  have available to you conviction records for people

11  associated with the Allenby attack?

12  A    Yes, I did.

13         MR. TURNER:  Can you please show the witness 3686.

14  Q    Can you identify 3686?

15  A    Yes, I can.

16  Q    What is 3686?

17  A    This is Mahmoud Sharitah.  He is the person who

18  dispatched the suicide bomber to the attack.  I'm sorry,

19  this is the verdict.  Sorry.  This is the verdict of Mahmoud

20  Sharitah, the person who dispatched the suicide bomber to

21  the attack.

22  Q    With Sharitah, did he confess, according to these

23  records, or did he plead guilty, what happened in this court

24  proceeding?

25  A    Sharitah indeed confessed to his action and it was

R. SHAKED - DIRECT/MR. TURNER                    1169

1    based on that confession that he was convicted.

2            MR. TURNER:  Your Honor, we offer 3686, which is

3    the Apostilled conviction record of Sharitah.

4            THE COURT:  All right.  It's received over

5    objection.

6            (Plaintiff Exhibit 3686 was admitted into

7    evidence.)

8    Q    Now, in addition to -- let me back up one second.  We

9    were looking at the ISA report and there was a reference to

10   the fact that Raddad was originally from Jordan.  Is that

11   significant in terms of timing of the reporting of this

12   particular attack by Hamas?

13   A    Yes, because the claim of responsibility by Hamas,

14   which included the name of Raddad, was issued five years

15   after the Allenby bombing.

16   Q    Now, in addition to conviction records, did you also

17   have access to conviction records of Ibrahim Hamed at some

18   point in time?

19   A    Yes, I did have access.

20   Q    Did those records likewise assist you in either way,

21   either confirming or rejecting the notion that Hamas was

22   responsible for the Allenby attack?

23   A    Yes, it helped me.

24   Q    Now, did you also have an opportunity to investigate a

25   shooting attack on Route 60 that occurred in January of

R. SHAKED - DIRECT/MR. TURNER                    1170

1  2003, that resulted in two people being injured?

2  A    Yes, I did investigate that.

3  Q    And were you able to, through the course of your

4  investigation, identify the terrorist involved in this

5  particular ambush?

6  A    Yes, I was able to identify the two shooters.

7           MR. TURNER:  May we display the slide?

8  Q    During the course of your investigation, Mr. Shaked,

9  who did you identify as the shooters involved in this

10 particular attack?

11 A    At the bottom of the page we can see the pictures and

12 names of Yasser Hamad and Farah Hamad, who were shooters,

13 and they're both members of the Silwad cell.

14 Q    And during the course of this investigation, were you

15 able to determine whether the shooters carried out this

16 ambush or attack on their own or by and for Hamas?

17 A    The attack was carried out for Hamas, by Hamas

18 operatives and directed by Hamas headquarters.

19 Q    Would you describe for us Route 60, where it's located

20 and what route or route that particular road provides access

21 to within the West Bank and Jerusalem area?

22 A    Highway 60 is the main longitudinal artery in the West

23 Bank.  It goes from north to south and branches off in

24 various places in the east and to the west.  It leads to

25 various village, towns and cities.  It is also the road that

R. SHAKED - DIRECT/MR. TURNER          1171

1   the settlers mainly use when travelling from Jerusalem to

2   the north or to the south.

3   Q    Let's go back to your slide for a minute and let's

4   focus on the lower group of photographs and the two people

5   on the end.  We've talked about the shooters.  What role did

6   Hamdan and Omar play in this particular attack?

7   A    We have to bear in mind that a shooting attack is

8   different than a suicide bombing; in such a case, more

9   people are involved, there are the shooters and other people

10  as well.  And so we have here on the right, Muayad Hamad,

11  and he was the get away driver.  He is the one that drove

12  the car away from the site of the attack and Khaled Omar on

13  the right, he was the commander, the planner of the

14  operation as it was carried out.

15  Q    What role did Hisham Hijazi play?

16  A    He was the commander that coordinated between the

17  headquarters and the cell.  He was the one that provided the

18  money and the weapons, and he also helped to plan the

19  operation.

20  Q    And how about Jesser Barghouti?

21  A    He was also senior commander in Ramallah.  He was a

22  field commander.  He obtained, supplied and transferred the

23  money and arms as well, and gave orders on how and what to

24  do.

25  Q    Now, Sayd Qasem and Ibrahim Hamed, who are shown at the

R. SHAKED - DIRECT/MR. TURNER                1172

1  top two levels, are those individuals that we already

2  discussed?

3  A    Yes, we've already discussed Ibrahim Hamed.  He was the

4  commander of the military wing of Hamas in the Ramallah

5  area.  And Sayd Qasem, who was his deputy, and he was his

6  operational officer as it were and oversaw the attack.

7  Q    And finally, Murad Barghouti.  What role did Murad

8  Barghouti play?

9  A    There were a number of terror cells operating in this

10  area the role of Barghouti, Murad Barghouti was to be the

11  liaison between the various cells, in order to -- in the

12  Ramallah area in order to advance terror.

13          MR. TURNER:  Would you please show the witness

14  3719.

15  Q    Can you identify 3719?

16  A    Yes, I did.

17  Q    What is 3719?

18  A    This is a document that tells the history of the cell

19  in the Ramallah area.  It is taken from the official website

20  of Hamas.

21  Q    And is the source of the document indicated on the

22  document?

23  A    Yes.  As you can see here on the source it says here

24  Izz ad-Din al-Qassam, the source appears in both English and

25  in Arabic.

R. SHAKED - DIRECT/MR. TURNER                 1173

1   Q    And did 3719 provide any information about the attack,

2   the shooting attack on Route 60 that occurred in January of

3   2003?

4   A    Yes, it does.

5   Q    Is this sometimes referred to as a special report?

6   A    Yes, this is indeed a special report.  That is,

7   dissimilar, unlike other reports, we're talking about a

8   different type of terror attack.  Unlike the suicide

9   bombers, in this case, the perpetrators were apprehended and

10  were in prison in Israel.  So this -- this is a special

11  report and it is longer than most of the others.

12              MR. TURNER:  We offer 3719.

13              MR. INGERMAN:  You've already excluded it, your

14  Honor.

15              THE COURT:  I did.

16              MR. TURNER:  Can I have the witness look at 3744,

17  please.

18  Q    Can you identify 3744?

19  A    Yes, I do.

20  Q    And what is 3744?

21  A    This is taken from the official website of Hamas.  It

22  is the opening page.  It gives detailed history of the

23  terror cell, but not only this particular cell that did the

24  shooting, but three others as well.

25  Q    Now, we've talked thus far about the al-Qassam website,

R. SHAKED - DIRECT/MR. TURNER                1174

1   which is part of Hamas.  Did Hamas also have a different

2   website?

3   A    Hamas, in fact, had two official websites.  One was the

4   political part of the political bureau, and the other

5   represented the military wing, but they were both official

6   sites.

7   Q    What was the political wing's website called or

8   referred to?

9   A    The political wing's website is called "Palestine Info"

10  and it represents the special information unit of Hamas.

11  Q    And is 3744 from the Palestinian Information Center?

12  A    Yes, it does.

13  Q    Did it assist you in crosschecking the facts

14  surrounding the Route 60 shooting?

15  A    Yes, it did.  As I noted, a lot of details were given

16  in it.

17              MR. TURNER:  We offer 3744 as redacted.

18              THE COURT:  Okay.  Consistent with my earlier

19  ruling, it's admitted over objection.

20              (Plaintiff Exhibit 3744 was admitted into

21  evidence.)

22              MR. TURNER:  Could you also put before the

23  witness, 3893.

24              MR. INGERMAN:  Your Honor, can we have a quick

25  sidebar on this?

1          THE COURT:  Sure.

2          (Continued on the next page for sidebar.)

SIDEBAR CONFERENCE                    1176

1          (Sidebar conference begins.)

2          THE COURT:  What's the problem?  Everything is out

3    except the picture and the end.

4          MR. INGERMAN:  Well, let me just show you, your

5    Honor.

6          THE COURT:  Everything was out below the picture

7    and starting -- picking up here right.

8          MR. INGERMAN:  Above the picture it says, the

9    imprisoned --

10          THE COURT:  I took it out.

11          MR. INGERMAN:  But why?

12          THE COURT:  You want it in?

13          MR. INGERMAN:  Yes.

14          THE COURT:  But you didn't tell me that before.

15          MR. INGERMAN:  Well, you said everything below the

16    picture was going to be redacted.

17          THE COURT:  I see.  I see.  Do you have any

18    objection by the plaintiff in unredacting those two lines?

19          MR. OSEN:  No.  If the jury doesn't have it yet,

20    we'll make it.

21          THE COURT:  We'll give it to the jury.

22          MR. INGERMAN:  Thank you.

23          (End of sidebar conference.)

24          (Continued on the next page.)

25

R. SHAKED - DIRECT/MR. TURNER                1177

1          THE COURT:  All right.  Let's proceed.

2          MR. TURNER:  Please show the witness 3893.

3    Q    Can you identify 3893?

4    A    Yes.

5    Q    What is 3893?

6    A    It is a document of the Izz ad-Din al-Qassam Martyrs

7    Brigade taken from the official website of Hamas in which it

8    details the earlier attacks that we are discussing here.

9    Q    And did 3893 assist you in reaching the conclusions

10   that you did about Hamas' role in the attack on Route 60 in

11   January of 2003?

12   A    Indeed, it is another document that helped me

13   crosscheck the material and to determine my opinion.

14         MR. TURNER:  We offer 3893.

15         THE COURT:  Mr. Turner, how come you're offering

16   documents that I've excluded?

17         MR. TURNER:  My note didn't say that.  I

18   apologize.

19         THE COURT:  All right.  Well, check again tonight,

20   but that's excluded.

21         MR. TURNER:  Show the witness 3741, please.

22   Q    Can you identify 3741?

23   A    Yes, I do.

24   Q    What is 3741?

25   A    It is the verdict that was handed down against Muayad

R. SHAKED - DIRECT/MR. TURNER                1178

1   Hamad, a member of the shooters cell living in Silwad.

2   Q    And what was the result of the conviction?

3   A    He pled guilty and was sentenced to life sentence.

4            MR. TURNER:  We offer 3741 as Apostilled.

5            THE COURT:  All right.  That's received over

6   objection.

7            (Plaintiff Exhibit 3741 was admitted into

8   evidence.)

9   Q    Did you also have an opportunity to investigate the

10  bombing of Bus 37 in Haifa in March of 2003?

11  A    Indeed.

12  Q    Were you able to conclude who was responsible for that

13  particular bombing?

14  A    Yes.

15           MR. TURNER:  May we display the slide?

16           THE COURT:  Yes.

17  Q    Could you please identify who you determined was the

18  suicide bomber involved in this particular attack on Bus 37?

19  A    At the very bottom center of the slide you can see the

20  picture of Mahmoud Qawasmeh who carried out the attack on

21  Bus 37 in Haifa.

22  Q    And what did your investigation reveal about Qawasmeh?

23  A    Qawasmeh was a Hamas operative, a student at the

24  University of Hebron.  He studied computers and was

25  recruited to Hamas.  And on behalf of Hamas, went out and

R. SHAKED - DIRECT/MR. TURNER                1179

1    carried out the attack in Haifa.

2    Q    And were you able to determine whether or not Qawasmeh

3    was acting on his own or was he acting for Hamas in carrying

4    out the suicide attack on Bus 37?

5    A    Qawasmeh carried out the attack on behalf of Hamas, as

6    Hamas, member for Hamas.

7    Q    Back in 2003 where was Haifa and what was Bus 37?

8    A    Haifa is a port city in Israel.  It is located in the

9    northern part of the country.  It is located on the slopes

10   of a mountain.  And in trying to compare it to anything

11   here, then you can envision San Francisco, you can see the

12   mountain and the port.  And Bus 37 was one of the most

13   central bus lines commuting from downtown Haifa all the way

14   up to the University of Haifa, which is a very large

15   university.  So many students would commute by this

16   particular bus line.

17   Q    How many people were killed and injured in this

18   particular attack?

19   A    17 people were murdered in this terror attack and 53

20   were injured.

21   Q    What role did Ali Alan play in this attack?

22   A    Ali Alan was the commander of Hamas organization in the

23   southern area of the West Bank.  He was the one to command

24   that terror attack.  He was the one who built the explosive

25   charge that was assembled on the explosive belt that was

R. SHAKED - DIRECT/MR. TURNER                    1180

1   fitted on the suicide bomber.

2            MR. TURNER:  Would you show the witness 3755,

3   please.

4   Q    Can you identify 3755?

5   A    Yes, I can identify it.

6   Q    What is 3755?

7   A    It is the official claim of responsibility by Izz

8   ad-Din al-Qassam brigade -- al-Qassam Martyrs Brigade, the

9   military wing of Hamas, claiming responsibility for the

10  attack carried out in Bus 37 Haifa, including the name of

11  the suicide bomber.

12           MR. TURNER:  We offer 3755.

13           THE COURT:  I'm confused on the number.  Let's

14  have a sidebar.

15           (Continued on the next page for sidebar.)

16

17

18

19

20

21

22

23

24

25

SIDEBAR CONFERENCE                     1181

1          (Sidebar conference begins.)

2          THE COURT:  3775.  I think so.  What's ambiguous

3    is that you asked him about a claim of responsibility, but

4    you showed him the conviction document in Hebrew.  He

5    answered with what you wanted to show him, not what he was

6    looking at.  So you -- I don't know where you are, but what

7    you were showing him was the conviction document, not the

8    claim of responsibility.

9          MR. OSEN:  I think that popped up after the

10   question.

11         THE COURT:  Really?

12         MR. TURNER:  Yeah, there were two.

13         THE COURT:  So he looked at it and then looked

14   away and then another document came in.

15         MR. TURNER:  I had the number wrong, it was 3775.

16         THE COURT:  Yeah, it's 3775.  Okay.  So I think

17   what happened is I think he heard the wrong number and

18   switched it to the wrong document when he heard the wrong

19   number.  Straighten it out.

20         MR. OSEN:  Okay.

21         (End of sidebar conference.)

22         (Continued on the next page.)

23

24

25

R. SHAKED - DIRECT/MR. TURNER                    1182

1           MR. TURNER:  Okay let's back up.  May I proceed?

2           THE COURT:  Yes.

3    BY MR. TURNER:

4    Q    Let's back up let's put up 3775.  Can you identify

5    3775?

6    A    Yes, I can.

7    Q    And what is 3775?

8    A    It is the official claim of responsibility by Izz

9    ad-Din al-Qassam Brigade, the military wing of Hamas

10   concerning the terror attack on Haifa Bus 37, which includes

11   the name of the suicide bomber, Mahmoud Qawasmeh.

12          MR. TURNER:  We offer 3775.

13          THE COURT:  That's received over objection.

14          (Plaintiff Exhibit 3775 was admitted into

15   evidence.)

16   Q    Were you also able to access the Israel Security Agency

17   report reporting on the investigation of this particular

18   attack on Bus 37?

19   A    Yes.

20          MR. TURNER:  May we display 3811, which is in

21   evidence, at least the portion related to Bus 37.

22   Q    Was Qawasmeh identified by the Israel Security Agency

23   as the suicide bomber?

24   A    Yes, indeed so.

25   Q    And did this assist you in reaching your conclusions?

R. SHAKED - DIRECT/MR. TURNER                1183

1   A    Of course it did help me crosscheck the information I

2   had.

3   Q    Now, in addition to those two pieces of information,

4   did you also have access to court records, convictions of

5   some of the individuals involved in this terror attack?

6   A    Yes.

7            MR. TURNER:  Put 3755 up this time, please.

8   Q    Can you identify 3755?  What is 3755?

9   A    This is the verdict against one of the terrorist that

10  was involved in the terror attack on Bus 37, and he was

11  sentenced to 17 life sentences.

12  Q    And what was his name?

13  A    Can you please move it up or down a bit, so I can see.

14  I do not want to be mistaken about the name.  The other

15  side.  As I told you, it was Fadi al-Ja'aba.

16           MR. TURNER:  We offer 3755.

17           THE COURT:  Received over objection.

18           (Plaintiff Exhibit 3755 was admitted into

19  evidence.)

20           MR. TURNER:  Show the witness 3756, please.

21  Q    Can you identify 3756?

22  A    Yes, I can.

23  Q    What is 3756?

24  A    This is the verdict against Munir Rajbi, member of

25  Hamas cell who participated in preparing the terror attack

R. SHAKED - DIRECT/MR. TURNER                    1184

1    on Bus 37.

2              MR. TURNER:  We offer 3756.

3              THE COURT:  That's the Apostilled document?

4              MR. TURNER:  Yes, sir.

5              THE COURT:  All right.  That's received over

6    objection.

7              (Plaintiff Exhibit 3756 was admitted into

8    evidence.)

9              MR. TURNER:  And 3754, please.

10   Q    Can you identify 3754?

11   A    Yes.

12   Q    What is 3754?

13   A    This is the verdict against another terrorist whose

14   name is Mu'az Abu Sharakh, who also participated in

15   preparing the terror attack.

16             (Continued on the next page.)

17

18

19

20

21

22

23

24

25

SHAKED - DIRECT - TURNER                1185

1       MR. TURNER:  We offer 3754

2       THE COURT:  All right.  Received over objection.

3       (Plaintiffs' Exhibit 3754 received in evidence.)

4   BY MR. TURNER:

5   Q    In addition to those sources of information,

6   Mr. Shaked, did you likewise have available to you a will

7   from Qawasmeh that was prepared prior to the attack?

8   A    To the best of my recollection, Mr. Mahmoud Qawasmeh

9   wrote a will, but I did not see it.

10  Q    Did you have access to any memorialization materials

11  created by Hamas memorializing Qawasmeh's act in bombing bus

12  37 in Haifa?

13  A    Yes, indeed.

14  Q    Did you have an opportunity to investigate the shooting

15  attack that occurred in Kiryat Arba in March of 2003?

16  A    Yes.

17  Q    Were you able to determine during the course of your

18  investigation who was involved in that terror attack?

19  A    Yes.  Two members of Hamas were involved in this terror

20  attack, Hazem al-Qawasmeh and Muhsin al-Qawasmeh.

21      MR. TURNER:  May we display the slide.

22  BY MR. TURNER:

23  Q    Where is or was Kiryat Arba at the time of this terror

24  attack?

25  A    Kiryat Arba is a settlement bordering with Hebron.

SHAKED - DIRECT - TURNER                    1186

1  Q    Was this a significant area in terms of the attack

2  geographically?

3  A    Yes.  Because the access from the sea of Hebron to

4  Kiryat Arba, despite the security means used, is very easy.

5  Q    Did your investigation determine how many shooters were

6  involved in this particular attack?

7  A    Yes, I did reach a conclusion.

8  Q    And was there one location -- okay.  Go ahead and give

9  us your conclusion.

10 A    My conclusion was that two Hamas members, whose names I

11 mentioned, carried out the attack in Kiryat Arba.

12 Q    And was there one location for the shooting or two?

13 A    On that very same evening, at the very same time, at

14 the very same hour, in exactly the same timing, Hamas

15 carried out two attacks.  One was in Kiryat Arba east of

16 Hebron and the second one was in a place called Negohot,

17 west of Kiryat Arba.  In other words, two attacks that

18 happened simultaneously by four terrorists.

19 Q    Now, in the context of this particular attack, you have

20 two other individuals listed on here:  Basel al-Qawasmeh and

21 Abdallah abu Seif.

22      What was their roles in this attack?

23 A    Basel al-Qaawasmeh was one of the senior commanders of

24 Hamas from the military wing in Hebron.  He was a senior

25 commander, and he was the one to bring the explosive vest to

SHAKED - DIRECT - TURNER                    1187

1    one of the terrorists in this attack to instruct and guide

2    and issue the instructions for the execution of the attack.

3          Abdallah abu Seif, on the other hand, was another

4    senior member of Hamas in Hebron.  He was the one leading

5    the two terrorists toward their target in Kiryat Arba.

6                MR. TURNER:  Show the witness 3781.

7                THE COURT:  Before you do that, can you go back to

8    the slide for a minute.  I just want to ask the witness.

9          Why is there no picture of Seif?

10               THE WITNESS:  We were unable to obtain a clear

11   picture that wasn't blurred.

12               THE COURT:  Thank you.

13               MR. TURNER:  3781.  Witness only, please.

14   BY MR. TURNER:

15   Q    Can you identify 3781, Mr. Shaked?

16   A    Yes, I can.

17   Q    And what is 3781?

18   A    This is the official claim of responsibility taken by

19   or made by Hamas' Izz al-Din Al-Qassam Martyrs Brigade,

20   which is its military wing for the attack in Kiryat Arba.

21               MR. TURNER:  We offer 3781.

22               THE COURT:  All right.  That's received over

23   objection.

24               (Plaintiffs' Exhibit 3781 received in evidence.)

25   BY MR. TURNER:

SHAKED - DIRECT - TURNER                    1188

1    Q    Did 3781 help you conclude who was responsible for this

2    terror attack on behalf of Hamas?

3    A    Yes.  I'd like to note that it did indeed help me.

4         MR. TURNER:  Show the witness 3797, please.

5    BY MR. TURNER:

6    Q    Can you identify 3797?

7    A    Yes, I do.

8    Q    And can you generally describe what 3797 is?

9         THE COURT:  Generally.

10        This didn't sound general.  Let's see.

11   A    This is a document issued by the Prime Minister's

12   office that describes the terror attack that was held in

13   Kiryat Arba.  It describes the attack, how it was carried

14   out, and who was hurt.

15        THE COURT:  Okay.

16   BY MR. TURNER:

17   Q    Did that information assist you in crosschecking what

18   you already knew from the claim of responsibility?

19   A    Yes, it did.

20        MR. TURNER:  Would you show the witness 4777,

21   please.

22   BY MR. TURNER:

23   Q    Can you identify 4777?

24   A    Yes, I do.

25   Q    What is 4777?

SHAKED - DIRECT - TURNER                    1189

1   A    This is the verdict and sentence regarding the deeds of

2   Muhammad Abu Seif.

3   Q    Did this conviction relate to this attack?

4   A    Excuse me.  Abdallah Abu Seif.

5   Q    Does this conviction relate to this attack?

6   A    Yes.  It relates to one of the terrorists involved

7   whose name I just mentioned, Abdallah Abu Seif.

8   Q    Is Abdallah Abu Seif the one that we did not have a

9   photograph for?

10  A    Yes, indeed, that's the man.

11           MR. TURNER:  Show the witness 3789 as well,

12  please.

13  BY MR. TURNER:

14  Q    Do you recognize 3789?

15  A    Yes, I can identify this document.

16  Q    And what is 3789?

17  A    Yes.  This is a page from the Web site of Izz al-Din

18  Al-Qassam Martyrs Brigade, the military wing of the Hamas.

19  And it is devoted to one of the terrorists involved in the

20  terror attack in Kiryat Arba.  It tells his life story and

21  the story of the terror attack as told by Hamas.

22  Q    And in addition to these sources of information, did

23  you likewise have available any memorializations prepared by

24  Hamas glorifying this conduct?

25  A    Yes, I did.  I had a number of posters that were

SHAKED - DIRECT - TURNER                    1190

1   distributed throughout the city of Hebron.

2   Q    Did you have an opportunity to investigate the suicide

3   bombing that occurred at a place called Mike's Place in Tel

4   Aviv in April of 2003?

5   A    Yes, I did.

6   Q    And were you able to identify the suicide bombers

7   involved in this particular attack?

8   A    Yes, I was able.

9         MR. TURNER:  May we display the slide?

10  BY MR. TURNER:

11  Q    Who were the suicide bombers involved in carrying out

12  the attack at Mike's Place that resulted in three deaths and

13  50-plus reported injuries?

14  A    The two suicide bombers were British citizens of

15  Pakistani origin.  One was named Asif Hanif and the other

16  was named Khan Sharif.  And they both arrived in Israel and

17  were sent to carry out the terrorist attack.

18  Q    Tell us a little bit about Mike's Place.  What was

19  Mike's Place back in 2003 in Tel Aviv and where was it

20  located?

21  A    Mike's Place was one of the more popular jazz clubs

22  located in Tel Aviv.  It's located near the main promenade

23  of the Tel Aviv beach just meters away or yards away from

24  the American Embassy in Israel.  It's located in a very busy

25  place, and at night many young people come to the club to

SHAKED - DIRECT - TURNER                     1191

1   hear live jazz music being played.

2   Q    Did your investigation give you any background

3   information on how Hanif and Khan, the two terrorists, made

4   it into Israel?

5   A    Yes, they did.

6   Q    What did you learn during the course of your

7   investigation about these two terrorists?

8   A    These were two members of the British mujahideen

9   organization.  They had decided to come to the Middle East

10  to help the Islamic organizations fighting in it, especially

11  Al-Qaeda.  They arrived in Syria and after they were unable

12  to reach Iraq, they made contact with Islamic operatives in

13  Damascus, and they received a new target in the territories.

14       They were equipped with very sophisticated plastic

15  explosives which they hid between the pages of a Koran book.

16  They arrived in Israel via the Allenby Bridge.  They visited

17  in Jerusalem and in Tel Aviv.  They arrived in Gaza where

18  they met with members of Hamas.  And there they received the

19  orders or the authorization from the headquarters to carry

20  out the terror attack.

21       They returned to Tel Aviv and late at night they

22  entered the Mike's Place jazz club.  One of them blew

23  himself up in it.  The other escaped and later his body was

24  retrieved from the ocean.

25  Q    Were you able to determine during the course of your

SHAKED - DIRECT - TURNER                    1192

1    investigation whether both terrorists were equipped with

2    bombs or whether only one of them had a bomb?

3    A    One of the terrorists was equipped with the explosive

4    materials that I described earlier that was hidden within

5    the pages of a Koran book and the other had an explosive

6    belt.

7    Q    And during the course of your investigation, were you

8    able to determine one way or the other whether the bomb that

9    did not detonate failed to detonate by mistake or did the

10   terrorist change his mind and run away?

11              MR. INGERMAN:  Objection, your Honor.

12              THE COURT:  Sustained.

13   BY MR. TURNER:

14   Q    Were you able to determine -- you can't answer that.

15        Were you able to determine during the course of your

16   investigation why the second bomb did not detonate?

17   A    Yes.  In my assessment and based on information I

18   collected, the second bomb did not blow up for technical

19   reasons.  That was the reason it did not blow up.

20   Q    Now, in looking at the photograph, do you recognize

21   this photograph from other sources?

22   A    I've seen this photograph in many places, not only on

23   the Web site of Hamas.

24   Q    Now, there's a reference to a poster of Ibrahim

25   al-Maqadma.  Do you know who Ibrahim al-Maqadma was back in

SHAKED - DIRECT - TURNER                    1193

1    2002, 2003?

2    A    Yes, I know who Ibrahim al-Maqadma is.

3    Q    Who?

4    A    Ibrahim al-Maqadma was one of the founders of Hamas

5    together with Sheikh Yassin.  He was responsible for Hamas'

6    military -- for the connection between the military wing and

7    the political wing of Hamas.  Because of his activities in

8    Hamas, he was eliminated by Israel in 2002.  We see him here

9    in the poster that was issued in his memory by Hamas.

10       I would like to add that in the poster, we can see that

11   the terror attack that these two men are about to carry out

12   is going to be held in honor of the memory of.

13   Ibrahim al-Maqadma.

14   Q    How can you tell that?

15   A    I know this based on a statement issued by Hamas a year

16   after the terror attack carried out by these two men at

17   Mike's Place.

18   Q    And was that statement made on a particular

19   anniversary?

20   A    Yes.

21   Q    And what was the anniversary of?

22   A    It was on the anniversary of Maqadma's death.

23   Q    Now, is there any significance in trying to determine

24   Hamas' role in this particular attack at Mike's Place to the

25   green banner these two gentlemen are standing in front of?

SHAKED - DIRECT - TURNER                    1194

1    A    Of course.  It's the green, the green color of the

2    Hamas flag.  That is the main symbol of Hamas, the color

3    green.  We can see it in the flag.  We can see it in the

4    headband they are wearing on their forehead.  And we can see

5    it also in the background of the picture of Maqadma.

6    Q    And what are these two terrorists holding, in addition

7    to the rifles?

8    A    In addition to the rifle each is holding, they are

9    holding a book of the Koran.

10            MR. TURNER:  Show the witness 3807, please.

11   BY MR. TURNER:

12   Q    Can you identify 3807?

13   A    Yes, I do.

14   Q    What is 3807?

15   A    This is an official claim of responsibility made by

16   Hamas' Izz al-Din Al-Qassam Martyrs Brigade.  It's a

17   military statement from Izz al-Din Al-Qassam regarding the

18   terror attack at Mike's Place.

19            MR. TURNER:  We offer 3807.

20            THE COURT:  In light of the objection, do a better

21   foundation for it.

22   BY MR. TURNER:

23   Q    What is the source of 3807?

24   A    The source is the official Internet Web site of Izz

25   al-Din Al-Qassam Brigade, which is the military wing of

SHAKED - DIRECT - TURNER                    1195

1   Hamas.

2               MR. TURNER:  We offer 3807.

3               THE COURT:  All right.  It's received over

4   objection.

5               (Plaintiffs' Exhibit 3807 received in evidence.)

6   BY MR. TURNER:

7   Q    Did 3807 help you reach the conclusion that Hamas was,

8   in fact, responsible for the bombing at Mike's Place?

9   A    Indeed, it was.

10              MR. TURNER:  Show the witness 3812, please.

11  BY MR. TURNER:

12  Q    Do you recognize 3812?

13  A    If you can blow it up a bit.

14       Yes, I can identify it.

15  Q    What is 3812?

16  A    It is the claim or announcement made by Izz al-Din

17  Al-Qassam Brigade concerning the terror attack in Mike's

18  Place, including the names of the two perpetrators of the

19  attack.

20  Q    Is this the same document that you were referring to

21  earlier that was issued on the anniversary of Maqadma's

22  death?

23  A    If you can put it up a bit.

24       No, it is not the same document.

25  Q    Did this one come -- what was the source of 3812?

SHAKED - DIRECT - TURNER                    1196

1  A    Is this the document that I'm seeing here (indicating)?

2  Q    Yes, I'm sorry.

3  A    The official Web site of Izz al-Din Al-Qassam.  This is

4  the official Web site of Hamas.

5  Q    And did 3812 assist you in crosschecking information

6  that you were provided and made available in determining

7  Hamas' role in this particular attack?

8  A    Yes, it did help me determine the role of Hamas in this

9  terror attack.

10            MR. TURNER:  We offer 3812.

11            MR. INGERMAN:  Same objection.

12            THE COURT:  Well, let's have a sidebar.

13            In fact, it's probably a good breaking time.  So

14  rather than keeping the jury for our sidebar and breaking,

15  let me send them home.

16            Ladies and gentlemen, don't discuss the case

17  amongst yourselves or with anyone else.  Don't do any

18  research.  Don't look on Google or any other site.  Keep it

19  to yourself.  Don't even think about it till you get back

20  here tomorrow morning.  Stay away from any news reports.

21            Have a good night.

22            (Jurors exit the courtroom.)

23            THE COURT:  Okay.  Be seated.

24            I'm not as familiar with this document as I am

25  with the other one so I'm going to look at it overnight.

PROCEEDINGS                                    1197

1        MR. TURNER:  May he be excused?

2        THE COURT:  Sorry.  You may all step down.

3        (Witness exits the courtroom.)

4        THE COURT:  So I'll look at it overnight.  It's

5   probably going to be admitted over the objections that have

6   been previously made.  But it caught me a little off guard

7   and it was time to break in the day anyway.

8            Anything else we need to take up?

9        MR. WERBNER:  Your Honor, are we going to be in

10  session on Friday, September 5th?  You had mentioned that

11  possibility.

12       THE COURT:  I hope to be.  I was going to poll the

13  jury on Thursday and see if they had any real problems with

14  it.  If not, then my intention is to do that, especially

15  since this witness is taking longer than I anticipated.

16           Does that pose a hardship for anyone?

17       MR. WERBNER:  No.  I'd like to be in session.  But

18  if we are, I was going to try to -- I need to make some

19  travel plans.  So if I know Thursday, that's fine.  Sooner

20  would be good as well.

21       THE COURT:  All right.  Why don't I instead of

22  waiting till Thursday, we'll talk to the jurors.  I'll have

23  Ms. Clarke talk to the jurors tomorrow morning and see if

24  any of them have a problem on September 5th.  If they don't,

25  then we'll sit on that day.

PROCEEDINGS                                      1198

1          MR. WERBNER:  Thank you.

2          THE COURT:  Have a good night.

3          MR. OSEN:  Your Honor, as you may recall, we filed

4    our letter last night.

5          THE COURT:  Yes.

6          MR. OSEN:  The defendant has not yet responded to

7    it.

8          THE COURT:  I thought -- on 7, 8 and 9?

9          MR. OSEN:  Yes.  They filed a letter saying that

10   they would respond --

11         THE COURT:  Oh.

12         MR. OSEN:  -- sometime today or whenever, but not

13   last night.  And I only asked about it because the folks

14   from IT who have to cut the tapes are then put under a lot

15   of pressure.  And we'd like it to be as smooth as possible.

16         THE COURT:  What time will we have the objections?

17         MR. OSEN:  It's not the objections, your Honor.

18   It's their response.

19         THE COURT:  Counter-designation?

20         MR. OSEN:  I'm sorry.  Let me back up a second.

21         THE COURT:  Okay.

22         MR. OSEN:  They filed their counters.  We objected

23   yesterday and filed a letter itemizing, detailing our

24   objections to the counters.  And they have not responded yet

25   to that letter about our objections.

PROCEEDINGS                                  1199

1           THE COURT:  To their counters?

2           MR. OSEN:  Correct.

3           THE COURT:  I understand.

4           MR. INGERMAN:  Your Honor, we had a letter ready

5    to go and then you issued an order this morning.  That order

6    impacts some of the issues that the plaintiffs raised in

7    their letter.  So we're just reworking the letter to take

8    that into consideration.

9           We can get it on file by 7:00, if that's okay.

10          THE COURT:  That's great.

11          MR. INGERMAN:  Thank you.

12          THE COURT:  Thank you all.  See you tomorrow.

13          MR. WERBNER:  Good night.

14          (Time noted:  4:19 p.m.)

15          (Proceedings adjourned until Wednesday, August 27,

16   2014, at 9:30 a.m.)

17

18

19

20

21

22

23

24

25

1200

1          **I N D E X**

2

3     **WITNESS**                                              **PAGE**

4

5

6          RONNI SHAKED

7          DIRECT EXAMINATION (CONTINUED) BY

8          MR. TURNER                                      1052

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1201

1                           **E X H I B I T S**

2

3

4       Plaintiffs' Exhibit 3324              1057

5

6       Plaintiffs' Exhibit 3301              1060

7

8       Plaintiffs' Exhibit 3300              1060

9

10      Plaintiffs' Exhibit 3205              1061

11

12      Plaintiffs' Exhibit 3336              1062

13

14      Plaintiffs' Exhibit 3366              1074

15

16      Plaintiffs' Exhibit 357               1079

17

18      Plaintiffs' Exhibit 3358              1079

19

20      Plaintiffs' Exhibit 3359              1080

21

22      Plaintiff Exhibit 3398               1096

23

24      Plaintiff Exhibit 1090               1101

25

1202

1

2    Plaintiff Exhibit 3429                    1105

3

4    Plaintiff Exhibit 3485                    1113

5

6    Plaintiffs' Exhibit 3544                  1121

7

8    Plaintiffs' Exhibit 3553                  1126

9

10   Plaintiffs' Exhibit 3554                  1129

11

12   Plaintiffs' Exhibit 3524                  1132

13

14   Plaintiffs' Exhibit 3617                  1151

15

16   Plaintiffs' Exhibit 3647                  1152

17

18   Plaintiff Exhibits 3694                   1166

19

20   Plaintiff Exhibit 3692                    1167

21

22   Plaintiff Exhibit 3686                    1169

23

24   Plaintiff Exhibit 3744                    1174

25

1203

```
 1
 2      Plaintiff Exhibit 3741                    1178
 3
 4      Plaintiff Exhibit 3775                    1182
 5
 6      Plaintiff Exhibit 3755                    1183
 7
 8      Plaintiff Exhibit 3756                    1184
 9
10      Plaintiffs' Exhibit 3754                  1185
11
12      Plaintiffs' Exhibit 3781                  1187
13
14      Plaintiffs' Exhibit 3807                  1195
15      Plaintiffs' Exhibit 3598                  1144
16      Plaintiffs' Exhibit 3611                  1150
17      Plaintiffs' Exhibit 3625                  1154
18
19
20
21
22
23
24
25
```

# 0

**04CV00365** [1] - 1049:5
**04CV02799** [1] - 1049:3
**04CV05449** [1] - 1049:4
**04CV05564** [1] - 1049:5
**05CV00388** [1] - 1049:6
**05CV03183** [1] - 1049:6
**05CV03768** [1] - 1049:7
**06CV01623** [1] - 1049:7

# 1

**1** [3] - 1051:24, 1052:3, 1070:1
**10** [2] - 1051:11, 1090:6
**1052** [1] - 1200:8
**1057** [1] - 1201:4
**1060** [2] - 1201:6, 1201:8
**1061** [1] - 1201:10
**1062** [1] - 1201:12
**1074** [1] - 1201:14
**1079** [2] - 1201:16, 1201:18
**1080** [1] - 1201:20
**1090** [9] - 1097:13, 1097:14, 1097:23, 1101:3, 1137:15, 1137:19, 1137:25, 1138:9, 1201:24
**1096** [1] - 1201:22
**11** [2] - 1076:15, 1114:25
**1101** [1] - 1201:24
**1105** [1] - 1202:2
**1113** [1] - 1202:4
**11201** [1] - 1050:10
**1121** [1] - 1202:6
**1126** [1] - 1202:8
**1129** [1] - 1202:10
**1132** [1] - 1202:12
**1144** [1] - 1203:15
**1150** [1] - 1203:16
**1151** [1] - 1202:14
**1152** [1] - 1202:16
**1154** [1] - 1203:17
**1166** [1] - 1202:18
**1167** [1] - 1202:20
**1169** [1] - 1202:22
**1174** [1] - 1202:24
**1178** [1] - 1203:2
**1182** [1] - 1203:4
**1183** [1] - 1203:6
**1184** [1] - 1203:8
**1185** [1] - 1203:10
**1187** [1] - 1203:12
**1195** [1] - 1203:14
**11:00** [1] - 1091:8
**11:02** [1] - 1092:5
**11:05** [1] - 1091:4
**11:10** [1] - 1093:25
**11:30** [2] - 1068:23, 1069:25
**12** [4] - 1070:24, 1085:1, 1090:6, 1092:17
**13** [1] - 1070:24
**1422** [1] - 1058:6

**15** [5] - 1051:12, 1070:9, 1070:24, 1091:5, 1162:5
**150** [1] - 1108:9
**16** [1] - 1092:22
**17** [5] - 1103:12, 1104:5, 1104:13, 1179:19, 1183:11
**17:30** [1] - 1086:14
**189** [2] - 1084:25, 1085:21
**19** [1] - 1163:20
**19th** [1] - 1058:6
**1:45** [2] - 1139:2, 1139:6

# 2

**2** [4] - 1051:25, 1052:5, 1083:8
**20** [5] - 1070:9, 1070:24, 1090:3, 1108:22, 1160:8
**200** [2] - 1053:14, 1108:9
**200-plus** [1] - 1089:24
**2001** [7] - 1052:16, 1052:23, 1058:6, 1068:22, 1070:1, 1085:1, 1092:18
**2002** [12] - 1092:22, 1102:15, 1107:8, 1114:11, 1114:20, 1140:9, 1147:25, 1156:3, 1163:20, 1164:10, 1193:1, 1193:8
**2003** [9] - 1170:1, 1173:3, 1177:11, 1178:10, 1179:7, 1185:15, 1190:4, 1190:19, 1193:1
**2014** [2] - 1049:10, 1199:16
**22,000** [1] - 1137:10
**225** [1] - 1050:9
**23** [2] - 1103:9, 1166:19
**24** [2] - 1142:11, 1145:23
**25** [4] - 1137:15, 1137:19, 1137:25, 1138:9
**26** [1] - 1049:10
**26,000** [1] - 1137:10
**27** [2] - 1114:11, 1199:15
**2:57** [1] - 1163:3

# 3

**30** [1] - 1153:20
**32-A** [5] - 1147:24, 1148:3, 1148:8, 1149:13, 1155:12
**3205** [6] - 1060:18, 1060:19, 1060:21, 1060:24, 1061:2, 1201:10
**3284** [1] - 1082:13
**3285** [1] - 1068:13
**3300** [6] - 1060:5, 1060:7, 1060:10, 1060:16, 1201:8
**3301** [6] - 1059:17, 1059:19, 1059:21, 1059:24, 1060:3, 1201:6
**3306** [5] - 1062:18, 1062:20, 1062:22, 1063:20, 1063:25
**3324** [5] - 1056:25, 1057:3, 1057:13, 1057:17, 1201:4
**3336** [10] - 1061:4, 1061:5, 1061:7, 1061:24, 1062:2, 1062:6, 1062:11, 1083:10, 1114:1, 1201:12
**3356** [1] - 1147:2
**3357** [2] - 1077:4, 1077:17

**3358** [5] - 1079:5, 1079:7, 1079:12, 1079:16, 1201:18
**3359** [7] - 1079:18, 1079:20, 1079:25, 1080:2, 1080:5, 1082:5, 1201:20
**33611** [1] - 1150:3
**3366** [5] - 1073:21, 1073:23, 1073:25, 1074:3, 1074:8, 1074:12, 1201:14
**3385** [6] - 1087:1, 1087:2, 1087:4, 1087:7, 1092:7, 1092:8
**3392** [3] - 1094:14, 1094:16, 1095:9
**3398** [4] - 1095:22, 1096:16, 1096:21, 1201:22
**3429** [7] - 1104:25, 1105:2, 1105:4, 1105:9, 1105:12, 1105:16, 1202:2
**3457** [2] - 1076:25, 1077:2
**3484** [1] - 1112:7
**3485** [6] - 1112:16, 1112:17, 1112:19, 1113:11, 1113:23, 1202:4
**3511** [5] - 1111:22, 1111:23, 1127:14
**3513** [7] - 1146:14, 1146:15, 1146:17, 1146:23, 1167:21, 1167:22, 1167:24
**3524** [14] - 1124:24, 1125:1, 1125:3, 1130:12, 1130:16, 1130:17, 1131:7, 1131:23, 1132:10, 1132:14, 1132:16, 1135:4, 1137:2, 1202:12
**3544** [7] - 1121:4, 1121:7, 1121:9, 1121:13, 1121:19, 1121:23, 1202:6
**3553** [7] - 1125:17, 1125:19, 1125:21, 1125:25, 1126:3, 1202:8
**3554** [12] - 1127:15, 1127:16, 1129:4, 1129:6, 1129:9, 1129:12, 1130:10, 1130:14, 1130:18, 1130:21, 1130:23, 1202:10
**357** [3] - 1079:3, 1079:4, 1201:16
**3580** [1] - 1124:15
**3592** [1] - 1163:9
**3598** [6] - 1143:19, 1143:20, 1143:22, 1143:25, 1144:8, 1203:15
**3611** [7] - 1150:4, 1150:6, 1150:10, 1150:13, 1150:18, 1150:20, 1203:16
**3613** [2] - 1154:11, 1155:3
**3617** [6] - 1151:10, 1151:11, 1151:13, 1151:16, 1151:19, 1202:14
**3625** [6] - 1153:12, 1153:13, 1153:15, 1154:8, 1154:10, 1203:17
**3636** [2] - 1155:7, 1155:8
**3645** [1] - 1153:1
**3647** [6] - 1151:21, 1151:22, 1151:24, 1152:21, 1152:24, 1202:16
**3658** [1] - 1147:2
**3676** [5] - 1158:22, 1158:23, 1158:25, 1161:1
**3686** [6] - 1168:13, 1168:14, 1168:16, 1169:2, 1169:6, 1202:22
**3692** [8] - 1167:1, 1167:2, 1167:4, 1167:9, 1167:12, 1167:16, 1167:18, 1202:20
**3694** [7] - 1165:18, 1165:19, 1165:21, 1165:24, 1166:1, 1166:3, 1202:18
**37** [13] - 1178:10, 1178:18, 1178:21, 1179:4, 1179:7, 1179:12, 1180:10,

1182:10, 1182:18, 1182:21, 1183:10, 1184:1, 1185:12

**3719** [5] - 1172:14, 1172:15, 1172:17, 1173:1, 1173:12

**3741** [6] - 1177:21, 1177:22, 1177:24, 1178:4, 1178:7, 1203:2

**3744** [7] - 1173:16, 1173:18, 1173:20, 1174:11, 1174:17, 1174:20, 1202:24

**3754** [6] - 1184:9, 1184:10, 1184:12, 1185:1, 1185:3, 1203:10

**3755** [10] - 1180:2, 1180:4, 1180:6, 1180:12, 1183:7, 1183:8, 1183:16, 1183:18, 1203:6

**3756** [6] - 1183:20, 1183:21, 1183:23, 1184:2, 1184:7, 1203:8

**3775** [9] - 1181:2, 1181:15, 1181:16, 1182:4, 1182:5, 1182:7, 1182:12, 1182:14, 1203:4

**3781** [8] - 1187:6, 1187:13, 1187:15, 1187:17, 1187:21, 1187:24, 1188:1, 1203:12

**3789** [3] - 1189:11, 1189:14, 1189:16

**3797** [3] - 1188:4, 1188:6, 1188:8

**3807** [9] - 1194:10, 1194:12, 1194:14, 1194:19, 1194:23, 1195:2, 1195:5, 1195:7, 1203:14

**3811** [9] - 1058:24, 1059:2, 1075:8, 1111:3, 1123:4, 1145:25, 1150:23, 1166:10, 1182:20

**3812** [6] - 1195:10, 1195:12, 1195:15, 1195:25, 1196:5, 1196:10

**3893** [6] - 1174:23, 1177:2, 1177:3, 1177:5, 1177:9, 1177:14

**3:00** [2] - 1162:4, 1162:7

## 4

**4** [4] - 1163:19, 1163:23, 1164:6, 1164:11

**4,000** [1] - 1085:24

**40** [2] - 1132:7, 1133:17

**403** [3] - 1081:16, 1096:18, 1133:25

**42nd** [1] - 1164:19

**4777** [3] - 1188:20, 1188:23, 1188:25

**4:19** [1] - 1199:14

## 5

**50** [1] - 1069:24

**50-plus** [1] - 1190:13

**53** [1] - 1179:19

**5:30** [1] - 1086:15

**5th** [3] - 1164:19, 1197:10, 1197:24

## 6

**60** [6] - 1169:25, 1170:19, 1170:22, 1173:2, 1174:14, 1177:10

**6th** [1] - 1092:21

## 7

**7** [1] - 1198:8

**70** [1] - 1156:21

**703** [1] - 1082:24

**7:00** [1] - 1199:9

**7:30** [2] - 1086:14, 1115:20

**7th** [1] - 1140:9

## 8

**8** [3] - 1080:4, 1082:5, 1198:8

**801** [3] - 1097:25, 1133:12, 1133:13

## 9

**9** [5] - 1058:6, 1080:4, 1082:5, 1107:8, 1198:8

**901** [3] - 1133:12, 1133:15, 1133:24

**9:30** [1] - 1199:16

## A

**a.m** [2] - 1093:25, 1199:16

**Abassi** [2] - 1156:24, 1157:1

**Abbas** [22] - 1120:8, 1120:10, 1120:12, 1120:14, 1120:21, 1123:16, 1123:17, 1123:21, 1123:22, 1123:24, 1125:4, 1125:13, 1127:2, 1129:8, 1130:24, 1131:2, 1131:4, 1131:6, 1135:8, 1135:12, 1135:14, 1138:22

**Abbasi** [7] - 1109:2, 1109:3, 1142:24, 1143:3, 1143:5, 1157:7, 1157:11

**Abd** [2] - 1106:23, 1114:21

**Abdallah** [5] - 1186:21, 1187:3, 1189:4, 1189:7, 1189:8

**Abdel** [4] - 1118:16, 1122:9, 1137:24, 1138:18

**Abdel-Basset** [4] - 1118:16, 1122:9, 1137:24, 1138:18

**Abdulla** [11] - 1059:11, 1061:8, 1061:19, 1061:21, 1062:4, 1067:18, 1068:5, 1082:18, 1141:11, 1143:9, 1157:17

**Abdullah** [8] - 1054:13, 1054:19, 1056:17, 1067:25, 1070:10, 1107:16, 1109:23, 1114:2

**able** [72] - 1053:2, 1054:22, 1055:8, 1068:2, 1068:7, 1069:7, 1069:14, 1070:11, 1075:3, 1075:21, 1076:19, 1082:6, 1085:6, 1085:15, 1086:16, 1088:8, 1095:2, 1102:20, 1102:25, 1106:3, 1107:12, 1110:4, 1111:7, 1112:4, 1113:3, 1114:13, 1118:10, 1118:13, 1119:1, 1119:7, 1119:16, 1119:22, 1120:3, 1120:9, 1120:20, 1122:11, 1122:24, 1125:7, 1131:1, 1135:24, 1140:13, 1140:18, 1141:5, 1142:13, 1142:18, 1144:20, 1148:2, 1148:11, 1149:19, 1149:24, 1150:21, 1154:16, 1156:9, 1157:18, 1159:17, 1161:3, 1163:22, 1164:4, 1170:3, 1170:6, 1170:15, 1178:12, 1179:2, 1182:16, 1185:17, 1190:6, 1190:8, 1191:25, 1192:8, 1192:14, 1192:15

**absolutely** [1] - 1121:2

**Abu** [2] - 1106:23, 1184:14, 1189:2,

**1189:4, 1189:7, 1189:8

**abu** [2] - 1186:21, 1187:3

**academics** [1] - 1107:24

**accept** [1] - 1102:3

**access** [26] - 1058:20, 1059:13, 1076:1, 1094:10, 1095:16, 1097:9, 1097:11, 1106:3, 1106:5, 1110:24, 1111:2, 1124:8, 1124:13, 1125:12, 1151:4, 1154:13, 1159:25, 1166:6, 1166:9, 1169:17, 1169:19, 1170:20, 1182:16, 1183:4, 1185:10, 1186:3

**accompanied** [1] - 1055:23

**accordance** [1] - 1084:12

**according** [3] - 1054:5, 1159:7, 1168:22

**account** [2] - 1133:8, 1137:4, 1137:5

**accuracy** [3] - 1084:21, 1112:13, 1146:24

**accurate** [5] - 1062:2, 1082:10, 1088:10, 1112:5, 1168:7

**accurately** [1] - 1055:15

**accused** [1] - 1135:12

**acquired** [1] - 1084:1

**act** [4] - 1058:7, 1121:12, 1159:23, 1185:11

**acted** [10] - 1053:2, 1069:16, 1085:15, 1101:18, 1103:3, 1118:16, 1136:20, 1140:18, 1140:20, 1148:14

**acting** [14] - 1053:2, 1058:10, 1069:14, 1069:15, 1085:16, 1103:2, 1118:14, 1118:15, 1140:19, 1148:11, 1148:12, 1164:5, 1179:3

**action** [2] - 1110:19, 1168:25

**active** [1] - 1143:6

**activist** [2] - 1103:18, 1118:20

**activists** [1] - 1136:19

**activities** [2] - 1135:12, 1193:7

**activity** [2] - 1110:21, 1149:21

**actual** [3] - 1059:14, 1078:13, 1093:19

**ad** [12] - 1057:11, 1057:25, 1058:3, 1062:23, 1063:2, 1067:3, 1096:7, 1101:14, 1172:24, 1177:6, 1180:8, 1182:9

**ad-Din** [10] - 1057:11, 1057:25, 1058:3, 1067:3, 1096:7, 1101:14, 1172:24, 1177:6, 1180:8, 1182:9

**adapted** [1] - 1056:23

**add** [1] - 1193:10

**addition** [23] - 1067:13, 1075:25, 1094:9, 1095:16, 1097:8, 1097:25, 1106:2, 1124:6, 1135:13, 1138:20, 1145:3, 1147:8, 1151:4, 1154:12, 1166:5, 1168:9, 1169:8, 1169:16, 1183:3, 1185:5, 1189:22, 1194:6, 1194:8

**additional** [2] - 1112:14, 1159:20

**address** [1] - 1084:10

**adjourned** [1] - 1199:15

**admissibility** [2] - 1094:25, 1095:1

**admissible** [2] - 1127:2, 1127:23

**admission** [1] - 1125:4

**admit** [4] - 1065:2, 1131:4, 1131:5,

1138:3

**admitted** [18] - 1079:3, 1096:21, 1101:1, 1101:3, 1105:16, 1113:23, 1123:24, 1135:18, 1166:3, 1167:18, 1169:6, 1174:19, 1174:20, 1178:7, 1182:14, 1183:18, 1184:7, 1197:5

**advance** [1] - 1172:12

**advise** [1] - 1093:10

**Adwan** [3] - 1054:9, 1054:10, 1054:11

**Affairs** [4] - 1094:11, 1112:10, 1113:16, 1153:2

**affirm** [2] - 1051:22, 1163:14

**afoul** [1] - 1127:5

**Afrait** [1] - 1049:6

**Afrait-Kurtzer** [1] - 1049:6

**afternoon** [2] - 1086:13, 1162:3

**afterwards** [1] - 1076:14

**age** [3] - 1103:15, 1104:18, 1166:19

**agency** [2] - 1111:25, 1167:12

**Agency** [10] - 1058:20, 1059:4, 1059:7, 1075:9, 1110:25, 1123:1, 1146:5, 1166:6, 1182:16, 1182:22

**ago** [4] - 1067:5, 1089:17, 1130:5, 1131:9

**agree** [3] - 1072:17, 1088:25, 1161:8

**ahead** [3] - 1130:19, 1133:21, 1186:8

**Ahlan** [3] - 1055:17, 1055:18, 1059:22, 1067:18

**Ahmad** [1] - 1058:4

**Ahmed** [3] - 1084:12, 1107:4, 1107:5

**AL** [1] - 1049:3

**Al** [15] - 1070:14, 1070:16, 1070:17, 1071:3, 1071:4, 1072:3, 1187:19, 1189:18, 1191:11, 1194:16, 1194:17, 1194:25, 1195:17, 1196:3

**al** [83] - 1057:11, 1057:25, 1058:3, 1058:4, 1058:5, 1058:6, 1058:14, 1074:18, 1085:14, 1088:14, 1088:19, 1089:16, 1092:21, 1096:8, 1101:14, 1103:20, 1105:6, 1106:4, 1106:23, 1114:21, 1120:10, 1120:12, 1120:14, 1120:21, 1123:16, 1123:17, 1123:21, 1123:22, 1123:24, 1125:4, 1125:13, 1127:2, 1131:2, 1131:11, 1133:2, 1135:25, 1136:15, 1136:23, 1137:22, 1137:23, 1138:18, 1138:22, 1145:3, 1148:9, 1148:11, 1148:14, 1149:2, 1149:4, 1149:10, 1149:20, 1149:23, 1150:8, 1150:11, 1154:20, 1154:25, 1155:17, 1172:24, 1173:25, 1177:6, 1180:8, 1182:9, 1183:15, 1185:20, 1186:20, 1186:23, 1187:19, 1189:17, 1192:25, 1193:2, 1193:4, 1193:13, 1194:16, 1194:17, 1194:25, 1195:16, 1196:3

**al-Awwal** [1] - 1092:21

**al-Aziz** [1] - 1106:23

**al-Baset** [1] - 1114:21

**al-Din** [10] - 1085:14, 1150:8, 1150:11, 1187:19, 1189:17, 1194:16, 1194:17, 1194:25, 1195:16, 1196:3

**Al-Islah** [4] - 1070:17, 1071:4, 1072:3

**al-Ja'aba** [1] - 1183:15

**al-Maqadma** [5] - 1192:25, 1193:2, 1193:4, 1193:13

**al-Masri** [2] - 1085:14, 1058:14

**al-Qaawasmeh** [1] - 1186:23

**Al-Qaeda** [1] - 1191:11

**al-Qassam** [24] - 1057:11, 1057:25, 1058:3, 1058:5, 1074:18, 1088:19, 1089:16, 1096:8, 1101:14, 1103:20, 1105:6, 1106:4, 1137:22, 1137:23, 1138:18, 1145:3, 1150:8, 1150:11, 1172:24, 1173:25, 1177:6, 1180:8, 1182:9

**Al-Qassam** [7] - 1187:19, 1189:18, 1194:16, 1194:17, 1194:25, 1195:17, 1196:3

**al-Qassam's** [1] - 1088:14

**al-Qawasmeh** [3] - 1185:20, 1186:20

**al-Rantisi** [2] - 1106:23, 1136:15

**al-Sayed** [16] - 1120:10, 1120:12, 1120:14, 1120:21, 1123:16, 1123:17, 1123:21, 1123:22, 1123:24, 1125:4, 1125:13, 1127:2, 1131:2, 1133:2, 1136:23, 1138:22

**al-Sayed's** [2] - 1131:11, 1135:25

**al-Taher** [4] - 1149:2, 1149:4, 1155:17

**Al-Tawil** [3] - 1070:14, 1070:16, 1071:3

**al-Ula** [1] - 1058:6

**Ala** [1] - 1143:5

**Alan** [2] - 1179:21, 1179:22

**Ali** [5] - 1085:12, 1149:7, 1149:8, 1179:21, 1179:22

**alive** [1] - 1145:16

**Allah** [4] - 1058:2, 1067:8, 1067:10, 1157:7

**allegedly** [1] - 1093:4

**Allenby** [13] - 1163:19, 1164:6, 1164:9, 1164:10, 1164:12, 1164:17, 1165:23, 1166:11, 1168:3, 1168:11, 1169:15, 1169:22, 1191:16

**allocate** [1] - 1152:10

**allocute** [2] - 1061:19, 1152:8

**allow** [1] - 1138:4

**allowed** [1] - 1103:20

**Almog** [1] - 1049:5

**ALMOG** [1] - 1049:22

**almost** [1] - 1132:18

**alone** [5] - 1053:2, 1069:14, 1085:16, 1118:14, 1140:18

**ambiguous** [1] - 1181:2

**ambush** [3] - 1088:24, 1170:5, 1170:16

**American** [1] - 1190:24

**analysis** [1] - 1068:19

**Anan** [3] - 1085:13, 1149:7, 1149:8

**AND** [3] - 1049:17, 1049:20, 1050:7

**Anjas** [2] - 1109:7, 1109:8

**anniversary** [4] - 1193:19, 1193:21, 1193:22, 1195:21

**announce** [1] - 1152:9

**announcement** [5] - 1058:12, 1062:23,

1067:4, 1121:10, 1195:16

**answer** [12] - 1063:6, 1066:21, 1073:5, 1073:8, 1084:3, 1117:14, 1118:5, 1124:12, 1133:23, 1142:8, 1160:7, 1192:14

**answered** [1] - 1181:5

**ANTHONY** [1] - 1050:4

**anticipated** [1] - 1197:15

**anyway** [1] - 1197:7

**apartment** [1] - 1056:14

**apologize** [2] - 1063:24, 1177:18

**apostille** [1] - 1126:1

**Apostille** [8] - 1060:13, 1060:24, 1061:10, 1147:3, 1151:16, 1152:21

**Apostilled** [3] - 1169:3, 1178:4, 1184:3

**apparent** [1] - 1085:11

**appear** [2] - 1063:16, 1063:17

**aPPEARANCES** [1] - 1049:15

**APPEARANCES** [1] - 1050:2

**appeared** [1] - 1121:1

**appointed** [1] - 1136:23

**appreciation** [1] - 1051:7

**apprehended** [1] - 1173:9

**approach** [5] - 1071:9, 1077:18, 1087:8, 1115:23, 1160:3

**approve** [1] - 1104:11

**April** [1] - 1190:4

**Aqabah** [1] - 1058:4

**Arab** [2] - 1133:8, 1137:4

**ARAB** [1] - 1049:10

**Arabic** [12] - 1067:7, 1097:19, 1097:20, 1101:15, 1101:18, 1102:11, 1125:6, 1125:8, 1125:9, 1138:16, 1138:17, 1172:25

**Arba** [11] - 1185:15, 1185:23, 1185:25, 1186:4, 1186:11, 1186:15, 1186:17, 1187:5, 1187:20, 1188:13, 1189:20

**area** [11] - 1054:11, 1101:22, 1107:25, 1123:23, 1170:21, 1172:5, 1172:10, 1172:12, 1172:19, 1179:23, 1186:1

**areas** [1] - 1097:10

**arm** [5] - 1057:12, 1058:1, 1067:2, 1074:4, 1087:6

**Arman** [6] - 1110:10, 1110:11, 1110:12, 1143:10, 1147:3, 1157:18

**arms** [2] - 1071:8, 1171:23

**arrested** [1] - 1145:17

**arrived** [6] - 1076:22, 1159:16, 1190:16, 1191:11, 1191:16, 1191:17

**artery** [1] - 1170:22

**article** [1] - 1066:6

**aside** [1] - 1092:25

**Asif** [1] - 1190:15

**Assem** [8] - 1085:12, 1095:17, 1096:1, 1096:2, 1096:12, 1097:1, 1101:18, 1102:10

**assembled** [1] - 1179:25

**asserts** [1] - 1065:4

**assessment** [1] - 1192:17

**Assida** [1] - 1085:14

**assist** [20] - 1097:4, 1146:23, 1147:4,

1147:13, 1150:14, 1151:1, 1153:9, 1153:25, 1154:24, 1157:24, 1163:17, 1167:9, 1167:11, 1168:5, 1169:20, 1174:13, 1177:9, 1182:25, 1188:17, 1196:5

**assistance** [1] - 1058:3

**assisted** [3] - 1050:12, 1095:12, 1155:24

**associated** [4] - 1067:21, 1097:5, 1163:10, 1168:11

**ASSOCIATES** [1] - 1049:18

**assumption** [1] - 1099:22

**Attack** [1] - 1166:12

**attack** [249] - 1053:6, 1054:4, 1054:5, 1054:10, 1054:16, 1055:21, 1056:1, 1056:20, 1057:3, 1057:6, 1058:21, 1059:2, 1059:9, 1059:13, 1059:23, 1059:25, 1060:23, 1061:20, 1061:22, 1067:9, 1067:16, 1068:25, 1069:5, 1069:9, 1069:15, 1070:3, 1070:7, 1070:11, 1070:15, 1071:5, 1073:12, 1073:20, 1075:5, 1075:19, 1075:23, 1076:2, 1076:4, 1076:6, 1076:19, 1077:7, 1077:8, 1083:5, 1084:22, 1085:7, 1085:10, 1086:8, 1086:12, 1086:17, 1086:18, 1086:20, 1086:21, 1092:10, 1092:18, 1092:21, 1093:16, 1093:21, 1095:14, 1095:18, 1095:19, 1096:3, 1096:13, 1097:4, 1097:6, 1097:18, 1101:21, 1102:15, 1103:6, 1103:14, 1103:22, 1104:4, 1104:7, 1104:11, 1105:7, 1105:25, 1106:8, 1106:12, 1106:13, 1106:20, 1107:13, 1107:17, 1107:19, 1108:14, 1108:17, 1108:20, 1109:1, 1109:3, 1109:6, 1109:12, 1109:15, 1109:19, 1109:25, 1110:11, 1110:18, 1110:23, 1110:24, 1111:1, 1111:4, 1111:10, 1111:16, 1112:21, 1114:1, 1114:8, 1114:14, 1114:20, 1115:9, 1118:9, 1118:12, 1118:15, 1118:19, 1118:24, 1120:4, 1122:17, 1123:13, 1123:20, 1123:22, 1123:25, 1124:7, 1125:14, 1125:24, 1132:12, 1138:14, 1141:7, 1141:15, 1141:17, 1143:2, 1143:5, 1143:24, 1144:17, 1144:21, 1145:17, 1146:2, 1146:6, 1146:11, 1147:6, 1148:3, 1148:13, 1148:17, 1148:19, 1148:22, 1149:3, 1149:6, 1149:10, 1150:9, 1150:14, 1150:17, 1150:23, 1150:25, 1152:22, 1153:5, 1153:10, 1153:17, 1154:3, 1154:14, 1155:1, 1156:6, 1156:11, 1156:12, 1156:14, 1156:17, 1156:19, 1156:25, 1157:3, 1157:8, 1157:20, 1157:22, 1158:1, 1159:2, 1159:13, 1159:21, 1160:2, 1163:16, 1164:6, 1164:16, 1164:22, 1165:11, 1165:12, 1165:17, 1165:23, 1166:8, 1167:10, 1168:1, 1168:3, 1168:11, 1168:18, 1168:21, 1169:12, 1169:22, 1169:25, 1170:10, 1170:16, 1170:17, 1171:6, 1171:7, 1171:12, 1172:6,

1173:1, 1173:2, 1173:8, 1177:10, 1178:18, 1178:20, 1179:1, 1179:4, 1179:5, 1179:18, 1179:19, 1179:21, 1179:24, 1180:10, 1182:10, 1182:18, 1183:5, 1183:10, 1183:25, 1184:15, 1185:7, 1185:15, 1185:18, 1185:20, 1185:24, 1186:1, 1186:6, 1186:11, 1186:19, 1186:22, 1187:1, 1187:2, 1187:20, 1188:2, 1188:12, 1188:13, 1189:3, 1189:5, 1189:20, 1189:21, 1190:7, 1190:12, 1190:17, 1191:20, 1193:11, 1193:16, 1193:24, 1194:18, 1195:17, 1195:19, 1196:7, 1196:9

**attacks** [19] - 1067:14, 1084:9, 1085:17, 1086:24, 1088:17, 1104:15, 1141:23, 1142:11, 1143:12, 1143:14, 1145:23, 1146:21, 1157:17, 1158:10, 1165:1, 1177:8, 1186:15, 1186:17

**attend** [2] - 1061:12, 1063:3

**attendance** [1] - 1061:11

**attended** [2] - 1106:18, 1109:11

**attorneys** [1] - 1089:7

**attribution** [2] - 1078:5, 1078:9

**Atzmona** [5] - 1102:15, 1103:6, 1103:7, 1105:7, 1105:25

**August** [4] - 1052:16, 1052:23, 1058:6, 1199:15

**AUGUST** [1] - 1049:10

**authentic** [1] - 1135:6

**authenticate** [1] - 1161:3

**authentication** [1] - 1161:9

**authorities** [1] - 1122:19

**authorization** [1] - 1191:19

**authorized** [2] - 1054:8, 1109:11

**available** [6] - 1057:2, 1153:9, 1168:10, 1185:6, 1189:23, 1196:6

**Avenue** [1] - 1164:19

**AVITAL** [1] - 1050:7

**Aviv** [19] - 1086:1, 1129:8, 1140:25, 1146:22, 1163:19, 1164:1, 1164:12, 1164:18, 1164:20, 1165:17, 1165:23, 1166:8, 1168:4, 1190:4, 1190:19, 1190:22, 1190:23, 1191:17, 1191:21

**awarded** [1] - 1055:7

**Awwal** [1] - 1092:21

**Ayaam** [1] - 1063:23

**Ayman** [3] - 1054:4, 1054:5, 1054:7

**Az** [1] - 1053:1

**Aziz** [2] - 1085:12, 1106:23

---

# B

**background** [6] - 1069:19, 1115:6, 1120:10, 1122:12, 1191:2, 1194:5

**bag** [2] - 1119:15, 1141:20

**Bahar** [1] - 1069:13

**ball** [1] - 1141:25

**ballistics** [2] - 1078:3, 1078:15

**bandana** [1] - 1121:2

**BANK** [1] - 1049:10

**bank** [1] - 1137:3

**Bank** [12] - 1071:1, 1071:2, 1133:8,

1136:21, 1137:4, 1149:8, 1165:3, 1165:14, 1165:15, 1170:21, 1170:23, 1179:23

**banner** [1] - 1193:25

**Barghouti** [47] - 1054:13, 1054:14, 1054:15, 1054:17, 1054:19, 1056:16, 1056:17, 1056:19, 1059:8, 1059:11, 1060:25, 1061:9, 1061:19, 1061:21, 1067:18, 1067:25, 1070:10, 1070:12, 1078:12, 1078:16, 1082:18, 1082:20, 1083:3, 1083:20, 1107:16, 1107:18, 1109:23, 1109:24, 1113:5, 1114:2, 1141:11, 1141:25, 1142:12, 1142:14, 1142:19, 1143:9, 1147:3, 1147:8, 1157:17, 1157:23, 1171:20, 1172:7, 1172:8, 1172:10

**Barghouti's** [4] - 1062:4, 1078:13, 1081:4, 1082:9

**based** [11] - 1055:25, 1104:11, 1120:20, 1141:9, 1141:17, 1145:7, 1149:24, 1156:13, 1169:1, 1192:17, 1193:15

**Basel** [2] - 1186:20, 1186:23

**Baset** [1] - 1114:21

**basing** [1] - 1161:18

**basis** [3] - 1055:4, 1081:8, 1161:21

**Basset** [4] - 1118:16, 1122:9, 1137:24, 1138:18

**bathroom** [1] - 1160:5

**beach** [1] - 1190:23

**bear** [1] - 1171:7

**bearings** [1] - 1141:25

**became** [1] - 1120:18

**BEFORE** [1] - 1049:13

**beginning** [5] - 1052:15, 1082:13, 1120:16, 1164:23, 1164:24

**begins** [4] - 1083:22, 1099:1, 1176:1, 1181:1

**behalf** [21] - 1053:3, 1053:4, 1058:10, 1069:16, 1077:5, 1085:16, 1085:18, 1097:6, 1103:2, 1103:3, 1105:25, 1106:16, 1109:1, 1118:16, 1124:9, 1140:21, 1148:14, 1164:7, 1178:25, 1179:5, 1188:2

**beings** [1] - 1083:23

**below** [2] - 1176:6, 1176:15

**belt** [9] - 1054:24, 1055:1, 1107:18, 1110:8, 1110:14, 1119:20, 1149:9, 1179:25, 1192:6

**Ben** [11] - 1068:22, 1069:19, 1069:20, 1069:23, 1070:1, 1070:8, 1074:2, 1075:13, 1076:2, 1077:9, 1083:5

**bench** [2] - 1092:1, 1163:1

**beneath** [1] - 1086:4

**BENNETT** [1] - 1049:20

**Bennett** [1] - 1049:6

**best** [1] - 1185:8

**Bethlehem** [1] - 1111:11

**better** [3] - 1078:3, 1090:11, 1194:20

**between** [14] - 1053:9, 1066:16, 1067:3, 1068:16, 1070:18, 1072:13, 1110:21, 1149:14, 1165:7, 1165:9, 1171:16,

1172:11, 1191:15, 1193:6
**beyond** [4] - 1072:2, 1072:5, 1072:7, 1072:12
**big** [1] - 1076:12
**Bilal** [7] - 1056:16, 1056:19, 1056:21, 1059:7, 1060:25, 1067:18
**billiards** [1] - 1141:3
**bit** [12] - 1083:17, 1091:3, 1108:3, 1122:16, 1125:9, 1125:10, 1158:6, 1158:8, 1183:13, 1190:18, 1195:13, 1195:23
**blessed** [1] - 1101:19
**blew** [3] - 1076:15, 1155:21, 1191:22
**blow** [10] - 1059:3, 1074:16, 1074:24, 1075:14, 1105:21, 1122:3, 1144:15, 1192:18, 1192:19, 1195:13
**blue** [2] - 1083:22, 1119:11
**blurred** [1] - 1187:11
**BMC** [1] - 1049:3
**body** [3] - 1110:9, 1110:14, 1191:23
**bomb** [37] - 1053:19, 1053:21, 1054:1, 1054:17, 1056:22, 1054:23, 1055:10, 1056:22, 1068:1, 1073:14, 1076:5, 1076:20, 1078:7, 1078:16, 1081:3, 1081:6, 1082:10, 1082:21, 1086:22, 1107:16, 1110:5, 1110:8, 1119:17, 1119:22, 1120:2, 1141:9, 1141:10, 1141:18, 1142:12, 1157:5, 1157:14, 1167:8, 1192:2, 1192:8, 1192:16, 1192:18
**bomber** [65] - 1052:22, 1054:12, 1055:22, 1056:5, 1056:9, 1056:22, 1056:23, 1058:10, 1058:17, 1059:5, 1062:16, 1063:4, 1063:7, 1063:18, 1066:16, 1068:8, 1068:16, 1106:13, 1107:12, 1107:15, 1109:10, 1109:20, 1110:9, 1110:14, 1110:20, 1111:6, 1114:13, 1114:19, 1114:21, 1118:14, 1118:24, 1119:1, 1138:13, 1140:13, 1140:15, 1140:17, 1146:11, 1147:20, 1147:22, 1148:2, 1148:8, 1148:9, 1148:19, 1149:1, 1149:5, 1149:10, 1149:20, 1150:25, 1154:14, 1154:15, 1154:20, 1154:25, 1163:22, 1164:2, 1164:24, 1165:16, 1166:15, 1168:18, 1168:20, 1178:18, 1180:1, 1180:11, 1182:11, 1182:23
**bomber's** [2] - 1052:25, 1063:17
**bombers** [13] - 1069:8, 1069:11, 1069:12, 1070:19, 1072:13, 1073:15, 1074:20, 1075:16, 1096:12, 1173:9, 1190:6, 1190:11, 1190:14
**bombing** [45] - 1052:16, 1053:15, 1053:17, 1054:8, 1058:13, 1060:11, 1067:10, 1067:22, 1068:22, 1070:1, 1070:4, 1074:2, 1075:13, 1076:8, 1076:11, 1079:23, 1082:20, 1083:4, 1084:25, 1086:9, 1087:6, 1092:19, 1094:7, 1103:17, 1107:7, 1114:8, 1114:11, 1115:7, 1122:18, 1123:8, 1140:8, 1141:16, 1147:24, 1150:1, 1155:12, 1156:2, 1163:11, 1163:18,

1169:15, 1171:8, 1178:10, 1178:13, 1185:11, 1190:3, 1195:8
**bombings** [1] - 1079:10
**bombs** [8] - 1076:6, 1077:15, 1078:12, 1142:1, 1142:14, 1142:20, 1155:20, 1192:2
**BONNER** [2] - 1049:22, 1049:23
**booby** [1] - 1076:15
**booby-trapped** [1] - 1076:15
**book** [3] - 1191:15, 1192:5, 1194:9
**bootstrap** [1] - 1072:6
**bordering** [1] - 1185:25
**born** [1] - 1111:10
**bottles** [1] - 1141:21
**bottom** [10] - 1074:25, 1085:11, 1102:8, 1102:11, 1107:14, 1140:16, 1156:23, 1164:24, 1170:11, 1178:19
**Boulevard** [1] - 1164:17
**bounds** [1] - 1072:17
**boy** [2] - 1106:4, 1106:16
**branch** [1] - 1111:25
**branches** [1] - 1170:23
**break** [9] - 1090:8, 1090:9, 1090:16, 1091:4, 1092:7, 1098:1, 1139:2, 1162:3, 1197:7
**breaking** [2] - 1196:13, 1196:14
**BRETT** [1] - 1050:4
**BRIAN** [1] - 1049:13
**Brian** [2] - 1092:1, 1163:1
**bridge** [1] - 1081:15
**Bridge** [1] - 1191:16
**Brief** [1] - 1126:6
**briefcase** [1] - 1054:24
**briefly** [6] - 1077:18, 1087:9, 1103:16, 1140:22, 1144:14, 1149:12
**Brigade** [16] - 1057:12, 1096:8, 1101:14, 1103:20, 1105:6, 1105:10, 1121:15, 1144:1, 1177:7, 1180:8, 1182:9, 1187:19, 1189:18, 1194:16, 1194:25, 1195:17
**brigade** [2] - 1067:2, 1180:8
**Brigade's** [1] - 1088:12
**Brigades** [2] - 1057:25, 1087:5
**bring** [2] - 1140:2, 1186:25
**brings** [1] - 1146:19
**British** [2] - 1190:14, 1191:8
**broke** [2] - 1094:6, 1163:8
**Brooklyn** [2] - 1049:9, 1050:10
**brother** [2] - 1148:22, 1151:25
**Brotherhood** [1] - 1120:15
**brothers** [3] - 1145:3, 1151:6, 1151:15
**brought** [1] - 1167:7
**brown** [3] - 1119:12, 1119:13, 1119:21
**build** [1] - 1167:8
**building** [2] - 1053:22, 1078:12
**built** [8] - 1054:17, 1119:22, 1120:2, 1141:9, 1141:10, 1141:22, 1155:20, 1179:24
**bunch** [1] - 1089:8
**bureau** [1] - 1174:4
**Bureau** [1] - 1136:10

**bus** [16] - 1084:25, 1085:21, 1086:2, 1086:5, 1086:6, 1086:22, 1088:23, 1096:3, 1148:20, 1149:1, 1150:8, 1155:14, 1155:22, 1179:13, 1179:16, 1185:11
**Bus** [21] - 1147:24, 1148:3, 1148:8, 1149:13, 1155:12, 1163:19, 1163:23, 1164:6, 1164:11, 1178:10, 1178:18, 1178:21, 1179:4, 1179:7, 1179:12, 1180:10, 1182:10, 1182:18, 1182:21, 1183:10, 1184:1
**business** [1] - 1112:25
**busy** [1] - 1190:24
**BY** [49] - 1049:17, 1049:18, 1049:20, 1049:23, 1049:24, 1049:25, 1050:3, 1050:4, 1050:4, 1050:5, 1050:7, 1052:14, 1094:5, 1095:8, 1101:10, 1105:22, 1118:7, 1119:6, 1121:6, 1122:5, 1122:23, 1123:6, 1124:25, 1125:18, 1129:3, 1130:9, 1130:20, 1131:16, 1135:3, 1135:23, 1137:16, 1138:11, 1163:7, 1182:3, 1185:4, 1185:22, 1187:14, 1187:25, 1188:5, 1188:16, 1188:22, 1189:13, 1190:10, 1192:13, 1194:11, 1194:22, 1195:6, 1195:11, 1200:7

## C

**Cadman** [1] - 1050:9
**cafe** [7] - 1059:23, 1108:1, 1108:2, 1108:4, 1108:7, 1109:5, 1109:20
**Cafe** [10] - 1107:7, 1107:13, 1107:20, 1107:22, 1108:11, 1110:1, 1110:17, 1113:25, 1114:8, 1163:16
**cafeteria** [7] - 1156:4, 1156:7, 1157:15, 1158:9, 1158:12, 1158:14
**calendar** [1] - 1115:14
**camouflage** [1] - 1055:2
**camp** [1] - 1111:10
**CANALES** [1] - 1050:9
**cannot** [1] - 1142:7
**car** [3] - 1076:10, 1076:16, 1171:12
**card** [1] - 1135:8
**cards** [1] - 1141:2
**carefully** [1] - 1089:7
**caring** [1] - 1085:17
**carnage** [1] - 1084:2
**carried** [26] - 1058:5, 1096:2, 1102:22, 1105:7, 1105:24, 1111:9, 1112:25, 1119:14, 1145:4, 1146:20, 1148:22, 1148:25, 1156:6, 1157:3, 1164:5, 1170:15, 1170:17, 1171:14, 1178:20, 1179:1, 1179:5, 1180:10, 1186:11, 1186:15, 1188:13, 1193:16
**carry** [9] - 1106:13, 1109:6, 1110:23, 1122:18, 1149:6, 1149:25, 1190:17, 1191:19, 1193:11
**carrying** [6] - 1076:12, 1097:5, 1118:15, 1148:12, 1179:3, 1190:11
**cart** [1] - 1161:2
**case** [16] - 1051:9, 1051:13, 1051:23,

1067:10, 1084:4, 1090:15, 1091:5, 1110:19, 1139:3, 1141:19, 1145:16, 1154:13, 1159:25, 1171:8, 1173:9, 1196:16
**cases** [6] - 1049:4, 1051:9, 1141:22, 1145:12, 1145:14, 1167:14
**casualties** [2] - 1076:17, 1076:24
**caught** [1] - 1197:6
**CAUSE** [1] - 1049:13
**caused** [1] - 1084:10
**celebrate** [3] - 1115:12, 1115:15, 1115:18
**celebrating** [1] - 1119:3
**cell** [11] - 1125:23, 1160:1, 1163:10, 1168:2, 1170:13, 1171:17, 1172:18, 1173:23, 1178:1, 1183:25
**cells** [3] - 1110:22, 1172:9, 1172:11
**center** [13] - 1053:8, 1069:20, 1069:22, 1107:22, 1109:23, 1114:25, 1115:3, 1115:4, 1149:14, 1159:15, 1164:12, 1164:14, 1178:19
**Center** [1] - 1174:17
**central** [8] - 1076:9, 1085:23, 1101:22, 1158:13, 1158:14, 1158:20, 1164:18, 1179:13
**ceremonial** [1] - 1147:19
**ceremonies** [1] - 1121:1
**ceremony** [4] - 1062:15, 1063:3, 1067:4, 1106:15
**certain** [2] - 1051:10, 1142:14
**chairman** [1] - 1071:3
**chance** [2] - 1067:17, 1091:8
**change** [1] - 1192:10
**charge** [4] - 1076:13, 1120:4, 1141:19, 1179:25
**Charitable** [2] - 1071:4
**charity** [1] - 1070:17
**chart** [4] - 1054:3, 1054:5, 1070:10, 1142:23
**check** [10] - 1055:8, 1063:10, 1068:2, 1068:15, 1089:7, 1146:9, 1146:25, 1151:3, 1158:4, 1177:19
**checked** [1] - 1112:21
**checking** [7] - 1055:12, 1075:21, 1081:5, 1082:8, 1084:20, 1146:23, 1153:8
**chief** [1] - 1107:5
**children** [2] - 1104:14, 1104:15
**choose** [2] - 1109:18, 1143:4
**chose** [2] - 1157:3, 1157:5
**circulated** [1] - 1063:22
**cited** [4] - 1088:7, 1088:14, 1089:25
**cities** [1] - 1170:25
**citizens** [1] - 1190:14
**city** [7] - 1053:8, 1053:9, 1101:22, 1115:4, 1140:24, 1179:8, 1190:1
**CIVETTA** [1] - 1050:5
**CIVIL** [1] - 1049:13
**claim** [42] - 1057:5, 1057:7, 1057:9, 1058:12, 1058:14, 1074:1, 1074:18, 1075:3, 1087:5, 1088:12, 1088:15,

1088:19, 1105:5, 1105:23, 1106:2, 1113:5, 1121:11, 1122:25, 1143:23, 1145:1, 1145:4, 1145:13, 1145:19, 1145:21, 1150:7, 1150:13, 1159:1, 1159:12, 1161:5, 1161:11, 1161:15, 1165:22, 1166:5, 1169:13, 1180:7, 1181:3, 1181:8, 1182:8, 1187:18, 1188:18, 1194:15, 1195:16
**claiming** [1] - 1180:9
**claims** [1] - 1159:8
**Clarke** [1] - 1197:23
**class** [2] - 1086:4, 1149:16
**clean** [1] - 1130:6
**clear** [4] - 1060:12, 1089:18, 1121:2, 1187:10
**clerk** [1] - 1152:16
**CLERK** [3] - 1051:21, 1052:1, 1052:7
**clip** [3] - 1082:14, 1082:19, 1082:25
**close** [2] - 1109:20, 1115:4
**closer** [1] - 1158:6
**Club** [5] - 1140:9, 1140:22, 1140:24, 1143:8, 1143:24
**club** [4] - 1140:25, 1143:4, 1190:25, 1191:22
**clubs** [1] - 1190:21
**CLYDE** [1] - 1049:18
**cnlsnic@aol.com** [1] - 1050:10
**CNN** [1] - 1136:13
**coffee** [2] - 1069:21, 1108:5
**Cogan** [2] - 1092:1, 1163:1
**COGAN** [1] - 1049:13
**coincidence** [1] - 1067:8
**COLES** [1] - 1050:4
**collected** [5] - 1095:12, 1143:7, 1157:7, 1157:13, 1192:18
**COLLECTIVELY** [1] - 1051:6
**color** [2] - 1194:1, 1194:2
**combined** [1] - 1086:21
**coming** [2] - 1089:10, 1133:7
**command** [1] - 1179:23
**commander** [27] - 1054:7, 1054:11, 1070:19, 1073:13, 1073:18, 1073:19, 1085:13, 1103:19, 1104:3, 1104:17, 1106:9, 1120:1, 1120:19, 1143:16, 1149:4, 1149:8, 1155:17, 1165:3, 1165:7, 1171:13, 1171:16, 1171:21, 1171:22, 1172:4, 1179:22, 1186:23
**commanders** [2] - 1136:6, 1186:23
**commanding** [1] - 1103:4
**commercial** [1] - 1086:5
**communicate** [1] - 1067:21
**communicating** [1] - 1067:20
**communications** [1] - 1067:25
**community** [2] - 1085:21, 1085:25
**commute** [1] - 1179:15
**commuting** [1] - 1179:13
**compare** [5] - 1053:10, 1131:11, 1135:14, 1164:18, 1179:10
**compared** [2] - 1053:11, 1086:24
**comply** [1] - 1095:4
**computer** [6] - 1050:12, 1076:13,

1081:3, 1081:6, 1082:10, 1110:6
**computer-assisted** [1] - 1050:12
**computers** [1] - 1178:24
**concept** [1] - 1102:12
**concerned** [1] - 1131:19
**concerning** [2] - 1182:10, 1195:17
**conclude** [5] - 1052:21, 1068:18, 1159:9, 1178:12, 1188:1
**concluded** [8] - 1053:6, 1065:14, 1072:19, 1078:19, 1081:17, 1084:10, 1090:19, 1161:23
**concluding** [1] - 1097:4, 1150:15
**conclusion** [9] - 1095:13, 1096:11, 1102:25, 1111:19, 1151:1, 1186:7, 1186:9, 1186:10, 1195:7
**conclusions** [11] - 1113:7, 1123:8, 1125:13, 1147:14, 1151:2, 1157:25, 1158:4, 1163:15, 1167:9, 1177:9, 1182:25
**conditions** [1] - 1145:6
**conduct** [1] - 1189:24
**conducted** [1] - 1158:2
**conference** [11] - 1099:1, 1100:2, 1117:18, 1126:9, 1128:7, 1132:24, 1134:5, 1176:1, 1176:23, 1181:1, 1181:21
**confess** [2] - 1152:11, 1168:22
**confessed** [2] - 1131:2, 1168:25
**confession** [6] - 1127:1, 1131:12, 1133:5, 1152:12, 1152:13, 1169:1
**confirm** [21] - 1055:9, 1068:2, 1070:12, 1070:13, 1075:2, 1075:15, 1075:18, 1075:22, 1082:6, 1092:11, 1105:24, 1113:6, 1114:7, 1123:8, 1123:11, 1123:12, 1127:8, 1135:25, 1136:23, 1147:15, 1166:20
**confirmed** [1] - 1081:4, 1106:12
**confirming** [6] - 1124:7, 1147:14, 1153:9, 1159:21, 1168:5, 1169:21
**confused** [1] - 1180:13
**confusing** [2] - 1130:7, 1133:10
**confusion** [1] - 1130:13
**congratulated** [1] - 1092:5
**connected** [3] - 1070:18, 1156:14, 1165:9
**connecting** [2] - 1063:7, 1106:20
**connection** [2] - 1133:9, 1193:6
**consider** [1] - 1065:3
**consideration** [1] - 1199:8
**considered** [2] - 1065:5, 1070:25
**considers** [1] - 1161:18
**consistent** [11] - 1111:11, 1124:2, 1131:17, 1131:18, 1144:19, 1152:18, 1166:15, 1166:17, 1166:19, 1166:22, 1174:18
**consumed** [1] - 1084:6
**CONT** [1] - 1050:2
**contact** [2] - 1056:14, 1191:12
**contained** [1] - 1093:4
**contention** [1] - 1093:4
**contents** [1] - 1142:20

**context** [1] - 1186:19
**continue** [5] - 1094:2, 1117:17, 1118:1, 1140:5, 1163:4
**CONTINUED** [2] - 1052:13, 1200:7
**continued** [2] - 1091:10, 1162:9
**Continued** [16] - 1094:4, 1098:7, 1100:3, 1116:1, 1117:19, 1126:10, 1128:8, 1132:25, 1134:6, 1139:8, 1163:6, 1175:2, 1176:24, 1180:15, 1181:22, 1184:16
**continuing** [1] - 1137:1
**contributing** [1] - 1081:9
**conversation** [1] - 1141:24
**convicted** [2] - 1059:15, 1169:1
**conviction** [26] - 1059:14, 1059:24, 1060:10, 1060:25, 1114:6, 1130:2, 1130:3, 1151:5, 1151:16, 1151:25, 1152:2, 1152:15, 1152:22, 1159:24, 1160:1, 1163:10, 1163:14, 1168:10, 1169:3, 1169:16, 1169:17, 1178:2, 1181:4, 1181:7, 1189:3, 1189:5
**convictions** [3] - 1126:1, 1147:3, 1183:4
**coordinated** [3] - 1110:21, 1149:10, 1171:16
**copy** [2] - 1061:24, 1152:14
**corner** [1] - 1142:25
**correct** [8] - 1068:19, 1083:20, 1088:15, 1093:19, 1136:13, 1146:6, 1157:5, 1199:2
**correctly** [2] - 1055:17, 1137:6
**corroborating** [1] - 1078:14
**cost** [1] - 1099:20
**Coulter** [1] - 1049:5
**COULTER** [1] - 1049:17
**counsel** [2] - 1064:2, 1072:16
**counter** [1] - 1198:19
**counter-designation** [1] - 1198:19
**counters** [3] - 1198:22, 1198:24, 1199:1
**country** [1] - 1179:9
**couple** [5] - 1056:7, 1091:7, 1093:6, 1102:5, 1144:13
**course** [35] - 1055:11, 1068:12, 1068:14, 1069:7, 1076:7, 1076:18, 1082:16, 1086:16, 1088:7, 1110:3, 1112:25, 1115:20, 1118:25, 1119:7, 1122:11, 1128:5, 1130:25, 1132:9, 1135:11, 1136:12, 1142:10, 1142:13, 1149:19, 1154:2, 1157:18, 1170:3, 1170:8, 1170:14, 1183:1, 1185:17, 1191:6, 1191:25, 1192:7, 1192:15, 1194:1
**COURT** [228] - 1049:1, 1050:9, 1051:2, 1051:4, 1051:7, 1051:18, 1052:8, 1052:19, 1057:14, 1057:16, 1057:20, 1058:25, 1060:2, 1060:12, 1060:15, 1061:1, 1061:17, 1062:7, 1062:9, 1063:1, 1063:12, 1064:2, 1065:2, 1065:13, 1066:2, 1066:12, 1068:4, 1071:10, 1072:15, 1073:3, 1074:9, 1074:11, 1074:15, 1075:11, 1077:19,

1078:2, 1078:6, 1078:17, 1079:3, 1079:13, 1079:15, 1080:1, 1080:7, 1081:2, 1081:7, 1081:13, 1082:3, 1083:1, 1083:11, 1083:13, 1083:15, 1085:5, 1087:10, 1088:5, 1088:20, 1088:25, 1089:18, 1090:1, 1090:9, 1091:2, 1091:7, 1092:2, 1092:5, 1092:9, 1092:14, 1092:17, 1092:20, 1092:25, 1093:12, 1093:14, 1093:17, 1093:22, 1094:1, 1094:17, 1094:20, 1094:24, 1095:1, 1095:5, 1095:7, 1096:19, 1096:25, 1097:22, 1098:3, 1099:7, 1099:21, 1101:1, 1101:7, 1101:25, 1102:19, 1104:9, 1105:13, 1105:15, 1105:19, 1107:11, 1111:5, 1112:23, 1113:9, 1113:12, 1113:19, 1113:21, 1114:18, 1115:25, 1117:3, 1117:10, 1118:2, 1119:5, 1121:20, 1121:22, 1122:2, 1123:5, 1124:12, 1124:17, 1124:20, 1126:2, 1126:5, 1126:8, 1127:3, 1127:7, 1127:10, 1127:17, 1127:20, 1128:5, 1129:2, 1129:10, 1129:18, 1129:20, 1129:23, 1130:1, 1130:6, 1130:12, 1130:15, 1130:19, 1131:14, 1132:15, 1132:18, 1132:20, 1132:23, 1133:13, 1135:2, 1135:16, 1135:18, 1135:21, 1138:3, 1138:8, 1139:1, 1139:6, 1140:2, 1140:4, 1140:12, 1142:5, 1142:17, 1142:22, 1144:5, 1144:7, 1144:12, 1145:10, 1146:3, 1148:6, 1150:19, 1151:18, 1152:23, 1154:9, 1155:6, 1160:4, 1160:7, 1161:7, 1161:10, 1161:17, 1162:2, 1162:7, 1163:2, 1163:4, 1164:1, 1166:2, 1166:13, 1167:17, 1169:4, 1173:15, 1174:18, 1175:1, 1176:2, 1176:6, 1176:10, 1176:12, 1176:14, 1176:17, 1176:21, 1177:1, 1177:15, 1177:19, 1178:5, 1178:16, 1180:13, 1181:2, 1181:11, 1181:13, 1181:16, 1182:2, 1182:13, 1183:17, 1184:3, 1184:5, 1185:2, 1187:7, 1187:12, 1187:22, 1188:9, 1188:15, 1192:12, 1194:20, 1195:3, 1196:12, 1196:23, 1197:2, 1197:4, 1197:12, 1197:21, 1198:2, 1198:5, 1198:8, 1198:11, 1198:16, 1198:19, 1198:21, 1199:1, 1199:3, 1199:10, 1199:12
**Court** [1] - 1051:23
**court** [13] - 1059:14, 1060:9, 1060:22, 1062:3, 1084:14, 1084:15, 1114:4, 1129:8, 1151:14, 1152:9, 1152:16, 1168:23, 1183:4
**Courthouse** [1] - 1049:8
**COURTNEY** [1] - 1049:3
**courtroom** [12] - 1062:3, 1093:25, 1114:3, 1114:7, 1139:5, 1152:5, 1152:7, 1152:17, 1152:18, 1163:3, 1196:22, 1197:3
**coverage** [1] - 1139:4
**create** [2] - 1056:6, 1071:6

**created** [4] - 1056:14, 1082:21, 1097:10, 1185:11
**crimes** [2] - 1059:15, 1152:11
**cross** [29] - 1055:8, 1055:12, 1055:14, 1063:10, 1068:2, 1068:15, 1075:21, 1081:5, 1081:14, 1082:8, 1084:20, 1089:3, 1093:23, 1099:12, 1099:13, 1099:25, 1110:5, 1112:14, 1124:3, 1124:4, 1127:24, 1136:22, 1146:9, 1146:23, 1146:25, 1151:3, 1153:8, 1153:25, 1158:4
**cross-check** [4] - 1055:8, 1063:10, 1068:2, 1068:15, 1146:9, 1146:25, 1151:3, 1158:4
**cross-checking** [7] - 1055:12, 1075:21, 1081:5, 1082:8, 1084:20, 1146:23, 1153:8
**cross-examination** [6] - 1089:3, 1093:23, 1099:12, 1099:13, 1099:25, 1127:24
**cross-reference** [2] - 1124:3, 1124:4
**cross-referenced** [1] - 1110:5
**cross-referencing** [4] - 1055:14, 1112:14, 1136:22, 1153:25
**crosscheck** [7] - 1112:4, 1112:13, 1113:4, 1122:24, 1168:8, 1177:13, 1183:1
**crosschecking** [4] - 1168:6, 1174:13, 1188:17, 1196:5
**crowd** [1] - 1119:2
**crowded** [2] - 1158:17, 1164:13
**CSR** [1] - 1050:9
**cut** [1] - 1198:14
**cutout** [1] - 1072:13

**D**

**Daghlas** [7] - 1056:12, 1056:13, 1059:8, 1060:8, 1060:10, 1067:18
**daily** [1] - 1158:14
**Damascus** [2] - 1136:11, 1191:13
**date** [2] - 1093:20, 1135:10
**days** [1] - 1089:17
**deal** [1] - 1093:24
**death** [5] - 1066:24, 1067:8, 1067:12, 1193:22, 1195:22
**deaths** [3] - 1096:13, 1155:1, 1190:12
**December** [4] - 1068:22, 1070:1, 1085:1, 1092:17
**decided** [2] - 1148:24, 1191:9
**decision** [2] - 1060:8, 1109:11
**declaration** [1] - 1133:14
**declaring** [1] - 1121:11
**deeds** [1] - 1189:1
**DEFENDANT** [1] - 1050:3
**Defendant** [1] - 1049:11
**defendant** [6] - 1083:22, 1083:25, 1084:4, 1084:7, 1084:10, 1198:6
**defendant's** [1] - 1093:4
**delay** [3] - 1076:19, 1145:18, 1145:23
**delayed** [1] - 1145:21

**deliberate** [1] - 1065:9
**deliberations** [2] - 1065:10, 1081:14
**delivered** [2] - 1054:23, 1110:7
**delivery** [2] - 1055:9, 1119:17
**demonstrate** [1] - 1102:17
**demonstrated** [1] - 1119:8
**demonstrative** [2] - 1138:4, 1138:10
**denied** [1] - 1133:5
**department** [1] - 1167:15
**depicting** [1] - 1164:22
**deposition** [3] - 1089:4, 1099:9, 1099:14
**depositions** [1] - 1088:2
**deputies** [1] - 1106:10
**deputy** [3] - 1073:13, 1107:4, 1172:5
**describe** [8] - 1063:1, 1107:20, 1115:7, 1149:11, 1164:10, 1167:4, 1170:19, 1188:8
**described** [6] - 1075:16, 1078:14, 1106:15, 1161:11, 1168:1, 1192:4
**describes** [2] - 1188:12, 1188:13
**describing** [1] - 1111:1
**description** [5] - 1057:23, 1074:25, 1078:15, 1144:16, 1161:13
**descriptions** [1] - 1078:8
**designation** [1] - 1198:19
**despite** [1] - 1186:4
**destruction** [2] - 1084:2, 1084:11
**detailed** [1] - 1173:22
**detailing** [1] - 1198:23
**details** [14] - 1055:15, 1067:21, 1068:1, 1068:5, 1068:15, 1111:13, 1131:4, 1135:7, 1135:9, 1149:24, 1157:14, 1166:7, 1174:15, 1177:8
**determination** [1] - 1163:17
**determine** [46] - 1053:2, 1054:23, 1065:6, 1069:14, 1076:19, 1085:6, 1085:8, 1085:15, 1086:17, 1102:20, 1102:25, 1107:12, 1110:4, 1114:13, 1118:13, 1119:1, 1119:8, 1119:16, 1119:22, 1120:3, 1120:20, 1122:12, 1131:2, 1140:18, 1141:2, 1142:13, 1147:5, 1148:2, 1148:11, 1149:20, 1150:16, 1156:9, 1157:18, 1157:21, 1164:4, 1170:15, 1177:13, 1179:2, 1185:17, 1186:5, 1191:25, 1192:8, 1192:14, 1192:15, 1193:23, 1196:8
**determined** [3] - 1055:4, 1108:25, 1178:17
**determining** [3] - 1084:21, 1154:24, 1196:6
**detonate** [3] - 1192:9, 1192:16
**device** [1] - 1078:8
**devoted** [1] - 1189:19
**die** [2] - 1067:11, 1104:23
**dies** [2] - 1067:7, 1067:9
**different** [14] - 1051:18, 1055:4, 1081:5, 1090:14, 1093:20, 1099:6, 1110:22, 1113:14, 1133:9, 1141:1, 1141:2, 1171:8, 1173:8, 1174:1
**difficult** [2] - 1125:9, 1145:5

**difficulty** [1] - 1084:5
**dim** [2] - 1052:19, 1124:15
**Din** [20] - 1057:11, 1057:25, 1058:3, 1067:3, 1085:14, 1096:7, 1101:14, 1150:8, 1150:11, 1172:24, 1177:6, 1180:8, 1182:9, 1187:19, 1189:17, 1194:16, 1194:17, 1194:25, 1195:16, 1196:3
**din** [1] - 1053:1
**dining** [1] - 1158:14
**dinner** [3] - 1115:13, 1115:20, 1115:21
**direct** [2] - 1067:3, 1093:23
**DIRECT** [4] - 1052:13, 1094:4, 1163:6, 1200:7
**directed** [2] - 1123:20, 1170:18
**direction** [1] - 1110:23
**directly** [4] - 1083:22, 1103:19, 1106:12, 1157:21
**discuss** [3] - 1067:24, 1089:16, 1090:7, 1091:5, 1196:16
**discussed** [7] - 1078:12, 1086:20, 1098:1, 1141:10, 1141:16, 1172:2, 1172:3
**discusses** [1] - 1083:4
**discussing** [1] - 1177:8
**discussion** [1] - 1089:17
**discussions** [1] - 1141:24
**disguised** [3] - 1119:8, 1119:11, 1141:18
**dispatched** [8] - 1106:13, 1109:9, 1109:19, 1148:19, 1148:25, 1165:16, 1168:18, 1168:20
**display** [17] - 1058:24, 1075:8, 1080:6, 1083:7, 1083:16, 1107:10, 1123:3, 1145:25, 1148:5, 1156:15, 1163:25, 1166:10, 1170:7, 1178:15, 1182:20, 1185:21, 1190:9
**dissimilar** [1] - 1173:7
**distance** [2] - 1070:23, 1108:9
**distributed** [1] - 1190:1
**district** [1] - 1129:7
**DISTRICT** [3] - 1049:1, 1049:1, 1049:14
**DLA** [1] - 1050:3
**document** [50] - 1061:10, 1062:9, 1065:2, 1088:3, 1089:2, 1089:5, 1089:20, 1092:20, 1093:1, 1094:21, 1101:1, 1101:16, 1102:1, 1102:2, 1113:12, 1113:22, 1127:22, 1129:14, 1129:22, 1131:23, 1133:15, 1135:5, 1137:2, 1137:12, 1146:18, 1153:3, 1153:21, 1153:23, 1153:25, 1159:15, 1167:5, 1172:18, 1172:21, 1172:22, 1177:6, 1177:12, 1181:4, 1181:7, 1181:14, 1181:18, 1184:3, 1188:11, 1189:15, 1195:20, 1195:24, 1196:1, 1196:24
**documents** [23] - 1060:13, 1089:12, 1089:19, 1090:11, 1090:13, 1093:3, 1093:6, 1113:14, 1113:17, 1127:10, 1128:4, 1131:6, 1131:24, 1132:3, 1132:5, 1132:6, 1133:16, 1135:11,

1135:14, 1153:21, 1159:9, 1159:22, 1177:16
**done** [4] - 1089:3, 1132:18, 1137:18, 1159:23
**dowa** [1] - 1071:6
**down** [6] - 1074:23, 1076:11, 1083:17, 1177:25, 1183:13, 1197:2
**downtown** [1] - 1179:13
**dozens** [2] - 1083:23, 1084:8
**draw** [1] - 1151:2
**dress** [1] - 1056:8
**dressed** [2] - 1115:21, 1117:8
**dresses** [1] - 1115:21
**drink** [2] - 1108:5, 1141:2
**driver** [2] - 1118:23, 1171:11
**drove** [1] - 1171:11
**due** [1] - 1145:5
**duly** [1] - 1052:11
**during** [29] - 1065:10, 1067:9, 1068:14, 1069:7, 1076:7, 1076:18, 1086:13, 1086:16, 1097:18, 1099:14, 1110:3, 1114:4, 1118:25, 1119:7, 1122:11, 1130:25, 1142:10, 1142:18, 1144:20, 1149:19, 1154:1, 1157:18, 1170:8, 1170:14, 1185:17, 1191:6, 1191:25, 1192:7, 1192:15
**dwelled** [1] - 1136:11

**E**

**early** [1] - 1091:3
**East** [2] - 1050:9, 1191:9
**east** [3] - 1148:18, 1170:24, 1186:15
**EASTERN** [1] - 1049:1
**easy** [1] - 1186:4
**eat** [2] - 1115:15, 1158:16
**economically** [1] - 1071:7
**effect** [1] - 1142:15
**effort** [1] - 1125:10
**eight** [1] - 1069:6
**either** [3] - 1051:10, 1169:20, 1169:21
**El** [1] - 1063:23
**elderly** [1] - 1115:17
**eleven** [1] - 1069:3
**eliminated** [1] - 1193:8
**ELSNER** [1] - 1049:24
**Embassy** [1] - 1190:24
**emblem** [1] - 1063:16
**Emmanuel** [16] - 1084:25, 1085:10, 1085:21, 1085:23, 1086:18, 1087:6, 1088:16, 1088:18, 1092:19, 1093:21, 1094:6, 1096:3, 1097:17, 1101:21, 1102:4, 1102:5
**Emmanuel"** [1] - 1092:24
**emphasized** [1] - 1066:25
**End** [6] - 1100:2, 1117:18, 1128:7, 1134:5, 1176:23, 1181:21
**end** [6] - 1093:7, 1099:10, 1137:5, 1171:5, 1176:3
**engineer** [1] - 1054:17
**engineers** [1] - 1084:8

**English** [8] - 1057:22, 1074:24, 1083:8, 1105:20, 1121:24, 1130:1, 1144:10, 1172:24
**enjoy** [1] - 1141:4
**enlarge** [2] - 1101:8, 1144:24
**ensure** [2] - 1084:21, 1112:4
**enter** [1] - 1094:20
**entered** [2] - 1094:24, 1191:22
**entertainment** [1] - 1164:14
**entitled** [1] - 1072:13
**entity** [2] - 1066:25, 1167:14
**envision** [1] - 1179:11
**equipped** [3] - 1191:14, 1192:1, 1192:3
**escaped** [1] - 1191:23
**escorted** [1] - 1104:21
**especially** [4] - 1142:11, 1149:17, 1191:10, 1197:14
**ESQ** [10] - 1049:17, 1049:18, 1049:20, 1049:23, 1049:24, 1049:25, 1050:3, 1050:4, 1050:4, 1050:5
**established** [1] - 1071:6
**estimate** [3] - 1070:6, 1108:19, 1137:10
**estimating** [1] - 1090:6
**ET** [1] - 1049:3
**evaluate** [3] - 1066:4, 1066:8, 1102:2
**evaluating** [2] - 1066:15, 1132:2
**evening** [2] - 1115:12, 1186:13
**events** [3] - 1115:8, 1115:14, 1137:8
**evidence** [49] - 1057:13, 1057:18, 1058:24, 1060:4, 1060:17, 1061:3, 1062:12, 1062:14, 1063:6, 1074:13, 1075:10, 1079:4, 1079:17, 1080:3, 1083:10, 1096:22, 1101:4, 1105:17, 1111:4, 1113:24, 1114:1, 1121:23, 1123:4, 1124:16, 1126:3, 1129:12, 1132:16, 1144:3, 1146:1, 1147:2, 1147:15, 1151:20, 1152:25, 1154:10, 1161:20, 1163:9, 1166:4, 1166:11, 1167:19, 1169:7, 1174:21, 1178:8, 1182:15, 1182:21, 1183:19, 1184:8, 1185:3, 1187:24, 1195:5
**exactly** [1] - 1186:14
**examination** [8] - 1051:15, 1089:3, 1093:23, 1099:11, 1099:12, 1099:13, 1099:25, 1127:24
**EXAMINATION** [4] - 1052:13, 1094:4, 1163:6, 1200:7
**examine** [1] - 1062:14
**examined** [3] - 1052:11, 1153:17, 1167:6
**examining** [1] - 1167:14
**example** [3] - 1056:13, 1136:22, 1141:3
**exceed** [1] - 1072:17
**except** [3] - 1079:9, 1079:22, 1176:3
**excerpt** [3] - 1083:9, 1083:19, 1145:20
**excluded** [4] - 1155:4, 1173:13, 1177:16, 1177:20
**excuse** [4] - 1063:24, 1086:14, 1157:4, 1189:4
**excused** [1] - 1197:1
**excuses** [1] - 1061:22

**execute** [1] - 1123:25
**execution** [1] - 1187:2
**executive** [1] - 1104:6
**exhibit** [15] - 1066:4, 1087:25, 1088:6, 1089:23, 1089:25, 1092:6, 1093:15, 1096:20, 1127:12, 1129:17, 1129:20, 1129:23, 1129:24, 1138:3, 1161:7
**Exhibit** [69] - 1057:17, 1059:2, 1060:3, 1060:16, 1061:2, 1062:11, 1074:12, 1079:4, 1079:16, 1080:2, 1083:10, 1096:21, 1097:14, 1101:3, 1105:16, 1113:23, 1121:23, 1126:3, 1129:12, 1132:16, 1137:19, 1144:8, 1150:13, 1150:20, 1151:19, 1152:24, 1163:9, 1167:18, 1169:6, 1174:20, 1178:7, 1182:14, 1183:18, 1184:7, 1185:3, 1187:24, 1195:5, 1201:4, 1201:6, 1201:8, 1201:10, 1201:12, 1201:14, 1201:16, 1201:18, 1201:20, 1201:22, 1201:24, 1202:2, 1202:4, 1202:6, 1202:8, 1202:10, 1202:12, 1202:14, 1202:16, 1202:20, 1202:22, 1202:24, 1203:2, 1203:4, 1203:6, 1203:8, 1203:10, 1203:12, 1203:14, 1203:15, 1203:16, 1203:17
**Exhibits** [2] - 1166:3, 1202:18
**exhibits** [4] - 1065:8, 1082:7, 1089:24, 1090:3
**exists** [1] - 1063:6
**exit** [3] - 1139:5, 1144:25, 1196:22
**exits** [1] - 1197:3
**experience** [1] - 1159:8
**expert** [13] - 1065:5, 1072:3, 1072:4, 1077:5, 1099:8, 1099:9, 1112:20, 1127:11, 1127:22, 1153:16, 1161:21
**expert's** [1] - 1138:5
**explain** [5] - 1051:13, 1061:19, 1076:7, 1104:10, 1145:7
**explode** [2] - 1055:23, 1109:22
**exploded** [3] - 1054:18, 1076:16, 1122:9
**explosion** [5] - 1076:23, 1077:9, 1121:11, 1156:22, 1164:15
**explosive** [14] - 1076:12, 1076:13, 1078:8, 1110:8, 1110:14, 1119:20, 1141:19, 1141:22, 1149:9, 1179:24, 1179:25, 1186:25, 1192:3, 1192:5
**explosives** [5] - 1077:6, 1077:7, 1107:18, 1141:21, 1191:15
**explosives'** [1] - 1153:16
**exposing** [1] - 1146:20
**express** [1] - 1051:7
**expressed** [1] - 1084:7
**expresses** [1] - 1102:12
**extremely** [2] - 1055:14, 1164:13

**F**

**face** [2] - 1109:25
**face-to-face** [1] - 1109:25
**fact** [18] - 1056:1, 1070:16, 1075:22, 1079:22, 1081:5, 1082:10, 1136:10,

1153:10, 1154:25, 1157:19, 1163:12, 1166:15, 1167:10, 1169:10, 1174:3, 1195:8, 1196:13
**facts** [4] - 1075:3, 1114:7, 1119:8, 1174:13
**factual** [1] - 1154:1
**faculty** [1] - 1156:18
**Fadi** [1] - 1183:15
**Fahmi** [4] - 1148:16, 1148:18, 1151:15, 1151:17
**Fahmi's** [1] - 1148:22
**fail** [1] - 1083:24
**failed** [1] - 1192:9
**fair** [1] - 1062:2
**familiar** [3] - 1155:18, 1163:11, 1196:24
**families** [1] - 1115:18
**family** [2] - 1145:15, 1148:23
**far** [6] - 1070:21, 1072:15, 1076:14, 1086:20, 1092:11, 1173:25
**Farah** [1] - 1170:12
**Farhat** [10] - 1102:23, 1103:1, 1103:3, 1103:10, 1103:17, 1103:18, 1104:13, 1104:21, 1105:8, 1105:24
**Farhat's** [2] - 1103:14, 1104:19
**fast** [1] - 1053:24
**father** [1] - 1068:9
**Fathi** [2] - 1118:22, 1118:23
**fax** [2] - 1159:16, 1159:17
**felt** [3] - 1053:22, 1054:1, 1104:24
**festive** [4] - 1115:13, 1115:21, 1115:22
**few** [6] - 1069:24, 1070:4, 1076:21, 1102:5, 1109:20, 1130:5
**field** [1] - 1171:22
**fifteen** [1] - 1141:8
**fifty** [2] - 1069:6, 1141:8
**fifty-eight** [1] - 1069:6
**fighting** [1] - 1191:10
**figure** [2] - 1089:24, 1120:22
**file** [1] - 1199:9
**filed** [4] - 1198:3, 1198:9, 1198:22, 1198:23
**files** [2] - 1082:8, 1125:12
**finally** [8] - 1056:16, 1067:13, 1110:15, 1113:25, 1137:14, 1138:20, 1149:7, 1172:7
**financially** [1] - 1071:8
**findings** [10] - 1055:4, 1055:6, 1112:21, 1153:17, 1166:16, 1166:17, 1166:23, 1167:6, 1167:7, 1167:11
**fine** [4] - 1052:20, 1089:8, 1093:24, 1197:19
**finish** [1] - 1118:4
**first** [26] - 1057:3, 1069:18, 1075:14, 1075:15, 1076:14, 1076:22, 1082:14, 1083:11, 1088:3, 1095:22, 1097:22, 1101:11, 1101:17, 1109:2, 1127:25, 1129:13, 1132:5, 1133:13, 1135:19, 1138:17, 1143:3, 1144:14, 1144:15, 1144:24, 1156:24, 1159:11
**fitted** [2] - 1110:14, 1180:1
**five** [7] - 1103:7, 1139:4, 1145:22,

1145:24, 1162:4, 1162:7, 1169:14
**flag** [2] - 1194:2, 1194:3
**FLOWERS** [1] - 1049:25
**focus** [4] - 1057:22, 1102:7, 1123:18, 1171:4
**folks** [1] - 1198:13
**followed** [1] - 1151:7
**following** [3] - 1091:10, 1108:20, 1162:9
**follows** [1] - 1052:12
**food** [1] - 1115:22
**FOR** [5] - 1049:13, 1049:16, 1049:20, 1049:22, 1050:3
**forehead** [2] - 1121:2, 1194:4
**Foreign** [4] - 1094:11, 1112:10, 1113:15, 1153:2
**forensic** [1] - 1167:15
**form** [6] - 1063:11, 1099:4, 1104:9, 1113:8, 1132:8, 1142:17
**format** [2] - 1135:10, 1135:11
**forming** [1] - 1081:8
**foundation** [1] - 1194:21
**founders** [2] - 1104:2, 1193:4
**founding** [1] - 1104:1
**four** [5] - 1125:22, 1158:15, 1164:21, 1186:18
**framework** [1] - 1113:13
**Francisco** [1] - 1179:11
**Frank** [5] - 1156:4, 1156:7, 1158:9, 1158:12, 1163:16
**free** [1] - 1056:8
**Friday** [1] - 1197:10
**friends** [1] - 1115:19
**front** [4] - 1076:25, 1131:8, 1131:23, 1193:25
**Fuad** [1] - 1107:15
**fully** [1] - 1095:3
**fun** [1] - 1141:4
**funeral** [4] - 1106:14, 1106:17, 1106:19, 1106:21
**furthering** [1] - 1133:20

### G

**games** [1] - 1141:3
**GARY** [1] - 1049:17
**gather** [2] - 1115:15, 1149:25
**gathered** [2] - 1076:23, 1115:12
**Gaza** [2] - 1136:20, 1191:17
**general** [6] - 1086:3, 1089:5, 1110:16, 1125:3, 1146:17, 1188:10
**generally** [3] - 1167:4, 1188:8, 1188:9
**generically** [2] - 1063:1, 1161:11
**gentleman** [1] - 1164:25
**gentlemen** [9] - 1051:5, 1066:3, 1091:2, 1101:25, 1139:1, 1148:7, 1162:2, 1193:25, 1196:16
**geographically** [2] - 1085:22, 1186:2
**Ghoul** [5] - 1148:9, 1148:11, 1148:14, 1149:10, 1149:20, 1149:23, 1154:20, 1154:25

**Gilo** [1] - 1149:15
**given** [3] - 1117:1, 1130:24, 1174:15
**glorify** [1] - 1155:20
**glorifying** [1] - 1189:24
**Google** [1] - 1196:18
**Government** [1] - 1112:1
**government** [8] - 1076:1, 1077:14, 1094:11, 1111:18, 1131:24, 1132:8, 1151:5, 1167:13
**Governorate** [1] - 1058:5
**grace** [1] - 1058:2
**great** [3] - 1089:3, 1158:3, 1199:10
**green** [3] - 1121:1, 1193:25, 1194:1, 1194:3
**grounds** [1] - 1096:18
**group** [1] - 1171:4
**guard** [1] - 1197:6
**guess** [1] - 1160:7
**guide** [1] - 1187:1
**guilt** [2] - 1131:5, 1133:5
**guilty** [4] - 1131:6, 1152:9, 1168:23, 1178:3
**guitar** [4] - 1055:2, 1056:22, 1056:23, 1110:6
**guy** [1] - 1099:23

### H

**Haifa** [10] - 1178:10, 1178:21, 1179:1, 1179:7, 1179:8, 1179:13, 1179:14, 1180:10, 1182:10, 1185:12
**Haj** [1] - 1085:12
**Halabiya** [1] - 1069:12
**Halawa** [3] - 1054:4, 1054:5, 1054:7
**half** [6] - 1075:14, 1101:9, 1105:21, 1108:12, 1108:22, 1159:13
**Hamad** [4] - 1170:12, 1171:10, 1178:1
**Hamas** [225] - 1053:3, 1053:4, 1054:7, 1054:11, 1054:17, 1055:5, 1056:21, 1057:5, 1057:8, 1057:12, 1057:25, 1058:1, 1058:10, 1058:13, 1062:14, 1062:24, 1063:7, 1063:14, 1063:15, 1063:16, 1066:16, 1067:1, 1068:16, 1069:15, 1069:16, 1069:17, 1070:16, 1070:17, 1070:19, 1071:7, 1071:8, 1072:6, 1073:13, 1073:18, 1074:1, 1074:4, 1075:5, 1075:18, 1075:22, 1076:21, 1078:4, 1078:9, 1078:10, 1084:11, 1084:21, 1085:6, 1085:16, 1085:18, 1085:19, 1087:6, 1095:13, 1096:8, 1097:5, 1097:6, 1102:23, 1103:2, 1103:3, 1103:4, 1103:18, 1104:1, 1104:3, 1104:6, 1104:13, 1104:14, 1104:20, 1105:6, 1105:11, 1105:25, 1106:4, 1106:10, 1106:15, 1106:20, 1106:23, 1107:1, 1107:3, 1109:1, 1109:8, 1109:16, 1109:17, 1110:13, 1118:15, 1118:16, 1118:17, 1118:20, 1118:23, 1120:2, 1120:13, 1120:16, 1120:19, 1120:21, 1120:23, 1121:1, 1121:3, 1121:10, 1121:14, 1121:15, 1122:16, 1123:20, 1123:23,

1124:10, 1125:13, 1131:19, 1135:25, 1136:5, 1136:10, 1136:18, 1136:20, 1136:24, 1140:19, 1140:20, 1140:21, 1143:3, 1143:6, 1143:17, 1143:23, 1144:2, 1145:13, 1147:5, 1147:20, 1148:12, 1148:14, 1148:15, 1148:24, 1149:4, 1149:8, 1149:21, 1149:22, 1149:23, 1150:12, 1150:14, 1150:15, 1150:16, 1153:9, 1154:2, 1154:22, 1155:15, 1155:18, 1156:1, 1156:12, 1157:2, 1157:7, 1159:2, 1159:4, 1159:5, 1159:6, 1159:7, 1159:9, 1159:10, 1159:23, 1161:5, 1161:12, 1161:16, 1161:19, 1163:15, 1164:5, 1164:8, 1165:2, 1165:5, 1165:6, 1165:7, 1165:10, 1165:13, 1165:22, 1165:25, 1167:10, 1169:12, 1169:13, 1169:21, 1170:16, 1170:17, 1170:18, 1172:4, 1172:20, 1173:21, 1174:1, 1174:3, 1174:10, 1177:7, 1178:23, 1178:25, 1179:3, 1179:5, 1179:6, 1179:22, 1180:9, 1182:9, 1183:25, 1185:11, 1185:19, 1186:10, 1186:14, 1186:24, 1187:4, 1188:2, 1189:18, 1189:21, 1189:24, 1191:18, 1192:23, 1193:4, 1193:7, 1193:8, 1193:9, 1193:15, 1194:2, 1195:1, 1195:7, 1196:4, 1196:8
**Hamas'** [10] - 1074:18, 1124:7, 1158:1, 1159:21, 1177:10, 1187:19, 1193:5, 1193:24, 1194:16, 1196:7
**Hamdan** [3] - 1124:12, 1136:12, 1171:6
**Hamden** [1] - 1124:9
**Hamed** [7] - 1072:14, 1073:17, 1073:18, 1110:15, 1143:15, 1143:16, 1164:25, 1165:2, 1169:17, 1171:25, 1174:3
**Hamel** [2] - 1070:19, 1074:21
**hand** [6] - 1051:21, 1055:16, 1057:22, 1109:4, 1109:13, 1142:25, 1143:6, 1187:3
**handed** [2] - 1159:15, 1177:25
**hands** [1] - 1073:14
**handwriting** [2] - 1125:9, 1135:13
**handwritten** [1] - 1135:14
**hang** [1] - 1108:4
**Hanif** [2] - 1190:15, 1191:3
**Haniya** [3] - 1106:24, 1106:25, 1107:4
**happy** [3] - 1067:24, 1089:16, 1090:7
**hardship** [1] - 1197:16
**harm** [1] - 1145:15
**Hasnin** [2] - 1164:5, 1165:6
**Hazem** [1] - 1185:20
**head** [1] - 1136:9
**headband** [1] - 1194:4
**headed** [1] - 1123:21
**headquarters** [4] - 1165:10, 1170:18, 1171:17, 1191:19
**heads** [1] - 1136:5
**hear** [4] - 1053:17, 1127:3, 1152:12, 1191:1

**heard** [9] - 1053:18, 1054:1, 1062:3, 1114:7, 1120:25, 1152:17, 1181:17, 1181:18

**heart** [2] - 1053:9, 1058:8

**Hebrew** [11] - 1125:5, 1125:7, 1156:3, 1156:7, 1156:17, 1158:8, 1159:2, 1159:14, 1163:11, 1163:16, 1181:4

**Hebron** [7] - 1178:24, 1185:25, 1186:3, 1186:16, 1186:24, 1187:4, 1190:1

**heeled** [1] - 1119:12

**held** [9] - 1064:3, 1071:11, 1077:20, 1080:8, 1087:11, 1133:14, 1160:10, 1188:12, 1193:12

**help** [21] - 1071:7, 1077:13, 1096:11, 1102:2, 1105:23, 1114:7, 1117:15, 1146:8, 1146:12, 1147:15, 1150:16, 1154:4, 1155:2, 1158:3, 1168:8, 1183:1, 1188:1, 1188:3, 1191:10, 1195:7, 1196:8

**helped** [7] - 1068:15, 1096:15, 1114:9, 1151:2, 1169:23, 1171:18, 1177:12

**helping** [1] - 1066:4

**helps** [1] - 1133:18

**hence** [1] - 1092:22

**heroic** [2] - 1101:18, 1105:7

**heroism** [1] - 1102:12

**hi** [1] - 1164:3

**hid** [1] - 1191:15

**hidden** [3] - 1119:21, 1141:20, 1192:4

**hide** [1] - 1056:5

**high** [3] - 1104:6, 1119:12, 1120:14

**high-heeled** [1] - 1119:12

**higher** [1] - 1165:9

**highly** [1] - 1134:1

**Highway** [1] - 1170:22

**Hijazi** [1] - 1171:15

**Hijri** [1] - 1058:6

**himself** [6] - 1076:15, 1084:9, 1106:21, 1109:22, 1122:10, 1191:23

**Hisham** [1] - 1171:15

**history** [3] - 1135:25, 1172:18, 1173:22

**holding** [3] - 1194:6, 1194:8, 1194:9

**Holocaust** [1] - 1115:17

**holy** [1] - 1058:3

**home** [5] - 1086:2, 1086:3, 1108:8, 1108:10, 1196:15

**Honor** [84] - 1052:9, 1052:18, 1057:15, 1058:23, 1060:14, 1062:8, 1062:25, 1065:12, 1068:3, 1069:2, 1071:9, 1072:2, 1075:8, 1077:18, 1078:2, 1078:11, 1079:14, 1080:6, 1081:11, 1082:24, 1083:7, 1083:14, 1085:4, 1087:8, 1087:25, 1089:15, 1090:5, 1092:12, 1092:13, 1092:15, 1092:23, 1093:5, 1093:16, 1093:19, 1094:3, 1094:15, 1096:17, 1096:23, 1097:21, 1097:23, 1098:5, 1099:18, 1101:6, 1101:23, 1102:18, 1107:10, 1111:3, 1112:22, 1113:20, 1114:17, 1115:23, 1119:4, 1122:1, 1123:3, 1124:14, 1125:25, 1127:1, 1129:9, 1129:16,

1129:25, 1133:1, 1138:2, 1138:6, 1138:25, 1140:6, 1142:4, 1144:4, 1144:6, 1144:11, 1145:25, 1155:5, 1160:3, 1160:5, 1161:1, 1163:5, 1169:2, 1173:14, 1174:24, 1176:5, 1192:11, 1197:9, 1198:3, 1198:17, 1199:4

**honor** [1] - 1193:12

**Honorable** [2] - 1092:1, 1163:1

**HONORABLE** [1] - 1049:13

**hope** [1] - 1197:12

**hoped** [1] - 1084:8

**horse** [1] - 1161:2

**Hotel** [23] - 1114:11, 1114:14, 1114:20, 1115:2, 1115:3, 1115:7, 1115:8, 1120:5, 1121:12, 1122:10, 1123:8, 1124:7, 1125:14, 1125:24, 1131:21, 1131:22, 1132:12, 1132:18, 1132:21, 1133:3, 1133:10, 1137:18, 1138:14

**hotel** [5] - 1115:3, 1115:11, 1115:16, 1117:8, 1119:2

**hotels** [1] - 1122:20

**hour** [4] - 1108:15, 1108:22, 1139:4, 1186:14

**hours** [3] - 1086:13, 1141:2, 1159:13

**houses** [1] - 1069:21

**hub** [1] - 1164:20

**hugely** [1] - 1133:6

**human** [2] - 1083:23, 1084:1

**humanity** [1] - 1084:6

**hundred** [1] - 1069:6

**hundreds** [2] - 1083:24, 1089:23

**Hurani** [1] - 1107:15

**hurt** [1] - 1188:14

## I

**Ibrahim** [18] - 1070:19, 1073:17, 1073:18, 1074:21, 1110:15, 1143:15, 1143:16, 1164:24, 1165:2, 1169:17, 1171:25, 1172:3, 1192:24, 1192:25, 1193:2, 1193:4, 1193:13

**idea** [1] - 1053:7

**identical** [1] - 1079:9

**identified** [6] - 1059:12, 1072:10, 1089:10, 1090:12, 1111:16, 1182:22

**identify** [57] - 1059:4, 1059:7, 1059:19, 1059:20, 1069:7, 1072:13, 1073:23, 1074:17, 1077:2, 1079:7, 1095:25, 1108:24, 1111:6, 1111:7, 1111:15, 1118:10, 1121:7, 1125:19, 1140:13, 1150:4, 1151:22, 1153:2, 1153:4, 1153:13, 1153:14, 1154:17, 1154:18, 1155:8, 1155:10, 1158:23, 1159:17, 1163:22, 1165:19, 1167:2, 1167:22, 1168:14, 1170:4, 1170:6, 1170:9, 1172:15, 1173:18, 1177:3, 1177:22, 1178:17, 1180:4, 1180:5, 1182:4, 1183:8, 1183:21, 1184:10, 1187:15, 1188:6, 1188:23, 1189:15, 1190:6, 1194:12, 1195:14

**identity** [3] - 1075:15, 1135:8, 1146:10

**image** [6] - 1056:7, 1137:21, 1154:16, 1154:17, 1154:18, 1155:9

**impact** [2] - 1099:24, 1134:2

**impacts** [1] - 1199:6

**impeached** [1] - 1089:4

**important** [8] - 1055:12, 1055:14, 1056:3, 1084:20, 1104:24, 1111:19, 1111:20, 1115:14

**imprisoned** [1] - 1176:9

**improve** [1] - 1084:1

**inclined** [1] - 1065:7

**included** [3] - 1132:10, 1163:11, 1169:14

**includes** [2] - 1135:7, 1182:10

**including** [7] - 1131:19, 1132:10, 1141:24, 1142:14, 1159:7, 1180:10, 1195:18

**indeed** [35] - 1058:1, 1058:17, 1063:15, 1075:6, 1079:11, 1084:15, 1084:23, 1106:17, 1111:8, 1111:17, 1121:18, 1122:13, 1123:14, 1124:4, 1125:15, 1131:6, 1143:13, 1146:25, 1147:7, 1153:7, 1153:11, 1155:25, 1159:10, 1159:22, 1165:2, 1166:24, 1168:25, 1173:6, 1177:12, 1178:11, 1182:24, 1185:13, 1188:3, 1189:10, 1195:9

**indicate** [1] - 1166:18

**indicated** [3] - 1099:2, 1111:9, 1172:21

**indicates** [6] - 1057:24, 1070:10, 1071:3, 1145:2, 1145:21, 1166:14

**indicating** [3] - 1062:14, 1147:18, 1196:1

**individual** [6] - 1056:11, 1082:17, 1097:16, 1122:6, 1122:8, 1138:12

**individuals** [15] - 1053:5, 1067:20, 1107:1, 1108:25, 1111:15, 1126:1, 1142:23, 1142:24, 1143:11, 1156:23, 1157:19, 1164:21, 1172:1, 1183:5, 1186:20

**industrial** [1] - 1140:25

**inexhaustible** [1] - 1084:6

**inexperienced** [1] - 1104:16

**Info** [1] - 1174:9

**information** [57] - 1055:9, 1057:2, 1063:5, 1063:9, 1065:5, 1067:14, 1068:15, 1068:18, 1082:9, 1084:19, 1084:20, 1094:9, 1095:11, 1097:8, 1110:25, 1111:18, 1112:3, 1112:5, 1113:3, 1113:4, 1118:8, 1122:12, 1124:3, 1124:6, 1125:11, 1136:23, 1138:21, 1141:25, 1142:18, 1142:19, 1143:7, 1144:20, 1146:5, 1146:8, 1146:9, 1146:24, 1147:18, 1151:3, 1153:8, 1154:1, 1154:12, 1154:24, 1155:24, 1159:20, 1159:24, 1168:6, 1168:8, 1173:1, 1174:10, 1183:1, 1183:3, 1185:5, 1188:17, 1189:22, 1191:3, 1192:17, 1196:5

**Information** [1] - 1174:11

**informed** [1] - 1167:7

**infrastructure** [1] - 1146:20

**INGERMAN** [76] - 1050:4, 1057:15, 1060:1, 1060:14, 1061:16, 1062:8, 1062:25, 1063:11, 1064:1, 1065:12, 1068:3, 1071:9, 1072:2, 1074:10, 1077:18, 1078:7, 1079:14, 1083:14, 1087:8, 1087:25, 1088:6, 1088:16, 1088:22, 1089:9, 1089:22, 1090:5, 1090:18, 1092:13, 1093:13, 1093:15, 1094:15, 1094:19, 1096:17, 1097:21, 1097:25, 1099:18, 1101:23, 1104:8, 1105:14, 1112:22, 1113:8, 1113:20, 1119:4, 1127:12, 1127:16, 1127:18, 1128:3, 1128:6, 1129:16, 1129:25, 1131:13, 1132:17, 1133:1, 1138:1, 1142:4, 1142:16, 1142:21, 1144:6, 1145:9, 1155:4, 1160:3, 1161:1, 1161:8, 1161:13, 1173:13, 1174:24, 1176:4, 1176:8, 1176:11, 1176:13, 1176:15, 1176:22, 1192:11, 1196:11, 1199:4, 1199:11
**Ingerman** [1] - 1092:4
**ingerman** [1] - 1127:4
**injured** [11] - 1069:4, 1086:10, 1086:11, 1103:8, 1103:9, 1141:8, 1156:20, 1156:21, 1170:1, 1179:17, 1179:20
**injuries** [3] - 1096:14, 1141:6, 1190:13
**injury** [2] - 1083:24, 1155:1
**innocent** [1] - 1083:23
**inquire** [3] - 1052:8, 1088:2, 1088:9
**inquired** [1] - 1088:22
**inserted** [1] - 1141:21
**inside** [4] - 1055:2, 1056:22, 1076:13, 1086:23
**insignia** [1] - 1159:5
**insofar** [1] - 1131:19
**instance** [3] - 1055:13, 1090:2, 1151:5
**instead** [3] - 1084:7, 1117:6, 1197:21
**instruct** [1] - 1187:1
**instruction** [2] - 1065:3, 1110:23
**instructions** [1] - 1187:2
**intellectuals** [1] - 1107:25
**intelligence** [2] - 1087:8, 1157:13
**intend** [1] - 1095:4
**intended** [1] - 1084:1
**intends** [1] - 1072:12
**intention** [2] - 1076:16, 1197:14
**interaction** [1] - 1067:22
**interest** [1] - 1133:14
**Internet** [5] - 1121:14, 1144:1, 1150:11, 1154:23, 1194:24
**internet** [1] - 1165:25
**interpret** [2] - 1051:22, 1138:16
**INTERPRETED** [1] - 1050:7
**INTERPRETER** [11] - 1051:24, 1051:25, 1052:3, 1052:5, 1066:21, 1073:6, 1073:9, 1118:6, 1142:9, 1157:4, 1158:7
**interpreting** [1] - 1118:4
**interrogation** [6] - 1123:24, 1130:4, 1131:8, 1131:11, 1131:23, 1133:2
**interrogator** [1] - 1125:5

**interview** [17] - 1055:7, 1067:15, 1067:17, 1068:7, 1068:9, 1068:11, 1068:14, 1070:12, 1070:13, 1081:4, 1082:10, 1082:20, 1109:24, 1138:22, 1138:23, 1147:9, 1147:13
**interviewed** [7] - 1054:19, 1054:21, 1124:8, 1141:12, 1141:13, 1147:10, 1147:12
**interviewing** [1] - 1147:11
**interviews** [3] - 1142:13, 1157:23, 1158:2
**Intifada** [1] - 1120:18
**investigate** [16] - 1068:21, 1084:24, 1102:14, 1107:7, 1107:9, 1114:10, 1140:8, 1147:23, 1156:2, 1156:6, 1163:18, 1169:24, 1170:2, 1178:9, 1185:14, 1190:2
**investigating** [1] - 1145:23
**investigation** [57] - 1055:25, 1056:2, 1069:8, 1076:8, 1076:18, 1077:11, 1077:14, 1082:8, 1086:16, 1103:10, 1103:13, 1104:1, 1104:12, 1104:19, 1110:3, 1111:12, 1111:14, 1112:13, 1112:24, 1113:6, 1118:11, 1118:25, 1119:7, 1119:17, 1119:23, 1120:9, 1120:20, 1122:11, 1123:1, 1123:7, 1131:1, 1131:11, 1131:12, 1141:5, 1141:9, 1141:17, 1142:10, 1142:19, 1144:20, 1145:7, 1147:4, 1149:19, 1154:2, 1157:19, 1166:7, 1170:4, 1170:8, 1170:14, 1178:22, 1182:17, 1185:18, 1186:5, 1191:2, 1191:7, 1192:1, 1192:7, 1192:16
**investigatory** [1] - 1076:1
**invitation** [2] - 1063:14, 1063:17
**invites** [3] - 1062:24, 1063:3, 1067:1
**involved** [31] - 1053:6, 1054:4, 1056:1, 1067:15, 1070:11, 1077:7, 1085:9, 1096:12, 1107:17, 1108:25, 1110:19, 1118:11, 1136:18, 1142:12, 1143:13, 1156:10, 1157:19, 1164:22, 1170:4, 1170:9, 1171:9, 1178:18, 1183:5, 1183:10, 1185:18, 1185:19, 1186:6, 1189:6, 1189:19, 1190:7, 1190:11
**involvement** [2] - 1059:23, 1075:18
**Iraq** [1] - 1191:12
**irrelevant** [1] - 1078:5
**ISA** [22] - 1059:4, 1075:15, 1075:18, 1075:25, 1110:25, 1111:6, 1111:9, 1111:15, 1113:15, 1123:7, 1123:12, 1127:14, 1132:6, 1146:4, 1146:8, 1146:20, 1150:21, 1150:22, 1150:24, 1151:4, 1166:14, 1169:9
**ishdishotti** [3] - 1066:19, 1066:20, 1067:6
**Islah** [4] - 1070:17, 1071:4, 1072:3
**Islamic** [3] - 1102:12, 1191:10, 1191:12
**Isma'il** [2] - 1106:23, 1106:24
**isolated** [1] - 1090:2
**Israel** [25] - 1055:6, 1059:15, 1084:12, 1085:22, 1110:25, 1112:9, 1114:24,

1114:25, 1145:8, 1153:2, 1153:24, 1154:5, 1166:6, 1167:13, 1167:14, 1167:15, 1173:10, 1179:8, 1182:16, 1182:22, 1190:16, 1190:24, 1191:4, 1191:16, 1193:8
**Israel's** [1] - 1108:8
**Israeli** [8] - 1058:20, 1059:4, 1059:7, 1075:9, 1078:2, 1122:19, 1122:25, 1146:5
**Israelis** [1] - 1115:12
**issue** [5] - 1089:15, 1091:3, 1093:2, 1093:9, 1187:2
**issued** [14] - 1060:19, 1060:22, 1061:8, 1062:24, 1105:5, 1129:7, 1167:5, 1167:25, 1169:14, 1188:11, 1193:9, 1193:15, 1195:21, 1199:5
**issues** [1] - 1199:6
**IT** [1] - 1198:14
**itemizing** [1] - 1198:23
**items** [1] - 1142:14
**itself** [3] - 1068:1, 1081:12, 1154:16
**Iyad** [1] - 1164:3
**Izz** [18] - 1057:25, 1058:3, 1067:3, 1096:7, 1101:14, 1150:7, 1150:11, 1172:24, 1177:6, 1180:7, 1182:8, 1187:19, 1189:17, 1194:16, 1194:17, 1194:24, 1195:16, 1196:3

## J

**Ja'aba** [1] - 1183:15
**jacket** [2] - 1119:13, 1119:21
**jail** [2] - 1138:23, 1157:24
**Jamal** [5] - 1070:14, 1070:16, 1072:9, 1136:2, 1136:4
**jamal** [1] - 1136:5
**JAMES** [1] - 1049:23
**January** [3] - 1169:25, 1173:2, 1177:11
**jazz** [3] - 1190:21, 1191:1, 1191:22
**jeans** [1] - 1119:12
**Jenin** [3] - 1054:11, 1058:5, 1067:1
**Jerusalem** [34] - 1052:22, 1053:7, 1053:8, 1053:13, 1056:6, 1056:8, 1057:6, 1058:8, 1069:19, 1069:20, 1070:21, 1070:23, 1107:7, 1107:21, 1107:24, 1109:6, 1109:10, 1109:17, 1114:8, 1147:25, 1148:8, 1148:18, 1149:12, 1149:15, 1150:9, 1153:6, 1156:5, 1156:8, 1158:13, 1159:3, 1170:21, 1171:1, 1191:17
**Jesser** [1] - 1171:20
**Jewish** [1] - 1115:14
**JODI** [1] - 1049:25
**joined** [2] - 1120:14, 1120:16
**Jordan** [3] - 1120:16, 1166:18, 1169:10
**journalistic** [1] - 1113:14
**judge** [1] - 1051:11
**JUDGE** [1] - 1049:14
**July** [2] - 1092:22, 1156:3
**Jumada** [2] - 1058:6, 1092:21
**Junction** [11] - 1147:24, 1148:3, 1148:8, 1149:11, 1149:12, 1149:14, 1150:9,

1153:5, 1155:13, 1155:14, 1155:22
**junction** [3] - 1053:9, 1164:16, 1164:18
**June** [1] - 1147:25
**JURORS** [1] - 1051:6
**jurors** [4] - 1139:5, 1196:22, 1197:22, 1197:23
**Jury** [2] - 1093:25, 1163:3
**JURY** [1] - 1049:13
**jury** [37] - 1051:1, 1051:2, 1051:3, 1051:8, 1051:11, 1064:3, 1065:3, 1065:8, 1066:1, 1070:20, 1071:11, 1073:1, 1077:20, 1079:1, 1080:8, 1081:14, 1082:1, 1087:11, 1091:1, 1091:6, 1093:14, 1133:11, 1138:4, 1140:1, 1140:2, 1140:3, 1160:10, 1161:4, 1161:14, 1161:17, 1162:1, 1162:6, 1163:2, 1176:19, 1176:21, 1196:14, 1197:13

## K

**Kadusi** [1] - 1085:13
**keep** [1] - 1196:18
**keeping** [1] - 1196:14
**key** [2] - 1110:12, 1165:10
**Khaled** [3] - 1136:8, 1136:9, 1171:12
**Khan** [2] - 1190:16, 1191:3
**Khasib** [2] - 1118:22, 1118:23
**killed** [12] - 1068:25, 1069:3, 1086:7, 1086:9, 1097:18, 1103:5, 1103:7, 1141:6, 1141:8, 1156:16, 1156:18, 1179:17
**kilometers** [2] - 1070:24, 1102:5
**kind** [5] - 1062:23, 1086:18, 1086:21, 1115:22, 1124:19
**kinds** [4] - 1104:15, 1132:3, 1132:5, 1133:16
**Kiryat** [11] - 1185:15, 1185:23, 1185:25, 1186:4, 1186:11, 1186:15, 1186:17, 1187:5, 1187:20, 1188:13, 1189:20
**knowledge** [3] - 1083:25, 1103:4, 1117:2
**known** [1] - 1055:15
**Koran** [3] - 1191:15, 1192:5, 1194:9
**Kurtzer** [1] - 1049:6

## L

**laboratory** [1] - 1167:6
**lack** [1] - 1078:3
**ladies** [8] - 1051:5, 1066:3, 1091:2, 1101:25, 1139:1, 1148:7, 1162:2, 1196:16
**lady** [2] - 1055:16, 1055:18
**language** [1] - 1159:6
**large** [6] - 1069:22, 1106:17, 1115:11, 1141:19, 1158:17, 1179:14
**largely** [1] - 1093:6
**largest** [1] - 1165:14
**last** [3] - 1136:15, 1198:4, 1198:13
**late** [4] - 1086:13, 1108:6, 1108:15, 1191:21

**lawyers** [2] - 1051:8, 1051:10
**lead** [1] - 1068:18
**leader** [4] - 1070:16, 1109:16, 1123:23, 1136:10
**leaders** [2] - 1104:6, 1106:23
**leadership** [2] - 1107:1, 1136:7
**leading** [2] - 1164:12, 1187:4
**leads** [1] - 1170:24
**learn** [11] - 1070:3, 1075:3, 1119:10, 1119:19, 1120:12, 1122:14, 1141:25, 1142:3, 1142:18, 1159:20, 1191:6
**learned** [6] - 1076:7, 1082:9, 1084:19, 1113:5, 1122:15, 1122:19
**least** [6] - 1090:10, 1098:4, 1104:11, 1146:4, 1156:10, 1182:21
**leave** [2] - 1093:22, 1099:17
**Lebanon** [1] - 1124:9
**led** [3] - 1055:22, 1056:9, 1109:20
**left** [5] - 1052:15, 1110:10, 1143:9, 1157:1, 1161:14
**legal** [1] - 1151:7
**letter** [7] - 1198:4, 1198:9, 1198:23, 1198:25, 1199:4, 1199:7
**levels** [1] - 1172:1
**Levitt's** [1] - 1072:10
**liaison** [2] - 1165:7, 1172:11
**life** [4] - 1084:2, 1178:3, 1183:11, 1189:20
**light** [1] - 1194:20
**lights** [6] - 1052:19, 1083:17, 1084:17, 1096:23, 1097:2, 1124:15
**liken** [1] - 1108:2
**likewise** [7] - 1111:15, 1111:16, 1123:16, 1124:8, 1143:15, 1146:23, 1147:4, 1147:13, 1154:13, 1168:5, 1169:20, 1185:6, 1189:23
**limine** [1] - 1065:3
**limited** [2] - 1066:4, 1099:25
**LINDE** [2] - 1049:3, 1049:16
**line** [4] - 1085:11, 1111:13, 1179:16
**lines** [2] - 1176:18, 1179:13
**link** [1] - 1067:3
**linking** [1] - 1154:2
**list** [5] - 1088:5, 1088:6, 1088:21, 1127:5, 1127:18
**listed** [2] - 1106:6, 1186:20
**listing** [1] - 1089:1
**LITLE** [1] - 1049:20
**Litle** [1] - 1049:4
**live** [6] - 1085:25, 1086:1, 1102:13, 1107:24, 1108:1, 1191:1
**lived** [1] - 1148:18
**living** [1] - 1178:1
**LLC** [2] - 1049:16, 1049:24
**LLP** [2] - 1049:22, 1050:3
**loathe** [1] - 1133:19
**locality** [1] - 1085:24
**locate** [1] - 1109:5
**located** [15] - 1085:22, 1085:23, 1107:21, 1115:2, 1140:24, 1149:14, 1158:9, 1165:15, 1170:19, 1179:8,

1179:9, 1190:20, 1190:22, 1190:24
**location** [4] - 1076:9, 1109:12, 1186:8, 1186:12
**logistic** [1] - 1118:21
**logo** [5] - 1101:11, 1101:13, 1101:14, 1101:16, 1159:6
**longitudinal** [1] - 1170:22
**look** [9] - 1051:18, 1056:24, 1099:8, 1120:9, 1147:1, 1173:16, 1196:18, 1196:25, 1197:4
**looked** [1] - 1131:9, 1181:13
**looking** [9] - 1061:25, 1067:11, 1090:6, 1132:4, 1135:4, 1152:19, 1169:9, 1181:6, 1192:20
**love** [1] - 1108:4
**lower** [4] - 1142:24, 1144:16, 1149:16, 1171:4
**luck** [1] - 1104:22
**lunch** [4] - 1093:9, 1139:2, 1139:3, 1158:18
**Luncheon** [1] - 1139:7
**lunchtime** [1] - 1158:18

## M

**M-a-r-i-n** [1] - 1052:6
**MA** [1] - 1148:9
**Mahmoud** [6] - 1165:8, 1168:17, 1168:19, 1178:20, 1182:11, 1185:8
**main** [4] - 1053:9, 1170:22, 1190:22, 1194:2
**maintain** [1] - 1135:16
**maker** [2] - 1107:16, 1142:12
**makeup** [1] - 1119:14
**man** [4] - 1054:12, 1111:9, 1122:15, 1189:10
**manage** [2] - 1085:8, 1125:10
**managed** [2] - 1119:1, 1119:24
**Mansur** [3] - 1136:2, 1136:4, 1136:5
**map** [1] - 1114:24
**Maqadma** [6] - 1192:25, 1193:2, 1193:4, 1193:13, 1194:5
**Maqadma's** [2] - 1193:22, 1195:21
**March** [5] - 1102:15, 1107:8, 1114:11, 1178:10, 1185:15
**MARGARET** [1] - 1050:5
**Marin** [1] - 1052:5
**MARIN** [1] - 1050:7
**MARK** [1] - 1049:9
**marked** [3] - 1068:13, 1095:22, 1150:23
**Marriam** [2] - 1103:18, 1104:21
**Martyr** [1] - 1057:24
**martyrdom** [1] - 1058:7
**Martyrs** [5] - 1177:6, 1180:8, 1187:19, 1189:18, 1194:16
**Mashahrah** [8] - 1148:16, 1148:18, 1148:21, 1151:6, 1151:15, 1152:1, 1152:6, 1152:18
**Mashal** [2] - 1136:8, 1136:9
**Masri** [4] - 1053:1, 1058:4, 1058:14, 1067:3

**material** [3] - 1137:23, 1155:25, 1177:13
**materially** [1] - 1090:14
**materials** [7] - 1082:7, 1124:5, 1147:16, 1155:23, 1167:8, 1185:10, 1192:4
**matters** [1] - 1066:5
**maximum** [2] - 1076:16, 1142:15
**mean** [7] - 1066:19, 1067:6, 1088:24, 1089:19, 1090:5, 1101:21, 1130:12
**means** [10] - 1051:11, 1056:13, 1067:7, 1071:7, 1104:22, 1132:6, 1137:23, 1145:8, 1145:11, 1186:4
**meant** [1] - 1107:3
**mechanical** [1] - 1050:12
**meet** [1] - 1158:16
**meeting** [1] - 1158:20
**member** [17] - 1102:23, 1104:13, 1109:5, 1118:17, 1136:6, 1137:23, 1138:17, 1140:20, 1143:3, 1143:6, 1164:8, 1165:6, 1165:13, 1178:1, 1179:6, 1183:24, 1187:4
**members** [11] - 1069:17, 1106:22, 1125:22, 1125:23, 1148:23, 1148:24, 1170:13, 1185:19, 1186:10, 1191:8, 1191:18
**memorialization** [7] - 1062:13, 1097:9, 1106:14, 1147:17, 1155:23, 1155:25, 1185:10
**memorialization-type** [1] - 1155:23
**memorializations** [2] - 1137:17, 1189:23
**memorializing** [1] - 1185:11
**memory** [4] - 1063:3, 1147:21, 1193:9, 1193:12
**men** [2] - 1193:11, 1193:16
**mention** [7] - 1078:4, 1078:10, 1099:16, 1123:14, 1123:16, 1133:2
**mentioned** [10] - 1072:4, 1078:9, 1088:1, 1099:3, 1106:25, 1123:17, 1157:10, 1186:11, 1189:7, 1197:10
**mentions** [1] - 1133:3
**met** [1] - 1191:18
**meters** [3] - 1053:14, 1069:24, 1190:23
**method** [3] - 1075:21, 1112:4, 1119:17
**methodology** [1] - 1063:10
**MICHAEL** [1] - 1049:24
**Michal** [1] - 1052:5
**MICHAL** [2] - 1050:7, 1052:5
**microphone** [1] - 1158:5
**Middle** [1] - 1191:9
**middle** [7] - 1054:13, 1056:11, 1058:7, 1086:4, 1149:16, 1157:6, 1157:16
**midnight** [1] - 1070:2
**midst** [1] - 1119:2
**might** [4] - 1053:10, 1065:9, 1145:15, 1158:5
**Mike's** [11] - 1190:3, 1190:12, 1190:18, 1190:19, 1190:21, 1191:22, 1193:17, 1193:24, 1194:18, 1195:8, 1195:17
**mile** [1] - 1108:12
**miles** [3] - 1070:24, 1102:5, 1114:25
**military** [32] - 1057:12, 1057:24, 1058:1,

1067:2, 1074:4, 1087:6, 1096:8, 1104:3, 1105:6, 1105:11, 1106:10, 1109:16, 1109:17, 1120:19, 1121:15, 1123:20, 1123:23, 1144:2, 1150:12, 1151:14, 1165:7, 1172:4, 1174:5, 1180:9, 1182:9, 1186:24, 1187:20, 1189:18, 1193:6, 1194:17, 1194:25
**Miller** [6] - 1057:21, 1082:4, 1095:21, 1101:8, 1144:10, 1144:24
**mind** [2] - 1171:7, 1192:10
**minister** [1] - 1108:7
**Minister's** [1] - 1188:11
**minister's** [4] - 1108:10, 1112:2, 1113:16, 1167:25
**Ministry** [4] - 1094:11, 1112:9, 1113:15, 1153:2
**minute** [6] - 1057:1, 1108:24, 1123:18, 1160:6, 1171:3, 1187:8
**minutes** [14] - 1051:12, 1054:2, 1070:4, 1070:9, 1076:14, 1076:15, 1076:22, 1091:5, 1091:7, 1108:22, 1139:4, 1160:8, 1162:4, 1162:5
**misleading** [1] - 1133:10
**mistake** [2] - 1130:18, 1192:9
**mistaken** [1] - 1183:14
**moment** [9] - 1054:3, 1066:13, 1067:5, 1075:1, 1115:24, 1126:4, 1131:9, 1144:17, 1144:18
**Moment** [9] - 1107:7, 1107:13, 1107:20, 1107:22, 1108:11, 1110:1, 1110:17, 1113:25, 1114:8
**moments** [1] - 1130:5
**money** [5] - 1133:8, 1137:2, 1137:4, 1171:18, 1171:23
**months** [1] - 1123:25
**morning** [7] - 1051:4, 1051:6, 1086:1, 1091:4, 1196:20, 1197:23, 1199:5
**mosques** [2] - 1120:18, 1121:1
**most** [7] - 1051:9, 1070:9, 1085:25, 1086:2, 1115:13, 1173:11, 1179:12
**mother** [6] - 1068:7, 1068:9, 1103:18, 1104:5, 1104:21, 1104:23
**mother's** [1] - 1104:20
**MOTLEY** [1] - 1049:24
**mountain** [2] - 1179:10, 1179:12
**mourners'** [3] - 1147:19, 1147:21
**move** [5] - 1062:13, 1072:8, 1101:23, 1135:19, 1183:13
**moved** [2] - 1161:7, 1161:20
**movement** [4] - 1067:1, 1104:14, 1136:6, 1136:11
**moving** [4] - 1051:14, 1099:19, 1109:23, 1110:10
**MR** [346] - 1051:17, 1052:9, 1052:14, 1052:17, 1052:20, 1056:24, 1057:13, 1057:15, 1057:19, 1057:21, 1058:23, 1059:1, 1059:17, 1059:24, 1060:1, 1060:10, 1060:14, 1060:18, 1060:24, 1061:16, 1062:6, 1062:8, 1062:18, 1062:25, 1063:11, 1063:20, 1063:24, 1064:1, 1065:12, 1066:10, 1066:22,

1068:3, 1069:1, 1071:9, 1072:2, 1072:9, 1073:2, 1073:4, 1073:7, 1073:21, 1074:8, 1074:10, 1074:14, 1074:16, 1074:22, 1075:8, 1075:12, 1076:25, 1077:17, 1077:18, 1078:7, 1078:11, 1079:2, 1079:5, 1079:12, 1079:14, 1079:18, 1079:25, 1080:4, 1081:3, 1081:11, 1082:2, 1082:4, 1082:12, 1082:24, 1083:7, 1083:12, 1083:14, 1083:16, 1084:17, 1085:3, 1086:25, 1087:8, 1087:25, 1088:6, 1088:10, 1088:16, 1088:22, 1089:9, 1089:12, 1089:22, 1090:5, 1090:17, 1090:18, 1092:4, 1092:8, 1092:11, 1092:13, 1092:15, 1092:16, 1092:19, 1092:23, 1092:24, 1093:5, 1093:13, 1093:15, 1093:19, 1094:3, 1094:5, 1094:13, 1094:15, 1094:19, 1094:22, 1094:25, 1095:3, 1095:6, 1095:8, 1095:21, 1096:16, 1096:17, 1096:23, 1097:2, 1097:12, 1097:21, 1097:23, 1097:25, 1098:5, 1099:2, 1099:18, 1101:5, 1101:8, 1101:10, 1101:23, 1102:7, 1102:17, 1104:8, 1104:25, 1105:12, 1105:14, 1105:18, 1105:20, 1105:22, 1107:10, 1111:3, 1111:21, 1112:7, 1112:15, 1112:22, 1113:8, 1113:11, 1113:20, 1114:16, 1115:23, 1117:1, 1117:5, 1118:1, 1118:4, 1118:7, 1119:4, 1119:6, 1121:4, 1121:6, 1121:19, 1121:21, 1121:24, 1122:3, 1122:5, 1122:21, 1122:23, 1123:3, 1123:6, 1124:11, 1124:14, 1124:19, 1124:22, 1124:25, 1125:16, 1125:18, 1125:25, 1126:4, 1126:7, 1127:1, 1127:4, 1127:8, 1127:12, 1127:14, 1127:16, 1127:18, 1127:19, 1128:3, 1128:6, 1129:1, 1129:3, 1129:9, 1129:13, 1129:16, 1129:19, 1129:21, 1129:25, 1130:3, 1130:8, 1130:9, 1130:14, 1130:17, 1130:20, 1131:13, 1131:16, 1132:14, 1132:17, 1132:19, 1132:22, 1133:1, 1135:1, 1135:3, 1135:17, 1135:19, 1135:22, 1135:23, 1137:11, 1137:16, 1137:25, 1138:1, 1138:6, 1138:9, 1138:11, 1138:24, 1140:6, 1140:11, 1142:4, 1142:7, 1142:16, 1142:21, 1143:18, 1144:3, 1144:6, 1144:9, 1144:15, 1144:23, 1145:9, 1145:25, 1146:13, 1148:5, 1150:3, 1150:18, 1151:9, 1151:16, 1151:21, 1152:21, 1153:1, 1153:12, 1154:8, 1154:11, 1155:3, 1155:4, 1155:7, 1156:15, 1158:5, 1158:21, 1160:3, 1161:1, 1161:8, 1161:13, 1163:5, 1163:7, 1163:25, 1165:18, 1166:1, 1166:10, 1167:1, 1167:16, 1167:20, 1168:13, 1169:2, 1170:7, 1172:13, 1173:12, 1173:13, 1173:16, 1174:17, 1174:22, 1174:24, 1176:4, 1176:8, 1176:11, 1176:13, 1176:15, 1176:19, 1176:22, 1177:2,

1177:14, 1177:17, 1177:21, 1178:4, 1178:15, 1180:2, 1180:12, 1181:9, 1181:12, 1181:15, 1181:20, 1182:1, 1182:3, 1182:12, 1182:20, 1183:7, 1183:16, 1183:20, 1184:2, 1184:4, 1184:9, 1185:1, 1185:4, 1185:21, 1185:22, 1187:6, 1187:13, 1187:14, 1187:21, 1187:25, 1188:4, 1188:5, 1188:16, 1188:20, 1188:22, 1189:11, 1189:13, 1190:9, 1190:10, 1192:11, 1192:13, 1194:10, 1194:11, 1194:19, 1194:22, 1195:2, 1195:6, 1195:10, 1195:11, 1196:10, 1196:11, 1197:1, 1197:9, 1197:17, 1198:1, 1198:3, 1198:6, 1198:9, 1198:12, 1198:17, 1198:20, 1198:22, 1199:2, 1199:4, 1199:11, 1199:13, 1200:8

**Mu'az** [1] - 1184:14

**Muammar** [3] - 1140:17, 1140:18, 1140:20

**Muayad** [2] - 1171:10, 1177:25

**Muhamad** [4] - 1149:2, 1149:4, 1149:10, 1149:23

**Muhammad** [30] - 1056:12, 1056:13, 1059:8, 1060:8, 1067:18, 1085:12, 1102:23, 1103:1, 1103:3, 1103:10, 1103:14, 1103:16, 1104:21, 1105:8, 1105:24, 1110:10, 1110:11, 1110:12, 1140:17, 1143:10, 1147:3, 1148:9, 1148:14, 1154:20, 1155:17, 1157:1, 1157:9, 1157:10, 1157:17, 1189:2

**Muhanad** [6] - 1118:18, 1118:20, 1120:1, 1123:12, 1123:14, 1123:21

**Muhsin** [1] - 1185:20

**mujahideen** [1] - 1191:8

**multiple** [1] - 1142:11

**Munir** [1] - 1183:24

**Murad** [3] - 1172:7, 1172:10

**murder** [1] - 1083:23

**murdered** [1] - 1179:19

**Mushahrah** [2] - 1151:17, 1152:22

**music** [1] - 1191:1

**Muslim** [1] - 1120:15

### N

**Nabil** [1] - 1069:12

**Nablus** [14] - 1054:7, 1101:19, 1101:20, 1101:21, 1101:22, 1102:4, 1102:6, 1120:2, 1123:21, 1136:6, 1148:10, 1149:5, 1149:24, 1155:18

**name** [30] - 1052:1, 1052:25, 1055:18, 1063:17, 1063:18, 1073:11, 1073:16, 1095:17, 1114:21, 1118:16, 1119:25, 1120:1, 1120:8, 1123:14, 1133:3, 1136:2, 1141:11, 1142:24, 1148:15, 1151:25, 1155:20, 1164:3, 1166:21, 1169:14, 1180:10, 1182:11, 1183:12, 1183:14, 1184:14, 1189:7

**named** [4] - 1054:9, 1070:14, 1190:15, 1190:16

**names** [11] - 1085:9, 1085:11, 1085:12,

1132:10, 1136:16, 1136:17, 1145:2, 1156:24, 1170:12, 1186:10, 1195:18

**Nasar** [3] - 1106:6, 1106:8, 1106:9

**Nasr** [1] - 1085:14

**nature** [1] - 1142:1

**near** [6] - 1076:10, 1084:25, 1085:10, 1147:24, 1148:8, 1190:22

**necessary** [2] - 1056:6, 1135:7

**need** [9] - 1051:19, 1066:14, 1081:7, 1091:3, 1097:22, 1124:18, 1149:16, 1197:8, 1197:18

**Negohot** [1] - 1186:16

**neighborhood** [4] - 1107:23, 1107:24, 1108:3, 1149:15

**Neri** [1] - 1052:3

**NERI** [2] - 1050:7, 1052:3

**Netanya** [7] - 1115:4, 1115:11, 1121:12, 1122:10, 1122:20, 1138:19

**networks** [1] - 1123:20

**never** [4] - 1088:1, 1088:7, 1088:8, 1088:14

**nevertheless** [1] - 1127:23

**NEW** [1] - 1049:1

**new** [3] - 1086:18, 1086:24, 1191:13

**New** [5] - 1049:9, 1050:10, 1053:11, 1108:2, 1164:19

**news** [1] - 1196:20

**newspaper** [5] - 1062:24, 1063:2, 1063:19, 1063:22, 1066:6

**next** [18] - 1098:7, 1100:3, 1108:1, 1116:1, 1117:19, 1126:10, 1128:8, 1132:25, 1134:6, 1137:1, 1137:11, 1139:8, 1164:15, 1175:2, 1176:24, 1180:15, 1181:22, 1184:16

**NICOLE** [1] - 1050:9

**night** [13] - 1068:23, 1069:25, 1108:6, 1108:16, 1115:16, 1141:2, 1190:25, 1191:21, 1196:21, 1198:2, 1198:4, 1198:13, 1199:13

**nine** [4] - 1097:13, 1097:14, 1097:24, 1156:18

**non** [2] - 1089:1, 1152:21

**non-Apostille** [1] - 1152:21

**non-listing** [1] - 1089:1

**noon** [1] - 1058:7

**north** [4] - 1070:23, 1164:13, 1170:23, 1171:2

**northern** [2] - 1085:23, 1179:9

**northwest** [1] - 1102:6

**note** [3] - 1128:2, 1177:17, 1188:3

**noted** [2] - 1174:15, 1199:14

**notion** [1] - 1169:21

**Number** [3] - 1163:19, 1164:6, 1164:11

**number** [13] - 1076:16, 1107:3, 1127:12, 1135:8, 1156:13, 1159:17, 1165:1, 1172:9, 1180:13, 1181:15, 1181:17, 1181:19, 1189:25

### O

**object** [1] - 1097:25

**objected** [1] - 1198:22

**objecting** [1] - 1060:13

**objection** [73] - 1057:14, 1057:16, 1060:1, 1061:1, 1061:16, 1062:7, 1062:25, 1063:11, 1064:1, 1065:11, 1068:3, 1074:9, 1078:17, 1079:13, 1079:15, 1080:1, 1083:13, 1089:6, 1096:19, 1097:21, 1101:2, 1101:23, 1104:8, 1105:13, 1105:15, 1112:22, 1113:8, 1113:19, 1117:3, 1119:4, 1121:20, 1121:22, 1124:11, 1126:2, 1127:20, 1127:21, 1128:1, 1128:3, 1129:11, 1129:16, 1131:13, 1132:15, 1133:24, 1133:25, 1135:18, 1138:1, 1142:4, 1142:6, 1142:16, 1142:21, 1144:5, 1144:7, 1145:9, 1150:19, 1151:18, 1152:23, 1154:9, 1161:22, 1166:2, 1167:17, 1169:5, 1174:19, 1176:18, 1178:6, 1182:13, 1183:17, 1184:6, 1185:2, 1187:23, 1192:11, 1194:20, 1195:4, 1196:11

**objection's** [1] - 1090:8

**objections** [10] - 1096:17, 1117:12, 1133:12, 1134:4, 1197:5, 1198:16, 1198:17, 1198:24, 1198:25

**obtain** [3] - 1061:24, 1152:14, 1187:10

**obtained** [1] - 1171:22

**obviously** [2] - 1089:7, 1093:16

**occupied** [1] - 1058:8

**occur** [2] - 1086:12, 1095:19

**occurred** [12] - 1086:13, 1086:17, 1095:18, 1107:8, 1108:15, 1114:11, 1147:25, 1163:19, 1169:25, 1173:2, 1185:15, 1190:3

**ocean** [1] - 1191:24

**Odeh** [12] - 1118:14, 1118:16, 1119:1, 1119:8, 1119:11, 1119:20, 1122:9, 1122:12, 1137:24, 1138:18, 1157:9, 1157:10

**Oden** [1] - 1114:21

**OF** [2] - 1049:1, 1049:13

**offer** [43] - 1057:13, 1059:24, 1060:10, 1060:24, 1062:6, 1063:20, 1063:24, 1074:8, 1077:17, 1079:12, 1079:25, 1096:16, 1097:23, 1105:12, 1113:11, 1121:19, 1125:25, 1129:9, 1132:14, 1135:16, 1137:25, 1144:3, 1150:18, 1151:16, 1152:21, 1154:8, 1155:3, 1166:1, 1167:16, 1169:2, 1173:12, 1174:17, 1177:14, 1178:4, 1180:12, 1182:12, 1183:16, 1184:2, 1185:1, 1187:21, 1194:19, 1195:2, 1196:10

**offered** [1] - 1072:12

**offering** [1] - 1177:15

**Office** [1] - 1146:19

**office** [13] - 1053:12, 1053:15, 1069:23, 1069:25, 1108:11, 1108:13, 1108:15, 1112:2, 1113:16, 1159:14, 1167:25, 1188:12

**officer** [3] - 1110:12, 1135:9, 1172:6

**officers** [1] - 1103:4

**official** [47] - 1057:5, 1057:7, 1057:9, 1057:11, 1058:12, 1058:14, 1074:1, 1074:4, 1074:17, 1075:3, 1077:10, 1105:10, 1105:23, 1106:2, 1121:10, 1122:25, 1143:23, 1145:1, 1145:13, 1145:21, 1150:7, 1150:11, 1150:13, 1154:22, 1159:1, 1159:6, 1161:5, 1161:11, 1161:14, 1161:15, 1161:19, 1165:22, 1165:25, 1166:5, 1172:19, 1173:21, 1174:3, 1174:5, 1177:7, 1180:7, 1182:8, 1187:18, 1194:15, 1194:24, 1196:3, 1196:4
**old** [3] - 1103:10, 1103:12, 1104:13
**old's** [1] - 1104:5
**Omar** [2] - 1171:6, 1171:12
**once** [1] - 1086:22
**one** [98] - 1054:8, 1054:19, 1055:1, 1063:9, 1063:22, 1065:4, 1067:14, 1067:22, 1069:6, 1070:18, 1073:14, 1073:19, 1074:20, 1076:4, 1076:5, 1076:11, 1076:12, 1076:13, 1076:15, 1077:15, 1079:9, 1080:5, 1084:5, 1089:2, 1089:8, 1089:14, 1089:16, 1089:19, 1090:2, 1094:9, 1095:11, 1096:12, 1099:5, 1104:2, 1104:5, 1106:6, 1106:10, 1106:11, 1106:12, 1110:21, 1112:3, 1112:12, 1115:13, 1120:2, 1123:18, 1124:8, 1125:11, 1126:4, 1126:7, 1127:10, 1127:18, 1131:17, 1132:22, 1136:5, 1136:6, 1136:20, 1136:21, 1137:12, 1141:12, 1143:3, 1143:4, 1149:5, 1151:15, 1155:23, 1158:16, 1159:24, 1165:8, 1165:9, 1165:16, 1168:3, 1169:8, 1171:11, 1171:17, 1174:3, 1179:12, 1179:23, 1179:24, 1183:9, 1186:8, 1186:12, 1186:15, 1186:16, 1186:23, 1186:25, 1187:1, 1187:4, 1189:6, 1189:8, 1189:19, 1190:15, 1190:21, 1191:22, 1192:2, 1192:3, 1192:8, 1193:4, 1195:25, 1196:25
**one's** [1] - 1141:4
**ones** [4] - 1089:5, 1093:8, 1093:10, 1110:6
**open** [1] - 1113:17
**opening** [1] - 1173:22
**openly** [2] - 1067:21, 1067:23
**operate** [2] - 1085:18, 1117:13
**operated** [1] - 1164:7
**operating** [1] - 1172:9
**operation** [6] - 1118:21, 1133:9, 1138:18, 1138:19, 1171:14, 1171:19
**operational** [2] - 1104:17, 1172:6
**operations** [2] - 1110:12, 1145:4
**operative** [12] - 1056:21, 1109:8, 1109:9, 1110:13, 1118:23, 1120:21, 1122:16, 1148:19, 1149:23, 1157:2, 1157:7, 1178:23
**operatives** [5] - 1085:19, 1106:7, 1111:16, 1170:18, 1191:12
**opinion** [22] - 1065:6, 1065:7, 1066:5,

1066:7, 1072:3, 1072:15, 1072:17, 1077:5, 1078:18, 1081:4, 1081:9, 1089:2, 1102:3, 1112:20, 1117:7, 1138:5, 1153:16, 1161:18, 1161:21, 1177:13
**opportunity** [25] - 1052:21, 1062:14, 1067:15, 1068:21, 1083:2, 1083:6, 1084:24, 1088:2, 1102:14, 1107:6, 1109:24, 1114:10, 1131:10, 1138:21, 1140:7, 1147:9, 1147:18, 1147:23, 1152:2, 1156:2, 1163:18, 1169:24, 1178:9, 1185:14, 1190:2
**opposite** [1] - 1073:10
**order** [17] - 1055:9, 1056:5, 1071:6, 1094:18, 1094:20, 1094:24, 1095:4, 1104:6, 1107:19, 1115:6, 1149:17, 1155:20, 1167:8, 1172:11, 1172:12, 1199:5
**orders** [2] - 1171:23, 1191:19
**ordinary** [2] - 1063:22, 1112:25
**organization** [5] - 1084:11, 1102:24, 1143:4, 1179:22, 1191:9
**organizations** [2] - 1055:5, 1191:10
**origin** [1] - 1190:15
**originally** [4] - 1078:13, 1111:11, 1166:18, 1169:10
**Osama** [4] - 1069:12, 1124:9, 1124:12, 1136:12
**OSEN** [33] - 1049:16, 1049:17, 1072:9, 1078:11, 1081:11, 1088:10, 1089:12, 1090:17, 1092:8, 1092:11, 1092:15, 1092:19, 1092:23, 1093:5, 1093:19, 1098:5, 1099:2, 1127:1, 1127:4, 1127:8, 1127:19, 1130:3, 1176:19, 1181:9, 1181:20, 1198:3, 1198:6, 1198:9, 1198:12, 1198:17, 1198:20, 1198:22, 1199:2
**Osen** [1] - 1090:7
**osen's** [1] - 1090:12
**outset** [1] - 1084:1
**Outside** [1] - 1140:1
**outside** [9] - 1051:1, 1064:3, 1071:11, 1077:20, 1080:8, 1087:11, 1091:6, 1160:10, 1162:6
**outweighed** [1] - 1134:3
**outweighs** [1] - 1099:19
**overnight** [2] - 1196:25, 1197:4
**overrule** [7] - 1078:17, 1089:6, 1117:11, 1117:12, 1128:1, 1133:23, 1161:22
**overruled** [14] - 1060:2, 1060:15, 1061:17, 1062:9, 1063:12, 1068:4, 1074:11, 1096:19, 1112:23, 1113:9, 1113:21, 1131:14, 1134:4, 1142:5
**oversaw** [1] - 1172:6
**own** [7] - 1082:19, 1103:1, 1148:12, 1164:5, 1164:7, 1170:16, 1179:3

## P

**p.m** [3] - 1086:15, 1163:3, 1199:14
**packed** [1] - 1078:16
**PAGE** [1] - 1200:3

**page** [31] - 1075:12, 1080:4, 1082:5, 1083:8, 1091:10, 1097:13, 1097:14, 1097:23, 1098:7, 1100:3, 1111:4, 1116:1, 1117:19, 1126:10, 1128:8, 1132:25, 1134:6, 1137:15, 1137:19, 1137:25, 1138:9, 1139:8, 1162:9, 1170:11, 1173:22, 1175:2, 1176:24, 1180:15, 1181:22, 1184:16, 1189:17
**pages** [2] - 1191:15, 1192:5
**paid** [1] - 1137:3
**Pakistani** [1] - 1190:15
**Palestine** [1] - 1174:9
**Palestinian** [3] - 1063:21, 1063:23, 1174:11
**paper** [1] - 1063:21
**paragraph** [2] - 1144:16, 1144:24
**Park** [23] - 1114:10, 1114:14, 1114:20, 1115:2, 1115:3, 1115:7, 1115:8, 1120:5, 1121:12, 1122:10, 1123:8, 1124:7, 1125:13, 1125:24, 1131:21, 1131:22, 1132:12, 1132:18, 1132:21, 1133:3, 1133:10, 1137:18, 1138:13
**parked** [1] - 1076:10
**part** [24] - 1056:6, 1070:25, 1071:2, 1072:5, 1085:13, 1085:23, 1067:6, 1118:11, 1119:16, 1119:22, 1120:9, 1129:15, 1131:1, 1131:2, 1131:10, 1138:5, 1141:22, 1145:1, 1150:24, 1161:12, 1161:20, 1174:1, 1174:4, 1179:9
**partial** [1] - 1084:3
**participants** [5] - 1055:7, 1059:8, 1059:15, 1106:7, 1146:11
**participated** [4] - 1097:17, 1125:23, 1183:25, 1184:14
**particular** [109] - 1053:6, 1054:10, 1054:16, 1054:22, 1055:6, 1055:13, 1055:20, 1056:1, 1056:19, 1057:2, 1059:1, 1059:9, 1059:13, 1059:25, 1061:10, 1062:15, 1063:5, 1067:16, 1068:11, 1068:13, 1068:25, 1069:5, 1069:8, 1070:11, 1070:15, 1073:11, 1075:19, 1076:4, 1076:6, 1076:19, 1077:7, 1077:13, 1082:15, 1082:19, 1082:20, 1082:21, 1083:4, 1083:19, 1085:7, 1085:10, 1086:7, 1088:13, 1089:4, 1089:25, 1095:14, 1095:18, 1095:23, 1096:13, 1103:5, 1103:14, 1104:4, 1104:11, 1106:7, 1106:19, 1106:20, 1107:19, 1108:13, 1108:17, 1109:1, 1109:15, 1110:11, 1110:24, 1111:16, 1115:7, 1118:9, 1118:19, 1123:13, 1129:15, 1141:17, 1145:1, 1145:20, 1147:20, 1148:16, 1149:3, 1150:13, 1150:22, 1153:23, 1154:13, 1155:1, 1156:16, 1156:25, 1157:20, 1157:25, 1158:10, 1159:11, 1159:21, 1159:25, 1160:2, 1164:22, 1166:8, 1166:22, 1167:10, 1169:12, 1170:5, 1170:10, 1170:20, 1171:6, 1173:23, 1178:13, 1178:18, 1179:16, 1179:18, 1182:17, 1186:6, 1186:19, 1190:7,

1193:18, 1193:24, 1196:7
**particulars** [1] - 1118:3
**parties** [2] - 1093:2, 1156:10
**parts** [3] - 1071:8, 1125:5, 1125:6
**party** [1] - 1156:9
**Passover** [4] - 1115:12, 1115:18, 1119:3, 1120:4
**past** [2] - 1153:19, 1158:15
**Pat** [11] - 1147:24, 1148:3, 1148:8, 1149:11, 1149:12, 1149:14, 1150:9, 1153:5, 1155:12, 1155:14, 1155:22
**patiently** [1] - 1051:12
**patriot** [1] - 1084:6
**pattern** [1] - 1142:13
**PAUL** [1] - 1050:4
**pause** [1] - 1126:6
**pedestrian** [1] - 1069:21
**people** [43] - 1067:15, 1067:17, 1068:25, 1069:3, 1069:6, 1076:22, 1085:15, 1085:24, 1085:25, 1086:4, 1086:7, 1086:9, 1086:11, 1086:23, 1103:5, 1103:7, 1107:25, 1108:1, 1108:4, 1108:5, 1115:14, 1115:16, 1115:17, 1115:19, 1118:10, 1120:24, 1141:1, 1141:6, 1141:8, 1145:16, 1149:16, 1151:8, 1156:13, 1156:16, 1156:21, 1168:10, 1170:1, 1171:4, 1171:9, 1179:17, 1179:19, 1190:25
**perhaps** [5] - 1054:2, 1070:24, 1107:23, 1114:25, 1122:16
**permissible** [1] - 1052:17
**permission** [4] - 1103:20, 1103:21, 1104:7, 1104:16
**perpetrate** [3] - 1103:22, 1109:18, 1165:17
**perpetrated** [2] - 1060:23, 1168:2
**perpetrating** [1] - 1061:22
**perpetration** [2] - 1067:9, 1143:24
**perpetrators** [4] - 1145:15, 1157:25, 1173:9, 1195:18
**person** [20] - 1058:18, 1066:24, 1067:3, 1067:7, 1073:16, 1082:14, 1095:25, 1102:13, 1109:9, 1109:10, 1109:18, 1109:19, 1110:13, 1110:22, 1120:7, 1149:9, 1155:8, 1155:10, 1168:17, 1168:20
**personal** [4] - 1055:7, 1117:2, 1135:9, 1157:23
**personally** [6] - 1054:19, 1061:14, 1138:22, 1141:14, 1147:9, 1159:11
**perspective** [1] - 1104:17
**pertaining** [4] - 1077:10, 1111:4, 1150:22, 1166:11
**pertains** [2] - 1059:2, 1146:1
**phonetic** [8] - 1056:7, 1066:20, 1067:6, 1071:7, 1072:5, 1154:6, 1160:1, 1164:17
**phonetic** [1] - 1066:19
**photo** [1] - 1107:15
**photograph** [10] - 1058:15, 1074:17, 1102:9, 1103:23, 1138:13, 1154:19,

1189:9, 1192:20, 1192:21, 1192:22
**photographs** [4] - 1058:18, 1080:5, 1082:7, 1171:4
**phrase** [1] - 1101:17
**picking** [1] - 1176:7
**picture** [34] - 1055:18, 1058:14, 1074:16, 1074:20, 1074:21, 1081:7, 1081:10, 1081:16, 1096:1, 1098:2, 1099:22, 1102:10, 1107:14, 1109:4, 1110:16, 1122:3, 1137:22, 1140:16, 1143:6, 1154:20, 1155:11, 1155:17, 1155:19, 1155:21, 1157:6, 1176:3, 1176:6, 1176:8, 1176:16, 1187:20, 1187:9, 1187:11, 1194:5
**picture's** [1] - 1081:11
**pictures** [3] - 1078:7, 1155:19, 1170:11
**piece** [3] - 1063:5, 1084:19, 1111:18
**pieces** [4] - 1095:11, 1112:3, 1154:1, 1183:3
**PIPER** [1] - 1050:3
**Pizzeria** [8] - 1052:16, 1052:22, 1053:7, 1053:13, 1054:22, 1057:6, 1059:2, 1066:16
**pizzeria** [1] - 1053:8
**Place** [11] - 1190:3, 1190:12, 1190:18, 1190:19, 1190:21, 1191:22, 1193:17, 1193:24, 1194:18, 1195:8, 1195:18
**place** [30] - 1053:20, 1055:22, 1055:23, 1069:18, 1074:14, 1076:23, 1082:12, 1085:3, 1085:20, 1109:18, 1109:21, 1135:10, 1140:8, 1141:4, 1146:21, 1147:24, 1156:3, 1157:3, 1157:5, 1157:14, 1158:10, 1158:13, 1158:17, 1164:15, 1164:16, 1186:16, 1190:25
**places** [2] - 1170:24, 1192:22
**plaintiff** [1] - 1176:18
**Plaintiff** [24] - 1096:21, 1101:3, 1105:16, 1113:23, 1166:3, 1167:18, 1169:6, 1174:20, 1178:7, 1182:14, 1183:18, 1184:7, 1201:22, 1201:24, 1202:2, 1202:4, 1202:18, 1202:20, 1202:22, 1202:24, 1203:2, 1203:4, 1203:6, 1203:8
**Plaintiffs** [1] - 1049:4
**plaintiffs** [2] - 1093:18, 1199:6
**PLAINTIFFS** [3] - 1049:16, 1049:20, 1049:22
**Plaintiffs'** [41] - 1057:17, 1060:3, 1060:16, 1061:2, 1062:11, 1074:12, 1079:4, 1079:16, 1080:2, 1083:10, 1121:23, 1126:3, 1129:12, 1132:16, 1150:20, 1151:19, 1152:24, 1185:3, 1187:24, 1195:5, 1201:4, 1201:6, 1201:8, 1201:10, 1201:12, 1201:14, 1201:16, 1201:18, 1201:20, 1202:6, 1202:8, 1202:10, 1202:12, 1202:14, 1202:16, 1203:10, 1203:12, 1203:14, 1203:15, 1203:16, 1203:17
**plaintiffs'** [6] - 1088:5, 1088:6, 1088:21, 1089:7, 1144:8, 1154:10

**plan** [1] - 1171:18
**planned** [7] - 1073:19, 1076:8, 1076:20, 1123:25, 1148:19, 1148:22, 1148:24
**planner** [1] - 1171:13
**planning** [1] - 1120:4
**plans** [2] - 1124:1, 1197:19
**plastic** [1] - 1191:14
**play** [19] - 1054:6, 1054:10, 1055:20, 1056:12, 1056:19, 1096:24, 1109:3, 1141:2, 1141:3, 1143:2, 1148:16, 1148:21, 1149:2, 1156:24, 1165:4, 1171:6, 1171:15, 1172:8, 1179:21
**played** [3] - 1097:1, 1110:17, 1191:1
**players** [1] - 1133:3
**Plaza** [1] - 1050:9
**PLC** [1] - 1049:10
**plead** [2] - 1131:6, 1168:23
**pleas** [1] - 1084:4
**pled** [1] - 1178:3
**PLLC** [1] - 1049:18
**point** [7] - 1089:13, 1098:4, 1124:14, 1133:7, 1138:24, 1158:20, 1169:18
**pointed** [2] - 1055:24, 1109:21
**Police** [1] - 1167:15
**police** [18] - 1077:5, 1078:2, 1081:8, 1082:8, 1112:20, 1112:24, 1113:2, 1113:4, 1113:15, 1113:17, 1125:5, 1125:12, 1130:4, 1131:8, 1153:16, 1153:24, 1167:5, 1167:14
**political** [6] - 1120:17, 1174:4, 1174:7, 1174:9, 1193:7
**Political** [1] - 1136:9
**poll** [1] - 1197:12
**popped** [1] - 1181:9
**popular** [1] - 1190:21
**populated** [1] - 1149:15
**population** [1] - 1137:9
**port** [2] - 1179:8, 1179:12
**portion** [6] - 1123:4, 1135:24, 1146:1, 1146:4, 1166:11, 1182:21
**pose** [1] - 1197:16
**possibility** [1] - 1197:11
**possible** [3] - 1051:15, 1059:24, 1198:15
**post** [3] - 1105:18, 1111:4, 1140:11
**postcard** [1] - 1132:22
**posted** [1] - 1106:4
**poster** [7] - 1097:9, 1099:3, 1099:5, 1099:6, 1192:24, 1193:9, 1193:10
**posters** [2] - 1097:11, 1189:25
**postponed** [1] - 1124:1
**practice** [1] - 1142:14
**preach** [1] - 1120:17
**preaching** [1] - 1120:25
**prefer** [1] - 1089:17
**prejudice** [1] - 1089:1
**prejudicial** [9] - 1078:5, 1078:6, 1099:19, 1099:22, 1099:24, 1133:6, 1133:11, 1134:1, 1134:2
**Premier's** [1] - 1146:19
**prepared** [6] - 1083:9, 1107:18,

1147:19, 1154:14, 1185:7, 1189:23
**preparing** [2] - 1183:25, 1184:15
**presence** [18] - 1051:1, 1051:3, 1064:3, 1066:1, 1071:11, 1073:1, 1077:20, 1079:1, 1080:8, 1082:1, 1087:11, 1091:1, 1091:6, 1140:1, 1140:3, 1160:10, 1162:1, 1162:6
**present** [9] - 1061:14, 1084:13, 1084:15, 1106:21, 1114:2, 1114:4, 1152:7, 1152:12, 1152:13
**presentation** [1] - 1093:7
**presented** [2] - 1072:7, 1099:4
**presenter** [1] - 1135:20
**press** [1] - 1139:4
**pressure** [1] - 1198:15
**pretrial** [1] - 1088:9
**previous** [2] - 1086:24, 1143:14
**previously** [5] - 1052:11, 1143:11, 1143:15, 1150:23, 1197:6
**primarily** [1] - 1057:23
**Prime** [1] - 1188:11
**prime** [5] - 1108:7, 1108:10, 1112:2, 1113:16, 1167:25
**prison** [6] - 1054:20, 1082:22, 1138:22, 1147:11, 1147:12, 1173:10
**private** [1] - 1137:3
**probative** [3] - 1099:20, 1134:1, 1134:2
**problem** [8] - 1090:3, 1090:4, 1090:15, 1117:13, 1176:2, 1197:24
**problems** [1] - 1197:13
**procedure** [1] - 1117:6
**proceed** [12] - 1066:9, 1073:2, 1079:2, 1082:2, 1083:15, 1093:14, 1095:5, 1095:6, 1129:1, 1135:1, 1177:1, 1182:1
**proceeding** [1] - 1168:24
**Proceedings** [2] - 1050:12, 1199:15
**proceedings** [5] - 1051:23, 1091:9, 1091:10, 1162:8, 1162:9
**process** [1] - 1093:23
**proclamation** [1] - 1057:24
**produced** [1] - 1050:12
**profession** [1] - 1132:3
**professors** [1] - 1158:19
**promenade** [1] - 1190:22
**promising** [1] - 1084:10
**prompt** [2] - 1051:8, 1092:6
**pronouncing** [1] - 1055:17
**proud** [1] - 1084:8
**prove** [1] - 1159:23
**provide** [3] - 1068:1, 1068:5, 1173:1
**provided** [5] - 1110:22, 1118:21, 1161:14, 1171:17, 1196:6
**provides** [2] - 1146:5, 1170:20
**public** [4] - 1063:3, 1086:6, 1120:22, 1149:16
**publication** [2] - 1063:16, 1145:19
**publicity** [1] - 1145:19
**published** [4] - 1097:10, 1146:8, 1146:18, 1154:22
**pull** [2] - 1089:20, 1158:5

**pupils** [1] - 1149:18
**purpose** [1] - 1066:4
**purposes** [2] - 1088:8, 1138:5
**put** [31] - 1052:17, 1055:2, 1056:21, 1057:19, 1060:18, 1062:15, 1066:10, 1069:1, 1073:21, 1076:11, 1076:25, 1079:5, 1079:18, 1083:25, 1101:5, 1104:7, 1114:16, 1121:24, 1127:4, 1127:18, 1131:7, 1137:14, 1138:6, 1147:21, 1149:9, 1161:2, 1174:22, 1182:4, 1183:7, 1195:23, 1198:14
**putting** [1] - 1144:12

## Q

**Qaawasmeh** [1] - 1186:23
**Qaeda** [1] - 1191:11
**Qasem** [4] - 1073:11, 1073:13, 1171:25, 1172:5
**Qassam** [44] - 1057:11, 1057:25, 1058:3, 1058:5, 1067:1, 1074:18, 1087:5, 1088:11, 1088:19, 1089:16, 1096:8, 1101:14, 1103:20, 1105:6, 1105:10, 1106:4, 1109:14, 1109:16, 1137:22, 1137:23, 1138:18, 1143:10, 1144:1, 1145:3, 1147:9, 1147:10, 1147:11, 1150:8, 1150:11, 1157:17, 1157:23, 1172:24, 1173:25, 1177:6, 1180:8, 1182:9, 1187:19, 1189:18, 1194:16, 1194:17, 1194:25, 1195:17, 1196:3
**Qassam's** [2] - 1088:14, 1109:14
**Qawasmeh** [12] - 1178:20, 1178:22, 1178:23, 1179:2, 1179:5, 1182:11, 1182:22, 1185:7, 1185:8, 1185:20, 1186:20
**Qawasmeh's** [1] - 1185:11
**Qeis** [1] - 1054:11
**quantity** [1] - 1090:1
**questioning** [2] - 1117:17, 1135:10
**questions** [2] - 1117:11, 1117:12
**quick** [2] - 1098:6, 1174:24
**quickly** [3] - 1051:14, 1070:3, 1145:13
**quite** [1] - 1099:24
**quote** [2] - 1137:2, 1137:5
**quoted** [1] - 1138:17

## R

**RACHELLE** [1] - 1050:7
**Raddad** [6] - 1164:3, 1164:4, 1166:14, 1166:18, 1169:10, 1169:14
**raise** [1] - 1051:21
**raised** [2] - 1127:6, 1199:6
**Rajbi** [1] - 1183:24
**Ramadan** [6] - 1148:21, 1148:22, 1152:1, 1152:5, 1152:18, 1152:22
**Ramallah** [19] - 1070:17, 1070:18, 1070:21, 1070:22, 1070:23, 1070:25, 1071:2, 1073:13, 1073:19, 1109:10, 1110:13, 1136:15, 1143:17, 1165:3, 1165:15, 1171:21, 1172:4, 1172:12,

1172:19
**range** [1] - 1090:6
**Rantisi** [4] - 1106:23, 1106:25, 1107:3, 1136:15
**rather** [2] - 1066:24, 1196:14
**reach** [7] - 1089:13, 1096:11, 1102:25, 1158:4, 1186:7, 1191:12, 1195:7
**reached** [2] - 1093:2, 1124:5
**reaching** [10] - 1065:5, 1066:7, 1095:13, 1111:19, 1125:12, 1151:1, 1157:24, 1167:9, 1177:9, 1182:25
**read** [19] - 1061:13, 1061:23, 1066:13, 1066:23, 1075:1, 1097:19, 1097:20, 1101:15, 1101:17, 1123:19, 1125:7, 1137:6, 1144:18, 1151:7, 1154:15, 1159:8, 1161:9, 1161:10, 1161:12
**reading** [4] - 1073:4, 1073:7, 1114:4, 1123:19
**ready** [1] - 1199:4
**real** [3] - 1133:22, 1135:5, 1197:13
**realize** [1] - 1089:22
**really** [9] - 1051:1, 1051:12, 1081:10, 1088:24, 1099:21, 1099:24, 1117:10, 1181:11
**reason** [2] - 1124:21, 1192:19
**reasonable** [1] - 1092:23
**reasons** [4] - 1098:1, 1145:14, 1145:18, 1192:19
**receive** [6] - 1062:1, 1066:3, 1068:14, 1113:14, 1159:11, 1159:22
**received** [54] - 1057:16, 1057:17, 1060:2, 1060:3, 1060:15, 1060:16, 1061:1, 1061:2, 1062:3, 1062:10, 1062:11, 1074:11, 1074:12, 1079:4, 1079:15, 1079:16, 1080:1, 1080:2, 1096:20, 1105:15, 1113:22, 1121:22, 1121:23, 1126:2, 1126:3, 1129:10, 1129:12, 1132:15, 1132:16, 1144:7, 1144:8, 1150:19, 1150:20, 1151:18, 1151:19, 1152:23, 1152:24, 1154:9, 1154:10, 1166:2, 1167:17, 1169:4, 1178:5, 1182:13, 1183:17, 1184:5, 1185:2, 1185:3, 1187:22, 1187:24, 1191:13, 1191:18, 1195:3, 1195:5
**receiving** [1] - 1103:21
**recess** [4] - 1091:9, 1139:6, 1139:7, 1162:8
**recognize** [41] - 1057:3, 1060:5, 1060:19, 1061:5, 1062:20, 1079:20, 1079:21, 1082:14, 1087:2, 1095:9, 1095:23, 1097:14, 1097:19, 1101:11, 1101:12, 1105:2, 1111:23, 1112:9, 1112:11, 1112:17, 1122:6, 1125:1, 1125:20, 1129:4, 1130:21, 1132:8, 1135:11, 1136:2, 1136:16, 1136:17, 1137:19, 1137:21, 1137:22, 1138:12, 1138:15, 1143:20, 1146:15, 1151:11, 1189:14, 1192:20, 1195:12
**recollection** [1] - 1185:8
**reconvene** [3] - 1091:7, 1139:2, 1162:3
**record** [10] - 1060:12, 1077:10, 1077:13,

1083:3, 1114:2, 1151:17, 1152:3, 1152:19, 1152:22, 1169:3
**recorded** [1] - 1050:12
**records** [18] - 1059:14, 1076:1, 1094:11, 1114:6, 1130:25, 1151:5, 1152:15, 1159:25, 1160:1, 1163:10, 1163:14, 1168:10, 1168:23, 1169:16, 1169:17, 1169:20, 1183:4
**recruited** [5] - 1054:12, 1056:15, 1149:5, 1165:16, 1178:25
**recruiting** [2] - 1110:20
**redacted** [2] - 1174:17, 1176:16
**refer** [2] - 1093:20, 1127:21
**reference** [9] - 1075:13, 1088:19, 1124:3, 1124:4, 1132:12, 1135:12, 1146:25, 1169:9, 1192:24
**referenced** [7] - 1066:18, 1088:11, 1090:14, 1110:5, 1133:8, 1136:12, 1166:21
**referencing** [5] - 1055:14, 1112:14, 1121:16, 1136:22, 1153:25
**referred** [6] - 1074:5, 1083:3, 1113:1, 1154:5, 1173:5, 1174:8
**referring** [4] - 1074:5, 1123:11, 1157:11, 1195:20
**refugee** [1] - 1111:10
**regard** [1] - 1077:13
**regarding** [10] - 1059:22, 1060:8, 1105:6, 1109:11, 1125:22, 1131:22, 1150:24, 1157:15, 1189:1, 1194:17
**regularly** [1] - 1063:22
**rejecting** [1] - 1169:21
**relate** [5] - 1153:5, 1155:12, 1155:15, 1189:3, 1189:5
**related** [8] - 1049:4, 1056:17, 1076:1, 1145:16, 1155:14, 1155:25, 1157:22, 1182:21
**relates** [1] - 1189:6
**relating** [2] - 1123:7, 1160:1
**relation** [6] - 1053:13, 1069:23, 1070:21, 1102:4, 1108:7, 1108:11
**relationship** [5] - 1065:15, 1066:17, 1068:16, 1120:13, 1149:21
**relatively** [3] - 1115:11, 1141:19, 1158:17
**relegate** [1] - 1099:25
**relied** [8] - 1066:7, 1088:7, 1088:23, 1089:6, 1099:9, 1099:11, 1099:15
**religious** [1] - 1085:25
**relying** [1] - 1127:24
**remember** [1] - 1114:24
**remorse** [1] - 1084:7
**renew** [1] - 1096:17
**renting** [1] - 1056:13
**report** [54] - 1058:21, 1072:3, 1072:4, 1072:9, 1075:9, 1075:25, 1078:3, 1078:15, 1079:9, 1079:22, 1081:8, 1081:11, 1088:1, 1088:8, 1088:17, 1089:13, 1089:24, 1090:12, 1090:14, 1093:4, 1099:3, 1099:8, 1099:10, 1099:16, 1110:25, 1113:4, 1123:1,

1123:7, 1123:12, 1123:14, 1127:11, 1127:15, 1130:4, 1133:2, 1138:2, 1146:4, 1146:5, 1150:22, 1150:24, 1151:4, 1153:18, 1153:19, 1154:6, 1166:6, 1166:14, 1166:22, 1167:25, 1169:9, 1173:5, 1173:6, 1173:11, 1182:17
**reported** [4] - 1069:4, 1141:6, 1156:20, 1190:13
**REPORTER** [1] - 1050:9
**reporter** [1] - 1052:2
**reporting** [3] - 1166:7, 1169:11, 1182:17
**reports** [7] - 1089:11, 1112:24, 1113:2, 1127:22, 1151:7, 1173:7, 1196:20
**representation** [1] - 1062:2
**representative** [1] - 1136:24
**represented** [1] - 1174:5
**represents** [1] - 1174:10
**require** [1] - 1133:19
**required** [5] - 1061:19, 1104:5, 1104:10, 1104:16, 1152:8
**research** [1] - 1196:18
**reside** [1] - 1165:14
**resident** [2] - 1111:10, 1114:22
**residents** [2] - 1120:25, 1137:10
**resolution** [2] - 1089:15, 1093:2
**resolved** [2] - 1093:6, 1098:3
**resort** [1] - 1115:10
**respect** [11] - 1075:4, 1077:15, 1088:16, 1088:18, 1093:8, 1093:15, 1104:18, 1113:25, 1138:1, 1150:21, 1161:1
**respond** [2] - 1117:10, 1198:10
**responded** [2] - 1198:6, 1198:24
**responders** [1] - 1076:22
**response** [1] - 1198:18
**responsibility** [46] - 1057:5, 1057:7, 1057:10, 1058:13, 1058:15, 1074:1, 1074:18, 1075:4, 1087:5, 1088:12, 1088:15, 1088:19, 1092:21, 1099:23, 1105:5, 1105:23, 1106:3, 1113:5, 1121:11, 1122:25, 1143:23, 1145:2, 1145:5, 1145:13, 1145:19, 1145:21, 1150:7, 1150:8, 1150:14, 1159:1, 1159:9, 1159:12, 1161:11, 1161:15, 1161:19, 1165:22, 1166:5, 1169:13, 1180:7, 1180:9, 1181:3, 1181:8, 1182:8, 1187:18, 1188:18, 1194:15
**responsible** [28] - 1070:17, 1075:5, 1075:23, 1083:23, 1084:22, 1095:13, 1096:13, 1106:11, 1114:14, 1114:19, 1123:22, 1138:13, 1147:5, 1150:15, 1150:17, 1153:10, 1154:25, 1156:9, 1156:10, 1156:12, 1163:15, 1167:10, 1169:22, 1178:12, 1188:1, 1193:5, 1195:8
**responsive** [1] - 1117:14
**Restaurant** [1] - 1058:8
**restaurants** [2] - 1069:21, 1164:14
**result** [2] - 1156:21, 1178:2
**resulted** [2] - 1170:1, 1190:12
**resume** [1] - 1051:15

**retrieved** [1] - 1191:24
**returned** [2] - 1159:14, 1191:21
**reveal** [3] - 1103:10, 1104:19, 1178:22
**revealing** [1] - 1145:2
**review** [4] - 1083:2, 1147:18, 1150:21, 1152:2
**reviewed** [2] - 1133:16, 1150:24
**reviewing** [1] - 1133:17
**reworking** [1] - 1199:7
**RICE** [1] - 1049:24
**rifle** [1] - 1194:8
**rifles** [1] - 1194:7
**right-hand** [5] - 1055:16, 1057:22, 1109:13, 1142:25, 1143:6
**Rihan** [10] - 1052:18, 1095:17, 1096:1, 1096:2, 1096:12, 1097:1, 1097:4, 1097:10, 1101:18, 1102:10
**Rishon** [7] - 1140:9, 1140:24, 1143:2, 1143:8, 1146:2, 1146:6, 1146:21
**road** [2] - 1170:20, 1170:25
**ROCCO** [1] - 1049:22
**role** [46] - 1054:5, 1054:10, 1054:16, 1055:20, 1055:25, 1056:3, 1056:12, 1056:19, 1060:11, 1061:20, 1070:15, 1073:11, 1103:14, 1103:25, 1104:20, 1109:2, 1109:5, 1109:7, 1109:14, 1110:11, 1110:17, 1118:19, 1120:17, 1123:13, 1123:15, 1124:7, 1131:19, 1143:2, 1148:16, 1148:21, 1149:2, 1150:25, 1158:1, 1159:21, 1165:4, 1165:10, 1165:12, 1171:5, 1171:15, 1172:7, 1172:10, 1177:10, 1179:21, 1193:24, 1196:7, 1196:8
**roles** [2] - 1156:24, 1186:22
**RONNI** [2] - 1052:10, 1200:6
**room** [2] - 1061:14, 1065:8
**Roth** [1] - 1049:7
**ROTH** [1] - 1049:20
**Route** [5] - 1169:25, 1170:19, 1173:2, 1174:14, 1177:10
**route** [2] - 1170:20
**row** [2] - 1054:4, 1157:16
**RPR** [1] - 1050:9
**Rule** [1] - 1081:16
**rule** [1] - 1132:20
**ruled** [3] - 1094:16, 1127:1, 1127:23
**ruling** [3] - 1065:13, 1125:22, 1174:19
**Rumana** [2] - 1165:4, 1165:6
**run** [2] - 1127:5, 1192:10

## S

**S-e-v-e-n-i-e-r** [1] - 1052:4
**sacrifice** [1] - 1138:19
**sake** [1] - 1067:7
**Salah** [4] - 1103:24, 1103:25, 1104:2, 1106:10
**Samaria** [1] - 1085:24
**San** [1] - 1179:11
**sanctity** [1] - 1067:10
**SAPA** [1] - 1154:5

**satisfactory** [1] - 1133:23
**satisfy** [1] - 1065:10
**saw** [5] - 1054:1, 1088:25, 1145:22, 1154:15, 1161:4
**Sayd** [4] - 1073:11, 1073:13, 1171:25, 1172:5
**Sayed** [25] - 1120:8, 1120:10, 1120:12, 1120:14, 1120:21, 1123:16, 1123:17, 1123:21, 1123:22, 1123:24, 1125:4, 1125:13, 1127:2, 1129:8, 1130:24, 1131:2, 1131:4, 1131:6, 1133:2, 1133:4, 1135:8, 1135:12, 1135:15, 1136:23, 1138:22
**Sayed's** [2] - 1131:11, 1135:25
**SAYLES** [1] - 1049:20
**Sbarro** [11] - 1052:16, 1052:22, 1053:7, 1053:13, 1054:22, 1057:6, 1058:8, 1058:13, 1059:2, 1060:23, 1066:16
**scale** [1] - 1053:10
**scene** [7] - 1053:23, 1055:6, 1070:7, 1108:17, 1108:20, 1112:21, 1167:6
**school** [2] - 1074:24, 1149:18
**scientific** [1] - 1083:25
**scope** [2] - 1072:3, 1072:7
**screen** [15] - 1061:25, 1066:11, 1073:16, 1074:14, 1097:20, 1099:4, 1101:5, 1105:18, 1109:14, 1121:25, 1129:14, 1129:18, 1130:11, 1130:14, 1152:19
**screws** [1] - 1142:1
**script** [1] - 1074:23
**sea** [1] - 1186:3
**search** [1] - 1133:20
**seashore** [1] - 1115:1
**seat** [1] - 1051:20
**seated** [7] - 1051:4, 1052:7, 1092:2, 1094:1, 1140:4, 1163:4, 1196:23
**second** [8] - 1126:7, 1137:17, 1145:20, 1169:8, 1186:16, 1192:16, 1192:18, 1198:20
**secretary** [1] - 1159:15
**secretive** [2] - 1120:21, 1120:23
**section** [4] - 1059:1, 1088:17, 1088:18, 1150:22
**security** [5] - 1145:5, 1145:8, 1145:14, 1145:18, 1186:4
**Security** [10] - 1058:20, 1059:4, 1059:7, 1075:9, 1110:25, 1122:25, 1146:5, 1166:6, 1182:16, 1182:22
**see** [36] - 1053:19, 1064:2, 1074:21, 1083:11, 1085:13, 1088:18, 1089:3, 1091:5, 1095:20, 1107:15, 1123:19, 1124:18, 1126:7, 1127:7, 1139:4, 1142:24, 1143:1, 1143:16, 1162:5, 1170:11, 1172:23, 1176:17, 1178:19, 1179:11, 1183:13, 1185:9, 1188:10, 1193:8, 1193:10, 1194:3, 1194:4, 1197:13, 1197:23, 1199:12
**seeing** [3] - 1089:1, 1098:1, 1196:1
**Seif** [7] - 1186:21, 1187:3, 1187:9, 1189:2, 1189:4, 1189:7, 1189:8

**sekot** [1] - 1072:5
**self** [1] - 1141:4
**send** [2] - 1065:7, 1196:15
**senior** [19] - 1056:21, 1070:19, 1073:19, 1103:19, 1106:9, 1106:22, 1125:23, 1136:7, 1136:19, 1143:16, 1149:4, 1165:2, 1165:6, 1165:13, 1171:21, 1186:23, 1186:24, 1187:4
**sense** [1] - 1084:5
**sensitive** [1] - 1072:18
**sent** [3] - 1104:23, 1137:4, 1190:17
**sentence** [6] - 1058:2, 1114:5, 1123:18, 1145:20, 1178:3, 1189:1
**sentenced** [2] - 1178:3, 1183:11
**sentences** [1] - 1183:11
**sentencing** [20] - 1060:9, 1060:22, 1061:8, 1061:13, 1061:15, 1061:23, 1061:24, 1062:4, 1083:2, 1083:19, 1084:4, 1084:20, 1114:1, 1129:7, 1130:24, 1130:25, 1131:3, 1131:12, 1152:6, 1152:14
**September** [3] - 1163:20, 1197:10, 1197:24
**served** [1] - 1123:23
**session** [2] - 1197:10, 1197:17
**setting** [1] - 1069:18
**settlement** [1] - 1185:25
**settlers** [1] - 1171:1
**Sevenier** [1] - 1052:3
**SEVENIER** [1] - 1050:7
**several** [1] - 1066:18
**severe** [1] - 1084:9
**shahid** [2] - 1137:22, 1138:17
**shaked** [12] - 1095:23, 1097:3, 1102:4, 1124:2, 1125:1, 1133:4, 1135:4, 1135:24, 1138:12, 1163:8, 1166:14, 1170:8
**Shaked** [24] - 1051:20, 1052:21, 1057:1, 1058:11, 1059:17, 1060:5, 1061:11, 1062:16, 1062:20, 1066:18, 1068:13, 1075:2, 1076:4, 1082:6, 1082:15, 1083:20, 1084:14, 1088:11, 1130:4, 1140:7, 1142:10, 1144:19, 1185:6, 1187:15
**SHAKED** [2] - 1052:10, 1200:6
**Shaked's** [2] - 1072:11, 1088:1
**shampoo** [1] - 1141:20
**Shanab** [1] - 1106:24
**SHAND** [3] - 1050:3, 1092:4, 1115:23
**Sharakh** [1] - 1184:14
**Sharif** [1] - 1190:16
**Sharim** [2] - 1118:18, 1118:20
**Sharitah** [6] - 1165:8, 1168:17, 1168:20, 1168:22, 1168:25, 1169:3
**Sharitah's** [2] - 1165:12, 1166:21
**shaved** [1] - 1119:13
**Sheffield** [5] - 1140:9, 1140:22, 1140:24, 1143:4, 1143:8, 1143:24
**Shehada** [7] - 1103:23, 1103:24, 1103:25, 1104:2, 1104:5, 1104:10, 1106:11

**Sheikh** [3] - 1106:21, 1107:5, 1193:5
**shirt** [2] - 1056:9, 1119:12
**shoes** [1] - 1119:12
**shooter** [2] - 1102:20, 1102:23
**shooters** [10] - 1085:6, 1096:12, 1170:6, 1170:9, 1170:12, 1170:15, 1171:5, 1171:9, 1178:1, 1186:5
**shooting** [13] - 1084:25, 1086:21, 1086:22, 1094:7, 1102:14, 1102:22, 1169:25, 1171:7, 1173:2, 1173:24, 1174:14, 1185:14, 1186:12
**shopping** [2] - 1069:22, 1164:14
**short** [3] - 1054:2, 1056:9, 1082:25
**short-sleeved** [1] - 1056:9
**shoulder** [1] - 1119:15
**show** [47] - 1056:25, 1059:17, 1060:5, 1061:4, 1062:18, 1081:16, 1082:4, 1082:24, 1086:25, 1094:13, 1095:21, 1097:12, 1099:23, 1104:25, 1111:21, 1112:7, 1112:15, 1121:4, 1124:24, 1125:16, 1143:18, 1146:13, 1150:3, 1151:9, 1151:21, 1153:1, 1153:12, 1154:11, 1155:7, 1158:21, 1165:18, 1167:1, 1167:20, 1168:13, 1172:13, 1176:4, 1177:2, 1177:21, 1180:2, 1181:5, 1183:20, 1187:6, 1188:4, 1188:20, 1189:11, 1194:10, 1195:10
**showed** [1] - 1181:4
**showing** [2] - 1088:3, 1181:7
**shown** [8] - 1054:13, 1055:17, 1058:15, 1094:22, 1103:23, 1138:4, 1164:21, 1171:25
**shows** [2] - 1067:2, 1081:3
**Shuhayl** [1] - 1058:4
**side** [8] - 1055:16, 1057:23, 1073:10, 1109:13, 1143:6, 1143:10, 1156:15, 1183:15
**Sidebar** [6] - 1071:11, 1099:1, 1126:9, 1132:24, 1176:1, 1181:1
**sidebar** [36] - 1064:2, 1064:3, 1065:1, 1065:14, 1072:1, 1072:19, 1077:20, 1078:1, 1078:19, 1080:7, 1080:8, 1081:1, 1081:17, 1087:11, 1087:24, 1090:19, 1098:6, 1098:7, 1100:2, 1116:1, 1117:18, 1128:7, 1132:17, 1132:20, 1132:23, 1134:5, 1160:10, 1161:23, 1174:25, 1175:2, 1176:23, 1180:14, 1180:15, 1181:21, 1196:12, 1196:14
**sight** [2] - 1054:23, 1143:5
**significance** [4] - 1085:21, 1149:13, 1164:11, 1193:23
**significant** [6] - 1056:2, 1066:15, 1106:19, 1158:10, 1169:11, 1186:1
**Sil** [1] - 1160:1
**Silwad** [3] - 1163:10, 1170:13, 1178:1
**similar** [7] - 1077:11, 1084:13, 1086:18, 1086:20, 1108:3, 1112:24, 1153:21
**simple** [1] - 1109:5
**simply** [3] - 1089:14, 1090:13, 1108:4
**simultaneously** [1] - 1186:18

**Sinatra** [5] - 1156:4, 1156:7, 1158:9, 1158:12, 1163:16

**sit** [1] - 1197:25

**site** [17] - 1057:11, 1074:4, 1074:5, 1076:11, 1118:24, 1121:14, 1121:16, 1150:11, 1153:17, 1154:22, 1171:12, 1189:17, 1192:23, 1194:24, 1196:3, 1196:4, 1196:18

**sites** [1] - 1174:6

**sleeved** [1] - 1056:9

**slide** [39] - 1052:17, 1055:16, 1056:11, 1057:21, 1058:16, 1069:1, 1071:3, 1073:10, 1083:8, 1085:3, 1102:17, 1103:24, 1107:10, 1107:14, 1108:24, 1114:16, 1118:10, 1118:18, 1129:21, 1130:18, 1135:19, 1137:1, 1137:12, 1138:7, 1140:11, 1144:9, 1148:5, 1156:23, 1163:25, 1164:21, 1165:8, 1170:7, 1171:3, 1178:15, 1178:19, 1185:21, 1187:8, 1190:9

**slides** [1] - 1133:7

**slogans** [1] - 1159:7

**slopes** [1] - 1179:9

**small** [1] - 1091:2

**smaller** [1] - 1053:10

**smoke** [3] - 1053:19, 1053:20, 1054:1

**smooth** [1] - 1198:15

**social** [1] - 1086:3

**Society** [2] - 1071:4, 1071:5

**society** [2] - 1063:23, 1071:6

**solemnly** [1] - 1051:21

**sometime** [1] - 1198:12

**sometimes** [2] - 1154:5, 1173:5

**somewhere** [1] - 1090:6

**son** [2] - 1103:21, 1104:23

**sooner** [1] - 1197:19

**sophisticated** [1] - 1191:14

**sorry** [12] - 1066:22, 1073:6, 1092:13, 1092:17, 1129:19, 1157:12, 1158:7, 1168:18, 1168:19, 1196:2, 1197:2, 1198:20

**sort** [5] - 1056:7, 1069:18, 1070:20, 1085:20, 1119:20

**sound** [1] - 1188:10

**source** [27] - 1057:9, 1063:19, 1074:3, 1087:7, 1096:5, 1096:7, 1105:9, 1110:5, 1112:14, 1121:13, 1121:14, 1142:19, 1143:25, 1144:1, 1146:25, 1150:10, 1153:23, 1153:24, 1154:21, 1165:24, 1167:12, 1172:21, 1172:23, 1172:24, 1194:23, 1194:24, 1195:25

**sources** [33] - 1055:8, 1057:2, 1063:10, 1065:5, 1067:13, 1068:2, 1075:22, 1081:5, 1082:9, 1084:21, 1094:9, 1095:12, 1097:8, 1099:23, 1110:4, 1112:3, 1112:12, 1113:6, 1113:18, 1118:8, 1124:3, 1124:6, 1125:11, 1138:21, 1146:10, 1153:8, 1154:12, 1155:24, 1159:24, 1168:9, 1185:5, 1189:22, 1192:21

**south** [5] - 1140:25, 1164:13, 1165:15,
1170:23, 1171:2

**southern** [2] - 1149:8, 1179:23

**special** [6] - 1103:25, 1159:6, 1173:5, 1173:6, 1173:10, 1174:10

**specific** [1] - 1145:17

**specifically** [2] - 1083:4, 1155:8

**spell** [1] - 1052:1

**spend** [2] - 1141:1, 1158:16

**spending** [1] - 1133:19

**spokesperson** [3] - 1120:17, 1120:23, 1124:9

**spouse** [1] - 1056:10

**Square** [1] - 1053:11

**staff** [1] - 1107:5

**stand** [2] - 1092:3, 1152:8

**standing** [1] - 1193:25

**standpoint** [1] - 1106:14

**start** [3] - 1051:10, 1130:8, 1130:18

**started** [2] - 1115:20, 1120:18

**starting** [2] - 1135:7, 1176:7

**starts** [1] - 1144:24

**state** [4] - 1052:1, 1055:6, 1084:12, 1145:10

**statement** [6] - 1146:18, 1146:19, 1161:19, 1193:15, 1193:18, 1194:17

**statements** [2] - 1078:13, 1159:8

**STATES** [2] - 1049:1, 1049:14

**States** [1] - 1049:8

**status** [1] - 1086:3

**stay** [2] - 1139:3, 1196:20

**stenography** [1] - 1050:12

**step** [2] - 1069:24, 1197:2

**STEPHENS** [5] - 1050:3, 1117:1, 1117:5, 1121:21, 1124:11

**Stephens** [1] - 1117:10

**stepped** [1] - 1076:11

**still** [2] - 1132:6, 1145:16

**STONE** [1] - 1049:22

**stop** [2] - 1148:20, 1149:1

**stopping** [1] - 1138:24

**storming** [1] - 1086:23

**story** [2] - 1189:20, 1189:21

**straighten** [1] - 1181:19

**street** [4] - 1069:21, 1146:22, 1164:12, 1164:13

**Street** [8] - 1164:6, 1164:9, 1164:10, 1164:12, 1164:17, 1164:19, 1165:23, 1168:3

**streets** [1] - 1053:9

**strike** [2] - 1072:8, 1101:24

**Strip** [1] - 1136:20

**strip** [1] - 1069:20

**strong** [1] - 1056:7

**struck** [1] - 1161:6

**student** [5] - 1120:15, 1148:9, 1156:4, 1165:13, 1178:23

**students** [7] - 1107:25, 1149:17, 1156:18, 1158:15, 1158:19, 1158:20, 1179:15

**studied** [1] - 1178:24

**studying** [1] - 1120:15

**stuff** [1] - 1099:19

**subsequently** [1] - 1159:20

**succeeded** [1] - 1150:1

**suggesting** [1] - 1090:12

**suicide** [89] - 1052:22, 1052:25, 1054:12, 1055:22, 1056:5, 1056:9, 1056:22, 1056:23, 1058:10, 1058:17, 1059:5, 1062:15, 1063:4, 1063:7, 1063:17, 1063:18, 1066:16, 1067:10, 1068:7, 1068:10, 1068:16, 1069:8, 1069:11, 1070:18, 1074:2, 1074:20, 1075:16, 1103:17, 1106:13, 1107:12, 1107:15, 1109:9, 1109:19, 1110:9, 1110:14, 1110:20, 1111:6, 1111:10, 1114:11, 1114:13, 1114:19, 1114:21, 1118:9, 1118:14, 1118:24, 1119:1, 1122:18, 1138:13, 1140:8, 1140:13, 1140:15, 1140:17, 1141:7, 1141:16, 1146:10, 1147:20, 1147:21, 1148:2, 1148:7, 1148:9, 1148:25, 1149:5, 1149:10, 1149:20, 1149:25, 1150:25, 1154:14, 1154:15, 1154:20, 1154:25, 1163:22, 1164:2, 1164:24, 1165:16, 1166:15, 1168:18, 1168:20, 1171:8, 1173:8, 1178:18, 1179:4, 1180:1, 1180:11, 1182:11, 1182:23, 1190:2, 1190:6, 1190:11, 1190:14

**suicides** [1] - 1069:12

**suitcase** [1] - 1055:1

**summarized** [1] - 1058:21

**supervising** [1] - 1120:4

**supplied** [2] - 1056:13, 1171:22

**support** [2] - 1078:17, 1118:21

**supporting** [1] - 1089:2

**supposed** [1] - 1055:23

**surprise** [1] - 1089:20

**surrounding** [3] - 1114:8, 1166:7, 1174:14

**survivors** [1] - 1115:17

**sustain** [3] - 1117:11, 1117:12, 1142:5

**sustained** [7] - 1097:22, 1101:25, 1104:9, 1119:5, 1142:17, 1142:22, 1192:12

**swear** [1] - 1051:22

**switched** [1] - 1181:18

**sworn** [2] - 1051:19, 1052:11

**symbol** [1] - 1194:2

**synagogue** [1] - 1164:16

**Syria** [1] - 1191:11

**system** [3] - 1055:9, 1059:14, 1086:6

**T**

**table** [1] - 1141:3

**Taher** [7] - 1120:1, 1123:15, 1123:22, 1149:2, 1149:4, 1155:17

**Taher's** [1] - 1123:12

**Tamini** [9] - 1055:17, 1055:19, 1055:20, 1055:22, 1056:8, 1056:14, 1059:22, 1059:25, 1067:19

**Tamini's** [1] - 1055:25

**tapes** [1] - 1198:14

**target** [4] - 1143:7, 1157:8, 1187:5, 1191:13

**Tawil** [4] - 1070:14, 1070:16, 1071:3, 1072:9

**teachers** [1] - 1158:19

**technical** [2] - 1066:2, 1192:18

**technicalities** [1] - 1133:20

**Tel** [19] - 1086:1, 1129:8, 1140:25, 1146:22, 1163:19, 1164:11, 1164:12, 1164:18, 1164:20, 1165:17, 1165:23, 1166:8, 1168:4, 1190:3, 1190:19, 1190:22, 1190:23, 1191:17, 1191:21

**ten** [1] - 1086:9

**tent** [2] - 1147:19

**term** [1] - 1078:3

**terms** [13] - 1066:17, 1103:14, 1106:18, 1106:19, 1107:1, 1120:12, 1145:8, 1146:10, 1147:17, 1149:21, 1158:10, 1169:11, 1186:1

**territories** [1] - 1191:13

**terror** [49] - 1059:23, 1067:9, 1086:17, 1103:5, 1106:12, 1109:1, 1118:12, 1125:23, 1143:5, 1143:24, 1145:17, 1146:20, 1146:21, 1153:17, 1156:6, 1156:12, 1156:14, 1156:16, 1156:19, 1157:3, 1157:22, 1159:2, 1165:10, 1165:12, 1165:23, 1172:9, 1172:12, 1173:8, 1173:23, 1179:19, 1179:24, 1182:10, 1183:5, 1183:10, 1183:25, 1184:15, 1185:18, 1185:23, 1188:2, 1188:12, 1189:20, 1189:21, 1191:20, 1193:11, 1193:16, 1194:18, 1195:17, 1196:9

**terrorist** [54] - 1055:20, 1061:20, 1069:5, 1070:7, 1070:14, 1073:10, 1086:7, 1097:6, 1097:17, 1102:22, 1105:24, 1106:7, 1109:15, 1109:25, 1110:11, 1110:18, 1113:25, 1114:14, 1114:20, 1120:3, 1122:9, 1135:8, 1141:10, 1141:14, 1141:23, 1143:14, 1144:21, 1146:2, 1146:6, 1147:5, 1147:20, 1148:3, 1148:13, 1150:14, 1150:23, 1152:8, 1152:10, 1153:5, 1154:2, 1154:14, 1155:1, 1155:21, 1156:11, 1158:1, 1163:15, 1164:6, 1166:21, 1167:8, 1168:1, 1170:4, 1183:9, 1184:13, 1190:17, 1192:10

**terrorist's** [1] - 1119:25

**terrorists** [17] - 1060:23, 1076:10, 1085:9, 1085:11, 1085:18, 1155:19, 1164:22, 1186:18, 1187:1, 1187:5, 1189:6, 1189:19, 1191:3, 1191:7, 1192:1, 1192:3, 1194:6

**testified** [6] - 1052:11, 1078:11, 1130:4, 1133:4, 1133:15, 1161:20

**testifying** [1] - 1089:19

**testimonies** [3] - 1055:5, 1159:22

**testimony** [8] - 1072:6, 1072:8, 1072:11, 1078:8, 1117:1, 1135:9, 1161:4, 1161:5

**THE** [257] - 1049:13, 1050:3, 1050:9,

1051:2, 1051:4, 1051:6, 1051:7, 1051:18, 1051:21, 1051:24, 1051:25, 1052:1, 1052:3, 1052:5, 1052:7, 1052:8, 1052:19, 1057:14, 1057:16, 1057:20, 1058:25, 1060:2, 1060:12, 1060:15, 1061:1, 1061:17, 1061:18, 1062:7, 1062:9, 1063:1, 1063:2, 1063:12, 1063:13, 1063:21, 1064:2, 1065:2, 1065:13, 1066:2, 1066:12, 1066:21, 1066:23, 1068:4, 1068:5, 1069:3, 1071:10, 1072:15, 1073:3, 1073:6, 1073:9, 1074:9, 1074:11, 1074:15, 1075:11, 1077:19, 1078:2, 1078:6, 1078:17, 1079:3, 1079:13, 1079:15, 1080:1, 1080:7, 1081:2, 1081:7, 1081:13, 1082:3, 1083:1, 1083:11, 1083:13, 1083:15, 1085:5, 1087:10, 1088:5, 1088:20, 1088:25, 1089:18, 1090:1, 1090:9, 1091:2, 1091:7, 1092:2, 1092:5, 1092:9, 1092:14, 1092:17, 1092:20, 1092:25, 1093:12, 1093:14, 1093:17, 1093:22, 1094:1, 1094:17, 1094:20, 1094:24, 1095:1, 1095:5, 1095:7, 1096:19, 1096:25, 1097:22, 1098:3, 1099:7, 1099:21, 1101:1, 1101:7, 1101:25, 1102:19, 1104:9, 1105:13, 1105:15, 1105:19, 1107:11, 1111:5, 1112:23, 1113:9, 1113:12, 1113:13, 1113:19, 1113:21, 1114:18, 1115:25, 1117:3, 1117:10, 1118:2, 1118:6, 1119:5, 1121:20, 1121:22, 1122:2, 1123:5, 1124:12, 1124:17, 1124:20, 1126:2, 1126:5, 1126:8, 1127:3, 1127:7, 1127:10, 1127:17, 1127:20, 1128:5, 1129:2, 1129:10, 1129:18, 1129:20, 1129:23, 1130:1, 1130:6, 1130:12, 1130:15, 1130:19, 1131:14, 1132:15, 1132:18, 1132:20, 1132:23, 1133:13, 1135:2, 1135:16, 1135:18, 1135:21, 1138:3, 1138:8, 1139:1, 1139:6, 1140:2, 1140:4, 1140:12, 1142:5, 1142:9, 1142:17, 1142:22, 1144:5, 1144:7, 1144:12, 1145:10, 1145:12, 1146:3, 1148:6, 1150:19, 1151:18, 1152:23, 1154:9, 1155:6, 1157:4, 1157:6, 1158:7, 1160:4, 1160:5, 1160:7, 1160:9, 1161:7, 1161:10, 1161:17, 1162:2, 1162:7, 1163:2, 1163:4, 1164:1, 1166:2, 1166:13, 1167:17, 1169:4, 1173:15, 1174:18, 1175:1, 1176:2, 1176:6, 1176:10, 1176:12, 1176:14, 1176:17, 1176:21, 1177:1, 1177:15, 1177:19, 1178:5, 1178:16, 1180:13, 1181:2, 1181:11, 1181:13, 1181:16, 1182:2, 1182:13, 1183:17, 1184:3, 1184:5, 1185:2, 1187:7, 1187:10, 1187:12, 1187:22, 1188:9, 1188:15, 1192:12, 1194:20, 1195:3, 1196:12, 1196:23, 1197:2, 1197:4, 1197:12, 1197:21, 1198:2, 1198:5, 1198:8, 1198:11, 1198:16,

1198:19, 1198:21, 1199:1, 1199:3, 1199:10, 1199:12

**thematically** [1] - 1117:13

**they've** [2] - 1089:12

**third** [5] - 1054:4, 1076:20, 1079:22, 1150:1, 1165:8

**thirty** [1] - 1086:11

**three** [9] - 1054:2, 1076:6, 1085:12, 1156:23, 1157:16, 1157:21, 1159:13, 1173:24, 1190:12

**three-and-a-half** [1] - 1159:13

**throughout** [3] - 1097:10, 1121:17, 1190:1

**throwing** [1] - 1086:22

**Thursday** [4] - 1058:6, 1197:13, 1197:19, 1197:22

**tight** [1] - 1119:12

**timeout** [1] - 1066:2

**timing** [2] - 1169:11, 1186:14

**tint** [1] - 1147:21

**tiny** [1] - 1083:17

**today** [5] - 1058:5, 1121:17, 1127:25, 1132:6, 1198:12

**together** [6] - 1115:15, 1115:18, 1148:23, 1148:24, 1149:1, 1193:5

**tomorrow** [3] - 1196:20, 1197:23, 1199:12

**tonight** [1] - 1177:19

**took** [11] - 1054:2, 1070:7, 1099:4, 1108:20, 1108:21, 1118:24, 1135:9, 1156:3, 1164:15, 1164:16, 1176:10

**top** [10] - 1073:16, 1085:13, 1097:19, 1103:23, 1103:24, 1110:15, 1136:19, 1164:23, 1164:24, 1172:1

**tops** [1] - 1108:22

**toward** [1] - 1187:5

**towards** [2] - 1070:2, 1093:7

**town** [2] - 1115:10, 1159:15

**towns** [1] - 1170:25

**trained** [1] - 1084:8

**transcript** [2] - 1050:12, 1050:12

**TRANSCRIPT** [1] - 1049:13

**transferred** [3] - 1073:14, 1137:3, 1171:22

**translate** [1] - 1066:21

**translated** [5] - 1066:10, 1074:23, 1092:16, 1092:22, 1155:23

**translation** [5] - 1057:22, 1083:8, 1093:20, 1121:25, 1130:1

**translators** [2] - 1051:17, 1051:18

**transpired** [1] - 1086:19

**transportation** [2] - 1086:6, 1149:17

**trapped** [1] - 1076:15

**travel** [2] - 1086:1, 1197:19

**travelling** [1] - 1171:1

**tremor** [1] - 1053:22

**trial** [4] - 1061:11, 1061:12, 1088:24, 1151:7

**TRIAL** [1] - 1049:13

**tried** [2] - 1149:25, 1151:14

**true** [3] - 1066:6, 1102:1, 1136:14

**truly** [1] - 1051:22
**truth** [2] - 1065:4, 1133:21
**try** [5] - 1089:24, 1090:9, 1090:16, 1124:23, 1197:18
**trying** [6] - 1063:6, 1072:6, 1117:5, 1147:4, 1179:10, 1193:23
**TUESDAY** [1] - 1049:10
**Tulkarem** [13] - 1114:22, 1114:23, 1114:24, 1115:5, 1118:20, 1120:19, 1120:24, 1120:25, 1123:21, 1123:23, 1136:24, 1137:4, 1137:9
**turn** [1] - 1084:17
**turned** [2] - 1076:21, 1103:17
**Turner** [6] - 1052:8, 1093:10, 1094:2, 1094:20, 1163:4, 1177:15
**turner** [2] - 1072:11, 1140:5
**TURNER** [232] - 1049:18, 1049:18, 1051:17, 1052:9, 1052:14, 1052:17, 1052:20, 1056:24, 1057:13, 1057:19, 1057:21, 1058:23, 1059:1, 1059:17, 1059:24, 1060:10, 1060:18, 1060:24, 1062:6, 1062:18, 1063:20, 1063:24, 1066:10, 1066:22, 1069:1, 1073:2, 1073:4, 1073:7, 1073:21, 1074:8, 1074:14, 1074:16, 1074:22, 1075:8, 1075:12, 1076:25, 1077:17, 1079:2, 1079:5, 1079:12, 1079:18, 1079:25, 1080:4, 1081:3, 1082:2, 1082:4, 1082:12, 1082:24, 1083:7, 1083:12, 1083:16, 1084:17, 1085:3, 1086:25, 1092:16, 1092:24, 1094:3, 1094:5, 1094:13, 1094:22, 1094:25, 1095:3, 1095:6, 1095:8, 1095:21, 1096:16, 1096:23, 1097:2, 1097:12, 1097:23, 1101:5, 1101:8, 1101:10, 1102:7, 1102:17, 1104:25, 1105:12, 1105:18, 1105:20, 1105:22, 1107:10, 1111:3, 1111:21, 1112:7, 1112:15, 1113:11, 1114:16, 1118:1, 1118:4, 1118:7, 1119:6, 1121:4, 1121:6, 1121:19, 1121:24, 1122:3, 1122:5, 1122:21, 1122:23, 1123:3, 1123:6, 1124:14, 1124:19, 1124:22, 1124:25, 1125:16, 1125:18, 1125:25, 1126:4, 1126:7, 1127:14, 1129:1, 1129:3, 1129:9, 1129:13, 1129:19, 1129:21, 1130:8, 1130:9, 1130:14, 1130:17, 1130:20, 1131:16, 1132:14, 1132:19, 1132:22, 1135:1, 1135:3, 1135:17, 1135:19, 1135:22, 1135:23, 1137:11, 1137:16, 1137:25, 1138:6, 1138:9, 1138:11, 1138:24, 1140:6, 1140:11, 1142:7, 1143:18, 1144:3, 1144:9, 1144:15, 1144:23, 1145:25, 1146:13, 1148:5, 1150:3, 1150:18, 1151:9, 1151:16, 1151:21, 1152:21, 1153:1, 1153:12, 1154:8, 1154:11, 1155:3, 1155:7, 1156:15, 1158:5, 1158:21, 1163:5, 1163:7, 1163:25, 1165:18, 1166:1, 1166:10, 1167:1, 1167:16, 1167:20, 1168:13, 1169:2, 1170:7, 1172:13, 1173:12, 1173:16, 1174:17, 1174:22,

1177:2, 1177:14, 1177:17, 1177:21, 1178:4, 1178:15, 1180:2, 1180:12, 1181:12, 1181:15, 1182:1, 1182:3, 1182:12, 1182:20, 1183:7, 1183:16, 1183:20, 1184:2, 1184:4, 1184:9, 1185:1, 1185:4, 1185:21, 1185:22, 1187:6, 1187:13, 1187:14, 1187:21, 1187:25, 1188:4, 1188:5, 1188:16, 1188:20, 1188:22, 1189:11, 1189:13, 1190:9, 1190:10, 1192:13, 1194:10, 1194:11, 1194:19, 1194:22, 1195:2, 1195:6, 1195:10, 1195:11, 1196:10, 1197:1, 1200:8
**twice** [1] - 1149:25
**two** [42] - 1053:9, 1054:2, 1058:18, 1069:12, 1075:16, 1076:10, 1076:14, 1090:2, 1107:3, 1122:16, 1136:15, 1136:16, 1142:23, 1143:11, 1143:13, 1151:8, 1156:24, 1168:1, 1170:1, 1170:6, 1171:4, 1172:1, 1174:3, 1176:18, 1181:12, 1183:3, 1185:19, 1186:10, 1186:12, 1186:15, 1186:17, 1186:20, 1187:5, 1190:14, 1191:3, 1191:7, 1191:8, 1193:11, 1193:16, 1193:25, 1194:6, 1195:18
**type** [7] - 1055:12, 1086:17, 1131:24, 1145:23, 1153:19, 1155:23, 1173:8
**types** [1] - 1063:9
**typical** [1] - 1133:16

# U

**Ula** [1] - 1058:6
**unable** [2] - 1187:10, 1191:11
**unapostilled** [1] - 1133:1
**uncle** [1] - 1056:18
**uncovered** [2] - 1168:2, 1168:3
**under** [4] - 1081:15, 1082:24, 1119:21, 1198:14
**unduly** [1] - 1078:5, 1133:25
**unfair** [1] - 1088:4
**unfairly** [1] - 1133:11
**unique** [4] - 1103:13, 1103:25, 1104:4, 1106:18
**unit** [1] - 1174:10
**UNITED** [2] - 1049:1, 1049:14
**United** [1] - 1049:8
**university** [4] - 1156:18, 1157:2, 1165:14, 1179:15
**University** [13] - 1148:10, 1149:24, 1156:3, 1156:7, 1156:17, 1158:8, 1158:13, 1159:2, 1159:14, 1163:11, 1163:16, 1178:24, 1179:14
**unlike** [2] - 1173:7, 1173:8
**unnecessary** [1] - 1081:10
**unredacting** [1] - 1176:18
**unsuccessful** [1] - 1150:1
**up** [44] - 1051:17, 1052:17, 1057:19, 1059:3, 1060:18, 1061:21, 1069:1, 1074:16, 1074:24, 1075:14, 1076:15, 1084:17, 1085:3, 1089:10, 1101:5, 1105:21, 1110:15, 1114:16, 1119:14,

1122:3, 1130:6, 1138:7, 1144:12, 1144:15, 1144:21, 1147:21, 1152:8, 1155:22, 1169:8, 1176:7, 1179:14, 1181:9, 1182:1, 1182:4, 1183:7, 1183:13, 1191:23, 1192:18, 1192:19, 1195:13, 1195:23, 1197:8, 1198:20
**upcoming** [1] - 1093:9
**upper** [3] - 1054:9, 1101:9, 1105:21
**URL** [1] - 1088:13
**US** [1] - 1050:3
**USA** [1] - 1137:5

# V

**valiant** [1] - 1145:3
**validity** [1] - 1122:24
**value** [4] - 1099:19, 1099:20, 1099:22, 1134:2
**VARDA** [1] - 1050:7
**various** [11] - 1055:8, 1081:5, 1084:20, 1095:12, 1110:4, 1153:8, 1154:1, 1157:14, 1170:24, 1170:25, 1172:11
**verdict** [9] - 1059:22, 1151:14, 1168:19, 1177:25, 1183:9, 1183:24, 1184:13, 1189:1
**version** [10] - 1066:10, 1074:23, 1074:24, 1088:13, 1089:15, 1092:16, 1099:6, 1105:20, 1135:22, 1144:10
**versions** [1] - 1090:13
**vest** [4] - 1054:24, 1076:12, 1119:21, 1186:25
**via** [1] - 1191:16
**video** [11] - 1068:13, 1078:13, 1082:13, 1082:19, 1095:17, 1095:20, 1095:22, 1095:23, 1095:25, 1096:7, 1136:13
**Video** [1] - 1097:1
**videotape** [3] - 1068:11, 1082:15, 1097:3
**videotaped** [1] - 1124:8
**village** [2] - 1058:4, 1170:25
**Village** [1] - 1108:3
**vision** [1] - 1084:12
**visited** [1] - 1191:16
**Voltribe** [1] - 1164:17
**volunteered** [1] - 1122:17

# W

**Wa'el** [5] - 1106:6, 1106:8, 1106:9, 1109:14, 1109:16
**Wael** [5] - 1143:10, 1147:9, 1147:10, 1147:11, 1157:17
**wait** [3] - 1076:21, 1160:8, 1160:9
**waiting** [1] - 1197:22
**Walid** [2] - 1109:7, 1109:8
**warrior** [1] - 1058:3
**watch** [2] - 1124:13, 1124:15
**wave** [1] - 1121:15
**weapons** [2] - 1137:3, 1171:18
**wearing** [3] - 1119:20, 1119:21, 1194:4
**Web** [7] - 1121:14, 1121:16, 1189:17, 1192:23, 1194:24, 1196:3, 1196:4

**website** [15] - 1074:5, 1074:18, 1096:7, 1096:9, 1105:10, 1106:4, 1144:1, 1165:25, 1172:19, 1173:21, 1173:25, 1174:2, 1174:7, 1174:9, 1177:7
**websites** [1] - 1174:3
**wedding** [3] - 1066:25, 1067:1, 1106:15
**Wednesday** [1] - 1199:15
**wee** [1] - 1141:1
**weight** [1] - 1065:6
**Weiss** [1] - 1049:7
**well-dressed** [1] - 1115:21
**WERBNER** [6] - 1049:20, 1049:20, 1197:9, 1197:17, 1198:1, 1199:13
**west** [2] - 1170:24, 1186:17
**West** [10] - 1071:1, 1071:2, 1136:21, 1149:8, 1165:3, 1165:14, 1165:15, 1170:21, 1170:22, 1179:23
**western** [1] - 1056:6
**whatsoever** [1] - 1084:5
**whereas** [1] - 1143:5
**wherein** [1] - 1083:4
**white** [1] - 1084:2
**whole** [1] - 1117:6
**wig** [1] - 1119:13
**willing** [1] - 1067:24
**wing** [18] - 1096:8, 1104:3, 1105:6, 1105:11, 1106:10, 1109:17, 1144:2, 1150:12, 1172:4, 1174:5, 1180:9, 1182:9, 1186:24, 1187:20, 1189:18, 1193:6, 1193:7, 1194:25
**wing's** [2] - 1174:7, 1174:9
**Wisam** [3] - 1109:2, 1143:3, 1157:11
**wished** [1] - 1104:22
**witness** [61] - 1051:15, 1056:25, 1061:4, 1062:18, 1073:21, 1076:25, 1078:11, 1079:5, 1079:18, 1082:5, 1082:13, 1086:25, 1088:7, 1089:21, 1093:3, 1094:13, 1094:23, 1095:1, 1095:21, 1097:12, 1104:25, 1111:21, 1112:7, 1112:15, 1121:4, 1124:24, 1125:17, 1127:21, 1133:15, 1137:14, 1143:18, 1145:10, 1146:13, 1150:3, 1151:9, 1151:21, 1153:1, 1153:12, 1154:11, 1155:7, 1158:21, 1165:18, 1167:1, 1167:20, 1168:13, 1172:13, 1173:16, 1174:23, 1177:2, 1177:21, 1180:2, 1183:20, 1187:6, 1187:8, 1187:13, 1188:4, 1188:20, 1189:11, 1194:10, 1195:10, 1197:15
**WITNESS** [14] - 1061:18, 1063:2, 1063:13, 1063:21, 1066:23, 1068:5, 1069:3, 1113:13, 1145:12, 1157:6, 1160:5, 1160:9, 1187:10, 1200:3
**Witness** [1] - 1197:3
**witness'** [3] - 1066:5, 1102:3, 1127:24
**woman** [3] - 1056:1, 1119:11, 1119:14
**woman's** [2] - 1119:13, 1119:15
**women's** [1] - 1119:12
**Won** [1] - 1160:1
**word** [4] - 1063:14, 1063:15, 1066:18, 1067:6

**words** [8] - 1054:24, 1084:3, 1084:13, 1084:15, 1102:1, 1110:6, 1186:17
**wore** [2] - 1119:11, 1119:13
**written** [4] - 1101:15, 1125:5, 1135:14, 1159:1
**wrote** [1] - 1185:9
**WW** [1] - 1089:15

## Y

**YAARI** [1] - 1050:7
**yards** [3] - 1108:9, 1109:21, 1190:23
**Yasin** [1] - 1084:12
**Yasser** [1] - 1170:12
**Yassin** [3] - 1106:21, 1107:4, 1193:5
**Yassin's** [1] - 1107:5
**year** [2] - 1104:5, 1193:15
**years** [12] - 1103:12, 1104:13, 1122:16, 1132:2, 1132:5, 1132:7, 1133:17, 1145:22, 1145:24, 1153:20, 1158:15, 1169:14
**Yehuda** [11] - 1068:22, 1069:19, 1069:20, 1069:23, 1070:1, 1070:8, 1074:2, 1075:13, 1076:2, 1077:9, 1083:5
**yesterday** [4] - 1052:15, 1054:14, 1089:23, 1198:23
**YORK** [1] - 1049:1
**York** [5] - 1049:9, 1050:10, 1053:11, 1108:2, 1164:19
**young** [6] - 1104:23, 1106:4, 1106:16, 1111:9, 1122:15, 1190:25
**yourself** [3] - 1066:14, 1144:18, 1196:19
**yourselves** [2] - 1091:5, 1196:17
**youth** [1] - 1104:14
**yuppy** [1] - 1107:23
**Yusuf** [1] - 1136:15

## Z

**zone** [1] - 1140:25