1204

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK
 2

 3  COURTNEY LINDE, ET AL.,        )
                                   )  04CV02799 (BMC)
 4              Plaintiffs,        )  And all related cases:
                                   )  04CV05449 (Litle)
 5                                 )  04CV05564 (Almog)
                                   )  04CV00365 (Coulter)
 6                                 )  05CV00388 (Afrait-Kurtzer)
                                   )  05CV03183 (Bennett)
 7     -against-                   )  05CV03768 (Roth)
                                   )  06CV01623 (Weiss)
 8                                 )
                                   )  United States Courthouse
 9                                 )  Brooklyn, New York
                                   )
10  ARAB BANK, PLC,               )  WEDNESDAY, AUGUST 27, 2014
                                   )
11              Defendant.        )
    _____)
12

13         TRANSCRIPT OF CIVIL CAUSE FOR JURY TRIAL
             BEFORE THE HONORABLE BRIAN M. COGAN
14              UNITED STATES DISTRICT JUDGE

15
    APPEARANCES:
16
    FOR PLAINTIFFS LINDE     OSEN, LLC
17  AND COULTER:             BY:  GARY M. OSEN, ESQ.

18                           TURNER & ASSOCIATES, PLLC
                             BY:  CLYDE T. TURNER, ESQ.
19

20  FOR PLAINTIFFS LITLE,    SAYLES WERBNER
    BENNETT AND ROTH:        BY:  MARK S. WERBNER, ESQ.
21

22
    FOR PLAINTIFFS ALMOG:    STONE BONNER & ROCCO, LLP
23                           BY:  JAMES P. BONNER, ESQ.

24                           MOTLEY RICE, LLC
                             BY:  MICHAEL E. ELSNER, ESQ.
25                           BY:  JODI FLOWERS, ESQ.
```

NICOLE CANALES, CSR, RPR

1205

1    
2    (APPEARANCES CONT.)

3    FOR THE DEFENDANT:        DLA PIPER US, LLP
                               BY:  SHAND STEPHENS, ESQ.
4                              BY:  ANTHONY PAUL COLES, ESQ.
                               BY:  BRETT INGERMAN, ESQ.
5                              BY:  MARGARET CIVETTA, ESQ.

6    

7    INTERPRETED BY:          VARDA YAARI, RACHELLE AVITAL,
                               MICHAL MARIN AND NERI SEVENIER
8    

9    THE COURT REPORTER:      NICOLE CANALES, CSR, RPR
                               225 Cadman Plaza East
10                             Brooklyn, New York 11201
                               cnlsnic@aol.com
11   

12   Proceedings recorded by mechanical stenography, transcript
     produced by computer-assisted transcript.
13   

14   

15   

16   

17   

18   

19   

20   

21   

22   

23   

24   

25

Proceedings                                    1206

1          (Outside the presence of the jury.)

2          THE COURT:  With regard to the letter I received

3    yesterday, concerning the witness scheduling issue, there's

4    not a lot I can do to help here.  I've got a really full

5    calendar tonight, so I can't get rid of that; that includes a

6    sentencing tonight.  I think we're just going to have to see

7    what happens.  I'm sure the defendant will do what they can to

8    not inconvenience the witness or the plaintiffs, consistent

9    with their obligation to represent the client, so we'll just

10   have to see.  There was one other thing.  Yes, I need to have

11   specific and exhibits by Friday.  Okay.  Yes.

12         MR. OSEN:  Your Honor, depending on what happens

13   here today, we'll either have it by Friday or even have it

14   today, depending on how things go, so they're more or less

15   ready, subject to the schedule.

16         THE COURT:  Okay.  Anything else we need to cover?

17   All right.  We'll have the jury, please.  You should sit.

18   Might take a while.  We are off to an early start.  That's

19   good.  We're checking on the jurors' schedules for a week from

20   Friday, so we should know that this morning.

21         MR. OSEN:  Your Honor, one other question.

22         THE COURT:  Yes.

23         MR. OSEN:  The deposition designations are still

24   pending.  Presumably we'll play them tomorrow.

25              (In the presence of the jury.)

1          THE COURT:  We're working on that.

2          Be seated, please.  Good morning, ladies and

3   gentlemen.

4          THE JURORS COLLECTIVELY:  Good morning.

5          THE COURT:  We'll continue with direct examination.

6   I think where we left off was the proffer of Exhibit 3812,

7   which was received over objection.

8          MR. TURNER:  Thank you, your Honor.

9                        RONNI SHAKED,

10  recalled as a witness, by and on behalf of the plaintiffs,

11  having been first duly sworn, was examined, and testified

12  further as follows:

13  DIRECT EXAMINATION (CONTINUED)

14  BY MR. TURNER:

15  Q    And just for purposes of putting it into context, 3812

16  was one of the claims of responsibility by Hamas; is that

17  correct, sir?

18  A    I need to know exactly what terror attack this is.

19  Q    Mike's Place?

20  A    Yes, indeed so.

21  Q    Now, in addition to the claims of responsibility, and I

22  believe yesterday it was established that there were two

23  separate ones; one a short time after the attack, and then

24  another one, I think, over a year later.

25          Were there other claims of responsibilities made by

1  any other terror organizations for the Mike's Place attack?

2  A    Yes, there were other organizations, sir.

3  Q    Who else claimed responsibility for that attack, other

4  than Hamas?

5  A    Because this whole thing was very vague, there were

6  various organizations that try to piggyback.  This particular

7  one, it was the Hamas the, PIJ, and I myself admit that I

8  thought there were even traces of Al-Qaeda there.  There were

9  others who argued it was the Hezbollah.  It was very vague.

10 It wasn't clear.  The various organizations tried to claim

11 responsibility for this one.

12 Q    Over a period of time, did responsibility for the Mike's

13 Place attack clarify itself?

14 A    Yes.

15       MR. TURNER:  Your Honor, may we go back and display

16 the slide, your Honor?

17       THE COURT:  Yes.

18 Q    Now, yesterday -- we won't go back through all this, but

19 yesterday we talked about the banner, Hamas banner; we talked

20 about the Hamas headbands; we talked about the photograph, and

21 the one thing we didn't talk about, which is already in

22 evidence, is did Hamas at some point in time release a video

23 of these two terrorist prior to the attack?

24 A    Indeed, the Hamas released a videotape of these two

25 terrorists who perpetrated the terror attack.

1    Q    And, the video, was it made prior to the attack by Hamas?

2    A    Yes.

3    Q    And can you give us a time perspective; when was the

4    video released of these two terrorists after the attack?

5    A    This videotape was released by Hamas a year after the

6    terror attack.

7              MR. TURNER:  May we display 3811, which is already

8    in evidence.  This is the ISA report.  This will be pertaining

9    to a section pertaining to Mike's Place.

10   Q    Did the ISA, the Israeli Security Agency, report that was

11   ultimately issued about the Mike's Place attack, identify the

12   same two suicide bombers as you were able to identify them?

13   A    Yes, they were identified by the ISA report.

14   Q    In addition to the ISA report, were you given access to

15   other government agency reports and announcements that further

16   clarified that Hamas was, in fact, responsible for this

17   attack?

18   A    Yes, there were.

19   Q    As part of the other sources of information, did you at

20   any point in time have access to Hamas-created memorials of

21   this particular attack, glorifying the terrorists?

22   A    Yes, I did have access to the posters or what we've seen

23   here, which was the beginning of a videotape.

24   Q    Did that further help you cross-check your sources of

25   information for accuracy?

Shaked - Direct - Turner                    1210

1   A    Yes, it did.

2   Q    Did you have an opportunity to investigate the Bus 6

3   bombing in Jerusalem, at a place called French Hill that

4   occurred May 18th, 2003?

5   A    Yes, I examined this terror attack, too.

6   Q    Now, the jury has already had an opportunity to see the

7   videotaped deposition of Mr. Averbach, at the first of the

8   trial; and I realize you were not here, but were you able to,

9   as part of your investigation, identify who the suicide bomber

10  was in this particular attack?

11  A    Yes.

12         MR. TURNER:  May we display the slide for Bus 6

13  bombing?

14         THE COURT:  You may.

15  Q    Who was the suicide bomber that blew up Bus 6?

16  A    At the bottom part of the slide, you can see the picture

17  of Basem Takruri, a very young man, perhaps, 19 or 20, or even

18  younger than that.  He blew himself up on Bus 6 on French

19  Hill.

20  Q    Were you able to determine whether he was acting alone or

21  acting for Hamas?

22  A    He acted on behalf of Hamas.  If I may tell you, this

23  young man wore the clothes of a religious Jewish man.  He wore

24  a yamika, a skull cap, and a black coat to camouflage his

25  identity, and he did this because Hamas demanded him and

NICOLE CANALES, CSR, RPR

Shaked - Direct - Turner                    1211

1    requested him to do this.  So he did this for Hamas, and he

2    saw himself as a member of Hamas.

3              MR. TURNER:  Show the witness 3830, please.

4    Q    Do you recognize 3838?

5    A    Yes, I do.

6    Q    What is 3838?

7    A    This is an official claim of responsibility for the

8    bombing of Bus 6 in Jerusalem that was published by Hamas.

9              MR. TURNER:  We offer 3838.

10             THE COURT:  Need a little nor foundation, please.

11   Q    What is the source of 3838?

12   A    The source for this document is the official Internet

13   website of the Qassam Brigades, the military wing of Hamas.

14             THE COURT:  All right.  The document is admitted

15   over objection.

16             (Plaintiffs' Exhibit 3838  was received in

17   evidence.)

18   Q    In addition to the official claim of responsibility by

19   Hamas for the bombing of Bus 6, did you have access to the

20   Israeli Security Agency report previously marked as 3811,

21   which confirmed your findings with regard to claim of

22   responsibility?

23   A    Yes, I did have the opportunity to examine official

24   documents.

25             MR. TURNER:  May we briefly display the portion of

Shaked - Direct - Turner                    1212

1    the ISA report pertaining to this attack?

2              THE COURT:  You may.

3    Q    Did the Israeli Security Agency report help you confirm

4    both the identity of the suicide bomber and Hamas' role in

5    this attack?

6    A    Yes, it was with the help of this report that I could

7    cross-check the information that I had.

8    Q    Did you also have access to other government agency

9    information, such as Prime Minister releases of the ISA

10   report, relating to this particular attack?

11   A    Yes, I did.

12             MR. TURNER:  Would you show the witness 3852,

13   please.

14   Q    Can you identify 3852, sir?

15   A    Yes.

16   Q    What is 3852?

17   A    Yes, this is the sentencing that was given against Omar

18   Sharif, member of Hamas, who fitted the belt and dispatched

19   the suicide bomber who perpetrated the attack on busses.

20             MR. TURNER:  Your Honor, we offer 3852 as Apostilled

21   or certified.

22             THE COURT:  It is received over objection.

23             (Plaintiffs' Exhibit 3852  was received in

24   evidence.)

25   Q    Did you -- in addition to these other sources of

Shaked - Direct - Turner                                    1213

1  information we've talked about, did you at some point in time

2  come into possession of a will, a video will, of one of the

3  perpetrators of this attack?

4  A    Yes, I did have access to the long will of the suicide

5  bomber.

6  Q    And what was the source of the video will of the suicide

7  bomber?

8  A    The will was published by the Qassam Brigades, the

9  military wing of a Hamas, after the execution of the attack by

10 Basem Takruri.

11 Q    Did this will, and particularly the words of the suicide

12 bomber himself, help assist you in identifying Hamas as the

13 responsible organization for this attack?

14 A    Indeed, these words helped me.  In particular, the

15 personal words uttered by the terrorists who said I, the

16 living, Shaheed, operate on behalf of Hamas organization in

17 the execution of this attack.

18          MR. TURNER:  Your Honor, we would offer 3863 into

19 evidence and ask that we show the video.

20          THE COURT:  All right.  That is received over

21 objection.

22          (Plaintiffs' Exhibit 3863  was received in

23 evidence.)

24          MR. TURNER:  May we have the lights?

25              (Video played for the jury.)

NICOLE CANALES, CSR, RPR

Shaked - Direct - Turner                              1214

1          THE COURT:  Can you pause it a minute.

2          Do you need more?

3          MR. TURNER:  Pardon?

4          THE COURT:  Do you need more?

5          MR. TURNER:  No, sir.

6          THE COURT:  Please continue.

7          MR. TURNER:  There's not much more of it.  That's

8     fine.  Could we have the lights?

9     Q    And, finally, as sources of information for the Bus 6

10    suicide bombing on French Hill, did you have access to

11    memorializations, glorifying this particular terrorist that

12    were published by Hamas after the attack?

13    A    Yes, I did receive such materials.

14          MR. TURNER:  Your Honor, we would also offer into

15    evidence 3853, which is the conviction record of Basel

16    Qawasmeh, and it's Exhibit 3853.  It's Apostilled.

17          MR. INGERMAN:  Your Honor, this is one of the ones I

18    think Mr. Osen and I spoke about; they were not going to offer

19    it because it was not in the expert's report.

20          MR. TURNER:  We're not offering it through the

21    witness, I'm just offering the Apostille conviction of Basel

22    Qawasmeh into evidence as a certified copy of the conviction

23    record.

24          THE COURT:  Okay.  Let's have a sidebar, please.

25          (Sidebar held outside the presence of the jury.)

Sidebar                                                        1215

1                    (Sidebar.)

2          THE COURT:  Is it not on a particular exhibit list?

3          MR. INGERMAN:  No, it's on the exhibit list, but it

4    wasn't in the expert's report.

5          THE COURT:  What if they finish this expert, and

6    then offered it not through the expert?  It's an Apostille

7    document.

8          MR. INGERMAN:  I think it's got to come in through a

9    witness.

10         THE COURT:  No, it's self-authenticating.  It

11   doesn't.

12         MR. INGERMAN:  We would object to it.

13         THE COURT:  Overrule the objection.

14                    (Sidebar concluded.)

15

16

17

18

19

20

21

22

23

24

25

1          (In presence of the jury.)

2          THE COURT:  All right.  That document is received.

3          Continue.

4          (Plaintiffs' Exhibit 3853  was received in

5    evidence.)

6    Q    Mr. Shaked, have you also had the opportunity to

7    investigate the Bus 14A bombing, the suicide bombing that

8    occurred in Jerusalem on Jaffa Road, on June 11, 2003?

9    A    Yes.

10   Q    Were you able to identify the suicide bomber in this

11   attack?

12   A    Yes, I did identify him.

13          MR. TURNER:  May we display the slide?

14          THE COURT:  Yes.

15   Q    Who was the suicide bomber that carried out the attack on

16   Bus 14A, resulting in 17 deaths and 100-plus injuries?

17   A    At the bottom of the slide, you see the picture of Abd el

18   Muati Shabana.  He was a Hamas operative.  He committed the

19   bombing at the bus and committed suicide in it.  You can also

20   identify him by the green bandana he's wearing on his head.

21   Q    Were you able to determine whether Shabana acted alone or

22   whether Shabana was acting for Hamas in carrying out this

23   suicide attack?

24   A    Shabana was member of Hamas, a member of Hamas, and he

25   committed this act in the name of Hamas, on behalf of Hamas,

Shaked - Direct - Turner                    1217

1    in the name of Hamas.

2              MR. TURNER:  Show the witness 3866, please.

3    Q    Can you identify 3866?

4    A    Yes, I can identify this document.

5    Q    What is 3866?

6    A    This is a document by the al-Qassam Brigades from the

7    website of Hamas, in which they claim responsibility for the

8    line 14 bombing and tell the story of the suicide bomber.

9              MR. TURNER:  We would offer 3866.

10             THE COURT:  All right.  That's received over

11   objection.

12             (Plaintiffs' Exhibit 3866  was received in

13   evidence.)

14             MR. TURNER:  May we display 3866 very briefly?

15             THE COURT:  You may.

16   Q    Mr. Shaked, when the exhibit comes onto the scene, can

17   you identify for us whether or not the suicide bomber

18   photographed in the Hamas official claim of responsibility is

19   the same individual you identified as the suicide bomber of

20   Bus 14A in Jerusalem?

21   A    Yes, indeed, this is the same picture of Abd el Muati

22   Shabana.

23   Q    Did you, likewise, have access to the Israeli Security

24   Agency report from the investigation of this particular

25   attack, which has been previously marked as 3811?

NICOLE CANALES, CSR, RPR

Shaked - Direct - Turner                    1218

1   A     Yes, I had access to the accident report.

2           MR. TURNER:  May we briefly display the section of

3   the ISA report relating to the Bus 14A bombing?

4           THE COURT:  Yes.

5   Q     Did the ISA report identify the same suicide bomber?

6   A     Yes, indeed, it identified the same suicide bomber,

7   Abd el-Muati Shabana.

8           MR. TURNER:  Go back to the original slide, if you

9   will, slide of the attack.

10  Q     The center photograph on the slide, once it pops up, will

11  be of Basel al-Qawasmeh.  We previously marked as and

12  introduced 3853, which was the conviction record of Basel

13  al-Qawasmeh.  Is that the same Basel al-Qawasmeh that

14  participated in this attack as well?

15  A     Yes, the Basel al-Qawasmeh that we see -- whose picture

16  we see in the middle of the slide, with the white head (sic)

17  on his head, is the same Basel al-Qawasmeh who committed the

18  attack and commanded it.

19          MR. TURNER:  Show the witness 3881, please.

20  Q     Can you identify 3881?

21          MR. TURNER:  That's not 3881.  Exhibit 3881.

22  Q     Can you identify 3881?

23  A     Yes, I can.

24  Q     What is 3881?

25  A     Yes, this is the sentencing of Omar Mohammed Sharif, the

NICOLE CANALES, CSR, RPR

Shaked - Direct - Turner                    1219

1   man who fitted the explosive belt on the body of the suicide

2   bomber and dispatched him to bomb Bus Number 14.

3          MR. TURNER:  We offer 3881 as Apostilled version or

4   certified version of the conviction records for Omar Sharif.

5          THE COURT:  That's received over objection.

6          (Plaintiffs' Exhibit 3881  was received in

7   evidence.)

8   Q    In addition to these other sources of information, did

9   you have an opportunity to locate a will for the suicide

10  bomber in your research?

11  A    Yes.

12  Q    And did you, likewise, have access to any memorialization

13  prepared by Hamas glorifying the suicide bomber for this

14  attack?

15  A    Yes, Hamas did several memorializations for the glory of

16  this attack.

17  Q    Did you also have an opportunity to investigate another

18  shooting attack on Route 60 that occurred on June 20, 2003?

19  A    Yes, I did investigate that.

20  Q    Were you able to determine whether or not Hamas was

21  responsible for this second attack on Route 60?

22  A    Yes, I determined that it was a terrorist from Hamas who

23  perpetrated the shooting on Route 60.

24          MR. TURNER:  May we display the side related to this

25  attack?

NICOLE CANALES, CSR, RPR

1        THE COURT:  Yes.

2   Q    Were you able to identify some of the key individuals

3   involved in this attack through your investigation?

4   A    Yes, I did.

5   Q    Now, there's a group of five individuals across the

6   bottom.  Can you very briefly tell us about this particular

7   attack and the role of these five individuals in the attack?

8   A    This is a group, a squad, of shooters.  They had divided

9   roles between them.  In the center of the picture we see two

10  shooters, Back med al Najab (phonetic/Hebrew) and

11  Faha Sual (phonetic/Hebrew).  The driver was Ahmed Mohammed.

12  He's on the right-hand side on the photograph.  And Yasser

13  Hamed, on the right-hand side, was a lookout and recognizance

14  man.  The commander of this attack was Hide Oma

15  (phonetic/Hebrew), on the left-hand side of the picture.

16  Q    And at the very top, Ibrahim Hamed, we've seen him in a

17  number of the attacks in the last day or so.  What role did

18  Ibrahim Hamed play in this particular Hamas attack?

19  A    Ibrahim Hamed was the commander of Hamas, of -- rather

20  the military wing of Hamas in Ramallah, and he had both to

21  authorize this action and also to give the instruction to

22  execute it.

23        MR. TURNER:  Show the witness 3744, please.

24  Q    Can you identify 3744?

25  A    Yes, I can.

Shaked - Direct - Turner                1221

1          MR. TURNER:  I believe this may already be in

2     evidence, your Honor.

3          THE COURT:  It is, but you were going to unredact

4     the top two lines.

5          MR. TURNER:  Say that again.  I apologize.

6          THE COURT:  You have part of it blacked out above

7     the picture, and I thought we had agreed you were going to

8     submit it, as the defense requested, without those lines in

9     it.

10         MR. TURNER:  That's no problem.  We have no

11    objection to doing that.  We're not going to display it.  I'm

12    just showing this as part of the source of the information he

13    relied on.

14         THE COURT:  That's fine.

15    Q    What is 3744, Mr. Shaked, and how did that help you

16    identify Hamas as responsible for this particular shooting

17    attack?

18    A    This was taken from the official website of Hamas, from

19    their public diplomacy department.  It tells the story of the

20    squad, as Hamas tells it, according to the Hamas narrative,

21    and this was published after the members of the squad were

22    arrested.  And this story, this narrative, as it appeared on

23    the website did help me in checking and making -- very fine

24    (sic) who exited the shooting on Route 60.

25         MR. TURNER:  Your Honor, we would offer into

NICOLE CANALES, CSR, RPR

Shaked - Direct - Turner                     1222

1  evidence the following conviction records for four of these

2  individuals, relating to the Route 60 attack on June 20, 2003,

3  Exhibit 4007 of the Hijaz, H-i-j-a-z; 4008, the conviction

4  records of Omar, Route 60 attack; 4009, the conviction records

5  of Hamed, and 4010 Khaled.  The conviction records, all

6  Apolstilled, were certified.

7              THE COURT:  They are received over objection.

8              (Plaintiffs' Exhibit 4007, 4008, 4009, 4010  were

9  received in evidence.)

10  Q    Did you, likewise, have an opportunity to investigate the

11  Bus 2 suicide bombing that occurred in Jerusalem on

12  August 19, 2003?

13  A    Yes, I did.

14              MR. TURNER:  May we display the side?

15              THE COURT:  Yes.

16  Q    Were you able to determine the name or identity of the

17  suicide bomber of Bus 2 that resulted in 23 deaths and a

18  hundred thirty-plus injuries?

19  A    Yes.

20  Q    And before we talk about each of these participants and

21  their role in this attack, can you describe for us the

22  significance of bomb -- of Bus 2 and the route of Bus 2 in

23  Jerusalem at the time of this particular attack?

24  A    Bus Line Number 2 is mostly intended to serve the

25  religious population in Jerusalem.  The aim of this particular

Shaked - Direct - Turner                     1223

1   bus line is to transport people from the Wailing Wall.  This

2   is the holy place for the Jewish people that is located right

3   next to the temple, as it is seen, according to the tradition.

4   And, from there, to transport these people to their homes, in

5   a relatively not so well-to-do neighborhood of religious

6   people in Jerusalem.  It is a very large bus, carrying people,

7   men, woman and children, who go back to their homes from the

8   evening prayer at the Wailing Wall.

9   Q    What did your investigation reveal about Raed Misk, the

10  suicide bomber?

11  A    Raed Misk is a very, very special type of suicide bomber.

12  He was extremely educated.  He was at the very last stages of

13  writing his Ph.D. dissertation at the University of Nablus.

14  After finishing graduating his academic studies, he did his

15  BA/MA at the University of Hebron.  He was a married man.  He

16  had young children.  However, he was extremely religious.  You

17  might even call him fundamentalist.  And he was prepared to

18  carry out the attack in a way that is very hard to describe.

19  He did it with great joy, almost elated.  He was so happy to

20  carry out the murder of people.

21  Q    Now, as part of your investigation, did you have access

22  to video will that was prepared as part of Hamas and

23  distributed by Hamas of Raed Misk?

24           MR. INGERMAN:  Objection, your Honor.

25           MR. TURNER:  It's in evidence, your Honor, as 3912.

NICOLE CANALES, CSR, RPR

Shaked - Direct - Turner                    1224

1          THE COURT:  Well, the objection, I assume, is to the

2    question.  I'm not seeing what's wrong with the question.  Did

3    he have access to it?

4          MR. INGERMAN:  Its leading.

5          THE COURT:  It's preliminary.  Overruled.

6          THE WITNESS:  Yes, I did have access to this will.

7          MR. TURNER:  Your Honor, at this point, we'd like to

8    show a clip of 3912.  Its different than the clip previously

9    seen, and this goes directly to the part that Mr. Shaked was

10   referencing.

11         THE COURT:  All right.  You may proceed.

12         MR. TURNER:  May we have the lights?

13         THE COURT:  Yes.

14         MR. TURNER:  This is clip two of Exhibit 39.

15              (Video played for the jury.)

16         MR. TURNER:  Can you stop the video for a moment and

17   let me ask a question.

18   Q    Does the headband have any significance, Mr. Shaked, for

19   purposes of relating this gentleman, this terrorist, to Hamas?

20   A    Indeed so.  In the Palestinian society, there are signs

21   and there are symbols for every organization.  This is not a

22   monolithic society, so Hamas or the military wing of Hamas

23   would wear on their heads green headband.  If it was the

24   Fatah, that would be a yellow headband.  If it is the PIJ,

25   Palestinian Islamist Jihad, they would be wearing a black

Shaked - Direct - Turner                 1225

1  bandana.  In the Popular Front for the Liberation of

2  Palestine, which is the more Marxist organization, would wear

3  a red headband.  In other words, the headband is the symbol

4  that identifies and links the individual to the organization

5  he belongs to.

6            MR. TURNER:  Okay.  Mr. Miller.

7            (Video played for the jury.)

8            MR. TURNER:  That's sufficient.  Could we have the

9  lights.

10 Q    Did that video assist you in connecting the relationship

11 between the terrorists and Hamas?

12 A    Yes.

13 Q    Did your investigation reveal how the terrorist was

14 disguised as he climbed aboard Bus 2 in Jerusalem?

15 A    Yes.

16 Q    How was he disguised?

17 A    Yes.  In order to match the appearance of other people

18 who would board this bus, he made himself look like a

19 religious man.  He had black skull cap like the other

20 residents of the neighborhood who mounted that bus.  They

21 would all have such on their heads.  He was wearing a black

22 coat.  And because he was a heavy man, he could conceal

23 underneath his black coat the explosive belt.  When he boarded

24 the bus, everyone thought that that was yet another resident

25 of the neighborhood, another passenger.  It was late at night,

Shaked - Direct - Turner                    1226

1   so it was easy for him to disguise himself.

2          MR. TURNER:  Show the witness 3952, please.

3   Q    Do you recognize 3952?

4   A    I do.

5   Q    What is 3952.

6   A    This is an official claim of responsibility by Hamas

7   organization, or the military wing of Hamas organization, for

8   the perpetration of the attack on Bus Number 2 in Jerusalem by

9   the suicide bomber Rael Misk.

10  Q    What is the source of 3952?

11  A    The source is the official website of Hamas, the military

12  wing of Hamas.

13         MR. TURNER:  We offer 3952 into evidence.

14         THE COURT:  I thought this already came in through

15  Coleman.  Am I wrong?

16         MR. TURNER:  Did I do this earlier?

17         THE COURT:  Not you.  I thought it came in through

18  Coleman.

19         MR. TURNER:  My note doesn't show that.  If it's

20  already in evidence, that's fine.

21         THE COURT:  If it's not, I'll admit it over

22  objection, but I think it's already in.

23         (Plaintiffs' Exhibit 3952  was received in

24  evidence.)

25  Q    Now, in addition to the claim of responsibility, the

Shaked - Direct - Turner                    1227

1   official claim of responsibility by Hamas, did you also have

2   access to Exhibit 1248, which is in evidence, which is a

3   United States Government designation of terrorism that

4   specifically references the Bus 2 bombing in Jerusalem.

5   A    Yes, indeed, this designation was published in the

6   Israeli media, in a very prominent way.

7   Q    How did this particular piece of evidence assist you in

8   not only investigating this bombing but identifying Hamas as

9   one of the -- as the terror group responsible for this attack?

10  A    This piece of evidence is but one piece of a whole

11  picture of many details that I collected.  All together they

12  form the picture which led me to the conclusion that, indeed,

13  Hamas was behind this terror attack.

14  Q    Did you also have access to conviction records of four of

15  the individuals on the slide we were previously looking at?

16  A    Yes.

17        MR. TURNER:  Your Honor, we would offer into

18  evidence the Apostille or certified versions of 3947, which is

19  Nisim Zatari; 3944, the conviction of Majdi Zatari; 3946, the

20  conviction records of Abdallah Sharif Barghouti; and 3945,

21  which are the conviction records of Jalil Ynghmur,

22  Y-n-g-h-m-u-r.

23        THE COURT:  Those are received over objection.

24        (Plaintiffs' Exhibit 3947, 3944, 3946, 3945  were

25  received in evidence.)

NICOLE CANALES, CSR, RPR

Shaked - Direct - Turner                    1228

1  Q    Did those conviction records further inform you about

2  Hamas' role in this attack?

3  A    Yes, this piece of information helped me cross-check the

4  information I had.

5  Q    Did you also have the opportunity to investigate the

6  suicide bombing at a place called Cafe Hillel, in Jerusalem,

7  that occurred September 9, 2003?

8  A    Yes, I did investigate this attack.

9           MR. TURNER:  May we display the slide?

10          THE COURT:  Yes.

11 Q    Were you able to determine the identity of the suicide

12 bomber who carried out the attack on Cafe Hillel, in 2003?

13 A    Yes.

14 Q    Were you able to determine whether he acted alone or

15 whether he was acting for and on behalf of Hamas in carrying

16 out this terrorist attack?

17 A    Ramed abu Saleem (phonetic/Hebrew) was the terrorist of

18 Hamas, a member of Hamas who operated on behalf of Hamas, in

19 the framework of the cell of Hamas, and on behalf of Hamas

20 perpetrated this attack.

21 Q    By way of background, can you tell us what was, back in

22 2003, Cafe Hillel in Jerusalem, and where was it generally

23 located?

24 A    Cafe Hillel is located in a southern neighborhood in

25 Jerusalem, in the German colony.  It is some sort of a yuppie

Shaked - Direct - Turner                    1229

1   neighborhood, where many traditional and young academics live.

2   This neighborhood has many cafes, and in the evenings, many

3   young people and many families attend those cafes, like in any

4   other place.  This specific cafe became very popular even

5   before the attack.  It was very popular among academics and

6   very young people.

7   Q    How far was Cafe Hillel from your office in 2003?

8   A    Two or two-and-a half kilometers away.

9   Q    Did you go to the scene of this attack on the night of

10  the attack?

11  A    Yes, I was in my home, and I rushed over there while

12  still in my slippers.

13  Q    Can you give us an idea of approximately how long it took

14  you to get to the scene after the attack occurred?

15  A    Not more than 15 to 20 minutes, I believe.

16  Q    Were you able to determine who prepared the bomb for this

17  attack?

18  A    Yes.

19  Q    Who prepared the bomb?

20  A    This man is called Baheesh Balel (phonetic), Hamas

21  operative, and he was the man who built the bomb.

22  Q    At some point in time, did you actually have the

23  opportunity to sit down and interview the bomb-maker?

24  A    Yes, I did have this opportunity, and I interviewed him.

25  Q    And during the course of that interview, did you have the

NICOLE CANALES, CSR, RPR

Shaked - Direct - Turner                    1230

1   opportunity to talk with him about this particular attack in

2   Cafe Hillel and how he made the bomb?

3   A    Yes, we did talk about the terror attack in Cafe Hillel

4   and the way he built the bomb.

5   Q    Did you videotape the interview?

6   A    Yes, I did.

7        MR. TURNER:  Show the witness 3993, if you would.

8   Q    Can you identify 3993, please?

9   A    Yes, I can identify it.

10  Q    What is 3993?

11  A    Yes, this is a document of the Qassam Brigades, the

12  military wing of Hamas, taking responsibility for the Cafe

13  Hillel bombing.  And in addition to another attack that

14  happened at the same time, but for our matter, Cafe Hillel is

15  what is important.

16  Q    What is the source of 3993?

17  A    The official website of al-Qassam Brigades, the military

18  wing of Hamas.

19       MR. TURNER:  Offer 3993.

20       THE COURT:  That's received over objection.

21   (Plaintiffs' Exhibit 3993 was received in evidence.)

22  Q    Now, as part of following-up and cross-checking your

23  investigation, did you have access to the ISA report,

24  reporting on the investigation findings of the Israeli

25  Security Agency regarding the Cafe Hillel terrorist attack?

NICOLE CANALES, CSR, RPR

Shaked - Direct - Turner                    1231

1    A    Yes, I did check ISA reports regarding the Cafe Hillel.

2              MR. TURNER:  May we display 3811, which is already

3    in evidence?

4              THE COURT:  Yes.

5    Q    Did the ISA report assist you in identifying the suicide

6    bomber and some of the participants from Hamas in this attack?

7    A    Yes, indeed, it happened.

8    Q    Did you, likewise, have access to other government

9    records, such as the Prime Minister's records, relating to

10   this particular Cafe Hillel attack?

11   A    Yes, I did.

12   Q    Did those, likewise, confirm your conclusions?

13   A    Every piece of such information is part of the general

14   picture, which later generates my conclusions.

15   Q    Did you also have access to conviction records for some

16   of the participants in this attack?

17   A    Yes.

18             MR. TURNER:  We offer into evidence 3742 and 3987,

19   which are conviction records for Salah Musa, both Apostilled.

20       (Plaintiffs' Exhibits 3742 and 3987 were received in

21                          evidence.)

22             THE COURT:  They are received over objection.

23   Q    Did you also have access to a will prepared by the

24   suicide bomber that was shown through Al Jazerra?

25   A    Yes, I did.

NICOLE CANALES, CSR, RPR

Shaked - Direct - Turner                    1232

1  Q    Did you have access to any memorializations prepared by
2  Hamas, glorifying the suicide bomber and attack on Cafe
3  Hillel?
4  A    Yes, there were many.
5  Q    Did you also have the opportunity to investigate a
6  shooting attack at a place called Tal Romeda, in October of
7  2003, near Hebron?
8  A    Yes, I had this opportunity.
9  Q    Were you able to identify the shooter in this particular
10 attack?
11 A    Yes, I did.
12         MR. TURNER:  May we display the slide for the Tal
13 Romeda?
14         THE COURT:  You may.
15 Q    Who was the shooter?
16 A    The shooter is a resident of Hebron, a member of Hamas,
17 Rifiq Aqanibi.
18 Q    During the course of your investigation, were you able to
19 determine whether Aqanibi acted by himself or whether he was
20 acting for Hamas in carrying out this attack?
21 A    According to my investigation, Rifiq Aqanibi acted on
22 behalf of Hamas, as member of Hamas and for Hamas.
23 Q    Tell us a little bit about the background of Tal Romeda,
24 where that is, and what is Tal Romeda?
25 A    Tal Romeda is a Jewish settlement in the city of Hebron,

NICOLE CANALES, CSR, RPR

Shaked - Direct - Turner                    1233

1   not far from an area that is populated by Palestinians.  This

2   is an area very accessible.  It's easy to get to it.  Normally

3   it is secured by the military, and there are several dozens of

4   families that live in it.

5   Q    What did your investigation reveal about Aqanibi?

6   A    My investigation Aqanibi found that he perpetrated the

7   attack as a member of Hamas, and I'm basing this on the data

8   that I collected, Hamas proclamations, other announcements and

9   the no-how that I have in identifying such people.

10            MR. TURNER:  Can you show the witness 4030, please?

11  Q    Mr. Shaked, can you identify 4030?

12  A    Yes, I can.

13  Q    What is 4030?

14  A    Yes, this is an official announcement by al-Qassam

15  Brigades, claiming responsibility for the Tal Romeda attack.

16  In addition, this report includes details about the suicide

17  bomber, including his will and personal details about him.

18  Q    What is the source of 4030?

19  A    This is from the official site, website, of al-Qassam

20  Brigades, the military wing of Hamas.

21            MR. TURNER:  We offer 4030.

22            THE COURT:  I think I ruled it should be redacted.

23            MR. TURNER:  I think there's portions of it

24  redacted.  We're not going to show the document.  We're just

25  offering it now, subject to your redactions.

NICOLE CANALES, CSR, RPR

Shaked - Direct - Turner                                    1234

1       THE COURT:  But you will redact it as previously

2  discussed?

3       MR. TURNER:  Yes.

4       THE COURT:  It's admitted over objection.

5       (Plaintiffs' Exhibit 4030  was received in

6  evidence.)

7  Q    Were you at the scene of this particular attack?

8  A    No, I wasn't in this scene.

9  Q    And have you seen video of this scene?

10 A    Yes, I did.

11      MR. TURNER:  Can you show the witness 4017, please,

12 just the very first part of the news clip?

13 Q    Do you recognize this video as a video that you've seen

14 previously?

15 A    Yes.

16 Q    And can you very generally describe for us what this

17 video shows?

18      MR. INGERMAN:  Your Honor, may we approach?

19      THE COURT:  Yes.

20      (Sidebar held outside the presence of the jury.)

21

22

23

24

25

NICOLE CANALES, CSR, RPR

Sidebar                                                    1235

1                          (Sidebar.)

2           MR. INGERMAN:  Your Honor, my notes from your

3    overruling our objection to this video indicate that you had

4    admitted it, because there was a proffer from the plaintiffs

5    that Mr. Shaked was there and, therefore, can authenticate the

6    video.

7           THE COURT:  That's my recollection.

8           MR. TURNER:  That's coming.  He said he wasn't there

9    at the night of the attack, he was there subsequently.

10          THE COURT:  Let's let it get developed.

11                     (Sidebar concluded.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Shaked - Direct - Turner                           1236

1              (In the presence of the jury.)

2              MR. TURNER:  May I proceed?

3              THE COURT:  You may.

4    Q    Do you recognize the video?

5    A    Yes, I can only see the beginning.

6              MR. TURNER:  Can we show him just a little clip of

7    it, him only, with no voice, no noise?

8              THE WITNESS:  Yes, I recognize it.

9    Q    I couldn't hear you.  I'm sorry.

10   A    Yes, I recognize it.

11   Q    Very generally describe for us what this video relates

12   to.  Don't get into details.  Just very generally what are you

13   seeing on this videotape?

14   A    This shows the impact of shooting on a car, and at the

15   end of the video, we also see a terrorist with a green bandana

16   of Hamas on his head and an AKA-40A (sic) rifle.

17   Q    Have you ever been to the scene of this attack?

18   A    Many times.

19   Q    When?  When was the -- let me ask the question this way.

20   Were you at the scene of this attack on the day of the attack?

21   A    No, I wasn't.

22   Q    When were you at the scene of the attack after the

23   attack?

24   A    About a week later and then several more times.

25   Q    Now, from what you see on this video, can you personally

Shaked - Direct - Turner                    1237

1   identify the scene of this attack?

2   A    Yes, I can identify the street or the alley, which is

3   adjacent to Tal Romeda.

4   Q    Can you identify Yashef (phonetic) news for us?

5   A    Yes, I know this news agency.

6   Q    What is that news agency?

7   A    Yes, this is a news agency that belongs to the settlers

8   in Samaria.  It covers security events in the West Bank.

9   Q    Given your investigation of this particular attack,

10  including the fact that you've been to the scene and that you

11  know this particular alleyway, can you identify with accuracy

12  that the person on the videotape is the suicide bomber on --

13  suicide shooter you had previously identified on your slide?

14  A    I was not at the scene, at the time, but I can evaluate

15  through the video that this is the same man who committed the

16  attack.

17           MR. TURNER:  May we show this brief clip?

18           THE COURT:  No.

19  Q    Have you, likewise, seen memorializations by -- published

20  by Hamas, glorifying this suicide shooting?

21  A    Yes, I did.

22  Q    And did that help inform your ultimate conclusions about

23  Hamas' role in this particular attack?

24  A    Yes, it assisted me in reaching this conclusion.

25  Q    Have you likewise had the opportunity to investigate the

Shaked - Direct - Turner                    1238

1   Bus 19 suicide bombing that occurred in Jerusalem, in January

2   of 2004.

3   A    Yes, I did.

4           MR. TURNER:  May we display the slide?

5           THE WITNESS:  It was in January 2004.

6           MR. TURNER:  May we display the slide?

7           THE COURT:  Yes.

8   Q    Were you able to identify the suicide bomber in the Bus

9   19 attack?

10  A    Yes, I did identify him.

11  Q    And were you able to determine whether or not the suicide

12  bomber acted alone, or whether the suicide bomber was acting

13  by or on behalf of Hamas?

14  A    This terrorist did not act alone, and, in this case, he

15  was not only acting on behalf of Hamas, but also on behalf of

16  the al-Qassam Brigades that belong to Fatah.

17  Q    On your slide, you've got a division, on the left-hand

18  side with the green, Hamas' role, and on the right-hand side,

19  al-Aqsa Martyrs Brigade (AAMB) role.

20          Can you explain to us when you found about Hamas'

21  role in this particular attack.

22  A    With your permission, I would like to explain something.

23  I will begin with the suicide bomber.  He volunteered to

24  Hamas, asked to be part of Hamas.  He prepared for that

25  bombing within the Hamas organization, including preparing a

NICOLE CANALES, CSR, RPR

Shaked - Direct - Turner                    1239

1    video will, which he had read, including fitting him with an

2    explosive vest, and then he was transferred to the Israel

3    territory, but he was stopped at the roadblock.  The two

4    people in the left-hand side of the slide are members of

5    Hamas, Nufal Adawin and Muhammad Nashash.  Nashash was the one

6    who prepared the explosive belt, and Adawin prepared the

7    suicide bomber toward this Hamas attack, which, as I

8    explained, was not -- the end was not carried out.  He was

9    stopped at the very last moment, when he was already with the

10   explosive belt on his body.

11   Q    So did the bombing not occur?

12   A    This terror attack, as it was planned by Hamas, was not

13   carried out.

14   Q    So there was no bombing that occurred?

15   A    There was a bombing, but it was carried out by another

16   organization.

17   Q    Is that the al-Aqsa Martyrs Brigade shown on the other

18   slide?

19   A    Yes, it was carried out by al-Aqsa Martyrs Brigade

20   people.

21   Q    Now, explain how these two organizations, given your

22   investigation, how this suicide bombing was carried out?

23   A    I would like to first of all emphasize that this is not a

24   joint venture of those two organizations.  It's only a shared

25   claim of responsibility.  Because after the planning of the

NICOLE CANALES, CSR, RPR

Shaked - Direct - Turner                    1240

1   attack and after the fact that it was intercepted for security

2   reasons that I have mentioned earlier, the Fatah people have

3   located this Jaara and saw him as the potential suicide

4   bomber.  It was very, very easy, therefore, to mobilize him

5   for the mission, because he had already undergone the

6   preparations in Hamas.  Ali Jaara was the ripe fruit in the

7   hands of the al-Aqsa Martyr Brigade; therefore, from the

8   minute he was found, and, therefore, later dispatched, they

9   didn't need too much preparation.  They simply found the right

10  moment, they fitted him with explosive belt, transported him

11  to Jerusalem to carry out the attack.

12          This is why I see here a double responsibility, a

13  shared, a joint responsibility, both Fatah, a joint

14  responsibility for this attack, because without this basic

15  important preparation carried out by Hamas, I doubt whether

16  this terror attack would have been executed.  And it was

17  executed because the suicide bomber was already prepared to

18  carry out the attack.  I cannot determine whether he did this

19  with the fate of Hamas in his heart, because he is no longer

20  here; he is elsewhere.

21          The picture we can see, the bottom of the slide, the

22  way he was dressed in the Hamas clothes; behind him there's a

23  Hamas flag, and in his hand, the way I know the picture and

24  the video, he's holding the book of Quran, and the will was

25  written in his name as a member of Hamas.

Shaked - Direct - Turner                    1241

1    Q     Now, were -- the two Hamas operatives shown on your

2    slide, Adawin and Nashash, were they ultimately convicted?

3    A     Yes, they were both convicted by the Israeli court.

4          MR. TURNER:  Your Honor, we would offer 4044 and

5    4045 as the Apostille or certified copies of convictions of

6    Adawin and Nashash.

7          THE COURT:  Received over objection.

8          (Plaintiffs' Exhibit 4044, 4045  was received in

9    evidence.)

10         MR. TURNER:  Show the witness 4049, please.

11   Q     Can you identify 4049?

12   A     Yes, I do.

13   Q     What is 4049?

14   A     This document is the official claim of responsibility by

15   Hamas organization for the bombing of Bus 19 by the suicide

16   bomber Ali Jaara.

17   Q     And what is the source of 4049?

18   A     The source is the official website of Hamas organization,

19   its military wing Qassam Brigade.

20         MR. TURNER:  We offer 4049.

21         THE COURT:  That's received over objection.

22         (Plaintiffs' Exhibit 4049  was received in

23   evidence.)

24   Q     Did you likewise have access to an ISA report, confirming

25   your assessment Hamas did, in fact, play a role in carrying

Shaked - Direct - Turner                    1242

1   out this attack?

2   A    Yes.

3   Q    And did you likewise have access to other government

4   agency records, including from the Ministry of Foreign

5   Affairs, and also the Prime Minister's Office that further

6   confirmed Hamas' role in carrying out this terrorist attack?

7   A    Yes, I did have the opportunity to see these documents

8   that confirmed the part Hamas played in this terrorist attack.

9   Q    Did you likewise have access to a will of Ali Jaara

10  prepared by Hamas prior to this attack?

11  A    Yes.

12  Q    And did you likewise have any access to any

13  memorializations glorifying Ali Jaara, prepared by Hamas, as a

14  result of this attack?

15  A    Yes, indeed, Hamas published various memorialization

16  materials in memory of Ali Jaara, being a member of Hamas.

17          MR. TURNER:  Would you like to take a morning break,

18  or would you like me to move into the 24th attack?

19          THE COURT:  And then you'll ender that?

20          MR. TURNER:  Yes, sir.

21          THE COURT:  Let's go ahead.

22  Q    Did you have an opportunity to investigate the mortar

23  attack on September 24, 2004, at a place called Neve Dekalim?

24  A    Yes, I did investigate it.

25  Q    Now, first of all, tell us where Neve Dekalim is and the

Shaked - Direct - Turner                                    1243

1  significance of that city.

2  A    Neve Dekalim is a settlement in the Gaza Strip.  It is a

3  relatively medium-sized locality that is at the distance of

4  sometimes dozens or hundreds of meters away from Palestinian

5  homes in the Gaza Strip.  This place no longer exists because

6  it was evacuated, by the way.

7           MR. TURNER:  May we display the slide for this

8  attack?

9           THE COURT:  Yes.

10 Q    First of all, can you describe for us -- in the context

11 of your investigation, were you able to identify specifically

12 who, the persons, in other words, that launched the mortars

13 into Neve Dekalim?

14 A    One must remember that this particular terror attack,

15 that firing of mortars, is very different from all the others

16 that we have discussed so far; from the shooting attacks, from

17 laying bombs, and definitely, most certainly, from attacks

18 carried out by suicide bombers.  Such an attack is carried out

19 from a distance.  They launch the mortars, and in most cases

20 we cannot see who exactly launched that fire.  It is hard to

21 determine who, specifically, the names of those people who

22 carried out the attack.  Such details, if at all, can be

23 obtained not in every case by intel operations.

24 Q    Now, in this particular attack, did you have access to

25 any government records relating to the investigation, for

Shaked - Direct - Turner                    1244

1    instance, the ISA report?

2    A    In this case, I have to mention that I did see another

3    report that was published by the Prime Minister's Office.  It

4    was not attached to my report because I only discovered it

5    after completing writing my report.  In this report, they

6    disclose the killing of a terrorist.

7              MR. INGERMAN:  Objection, your Honor.  Move to

8    strike.

9              MR. TURNER:  That's not in evidence.  Let me -- I

10   have to ask the question first.

11             THE COURT:  For the record, the objection is

12   sustained.

13             MR. TURNER:  Explain to him that he can't answer

14   that question.

15   Q    Now, during the course of your investigation, Mr. Shaked,

16   were you able to conclude that Hamas played a role in this

17   particular mortar attack?

18   A    Yes.

19   Q    And what is your conclusion?

20   A    Hamas published his official claim of responsibility for

21   this terror attack carried out in Neve Dekalim.  The claim of

22   responsibility was on the very same day that the terror attack

23   was conducted.

24             MR. TURNER:  Show the witness 4073, please.

25   Q    Can you identify 4073?

NICOLE CANALES, CSR, RPR

Shaked - Direct - Turner                    1245

1    A    Yes, I can recognize it.

2    Q    And what is 4073?

3    A    In the upper part of this slide, you can see the official

4    claim of responsibility made by Hamas organization, stating

5    that it carried out the mortar fire attack on 24th September

6    2004 at 10:50 in the morning, and that was the Friday morning.

7              MR. TURNER:  Okay.  If we can offer that into

8    evidence, 4073.

9              THE COURT:  Need a better foundation.

10   Q    What is the source of 4037, sir?

11   A    The official website of Qassam Brigade, the military wing

12   of Hamas.

13             THE COURT:  That is received over objection.

14             (Plaintiffs' Exhibit 4037  was received in

15   evidence.)

16             MR. TURNER:  May we display 473, the translated

17   investigation?

18             THE COURT:  Yes.

19             MR. TURNER:  If you can blow up the description once

20   it gets up on the screen, please.  That's fine for right now.

21   Q    First of all, Mr. Shaked, do you recognize the logo, the

22   emblem?

23   A    I recognize the logo, yes.

24   Q    And of what organization does that logo or emblem belong?

25   A    This logo belongs to Qassam Brigades, military wing of

Shaked - Direct - Turner                          1246

1   Hamas.

2   Q    The date 9/24/2004, is that the date of the mortar attack

3   at Neve Dekalim?

4   A    Indeed so.

5   Q    Now, are the facts that are described in the first

6   sentence -- specifically the Qassam Brigades claims full

7   responsibility for an operation of firing three 100-millimeter

8   mortar shells in the direction of the Neve Dekalim settlement,

9   at exactly 10:30 a.m. today, is that consistent with what your

10  investigation found, in terms of what transpired?

11  A    Yes, it is consistent with my findings.

12  Q    The sentence -- two sentences down from that, the

13  al-Qassam Brigades have already announced the mortar shells

14  were fired at the aforementioned settlement in proclamation

15  number 107/0409, which was issued at exactly 10:50 on Friday

16  morning, 10th of Shabon 1425, Hitiri 92404.  Did you have

17  access to that proclamation?

18  A    Yes, I did have such access.

19  Q    And did that likewise confirm that Hamas played a role in

20  this particular attack?

21  A    Yes.

22           MR. TURNER:  Could you show the witness 4034,

23  please.

24  Q    Can you identify 4074?

25  A    Yes.

NICOLE CANALES, CSR, RPR

1   Q    What is 4074?

2   A    This is the claim of responsibility for the terror attack

3   carried out at 10:30 on Friday, on the date of

4   September 24th, 2004.

5   Q    What is the source of 4074?

6   A    The official website of Qassam Brigades, the military of

7   Hamas.

8            MR. TURNER:  We offer 4074.

9            THE COURT:  That is received over objection.

10           (Plaintiffs' Exhibit 4074  was received in

11   evidence.)

12   Q    Now, based upon your investigation, did you have anything

13   in terms of conviction or other government records, other than

14   what you've already mentioned, or memorializations for this

15   particular attack available for you to review?

16   A    No, I didn't have any other terms of Hamas.

17   Q    Now, based upon the information that you did have access

18   to, were you able to conclude what with a reasonable degree of

19   probability whether Hamas played a role in the mortar attack

20   at Neve Dekalim?

21   A    We were talking about standard mortar bombs that were put

22   into use right at that time by Hamas.  Hamas was the

23   organization, the only one that smuggled them into the Gaza

24   Strip, and was the only organization to use such bombs.  So

25   this is yet another indication linking Hamas with the attack,

Case 1:04-cv-02799-BMC-PK  Document 1185  Filed 11/07/14  Page 45 of 174 PageID #: 87017

1  along with the official claim of responsibility it issued.

2  Q    As a result of your work on these 24 attacks -- it's

3  been, what, a day and a half almost two days since we began

4  going through all 24 attacks.  Have you had an opportunity to

5  prepare charts that summarized the sources of information that

6  you had access to for each of the 24 attacks?

7  A    Yes, I have.

8           MR. TURNER:  Could you put the first chart in front

9  of the witness?

10 Q    Can you identify these charts?

11 A    Yes, I recognize what I have on my screen.

12 Q    Were you able to put check marks in each of the

13 categories, running from left to right, across the top?

14          MR. TURNER:  You can go ahead and put the check

15 marks in for him.

16          THE WITNESS:  The sources that I have used, yes.

17 Q    And do -- these sources that you have checked off, do

18 they constitute a summary of all the sources you had available

19 for each of the given attacks?

20 A    I do hope that I have used all the sources that were

21 available to me and that I could reach in the period when I

22 wrote the report.

23 Q    You've done this for each of the 24 attacks?

24 A    For each of the attacks.

25          MR. TURNER:  Your Honor, we would like to offer

NICOLE CANALES, CSR, RPR

Shaked - Direct - Turner                    1249

1   these three charts with the check marks, pursuant to Rule

2   1006, as summary charts.

3          THE COURT:  All right.  It's admitted over objection

4   as a summary.

5          (Plaintiffs' Exhibit 1006  was received in

6   evidence.)

7          MR. TURNER:  And one moment, please.

8                  (Pause in proceedings.)

9          MR. TURNER:  The next in line number is 4790.  And

10   may we display this very quickly?

11          THE COURT:  Yes.

12   Q    Display the first page, if you would, with the check

13   marks.  And we have one of these pages for each attack; is

14   that correct, sir.

15   A    That is correct.

16          MR. TURNER:  Your Honor, with that, I pass the

17   witness -- there is one thing that -- I was given a note a

18   while ago.  We offer into evidence as Exhibit 37-E3, and this

19   is from the Kiryat Arba attack, the conviction records for

20   al-Din Misk, which are Apostille.

21          THE COURT:  Those are received over objection.

22          MR. TURNER:  And with that, I pass the witness.

23          THE COURT:  Ladies and gentlemen, let's take our

24   morning break.  Please don't talk about the case amongst

25   yourselves or anyone else.  We will reconvene at 11:30.  See

1    you in just a few minutes.

2                (Outside the presence of the jury.)

3            THE COURT:  The witness may step down, and everyone

4    can sit.

5            One thing I want to raise with the parties, we had

6    talked about sitting on September 9th, and we had agreed that

7    Ms. Clark would approach the jury and see if they had any

8    problems with that.

9            MR. WERBNER:  Was the 5th, wasn't it?

10           THE CLERK:  The 5th.

11           THE COURT:  Friday, I'm sorry.  Juror Number 9 has a

12   problem.  We don't know the nature of the problem.  I'd like

13   the parties' permission to talk to her privately and see if I

14   can persuade her to reschedule whatever she has that day.  Is

15   that okay?

16           MR. WERBNER:  Yes, sir.

17           MR. STEPHENS:  Okay.

18           THE COURT:  Let's see what I can do.

19               (Recess in proceedings.)

20         (Proceedings continued on the following page.)

21

22

23

24

25

PROCEEDINGS                      1251

1    (Honorable Brian M. Cogan takes the bench.)

2         THE COURT:  All right.  Be seated.  What's up?

3         MR. TURNER:  I just have one process issue, I

4    wanted to make sure I understood.  It goes back when

5    Mr. Geisser was here.  I can't remember who was

6    cross-examining, but they were -- began to display things in

7    front of the jury without laying the foundation for them or

8    sharing them.

9         THE COURT:  Okay.  If it's not in evidence, they

10   can't do that, okay?  You can show it to the witness first

11   and then offer it.  And then if accepted, testify about it.

12   Only generic descriptions from the witness as to what the

13   witness is looking at if it's not in evidence.

14        MR. INGERMAN:  I understand.

15        THE COURT:  I spoke to juror number nine, and

16   she's going to rearrange her schedule so she we can sit next

17   Friday.

18        MR. WERBNER:  Can I renew my motion regarding the

19   temperature?  I mean, it's, like, really, really cold.

20        THE COURT:  I will say when I walked in just now,

21   it seemed, to me, quite cold.  But let me ask.  I'll do it.

22   Again, don't be shy if people think it's too cold in here.

23        MR. WERBNER:  I want to note this, one of the

24   jurors has a blanket covering her almost completely.  I've

25   heard -- now they're whimping out now, but I've heard a lot

R. SHAKED - CROSS/MR. INGERMAN                1252

1    of people.

2           THE COURT:  Okay.  We will turn up the temperature

3    somewhat and see if that alleviates it.

4           MR. WERBNER:  Thank you.

5           (Jury is in the courtroom at 11:35 a.m.)

6           THE COURT:  All right.  Be seated, please.

7    Cross-examination.

8           MR. INGERMAN:  Thank you, your Honor.

9    CROSS-EXAMINATION

10   BY MR. INGERMAN:

11   Q    Good morning, Mr. Shaked.

12   A    Good morning.

13   Q    We haven't met before.  My name is Brett Ingerman.  I

14   represent the bank in this case.

15   A    I am --

16   Q    Now, in the last two days we've heard a lot from you

17   about Hamas.  And we can agree that Hamas is a criminal

18   terrorist organization, right?

19   A    Yes.

20   Q    And we can agree that Hamas commits horrible crimes

21   where they maim and kill innocent people; is that right?

22   A    Yes.

23   Q    In fact, it's hard to get our minds around how an

24   terrorist organization commits those acts; is that right?

25   A    Yes.

1  Q    And you understand, do you not, that Hamas is not the

2  defendant that is on trial in this case?

3  A    Yes.

4  Q    Now, you speak English, correct?

5  A    Not at the legal level.

6  Q    Okay.  But you speak some English?

7  A    Yes.

8  Q    And you read some English?

9  A    Yes.

10 Q    And you understand English?

11 A    Yes.

12 Q    But you're more comfortable having an interpreter in

13 court; is that right?

14 A    Yes, and I said why.

15 Q    Now, I want to talk a little bit about your testimony

16 with respect to Hamas not being a secretive organization.

17         Now, you testified, if my notes are correct, that

18 Hamas was not a secret organization, right?

19 A    That is correct.

20 Q    And that everyone knew what the Hamas structure was?

21 A    I didn't say "everyone" I said those who needed to

22 know.

23 Q    Okay.  Who were those that need to know?

24 A    We start with the general public, media people,

25 government people, people who live in a neighborhood where

R. SHAKED - CROSS/MR. INGERMAN                1254

1  there are Hamas people, people who need services from Hamas,

2  or any other contact with Hamas, people who want to join

3  Hamas, et cetera.

4  Q    Would you agree with me, Mr. Shaked, that during the

5  2000 to 2004 time period, that Hamas members -- most Hamas

6  members want to keep their membership secret?

7  A    No, only the people of the military wing of Hamas

8  wanted to keep their identity secret.

9         MR. INGERMAN:  Sean, can we pull up, Mr. Shaked's,

10  deposition page 59, lines 17 to 22.

11  Q    Now, Mr. Shaked, you remember you had your deposition

12  taken in this case, right?

13  A    Yes.

14  Q    And you were asked a number of questions and gave a

15  number of answers under oath, correct?

16  A    Yes.

17  Q    Then you had an opportunity to review the deposition

18  transcript and make any corrections, right?

19  A    Yes.

20         MR. SHAND:  Okay.  Sean, can we put up on the

21  screen page 59 line 17 to 22.  Your Honor, I'd like to

22  display this to the jury as well.

23         THE COURT:  Okay.

24  Q    Now, Mr. Shaked, do you remember being asked the

25  question at line 17:  "In your experience, do most Hamas

R. SHAKED - CROSS/MR. INGERMAN          1255

1    members want to keep their membership secret?"

2             And would you please read the answer for me, and

3    we'll have the translator -- can you read English?

4             THE COURT:  I don't think this is the way to

5    proceed.  I think what you have to do is you have to read

6    him the question and the answer and then say to him, were

7    you asked this question and did you give this answer.

8             MR. INGERMAN:  That's where I was headed with the

9    translation.  Thank you, your Honor.

10   Q   So, Mr. Shaked, you were asked the question:  "In your

11   experience, do most Hamas members want to keep their

12   membership secret?"  And you gave the following answer:  "In

13   the period we're talking about, many of them wanted to keep

14   it a secret, because they were afraid of being arrested."

15            Is that the answer you gave at your deposition?

16   A   Yes, this is what I said.

17   Q   Okay.  Now, the Israel Security Agency puts a lot of

18   money -- strike that.

19            In the 2000 to 2004 time period, the Israel

20   Security Agency put a lot of time and money and effort into

21   trying to stop terrorist attacks in Israel, isn't that

22   right?

23   A   Correct.

24   Q   And it wasn't only the Israel Security Agency that was

25   trying to prevent terrorist attacks during this time period,

1    it was also the Israel defense forces as well, correct?

2    A    Yes.

3    Q    But it was also the Israel Police, correct?

4    A    Correct.

5    Q    And there was a secret police called the Mossad that

6    was trying to prevent terrorist attacks during this time

7    period; is that right?

8    A    That is correct.

9    Q    And all of those organizations within Israel were

10   trying to figure out who the Hamas military members were who

11   were going to be carrying out suicide bombings and other

12   terrorist attacks, correct?

13   A    That's right.

14   Q    And notwithstanding all of these resources as part of

15   Israel government, the Israel government wasn't able to stop

16   any of these 24 attacks that we're here about; is that

17   right?

18   A    Correct.

19   Q    And if the Israel government knew who these Hamas

20   operatives were that were going to carry out these attacks,

21   what would they have done?

22   A    It would thwarted their activity.

23   Q    They would have been arrested?

24   A    Of course.

25   Q    Or they would have been killed?

R. SHAKED - CROSS/MR. INGERMAN          1257

1   A    I can't say that, but they would have stopped them,

2   taken steps against them.

3   Q    Now, during your direct examination you were shown by

4   Mr. Turner a document that was a designation by the United

5   States government of certain terrorists.  Do you recall

6   that?

7   A    Yes.

8   Q    And they were designated on what is known as the OFAC

9   list, right?

10  A    I'm not a legal man.  I know that they were designated

11  in this list without a real understanding the meaning of the

12  designation.

13  Q    You don't understand the meaning of the designation

14  that Mr. Turner showed you during your direct examination?

15  A    Yes, I do.

16  Q    Okay.  And you understand that countries around the

17  world have these lists that are called blacklists where

18  terrorists and other criminals are designated?

19  A    That's right.

20  Q    And it's true, is it not, that not a single person, not

21  a single picture of a single person in any of the slides

22  that you presented to this jury for any of the attacks is

23  designated on any list anywhere in the world?

24  A    I am not familiar with all of those lists, but in the

25  slides, as far as I know, they're not the same people.

R. SHAKED - CROSS/MR. INGERMAN                    1258

1  Q    Now, Mr. Shaked, I want to talk a little bit about your
2  qualifications.
3  A    Yes.
4  Q    I apologize, what is it that you do right now,
5  presently?
6  A    I am a researcher at the Truman Institute, Hebrew
7  University of Jerusalem at the Middle Eastern Desk.
8  Q    When did you start that job?
9  A    In 2012.
10 Q    Okay.  And prior to 2012, you were a newspaper reporter
11 at the newspaper Yediot Ahronot, correct?
12 A    Correct.
13 Q    And you started at Yediot Ahronot in 1982?
14 A    Yes, at the end of 1982.
15 Q    So from 1983 to 2012, your principle employment was
16 being a newspaper reporter; is that correct?
17 A    Yes, that was my principle occupation, but not the only
18 one.
19 Q    You have no professional training in determining which
20 terrorist organization is responsible for committing a
21 particular attack, isn't that true?
22 A    That is correct.
23 Q    And you've never been a prosecutor, correct?
24 A    No.
25 Q    You have no legal training?

R. SHAKED - CROSS/MR. INGERMAN          1259

1    A    No.

2    Q    You're not a lawyer?

3    A    No.

4    Q    You've never been a member of the Israel Police,

5    correct?

6    A    No.

7    Q    And you left the Israel Security Agency in 1982, right?

8    A    Correct.

9    Q    And that was five years before Hamas was even formed,

10   correct?

11   A    Correct.

12   Q    Now, during the time that you were a newspaper reporter

13   at Yediot Ahronot, it's true, is it not, that you were

14   suspended in 1999 for publishing incorrect facts in one of

15   your newspaper articles?

16   A    Yes, that is correct, I was suspended.

17   Q    Now, let's talk a little bit about the methodology by

18   which you arrived at your opinions offered to the jury in

19   this case.

20        The methodology that you use to offer your

21   opinions to the ladies and gentlemen of the jury is very

22   important, is it not?

23   A    Yes.

24   Q    And you developed this methodology that you use all by

25   yourself, right?

R. SHAKED - CROSS/MR. INGERMAN                    1260

1   A    Almost all of it, yes.

2   Q    And you developed it for purposes of these cases, this

3   litigation; is that right?

4   A    Among other things, yes.

5   Q    And you named the methodology the Ronni Shaked

6   Methodology; is that right?

7   A    In the deposition they named it like this, but you can

8   call it anyway you like.

9   Q    You named it that way, didn't you?

10  A    I repeated laughing what the respectable lawyer had

11  said.

12  Q    Okay.  The lawyer asked you, does your methodology have

13  a name, and you called it the Ronni Shaked Methodology,

14  right?

15  A    Yes, but that was when we were talking on both sides

16  and they came from him.  He was the one who wanted to

17  emphasize it.

18  Q    Now, Mr. Shaked, you've been hired by the same

19  plaintiffs lawyers not only in this case, but in other

20  cases, isn't that right?

21  A    Yes, correct.

22  Q    How many other cases are you working for these

23  plaintiffs lawyers in?

24  A    Two other cases.

25  Q    And how much have you been paid by the plaintiffs

1    lawyers for your work in all of these cases?

2    A    About $96,000.  I don't know the exact amount, but

3    about that.

4    Q    Okay.  And are you owed any money by them?

5    A    Yes, for the last period.

6    Q    Which is how much?

7    A    I think it's 20 to $22,000, if I'm not mistaken.

8    Q    So about $120,000 all in?

9    A    I imagine so.

10   Q    Other than the cases you've been hired by these

11   plaintiffs lawyers, have you used your Ronni Shaked

12   Methodology in any other cases?

13   A    I was not asked to use it.

14   Q    And you're not aware of anyone else that uses the

15   methodology that you've employed as you've presented it here

16   to the ladies and gentlemen of the jury, isn't that right?

17   A    I recently read an article by Lila Rose, a

18   distinguished professor from the United States, who used

19   very similar methods to mine to diagnosis Hamas and other

20   types of organizations.

21   Q    Do you remember when you had your deposition taken?

22         MR. INGERMAN:  Sean, if we can pull up page 27,

23   lines nine through 16, please.  Your Honor, if we can

24   publish that to the jury?

25         THE COURT:  Okay.

R. SHAKED - CROSS/MR. INGERMAN                 1262

1   Q    Now, Mr. Shaked, at your deposition you were asked the

2   following question:  "Has anyone else other than you, used

3   the Shaked Methodology?"  And your answer was:  "As far as I

4   remember.  And to the best my knowledge I didn't find anyone

5   else who dealt with this specific subject; therefore, I

6   didn't find any use of it."

7          Do you see that?  You gave that answer to that

8   question at your deposition, did you not?

9   A    Yes, I did give such an answer before I read Professor

10  Rose's book.

11  Q    Now, am I right that the Israel Security Agency doesn't

12  use the Ronni Shaked Methodology, am I right?

13  A    I don't know, I am no longer there.

14  Q    Do you know whether judges use the Shaked Methodology?

15  A    I cannot recall a case in which this methodology had to

16  be used.

17  Q    Now, during the course of your work, you have

18  personally received -- strike that.

19          During the time that you were at the newspaper

20  Yediot, you personally received E-mail claims of

21  responsibility during the time that you were there, isn't

22  that right?

23  A    Yes, this is correct.

24  Q    And sometimes they were true and sometimes they were

25  not true?

R. SHAKED - CROSS/MR. INGERMAN                    1263

1   A    This is correct.

2   Q    Now, as part of your methodology, you rely on, among

3   other things, newspaper articles, right?

4   A    Yes.

5   Q    And you agree with me that sources like CNN, the Cable

6   News Network are a reliable source of information?

7   A    Yes, one can rely on them with respect to the time that

8   the broadcasts are being made.

9   Q    Now, you told the ladies and gentlemen of the jury

10  about certain interviews of certain terrorists that you

11  relied on in developing your opinions, right?

12  A    Yes, I did rely on interviews.

13  Q    And when you conducted those interviews, am I right

14  that those terrorists were not under oath as you are here

15  today before the jury, right?

16  A    No, but the terrorists that I interviewed in prison

17  gave me declaration or statement that they made that they

18  were giving the interview out of their own free will, not

19  under any duress.

20  Q    And you believe that what these terrorists told you was

21  true?

22  A    I believe that what they said was the truth.

23  Q    Now, you also rely on -- and I think you've shown the

24  ladies and gentlemen of the jury a number of materials from

25  the internet, am I right?

R. SHAKED - CROSS/MR. INGERMAN          1264

1  A    That is correct.

2  Q    And you'd agree with me that when it comes to the

3  internet, anyone can write anything on the internet?

4  A    I'm not an internet expert.  I do not know how one

5  writes on the internet, but I do know there are websites

6  where people can write what they want.  I don't know if that

7  applies to official websites of organizations or groups.

8            MR. INGERMAN:  Sean, can we take a look at

9  Mr. Shaked's deposition testimony, page 94, lines five

10  through ten.

11            Your Honor, I'd like to display that to the jury.

12            THE COURT:  Okay.

13  Q    Now, at your deposition, Mr. Shaked, when you were

14  under oath, you were asked the question:  "Do you agree that

15  when it comes to relying on the internet, anybody can write

16  anything on the internet?"  And you gave the answer:  "Yes."

17            Correct?

18  A    Yes.

19  Q    Now, can we also agree that Hamas websites on the

20  internet exaggerate?

21  A    Yes.  And I also found exaggerations on internet

22  websites of Hamas.

23  Q    In fact, on the internet website for Hamas al-Qassam,

24  you found that Hamas makes great exaggerations on that

25  website, didn't you?

1   A    I did not know if I actually said great exaggerations,

2   but I can give you examples with the type of exaggerations I

3   related.  That pertains to the number of people they killed,

4   which is not in line with the actual number of people, and

5   also the number of injured people, or the way the operation

6   was carried out.  Such exaggerations portray the

7   perpetrators of the attack, but it's not the kind of

8   exaggerations that relates to things that never happened.

9              MR. INGERMAN:  If we can take a look, Sean, at

10  page 150 of Mr. Shaked's deposition, lines four through 14.

11             And I'd like to display that to the jury.

12  Q    Now, at your deposition, Mr. Shaked, you were asked the

13  following question:  "Does www.alqassam.ps make mistakes?"

14  And your answer was:  "I can estimate that they were trying

15  to do reliable, but of course they view reality through

16  their own spectacles."

17             Did you give that answer?

18  A    Yes, that was my answer.

19  Q    And then you were asked:  "Do they make factual

20  mistakes on important facts?"  And your answer was:

21  "Sometimes there are great exaggerations, yes."

22             That was your answer, correct?

23  A    Yes.  What I meant was the number of fatalities or the

24  number of injured people, these are the many exaggerations

25  that I meant.

1     MR. INGERMAN:  Okay.  We can take that down, Sean.
2  Thank you.
3  Q    Now, Mr. Shaked, you testified that over the years
4  you've come to know personally some of the Hamas leaders,
5  isn't that right?
6  A    Yes, this is correct.  I know many of Hamas leaders.
7  Q    You mentioned Rantisi being one, correct?
8  A    Yes, I did mention the name of Abd al-Aziz al-Rantisi.
9  Q    And Sheikh Ahmed Yassin?
10  A    Yes, Sheikh Ahmed Yassin, too.
11  Q    And you'd agree with me that Hamas leaders on occasion
12  have provided you with false information?
13  A    Perhaps in any conversations with them they provided me
14  with false information, but I did know how to see through it
15  to figure it and to glean the truth from it.
16  Q    So you were able to figure out when the terrorist
17  leaders were telling you the truth and when they were lying;
18  is that your testimony?
19  A    I cannot say that I always know to distinguish truth or
20  lies, but I can say that based on many years of experience
21  both in the ISA and in my work in the newspaper, I learned
22  how to make the distinction and to compare those reports
23  with the reality, the existing reality, and to evaluate
24  whether that was an exaggeration or truth telling.
25             And I must add one more thing.  That even when I

1   received this information in those interviews, I would

2   always crosscheck them with other sources to confirm.  And

3   so I know that, indeed, because I know that the people who

4   gave me and provided me with this information had certain

5   intentions to convey, certain messages.

6   Q    And that's because sometimes the terrorist leaders have

7   an incentive to lie, right?

8   A    Such senior leaders of such stature, they know that

9   lies do not live very long, they are very short-lived.  So I

10  do hope they did not mean to lie when they talked with me.

11  Q    Now, can we agree, Mr. Shaked, that terrorist groups

12  operating in Israel and the Palestinian Territories between

13  the years of 2000 and 2009 had an incentive to claim

14  responsibility for terrorist attacks?

15  A    Of course they did.

16  Q    And would you agree with me that it is or it was in the

17  terrorist group's best interest to actually claim

18  responsibility for a terrorist attack?

19  A    Yes.  They did want to claim responsibility for the

20  terror attack that they perpetrated.

21  Q    Because it was in their interest to do so, right?

22  A    Yes, it was within their interest.  It's the nature of

23  terror.

24  Q    And that's important because there is fierce

25  competition between the terrorist groups in Israel during

1   this timeframe, isn't that right?

2   A    There was competition among organizations, yes.

3   Q    And by claiming responsibility for a terrorist attack,

4   a particular terrorist group gains political clout, correct?

5   A    That is correct.

6   Q    It increases their popularity?

7   A    If the population understands that this is a truthful

8   report, then it increases their popularity; if not, it

9   damages them.

10  Q    It helps them raise money, right?

11  A    This is one of the ways that assists them.

12  Q    And they can use it for propaganda purposes?

13  A    Yes, but with the permission of the distinguished

14  lawyer I would like to mention that here we are talking not

15  about separate organizations, this organizations are

16  embedded in identifying who is who and what is what.  Lies

17  are discovered very, very quickly.  This is a traditional

18  society with very, very dense social network where it is

19  very, very easy to detect lies, extremely fast.

20           I'll give you an example, with your permission.

21  If, for example, a certain individual gets killed by

22  perpetrating an attack, it is extremely easy to identify the

23  organization he belonged to judging by the symbols and the

24  speeches made and very same standards that I used in the

25  criteria in my methodology.  It is very, very easy and the

R. SHAKED - CROSS/MR. INGERMAN          1269

1  public knows that.

2  Q    Now, let's talk about some of the terrorist groups that

3  were claiming responsibility for attacks in Israel between

4  2000 and 2004.

5  A    Please.

6  Q    One of those organizations was of course the al-Qassam

7  Brigade, which is Hamas, right?

8  A    Yes, this is the military wing of the Hamas

9  organization.

10  Q    Another terrorist organization that was active, for

11  lack of a better term, during this time period was the

12  al-Aqsa Martyrs Brigade?

13  A    Yes.  The military wing of the Fatah organization.

14  Q    And Fatah is different than Hamas, right?

15  A    Definitely so.

16  Q    And another organization that was active in Israel and

17  the Palestinian Terrorists that was promoting terror was the

18  al-Quds Brigade, correct?

19  A    The Jerusalem Brigade, correct.

20  Q    And that's part the Palestinian Islamic Jihad, correct?

21  A    Yes, it is the military wing of the Islamic Jihad.

22  Q    And yet, there was another terrorist organization at

23  the time in the Israel and Palestinian Territories and that

24  was called Hezbollah, correct?

25  A    In this particular timeframe this activity in the

R. SHAKED - CROSS/MR. INGERMAN          1270

1  territories was extremely limited, but it was somewhat

2  active, yes.

3  Q    And Hezbollah is a Lebanese terrorist group founded by

4  Iran, correct?

5  A    This is correct.

6         MR. INGERMAN:  Your Honor, if I may approach, I

7  have a demonstrative that just lists out the four groups

8  that we just talked about that I'd like to put up on the

9  stand here.

10         THE COURT:  Have you shown it to the plaintiffs?

11         MR. INGERMAN:  I will do that right now.

12         MR. TURNER:  No problem.

13         THE COURT:  Okay.

14         MR. INGERMAN:  Thank you.  Mr. Shaked, I've put up

15  on the stand here -- you can't see this, let me show you.

16  It's a board that's entitled, "Claims of Responsibility,"

17  and it lists the four groups we just talked about; al-Aqsa

18  Martyrs Brigade from Fatah, al-Quds Brigades from the

19  Palestinian Islamic Jihad, Hezbollah and Hamas, okay?

20  A    Yes, these are some of the Palestinian groups.

21  Q    Okay.  I'm going to leave that up there for some of the

22  examination here, because we're going to refer to some of

23  the different groups.

24         Now, the plaintiffs lawyers in this case asked you

25  to look at these 24 attacks to determine whether or not they

R. SHAKED - CROSS/MR. INGERMAN          1271

1   were the responsibility of Hamas, right?

2   A    Correct.

3   Q    And you were paid about $120,000 to do that, right?

4   A    Yes.

5   Q    And low and behold, you claimed that all 24 attacks

6   were the responsibility of Hamas, right?

7   A    Yes.

8   Q    Let's take a look at the Bus 19 bombing, if we could.

9          Now, the Bus 19 bombing occurred on January 29,

10  2004, right?

11  A    Correct.

12  Q    And you were aware, were you not, that there were a

13  number of claims of responsibility for this attack from

14  groups other than Hamas?

15  A    Correct.

16  Q    And you knew, for instance, on the day of the bombing,

17  a newspaper by the name of "Israel Insider" reported that

18  Fatah's al-Aqsa Martyrs Brigade claimed responsibility,

19  isn't that right?

20  A    Yes, I knew this.

21          MR. INGERMAN:  And if we could put up just for the

22  witness, Sean, Defense Exhibit 1016.

23  Q    You recognize this as a claim of responsibility in the

24  Israel Insider, yes?

25  A    Yes, this is what the paper reported.

R. SHAKED - CROSS/MR. INGERMAN                1272

1        MR. INGERMAN:  Your Honor, I move admission for

2   Defense Exhibit 1016.

3        MR. TURNER:  No objection.

4        THE COURT:  It is received.

5        (Defense Exhibit 1016 was admitted into evidence.)

6   Q    Now, you also knew that on the same day as the Bus 19

7   bomber, that the Israeli Prime Minister's Office came out

8   and said that the bomber, Jaara, is a member of the military

9   arm of Fatah, correct?

10  A    Yes, I know that.

11       MR. INGERMAN:  If we could put before the witness,

12  Sean, Defense Exhibit 10:30.

13  Q    You recognize that to be the Israeli Prime Minister's

14  Office release?

15  A    Yes, this is the prime minister's office release.

16       MR. INGERMAN:  Your Honor, I move defense

17  Exhibit 10:30.

18       MR. TURNER:  I thought you already ruled on the

19  prime minister exhibits.  I object.

20       THE COURT:  I did.  Sustained.

21  BY MR. INGERMAN:

22  Q    But you knew, did you not, that the Israeli Prime

23  Minister's Office had identified the bomber on Bus 19,

24  Jaara, as a member of the al-Aqsa Martyr Brigade, military

25  arm of Fatah?

R. SHAKED - CROSS/MR. INGERMAN                    1273

1    A    Yes.  On the day of the bombing he was identified as a

2    member of the al-Aqsa Brigade.

3    Q    Now, you also knew, did you not, that a day later on

4    January 30, 2004, a day after the Bus 19 bombing, the New

5    York Times reported that the al-Aqsa Martyr Brigade claimed

6    responsibility for the attack, right?

7    A    That is correct.

8              MR. INGERMAN:  And if we could put before just the

9    witness, Defense Exhibit 1019, Sean.

10   Q    That is the New York Times article we were just

11   referring to, correct?

12   A    Yes.

13             MR. INGERMAN:  Your Honor, I'd move DX 1019.

14             THE COURT:  Let's have a sidebar, please.

15             Unless the plaintiff is going to tell me they

16   don't object.

17             MR. TURNER:  I do object.

18             MR. INGERMAN:  I didn't hear what he said, did he

19   say that he has no objection?

20             THE COURT:  No, he objects.

21             (Continued on the next page for sidebar.)

22

23

24

25

Case 1:04-cv-02799-BMC-PK   Document 1185   Filed 11/07/14   Page 71 of 174 PageID #: 87043

1      (Sidebar conference begins.)

2      THE COURT:  I'm not sure I understand the

3  defendant's position on this.  The plaintiff had offered a

4  number of newspaper articles and prime minister press

5  releases, which I excluded on the ground of hearsay.  I

6  don't see how your newspaper articles and prime minister

7  press releases are any less hearsay.

8      MR. INGERMAN:  Well, for starters, we're not

9  offering them for the truth of the matter asserted.  We are

10  offering them to impeach the witness.

11      THE COURT:  No.  They impeach the witness by

12  showing that, in fact, somebody else did it, that's what it

13  says.  That's how they impeach the witness.  You can

14  question him about them, but the article don't come in.  You

15  can say, are you familiar with those?  Did you know that

16  prime minister said so and so claimed responsibility?  But

17  if the article were to come in, I can't think of a reason

18  that you would be offering it other than to impeach him by

19  showing that what he's saying is wrong that somebody else

20  committed the crime, someone who he has not identified.

21      MR. INGERMAN:  Well, if it's quoting a terrorist

22  group claiming responsibility, then it's a declaration

23  against interest.

24      THE COURT:  Well, yeah, but that's the first level

25  of hearsay.  I mean, that's the second level of hearsay.

SIDEBAR CONFERENCE                    1275

1   The first is that it's a newspaper article, it's not the

2   group.  That's why I didn't let them put in the newspaper

3   articles when you objected.  All right?

4           If you have some primary source as they did of a

5   terrorist group taking responsibility, then yes, I'll admit

6   those, but not newspaper articles.  Okay?

7           (End of sidebar conference.)

8           (Continued on the next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      MR. INGERMAN:  May I proceed, your Honor?

2      THE COURT:  You may.  As soon as the reporter is

3  ready.

4      MR. INGERMAN:  She's the second most important

5  person in the room.

6  BY MR. INGERMAN:

7  Q    When we broke we were talking about DX 1019; that is

8  the New York Times article that you had seen before that

9  refers to the claim by the al-Aqsa Martyrs Brigade for the

10 Bus 19 bombing; is that correct?

11 A    Correct.

12 Q    Now, you also knew that on January 30, 2004, the day

13 after the Bus 19 bombing, that the Israeli newspaper Haaretz

14 also published a claim of responsibility by Fatah for the

15 Bus 19 bombing, correct?

16 A    Correct.

17 Q    And then on that same day, January 30, 2009, one day

18 after the Bus 19 bombing, you, yourself, wrote an article

19 about the bombing, didn't you?

20 A    That is correct, I did.

21 Q    And you didn't tell the ladies and gentlemen of the

22 jury about that during your description of the Bus 19

23 bombing, correct?

24 A    If I may explain in actual; according to my

25 methodology, I do not make any statements in a perspective

R. SHAKED - CROSS/MR. INGERMAN                    1277

1    one day after the attack.  I do an in-depth check of all the
2    events and all the facts that I have.  So one day after the
3    attack, it was possible that all the journalists, including
4    myself, said that it was the al-Aqsa Martyrs Brigade that
5    was responsible.

6              But I am not here as a journalist, and I am not
7    here as an ISA researcher to provide immediate answers
8    within an hour, I am here as an expert witness, and I do my
9    work with a prospective of time, and this is why I answered
10   the way I did.

11             MR. INGERMAN:  Sean, if we could put before the
12   witness, Defense Exhibit 1038, please.
13   Q    Is this the newspaper article that you wrote in the
14   Yediot Ahronot newspaper on January 30, 2004, about the
15   Bus 19 bombing?
16   A    Yes, I did write this article.
17             MR. INGERMAN:  Your Honor, I move defense
18   Exhibit 1038 in.
19             THE COURT:  Any objection?
20             MR. TURNER:  No objection to that.
21             THE COURT:  It is received.
22             (Defense Exhibit 1038 was admitted into evidence.)
23             MR. INGERMAN:  Your Honor, may I publish it to the
24   jury?
25             THE COURT:  You may.

1    MR. INGERMAN:  If we could go to the English

2  translation, Sean, please.  And blow up the title for a

3  moment.

4  Q    The article that you wrote, Mr. Shaked, on January 30,

5  2004, the title was, "The Promises That Nasralla Made."  And

6  then it says, "Hezbollah easily penetrated the anarchy

7  existing in the territories."

8         Do you see that?

9  A    Yes.

10    MR. INGERMAN:  And then in the first -- I'm sorry,

11  the second paragraph, Sean, the first two sentences.

12  Q    You say Ali Jara.  Now, Ali Jara was the person who you

13  told the ladies and gentlemen of the jury was the bomber for

14  Bus 19, right?

15  A    Correct.

16  Q    And what you wrote in the newspaper on January 30th is,

17  "Ali Jara of Daheyshe, the terrorist who committed suicide

18  in Jerusalem yesterday was a member of the al-Aqsa Martyrs

19  Brigade, the military arm of the Fatah."

20         Do you see that?

21  A    Correct.

22         (Continued on the next page.)

23

24

25

SHAKED - CROSS - INGERMAN                1279

1    Q     Now, if we can go down to the fourth paragraph, the

2    first sentence.  You also wrote about the bus 19 bombing,

3    "The attack yesterday had the Hezbollah's prints on it."

4          Do you see that?

5    A     That is correct.

6    Q     And am I right that you never even to this day issued a

7    retraction of this article in any way?

8    A     Yes.  There was never a retraction, but it was not my

9    fault.  It was the paper's fault, because on the annual

10   report that I prepared for -- about all the attacks, the

11   editor decided not to publish this.

12   Q     Now, when you wrote this article on January 30th, 2004,

13   were you hired by the plaintiffs' lawyers yet?

14   A     No, of course not.  And I published this article one

15   day after the attack.  And I had the perspective of maybe

16   less than ten hours.

17   Q     Now, do you also know what the Intelligence and

18   Terrorism Information Center at the Center for Special

19   Studies is?

20   A     Yes.

21   Q     And you also know that on January 1st of 2006, two

22   years after the bus 19 bombing, the Intelligence and

23   Terrorism Information Center at the Center for special

24   Studies concluded that the organization responsible for the

25   bus 19 bombing was the Fatah al-Aqsa Martyrs Brigade,

SHAKED - CROSS - INGERMAN                    1280

1  correct?

2  A    Yes.

3  Q    Now, you also knew, did you not, that the National

4  Counter Terrorism Center in 2010 attributed the bus 19

5  bombing to Fatah al-Aqsa Martyrs Brigade, correct?

6  A    I don't remember such a publication, but if you say so,

7  I believe you.

8  Q    Well, I appreciate that, but I don't want you to take

9  my word for it.

10           MR. INGERMAN:  Let's show just the witness,

11  please, Sean, DX1036.

12  BY MR. INGERMAN:

13  Q    Have you seen that before, sir?

14  A    Yes.

15           MR. INGERMAN:  Okay.  And if we can go to the next

16  page of it, Sean.

17           Can we go to January 21st.  I'm sorry, January

18  29th.  Blow that up for the witness.  Hopefully he'll be

19  able to see it, as will I.

20  BY MR. INGERMAN:

21  Q    Does that refresh your recollection, Mr. Shaked, that

22  in 2010 the National Terrorism Center concluded that the

23  Israel al-Aqsa -- the al-Aqsa Martyrs Brigade bus bomb in

24  Jerusalem -- I'm sorry.  Start over again.

25           That the bus 19 bus bombing was carried out by the

SHAKED - CROSS - INGERMAN                1281

1   al-Aqsa Martyrs Brigade?

2   A    Yes.

3            MR. INGERMAN:  Now, if we can show just the

4   witness Defense Exhibit 1040.

5   BY MR. INGERMAN:

6   Q    This is called a RAND Homeland Security Report.  You

7   are aware, were you not, that the RAND Homeland Security

8   Report also concluded that the al-Aqsa Martyrs Brigade was

9   responsible for the bus 19 bombing?

10  A    Correct.

11           MR. INGERMAN:  This would be a good point for a

12  lunch break if you'd like.

13           THE COURT:  Okay.  We can break now.

14           Ladies and gentlemen, please don't talk about the

15  case amongst yourselves or with anyone else.  We'll see you

16  back here at 1:40.  Have a good lunch.

17           (Jurors exit the courtroom.)

18           THE COURT:  Recess till 1:40.

19           (Continued on the next page.)

20

21

22

23

24

25

1          (In the presence of the jury.)

2          THE COURT:  Be seated, please.  Welcome back, ladies

3    and gentlemen.  Let's continue with cross-examination

4          MR. INGERMAN:  Thank you, your Honor.

5    Q    Now, Mr. Shaked, before we broke for lunch, we were

6    talking about the Bus 19 bombing, on January 29th, 2004,

7    correct?

8    A    Yes.

9    Q    And I had asked you about a document from the National

10   Counterterrorism Center, in which there was a recognition that

11   Fatah, the al-Aqsa Martyrs Brigade, was responsible for the

12   Bus 19 bombing; do you remember that?  And that document was

13   dated 2010?

14         THE COURT:  Wait.  You didn't get the answer in yet.

15   Q    And that was in 2010, right?

16   A    Yes.

17   Q    And you know, do you not, that the National

18   Counterterrorism Center is a United States Government

19   organization responsible for national and international

20   terrorism effort, right?  And we also looked at, in connection

21   with the Bus 19 bombing, a document that you had seen before,

22   put out by the RAND Corporation; do you remember that?

23   A    Yes.

24   Q    And the RAND Corporation document also explained that the

25   al-Aqsa Martyrs Brigade from Fatah was responsible for the Bus

NICOLE CANALES, CSR, RPR

1    19 bombing, right?

2    A    Yes.

3    Q    And you know that the RAND Corporation report that I

4    showed you was commissioned by the United States Department of

5    Homeland Security, correct?

6    A    That's correct.

7    Q    Okay.  Now, I want to talk a little bit with you about

8    what exactly happened in connection with the Bus 19 bombing.

9    And what I'm going to do is -- I'm actually going to put up

10   your slide, shown on, I think it's, Plaintiffs' slide 51.

11        MR. INGERMAN:  Your Honor, may I display that to the

12   jury?

13        THE COURT:  You may.

14   Q    Now, this is the slide that you went through with

15   Mr. Turner about what happened in connection with the Bus 19

16   bombing, on January 29, 2004, right?

17   A    Yes.

18   Q    And you created this slide, correct?

19   A    Yes.

20   Q    Okay.  Now, I want to take a look for a moment.  In the

21   upper left-hand corner there's a man by the name of Nufal

22   Adawin; do you see that?

23   A    Yes.

24   Q    And I think Mr. Turner showed you and put into evidence

25   the verdict and sentencing for Mr. Adawin, correct?

Shaked - Cross- Ingerman                    1284

1   A    Yes.

2   Q    And that conviction of Mr. Adawin, Nufal -- I call him

3   Nufal, if that's okay with you?

4        THE INTERPRETER:  Was that a question?  I'm sorry.

5   I didn't get the question.

6   Q    I will call him Nufal so we understand each other, if

7   that's okay with you?

8   A    That's fine.

9   Q    Thank you.  Now, Nufal was convicted based on a

10  confession that he gave; isn't that correct?

11  A    Yes, that's correct.

12       MR. INGERMAN:  And if we could put before just the

13  witness shown on Defense Exhibit 1039.

14  Q    Do you recognize that to be Nufal's confession?

15  A    This is his confession in the police, yes.

16  Q    And this is something that you looked at in connection

17  with your work in this case, right?

18  A    Yes, that's correct; I have looked at it.

19       MR. INGERMAN:  Your Honor, I move admission of

20  Defense Exhibit 1039.

21       THE COURT:  Any objection?

22       MR. TURNER:  Is this the conviction?

23       THE COURT:  No, this is the confession.

24       MR. TURNER:  I think that's part of it, but we have

25  no objection.

Shaked - Cross- Ingerman                    1285

1      THE COURT:  It's admitted.

2      (Defense Exhibit 1039  was received in evidence.)

3   Q   Now, Nufal's confession was read to him and signed by

4   him, correct?

5   A   Yes.

6   Q   And what -- and in this confession, Nufal explains in

7   detail what happened in connection with the Bus 19 bombing;

8   isn't that correct?

9   A   He tells about all his connections with Ali Jaara,

10  because he didn't carry out the Bus 19 bombing.

11  Q   Okay.  So Mr. -- or Nufal, in his confession, says that

12  in the beginning of 2004, he had a friend named Muhammad

13  Nashash come to him, correct?

14  A   Yes, that's correct.

15  Q   And in your report and in your slide -- if we can put

16  back up slide 51 -- you identify Muhammad Nashash as a member

17  of Hamas, correct?

18  A   Yes, that's correct.

19  Q   Now, you know, do you not, Mr. Shaked, that in

20  Mr. Muhammad Nashash's sentencing, in connection with the Bus

21  19 bombing, he's actually identified and convicted as being a

22  member in an unauthorized association called al-Aqsa Martyrs

23  Brigade Fatah; isn't that right?

24  A   With your permission, may I see the paper you're talking

25  about?

NICOLE CANALES, CSR, RPR

Shaked - Cross- Ingerman                    1286

1        MR. INGERMAN:  Please can we show the witness

2    Plaintiffs' Exhibit 4045.  Just the witness, please.

3    Q    Before using Plaintiffs' Exhibit 4045, which is Muhammad

4    Nashash's conviction and sentencing in connection with the Bus

5    19 bombing, you've seen that document before, sir?

6    A    I've seen it, but if you could raise it a bit, pull it up

7    so I can see the names.

8    Q    Whatever you like.

9        MR. INGERMAN:  Shawn, can we make it a little bigger

10   for Mr. Shaked?

11       THE WITNESS:  Not bigger.  Scroll it.

12   Q    Scroll down.  I'm sorry.  To the first page?

13   A    To the other page.

14   Q    One more page?

15   A    Now, I can see it.

16   Q    Okay.  And this is the verdict and sentencing for

17   Muhammad Nashash, the person you claim is a part of Hamas, in

18   connection with the Bus 19 bombing, correct?

19   A    Yes.

20       MR. INGERMAN:  Your Honor, I would move Plaintiffs'

21   Exhibit 4045.

22       THE COURT:  Any objection?

23       MR. TURNER:  This is already in evidence.

24       MR. INGERMAN:  Then I don't need to move it.

25       THE COURT:  Okay.

NICOLE CANALES, CSR, RPR

1    A    Could you scroll it, please, one page forward.

2              MR. INGERMAN:  Please, Shawn, scroll it one page

3    forward.

4              THE WITNESS:  Could I explain something small, if I

5    may?

6    Q    You'll have an opportunity to explain when your lawyer

7    asks the questions.  Let me ask you a couple questions,

8    please.  Thank you.  On page -- page 11 of the translation of

9    Mr. Nashash's sentencing, the Israeli court says --

10             MR. INGERMAN:  Your Honor, I would like to show this

11   to the jury, please.

12   Q    It says the defendant, which is Mr. Nashash, was

13   convicted of the crime of membership in an unlawful

14   association, and that since the end of March, 2003, and

15   through the time of his arrest, he was a member of the al-Aqsa

16   Martyrs Brigade.

17             Do you see that, sir?

18   A    I see that.

19   Q    And you understand, do you not, that Muhammad Nashash,

20   who was involved in the Bus 19 bombing, January 24th, 2004, is

21   a member of the al-Aqsa Martyrs Brigade from Fatah and not

22   Hamas.  You understand that, don't you?

23   A    From this document, I do understand that.

24             MR. INGERMAN:  Let's go back to slide 51, Shawn, if

25   we can.

NICOLE CANALES, CSR, RPR

1   Q     You have, on the slide that you demonstrated to the jury,

2   Muhammad Nashash as a Hamas operative; is that right?

3   A     That's correct.

4   Q     And he was convicted by the Israeli courts of being a

5   member of the al-Aqsa Martyrs Brigade, correct?

6   A     As I saw in the conviction, that is, indeed, correct.

7   Q     So there's a mistake in your slide, right?

8   A     May I explain?

9   Q     Was Mr. Nashash convicted of being a member of the

10  al-Aqsa Martyrs Brigade?

11  A     Yes.  According to the conviction papers, yes.

12  Q     Okay.  Now, when Muhammad came to Nufal, in connection

13  with this attack, Muhammad told Nufal, that he, Muhammad, had

14  a friend called Jaara, who wanted to commit a suicide bombing;

15  is that right?

16  A     Yes, that's correct.

17  Q     And Jaara came to Muhammad, who is al-Aqsa Martyrs

18  Brigade, right?

19  A     I'm not familiar with whether he came to him as a member

20  of Allah or some other organization; he came to him because he

21  wanted to carry out a suicide bombing.

22  Q     When Jaara came to Muhammad, Jaara was not affiliated

23  with any organization; is that right?

24  A     Jaara was not affiliated with any organization; he simply

25  wanted to commit suicide.

Shaked - Cross- Ingerman                    1289

1  Q    So he came to his friend Muhammad, and Muhammad was a

2  part of the al-Aqsa Martyrs Brigade, right?

3  A    According to that description, that's apparently how it

4  occurred.

5  Q    Okay.  So I'm going to write on your slide AAMB, for

6  al-Aqsa Martyrs Brigade, over Mr. Nashash.  Now, it is

7  Muhammad --

8  A    You can write that.

9  Q    Thank you.  It is Muhammad who then introduces Jaara to

10  Nufal, correct?

11  A    Yes, indeed.

12  Q    And the money to buy the weapons, the explosive device

13  that they were going to use, came from Muhammad; isn't that

14  true?

15  A    Also from Muhammad.

16  Q    Now, then what happened was Muhammad and Nufal hung a

17  Hamas banner in Nufal's room; isn't that right?

18  A    I don't know if one of them hung it up, two of them hung

19  it up.  I'm familiar with the picture of the banner in their

20  house.

21       MR. INGERMAN:  Okay.  Let's pull up PX4045, Shawn,

22  if you could.  And I think it's page 10 translation.  4045 is

23  the sentencing.  I'm sorry.  I meant the confession.  1035.

24  Defense Exhibit 1039.  And page 12, please.

25  Q    So this is Nufal's confession.  That's in evidence.

NICOLE CANALES, CSR, RPR

Shaked - Cross- Ingerman                    1290

1       MR. INGERMAN:  And I would like to show that to the

2   jury, your Honor, please.

3   Q    And what Nufal says is we hung a Hamas banner in my room,

4   and I gave Ali Jaara the charge to hold.  Do you see that?

5   A    Yes, I see it.

6   Q    Okay.  And then it says Muhammad and I also prepared an

7   explosive belt, with nothing but wires and pipe bombs, right?

8   A    Yes.

9   Q    And then Nufal says we filmed Jaara with the explosive

10  belt, the charge and a black toy plastic pistol.  Do you see

11  that?

12  A    Yes.

13  Q    And that's the film that you say you saw, right?

14  A    I'm familiar with that picture.

15  Q    Okay.  And the picture that is actually on the Hamas

16  claim of responsibility is taken at the time that Nufal and

17  Muhammad put a Hamas flag up in front of Jaara before

18  anything -- any attackers?

19       THE INTERPRETER:  In front of Jaara?

20       MR. INGERMAN:  Behind Jaara.  I'm sorry.

21       THE WITNESS:  Yes.

22  Q    Now, you don't have any idea, do you, Mr. Shaked, how

23  many hours or days that Jaara spent with Nufal, do you?

24  A    I can assume that he spent at least a few hours.

25  Q    But you don't know, do you?

NICOLE CANALES, CSR, RPR

1    A    No.

2    Q    Okay.  And then what it says is, however, a few days went

3    by, and we did not send him because I, Nufal, did not know

4    exactly how to perform a suicide attack.  That's what Nufal

5    said in his confession, right?

6    A    Indeed, this is what it said here, yes.

7    Q    And what happens next is really important, Mr. Shaked,

8    because what happens next is Jaara goes and talks to Tanseem

9    Fatah.  Do you see that?

10   A    Yes, but some time elapsed between the time they were

11   together and until he went to the Tanseem.  A few days had

12   past.  Certain actions were taken.  There were preparation.

13   He didn't go straight from one place to the other.  In the

14   meanwhile, he did try to do something, to carry out something,

15   and only there did he go to speak with the Tanseem.

16   Q    Tanseem Fatah is al-Aqsa Martyrs Brigade right?

17   A    That's right.

18   Q    The same group that his friend Muhammed Nashash belonged

19   to, right?

20   A    Yes.

21   Q    Now, it goes on to say Jaara told me he spoke to Fatah,

22   and that they, Fatah, will send him to a suicide attack.  Do

23   you see that?

24   A    I see this in this testimony, but we need to remember

25   exactly the chronology of this confession.  It doesn't mention

Shaked - Cross- Ingerman                    1292

1    any days or anything, but rather this is a story, a narrative,

2    a narrative provided by my fall, and under this context, he

3    wanted to kind of make it easier for himself to try to get a

4    lesser punishment as possible.  This is why it was easy for

5    him to explain it this way, but we need to remember the

6    reality as it occurred.  So, indeed, there was the issue that

7    he did want to carry out this attack, and only after that

8    attempt had failed, only then he approached Fatah in order to

9    try to do it another time in a different way.

10   Q    And he approached Fatah, the al-Aqsa Martyrs Brigade, to

11   do a different attack in a different way, right?

12   A    He wanted to do it in the same way, through a suicide

13   bombing, as it was customary in those days, to board a bus and

14   then explode yourself.

15   Q    We can agree, though, that when Jaara went out the first

16   time to commit his attack, Bus 19 was not his target, was it?

17   A    Bus Number 19 wasn't the defined target, not in the first

18   time and not at the second time.

19   Q    Okay.  So Bus 19 is not the target the first time around,

20   when Jaara thinks about committing a suicide attack, but the

21   second time around he's successful, correct?

22   A    Yes, he did manage to board the first bus, which stopped

23   at the station, which he managed to reach, the bus stop.  But

24   it happened to be Bus Number 19.  It could have been just the

25   same as number nine or bus number seven.

NICOLE CANALES, CSR, RPR

Shaked - Cross- Ingerman                1293

1  Q    But it wasn't, it was Bus Number 19, right.

2  A    Yes.  Regretfully, he did manage to board Bus Number 19,

3  which was packed with passengers.

4  Q    Now, let's see if there are a couple things we can agree

5  on, focussing on the attack that Jaara actually carried out on

6  Bus 19.  Can we agree that the al-Aqsa Martyrs Brigade

7  operatives are the ones who actually constructed the explosive

8  device that Jaara used to blow up Bus 19?

9  A    Yes, we do agree on that.

10 Q    Okay.  And we also agree that whatever explosive device

11 Nufal, from Hamas, and Muhammad made for him for the first

12 attack that didn't occur was not the explosive device that was

13 used on Bus 19?

14 A    That's right.

15 Q    And it was an al-Aqsa Martyrs Brigade member who drove

16 Jaara to the site of the bombing, right?

17 A    That is, indeed, true.

18 Q    Okay.  Now, I want to talk a little bit about the video

19 picture that was taken of Jaara with the Hamas flag behind it.

20 Can we agree that -- actually, it says it in here, in the

21 confession, in Plaintiffs' exhibit -- Defense Exhibit 1039 --

22 if we can high light that Shawn.

23         It says I gave the pictures of Jaara -- this is

24 Nufal talking.  I gave the pictures of Jaara with the charges,

25 the pistol, and the Hamas banners to the Bethlehem television

Shaked - Cross- Ingerman                    1294

1   station, and they reported that Hamas claimed responsibility

2   for the suicide attack.

3          Do you see that?

4   A    Yes, I can see that.

5   Q    And then after Nufal gave the video to the Bethlehem

6   television station, claiming that Hamas had perpetrated the

7   attack on Bus 19, Fatah then says, but, actually, Fatah was

8   responsible for the attack in Nala (phonetic); isn't that what

9   he says?

10  A    Indeed, this is what he says in this document.

11  Q    Okay.  Now, after this horrible attack on Bus 19, there

12  are actually four al-Aqsa Martyrs Brigade members that are

13  convicted for this attack; isn't that true?

14  A    Yes.

15  Q    Let me show you --

16         MR. INGERMAN:  Just the witness, slide six, Shawn.

17  Q    Now, slide six identifies the four al-Aqsa Martyrs

18  Brigade members that were convicted in the Bus 19 attack;

19  isn't that right?

20  A    Is it right.  I'm not -- I'm not saying otherwise, and I

21  did not say the al-Aqsa Martyrs Brigade had no responsibility

22  over this attack.

23  Q    Let me try my question again.  Maybe it got lost in

24  translation.  Are -- these four folks listed on the left-hand

25  side, are they all al-Aqsa Martyrs Brigades operative

Shaked - Cross- Ingerman                    1295

1   convicted in connection with the Bus 19 attack?

2   A    Yes, they were convicted.

3           MR. INGERMAN:  Your Honor, permission to show this

4   to the jury.  I've shown it to Mr. Turner.

5           MR. TURNER:  No objection.

6           THE COURT:  That's fine.

7   Q    Now, we've already talked about Muhammad Nashash, Abde

8   Madah (phonetic) was an al-Aqsa Martyrs Brigade operative who

9   was convicted for preparing the explosive device used on the

10  Bus 19 bombing, right?

11  A    Indeed so.

12          THE COURT:  Mr. Ingerman, do you have a lot more on

13  this line, about this attack, I mean?

14          MR. INGERMAN:  No, I think I'm pretty close to being

15  finished.

16          THE COURT:  Okay.  Then go ahead.

17  Q    Now, you also mentioned in connection with Bus 19 that

18  you had viewed Jaara's will, correct?

19  A    Yes.

20          MR. INGERMAN:  If we may show the witness only

21  Defense Exhibit 1042.

22  Q    Do you recognize this to be Jaara's will that you viewed

23  in connection with your work in this case?

24  A    Yes, he reads a few words in Arabic and says this is

25  indeed the will.

Shaked - Cross- Ingerman                      1296

1  Q    Okay.  And at the bottom of the will, Jaara says, does he
2  not, that he's part of the al-Aqsa Martyrs troops?
3  A    Okay.  Simply need to read this paragraph, and it's
4  handwritten, and the focus of these slides is not very good.
5  Q    Please, if it's easier, I can put the certified English
6  translation up for you.
7  A    If it's bigger, if it's easier to read, then of course.
8        MR. INGERMAN:  Sure.  Shawn, can we do that, please?
9  And if we can blow that up for Mr. Shaked so he can read it
10 more clearly.
11 Q    How's that?
12 A    Now, I can read it.  Thank you.  This is the will
13 prepared by the al-Aqsa Martyrs Brigade before Jaara went out
14 to perpetrate the attack on Bus Number 19.
15 Q    And it says that Jaara is part of the al-Aqsa Martyrs
16 Brigade, correct?
17 A    This will does say that Jaara is a member of the al-Aqsa
18 Martyrs Brigade.
19        MR. INGERMAN:  Your Honor, I move in Defense
20 Exhibit 1042.
21        MR. TURNER:  No objection.
22        THE COURT:  It is received.
23        (Defense Exhibit 1042  was received in evidence.)
24 Q    Just to wrap this up, I hope, Mr. Shaked, am I right that
25 in your expert report that you wrote, you claimed Fatah

NICOLE CANALES, CSR, RPR

1  eventually made a clear withdrawal from responsibility for the

2  Bus 19 bombing and denied any responsibility for it?  Didn't

3  you say that in your report?

4  A    Indeed, following the very fierce debate between Fatah

5  and Hamas regarding the responsibility, indeed Fatah

6  ultimately did withdraw their responsibility for the attack.

7  Hamas demanded of Fatah to cancel and withdraw their claim of

8  responsibility.  Therefore, within the year after the attack,

9  Fatah, under pressure from Hamas, did withdraw its

10 responsibility for the attack.  I did not say that the al-Aqsa

11 Martyrs Brigade do not have responsibility for the attack;

12 they bear responsibility just as Hamas does.  Both of them are

13 responsible for this attack, and this is what I was trying to

14 explain.  I was not trying to avoid the fact that al-Aqsa

15 Martyrs Brigade also bore responsibility for the perpetration

16 of this attack.

17            I'd like to add one last word.  We need to remember

18 that the suicide bomber, in this case it was Ali Jaara, is not

19 an educated person.  He's not a special person.  All he is, is

20 a pawn in the hands of the organizations.  That's what he is.

21 His position, his role, is merely to push the button.  He is

22 just a simple pawn in their hands.

23            MR. INGERMAN:  Your Honor, I move to strike.

24            THE COURT:  Hang on one second.  I'll grant the

25 motion and strike that last statement.  Plaintiffs' counsel

Shaked - Cross- Ingerman                                    1298

1    can inquire on redirect if they want.

2            Are you done in this area?

3            MR. INGERMAN:  Almost.

4            THE COURT:  You said that before.  Let me see

5    counsel at sidebar.

6            (Sidebar outside the presence of the jury.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NICOLE CANALES, CSR, RPR

Sidebar                                          1299

1              (Sidebar)

2         THE COURT:  Mr. Ingerman, that was really

3    inefficient.  All right?  Remember the witness' story that he

4    started out with on direct was that this was what he called a

5    joint operation?  There was no controversy that Fatah al-Aqsa

6    Martyrs Brigade wasn't the ones who actually triggered the

7    explosion.  He said that, and you spent the last 25 minutes

8    getting him to say that again.  You achieved one thing, which

9    was to get him to move one of the people on his chart into

10   al-Aqsa Martyrs Brigade, and that's fine.  But, you know, this

11   could have been done in three questions.

12        The questions you have that said we agree that

13   al-Aqsa Martyrs Brigade supplied the belt, they put him up to

14   it, you could have done that in literally three minutes.  I'm

15   going to ask you to move on and go to something else, because

16   I think the jury understands what's happened, and you've

17   scored all the points you can on cross in this area.

18        MR. INGERMAN:  Your Honor, he specifically testified

19   it was not a joint operation.

20        THE COURT:  No, he said it was not a shared

21   operation, he said it was a joint operation.  I listened to

22   that very carefully.  There is no contradiction between what

23   was brought out in the last 25 minutes and what the witness

24   said on direct, other than the one member that he attributed

25   to one fax being moved to the other fax, so, please, let's not

NICOLE CANALES, CSR, RPR

Sidebar                                                    1300

1   beat a horse to death.

2          MR. INGERMAN:  I disagree, your Honor, but I have

3   one more exhibit that I think is important to show the

4   witness, and then I will move on.

5          THE COURT:  Okay.  But, then, please don't do this

6   again with any other areas.  Okay?  This was just really a

7   large amount of time that could have been done -- it's an

8   important point.  I'm not saying you shouldn't have done it,

9   but could have been done in a lot more efficient way.  Please

10  try to do that in the future.

11              (Sidebar concluded.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:04-cv-02799-BMC-PK   Document 1185   Filed 11/07/14   Page 98 of 174 PageID #: 87070

1          (In the presence of the jury.)

2               MR. INGERMAN:  May I proceed, your Honor?

3               THE COURT:  You may.

4    Q    The last thing on this attack, Bus 19, Mr. Shaked, I want

5    to ask you about, because Mr. Turner asked you on direct

6    whether or not there was an Israeli Security Agency statement

7    about Bus 19, but we didn't show it.  And since he had showed

8    you a number of Israeli Security Agency reports in connection

9    with some of the other attacks, I wanted to show to you the

10   one from the very same exhibit that the Plaintiffs were to

11   show you.

12               MR. INGERMAN:  Shawn -- and if this is the Israeli

13   Security Agency report just for -- it's in evidence.

14               So, your Honor, may I show it to the jury?

15               THE COURT:  You may.

16   Q    This is the Israeli Security Agency report Mr. Turner

17   showed you over and over again, in connection with some of the

18   other attacks.  And I was curious that you didn't mention this

19   or wasn't shown to the jury on direct, because there is an

20   excerpt in here for the Bus 19 bombing; you knew that, right?

21   A    I was not trying to evade stating that fact, that the 19

22   bus bombing was carried out by the al-Aqsa Martyrs Brigade,

23   but -- and I say again a very big but -- it was just a hair's

24   breath away from Hamas actually having carried it out.

25   Therefore, the responsibility for the bombing is shared, it's

1   joint, for both organizations.  I tried to explain that in my

2   expert opinion.  And without evading any responsibility,

3   al-Aqsa Martyrs Brigade ultimately was the one to carry out

4   that attack.

5   Q    Mr. Shaked, the Israeli Security Agency says it was the

6   al-Aqsa Martyrs Brigade, and there's no mention of Hamas

7   anywhere in there, is it?

8   A    I mentioned earlier in my testimony that I do not base

9   myself only on one report or a single fact.  I look at the

10  continuum of the entire picture that is created, and in this

11  case I had to mention subject of Hamas.  Moreover, the Israeli

12  court that judge these people from Hamas, they also discuss

13  this matter, and they stated that Hamas also had

14  responsibility for this attack.  They said that it was Hamas

15  that actually loaded the bullet into the barrel of the gun and

16  that the trigger was pulled by a member of al-Aqsa Martyr

17  Brigade.  There's no evasion.  I'm stating the truth here;

18  al-Aqsa Martyrs Brigade carried out this attack, but Hamas

19  also bears responsibility for this attack.

20              MR. INGERMAN:  Your Honor, I move to strike.

21              THE COURT:  No, I'm going to overrule the objection

22  and direct you to move on to something else.

23  Q    Now, let's talk about the Bus Number 2 bombing for a

24  moment.  Now, you were aware, were you not, Mr. Shaked, that

25  Reuters -- by the way, Bus Number 2 bombing occurred on

Shaked - Cross - Ingerman                    1303

1   August 19, 2003, right?

2   A    That is correct.

3   Q    Do you know that Reuters is a news agency that puts out

4   news reports?

5   A    Of course.

6   Q    And the day offer the Bus Number 2 bombing, you knew, did

7   you not, that Reuters reported that Islamist Jihad from the

8   al-Aqsa Brigade had claimed responsibility for the Bus Number

9   2 bombing?

10  A    That is correct.

11  Q    And you also knew that on August 20th, the Israeli

12  newspaper, Harres (phonetic), reported that Islamist Jihad had

13  claimed responsibility for this attack, Bus Number 2, right?

14  A    Yes, indeed, that's what it said.

15  Q    And you also knew, did you not, that Rantiqi, one of the

16  Hamas leaders, denied that Hamas was responsible for or

17  involved in any way with Bus Number 2 bomb; is that right?

18  A    Yes.

19  Q    And you also know, do you not, that the Guardian, an

20  English newspaper, also reported that Islamist Jihad claimed

21  responsibility for this attack?

22  A    Yes, and I'm very happy that the distinguished attorney

23  has presented all this material, all these things that were

24  made public or published one day, perhaps two, at most, after

25  the attack, after the attack on Bus Number 2.  Because this

NICOLE CANALES, CSR, RPR

Shaked - Cross - Ingerman                    1304

1   was a very, very sensitive time for Hamas.  There was a cease

2   fire at the time between Israel and Hamas, which Hamas had

3   broken, and so it didn't want to take -- it didn't want to

4   make official claim of responsibility, and it was happy to let

5   Islamic Jihad take responsibility, because it cleared Hamas of

6   responsibility.  And Islamist Jihad, perhaps, took advantage

7   of the fact, because it was not part of the cease fire at that

8   time, and I don't deny those facts.

9           As I said, my test of the reality is not one day or

10  one hour after the attack, but rather through a perspective of

11  time.  And as it turned out, Rael Al Misk, the one whose will

12  I saw, and I personally visited in his home and spoke to his

13  wife, he was the one who carried out the terror attack and not

14  the Islamist Jihad or any of the other organizations that may

15  have claimed responsibility a day or two after it was carried

16  out.

17  Q    I understand that's your opinion, but I'm asking you a

18  very simple question.  Do you know -- you know, don't you,

19  that also on August 20th, 2003, the New York Daily News, here

20  in New York, also reported that the Islamist Jihad had claimed

21  responsibility, don't you?

22  A    I believe the distinguished attorney that that is what

23  was, indeed, reported in the newspaper the next day.  But if

24  we look at the difference in time between -- in the hours

25  between the time zones, between United States and Israel,

1  we'll see that that is, in fact, just a few hours after the

2  attack was carried out.  That's when it was reported, so they

3  didn't yet have any perspective in time to see what the real

4  situation was.

5  Q    Okay.  Let --

6  A    Only afterwards was it discovered who actually carried it

7  out.

8           THE COURT:  Let me say this, I'm going to ask the

9  witness to confine himself a little more closely to the

10  question being asked of him.  I know he has more to say about

11  a lot of the questions, but it's up to the Plaintiffs' lawyers

12  to bring out that information when they examine him again.

13           THE WITNESS:  Thank you very much, your Honor.  I'll

14  do that.

15           THE COURT:  Okay.

16           MR. INGERMAN:  Thank you.

17           THE COURT:  Next question.

18  Q    Now, with respect to the Dolphinarium attack that

19  occurred on June 1st, 2001, we agree that Hamas did not claim

20  responsibility until three days after that attack, right?

21  A    I'll accept what you say.  I don't recall if it was

22  exactly a day or two, but I accept that that's indeed the

23  situation.

24  Q    When you had your sworn testimony taken at your

25  deposition, you did not, at that time, remember whether there

Shaked - Cross - Ingerman                    1306

1  were any other claims of responsibility for the Dolphinarium;

2  isn't that right?

3  A    I'll try to keep my answer brief, as the judge instructed

4  me.  In my expert opinion, I did not relate to every single

5  claim of responsibility, especially those I did not consider

6  significant, or which were incorrect, or were no more than

7  boasting and self-glorification.  In some cases, I did relate

8  to those claims of responsibility, when I thought they were

9  significant.

10 Q    Sir, that's not my question.  My question is, during your

11 deposition, your sworn statement that -- your sworn testimony

12 you gave in this case, isn't it true that you said, at that

13 time, you were not aware of any competing claims for the

14 Dolphinarium attack?

15 A    That is, indeed, correct.

16 Q    And you know now, don't you, that there were alternative

17 claims of responsibility for the Dolphinarium attack.

18 A    Yes, I do indeed know that, and I hear it from you as

19 well.

20 Q    On June 1st, the day of the attack, you were aware, are

21 you not, that CNN reported that Islamist Jihad claimed

22 responsibility for the Dolphinarium attack?

23 A    Yes, I know that.

24 Q    And on that same day, the Israeli Ministry of Foreign

25 Affairs also reported that the Palestinian Hezbollah claimed

Shaked - Cross - Ingerman                1307

1  responsibility for the attack, right?

2  A    Yes, the Ministry of Foreign Affairs reported just a few

3  hours after the attack Hezbollah had taken responsibility for

4  the attack.

5  Q    On the next day, June 2nd, 2001, the British

6  Broadcasting -- the BBC, the British Broadcasting Company,

7  reported also that Islamist Jihad claimed responsibility,

8  correct?

9  A    That's correct.

10 Q    And on June 3rd, two days later, the Jerusalem Post --

11 I'm sorry.  Strike that.

12         Now, are you also aware, Mr. Shaked, that Fatah

13 actually sent money to the bomber's family?

14 A    Yes, I know that.

15 Q    Okay.  And are you aware, sir, that as recently as June

16 of this year, the Jerusalem Post reported that the Islamist

17 Jihad claimed responsibility for the attack?

18 A    Wow, I didn't know that.

19 Q    Okay.  So we have four different claims with respect to

20 the Dolphinarium bombing, right?

21 A    What can you do?  Reporters sometimes get it wrong, too.

22 Q    And you're a reporter, right?

23 A    I've also made mistakes in my life as a journalist.

24 Q    Haven't we all?  So let's talk about the Sbarro bombing

25 for a moment.  That happened on August 9th, 2001, in

NICOLE CANALES, CSR, RPR

Shaked - Cross - Ingerman                    1308

1   Jerusalem, right?

2   A    Yes.

3   Q    And you're aware that on that same day the Israeli

4   Ministry of Foreign Affairs reported that Islamist Jihad

5   claimed responsibility for the attack, right?

6   A    Yes, I'm aware of the fact that two hours after the

7   attack occurred the MFA rushed to say that.

8   Q    And also on August 9th, 2001, the British newspaper the

9   Guardian also reported that Islamist Jihad claimed

10  responsibility for the Sbarro bombing, right?

11  A    I do know that.

12  Q    And you also know that on August 9th, 2001, our New York

13  Daily News, here in New York, also reported that the Islamist

14  Jihad claimed responsibility for the Sbarro bombing?

15  A    Yes.

16  Q    And you also know that the British newspaper the

17  Telegraph also reported, on August 9th, 2001, that the

18  Islamist Jihad had claimed responsibility for the Sbarro

19  bombing?

20  A    Yes.

21  Q    And on the next day, August 10th, 2001, the Denver Post

22  reported that Islamist Jihad claimed responsibility, correct?

23  A    Yes.

24  Q    And about six months later, on March 22nd, 2002, there

25  was a Daily News report that reported that the al-Aqsa Martyrs

Shaked - Cross - Ingerman                    1309

1  Brigade of Fatah took credit for the attack for the Sbarro
2  bombing; isn't that right?
3  A    Regretfully, the Daily News did not follow after the
4  occurrences in Israel, and did not follow up the investigation
5  regarding the Sbarro attack and also regarding the
6  responsibility.  As for the other newspapers, these were
7  claims that were published three or four hours after the
8  attack occurred that were provided by various anonymous phone
9  calls.  This is what had happened.  And the truth is that the
10 official claim by the Hamas was actually issued a few hours
11 later after the attack, on that very same evening.
12 Q    The Daily News report -- I'm sorry.
13 A    And by the time the report appeared six months later, the
14 people had been arrested, the members of the cell, and it was
15 pretty clear who perpetrated this attack.  It was hardly
16 necessary to have any further investigations, and I am sorry
17 for mistakes made by my fellow journalists.
18 Q    Now, let's talk about the December 1, 2001, Ben Yehuda
19 bombing.  Now this involved two suicide bombers, and one car
20 explosion, as you've testified, right?
21 A    Right.
22 Q    Now, I want to focus on the car bombing for a minute.  We
23 agreed, do we not, that the car bomb that exploded belonged to
24 an operative of Islamist Jihad?
25 A    Indeed, that's true.

NICOLE CANALES, CSR, RPR

Shaked - Cross - Ingerman                    1310

1   Q    And, interestingly, when you were asked in your

2   deposition, your sworn testimony about this, about the owner

3   of the car, you said that there's not a person in the

4   Palestinian streets that is not recognized with an

5   organization.  Do you remember saying that?

6   A    I did say that, and I do not retract from that.

7   Q    What organizations are you talking about?

8   A    I'm talking about all organizations, the ones that are

9   members of the PLO, and the ones that are not members of the

10  PLO.  And if you would like me to, I can list the names of all

11  these organizations, and I am referring to the Palestinian

12  organizations.

13  Q    Is it your opinion, Mr. Shaked, that all Palestinians in

14  the streets are members of some sort of terrorist

15  organization?

16  A    I'm not saying that all these organizations are terrorist

17  organizations.  I clearly said that these were Palestinian

18  organizations.

19  Q    The Palestinian territories are occupied territories by

20  the Israeli military, are they not?

21  A    Yes, that's right.

22  Q    And based on -- I think you testified on direct that

23  based on your work, you've been able to understand the

24  Palestinian society.  Is it your understanding that the

25  Palestinians consider the Israeli army an enemy?

Shaked - Cross - Ingerman                    1311

1          MR. TURNER:  Your Honor, I object to this on the

2    basis of relevance.

3          THE COURT:  Sustained.

4          MR. INGERMAN:  May we have a brief sidebar,

5    your Honor?

6          THE COURT:  Sure.

7       (Sidebar heard outside the presence of the jury.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sidebar                                                   1312

1                        (Sidebar)

2          MR. INGERMAN:  Your Honor, we've had lots of

3    testimony and argument about the bank's annual reports,

4    talking about the occupied enemy, and I think he's testified

5    on direct that he understands -- understood the Palestinian

6    society as part of his work, and I think I'm entitled to

7    inquire into that.

8          THE COURT:  You have him say that, in fact, certain

9    regions are occupied territories.  That ties it into the

10   report.  The rest of it runs an undue risk of having us try

11   the Israeli Palestinian conflict, and I'm, therefore,

12   excluding the question and this line of inquiry on Rule 403.

13                   (Sidebar concluded.)

14

15

16

17

18

19

20

21

22

23

24

25

                     NICOLE CANALES, CSR, RPR

Shaked - Cross - Ingerman                    1313

1           (In the presence of the jury.)

2  Q    Mr. Shaked --

3           MR. INGERMAN:  May I proceed, your Honor?

4           THE COURT:  You may.

5  Q    The occupiers of the Palestinian territories are the

6  Israeli Army, right?

7           MR. TURNER:  Your Honor, again, I object.

8           MR. INGERMAN:  That's my last question.

9           THE COURT:  I'll allow that one question.

10           THE WITNESS:  That's correct.

11  Q    Now, we were talking about the December 1st, 2001,

12  Ben Yehuda attack, and we had already established that the

13  owner of the car bomb was Islamist Jihad.  You're aware, are

14  you not, Mr. Shaked, on December 2nd, 2001, the day after the

15  attack, the British Broadcasting Company reported a claim by

16  Islamist Jihad for Ben Yehuda?

17  A    Yes, I did know that.

18  Q    And you also knew that our New York Daily News reported,

19  on December 2nd, 2001, also that Islamist Jihad had claimed

20  responsibility for the Ben Yehuda attack?

21  A    Yes.

22  Q    Now, I want to move to the September 19, 2002, Bus Number

23  4 attack, and I think you mentioned this on direct,

24  Mr. Shaked, but Hamas' claim of responsibility for the Bus

25  Number 4 attack came six years later; isn't that true?

1   A    Indeed, that's true.

2   Q    And at your deposition, when your sworn testimony was

3   taken, you couldn't remember any other claims of

4   responsibility for the Bus Number 4 attack; isn't that right?

5   A    Could be.  I'm also a human being.

6   Q    But you know now, do you not, sir, that the next day,

7   September 20th, 2002, CNN reported that Islamist Jihad had

8   claimed responsibility for Bus Number 3?

9   A    That's indeed true.

10  Q    Reuters, the news organization, reported the same thing,

11  right?

12  A    Yes.

13  Q    Now, are you aware of a publication called the Friends of

14  the Israel Gospel Ministry?

15  A    I've learned about it because of the attack.

16  Q    Okay.  And they, too, reported, did they not, on

17  September 19th, 2002, that although Hamas had first claimed

18  responsibility, the Islamist Jihad later claimed

19  responsibility for the Bus 4 attack?

20  A    Yes.

21  Q    Now, let's move to the Mike's Place attack, if we could.

22  And that occurred on April 30th, 2003.  Am I correct with

23  respect to Mike's Place that Hamas did not take responsibility

24  for the attack until March of 2004, almost a year later?

25  A    That's right.

Shaked - Cross - Ingerman                    1315

1   Q    And I think you said this on direct, but you agree with

2   me that the attack that occurred at Mike's Place was totally

3   different than the other 23 attacks that we're here about in

4   this trial?

5   A    I do agree.

6   Q    And the two attackers in the Mike's Place attack were

7   British citizens who had trained with Al-Qaeda, right?

8   A    Yes, they were British citizens, trained by Al-Qaeda.

9   Q    And after the Mike's Place attack, Israeli Prime

10  Minister's Office announced that Hamas decided not to take

11  responsibility for this attack; isn't that right?

12  A    That's right.

13  Q    And later that day, CNN reported that the al-Aqsa Martyrs

14  Brigade, the Fatah group, had claimed responsibility for

15  Mike's Place, right?

16  A    That's right.

17  Q    And on April 30th, 2003, the United States Government

18  agency International Institute for Counterterrorism indicated

19  Fatah had claimed responsibility for Mike's Place.  You knew

20  that, right?

21  A    That's right.

22  Q    And you also know that on the day of the attack, the

23  Israeli Ministry of Foreign Affairs also said that al-Aqsa

24  Martyrs Brigades had claimed responsibility for the attack?

25  A    Indeed so, and the list is long, and the distinguished

Shaked - Cross - Ingerman                    1316

1  lawyer can also add my name to this list, because I had also

2  made a mistake, and I also reported and it was a mistaken

3  report back then, regarding the attack at Mike's Place.  And

4  there were various conjectures and theories regarding Al-Qaeda

5  or Hezbollah and their involvement.

6  Q    Am I the distinguished lawyer?

7            THE COURT:  You are.

8            MR. INGERMAN:  Thank you, your Honor.

9            THE WITNESS:  Yes, indeed, you are a distinguished

10 lawyer.

11           THE COURT:  Don't tell us that's the first time

12 everyone's said that.

13           MR. INGERMAN:  Am I under oath?

14 Q    Now, Mr. Shaked, we can also agree that the Washington

15 Post and Time Magazine also reported that Fatah and Hezbollah

16 claimed responsibility for these attacks on April 30th, 2003,

17 the Mike's Place?

18 A    Yes.

19 Q    Now, I want to show you again, with respect to Mike's

20 Place, the slide that Mr. Turner showed you regarding the ISA

21 report for the Mike's Place attack.  And it was --

22           MR. TURNER:  3811.

23           MR. INGERMAN:  The slide number?  Slide four.

24           MR. TURNER:  I thought you were talking about the

25 exhibit.

Shaked - Cross - Ingerman                    1317

1          MR. INGERMAN:  The slide to use.  Thank you.

2          May I show that to the jury, your Honor?

3          THE COURT:  Yes.

4    Q    Now, this is the excerpt from the ISA report that you

5    showed to the jury from Mike's Place, and I was interested to

6    see two things.  At the bottom -- first of all, in the middle,

7    it says is the Hamas organization claimed responsibility for

8    the attack, right?

9    A    Indeed it does say so.

10   Q    And then at the end of the report, it says the terrorist

11   pair was assisted by a number of foreign left-wing operatives

12   staying in the area.  Do you see that?

13   A    I would like to explain regarding British citizens who

14   enter Israel through the Allen Bee (phonetic) Bridge, who

15   cross into the territories through Jordan, and they are

16   considered suspect.  And usually along with them there are

17   various NGOs, and left-wing organizations which operate within

18   the territories in order to receive coverage.  And it is no

19   secret that these left-wing organizations don't really like

20   Israel.  So for these two British citizens, it was quite

21   natural for them to receive help from other organizations,

22   such help as driving them or finding a place for them to stay.

23   But I don't think that these activists really knew what their

24   intention was, that it was to carry out a suicide bomb.

25   Q    Who were the foreign left-wing operatives that helped the

Shaked - Cross - Ingerman                    1318

1   two terrorists from Mike's Place?

2   A    If I recall correctly, their name -- the name of the

3   organization is ISA.  It is called International Solidarity

4   something, and this organization is active both in Gaza and

5   the West Bank.  And these two British people received

6   assistance from them mainly in Gaza.

7   Q    Now, the last thing I want to look at, with respect to

8   Mike's Place, Mr. Shaked, is the official -- what you claim to

9   be the official claim of responsibility by Hamas.

10           MR. INGERMAN:  And Mr. Turner didn't put it up on

11   the screen.  I believe it is in evidence -- just to make sure

12   on the right, Shawn, let's show just the witness PX3807, the

13   official claim of responsibility is that PX10 --

14           MR. TURNER:  For Mike's Place, it's 3807.

15           MR. INGERMAN:  3807.  Thank you.  That's in

16   evidence, your Honor.  May I show it to the jury?

17           THE COURT:  You may, but you probably want the

18   English.

19           MR. INGERMAN:  Arabic's not going to help me.

20           THE COURT:  More importantly, it's not going to help

21   the jury.

22   Q    So we go to the English part.  The second paragraph,

23   Mr. Shaked, says, as the martyr Izz al-Din al-Qassam Brigade's

24   claimed joint responsibility with the al-Aqsa Martyrs

25   Brigades.  Do you see that, Mr. Shaked?

1  A     Yes, I do.

2  Q     You did not tell the jury you believed this to be a joint

3  claim of responsibility with al-Aqsa Martyrs Brigade, did you?

4  A     I suggest we look at the date of the claim of

5  responsibility by Hamas to understand why Hamas published

6  their claim of responsibility at that particular time,

7  together with the al-Aqsa Martyrs Brigade.

8  Q     So is it your testimony that Hamas is not telling the

9  truth in this official communication, when it says that

10 there's a joint claim of responsibility with al-Aqsa Martyrs

11 Brigade?

12 A     I'm testifying that it is true Hamas wrote it to kind of

13 dispel the clarity, the fog, as it were, and pressure being

14 excerpted on Hamas.  They were in a very great state of

15 confusion after the terror attack, after a suicide bombing was

16 carried out by foreigners who were affiliated with Al-Qaeda,

17 and there was a great deal of anger at that time.  And somehow

18 to dispel the confusion, that is what they tried to do.  And

19 when I look at it with the perspective of time, and I look at

20 the fact that in March, afterwards, they published a full and

21 precise claim of responsibility, including the will by the two

22 suicide bombers and a very detailed report by Hamas, which was

23 reported by the whole world, including the BBC.

24 Q     You said including the BBC?

25 A     The BBC made a long, detailed documentary film about the

Shaked - Cross - Ingerman                    1320

1    two suicide bombers and about the bombing at Mike's Place.

2    Q    Let's talk about the September 4th --

3                THE COURT:  Before you go on, let's take our

4    afternoon break.

5                MR. INGERMAN:  Sure.

6                THE COURT:  Ladies and gentlemen, we'll come back in

7    15 minutes.  See you at 3:30.  Remember, don't talk about the

8    case.  See you soon.

9                (Outside the presence of the jury.)

10               THE COURT:  How are you doing time wise.

11               MR. INGERMAN:  Pretty good.

12               THE COURT:  Can you be more specific?  Not totally

13   specific.  Just a little more.

14               MR. INGERMAN:  Part of it depends on whether he says

15   yes, and then he says yes and 27 more sentences.

16               THE COURT:  Yes, I do appreciate that.  I'm trying

17   to help you there.

18               THE WITNESS:  I'll try.

19               MR. INGERMAN:  I appreciate that, too.  If we come

20   back at 3:30, I'm hoping 4:00 o'clock, 4:15 at the latest.

21               THE COURT:  Okay.  Good.  See you then.

22                    (Recess in proceedings.)

23

24

25

SHAKED - CROSS - INGERMAN          1321

1      THE COURT:  Please bring in the jury.

2      (Jurors enter the courtroom.)

3      THE COURT:  Be seated.  Mr. Ingerman, you may

4  continue.

5      MR. INGERMAN:  Thank you, your Honor.

6  BY MR. INGERMAN:

7  Q    Mr. Shaked, I want to talk to you about the September

8  24th, 2004, Neve Dekalim attack.  That was a mortar attack

9  on a neighborhood in the Gaza strip called Neve Dekalim?

10  A    Yes.

11  Q    And the attackers in that case escaped and were never

12  identified, right?

13  A    That's indeed right.

14  Q    And on the day of the attack, ABC News reported that

15  Islamic Jihad took responsibility for the attack; isn't that

16  right?

17  A    Yes.

18  Q    And the only thing that you cite for your opinion that

19  it was Hamas is the Hamas claim of responsibility on the Web

20  site, right?

21  A    The claim of responsibility, as well as my professional

22  responsibility -- experience regarding everything that had

23  existed during that period with respect to mortars.

24  Q    And what you said on your direct examination, because I

25  wrote it down here, was that Hamas is the only terrorist

SHAKED - CROSS - INGERMAN          1322

1    organization that was using mortars in Gaza at that time,

2    right?

3    A    Yes.  And I did add proper or standard mortars.

4         MR. INGERMAN:  Okay.  If we could put up for just

5    the witness, Sean, Defense Exhibit 1040.

6    BY MR. INGERMAN:

7    Q    And Mr. Shaked, I'll represent to you that this is the

8    RAND report that we had looked at earlier that was

9    commissioned by the United States Department of Homeland

10   Security.  And if we could look at page 42, Sean.

11        And this was a document that you said you had looked

12   at, Mr. Shaked.  Isn't it true that the RAND Corporation

13   commissioned by the United States Department of Homeland

14   Security concluded that in September of '04, members of

15   al-Aqsa Martyrs Brigade fired two mortars on a settlement in

16   Gaza?

17   A    September is a long month.  I guess they probably fired

18   even more than that.

19   Q    Al-Aqsa Martyrs Brigade, you're talking about?

20   A    Yes, the al-Aqsa Martyrs Brigade.  During that period,

21   many mortars were fired.

22        MR. INGERMAN:  Okay.  Now, we can take that down,

23   Sean.  Thanks.

24   BY MR. INGERMAN:

25   Q    Now, throughout your testimony, Mr. Shaked, you

SHAKED - CROSS - INGERMAN                    1323

1  testified on a number of occasions in connection with a

2  number of attacks that part of your support for your opinion

3  are Israeli court documents, right?

4  A     Indeed, that's right.

5  Q     And you testified, did you not, that these court

6  documents are the ones that you find most reliable and most

7  significant?

8  A     Let me repeat once again what I've already said at the

9  beginning of my testimony.  I find all documents to be

10  important, but what's also very important is the

11  cross-referencing, the corroboration, the verification.  And

12  that gives me the general picture.  And this is the picture

13  which I provide.

14      I don't think that any one document is more important

15  than another one.  This is not mathematics we're talking

16  about.  I don't necessarily have a situation always -- I

17  don't necessarily have a situation that two plus two are

18  always four.  I always need to weigh in what's more

19  important, what's less important.

20  Q     Okay.  So you do rely, though, on Israeli court

21  documents, right?

22  A     Yes.

23  Q     And in Israel, it's Israeli judges that determine who

24  is responsible ultimately for a particular attack; isn't

25  that right?

SHAKED - CROSS - INGERMAN                     1324

1    A    Yes.  This is the judicial system.

2    Q    And in the West Bank and Gaza, that role is fulfilled

3    by military judges in military courts; isn't that right?

4    A    That is, indeed, true.

5    Q    Now, you know, do you not, that Colonel Netanel Benishu

6    is the president of the military courts.

7         You know that name?

8    A    During which period?

9    Q    Today.

10   A    I am not very much up to date at what's been going on

11   in the courts during this past year due to personal

12   circumstances.

13   Q    Okay.  Let's talk about during the 2000 and 2004 time

14   frame, okay?

15        You know, do you not, that there were claims that the

16   military prosecutions in the military courts don't meet the

17   legal requirements to provide Palestinian defendants with a

18   fair trial?

19   A    I am no legal expert.  And if, indeed, there is some

20   criticism, I cannot comment on it because I'm no expert on

21   various laws or their rules of prosecution in the

22   territories.

23   Q    Did you know that the conviction rate in Israeli

24   military courts --

25             MR. TURNER:  Your Honor, excuse me.  I object to

SHAKED - CROSS - INGERMAN                    1325

1    this on the basis of relevance.

2              THE COURT:  Sustained.

3              MR. INGERMAN:  Your Honor, may we have a sidebar?

4              THE COURT:  Sure.

5              (Sidebar conference.)

6              (Continued on the next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SIDEBAR CONFERENCE                    1326

1          MR. INGERMAN:  Your Honor, plaintiffs have

2  introduced verdict and sentencings one after another, and

3  we're entitled to impeach the credibility of those through

4  this witness who relied on them.

5          THE COURT:  Yes, but you don't have anything to

6  say that they're not reliable.  You're asking him a

7  question, and he hasn't said the process is good.  He said

8  he's relying on those.

9          Are you going to call an expert who is going to

10  say they are suspect?

11          MR. INGERMAN:  No.  But I can cite to a document

12  and see if he's seen it.

13          THE COURT:  Is it a learned treatise?

14          MR. INGERMAN:  One is a U.N. report.  I mean, I

15  think I'm entitled to inquire what he looked at with respect

16  to the, you know --

17          THE COURT:  You are.  And you're even entitled to

18  make a case that what he looked at is not reliable.  What

19  you're not entitled to do is introduce extraneous evidence

20  through this witness to show that what he looked at is not

21  reliable, evidence that he has not necessarily seen or

22  considered in forming his opinion.  I think your point is

23  that he didn't consider if these courts are reliable or not.

24  That's an argument point.

25          If you want to introduce evidence in your case

1  that's properly listed to that effect, you can do that as

2  part of an expert coming up with a contrary opinion.  But I

3  think it would be a complete sideshow to start grilling him

4  on the adequacy of the legal process in the foreign courts.

5  So I'm not going to allow that.

6           MR. TURNER:  I just want to make sure for the

7  record that we don't go back and have a question framed in

8  such a way that interjects all of this into the process.

9           THE COURT:  Well, that's what I'm saying.  I don't

10  think there's a basis for the questioning, but I can't

11  prejudge any question until I hear it.

12           (End sidebar conference.)

13           (Continued on the next page.)

14

15

16

17

18

19

20

21

22

23

24

25

SHAKED - CROSS - INGERMAN                1328

1   BY MR. INGERMAN:

2   Q    Mr. Shaked, did you know that there was a United

3   Nations report --

4             MR. TURNER:  Objection.

5             THE COURT:  Sustained.

6             MR. INGERMAN:  Okay.

7   BY MR. INGERMAN:

8   Q    Now, one of the things that you relied on in connection

9   with your opinion as to the Park Hotel bombing was the

10  confession of someone by the name of al-Sayed, right?

11  A    Abbas al-Sayed, yes.

12  Q    Now, al-Sayed claims that he was tortured before he

13  gave his confession, doesn't he?

14  A    I do recall that, and I know of that.

15  Q    Now, I want to ask you a question, Mr. Shaked, about

16  something you said in your direct testimony.

17            MR. INGERMAN:  And Sean, if we can pull up -- bear

18  with me here a moment -- page 988 of Mr. Shaked's trial

19  testimony, lines 12 through 14.

20            Your Honor, may I show this to the jury?

21            THE COURT:  Yes.

22  BY MR. INGERMAN:

23  Q    Now, Mr. Shaked, when you were testifying on direct

24  examination, you said to the ladies and gentlemen of the

25  jury, to recruit means to actually win the trust of the

SHAKED - CROSS - INGERMAN                    1329

1   people and then to handle them as agents, and that is in

2   their society in enemy territory, as my commanders have

3   instructed.

4        Do you see that?

5   A    Yes, I do see that.

6   Q    And by "enemy territory," you went the West Bank and

7   Gaza, right?

8   A    Yes.

9   Q    Now --

10            MR. INGERMAN:  Thank you, Sean.  You can take that

11   down.

12            Your Honor, if I may approach the witness to hand

13   him what was marked as Plaintiffs' 4790, which was the

14   charts.

15            THE COURT:  You can do that or you can show it on

16   the projector right there.

17            MR. INGERMAN:  I'm going to show him something

18   else on the projector so I'd like him to have it.

19            THE COURT:  Okay.

20   BY MR. INGERMAN:

21   Q    Now, Mr. Shaked, I've handed you the summary charts

22   that you've prepared in connection with these attacks.  And

23   I want to ask you a few questions about them.

24   A    Go ahead.

25   Q    Am I right that for the following attacks, you do not

SHAKED - CROSS - INGERMAN                    1330

1   have any type of Hamas conviction:  The March 28, 2001, gas

2   station bombing near Kfar Saba, right?

3             THE INTERPRETER:  Can I repeat the question?

4             MR. INGERMAN:  Sure.  Can we put up slide 3, Sean.

5   A    Now, I understand.  The attack at Neve Yamin.

6   BY MR. INGERMAN:

7   Q    Looking at the summary chart that you prepared, and

8   looking at the screen in front of you, which is slide 3.

9        Do you agree with me that you do not have Hamas

10  convictions for any of the seven attacks that are shown on

11  slide 3 on the screen in front of you?

12  A    I can tell you in general that there were convictions

13  that I didn't always include, and the slides do not always

14  contain all of these.  And actually, I can tell you about

15  some of these that there were convictions, but I didn't

16  include them in the report for various reasons.

17       For example, in Neve Yamin, in the Dolphinarium and

18  Emmanual, there were convictions which I didn't include.  In

19  Atzmona, there weren't any convictions.

20  Q    Sir, looking at the summary chart that you prepared

21  that has been put in evidence to provide to the jury, there

22  is a column that says "Hamas Convictions."

23       Do you see that?

24  A    Yes.

25  Q    And there's no check next to Neve Yamin for Hamas

1    convictions, right?

2    A    That's correct.

3    Q    And there's no check next to Dolphinarium for Hamas

4    convictions, right?

5    A    That's right.

6    Q    And there's no check next to the Emmanual bombing for

7    Hamas convictions, right?

8    A    That's right.

9    Q    And there's no check next to Atzmona for Hamas

10   convictions, right?

11   A    That's right.

12   Q    And there's no check next to Mike's Place for Hamas

13   convictions, right?

14   A    That's right.

15   Q    And there's no check next to Tel Romeda for Hamas

16   convictions, right?

17   A    That's right.

18   Q    And there's no check next to the Neve Dekalim column

19   for Hamas convictions, right?

20   A    That's right.

21         MR. INGERMAN:  Your Honor, I'd like to display the

22   slide to the jury, please.

23         THE COURT:  Okay.

24   BY MR. INGERMAN:

25   Q    So Mr. Shaked, the slide that we've displayed at slide

1  number 3, lists all of the attacks that we just went through

2  for which you do not have a check on your summary chart for

3  Hamas convictions, right?

4  A    We have to bear in mind that for the terror attack at

5  Atzmona, no one was investigated and no one was arrested.

6  For the terror attack at Mike's Place, no one was

7  investigated and no one was arrested or interrogated rather.

8  At the Tel Romeda attack, for that attack no one was

9  interrogated and no one was arrested.  For the terror attack

10 at Neve Dekalim, the mortar attack, no one was interrogated

11 or arrested.  For Neve Yamin, the Dolphinarium and Emmanual,

12 if I were to do the report again, I would probably include

13 the testimonies.

14 Q    But they weren't included in your report that you were

15 paid $120,000 to do this case, were they?

16 A    I'm only human.

17 Q    So let me try my question again.

18      Am I right that slide 3 represents the seven attacks

19 for which there is no check under the column "Hamas

20 Convictions" in your summary chart; isn't that right?

21 A    Yes.  But I would like to reiterate that for four of

22 the attacks, no one was arrested and, consequently, no

23 one -- this column could not be filled in.  For three of

24 them, I would today include the convictions.

25          MR. INGERMAN:  I'll pass the witness, your Honor.

SHAKED - REDIRECT - TURNER                    1333

1          THE COURT:  All right.

2          MR. TURNER:  A little follow-up, your Honor.

3          THE COURT:  Could you take down that poster.  It's

4    blocking my view.

5          MR. INGERMAN:  Yes.

6          THE COURT:  Thank you.

7          MR. TURNER:  Can we put up the Neve Yamin slide.

8    That's the first attack.

9          THE COURT:  You're looking at me.  You have to

10   look at him.

11   REDIRECT EXAMINATION

12   BY MR. TURNER:

13   Q    Mr. Shaked, I would like to start where the bank

14   finished and sort of work through four or five different

15   points.  First of all, with respect to the issue of

16   convictions, I've put up on the screen your chart and your

17   slide from the Neve Yamin attack.

18         Do you see that?

19   A    Yes.

20   Q    Now, let's begin at the bottom with the suicide bomber.

21   We know he was obviously not convicted because he blew

22   himself up, but let's go to the upper left and go to that

23   one, Ayman Halawah.

24         Do you know who Ayman Halawah was back at the time?

25   A    Yes.

SHAKED - REDIRECT - TURNER                1334

1   Q    Is he dead or alive today?

2   A    He's dead.

3   Q    Now, let's move over to the right, Abd al-Rahma Hamad.

4        Is he dead or alive today?

5   A    He's dead.

6   Q    Let's move to the middle, Ra'ed Houtari.  Is he dead or

7   alive today?

8   A    He's alive.

9   Q    And where is he?

10  A    He's in prison.

11  Q    Now, in some of these and, for instance, Ayman Halawah,

12  was involved in the first, I believe, four attacks we talked

13  about a day and a half, two days ago, was he not?

14       Now, in some of these 24 attacks --

15       THE COURT:  Wait.  We didn't get the yes.

16  A    Yes.

17       MR. TURNER:  I heard "ken."  I was just a little

18  slower on the up there.

19  BY MR. TURNER:

20  Q    Now, in some of these 24 attacks, did you learn during

21  the course of your investigation of these that there were

22  not convictions in some because the terrorists were, in

23  fact, killed?

24       MR. INGERMAN:  Objection.

25       THE COURT:  Oh, all right.  Why did you learn

SHAKED - REDIRECT - TURNER                1335

1    there were no convictions?

2         THE WITNESS:  In some cases, the terrorists were

3    killed either at the time of the terrorist attack or

4    afterwards.  And in other places, the terrorists weren't

5    arrested at all so there were no testimonies.

6    BY MR. TURNER:

7    Q    Now, you were asked some questions at the beginning

8    about a brief period of time in your long journalistic

9    career where you were suspended for a short period of time.

10        Do you recall that question?

11   A    Yes.  And I'd be very happy to tell why I was

12   suspended.

13        MR. TURNER:  Before he goes, let me ask the

14   question.  I know he's anxious to answer it.

15   BY MR. TURNER:

16   Q    Would you take a moment to explain the circumstances

17   surrounding that suspension and what happened.

18   A    In 1999, I published an item in the newspaper which was

19   a very, very sensitive -- on a very, very sensitive subject.

20   It was a scoop, in fact, about the Prime Minister at the

21   time, Prime Minister Ehud Barak, about his plans to divide

22   Jerusalem which he had been planning together with President

23   Clinton from the United States.

24        The item reverberated very, very loudly on the public

25   scene and caused a great deal of criticism of the Prime

SHAKED - REDIRECT - TURNER                1336

1    Minister.

2         The Prime Minister himself called the editor of the

3    newspaper and demanded an apology from him and also demanded

4    that he take disciplinary steps against me.

5              MR. INGERMAN:  Objection, your Honor.  Move to

6    strike.

7              MR. TURNER:  I don't think it's being offered for

8    the truth of the matter asserted.  But I'll wait till I come

9    up there.

10             THE COURT:  I understand what you're saying.

11   Better come up here.

12             (Sidebar conference.)

13             (Continued on the next page.)

14

15

16

17

18

19

20

21

22

23

24

25

SIDEBAR CONFERENCE                    1337

1          THE COURT:  Well, if it's not being

2    asserted -- offered for the truth of what it asserts, what's

3    it being offered for?

4          MR. TURNER:  The circumstances surrounding the

5    suspension that they brought up, the fact that those events

6    transpired.

7          THE COURT:  Do those circumstances matter if they

8    are not true?

9          MR. OSEN:  I think the difference is not whether

10   the scoop was true, but the circumstances in which he was

11   suspended.

12         THE COURT:  They're objecting to the words that he

13   was told.  I agree.  It seems unfair that they should be

14   able to bring out that he was suspended without letting him

15   explain why.  But I can't really say it's not hearsay the

16   way he's saying it now.

17         MR. TURNER:  Can I ask him without telling us

18   anything you were told, what were the circumstances

19   surrounding your suspension?

20         THE COURT:  If he can answer it that way.

21         MR. TURNER:  Sure.  And if he says he can't,

22   that's fine.

23         THE COURT:  Right.  I think you can also ask him

24   what his understanding was -- you can get that -- of the

25   circumstances.

SIDEBAR CONFERENCE                    1338

1          MR. TURNER:  Okay.

2          THE COURT:  Let's stay away from quotations of

3    what he was told by anyone.

4          MR. INGERMAN:  Can we strike the testimony?

5          THE COURT:  Yes.

6          MR. INGERMAN:  Thank you.

7          (End sidebar conference.)

8          (Continued on the next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SHAKED - REDIRECT - TURNER                    1339

1     THE COURT:  All right.  The last answer is

2    stricken.  We're going to put another question.

3    BY MR. TURNER:

4    Q    Without telling us what somebody else told you, why

5    don't you start with that preamble.  Would you please

6    explain the circumstances surrounding the suspension.

7    A    I published a big scoop about the division of Jerusalem

8    as that was being planned by the Prime Minister together

9    with President Clinton and the story was confirmed in

10   Jerusalem.  This caused some anger, a great deal of anger,

11   and reverberated very widely.  The paper that I worked for

12   published a correction -- what's called a correction -- of

13   the item and I was suspended.

14       Three days later when the item was ultimately confirmed

15   both in the United States and in Jerusalem, I received a

16   carload of flowers with letters of thanks and gratitude.

17           MR. TURNER:  May we display the bus 19 bombing

18   slide?

19           THE COURT:  Yes.

20   BY MR. TURNER:

21   Q    This is the one that you talked to the bank about where

22   something was written across this person, Nashash, and you

23   asked to explain.

24       Do you recall that dialogue back and forth?

25   A    I recall that.

SHAKED - REDIRECT - TURNER                1340

1   Q    And the bank told you to wait until I was up here, so

2   what was your explanation as to putting Hamas associated

3   with Nashash?

4   A    Because Nashash was the person who made the connection

5   between Ali Ja'ara and Nufal who was from Hamas because

6   Nashash acted on behalf of Hamas with Nufal to dispatch

7   Ja'ara to carry out the attacks in Jerusalem.  Nashash was

8   the one who prepared the vest.  Nashash and together with

9   Nufal Adawin prepared Ali Ja'ara to be dispatched to

10  Jerusalem for a bombing attack that was unsuccessful.  I

11  have no doubt that if the IDF had not erected a barrier, Ali

12  Ja'ara would have indeed blown himself up on a bus for

13  Hamas.

14  Q    Now, let's go to the actual record for a minute and

15  make sure that we are clear on it.

16             MR. TURNER:  Could you put up slide number 1,

17  which is Exhibit 4044.  This is the conviction that's in

18  evidence as Adawin.

19             May we present this, your Honor?

20             THE COURT:  Yes.

21  BY MR. TURNER:

22  Q    This is Adawin.  And are you familiar with the fact

23  that the first thing that Adawin, who is on the chart, was

24  convicted of was being a member in the Hamas organization?

25       Are you aware of that?

SHAKED - REDIRECT - TURNER                 1341

1  A    Yes.  That was the first count he was convicted of.

2  Q    Now, he was also convicted of some other crimes that

3  were unrelated to bus 19, was he not?

4  A    Yes.  Yes, he was convicted of other terrorist attacks

5  that were unrelated to the dispatching of the suicide

6  bomber.

7  Q    Now, let's go to slide 2, which is still Exhibit 4044

8  in evidence.  And this is one of the other counts he was

9  convicted of, conspiracy to intentionally cause death.

10      He was convicted in that in January 2004, together with

11 his fellow accomplices in the cell, he recruited a man that

12 was designated to carry out the suicide attack.  He planned

13 the attack in detail and prepared an improvised explosive

14 device for the purposes of carrying out the attack.  The

15 defendant put the explosive belt on the suicide bomber.  He

16 filmed and recorded him reading aloud his last will.  The

17 rest of those preparations were deleted from the indictment,

18 and as mentioned, this attack, too, was not carried out.

19      Are you familiar with that?

20 A    Yes, I am familiar with it.

21 Q    Now, go to the next slide, please.  This is still 4044.

22      Was Adawin, likewise, convicted of failing to prevent a

23 crime, referencing the bus 19 attack that resulted in the

24 death of 11 Israelis and more than 50 being wounded?

25 A    Yes, I am familiar with it.

SHAKED - REDIRECT - TURNER                    1342

1  Q    Now, let's go to the next slide.  This is 4045.  This

2  is the conviction of Nashash.

3       Now, in this particular document, in this excerpt from

4  the conviction record, let's go through this and focus for a

5  minute.  First of all, the defendant, that would be Nashash,

6  introduced Ali Ja'ara.

7       Was that the suicide bomber?

8  A    Yes.  Ali Ja'ara is the suicide bomber.

9  Q    And this is telling us that Nashash actually introduced

10 the suicide bomber to Adawin, the Hamas representative.

11      Is that how you read it?

12 A    Yes, I also read it like this.

13 Q    And does this, likewise, indicate that the suicide

14 bomber specifically asked to be allowed to carry out the

15 attack in the name of Hamas?

16 A    Yes, indeed, this is what it says in the second line;

17 that the terrorist Ali Ja'ara had asked to carry out the

18 attack on behalf of Hamas.

19 Q    Now go to the next slide, please.  This is continuing

20 in Exhibit 4045.  This is an excerpt that I have underlined.

21      It states, It should also be recalled that the

22 attacker, that would be the suicide bomber, whom Nashash

23 agreed to connect with the terrorists who sent him to the

24 attack, did, indeed, carry out an attack two weeks later.

25      Did I read that correctly?

SHAKED - REDIRECT - TURNER                    1343

1   A    Yes, indeed, that's right.

2   Q    Now, finally, with respect to your slide -- we won't go

3   back to it for the sake of time -- but with respect to your

4   slide, are you still of the opinion that your slide, at

5   least in terms of your entire investigation, is 100 percent

6   completely accurate?

7   A    I do confirm that.

8   Q    Now, I want to ask you -- and I'm not going to go

9   through each of these attacks.  I'm going to do it in one

10  bundle as an example, and I want to focus on the Sbarro

11  Pizza.

12       For several hours, you were asked questions about

13  newspapers -- the *Denver Post*, the *New York Daily*, the *New

14  York Times* -- all sorts of other newspapers that from time

15  to time printed claims of responsibility based upon

16  information they had heard.

17       Do you recall that series of questions?

18  A    Of course.

19  Q    Now, choosing Sbarro Pizzeria as that example, in that

20  example there were four different sources, four different

21  news organizations that reported other organizations having

22  claimed responsibility.

23       Did you have an official claim of responsibility from

24  Hamas for the Sbarro Pizzeria?

25  A    Yes, there was an official claiming of responsibility.

SHAKED - REDIRECT - TURNER                    1344

1    And I had already mentioned it here.  There was one official

2    communique by the Qassam Brigade and another communique that

3    claimed a claim of responsibility which I personally

4    received on my fax on that very same day at 7:00 p.m.

5    Q    Did you, likewise, have access to the ISA, the Israeli

6    Security Agency, report identifying Hamas as the responsible

7    party for that attack?

8    A    Yes, I did.

9    Q    And there were four convictions for that particular

10   attack, Exhibits 3336, 3301, 3300, and 3205, all Hamas

11   operatives.

12        Did you have any convictions for the Sbarro Pizzeria on

13   for any terror organization other than Hamas?

14   A    There was no conviction of any other organization

15   except for Hamas.

16   Q    And in both of -- in the Sbarro Pizzeria, did you have

17   the opportunity to both interview the bomb maker Barghouti

18   face-to-face, but also the parents of the suicide bomber?

19   A    Yes, I did interview Barghouti.  And I also interviewed

20   the parents of the terrorists.  And if I may, I also

21   interviewed the three additional operatives that were

22   connected to this suicide bombing, Bilal Barghouti, Muhammad

23   Daghlas and Ahlam Tamimi.  She was the woman who led the

24   terrorists to the sea.

25   Q    Now, is this a good example, this particular attack, a

SHAKED - REDIRECT - TURNER                    1345

1   good example of why, if you're in the search for the truth,

2   it's more important to look at the actual evidence rather

3   than a newspaper article from Denver, Colorado?

4            MR. INGERMAN:  Objection.

5            THE COURT:  Well, I'll sustain the objection.

6   Save it for closing.

7   BY MR. TURNER:

8   Q    Why is this important to you as an investigator to look

9   at the evidence?

10  A    The materials, the testimonials that I used, are based

11  on facts, on solid facts, things that come from first

12  source.  And it is not like the newspaper.  The newspaper

13  perhaps gives you the impression of the first hour or

14  something that is pertinent to the moment of printing the

15  newspaper.  It does not wait for a thorough investigation

16  and research.  It only suffices with a short one.  And

17  perhaps sometimes it relies on a phone call.  Another time

18  on an anonymous tip-off.

19       But these aren't any facts.  I regret the fact that

20  this is the nature of the media.

21            MR. TURNER:  That's all the questions I have.

22            THE COURT:  All right.  You may step down.  Thank

23  you.

24            (Witness exits the courtroom.)

25            THE COURT:  Ladies and gentlemen, we will adjourn

PROCEEDINGS                          1346

1    for the evening.  I know you know the instructions very

2    well, but I can't drive them home too forcefully.

3              Please, no communications with anyone about the

4    case in any way.  No Internet searches, no twittering, no

5    tweeting, no Myspacing, my Facebooking, no Google searching,

6    nothing like that.  Keep an open mind.  Stay away from any

7    media coverage of the case.  And we'll see you tomorrow at

8    9:30.  We are doing well.

9              (Jurors exit the courtroom.)

10             THE COURT:  All right.  Anything further we need

11   to cover?

12             MR. STEPHENS:  No, your Honor.

13             THE COURT:  I know I owe you stuff.  I'm going to

14   get you stuff.

15             MR. OSEN:  Thank you, your Honor.

16             THE COURT:  You owe me stuff, too.

17             MR. OSEN:  Depending on -- I know your Honor has a

18   busy calendar tonight.  So I think the likely scenario is

19   that we'll start with Mr. Spitzen tomorrow and have to play

20   the video when his testimony is completed.  So we will --

21             THE COURT:  We're going to get you something

22   tonight.

23             MR. OSEN:  Okay.  Well, then, we'll still see if

24   the IT folks can cut it in time.

25             In any event, what we'll do is submit the exhibit

PROCEEDINGS                              1347

1   list probably in the next hour or two as soon as we get back

2   from court.  I think probably we'll have the first 50 slides

3   or so, which we'll give to both the Court and the defendant

4   this evening.  So I think that will cover most of the day.

5            THE COURT:  Please make them not argumentative.

6            MR. OSEN:  Do our best.

7            THE COURT:  No Hamas symbols.

8            MR. OSEN:  The first one has the Hamas symbol

9   because the witness will explain what it means, but in the

10  context of that.

11           THE COURT:  That, of course, is fine.

12           MR. INGERMAN:  Your Honor, can we get some sense

13  of how long they think Mr. Spitzen might be on direct?

14           THE COURT:  Well, they were really off about this

15  last one.

16           MR. INGERMAN:  That's why I ask.

17           THE COURT:  What do you think?

18           MR. TURNER:  I shared with you yesterday that I

19  thought a day.

20           THE COURT:  But he wants you to tell me so that

21  you're on the record.

22           MR. TURNER:  I don't think there's any change in

23  that.  It's a day.  I hope to be finished in a day.

24           MR. INGERMAN:  Well, I thought Mr. Osen said we

25  would get the first 50 slides which would cover just

PROCEEDINGS                    1348

1  tomorrow so I interpreted that to mean it might go more than
2  a day.
3          MR. OSEN:  It's a fair inference, your Honor.  I
4  think it's possible he will go more than a day, but
5  Mr. Turner I think is perfecting the art of moving this
6  along.
7          THE COURT:  It's going to be a day to a day and a
8  half.
9          Hebrew or English?
10          MR. OSEN:  Hebrew.
11          THE COURT:  Too bad.  By the way, the translators
12  have been great.  Really, this is a very good service you're
13  using.
14          One more thing.  Hang on.
15          (Brief pause.)
16          THE COURT:  About how many exhibits do you imagine
17  for Spitzen?  Three, four?
18          MR. TURNER:  Well, there's a lot of exhibits, but
19  a lot of them are collections, bank wire transfers, for
20  instance.  Instead of standing there identifying one after
21  another, there will be like 40 in a group.
22          THE COURT:  Collective groups?
23          MR. TURNER:  Sounds like a lot of exhibits, but
24  most of them are collective.
25          THE COURT:  How many collective exhibits?

PROCEEDINGS                        1349

1          MR. TURNER:  I haven't looked at the list.

2          THE COURT:  I don't need a precise number.  Are we

3    talking dozens or hundreds?

4          MR. OSEN:  Hundreds.

5          THE COURT:  Hundreds of collective exhibits?

6          MR. TURNER:  Hundreds in total.

7          MR. OSEN:  There are about 20 senior Hamas

8    leaders, each of which would have received multiple

9    payments.  There are five suicide bombers from the 24

10   attacks, plus other, I think, 12 attacks that have multiple

11   payments to various people.

12         So it's really a question of how much foundation

13   has to be laid for bank records in the process.

14         THE COURT:  Not much if they're bank records,

15   okay.  If they're bank records, they really should be

16   stipulated into evidence.

17         MR. INGERMAN:  I actually thought, in response to

18   Mr. Werbner's letter, we pre-admitted a tremendous number.

19         THE COURT:  I heard there was an agreement, but I

20   don't think I've been told of the agreement.

21         MR. INGERMAN:  Actually, I think Mr. Werbner gave

22   the letter, my letter, to the Court.  So I think your Honor

23   has the letter.

24         THE COURT:  So we don't need to lay a foundation.

25         MR. OSEN:  I think for the vast majority of them

PROCEEDINGS                    1350

1    we shouldn't have to.

2         MR. STEPHENS:  We don't know what it's going to be

3    yet so I'm not ready to say that.  When I see them, I can

4    respond intelligently to that inquiry.

5         THE COURT:  Okay.  We'll see what we can do.

6         See you tomorrow.  Please exit quietly because I'm

7    going to start my next calendar.

8         (Time noted:  4:31 p.m.)

9         (Proceedings adjourned until Thursday, August 28,

10   2014, at 9:30 a.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1351

1    **I N D E X**

2

3    **WITNESS**                                          **PAGE**

4

5

6        RONNI SHAKED                                  1207

7        DIRECT EXAMINATION (CONTINUED)

8        BY MR. TURNER                                 1207

9

10

11       CROSS-EXAMINATION BY MR. INGERMAN             1252

12       REDIRECT EXAMINATION

13       BY MR. TURNER                                 1333

14

15

16

17

18

19

20

21

22

23

24

25

1352

1   **E X H I B I T S**

2

3

4   Plaintiffs' Exhibit 3838                          1211

5

6   Plaintiffs' Exhibit 3852                          1212

7

8   Plaintiffs' Exhibit 3863                          1213

9

10   Plaintiffs' Exhibit 3853                         1216

11

12   Plaintiffs' Exhibit 3866                         1217

13

14   Plaintiffs' Exhibit 3881                         1219

15

16   Plaintiffs' Exhibit 4007, 4008, 4009, 4010       1222

17

18   Plaintiffs' Exhibit 3952                         1226

19

20   Plaintiffs' Exhibit 3947, 3944, 3946, 3945       1227

21

22   Plaintiffs' Exhibit 4030                         1234

23

24   Plaintiffs' Exhibit 4044, 4045                   1241

25

1353

Plaintiffs' Exhibit 4049                          1241

Plaintiffs' Exhibit 4037                          1245

Plaintiffs' Exhibit 4074                          1247

Plaintiffs' Exhibit 1006                          1249

Defense Exhibit 1039                              1285

Defense Exhibit 1042                              1296

Plaintiffs' Exhibit 3993                   1230
Plaintiffs' Exhibits 3742 and 3987         1231

## $

**$120,000** [3] - 1261:8, 1271:3, 1332:15
**$22,000** [1] - 1261:7
**$96,000** [1] - 1261:2

## '

**'04** [1] - 1322:14

## 0

**04CV00365** [1] - 1204:5
**04CV02799** [1] - 1204:3
**04CV05449** [1] - 1204:4
**04CV05564** [1] - 1204:5
**05CV00388** [1] - 1204:6
**05CV03183** [1] - 1204:6
**05CV03768** [1] - 1204:7
**06CV01623** [1] - 1204:7

## 1

**1** [2] - 1309:18, 1340:16
**10** [1] - 1289:22
**100** [1] - 1343:5
**100-millimeter** [1] - 1246:7
**100-plus** [1] - 1216:16
**1006** [3] - 1249:2, 1249:5, 1353:8
**1016** [3] - 1271:22, 1272:2, 1272:5
**1019** [3] - 1273:9, 1273:13, 1276:7
**1035** [1] - 1289:23
**1038** [3] - 1277:12, 1277:18, 1277:22
**1039** [6] - 1284:13, 1284:20, 1285:2, 1289:24, 1293:21, 1353:10
**1040** [2] - 1281:4, 1322:5
**1042** [4] - 1295:21, 1296:20, 1296:23, 1353:12
**107/0409** [1] - 1246:15
**10:30** [4] - 1246:9, 1247:3, 1272:12, 1272:17
**10:50** [2] - 1245:6, 1246:15
**10th** [2] - 1246:16, 1308:21
**11** [3] - 1216:8, 1287:8, 1341:24
**11201** [1] - 1205:10
**11:30** [1] - 1249:25
**11:35** [1] - 1252:5
**12** [3] - 1289:24, 1328:19, 1349:10
**1207** [2] - 1351:6, 1351:8
**1211** [1] - 1352:4
**1212** [1] - 1352:6
**1213** [1] - 1352:8
**1216** [1] - 1352:10
**1217** [1] - 1352:12
**1219** [1] - 1352:14
**1222** [1] - 1352:16
**1226** [1] - 1352:18
**1227** [1] - 1352:20
**1230** [1] - 1353:18
**1231** [1] - 1353:19
**1234** [1] - 1352:22
**1241** [2] - 1352:24, 1353:2

**1245** [1] - 1353:4
**1247** [1] - 1353:6
**1248** [1] - 1227:2
**1249** [1] - 1353:8
**1252** [1] - 1351:11
**1285** [1] - 1353:10
**1296** [1] - 1353:12
**1333** [1] - 1351:13
**14** [4] - 1217:8, 1219:2, 1265:10, 1328:19
**1425** [1] - 1246:16
**14A** [4] - 1216:7, 1216:16, 1217:20, 1218:3
**15** [2] - 1229:15, 1320:7
**150** [1] - 1265:10
**16** [1] - 1261:23
**17** [4] - 1216:16, 1254:10, 1254:21, 1254:25
**18th** [1] - 1210:4
**19** [61] - 1210:17, 1222:12, 1238:1, 1238:9, 1241:15, 1271:8, 1271:9, 1272:6, 1272:23, 1273:4, 1276:10, 1276:13, 1276:15, 1276:18, 1276:22, 1277:15, 1278:14, 1279:2, 1279:22, 1279:25, 1280:4, 1280:25, 1281:9, 1282:6, 1282:12, 1282:21, 1283:1, 1283:8, 1283:15, 1285:7, 1285:10, 1285:21, 1286:5, 1286:18, 1287:20, 1292:16, 1292:17, 1292:19, 1292:24, 1293:1, 1293:2, 1293:6, 1293:8, 1293:13, 1294:7, 1294:11, 1294:18, 1295:1, 1295:10, 1295:17, 1296:14, 1297:2, 1301:4, 1301:7, 1301:20, 1301:21, 1303:1, 1313:22, 1339:17, 1341:3, 1341:23
**1982** [3] - 1258:13, 1258:14, 1259:7
**1983** [1] - 1258:15
**1999** [2] - 1259:14, 1335:18
**19th** [1] - 1314:17
**1:40** [2] - 1281:16, 1281:18
**1st** [4] - 1279:21, 1305:19, 1306:20, 1313:11

## 2

**2** [16] - 1222:11, 1222:17, 1222:22, 1222:24, 1225:14, 1226:8, 1227:4, 1302:23, 1302:25, 1303:6, 1303:9, 1303:13, 1303:17, 1303:25, 1341:7
**20** [6] - 1210:17, 1219:18, 1222:2, 1229:15, 1261:7, 1349:7
**2000** [5] - 1254:5, 1255:19, 1267:13, 1269:4, 1324:13
**2001** [12] - 1305:19, 1307:5, 1307:25, 1308:8, 1308:12, 1308:17, 1308:21, 1309:18, 1313:11, 1313:14, 1313:19, 1330:1
**2002** [4] - 1308:24, 1313:22, 1314:7, 1314:17
**2003** [16] - 1210:4, 1216:8, 1219:18, 1222:2, 1222:12, 1228:7, 1228:12, 1228:22, 1229:7, 1232:7, 1287:14,

1303:1, 1304:19, 1314:22, 1315:17, 1316:16
**2004** [22] - 1238:2, 1238:5, 1242:23, 1245:6, 1247:4, 1254:5, 1255:19, 1269:4, 1271:10, 1273:4, 1276:12, 1277:14, 1278:5, 1279:12, 1282:6, 1283:16, 1285:12, 1287:20, 1314:24, 1321:8, 1324:13, 1341:10
**2006** [1] - 1279:21
**2009** [2] - 1267:13, 1276:17
**2010** [4] - 1280:4, 1280:22, 1282:13, 1282:15
**2012** [3] - 1258:9, 1258:10, 1258:15
**2014** [2] - 1204:10, 1350:10
**20th** [3] - 1303:11, 1304:19, 1314:7
**21st** [1] - 1280:17
**22** [2] - 1254:10, 1254:21
**225** [1] - 1205:9
**22nd** [1] - 1308:24
**23** [2] - 1222:17, 1315:3
**24** [11] - 1242:23, 1248:2, 1248:4, 1248:6, 1248:23, 1256:16, 1270:25, 1271:5, 1334:14, 1334:20, 1349:9
**24th** [5] - 1242:18, 1245:5, 1247:4, 1287:20, 1321:8
**25** [2] - 1299:7, 1299:23
**27** [3] - 1204:10, 1261:22, 1320:15
**28** [2] - 1330:1, 1350:9
**29** [2] - 1271:9, 1283:16
**29th** [2] - 1280:18, 1282:5
**2nd** [3] - 1307:5, 1313:14, 1313:19

## 3

**3** [6] - 1314:8, 1330:4, 1330:8, 1330:11, 1332:1, 1332:18
**30** [5] - 1273:4, 1276:12, 1276:17, 1277:14, 1278:4
**30th** [5] - 1278:16, 1279:12, 1314:22, 1315:17, 1316:16
**3205** [1] - 1344:10
**3300** [1] - 1344:10
**3301** [1] - 1344:10
**3336** [1] - 1344:10
**37-E3** [1] - 1249:18
**3742** [3] - 1231:18, 1231:20, 1353:19
**3744** [3] - 1220:23, 1220:24, 1221:15
**3807** [2] - 1318:14, 1318:15
**3811** [5] - 1209:7, 1211:20, 1217:25, 1231:2, 1316:22
**3812** [2] - 1207:6, 1207:15
**3830** [1] - 1211:3
**3838** [6] - 1211:4, 1211:6, 1211:9, 1211:11, 1211:16, 1352:4
**3852** [6] - 1212:12, 1212:14, 1212:16, 1212:20, 1212:23, 1352:6
**3853** [5] - 1214:15, 1214:16, 1216:4, 1218:12, 1352:10
**3863** [3] - 1213:18, 1213:22, 1352:8
**3866** [7] - 1217:2, 1217:3, 1217:5, 1217:9, 1217:12, 1217:14, 1352:12

**3881** [9] - 1218:19, 1218:20, 1218:21, 1218:22, 1218:24, 1219:3, 1219:6, 1352:14
**39** [1] - 1224:14
**3912** [2] - 1223:25, 1224:8
**3944** [3] - 1227:19, 1227:24, 1352:20
**3945** [3] - 1227:20, 1227:24, 1352:20
**3946** [3] - 1227:19, 1227:24, 1352:20
**3947** [3] - 1227:18, 1227:24, 1352:20
**3952** [7] - 1226:2, 1226:3, 1226:5, 1226:10, 1226:13, 1226:23, 1352:18
**3987** [3] - 1231:18, 1231:20, 1353:19
**3993** [7] - 1230:7, 1230:8, 1230:10, 1230:16, 1230:19, 1230:21, 1353:18
**3:30** [2] - 1320:7, 1320:20
**3rd** [1] - 1307:10

## 4

**4** [4] - 1313:23, 1313:25, 1314:4, 1314:19
**40** [1] - 1348:21
**4007** [3] - 1222:3, 1222:8, 1352:16
**4008** [3] - 1222:2, 1222:8, 1352:16
**4009** [3] - 1222:4, 1222:8, 1352:16
**4010** [3] - 1222:5, 1222:8, 1352:16
**4017** [1] - 1234:11
**403** [1] - 1312:12
**4030** [7] - 1233:10, 1233:11, 1233:13, 1233:18, 1233:21, 1234:5, 1352:22
**4034** [1] - 1246:22
**4037** [3] - 1245:10, 1245:14, 1353:4
**4044** [6] - 1241:4, 1241:8, 1340:17, 1341:7, 1341:21, 1352:24
**4045** [9] - 1241:5, 1241:8, 1286:2, 1286:3, 1286:21, 1289:22, 1342:1, 1342:20, 1352:24
**4049** [7] - 1241:10, 1241:11, 1241:13, 1241:17, 1241:20, 1242:3, 1353:2
**4073** [4] - 1244:24, 1244:25, 1245:2, 1245:8
**4074** [6] - 1246:24, 1247:1, 1247:5, 1247:8, 1247:10, 1353:6
**42** [1] - 1322:10
**473** [1] - 1245:16
**4790** [2] - 1249:9, 1329:13
**4:00** [1] - 1320:20
**4:15** [1] - 1320:20
**4:31** [1] - 1350:8
**4th** [1] - 1320:2

## 5

**50** [3] - 1341:24, 1347:2, 1347:25
**51** [3] - 1283:10, 1285:16, 1287:24
**59** [2] - 1254:10, 1254:21
**5th** [2] - 1250:9, 1250:10

## 6

**6** [7] - 1210:2, 1210:12, 1210:15, 1210:18, 1211:8, 1211:19, 1214:9

**60** [6] - 1219:18, 1219:21, 1219:23, 1221:24, 1222:2, 1222:4

## 7

**7:00** [1] - 1344:4

## 9

**9** [2] - 1228:7, 1250:11
**9/24/2004** [1] - 1246:2
**92404** [1] - 1246:16
**94** [1] - 1264:9
**988** [1] - 1328:18
**9:30** [2] - 1346:8, 1350:10
**9th** [5] - 1250:6, 1307:25, 1308:8, 1308:12, 1308:17

## A

**a.m** [3] - 1246:9, 1252:5, 1350:10
**AAMB** [2] - 1238:19, 1289:5
**Abbas** [1] - 1238:11
**ABC** [1] - 1321:14
**Abd** [5] - 1216:17, 1217:21, 1218:7, 1266:8, 1334:3
**Abdallah** [1] - 1227:20
**Abde** [1] - 1295:7
**able** [24] - 1209:12, 1210:8, 1210:20, 1216:10, 1216:21, 1219:20, 1220:2, 1222:16, 1228:11, 1228:14, 1229:16, 1232:9, 1232:18, 1238:8, 1238:11, 1243:11, 1244:16, 1247:18, 1248:12, 1256:15, 1266:16, 1280:19, 1310:23, 1337:14
**aboard** [1] - 1225:14
**abu** [1] - 1228:17
**academic** [1] - 1223:14
**academics** [2] - 1229:1, 1229:5
**accept** [2] - 1305:21, 1305:22
**accepted** [1] - 1251:11
**access** [30] - 1209:14, 1209:20, 1209:22, 1211:19, 1212:8, 1213:4, 1214:10, 1217:23, 1218:1, 1219:12, 1223:21, 1224:3, 1224:6, 1227:2, 1227:14, 1230:23, 1231:8, 1231:15, 1231:23, 1232:1, 1241:24, 1242:3, 1242:9, 1242:12, 1243:24, 1246:17, 1246:18, 1247:17, 1248:6, 1344:5
**accessible** [1] - 1233:2
**accident** [1] - 1218:1
**accomplices** [1] - 1341:11
**according** [6] - 1221:20, 1223:3, 1232:21, 1276:24, 1288:11, 1289:3
**accuracy** [2] - 1209:25, 1237:11
**accurate** [1] - 1343:6
**achieved** [1] - 1299:8
**act** [2] - 1216:25, 1238:14
**acted** [7] - 1210:22, 1216:21, 1228:14, 1232:19, 1232:21, 1238:12, 1340:6
**acting** [7] - 1210:20, 1210:21, 1216:22, 1228:15, 1232:20, 1238:12, 1238:15

**action** [1] - 1220:21
**actions** [1] - 1291:12
**active** [4] - 1269:10, 1269:16, 1270:2, 1318:4
**activists** [1] - 1317:23
**activity** [2] - 1256:22, 1269:25
**acts** [1] - 1252:24
**actual** [4] - 1265:4, 1276:24, 1340:14, 1345:2
**Adawin** [13] - 1239:5, 1239:6, 1241:2, 1241:6, 1283:22, 1283:25, 1284:2, 1340:9, 1340:18, 1340:22, 1340:23, 1341:22, 1342:10
**add** [4] - 1266:25, 1297:17, 1316:1, 1322:3
**addition** [8] - 1207:21, 1209:14, 1211:18, 1212:25, 1219:8, 1226:25, 1230:13, 1233:16
**additional** [1] - 1344:21
**adequacy** [1] - 1327:4
**adjacent** [1] - 1237:3
**adjourn** [1] - 1345:25
**adjourned** [1] - 1350:9
**admission** [2] - 1272:1, 1284:19
**admit** [3] - 1208:7, 1226:21, 1275:5
**admitted** [8] - 1211:14, 1234:4, 1235:4, 1249:3, 1272:5, 1277:22, 1285:1, 1349:18
**advantage** [1] - 1304:6
**Affairs** [5] - 1242:5, 1306:25, 1307:2, 1308:4, 1315:23
**affiliated** [3] - 1288:22, 1288:24, 1319:16
**aforementioned** [1] - 1246:14
**afraid** [1] - 1255:14
**Afrait** [1] - 1204:6
**Afrait-Kurtzer** [1] - 1204:6
**afternoon** [1] - 1320:4
**afterwards** [3] - 1305:6, 1319:20, 1335:4
**Agency** [16] - 1209:10, 1211:20, 1212:3, 1217:24, 1230:25, 1255:17, 1255:20, 1255:24, 1259:7, 1262:11, 1301:6, 1301:8, 1301:13, 1301:16, 1302:5, 1344:6
**agency** [8] - 1209:15, 1212:8, 1237:5, 1237:6, 1237:7, 1242:4, 1303:3, 1315:18
**agents** [1] - 1329:1
**ago** [2] - 1249:18, 1334:13
**agree** [23] - 1252:17, 1252:20, 1254:4, 1263:5, 1264:2, 1264:14, 1264:19, 1266:11, 1267:11, 1267:16, 1292:15, 1293:4, 1293:6, 1293:9, 1293:10, 1293:20, 1299:12, 1305:19, 1315:1, 1315:5, 1316:14, 1330:9, 1337:13
**agreed** [4] - 1221:7, 1250:6, 1309:23, 1342:23
**agreement** [1] - 1349:19, 1349:20
**ahead** [4] - 1242:21, 1248:14, 1295:18, 1329:24

**Ahlam** [1] - 1344:23
**Ahmed** [3] - 1220:11, 1266:9, 1266:10
**Ahronot** [4] - 1258:11, 1258:13, 1259:13, 1277:14
**aim** [1] - 1222:25
**AKA-40A** [1] - 1236:16
**AL** [1] - 1204:3
**Al** [7] - 1208:8, 1231:24, 1304:11, 1315:7, 1315:8, 1316:4, 1319:16
**al** [88] - 1217:6, 1218:11, 1218:13, 1218:15, 1218:17, 1220:10, 1230:17, 1233:14, 1233:19, 1238:16, 1238:19, 1239:17, 1239:19, 1240:7, 1246:13, 1249:20, 1264:23, 1266:8, 1269:6, 1269:12, 1269:18, 1270:17, 1270:18, 1271:18, 1272:24, 1273:2, 1273:5, 1276:9, 1277:4, 1278:18, 1279:25, 1280:5, 1280:23, 1281:1, 1281:8, 1282:11, 1282:25, 1285:22, 1287:15, 1287:21, 1288:5, 1288:10, 1288:17, 1289:2, 1289:6, 1291:16, 1292:10, 1293:6, 1293:15, 1294:12, 1294:17, 1294:21, 1294:25, 1295:8, 1296:2, 1296:13, 1296:15, 1296:17, 1297:10, 1297:14, 1299:5, 1299:10, 1299:13, 1301:22, 1302:3, 1302:6, 1302:16, 1302:18, 1303:8, 1308:25, 1315:13, 1315:23, 1318:23, 1318:24, 1319:3, 1319:7, 1319:10, 1322:15, 1322:19, 1322:20, 1328:10, 1328:11, 1328:12, 1334:3
**al-Aqsa** [63] - 1238:19, 1239:17, 1239:19, 1240:7, 1269:12, 1270:17, 1271:18, 1272:24, 1273:2, 1273:5, 1276:9, 1277:4, 1278:18, 1279:25, 1280:5, 1280:23, 1281:1, 1281:8, 1282:11, 1282:25, 1285:22, 1287:15, 1287:21, 1288:5, 1288:10, 1288:17, 1289:2, 1289:6, 1291:16, 1292:10, 1293:6, 1293:15, 1294:12, 1294:17, 1294:21, 1294:25, 1295:8, 1296:2, 1296:13, 1296:15, 1296:17, 1297:10, 1297:14, 1299:5, 1299:10, 1299:13, 1301:22, 1302:3, 1302:6, 1302:16, 1302:18, 1303:8, 1308:25, 1315:13, 1315:23, 1318:24, 1319:3, 1319:7, 1319:10, 1322:15, 1322:19, 1322:20
**al-Aziz** [1] - 1266:8
**al-Din** [2] - 1249:20, 1318:23
**Al-Qaeda** [5] - 1208:8, 1315:7, 1315:8, 1316:4, 1319:16
**al-Qassam** [9] - 1217:6, 1230:17, 1233:14, 1233:19, 1238:16, 1246:13, 1264:23, 1269:6, 1318:23
**al-Qawasmeh** [5] - 1218:11, 1218:13, 1218:15, 1218:17
**al-Quds** [2] - 1269:18, 1270:18
**al-Rahma** [1] - 1334:3
**al-Rantisi** [1] - 1266:8
**al-Sayed** [3] - 1328:10, 1328:11, 1328:12

**Ali** [17] - 1240:6, 1241:16, 1242:9, 1242:13, 1242:16, 1278:12, 1278:17, 1285:9, 1290:4, 1297:18, 1340:5, 1340:9, 1340:11, 1342:6, 1342:8, 1342:17
**alive** [4] - 1334:1, 1334:4, 1334:7, 1334:8
**Allah** [1] - 1288:20
**Allen** [1] - 1317:14
**alleviates** [1] - 1252:3
**alley** [1] - 1237:2
**alleyway** [1] - 1237:11
**allow** [2] - 1313:9, 1327:5
**allowed** [1] - 1342:14
**ALMOG** [1] - 1204:22
**Almog** [1] - 1204:5
**almost** [6] - 1223:19, 1248:3, 1251:24, 1260:1, 1298:3, 1314:24
**alone** [5] - 1210:20, 1216:21, 1228:14, 1238:12, 1238:14
**aloud** [1] - 1341:16
**alternative** [1] - 1306:16
**amount** [2] - 1261:2, 1300:7
**anarchy** [1] - 1278:6
**AND** [3] - 1204:17, 1204:20, 1205:7
**anger** [3] - 1319:17, 1339:10
**announced** [2] - 1246:13, 1315:10
**announcement** [1] - 1233:14
**announcements** [2] - 1209:15, 1233:8
**annual** [2] - 1279:9, 1312:3
**anonymous** [2] - 1309:8, 1345:18
**answer** [20] - 1244:13, 1255:2, 1255:6, 1255:7, 1255:12, 1255:15, 1262:3, 1262:7, 1262:9, 1264:16, 1265:14, 1265:17, 1265:18, 1265:20, 1265:22, 1282:14, 1306:3, 1335:14, 1337:20, 1339:1
**answered** [1] - 1277:9
**answers** [2] - 1254:15, 1277:7
**ANTHONY** [1] - 1205:4
**anxious** [1] - 1335:14
**anyway** [1] - 1260:8
**apologize** [2] - 1221:5, 1258:4
**apology** [1] - 1336:3
**Apolstilled** [1] - 1222:6
**Apostille** [5] - 1214:21, 1215:6, 1227:18, 1241:5, 1249:20
**Apostilled** [4] - 1212:20, 1214:16, 1219:3, 1231:19
**appearance** [1] - 1225:17
**APPEARANCES** [1] - 1205:2
**aPPEARANCES** [1] - 1204:15
**appeared** [2] - 1221:22, 1309:13
**applies** [1] - 1264:7
**appreciate** [3] - 1280:8, 1320:16, 1320:19
**approach** [4] - 1234:18, 1250:7, 1270:6, 1329:12
**approached** [2] - 1292:8, 1292:10
**April** [3] - 1314:22, 1315:17, 1316:16
**Aqanibi** [5] - 1232:17, 1232:19,

1232:21, 1233:5, 1233:6
**Aqsa** [63] - 1238:19, 1239:17, 1239:19, 1240:7, 1269:12, 1270:17, 1271:18, 1272:24, 1273:2, 1273:5, 1276:9, 1277:4, 1278:18, 1279:25, 1280:5, 1280:23, 1281:1, 1281:8, 1282:11, 1282:25, 1285:22, 1287:15, 1287:21, 1288:5, 1288:10, 1288:17, 1289:2, 1289:6, 1291:16, 1292:10, 1293:6, 1293:15, 1294:12, 1294:17, 1294:21, 1294:25, 1295:8, 1296:2, 1296:13, 1296:15, 1296:17, 1297:10, 1297:14, 1299:5, 1299:10, 1299:13, 1301:22, 1302:3, 1302:6, 1302:16, 1302:18, 1303:8, 1308:25, 1315:13, 1315:23, 1318:24, 1319:3, 1319:7, 1319:10, 1322:15, 1322:19, 1322:20
**ARAB** [1] - 1204:10
**Arabic** [1] - 1295:24
**Arabic's** [1] - 1318:19
**Arba** [1] - 1249:19
**area** [5] - 1233:1, 1233:2, 1298:2, 1299:17, 1317:12
**areas** [1] - 1300:6
**argued** [1] - 1208:9
**argument** [2] - 1312:3, 1326:24
**argumentative** [1] - 1347:5
**arm** [3] - 1272:9, 1272:25, 1278:19
**army** [1] - 1310:25
**Army** [1] - 1313:6
**arrest** [1] - 1287:15
**arrested** [10] - 1221:22, 1255:14, 1256:23, 1309:14, 1332:5, 1332:7, 1332:9, 1332:11, 1332:22, 1335:5
**arrived** [1] - 1259:18
**art** [1] - 1348:5
**article** [14] - 1261:17, 1273:10, 1274:14, 1274:17, 1275:1, 1276:8, 1276:18, 1277:13, 1277:16, 1278:4, 1279:7, 1279:12, 1279:14, 1345:3
**articles** [6] - 1259:15, 1263:3, 1274:4, 1274:6, 1275:3, 1275:6
**asserted** [3] - 1274:9, 1336:8, 1337:2
**asserts** [1] - 1337:2
**assessment** [1] - 1241:25
**assist** [4] - 1213:12, 1225:10, 1227:7, 1231:5
**assistance** [1] - 1318:6
**assisted** [3] - 1205:12, 1237:24, 1317:11
**assists** [1] - 1268:11
**associated** [1] - 1340:2
**ASSOCIATES** [1] - 1204:18
**association** [2] - 1285:22, 1287:14
**assume** [2] - 1224:1, 1290:24
**attached** [1] - 1244:4
**attack** [231] - 1207:18, 1207:23, 1208:1, 1208:3, 1208:13, 1208:23, 1208:25, 1209:1, 1209:4, 1209:6, 1209:11, 1209:17, 1209:21, 1210:5, 1210:10, 1212:1, 1212:5, 1212:10, 1212:19,

1213:3, 1213:9, 1213:13, 1213:17, 1214:12, 1216:11, 1216:15, 1216:23, 1217:25, 1218:9, 1218:14, 1218:18, 1219:14, 1219:16, 1219:18, 1219:21, 1219:25, 1220:3, 1220:7, 1220:14, 1220:18, 1221:17, 1222:2, 1222:4, 1222:21, 1222:23, 1223:18, 1226:8, 1227:9, 1227:13, 1228:2, 1228:8, 1228:12, 1228:16, 1228:20, 1229:5, 1229:9, 1229:10, 1229:14, 1229:17, 1230:1, 1230:3, 1230:13, 1230:25, 1231:6, 1231:10, 1231:16, 1232:2, 1232:6, 1232:10, 1232:20, 1233:7, 1233:15, 1234:7, 1235:9, 1236:17, 1236:20, 1236:22, 1236:23, 1237:1, 1237:9, 1237:16, 1237:23, 1238:9, 1238:21, 1239:7, 1239:12, 1240:1, 1240:11, 1240:14, 1240:16, 1240:18, 1242:1, 1242:6, 1242:8, 1242:10, 1242:14, 1242:18, 1242:23, 1243:8, 1243:14, 1243:18, 1243:22, 1243:24, 1244:17, 1244:21, 1244:22, 1245:5, 1246:2, 1246:20, 1247:2, 1247:15, 1247:19, 1247:25, 1249:13, 1249:19, 1258:21, 1265:7, 1267:18, 1267:20, 1268:3, 1268:22, 1271:13, 1273:6, 1277:1, 1277:3, 1279:3, 1279:15, 1288:13, 1291:4, 1291:22, 1292:7, 1292:11, 1292:16, 1292:20, 1293:5, 1293:12, 1294:2, 1294:7, 1294:8, 1294:11, 1294:13, 1294:18, 1294:22, 1295:1, 1295:13, 1296:14, 1297:6, 1297:8, 1297:10, 1297:11, 1297:13, 1297:16, 1301:4, 1302:4, 1302:14, 1302:18, 1302:19, 1303:13, 1303:21, 1303:25, 1304:10, 1304:13, 1305:2, 1305:18, 1305:20, 1306:14, 1306:17, 1306:20, 1306:22, 1307:1, 1307:3, 1307:4, 1307:17, 1308:5, 1308:7, 1309:1, 1309:5, 1309:8, 1309:11, 1309:15, 1313:12, 1313:15, 1313:20, 1313:23, 1313:25, 1314:4, 1314:15, 1314:19, 1314:21, 1314:24, 1315:2, 1315:6, 1315:9, 1315:11, 1315:22, 1315:24, 1316:3, 1316:21, 1317:8, 1319:15, 1321:8, 1321:14, 1321:15, 1323:24, 1330:5, 1332:4, 1332:6, 1332:8, 1332:9, 1332:10, 1333:8, 1333:17, 1335:3, 1340:10, 1341:12, 1341:13, 1341:14, 1341:18, 1341:23, 1342:15, 1342:18, 1342:24, 1344:7, 1344:10, 1344:25

**attacker** [1] - 1342:22
**attackers** [3] - 1290:18, 1315:6, 1321:11
**attacks** [40] - 1220:17, 1243:16, 1243:17, 1248:2, 1248:4, 1248:6, 1248:19, 1248:23, 1248:24, 1255:21, 1255:25, 1256:6, 1256:12, 1256:16, 1256:20, 1257:22, 1267:14, 1269:3, 1270:25, 1271:5, 1279:10, 1301:9, 1301:18, 1315:3, 1316:16, 1323:2, 1329:22, 1329:25, 1330:10, 1332:1,

1332:18, 1332:22, 1334:12, 1334:14, 1334:20, 1340:7, 1341:4, 1343:9, 1349:10
**attempt** [1] - 1292:8
**attend** [1] - 1229:3
**attorney** [2] - 1303:22, 1304:22
**attributed** [2] - 1280:4, 1299:24
**Atzmona** [3] - 1330:19, 1331:9, 1332:5
**August** [10] - 1222:12, 1303:1, 1303:11, 1304:19, 1307:25, 1308:8, 1308:12, 1308:17, 1308:21, 1350:9
**AUGUST** [1] - 1204:10
**authenticate** [1] - 1235:5
**authenticating** [1] - 1215:10
**authorize** [1] - 1220:21
**available** [3] - 1247:15, 1248:18, 1248:21
**Averbach** [1] - 1210:7
**AVITAL** [1] - 1205:7
**avoid** [1] - 1297:14
**aware** [13] - 1261:14, 1271:12, 1281:7, 1302:24, 1306:13, 1306:20, 1307:12, 1307:15, 1308:3, 1308:6, 1313:13, 1314:13, 1340:25
**Ayman** [3] - 1333:23, 1333:24, 1334:11
**Aziz** [1] - 1266:8

# B

**BA/MA** [1] - 1223:15
**background** [2] - 1228:21, 1232:23
**bad** [1] - 1348:11
**Baheesh** [1] - 1229:20
**Balel** [1] - 1229:20
**bandana** [3] - 1216:20, 1225:1, 1236:15
**bank** [8] - 1252:14, 1333:13, 1339:21, 1340:1, 1348:19, 1349:13, 1349:14, 1349:15
**BANK** [1] - 1204:10
**Bank** [4] - 1237:8, 1318:5, 1324:2, 1329:6
**bank's** [1] - 1312:3
**banner** [5] - 1208:19, 1289:17, 1289:19, 1290:3
**banners** [1] - 1293:25
**Barak** [1] - 1335:21
**Barghouti** [4] - 1227:20, 1344:17, 1344:19, 1344:22
**barrel** [1] - 1302:15
**barrier** [1] - 1340:11
**base** [1] - 1302:8
**based** [8] - 1247:12, 1247:17, 1266:20, 1284:9, 1310:22, 1310:23, 1343:15, 1345:10
**Basel** [7] - 1214:15, 1214:21, 1218:11, 1218:12, 1218:13, 1218:15, 1218:17
**Basem** [2] - 1210:17, 1213:10
**basic** [1] - 1240:14
**basing** [1] - 1233:7
**basis** [3] - 1311:2, 1325:1, 1327:10
**BBC** [4] - 1307:6, 1319:23, 1319:24,

1319:25
**bear** [3] - 1297:12, 1328:17, 1332:4
**bears** [1] - 1302:19
**beat** [1] - 1300:1
**became** [1] - 1229:4
**Bee** [1] - 1317:14
**BEFORE** [1] - 1204:13
**began** [2] - 1248:3, 1251:6
**begin** [2] - 1238:23, 1333:20
**beginning** [5] - 1209:23, 1236:5, 1285:12, 1323:9, 1335:7
**begins** [1] - 1274:1
**behalf** [13] - 1207:10, 1210:22, 1213:16, 1216:25, 1228:15, 1228:18, 1228:19, 1232:22, 1238:13, 1238:15, 1340:6, 1342:18
**behind** [4] - 1227:13, 1240:22, 1290:20, 1293:19
**behold** [1] - 1271:5
**belong** [2] - 1238:16, 1245:24
**belonged** [3] - 1268:23, 1291:18, 1309:23
**belongs** [3] - 1225:5, 1237:7, 1245:25
**belt** [10] - 1212:18, 1219:1, 1225:23, 1239:6, 1239:10, 1240:10, 1290:7, 1290:10, 1299:13, 1341:15
**Ben** [4] - 1309:18, 1313:12, 1313:16, 1313:20
**bench** [1] - 1251:1
**Benishu** [1] - 1324:5
**Bennett** [1] - 1204:6
**BENNETT** [1] - 1204:20
**best** [3] - 1262:4, 1267:17, 1347:6
**Bethlehem** [1] - 1293:25, 1294:5
**better** [3] - 1245:9, 1269:11, 1336:11
**between** [13] - 1220:9, 1225:11, 1267:12, 1267:25, 1269:3, 1291:10, 1297:4, 1299:22, 1304:2, 1304:24, 1304:25, 1340:5
**big** [2] - 1301:23, 1339:7
**bigger** [3] - 1286:9, 1286:11, 1296:7
**Bilal** [1] - 1344:22
**bit** [7] - 1232:23, 1253:15, 1258:1, 1259:17, 1283:7, 1286:6, 1293:18
**black** [6] - 1210:24, 1224:25, 1225:19, 1225:21, 1225:23, 1290:10
**blacked** [1] - 1221:6
**blacklists** [1] - 1257:17
**blanket** [1] - 1251:24
**blew** [3] - 1210:15, 1210:18, 1333:21
**blocking** [1] - 1333:4
**blow** [5] - 1245:19, 1278:2, 1280:18, 1293:8, 1296:9
**blown** [1] - 1340:12
**BMC** [1] - 1204:3
**board** [5] - 1225:18, 1270:16, 1292:13, 1292:22, 1293:2
**boarded** [1] - 1225:23
**boasting** [1] - 1306:7
**body** [2] - 1219:1, 1239:10
**bomb** [14] - 1219:2, 1222:22, 1229:16,

1229:19, 1229:21, 1229:23, 1230:2, 1230:4, 1280:23, 1303:17, 1309:23, 1313:13, 1317:24, 1344:17
**bomb-maker** [1] - 1229:23
**bomber** [49] - 1210:9, 1210:15, 1212:4, 1212:19, 1213:5, 1213:7, 1213:12, 1216:10, 1216:15, 1217:8, 1217:17, 1217:19, 1218:5, 1218:6, 1219:2, 1219:10, 1219:13, 1222:17, 1223:10, 1223:11, 1226:9, 1228:12, 1231:6, 1231:24, 1232:2, 1233:17, 1237:12, 1238:8, 1238:12, 1238:23, 1239:7, 1240:4, 1240:17, 1241:16, 1272:7, 1272:8, 1272:23, 1278:13, 1297:18, 1333:20, 1341:6, 1341:15, 1342:7, 1342:8, 1342:10, 1342:14, 1342:22, 1344:18
**bomber's** [1] - 1307:13
**bombers** [6] - 1209:12, 1243:18, 1309:19, 1319:22, 1320:1, 1349:9
**bombing** [81] - 1210:3, 1210:13, 1211:8, 1211:19, 1214:10, 1216:7, 1216:19, 1217:8, 1218:3, 1222:11, 1227:4, 1227:8, 1228:6, 1230:13, 1238:1, 1238:25, 1239:11, 1239:14, 1239:15, 1239:22, 1241:15, 1271:8, 1271:9, 1271:16, 1273:1, 1273:4, 1276:10, 1276:13, 1276:15, 1276:18, 1276:19, 1276:23, 1277:15, 1279:2, 1279:22, 1279:25, 1280:5, 1280:25, 1281:9, 1282:6, 1282:12, 1282:21, 1283:1, 1283:8, 1283:16, 1285:7, 1285:10, 1285:21, 1286:5, 1286:18, 1287:20, 1288:14, 1288:21, 1292:13, 1293:16, 1295:10, 1297:2, 1301:20, 1301:22, 1301:25, 1302:23, 1302:25, 1303:6, 1303:9, 1307:20, 1307:24, 1308:10, 1308:14, 1308:19, 1309:2, 1309:19, 1309:22, 1319:15, 1320:1, 1328:9, 1330:2, 1331:6, 1339:17, 1340:10, 1344:22
**bombings** [1] - 1256:11
**bombs** [4] - 1243:17, 1247:21, 1247:24, 1290:7
**BONNER** [2] - 1204:22, 1204:23
**book** [2] - 1240:24, 1262:10
**bore** [1] - 1297:15
**bottom** [7] - 1210:16, 1216:17, 1220:6, 1240:21, 1296:1, 1317:6, 1333:20
**break** [5] - 1242:17, 1249:24, 1281:12, 1281:13, 1320:4
**breath** [1] - 1301:24
**BRETT** [1] - 1205:4
**Brett** [1] - 1252:13
**BRIAN** [1] - 1204:13
**Brian** [1] - 1251:1
**Bridge** [1] - 1317:14
**brief** [4] - 1237:17, 1306:3, 1311:4, 1335:8
**Brief** [1] - 1348:15
**briefly** [4] - 1211:25, 1217:14, 1218:2,

1220:6
**Brigade** [64] - 1238:19, 1239:17, 1239:19, 1240:7, 1241:19, 1245:11, 1269:7, 1269:12, 1269:18, 1269:19, 1270:18, 1271:18, 1272:24, 1273:2, 1273:5, 1276:9, 1277:4, 1278:19, 1279:25, 1280:5, 1280:23, 1281:1, 1281:8, 1282:11, 1282:25, 1285:23, 1287:16, 1287:21, 1288:5, 1288:10, 1288:18, 1289:2, 1289:6, 1291:16, 1292:10, 1293:6, 1293:15, 1294:12, 1294:18, 1294:21, 1295:8, 1296:13, 1296:16, 1296:18, 1297:11, 1297:15, 1299:6, 1299:10, 1299:13, 1301:22, 1302:3, 1302:6, 1302:17, 1302:18, 1303:8, 1309:1, 1315:14, 1319:3, 1319:7, 1319:11, 1322:15, 1322:19, 1322:20, 1344:2
**Brigade's** [1] - 1318:23
**Brigades** [16] - 1211:13, 1213:8, 1217:6, 1230:11, 1230:17, 1233:15, 1233:20, 1238:16, 1245:25, 1246:6, 1246:13, 1247:6, 1270:18, 1294:25, 1315:24, 1318:25
**bring** [3] - 1305:12, 1321:1, 1337:14
**British** [10] - 1307:5, 1307:6, 1308:8, 1308:16, 1313:15, 1315:7, 1315:8, 1317:13, 1317:20, 1318:5
**Broadcasting** [3] - 1307:6, 1313:15
**broadcasts** [1] - 1263:8
**broke** [2] - 1276:7, 1282:5
**broken** [1] - 1304:3
**Brooklyn** [2] - 1204:9, 1205:10
**brought** [2] - 1299:23, 1337:5
**built** [2] - 1229:21, 1230:4
**bullet** [1] - 1302:15
**bundle** [1] - 1343:10
**bus** [25] - 1216:19, 1222:24, 1223:1, 1223:6, 1225:18, 1225:20, 1225:24, 1279:2, 1279:22, 1279:25, 1280:4, 1280:23, 1280:25, 1281:9, 1292:13, 1292:17, 1292:22, 1292:23, 1292:25, 1301:22, 1339:17, 1340:12, 1341:3, 1341:23
**Bus** [77] - 1210:2, 1210:12, 1210:15, 1210:18, 1211:8, 1211:19, 1214:9, 1216:7, 1216:16, 1217:20, 1218:3, 1219:2, 1222:11, 1222:17, 1222:22, 1225:14, 1226:8, 1227:4, 1238:1, 1238:8, 1241:15, 1271:8, 1271:9, 1272:6, 1272:23, 1273:4, 1276:10, 1276:13, 1276:15, 1276:18, 1276:22, 1277:15, 1278:14, 1282:6, 1282:12, 1282:21, 1282:25, 1283:8, 1285:13, 1285:7, 1285:10, 1285:20, 1286:4, 1286:18, 1287:20, 1292:16, 1292:19, 1292:24, 1293:1, 1293:2, 1293:6, 1293:8, 1293:13, 1294:7, 1294:11, 1294:18, 1295:1, 1295:10, 1295:17, 1296:14, 1297:2, 1301:4, 1301:7, 1301:20, 1302:23, 1302:25, 1303:6, 1303:8, 1303:13, 1303:17, 1303:25,

1313:22, 1313:24, 1314:4, 1314:8, 1314:19
**busses** [1] - 1212:19
**busy** [1] - 1346:18
**button** [1] - 1297:21
**buy** [1] - 1289:12
**BY** [38] - 1207:14, 1204:18, 1204:20, 1204:23, 1204:24, 1204:25, 1205:3, 1205:4, 1205:4, 1205:5, 1205:7, 1207:14, 1252:10, 1272:21, 1276:6, 1280:12, 1280:20, 1281:5, 1321:6, 1322:6, 1322:24, 1328:1, 1328:7, 1328:22, 1329:20, 1330:6, 1331:24, 1333:12, 1334:19, 1335:6, 1335:15, 1339:3, 1339:20, 1340:21, 1345:7, 1351:8, 1351:11, 1351:13

## C

**Cable** [1] - 1263:5
**Cadman** [1] - 1205:9
**cafe** [1] - 1229:4
**Cafe** [13] - 1228:6, 1228:12, 1228:22, 1228:24, 1229:7, 1230:2, 1230:3, 1230:12, 1230:14, 1230:25, 1231:1, 1231:10, 1232:2
**cafes** [2] - 1229:2, 1229:3
**calendar** [3] - 1206:5, 1346:18, 1350:7
**camouflage** [1] - 1210:24
**CANALES** [1] - 1205:9
**cancel** [1] - 1297:7
**cannot** [5] - 1240:18, 1243:20, 1262:15, 1266:19, 1324:20
**cap** [2] - 1210:24, 1225:19
**car** [6] - 1236:14, 1309:19, 1309:22, 1309:23, 1310:3, 1313:13
**career** [1] - 1335:9
**carefully** [1] - 1299:22
**carload** [1] - 1339:16
**carried** [26] - 1216:15, 1228:12, 1239:8, 1239:13, 1239:15, 1239:19, 1239:22, 1240:15, 1243:18, 1243:22, 1244:21, 1245:5, 1247:3, 1265:6, 1280:25, 1293:5, 1301:22, 1301:24, 1302:18, 1304:13, 1304:15, 1305:2, 1305:6, 1319:16, 1341:18
**carry** [16] - 1223:18, 1223:20, 1240:11, 1240:18, 1256:20, 1285:10, 1288:21, 1291:14, 1292:7, 1302:3, 1317:24, 1340:7, 1341:12, 1342:14, 1342:17, 1342:24
**carrying** [8] - 1216:22, 1223:6, 1228:15, 1232:20, 1241:25, 1242:6, 1256:11, 1341:14
**case** [24] - 1238:14, 1243:23, 1244:2, 1249:24, 1252:14, 1253:2, 1254:12, 1259:19, 1260:19, 1262:15, 1270:24, 1281:15, 1284:17, 1295:23, 1297:18, 1302:11, 1306:12, 1308:21, 1321:11, 1326:18, 1326:25, 1332:15, 1346:4, 1346:7
**cases** [11] - 1204:4, 1243:19, 1260:2,

1260:20, 1260:22, 1260:24, 1261:1, 1261:10, 1261:12, 1306:7, 1335:2
**categories** [1] - 1248:13
**CAUSE** [1] - 1204:13
**caused** [2] - 1335:25, 1339:10
**cease** [2] - 1304:1, 1304:7
**cell** [3] - 1228:19, 1309:14, 1341:11
**Center** [8] - 1279:18, 1279:23, 1280:4, 1280:22, 1282:10, 1282:18
**center** [2] - 1218:10, 1220:9
**certain** [8] - 1257:5, 1263:10, 1267:4, 1267:5, 1268:21, 1291:12, 1312:8
**certainly** [1] - 1243:17
**certified** [7] - 1212:21, 1214:22, 1219:4, 1222:6, 1227:18, 1241:5, 1296:5
**cetera** [1] - 1254:3
**change** [1] - 1347:22
**charge** [2] - 1290:4, 1290:10
**charges** [1] - 1293:24
**chart** [8] - 1248:8, 1299:9, 1330:7, 1330:20, 1332:2, 1332:20, 1333:16, 1340:23
**charts** [6] - 1248:5, 1248:10, 1249:1, 1249:2, 1329:14, 1329:21
**check** [18] - 1209:24, 1212:7, 1228:3, 1231:1, 1248:12, 1248:14, 1249:1, 1249:12, 1277:1, 1330:25, 1331:3, 1331:6, 1331:9, 1331:12, 1331:15, 1331:18, 1332:2, 1332:19
**checked** [1] - 1248:17
**checking** [3] - 1206:19, 1221:23, 1230:22
**children** [2] - 1223:7, 1223:16
**choosing** [1] - 1343:19
**chronology** [1] - 1291:25
**circumstances** [8] - 1324:12, 1335:16, 1337:4, 1337:7, 1337:10, 1337:18, 1337:25, 1339:6
**cite** [2] - 1321:18, 1326:11
**citizens** [4] - 1315:7, 1315:8, 1317:13, 1317:20
**city** [2] - 1232:25, 1243:1
**CIVETTA** [1] - 1205:5
**CIVIL** [1] - 1204:13
**claim** [43] - 1208:10, 1211:7, 1211:18, 1211:21, 1217:7, 1217:18, 1226:6, 1226:25, 1227:1, 1239:25, 1241:14, 1244:20, 1244:21, 1245:4, 1247:2, 1248:1, 1267:13, 1267:17, 1267:19, 1271:23, 1276:9, 1276:14, 1286:17, 1290:16, 1297:7, 1304:4, 1305:19, 1306:5, 1309:10, 1313:15, 1313:24, 1318:8, 1318:9, 1318:13, 1319:3, 1319:4, 1319:6, 1319:10, 1319:21, 1321:19, 1321:21, 1343:23, 1344:3
**claimed** [33] - 1208:3, 1271:5, 1271:18, 1273:5, 1274:16, 1294:1, 1296:25, 1303:8, 1303:13, 1303:20, 1304:15, 1304:20, 1306:21, 1306:25, 1307:7, 1307:17, 1308:5, 1308:9, 1308:14, 1308:18, 1308:22, 1313:19, 1314:8,

1314:17, 1314:18, 1315:14, 1315:19, 1315:24, 1316:16, 1317:7, 1318:24, 1343:22, 1344:3
**claiming** [6] - 1233:15, 1268:3, 1269:3, 1274:22, 1294:6, 1343:25
**Claims** [1] - 1270:16
**claims** [16] - 1207:16, 1207:21, 1207:25, 1246:6, 1262:20, 1271:13, 1306:1, 1306:8, 1306:13, 1306:17, 1307:19, 1309:7, 1314:3, 1324:15, 1328:12, 1343:15
**clarified** [1] - 1209:16
**clarify** [1] - 1208:13
**clarity** [1] - 1319:13
**Clark** [1] - 1250:7
**clear** [4] - 1208:10, 1297:1, 1309:15, 1340:15
**cleared** [1] - 1304:5
**clearly** [2] - 1296:10, 1310:17
**CLERK** [1] - 1250:10
**client** [1] - 1206:9
**climbed** [1] - 1225:14
**Clinton** [2] - 1335:23, 1339:9
**clip** [6] - 1224:8, 1224:14, 1234:12, 1236:6, 1237:17
**close** [1] - 1295:14
**closely** [1] - 1305:9
**closing** [1] - 1345:6
**clothes** [2] - 1210:23, 1240:22
**clout** [1] - 1268:4
**CLYDE** [1] - 1204:18
**cnlsnic@aol.com** [1] - 1205:10
**CNN** [4] - 1263:5, 1306:21, 1314:7, 1315:13
**coat** [3] - 1210:24, 1225:22, 1225:23
**COGAN** [1] - 1204:13
**Cogan** [1] - 1251:1
**cold** [3] - 1251:19, 1251:21, 1251:22
**Coleman** [1] - 1226:15, 1226:18
**COLES** [1] - 1205:4
**collected** [2] - 1227:11, 1233:8
**collections** [1] - 1348:19
**collective** [3] - 1348:22, 1348:24, 1348:25, 1349:5
**COLLECTIVELY** [1] - 1207:4
**Colonel** [1] - 1324:5
**colony** [1] - 1228:25
**Colorado** [1] - 1345:3
**column** [4] - 1330:22, 1331:18, 1332:19, 1332:23
**comfortable** [1] - 1253:12
**coming** [2] - 1235:8, 1327:2
**commanded** [1] - 1218:18
**commander** [2] - 1220:14, 1220:19
**commanders** [1] - 1329:2
**comment** [1] - 1324:20
**commissioned** [3] - 1283:4, 1322:9, 1322:13
**commit** [3] - 1288:14, 1288:25, 1292:16
**commits** [2] - 1252:20, 1252:24
**committed** [7] - 1216:18, 1216:19,

1216:25, 1218:17, 1237:15, 1274:20, 1278:17
**committing** [2] - 1258:20, 1292:20
**communication** [1] - 1319:9
**communications** [1] - 1346:3
**communique** [1] - 1344:2
**Company** [2] - 1307:6, 1313:15
**compare** [1] - 1266:22
**competing** [1] - 1306:13
**competition** [2] - 1267:25, 1268:2
**complete** [1] - 1327:3
**completed** [1] - 1346:20
**completely** [2] - 1251:24, 1343:6
**completing** [1] - 1244:5
**computer** [1] - 1205:12
**computer-assisted** [1] - 1205:12
**conceal** [1] - 1225:22
**concerning** [1] - 1206:3
**conclude** [2] - 1244:16, 1247:18
**concluded** [6] - 1215:14, 1235:11, 1279:24, 1280:22, 1281:8, 1300:11, 1312:13, 1322:14
**conclusion** [3] - 1227:12, 1237:24, 1244:19
**conclusions** [3] - 1231:12, 1231:14, 1237:22
**conducted** [2] - 1244:23, 1263:13
**conference** [6] - 1274:1, 1275:7, 1325:5, 1327:12, 1336:12, 1338:7
**confession** [7] - 1284:10, 1284:14, 1284:15, 1284:23, 1285:3, 1285:6, 1285:11, 1289:23, 1289:25, 1291:5, 1291:25, 1293:21, 1328:10, 1328:13
**confine** [1] - 1305:9
**confirm** [5] - 1212:3, 1231:12, 1246:19, 1267:2, 1343:7
**confirmed** [5] - 1211:21, 1242:6, 1242:8, 1339:9, 1339:14
**confirming** [1] - 1241:24
**conflict** [1] - 1312:11
**confusion** [2] - 1319:15, 1319:18
**conjectures** [1] - 1316:4
**connect** [1] - 1342:23
**connected** [1] - 1344:22
**connecting** [1] - 1225:10
**connection** [18] - 1282:20, 1283:8, 1283:15, 1284:16, 1285:7, 1285:20, 1286:4, 1286:18, 1288:12, 1295:1, 1295:17, 1295:23, 1301:8, 1301:17, 1323:1, 1328:8, 1329:22, 1340:4
**connections** [1] - 1285:9
**consequently** [1] - 1332:22
**consider** [3] - 1306:5, 1310:25, 1326:23
**considered** [1] - 1317:16, 1326:22
**consistent** [3] - 1206:8, 1246:9, 1246:11
**conspiracy** [1] - 1341:9
**constitute** [1] - 1248:18
**constructed** [1] - 1293:7
**CONT** [1] - 1205:2
**contact** [1] - 1254:2

**contain** [1] - 1330:14
**context** [4] - 1207:15, 1243:10, 1292:2, 1347:10
**continue** [5] - 1207:5, 1214:6, 1216:3, 1282:3, 1321:4
**Continued** [8] - 1273:21, 1275:8, 1278:22, 1281:19, 1325:6, 1327:13, 1336:13, 1338:8
**continued** [1] - 1250:20
**CONTINUED** [2] - 1207:13, 1351:7
**continuing** [1] - 1342:19
**continuum** [1] - 1302:10
**contradiction** [1] - 1299:22
**contrary** [1] - 1327:2
**controversy** [1] - 1299:5
**conversations** [1] - 1266:13
**convey** [1] - 1267:5
**convicted** [20] - 1241:2, 1241:3, 1284:9, 1285:21, 1287:13, 1288:4, 1288:9, 1294:13, 1294:18, 1295:1, 1295:2, 1295:9, 1333:21, 1340:24, 1341:1, 1341:2, 1341:4, 1341:9, 1341:10, 1341:22
**conviction** [29] - 1214:15, 1214:21, 1214:22, 1218:12, 1219:4, 1222:1, 1222:3, 1222:4, 1222:5, 1227:14, 1227:19, 1227:20, 1227:21, 1228:1, 1231:15, 1231:19, 1247:13, 1249:19, 1284:2, 1284:22, 1286:4, 1288:6, 1288:11, 1324:23, 1330:1, 1340:17, 1342:2, 1342:4, 1344:14
**Convictions** [2] - 1330:22, 1332:20
**convictions** [20] - 1241:5, 1330:10, 1330:12, 1330:15, 1330:18, 1330:19, 1331:1, 1331:4, 1331:7, 1331:10, 1331:13, 1331:16, 1331:19, 1332:3, 1332:24, 1333:16, 1334:22, 1335:1, 1344:9, 1344:12
**copies** [1] - 1241:5
**copy** [1] - 1214:22
**corner** [1] - 1283:21
**Corporation** [4] - 1282:22, 1282:24, 1283:3, 1322:12
**correct** [90] - 1207:17, 1249:14, 1249:15, 1253:4, 1253:17, 1253:19, 1254:15, 1255:23, 1256:1, 1256:3, 1256:4, 1256:8, 1256:12, 1256:18, 1258:11, 1258:12, 1258:16, 1258:22, 1258:23, 1259:5, 1259:8, 1259:10, 1259:11, 1259:16, 1260:21, 1262:23, 1263:1, 1264:1, 1264:17, 1265:22, 1266:6, 1266:7, 1268:4, 1268:5, 1269:18, 1269:19, 1269:20, 1269:24, 1270:4, 1270:5, 1271:2, 1271:11, 1271:15, 1272:9, 1273:7, 1273:11, 1276:10, 1276:11, 1276:15, 1276:16, 1276:20, 1276:23, 1278:15, 1278:21, 1279:5, 1280:1, 1280:5, 1281:10, 1282:7, 1283:5, 1283:6, 1283:18, 1283:25, 1284:10, 1284:11, 1284:18, 1285:4, 1285:8, 1285:13, 1285:14,

1285:17, 1285:18, 1286:18, 1288:3, 1288:5, 1288:12, 1288:16, 1289:10, 1292:21, 1295:18, 1296:16, 1303:2, 1303:10, 1306:15, 1307:8, 1307:9, 1308:22, 1313:10, 1314:22, 1331:2
**correction** [2] - 1339:12
**corrections** [1] - 1254:18
**correctly** [2] - 1318:2, 1342:25
**corroboration** [1] - 1323:11
**Coulter** [1] - 1204:5
**COULTER** [1] - 1204:17
**counsel** [2] - 1297:25, 1298:5
**count** [1] - 1341:1
**Counter** [1] - 1280:4
**Counterterrorism** [3] - 1282:10, 1282:18, 1315:18
**countries** [1] - 1257:16
**counts** [1] - 1341:8
**couple** [2] - 1287:7, 1293:4
**course** [14] - 1229:25, 1232:18, 1244:15, 1256:24, 1262:17, 1265:15, 1267:15, 1269:6, 1279:14, 1296:7, 1303:5, 1334:21, 1343:18, 1347:11
**Court** [2] - 1347:3, 1349:22
**court** [8] - 1241:3, 1253:13, 1287:9, 1302:12, 1323:3, 1323:5, 1323:20, 1347:2
**COURT** [191] - 1204:1, 1205:9, 1206:2, 1206:16, 1206:22, 1207:1, 1207:5, 1208:17, 1210:14, 1211:10, 1211:14, 1212:2, 1212:22, 1213:20, 1214:1, 1214:4, 1214:6, 1214:24, 1215:2, 1215:5, 1215:10, 1215:13, 1216:2, 1216:14, 1217:10, 1217:15, 1218:4, 1219:5, 1220:1, 1221:3, 1221:6, 1221:14, 1222:7, 1222:15, 1224:1, 1224:5, 1224:14, 1224:13, 1226:14, 1226:17, 1226:21, 1227:23, 1228:10, 1230:20, 1231:4, 1231:22, 1232:14, 1233:22, 1234:1, 1234:4, 1234:19, 1235:7, 1235:10, 1236:3, 1237:18, 1238:7, 1241:7, 1241:21, 1242:19, 1242:21, 1243:9, 1244:11, 1245:9, 1245:13, 1245:18, 1247:9, 1249:3, 1249:11, 1249:21, 1249:23, 1250:3, 1250:11, 1250:18, 1251:2, 1251:9, 1251:15, 1251:20, 1252:2, 1252:6, 1254:23, 1255:4, 1261:25, 1264:12, 1270:10, 1270:13, 1272:4, 1272:20, 1273:14, 1273:20, 1274:2, 1274:11, 1274:24, 1276:2, 1277:19, 1277:21, 1277:25, 1281:13, 1281:18, 1282:2, 1282:14, 1283:13, 1284:21, 1284:23, 1285:1, 1286:22, 1286:25, 1295:6, 1295:12, 1295:16, 1296:22, 1297:24, 1298:4, 1299:2, 1299:20, 1300:5, 1301:3, 1301:15, 1302:21, 1305:8, 1305:15, 1305:17, 1311:3, 1311:6, 1312:8, 1313:4, 1313:9, 1316:7, 1316:11, 1317:3, 1318:17, 1318:20, 1320:3, 1320:6, 1320:10, 1320:12, 1320:16, 1320:21, 1321:1, 1321:3,

1325:2, 1325:4, 1326:5, 1326:13, 1326:17, 1327:9, 1328:5, 1328:21, 1329:15, 1329:19, 1331:23, 1333:1, 1333:3, 1333:6, 1333:9, 1334:15, 1334:25, 1336:10, 1337:1, 1337:7, 1337:12, 1337:20, 1337:23, 1338:2, 1338:5, 1339:1, 1339:19, 1340:20, 1345:5, 1345:22, 1345:25, 1346:10, 1346:13, 1346:16, 1346:21, 1347:5, 1347:7, 1347:11, 1347:14, 1347:17, 1347:20, 1348:7, 1348:11, 1348:16, 1348:22, 1348:25, 1349:2, 1349:5, 1349:14, 1349:19, 1349:24, 1350:5
**Courthouse** [1] - 1204:8
**COURTNEY** [1] - 1204:3
**courtroom** [5] - 1252:5, 1281:17, 1321:2, 1345:24, 1346:9
**courts** [8] - 1288:4, 1324:3, 1324:6, 1324:11, 1324:16, 1324:24, 1326:23, 1327:4
**cover** [4] - 1206:16, 1346:11, 1347:4, 1347:25
**coverage** [2] - 1317:18, 1346:7
**covering** [1] - 1251:24
**covers** [1] - 1237:8
**created** [3] - 1209:20, 1283:18, 1302:10
**credibility** [1] - 1326:3
**credit** [1] - 1309:1
**crime** [3] - 1274:20, 1287:13, 1341:23
**crimes** [2] - 1252:20, 1341:2
**criminal** [1] - 1252:17
**criminals** [1] - 1257:18
**criteria** [1] - 1268:25
**criticism** [2] - 1324:20, 1335:25
**cross** [10] - 1209:24, 1212:7, 1228:3, 1230:22, 1251:6, 1252:7, 1282:3, 1299:17, 1317:15, 1323:11
**CROSS** [2] - 1252:9, 1351:11
**cross-check** [3] - 1209:24, 1212:7, 1228:3
**cross-checking** [1] - 1230:22
**cross-examination** [2] - 1252:7, 1282:3
**CROSS-EXAMINATION** [1] - 1252:9, 1351:11
**cross-examining** [1] - 1251:6
**cross-referencing** [1] - 1323:11
**crosscheck** [1] - 1267:2
**CSR** [1] - 1205:9
**curious** [1] - 1301:18
**customary** [1] - 1292:13
**cut** [1] - 1346:24

## D

**Daghlas** [1] - 1344:23
**Daheyshe** [1] - 1278:17
**Daily** [7] - 1304:19, 1308:13, 1308:25, 1309:3, 1309:12, 1313:18, 1343:13
**damages** [1] - 1268:9
**data** [1] - 1233:7
**date** [5] - 1246:2, 1247:3, 1319:4,

**dated** [1] - 1282:13
**days** [11] - 1248:3, 1252:16, 1290:23, 1291:2, 1291:11, 1292:1, 1292:13, 1305:20, 1307:10, 1334:13, 1339:14
**dead** [5] - 1334:1, 1334:2, 1334:4, 1334:5, 1334:6
**deal** [3] - 1319:17, 1335:25, 1339:10
**dealt** [1] - 1262:5
**death** [3] - 1300:1, 1341:9, 1341:24
**deaths** [2] - 1216:16, 1222:17
**debate** [1] - 1297:4
**December** [3] - 1309:18, 1313:11, 1313:14, 1313:19
**decided** [2] - 1279:11, 1315:10
**declaration** [2] - 1263:17, 1274:22
**Defendant** [1] - 1204:11
**DEFENDANT** [1] - 1205:3
**defendant** [6] - 1206:7, 1253:2, 1287:12, 1341:15, 1342:5, 1347:3
**defendant's** [1] - 1274:3
**defendants** [1] - 1324:17
**defense** [4] - 1221:8, 1256:1, 1272:16, 1277:17
**Defense** [19] - 1271:22, 1272:2, 1272:5, 1272:12, 1273:9, 1277:12, 1277:22, 1281:4, 1284:13, 1284:20, 1285:2, 1289:24, 1293:21, 1295:21, 1296:19, 1296:23, 1322:5, 1353:10, 1353:12
**defined** [1] - 1292:17
**definitely** [2] - 1243:17, 1269:15
**degree** [1] - 1247:18
**Dekalim** [12] - 1242:23, 1242:25, 1243:2, 1243:13, 1244:21, 1246:3, 1246:8, 1247:20, 1321:8, 1321:9, 1331:18, 1332:10
**deleted** [1] - 1341:17
**demanded** [4] - 1210:25, 1297:7, 1336:3
**demonstrated** [1] - 1288:1
**demonstrative** [1] - 1270:7
**denied** [2] - 1297:2, 1303:16
**dense** [1] - 1268:18
**Denver** [3] - 1308:21, 1343:13, 1345:3
**deny** [1] - 1304:8
**Department** [3] - 1283:4, 1322:9, 1322:13
**department** [1] - 1221:19
**deposition** [18] - 1206:23, 1210:7, 1254:10, 1254:11, 1254:17, 1255:15, 1260:7, 1261:21, 1262:1, 1262:8, 1264:9, 1264:13, 1265:10, 1265:12, 1305:25, 1306:11, 1310:2, 1314:2
**depth** [1] - 1277:1
**describe** [5] - 1222:21, 1223:18, 1234:16, 1236:11, 1243:10
**described** [1] - 1246:5
**description** [3] - 1245:19, 1276:22, 1289:3
**descriptions** [1] - 1251:12
**designated** [5] - 1257:8, 1257:10,

**designation** [5] - 1227:3, 1227:5, 1257:4, 1257:12, 1257:13
**designations** [1] - 1206:23
**Desk** [1] - 1258:7
**detail** [2] - 1285:7, 1341:13
**detailed** [2] - 1319:22, 1319:25
**details** [5] - 1227:11, 1233:16, 1233:17, 1236:12, 1243:22
**detect** [1] - 1268:19
**determine** [13] - 1210:20, 1216:21, 1219:20, 1222:16, 1228:11, 1228:14, 1229:16, 1232:19, 1238:11, 1240:18, 1243:21, 1270:25, 1323:23
**determined** [1] - 1219:22
**determining** [1] - 1258:19
**developed** [3] - 1235:10, 1259:24, 1260:2
**developing** [1] - 1263:11
**device** [6] - 1289:12, 1293:8, 1293:10, 1293:12, 1295:9, 1341:14
**diagnosis** [1] - 1261:19
**dialogue** [1] - 1339:24
**difference** [2] - 1304:24, 1337:9
**different** [12] - 1224:8, 1243:15, 1269:14, 1270:23, 1292:9, 1292:11, 1307:19, 1315:3, 1333:14, 1343:20
**Din** [2] - 1249:20, 1318:23
**diplomacy** [1] - 1221:19
**direct** [16] - 1207:5, 1257:3, 1257:14, 1299:4, 1299:24, 1301:5, 1301:19, 1302:22, 1310:22, 1312:5, 1313:23, 1315:1, 1321:24, 1328:16, 1328:23, 1347:13
**DIRECT** [2] - 1207:13, 1351:7
**direction** [1] - 1246:8
**directly** [1] - 1224:9
**disagree** [1] - 1300:2
**disciplinary** [1] - 1336:4
**disclose** [1] - 1244:6
**discovered** [3] - 1244:4, 1268:17, 1305:6
**discuss** [1] - 1302:12
**discussed** [2] - 1234:2, 1243:16
**disguise** [1] - 1226:1
**disguised** [2] - 1225:14, 1225:16
**dispatch** [1] - 1340:6
**dispatched** [4] - 1212:18, 1219:2, 1240:8, 1340:9
**dispatching** [1] - 1341:5
**dispel** [1] - 1319:13, 1319:18
**display** [26] - 1208:15, 1209:7, 1210:12, 1211:25, 1216:13, 1217:14, 1218:2, 1219:24, 1221:11, 1222:14, 1228:9, 1231:2, 1232:12, 1238:4, 1238:6, 1243:7, 1245:16, 1249:10, 1249:12, 1251:6, 1254:22, 1264:11, 1265:11, 1283:11, 1331:21, 1339:17
**displayed** [1] - 1331:25
**dissertation** [1] - 1223:13
**distance** [2] - 1243:3, 1243:19

**distinction** [1] - 1266:22
**distinguish** [1] - 1266:19
**distinguished** [7] - 1261:18, 1268:13, 1303:22, 1304:22, 1315:25, 1316:6, 1316:9
**distributed** [1] - 1223:23
**DISTRICT** [3] - 1204:1, 1204:1, 1204:14
**divide** [1] - 1335:21
**divided** [1] - 1220:8
**division** [2] - 1238:17, 1339:7
**DLA** [1] - 1205:3
**document** [21] - 1211:12, 1211:14, 1215:7, 1216:2, 1217:4, 1217:6, 1230:11, 1233:24, 1241:14, 1257:4, 1282:9, 1282:12, 1282:21, 1282:24, 1286:5, 1287:23, 1294:10, 1322:11, 1323:14, 1326:11, 1342:3
**documentary** [1] - 1319:25
**documents** [6] - 1211:24, 1242:7, 1323:3, 1323:6, 1323:9, 1323:21
**Dolphinarium** [9] - 1305:18, 1306:1, 1306:14, 1306:17, 1306:22, 1307:20, 1330:17, 1331:3, 1332:11
**done** [8] - 1248:23, 1256:21, 1298:2, 1299:11, 1299:14, 1300:7, 1300:8, 1300:9
**double** [1] - 1240:12
**doubt** [2] - 1240:15, 1340:11
**down** [11] - 1229:23, 1246:12, 1250:3, 1266:1, 1279:1, 1286:12, 1321:25, 1322:22, 1329:11, 1333:3, 1345:22
**dozens** [1] - 1233:3, 1243:4, 1349:3
**dressed** [1] - 1240:22
**drive** [1] - 1346:2
**driver** [1] - 1220:11
**driving** [1] - 1317:22
**drove** [1] - 1293:15
**due** [1] - 1324:11
**duly** [1] - 1207:11
**duress** [1] - 1263:19
**during** [22] - 1229:25, 1232:18, 1244:15, 1254:4, 1255:25, 1256:6, 1257:3, 1257:14, 1259:12, 1262:17, 1262:19, 1262:21, 1267:25, 1269:11, 1276:22, 1306:10, 1321:23, 1322:20, 1324:8, 1324:11, 1324:13, 1334:20
**DX** [2] - 1273:13, 1276:7
**DX1036** [1] - 1280:11

**E**

**E-mail** [1] - 1262:20
**early** [1] - 1206:18
**easier** [3] - 1292:3, 1296:5, 1296:7
**easily** [1] - 1278:6
**East** [1] - 1205:9
**EASTERN** [1] - 1204:1
**Eastern** [1] - 1258:7
**easy** [7] - 1226:1, 1233:2, 1240:4, 1268:19, 1268:22, 1268:25, 1292:4
**editor** [2] - 1279:11, 1336:2

educated [2] - 1223:12, 1297:19
effect [1] - 1327:1
efficient [1] - 1300:9
effort [2] - 1255:20, 1282:20
Ehud [1] - 1335:21
either [2] - 1206:13, 1335:3
el [3] - 1216:17, 1217:21, 1218:7
el-Muati [1] - 1218:7
elapsed [1] - 1291:10
elated [1] - 1223:19
elsewhere [1] - 1240:20
ELSNER [1] - 1204:24
embedded [1] - 1268:16
emblem [2] - 1245:22, 1245:24
Emmanual [3] - 1330:18, 1331:6, 1332:11
emphasize [2] - 1239:23, 1260:17
employed [1] - 1261:15
employment [1] - 1258:15
End [3] - 1275:7, 1322:12, 1338:7
end [5] - 1236:15, 1239:8, 1258:14, 1287:14, 1317:10
ender [1] - 1242:19
enemy [4] - 1310:25, 1312:4, 1329:2, 1329:6
English [11] - 1253:4, 1253:6, 1253:8, 1253:10, 1255:3, 1278:1, 1296:5, 1303:20, 1318:18, 1318:22, 1348:9
enter [2] - 1317:14, 1321:2
entire [2] - 1302:10, 1343:5
entitled [6] - 1270:16, 1312:6, 1326:3, 1326:15, 1326:17, 1326:19
erected [1] - 1340:11
escaped [1] - 1321:11
especially [1] - 1306:5
ESQ [10] - 1204:17, 1204:18, 1204:20, 1204:23, 1204:24, 1204:25, 1205:3, 1205:4, 1205:4, 1205:5
established [2] - 1207:22, 1313:12
estimate [1] - 1265:14
ET [1] - 1204:3
et [1] - 1254:3
evacuated [1] - 1243:6
evade [1] - 1301:21
evading [1] - 1302:2
evaluate [2] - 1237:14, 1266:23
evasion [1] - 1302:17
evening [4] - 1223:8, 1309:11, 1346:1, 1347:4
evenings [1] - 1229:2
event [1] - 1346:25
events [3] - 1237:8, 1277:2, 1337:5
eventually [1] - 1297:1
evidence [57] - 1208:22, 1209:8, 1211:17, 1212:24, 1213:19, 1213:23, 1214:15, 1214:22, 1216:5, 1217:13, 1219:7, 1221:2, 1222:1, 1222:9, 1223:25, 1226:13, 1226:20, 1226:24, 1227:2, 1227:7, 1227:10, 1227:18, 1227:25, 1230:21, 1231:3, 1231:18, 1231:21, 1234:6, 1241:9, 1241:23,

1244:9, 1245:8, 1245:15, 1247:11, 1249:6, 1249:18, 1251:9, 1251:13, 1272:5, 1277:22, 1283:24, 1285:2, 1286:23, 1289:25, 1296:23, 1301:13, 1318:11, 1318:16, 1326:19, 1326:21, 1326:25, 1330:21, 1340:18, 1341:8, 1345:2, 1345:9, 1349:16
exact [1] - 1261:2
exactly [8] - 1207:18, 1243:20, 1246:9, 1246:15, 1283:8, 1291:4, 1291:25, 1305:22
exaggerate [1] - 1264:20
exaggeration [1] - 1266:24
exaggerations [8] - 1264:21, 1264:24, 1265:1, 1265:2, 1265:6, 1265:8, 1265:21, 1265:24
examination [8] - 1207:5, 1252:7, 1257:3, 1257:14, 1270:22, 1282:3, 1321:24, 1328:24
EXAMINATION [6] - 1207:13, 1252:9, 1333:11, 1351:7, 1351:11, 1351:12
examine [2] - 1211:23, 1305:12
examined [2] - 1207:11, 1210:5
examining [1] - 1251:6
example [8] - 1268:20, 1268:21, 1330:17, 1343:10, 1343:19, 1343:20, 1344:25, 1345:1
examples [1] - 1265:2
except [1] - 1344:15
excerpt [4] - 1301:20, 1317:4, 1342:3, 1342:20
excerpted [1] - 1319:14
excluded [1] - 1274:5
excluding [1] - 1312:12
excuse [1] - 1324:25
execute [1] - 1220:22
executed [2] - 1240:16, 1240:17
execution [2] - 1213:9, 1213:17
Exhibit [66] - 1207:6, 1211:16, 1212:23, 1213:22, 1214:16, 1216:4, 1217:12, 1218:21, 1219:6, 1222:3, 1222:8, 1224:14, 1226:23, 1227:22, 1229:24, 1230:21, 1234:5, 1241:8, 1241:22, 1271:22, 1272:2, 1272:5, 1272:12, 1272:17, 1273:9, 1277:12, 1277:18, 1277:22, 1281:4, 1284:13, 1284:20, 1285:2, 1286:2, 1286:3, 1286:21, 1289:24, 1293:21, 1295:21, 1296:20, 1296:23, 1322:5, 1340:17, 1341:7, 1342:20, 1352:4, 1352:6, 1352:8, 1352:10, 1352:12, 1352:14, 1352:16, 1352:18, 1352:20, 1352:22, 1352:24, 1353:2, 1353:4, 1353:6, 1353:8, 1353:10, 1353:12, 1353:18
exhibit [8] - 1215:2, 1215:3, 1217:16, 1293:21, 1300:3, 1301:10, 1316:25, 1346:25
exhibits [7] - 1206:11, 1272:19, 1348:16, 1348:18, 1348:23, 1348:25, 1349:5

Exhibits [3] - 1231:20, 1344:10, 1353:19
existed [1] - 1321:23
existing [2] - 1266:23, 1278:7
exists [1] - 1243:5
exit [3] - 1281:17, 1346:9, 1350:6
exited [1] - 1221:24
exits [1] - 1345:24
experience [4] - 1254:25, 1255:11, 1266:20, 1321:22
expert [1] - 1215:5, 1215:6, 1264:4, 1277:8, 1296:25, 1302:2, 1306:4, 1324:19, 1324:20, 1326:9, 1327:2
expert's [1] - 1214:19, 1215:4
explain [17] - 1238:20, 1238:22, 1239:21, 1244:13, 1276:24, 1287:4, 1287:6, 1288:8, 1292:5, 1297:14, 1302:1, 1317:13, 1335:16, 1337:15, 1339:6, 1339:23, 1347:9
explained [2] - 1239:8, 1282:24
explains [1] - 1285:6
explanation [1] - 1340:2
explode [1] - 1292:14
exploded [1] - 1309:23
explosion [2] - 1299:7, 1309:20
explosive [15] - 1219:1, 1225:23, 1239:2, 1239:6, 1239:10, 1240:10, 1289:12, 1290:7, 1290:9, 1293:7, 1293:10, 1293:12, 1295:9, 1341:13, 1341:15
extraneous [1] - 1326:19
extremely [5] - 1223:12, 1223:16, 1268:19, 1268:22, 1270:1

## F

face - 1344:18
face-to-face [1] - 1344:18
Facebooking [1] - 1346:5
fact [20] - 1209:16, 1237:10, 1240:1, 1241:25, 1252:23, 1264:23, 1274:12, 1297:14, 1301:21, 1302:9, 1304:7, 1305:1, 1308:6, 1312:8, 1319:20, 1334:23, 1335:20, 1337:5, 1340:22, 1345:19
facts [8] - 1246:5, 1259:14, 1265:20, 1277:2, 1304:8, 1345:11, 1345:19
factual [1] - 1265:19
Faha [1] - 1220:11
failed [1] - 1292:8
failing [1] - 1341:22
fair [2] - 1324:18, 1348:3
fall [1] - 1292:2
false [2] - 1262:1, 1266:14
familiar [9] - 1257:24, 1274:15, 1288:19, 1289:19, 1290:14, 1340:22, 1341:19, 1341:20, 1341:25
families [2] - 1229:3, 1233:4
family [1] - 1307:13
far [5] - 1229:7, 1233:1, 1243:16, 1257:25, 1262:3

**fast** [1] - 1268:19
**Fatah** [36] - 1224:24, 1238:16, 1240:2, 1240:13, 1269:13, 1269:14, 1270:18, 1272:9, 1272:25, 1276:14, 1278:19, 1279:25, 1280:5, 1282:11, 1282:25, 1285:23, 1287:21, 1291:9, 1291:16, 1291:21, 1291:22, 1292:8, 1292:10, 1294:7, 1296:25, 1297:4, 1297:5, 1297:7, 1297:9, 1299:5, 1307:12, 1309:1, 1315:14, 1315:19, 1316:15
**Fatah's** [1] - 1271:18
**fatalities** [1] - 1265:23
**fate** [1] - 1240:19
**fault** [2] - 1279:9
**fax** [3] - 1299:25, 1344:4
**fellow** [2] - 1309:17, 1341:11
**few** [9] - 1250:1, 1290:24, 1291:2, 1291:11, 1295:24, 1305:1, 1307:2, 1309:10, 1329:23
**fierce** [2] - 1267:24, 1297:4
**figure** [3] - 1256:10, 1266:15, 1266:16
**filled** [1] - 1332:23
**film** [2] - 1290:13, 1319:25
**filmed** [2] - 1290:9, 1341:16
**finally** [2] - 1214:9, 1343:2
**findings** [3] - 1211:21, 1230:24, 1246:11
**fine** [10] - 1214:8, 1221:14, 1221:23, 1226:20, 1245:20, 1284:8, 1295:6, 1299:10, 1337:22, 1347:11
**finish** [1] - 1215:5
**finished** [3] - 1295:15, 1333:14, 1347:23
**finishing** [1] - 1223:14
**fire** [4] - 1243:20, 1245:5, 1304:2, 1304:7
**fired** [4] - 1246:14, 1322:15, 1322:17, 1322:21
**firing** [2] - 1243:15, 1246:7
**first** [37] - 1207:11, 1210:7, 1234:12, 1239:23, 1242:25, 1243:10, 1244:10, 1245:21, 1246:5, 1248:8, 1249:12, 1251:10, 1274:24, 1275:1, 1278:10, 1278:11, 1279:2, 1286:12, 1292:15, 1292:17, 1292:19, 1292:22, 1293:11, 1314:17, 1316:11, 1317:6, 1333:8, 1333:15, 1334:12, 1340:23, 1341:1, 1342:5, 1345:11, 1345:13, 1347:2, 1347:8, 1347:25
**fitted** [3] - 1212:18, 1219:1, 1240:10
**fitting** [1] - 1239:1
**five** [6] - 1220:5, 1220:7, 1259:9, 1264:9, 1333:14, 1349:9
**flag** [3] - 1240:23, 1290:17, 1293:19
**flowers** [1] - 1339:16
**FLOWERS** [1] - 1204:25
**focus** [4] - 1296:4, 1309:22, 1342:4, 1343:10
**focussing** [1] - 1293:5
**fog** [1] - 1319:13
**folks** [2] - 1294:24, 1346:24

**follow** [3] - 1309:3, 1309:4, 1333:2
**follow-up** [1] - 1333:2
**following** [8] - 1222:1, 1230:22, 1250:20, 1255:12, 1262:2, 1265:13, 1297:4, 1329:25
**following-up** [1] - 1230:22
**follows** [1] - 1207:12
**FOR** [5] - 1204:13, 1204:16, 1204:20, 1204:22, 1205:3
**forcefully** [1] - 1346:2
**forces** [1] - 1256:1
**foreign** [3] - 1317:11, 1317:25, 1327:4
**Foreign** [5] - 1242:4, 1306:24, 1307:2, 1308:4, 1315:23
**foreigners** [1] - 1319:16
**form** [1] - 1227:12
**formed** [1] - 1259:9
**forming** [1] - 1326:22
**forth** [1] - 1339:24
**forward** [2] - 1287:1, 1287:3
**foundation** [5] - 1211:10, 1245:9, 1251:7, 1349:12, 1349:24
**founded** [1] - 1270:3
**four** [19] - 1222:1, 1227:14, 1265:10, 1270:7, 1270:17, 1294:12, 1294:17, 1294:24, 1307:19, 1309:7, 1316:23, 1323:18, 1332:21, 1333:14, 1334:12, 1343:20, 1344:9, 1348:17
**fourth** [1] - 1279:1
**frame** [1] - 1324:14
**framed** [1] - 1327:7
**framework** [1] - 1228:19
**free** [1] - 1263:18
**French** [3] - 1210:3, 1210:18, 1214:10
**Friday** [6] - 1206:11, 1206:13, 1206:20, 1245:6, 1246:15, 1247:3, 1250:11, 1251:17
**friend** [4] - 1285:12, 1288:14, 1289:1, 1291:18
**Friends** [1] - 1314:13
**Front** [1] - 1225:1
**front** [6] - 1248:8, 1251:7, 1290:17, 1290:19, 1330:8, 1330:11
**fruit** [1] - 1240:6
**fulfilled** [1] - 1324:2
**full** [3] - 1206:4, 1246:6, 1319:20
**fundamentalist** [1] - 1223:17
**future** [1] - 1300:10

**G**

**gains** [1] - 1268:4
**GARY** [1] - 1204:17
**gas** [1] - 1330:1
**Gaza** [10] - 1243:2, 1243:5, 1247:23, 1318:4, 1318:6, 1321:9, 1322:1, 1322:16, 1324:2, 1329:7
**Geisser** [1] - 1251:5
**general** [4] - 1231:13, 1253:24, 1323:12, 1330:12
**generally** [4] - 1228:22, 1234:16,

1236:11, 1236:12
**generates** [1] - 1231:14
**generic** [1] - 1251:12
**gentleman** [1] - 1224:19
**gentlemen** [13] - 1207:3, 1249:23, 1259:21, 1261:16, 1263:9, 1263:24, 1276:21, 1278:13, 1281:14, 1282:3, 1320:6, 1328:24, 1345:25
**German** [1] - 1228:25
**given** [6] - 1209:14, 1212:17, 1237:9, 1239:21, 1248:19, 1249:17
**glean** [1] - 1266:15
**glorification** [1] - 1306:7
**glorifying** [6] - 1209:21, 1214:11, 1219:13, 1232:2, 1237:20, 1242:13
**glory** [1] - 1219:15
**Google** [1] - 1346:5
**Gospel** [1] - 1314:14
**Government** [3] - 1227:3, 1282:18, 1315:17
**government** [11] - 1209:15, 1212:8, 1231:8, 1242:3, 1243:25, 1247:13, 1253:25, 1256:15, 1256:19, 1257:5
**graduating** [1] - 1223:14
**grant** [1] - 1297:24
**gratitude** [1] - 1339:16
**great** [9] - 1223:19, 1264:24, 1265:1, 1265:21, 1319:14, 1319:17, 1335:25, 1339:10, 1348:12
**green** [4] - 1216:20, 1224:23, 1236:15, 1238:18
**grilling** [1] - 1327:3
**ground** [1] - 1274:5
**group** [11] - 1220:5, 1220:8, 1227:9, 1268:4, 1270:3, 1274:22, 1275:2, 1275:5, 1291:18, 1315:14, 1348:21
**group's** [1] - 1267:17
**groups** [10] - 1264:7, 1267:11, 1267:25, 1269:2, 1270:7, 1270:17, 1270:20, 1270:23, 1271:14, 1348:22
**Guardian** [2] - 1303:19, 1308:9
**guess** [1] - 1322:17
**gun** [1] - 1302:15

**H**

**Haaretz** [1] - 1276:13
**hair's** [1] - 1301:23
**Halawah** [3] - 1333:23, 1333:24, 1334:11
**half** [4] - 1229:8, 1248:3, 1334:13, 1348:8
**Hamad** [1] - 1334:3
**Hamas** [221] - 1207:16, 1208:4, 1208:7, 1208:19, 1208:20, 1208:22, 1208:24, 1209:1, 1209:5, 1209:16, 1209:20, 1210:21, 1210:22, 1210:25, 1211:1, 1211:2, 1211:8, 1211:13, 1211:19, 1212:18, 1213:9, 1213:12, 1213:16, 1214:12, 1216:18, 1216:22, 1216:24, 1216:25, 1217:1, 1217:7, 1217:18, 1219:13, 1219:15, 1219:20, 1219:22,

1220:18, 1220:19, 1220:20, 1221:16, 1221:18, 1221:20, 1223:22, 1223:23, 1224:19, 1224:22, 1225:11, 1226:6, 1226:7, 1226:11, 1226:12, 1227:1, 1227:8, 1227:13, 1228:15, 1228:18, 1228:19, 1229:20, 1230:12, 1230:18, 1231:6, 1232:2, 1232:16, 1232:20, 1232:22, 1233:7, 1233:8, 1233:20, 1236:16, 1237:20, 1238:13, 1238:15, 1238:24, 1238:25, 1239:5, 1239:7, 1239:12, 1240:6, 1240:15, 1240:19, 1240:22, 1240:23, 1240:25, 1241:1, 1241:15, 1241:18, 1241:25, 1242:8, 1242:10, 1242:13, 1242:15, 1242:16, 1244:16, 1244:20, 1245:4, 1245:12, 1246:1, 1246:19, 1247:7, 1247:16, 1247:19, 1247:22, 1247:25, 1252:17, 1252:20, 1253:1, 1253:16, 1253:18, 1253:20, 1254:1, 1254:2, 1254:3, 1254:5, 1254:7, 1254:25, 1255:11, 1256:10, 1256:19, 1259:9, 1261:19, 1264:19, 1264:22, 1264:23, 1264:24, 1266:4, 1266:6, 1266:11, 1269:7, 1269:8, 1269:14, 1270:19, 1271:1, 1271:6, 1271:14, 1285:17, 1286:17, 1287:22, 1288:2, 1289:17, 1290:3, 1290:15, 1290:17, 1293:11, 1293:19, 1293:25, 1294:1, 1294:6, 1297:5, 1297:7, 1297:9, 1297:12, 1301:24, 1302:6, 1302:11, 1302:12, 1302:13, 1302:14, 1302:18, 1303:16, 1304:1, 1304:2, 1304:5, 1305:19, 1309:10, 1314:17, 1314:23, 1315:10, 1317:7, 1318:9, 1319:5, 1319:8, 1319:12, 1319:14, 1319:22, 1321:19, 1321:25, 1330:1, 1330:9, 1330:22, 1330:25, 1331:3, 1331:7, 1331:9, 1331:12, 1331:15, 1331:19, 1332:3, 1332:19, 1340:2, 1340:5, 1340:6, 1340:13, 1340:24, 1342:10, 1342:15, 1342:18, 1343:24, 1344:6, 1344:10, 1344:13, 1344:15, 1347:7, 1347:8, 1349:7

**Hamas'** [7] - 1212:4, 1228:2, 1237:23, 1238:18, 1238:20, 1242:6, 1313:24
**Hamas-created** [1] - 1209:20
**Hamed** [5] - 1220:13, 1220:16, 1220:18, 1220:19, 1222:5
**hand** [10] - 1220:12, 1220:13, 1220:15, 1238:17, 1238:18, 1239:4, 1240:23, 1283:21, 1294:24, 1329:12
**handed** [1] - 1329:21
**handle** [1] - 1329:1
**hands** [3] - 1240:7, 1297:20, 1297:22
**handwritten** [1] - 1296:4
**Hang** [1] - 1348:14
**hang** [1] - 1297:24
**happy** [4] - 1223:19, 1303:22, 1304:4, 1335:11
**hard** [3] - 1223:18, 1243:20, 1252:23
**hardly** [1] - 1309:15
**Harres** [1] - 1303:12
**head** [4] - 1216:20, 1218:16, 1218:17,

1236:16
**headband** [5] - 1224:18, 1224:23, 1224:24, 1225:3
**headbands** [1] - 1208:20
**headed** [1] - 1255:8
**heads** [2] - 1224:23, 1225:21
**hear** [4] - 1236:9, 1273:18, 1306:18, 1327:11
**heard** [7] - 1251:25, 1252:16, 1311:7, 1334:17, 1343:16, 1349:19
**hearsay** [5] - 1274:5, 1274:7, 1274:25, 1337:15
**heart** [1] - 1240:19
**heavy** [1] - 1225:22
**Hebrew** [3] - 1258:6, 1348:9, 1348:10
**Hebron** [4] - 1223:15, 1232:7, 1232:16, 1232:25
**held** [2] - 1214:25, 1234:20
**help** [13] - 1206:4, 1209:24, 1212:3, 1212:6, 1213:12, 1221:15, 1221:23, 1237:22, 1317:21, 1317:22, 1318:19, 1318:20, 1320:17
**helped** [3] - 1213:14, 1228:3, 1317:25
**helps** [1] - 1268:10
**Hezbollah** [9] - 1208:9, 1269:24, 1270:3, 1270:19, 1278:6, 1306:25, 1307:3, 1316:5, 1316:15
**Hezbollah's** [1] - 1279:3
**Hide** [1] - 1220:14
**high** [1] - 1293:22
**Hijaz** [1] - 1222:3
**HIJAZ** [1] - 1222:3
**Hill** [3] - 1210:3, 1210:19, 1214:10
**Hillel** [13] - 1228:6, 1228:12, 1228:22, 1228:24, 1229:7, 1230:2, 1230:3, 1230:13, 1230:14, 1230:25, 1231:1, 1231:10, 1232:3
**himself** [11] - 1210:18, 1211:2, 1213:12, 1225:18, 1226:1, 1232:19, 1292:3, 1305:9, 1333:22, 1336:2, 1340:12
**hired** [3] - 1260:18, 1261:10, 1279:13
**Hitiri** [1] - 1246:16
**hold** [1] - 1290:4
**holding** [1] - 1240:24
**holy** [1] - 1223:2
**home** [3] - 1229:11, 1304:12, 1346:2
**Homeland** [5] - 1281:6, 1281:7, 1283:5, 1332:9, 1322:13
**homes** [3] - 1223:4, 1223:7, 1243:5
**Honor** [73] - 1206:12, 1206:21, 1207:8, 1208:15, 1208:16, 1212:20, 1213:18, 1214:14, 1214:17, 1221:2, 1221:25, 1223:24, 1223:25, 1224:7, 1227:17, 1234:18, 1235:2, 1241:4, 1244:7, 1248:25, 1249:16, 1252:8, 1254:21, 1255:9, 1261:23, 1264:11, 1270:6, 1272:1, 1272:16, 1273:13, 1276:1, 1277:17, 1277:23, 1282:4, 1283:11, 1284:19, 1286:20, 1287:10, 1290:2, 1295:3, 1296:19, 1297:23, 1299:18, 1300:2, 1301:2, 1301:14, 1302:20,

1305:13, 1311:1, 1311:5, 1312:2, 1313:3, 1313:7, 1316:8, 1317:2, 1318:16, 1321:5, 1324:25, 1325:3, 1326:1, 1328:20, 1329:12, 1331:21, 1332:25, 1333:2, 1336:5, 1340:19, 1346:12, 1346:15, 1346:17, 1347:12, 1348:3, 1349:22
**HONORABLE** [1] - 1204:13
**Honorable** [1] - 1251:1
**hope** [4] - 1248:20, 1267:10, 1296:24, 1347:23
**hopefully** [1] - 1280:18
**hoping** [1] - 1320:20
**horrible** [2] - 1252:20, 1294:11
**horse** [1] - 1300:1
**Hotel** [1] - 1328:9
**hour** [4] - 1277:8, 1304:10, 1345:13, 1347:1
**hours** [10] - 1279:16, 1290:23, 1290:24, 1304:24, 1305:1, 1307:3, 1308:6, 1309:7, 1309:10, 1343:12
**house** [1] - 1289:20
**Houtari** [1] - 1334:6
**human** [2] - 1314:5, 1332:16
**hundred** [1] - 1222:18
**Hundreds** [1] - 1349:6
**hundreds** [4] - 1243:4, 1349:3, 1349:4, 1349:5
**hung** [4] - 1289:16, 1289:18, 1290:3

---

**I**

**Ibrahim** [3] - 1220:16, 1220:18, 1220:19
**idea** [2] - 1229:13, 1290:22
**identified** [9] - 1209:13, 1217:19, 1218:6, 1237:13, 1272:23, 1273:1, 1274:20, 1285:21, 1321:12
**identifies** [2] - 1225:4, 1294:17
**identify** [33] - 1209:11, 1209:12, 1210:9, 1212:14, 1216:10, 1216:12, 1216:20, 1217:3, 1217:4, 1217:17, 1218:5, 1218:20, 1218:22, 1220:2, 1220:24, 1221:16, 1230:8, 1230:9, 1232:9, 1233:11, 1237:1, 1237:2, 1237:4, 1237:11, 1238:8, 1238:10, 1241:11, 1243:11, 1244:25, 1246:24, 1248:10, 1268:22, 1285:16
**identifying** [7] - 1213:12, 1227:8, 1231:5, 1233:9, 1268:16, 1344:6, 1348:20
**identity** [5] - 1210:25, 1212:4, 1222:16, 1228:11, 1254:8
**IDF** [1] - 1340:11
**imagine** [2] - 1261:9, 1348:16
**immediate** [1] - 1277:7
**impact** [1] - 1236:14
**impeach** [5] - 1274:10, 1274:11, 1274:13, 1274:18, 1326:3
**important** [16] - 1230:15, 1240:15, 1259:22, 1265:20, 1267:24, 1276:4, 1291:7, 1300:3, 1300:8, 1323:10, 1323:14, 1323:19, 1345:2, 1345:8

**importantly** [1] - 1318:20
**impression** [1] - 1345:13
**improvised** [1] - 1341:13
**in-depth** [1] - 1277:1
**incentive** [2] - 1267:7, 1267:13
**include** [5] - 1330:13, 1330:16, 1330:18, 1332:12, 1332:24
**included** [1] - 1332:14
**includes** [2] - 1206:5, 1233:16
**including** [9] - 1233:17, 1237:10, 1238:25, 1239:1, 1242:4, 1277:3, 1319:21, 1319:23, 1319:24
**inconvenience** [1] - 1206:8
**incorrect** [2] - 1259:14, 1306:6
**increases** [2] - 1268:6, 1268:8
**indeed** [41] - 1207:20, 1208:24, 1213:14, 1217:21, 1218:6, 1224:20, 1227:5, 1227:12, 1231:7, 1242:15, 1246:4, 1267:3, 1288:6, 1289:11, 1291:6, 1292:6, 1293:17, 1294:10, 1295:11, 1295:25, 1297:4, 1297:5, 1303:14, 1304:23, 1305:22, 1306:15, 1306:18, 1309:25, 1314:1, 1314:9, 1315:25, 1316:9, 1317:9, 1321:13, 1323:4, 1324:4, 1324:19, 1340:12, 1342:16, 1342:24, 1343:1
**indicate** [2] - 1235:3, 1342:13
**indicated** [1] - 1315:18
**indication** [1] - 1247:25
**indictment** [1] - 1341:17
**individual** [3] - 1217:19, 1225:4, 1268:21
**individuals** [5] - 1220:2, 1220:5, 1220:7, 1222:2, 1227:15
**inefficient** [1] - 1299:3
**inference** [1] - 1348:3
**inform** [2] - 1228:1, 1237:22
**Information** [2] - 1279:18, 1279:23
**information** [20] - 1209:19, 1209:25, 1212:7, 1212:9, 1213:1, 1214:9, 1219:8, 1221:12, 1228:3, 1228:4, 1231:13, 1247:17, 1248:5, 1263:6, 1266:12, 1266:14, 1267:1, 1267:4, 1305:12, 1343:16
**ingerman** [1] - 1295:12
**Ingerman** [3] - 1252:13, 1299:2, 1321:3
**INGERMAN** [125] - 1205:4, 1214:17, 1215:3, 1215:8, 1215:12, 1223:24, 1224:4, 1234:18, 1235:2, 1244:7, 1251:14, 1252:8, 1252:10, 1254:9, 1255:8, 1261:22, 1264:8, 1265:9, 1266:1, 1270:6, 1270:11, 1270:14, 1271:21, 1272:1, 1272:11, 1272:16, 1272:21, 1273:8, 1273:13, 1273:18, 1274:8, 1274:21, 1276:1, 1276:4, 1276:6, 1277:11, 1277:17, 1277:23, 1278:1, 1278:10, 1280:10, 1280:12, 1280:15, 1280:20, 1281:3, 1281:5, 1281:11, 1282:4, 1283:11, 1284:12, 1284:19, 1286:1, 1286:9, 1286:20, 1286:24, 1287:2, 1287:10, 1287:24,

1289:21, 1290:1, 1290:20, 1294:16, 1295:3, 1295:14, 1295:20, 1296:8, 1296:19, 1297:23, 1298:3, 1299:18, 1300:2, 1301:2, 1301:12, 1302:20, 1305:16, 1311:4, 1312:2, 1313:3, 1313:8, 1316:8, 1316:13, 1316:23, 1317:1, 1318:10, 1318:15, 1318:19, 1320:5, 1320:11, 1320:14, 1320:19, 1321:5, 1321:6, 1322:4, 1322:6, 1322:22, 1322:24, 1325:3, 1326:1, 1326:11, 1326:14, 1328:1, 1328:6, 1328:7, 1328:17, 1328:22, 1329:10, 1329:17, 1329:20, 1330:4, 1330:6, 1331:21, 1331:24, 1332:25, 1333:5, 1334:24, 1336:5, 1338:4, 1338:6, 1345:4, 1347:12, 1347:16, 1347:24, 1349:17, 1349:21, 1351:11
**injured** [2] - 1265:5, 1265:24
**injuries** [2] - 1216:16, 1222:18
**innocent** [1] - 1252:21
**inquire** [3] - 1298:1, 1312:7, 1326:15
**inquiry** [2] - 1312:12, 1350:4
**Insider** [2] - 1271:17, 1271:24
**instance** [4] - 1244:1, 1271:16, 1334:11, 1348:20
**Instead** [1] - 1348:20
**Institute** [2] - 1258:6, 1315:18
**instructed** [1] - 1306:3, 1329:3
**instruction** [1] - 1220:21
**instructions** [1] - 1346:1
**intel** [1] - 1243:23
**Intelligence** [2] - 1279:17, 1279:22
**intelligently** [1] - 1350:4
**intended** [1] - 1222:24
**intention** [1] - 1317:24
**intentionally** [1] - 1341:9
**intentions** [1] - 1267:5
**intercepted** [1] - 1240:1
**interest** [4] - 1267:17, 1267:21, 1267:22, 1274:23
**interested** [1] - 1317:5
**interestingly** [1] - 1310:1
**interjects** [1] - 1327:8
**international** [1] - 1282:19
**International** [2] - 1315:18, 1318:3
**internet** [10] - 1263:25, 1264:3, 1264:4, 1264:5, 1264:15, 1264:16, 1264:20, 1264:21, 1264:23
**Internet** [2] - 1211:12, 1346:4
**INTERPRETED** [1] - 1205:7
**interpreted** [1] - 1348:1
**interpreter** [1] - 1253:12
**INTERPRETER** [1] - 1284:4, 1290:19, 1330:3
**interrogated** [3] - 1332:7, 1332:9, 1332:10
**interview** [6] - 1229:23, 1229:25, 1230:5, 1263:18, 1344:17, 1344:19
**interviewed** [4] - 1229:24, 1263:16, 1344:19, 1344:21
**interviews** [1] - 1263:10, 1263:12,

1263:13, 1267:1
**introduce** [2] - 1326:19, 1326:25
**introduced** [4] - 1218:12, 1326:2, 1342:6, 1342:9
**introduces** [1] - 1289:9
**investigate** [11] - 1210:2, 1216:7, 1219:17, 1219:19, 1222:10, 1228:5, 1228:8, 1232:5, 1237:25, 1242:22, 1242:24
**investigated** [2] - 1332:5, 1332:7
**investigating** [1] - 1227:8
**investigation** [24] - 1210:9, 1217:24, 1220:3, 1223:9, 1223:21, 1225:13, 1230:23, 1230:24, 1232:18, 1232:21, 1233:5, 1233:6, 1237:9, 1239:22, 1243:11, 1243:25, 1244:15, 1245:17, 1246:10, 1247:12, 1309:4, 1334:21, 1343:5, 1345:15
**investigations** [1] - 1309:16
**investigator** [1] - 1345:8
**involved** [5] - 1220:3, 1287:20, 1303:17, 1309:19, 1334:12
**involvement** [1] - 1316:5
**Iran** [1] - 1270:4
**ISA** [19] - 1209:8, 1209:10, 1209:13, 1209:14, 1212:1, 1212:9, 1218:3, 1218:5, 1230:23, 1231:1, 1231:5, 1241:24, 1244:1, 1266:21, 1277:7, 1316:20, 1317:4, 1318:3, 1344:5
**Islamic** [5] - 1269:20, 1269:21, 1270:19, 1304:5, 1321:15
**Islamist** [21] - 1224:25, 1303:7, 1303:12, 1303:20, 1304:6, 1304:14, 1304:20, 1306:21, 1307:7, 1307:16, 1308:4, 1308:9, 1308:13, 1308:18, 1308:22, 1309:24, 1313:13, 1313:16, 1313:19, 1314:7, 1314:14, 1314:18
**Israel** [29] - 1239:2, 1255:17, 1255:19, 1255:21, 1255:24, 1256:1, 1256:3, 1256:9, 1256:15, 1256:19, 1259:4, 1259:7, 1262:11, 1267:12, 1267:25, 1269:3, 1269:16, 1269:23, 1271:17, 1271:24, 1280:23, 1304:2, 1304:25, 1309:4, 1314:14, 1317:14, 1317:20, 1323:23
**Israeli** [33] - 1209:10, 1211:20, 1212:3, 1217:23, 1227:6, 1230:24, 1241:3, 1272:7, 1272:13, 1272:22, 1276:13, 1287:9, 1288:4, 1301:6, 1301:8, 1301:12, 1301:16, 1302:5, 1302:11, 1303:11, 1306:24, 1308:3, 1310:20, 1310:25, 1312:11, 1313:6, 1315:9, 1315:23, 1323:3, 1323:20, 1323:23, 1324:23, 1344:5
**Israelis** [1] - 1341:24
**issue** [4] - 1206:3, 1251:3, 1292:6, 1333:15
**issued** [5] - 1209:11, 1246:15, 1248:1, 1279:6, 1309:10
**IT** [1] - 1346:24
**item** [4] - 1335:18, 1335:24, 1339:13,

1339:14
**itself** [1] - 1208:13
**Izz** [1] - 1318:23

## J

**Ja'ara** [7] - 1340:5, 1340:7, 1340:9, 1340:12, 1342:6, 1342:8, 1342:17
**Jaara** [36] - 1240:3, 1240:6, 1241:16, 1242:9, 1242:13, 1242:16, 1272:8, 1272:24, 1285:9, 1288:14, 1288:17, 1288:22, 1288:24, 1289:9, 1290:4, 1290:9, 1290:17, 1290:19, 1290:20, 1290:23, 1291:8, 1291:21, 1292:15, 1292:20, 1293:5, 1293:8, 1293:16, 1293:19, 1293:23, 1293:24, 1296:1, 1296:13, 1296:15, 1296:17, 1297:18
**Jaara's** [2] - 1295:18, 1295:22
**Jaffa** [1] - 1216:8
**Jalil** [1] - 1227:21
**JAMES** [1] - 1204:23
**January** [17] - 1238:1, 1238:5, 1271:9, 1273:4, 1276:12, 1276:17, 1277:14, 1278:4, 1278:16, 1279:12, 1279:21, 1280:17, 1282:6, 1283:16, 1287:20, 1341:10
**Jara** [3] - 1278:12, 1278:17
**Jazerra** [1] - 1231:24
**Jerusalem** [29] - 1210:3, 1211:8, 1216:8, 1217:20, 1222:11, 1222:23, 1222:25, 1223:6, 1225:14, 1226:8, 1227:4, 1228:6, 1228:22, 1228:25, 1238:1, 1240:11, 1258:7, 1269:19, 1278:18, 1280:24, 1307:10, 1307:16, 1308:1, 1335:22, 1339:7, 1339:10, 1339:15, 1340:7, 1340:10
**Jewish** [3] - 1210:23, 1223:2, 1232:25
**Jihad** [26] - 1224:25, 1269:20, 1269:21, 1270:19, 1303:7, 1303:12, 1303:20, 1304:5, 1304:6, 1304:14, 1304:20, 1306:21, 1307:7, 1307:17, 1308:4, 1308:9, 1308:14, 1308:18, 1308:22, 1309:24, 1313:13, 1313:16, 1313:19, 1314:7, 1314:18, 1321:15
**job** [1] - 1258:8
**JODI** [1] - 1204:25
**join** [1] - 1254:2
**joint** [10] - 1239:24, 1240:13, 1299:5, 1299:19, 1299:21, 1302:1, 1318:24, 1319:2, 1319:10
**Jordan** [1] - 1317:15
**journalist** [2] - 1277:6, 1307:23
**journalistic** [1] - 1335:8
**journalists** [2] - 1277:3, 1309:17
**joy** [1] - 1223:19
**JUDGE** [1] - 1204:14
**judge** [2] - 1302:12, 1306:3
**judges** [3] - 1262:14, 1323:23, 1324:3
**judging** [1] - 1268:23
**judicial** [1] - 1324:1
**June** [8] - 1216:8, 1219:18, 1222:2, 1305:19, 1306:20, 1307:5, 1307:10,

1307:15
**juror** [1] - 1251:15
**Juror** [1] - 1250:11
**JURORS** [1] - 1207:4
**jurors** [4] - 1251:24, 1281:17, 1321:2, 1346:9
**jurors'** [1] - 1206:19
**Jury** [1] - 1252:5
**jury** [52] - 1206:1, 1206:17, 1206:25, 1210:6, 1213:25, 1214:25, 1216:1, 1224:15, 1225:7, 1234:20, 1236:1, 1250:2, 1250:7, 1251:7, 1254:22, 1257:22, 1259:18, 1259:21, 1261:16, 1261:24, 1263:9, 1263:15, 1263:24, 1264:11, 1265:11, 1276:22, 1277:24, 1278:13, 1282:1, 1283:12, 1287:11, 1288:1, 1290:2, 1295:4, 1298:6, 1299:16, 1301:1, 1301:14, 1301:19, 1311:7, 1313:1, 1317:2, 1317:5, 1318:16, 1318:21, 1319:2, 1320:9, 1321:1, 1328:20, 1328:25, 1330:21, 1331:22
**JURY** [1] - 1204:13

## K

**keep** [7] - 1254:6, 1254:8, 1255:1, 1255:11, 1255:13, 1306:3, 1346:6
**ken** [1] - 1334:17
**key** [1] - 1220:2
**Kfar** [1] - 1330:2
**Khaled** [1] - 1222:5
**kill** [1] - 1252:21
**killed** [5] - 1256:25, 1265:3, 1268:21, 1334:23, 1335:3
**killing** [1] - 1244:6
**kilometers** [1] - 1229:8
**kind** [3] - 1265:7, 1292:3, 1319:12
**Kiryat** [1] - 1249:19
**knowledge** [1] - 1262:4
**known** [1] - 1257:8
**knows** [1] - 1269:1
**Kurtzer** [1] - 1204:6

## L

**lack** [1] - 1269:11
**ladies** [13] - 1207:2, 1249:23, 1259:21, 1261:16, 1263:9, 1263:24, 1276:21, 1278:13, 1281:14, 1282:2, 1320:6, 1328:24, 1345:25
**laid** [1] - 1349:13
**large** [2] - 1223:6, 1300:7
**last** [15] - 1220:17, 1223:12, 1239:9, 1252:16, 1261:5, 1297:17, 1297:25, 1299:7, 1299:23, 1301:4, 1313:8, 1318:7, 1339:1, 1341:16, 1347:15
**late** [1] - 1225:25
**latest** [1] - 1320:20
**laughing** [1] - 1260:10
**launch** [1] - 1243:19
**launched** [2] - 1243:12, 1243:20

**laws** [1] - 1324:21
**lawyer** [8] - 1259:2, 1260:10, 1260:12, 1268:14, 1287:6, 1316:1, 1316:6, 1316:10
**lawyers** [7] - 1260:19, 1260:23, 1261:1, 1261:11, 1270:24, 1279:13, 1305:11
**lay** [1] - 1349:24
**laying** [2] - 1243:17, 1251:7
**leaders** [8] - 1266:4, 1266:6, 1266:11, 1266:17, 1267:6, 1267:8, 1303:16, 1349:8
**leading** [1] - 1224:4
**learn** [2] - 1334:20, 1334:25
**learned** [3] - 1266:21, 1314:15, 1326:13
**least** [2] - 1290:24, 1343:5
**leave** [1] - 1270:21
**Lebanese** [1] - 1270:3
**led** [2] - 1227:12, 1344:23
**left** [13] - 1207:6, 1220:15, 1238:17, 1239:4, 1248:13, 1259:7, 1283:21, 1294:24, 1317:11, 1317:17, 1317:19, 1317:25, 1333:22
**left-hand** [3] - 1220:15, 1238:17, 1239:4, 1283:21, 1294:24
**left-wing** [4] - 1317:11, 1317:17, 1317:19, 1317:25
**legal** [6] - 1253:5, 1257:10, 1258:25, 1324:17, 1324:19, 1327:4
**less** [4] - 1206:14, 1274:7, 1279:16, 1323:19
**lesser** [1] - 1292:4
**letter** [5] - 1206:2, 1349:18, 1349:22, 1349:23
**letters** [1] - 1339:16
**letting** [1] - 1337:14
**level** [3] - 1253:5, 1274:24, 1274:25
**Liberation** [1] - 1225:1
**lie** [2] - 1267:7, 1267:10
**lies** [4] - 1266:20, 1267:9, 1268:16, 1268:19
**life** [1] - 1307:23
**light** [1] - 1293:22
**lights** [4] - 1213:24, 1214:8, 1224:12, 1225:9
**likely** [1] - 1346:18
**likewise** [15] - 1217:23, 1219:12, 1222:10, 1231:8, 1231:12, 1237:19, 1237:25, 1241:24, 1242:3, 1242:9, 1242:12, 1246:19, 1341:22, 1342:13, 1344:5
**Lila** [1] - 1261:17
**limited** [1] - 1270:1
**LINDE** [2] - 1204:3, 1204:16
**Line** [1] - 1222:24
**line** [12] - 1217:8, 1223:1, 1249:9, 1254:21, 1254:25, 1265:4, 1295:13, 1312:12, 1342:16
**lines** [7] - 1221:4, 1221:8, 1254:10, 1261:23, 1264:9, 1265:10, 1328:19
**linking** [1] - 1247:25
**links** [1] - 1225:4

list [10] - 1215:2, 1215:3, 1257:9, 1257:11, 1257:23, 1310:10, 1315:25, 1316:1, 1347:1, 1349:1
listed [2] - 1294:24, 1327:1
listened [1] - 1299:21
lists [5] - 1257:17, 1257:24, 1270:7, 1270:17, 1332:1
literally [1] - 1299:14
litigation [1] - 1260:3
LITLE [1] - 1204:20
Litle [1] - 1204:4
live [4] - 1229:1, 1233:4, 1253:25, 1267:9
lived [1] - 1267:9
living [1] - 1213:16
LLC [2] - 1204:16, 1204:24
LLP [2] - 1204:22, 1205:3
loaded [1] - 1302:15
locality [1] - 1243:3
locate [1] - 1219:9
located [4] - 1223:2, 1228:23, 1228:24, 1240:3
logo [4] - 1245:21, 1245:23, 1245:24, 1245:25
look [16] - 1225:18, 1264:8, 1265:9, 1270:25, 1271:8, 1283:20, 1302:9, 1304:24, 1318:7, 1319:4, 1319:19, 1322:10, 1333:10, 1345:2, 1345:8
looked [9] - 1282:20, 1284:16, 1284:18, 1322:8, 1322:11, 1326:15, 1326:18, 1326:20, 1349:1
looking [6] - 1227:15, 1251:13, 1330:7, 1330:8, 1330:20, 1333:9
lookout [1] - 1220:13
lost [1] - 1294:23
loudly [1] - 1335:24
low [1] - 1271:5
lunch [3] - 1281:12, 1281:16, 1282:5
lying [1] - 1266:17

## M

Madah [1] - 1295:8
Magazine [1] - 1316:15
mail [1] - 1262:20
maim [1] - 1252:21
Majdi [1] - 1227:19
majority [1] - 1349:25
maker [2] - 1229:23, 1344:17
man [14] - 1210:17, 1210:23, 1219:1, 1220:14, 1223:15, 1225:19, 1225:22, 1229:20, 1229:21, 1237:15, 1257:10, 1283:21, 1341:11
manage [2] - 1292:22, 1293:2
managed [1] - 1292:23
March [5] - 1287:14, 1308:24, 1314:24, 1319:20, 1330:1
MARGARET [1] - 1205:5
MARIN [1] - 1205:7
MARK [1] - 1204:20
marked [4] - 1211:20, 1217:25, 1218:11,

1329:13
marks [4] - 1248:12, 1248:15, 1249:1, 1249:13
married [1] - 1223:15
Martyr [4] - 1240:7, 1272:24, 1273:5, 1302:16
martyr [1] - 1318:23
Martyrs [56] - 1238:19, 1239:17, 1239:19, 1269:12, 1270:18, 1271:18, 1276:9, 1277:4, 1278:18, 1279:25, 1280:5, 1280:23, 1281:1, 1281:8, 1282:11, 1282:25, 1285:22, 1287:16, 1287:21, 1288:5, 1288:10, 1288:17, 1289:2, 1289:6, 1291:16, 1292:10, 1293:6, 1293:15, 1294:12, 1294:17, 1294:21, 1294:25, 1295:8, 1296:2, 1296:13, 1296:15, 1296:18, 1297:11, 1297:15, 1299:6, 1299:10, 1299:13, 1301:22, 1302:3, 1302:6, 1302:18, 1308:25, 1315:13, 1315:24, 1318:24, 1319:3, 1319:7, 1319:10, 1322:15, 1322:19, 1322:20
Marxist [1] - 1225:2
match [1] - 1225:17
material [1] - 1303:23
materials [4] - 1214:13, 1242:16, 1263:24, 1345:10
mathematics [1] - 1323:15
matter [5] - 1230:14, 1274:9, 1302:13, 1336:8, 1337:7
mean [6] - 1251:19, 1267:10, 1274:25, 1295:13, 1326:14, 1348:1
meaning [1] - 1257:11, 1257:13
means [2] - 1328:25, 1347:9
meant [3] - 1265:23, 1265:25, 1289:23
meanwhile [1] - 1291:14
mechanical [1] - 1205:12
med [1] - 1220:10
media [4] - 1227:6, 1253:24, 1345:20, 1346:7
medium [1] - 1243:3
medium-sized [1] - 1243:3
meet [1] - 1324:16
member [27] - 1211:2, 1212:18, 1216:24, 1228:18, 1232:16, 1232:22, 1233:7, 1240:25, 1242:16, 1259:4, 1272:8, 1272:24, 1273:2, 1278:18, 1285:16, 1285:22, 1287:15, 1287:21, 1288:5, 1288:9, 1288:19, 1293:15, 1296:17, 1299:24, 1302:16, 1340:24
members [14] - 1221:21, 1239:4, 1254:5, 1254:6, 1255:1, 1255:11, 1256:10, 1294:12, 1294:18, 1309:14, 1310:9, 1310:14, 1322:14
membership [4] - 1254:6, 1255:1, 1255:12, 1287:13
memorialization [2] - 1219:12, 1242:15
memorializations [6] - 1214:11, 1219:15, 1232:1, 1237:19, 1242:13, 1247:14
memorials [1] - 1209:20

memory [1] - 1242:16
men [1] - 1223:7
mention [7] - 1244:2, 1266:8, 1268:14, 1291:25, 1301:18, 1302:6, 1302:11
mentioned [8] - 1240:2, 1247:14, 1266:7, 1295:17, 1302:8, 1313:23, 1341:18, 1344:1
merely [1] - 1297:21
messages [1] - 1267:5
met [1] - 1252:13
meters [1] - 1243:4
methodology [10] - 1259:17, 1259:20, 1259:24, 1260:5, 1260:12, 1261:15, 1262:15, 1263:2, 1268:25, 1276:25
Methodology [6] - 1260:6, 1260:13, 1261:12, 1262:3, 1262:12, 1262:14
methods [1] - 1261:19
MFA [1] - 1308:7
MICHAEL [1] - 1204:24
MICHAL [1] - 1205:7
Middle [1] - 1258:7
middle [3] - 1218:16, 1317:6, 1334:6
might [6] - 1216:18, 1223:17, 1347:13, 1348:1
Mike's [23] - 1207:19, 1208:1, 1208:12, 1209:9, 1209:11, 1314:21, 1314:23, 1315:2, 1315:6, 1315:9, 1315:15, 1315:19, 1316:3, 1316:17, 1316:19, 1316:21, 1317:5, 1318:1, 1318:8, 1318:14, 1320:1, 1331:12, 1332:6
military [29] - 1211:13, 1213:9, 1220:20, 1224:22, 1226:7, 1226:11, 1230:12, 1230:17, 1233:3, 1233:20, 1241:19, 1245:11, 1245:25, 1247:6, 1254:7, 1256:10, 1269:8, 1269:13, 1269:21, 1272:8, 1272:24, 1278:19, 1310:20, 1324:3, 1324:6, 1324:16, 1324:24
Miller [1] - 1225:6
mind [2] - 1332:4, 1346:6
minds [1] - 1252:23
mine [1] - 1261:19
Minister [6] - 1212:9, 1335:20, 1335:21, 1336:1, 1336:2, 1339:8
minister [4] - 1272:19, 1274:4, 1274:6, 1274:16
Minister's [7] - 1231:9, 1242:5, 1244:3, 1272:7, 1272:13, 1272:23, 1315:10
minister's [1] - 1272:15
Ministry [6] - 1242:4, 1306:24, 1307:2, 1308:4, 1314:14, 1315:23
minute [5] - 1214:1, 1240:8, 1309:22, 1340:14, 1342:5
minutes [6] - 1229:15, 1250:1, 1299:7, 1299:14, 1299:23, 1320:7
Misk [6] - 1223:9, 1223:11, 1223:23, 1226:9, 1249:20, 1304:11
mission [1] - 1240:5
mistake [2] - 1288:7, 1316:2
mistaken [2] - 1261:7, 1316:2
mistakes [4] - 1265:13, 1265:20, 1307:23, 1309:17

**mobilize** [1] - 1240:4
**Mohammed** [2] - 1218:25, 1220:11
**moment** [11] - 1224:16, 1239:9, 1240:10, 1249:7, 1278:3, 1283:20, 1302:24, 1307:25, 1328:18, 1335:16, 1345:14
**money** [6] - 1255:18, 1255:20, 1261:4, 1268:10, 1289:12, 1307:13
**monolithic** [1] - 1224:22
**month** [1] - 1322:17
**months** [2] - 1308:24, 1309:13
**moreover** [1] - 1302:11
**morning** [10] - 1206:20, 1207:2, 1207:4, 1242:17, 1245:6, 1246:16, 1249:24, 1252:11, 1252:12
**mortar** [10] - 1242:22, 1244:17, 1245:5, 1246:2, 1246:8, 1246:13, 1247:19, 1247:21, 1321:8, 1332:10
**mortars** [8] - 1243:12, 1243:15, 1243:19, 1321:23, 1322:1, 1322:3, 1322:15, 1322:21
**Mossad** [1] - 1256:5
**most** [11] - 1243:17, 1243:19, 1254:5, 1254:25, 1255:11, 1276:4, 1303:24, 1323:6, 1347:4, 1348:24
**mostly** [1] - 1222:24
**motion** [2] - 1251:18, 1297:25
**MOTLEY** [1] - 1204:24
**mounted** [1] - 1225:20
**move** [21] - 1242:18, 1244:7, 1272:1, 1272:16, 1273:13, 1277:17, 1284:19, 1286:20, 1286:24, 1296:19, 1297:23, 1299:9, 1299:15, 1300:4, 1302:20, 1302:22, 1313:22, 1314:21, 1334:3, 1334:6, 1336:5
**moved** [1] - 1299:25
**moving** [1] - 1348:5
**MR** [276] - 1206:12, 1206:21, 1206:23, 1207:8, 1207:14, 1208:15, 1209:7, 1210:12, 1211:3, 1211:9, 1211:25, 1212:12, 1212:20, 1213:18, 1213:24, 1214:3, 1214:5, 1214:7, 1214:14, 1214:17, 1214:20, 1215:3, 1215:8, 1215:12, 1216:13, 1217:2, 1217:9, 1217:14, 1218:2, 1218:8, 1218:19, 1218:21, 1219:3, 1219:24, 1220:23, 1221:1, 1221:5, 1221:10, 1221:25, 1222:14, 1223:24, 1223:25, 1224:4, 1224:7, 1224:12, 1224:14, 1224:16, 1225:6, 1225:8, 1226:2, 1226:13, 1226:16, 1226:19, 1227:17, 1228:9, 1230:7, 1230:19, 1231:2, 1231:18, 1232:12, 1233:10, 1233:21, 1233:23, 1234:3, 1234:11, 1234:18, 1235:2, 1235:8, 1236:2, 1236:6, 1237:17, 1238:4, 1238:6, 1241:4, 1241:10, 1241:20, 1242:17, 1242:20, 1243:7, 1244:7, 1244:9, 1244:13, 1244:24, 1245:7, 1245:16, 1245:19, 1246:22, 1247:8, 1248:8, 1248:14, 1248:25, 1249:7, 1249:9, 1249:16, 1249:22,

1250:9, 1250:16, 1250:17, 1251:3, 1251:14, 1251:18, 1251:23, 1252:4, 1252:8, 1252:10, 1254:9, 1254:20, 1255:8, 1261:22, 1264:8, 1265:9, 1266:1, 1270:6, 1270:11, 1270:12, 1270:14, 1271:21, 1272:1, 1272:3, 1272:11, 1272:16, 1272:18, 1272:21, 1273:8, 1273:13, 1273:17, 1273:18, 1274:8, 1274:21, 1276:1, 1276:4, 1276:6, 1277:11, 1277:17, 1277:20, 1277:23, 1278:1, 1278:10, 1280:10, 1280:12, 1280:15, 1280:20, 1281:3, 1281:5, 1281:11, 1282:4, 1283:11, 1284:12, 1284:19, 1284:22, 1284:24, 1286:1, 1286:9, 1286:20, 1286:23, 1286:24, 1287:2, 1287:10, 1287:24, 1289:21, 1290:1, 1290:20, 1294:16, 1295:3, 1295:5, 1295:14, 1296:8, 1296:19, 1296:21, 1297:23, 1298:3, 1299:18, 1300:2, 1301:2, 1301:12, 1302:20, 1305:16, 1311:1, 1311:4, 1312:2, 1313:3, 1313:7, 1313:8, 1316:8, 1316:13, 1316:22, 1316:23, 1316:24, 1317:1, 1318:10, 1318:14, 1318:15, 1318:19, 1320:5, 1320:11, 1320:14, 1320:19, 1321:5, 1321:6, 1322:4, 1322:6, 1322:22, 1322:24, 1324:25, 1325:3, 1326:1, 1326:11, 1326:14, 1327:6, 1328:1, 1328:4, 1328:6, 1328:7, 1328:17, 1328:22, 1329:10, 1329:17, 1329:20, 1330:4, 1330:6, 1331:21, 1331:24, 1332:25, 1333:2, 1333:5, 1333:7, 1333:12, 1334:17, 1334:19, 1334:24, 1335:6, 1335:13, 1335:15, 1336:5, 1336:7, 1337:4, 1337:9, 1337:17, 1337:21, 1338:1, 1338:4, 1338:6, 1339:3, 1339:17, 1339:20, 1340:16, 1340:21, 1345:4, 1345:7, 1345:21, 1346:12, 1346:15, 1346:17, 1346:23, 1347:6, 1347:8, 1347:12, 1347:16, 1347:18, 1347:22, 1347:24, 1348:3, 1348:10, 1348:18, 1348:23, 1349:1, 1349:4, 1349:6, 1349:7, 1349:17, 1349:21, 1349:25, 1350:2, 1351:8, 1351:11, 1351:13
**Muati** [3] - 1216:18, 1217:21, 1218:7
**Muhammad** [25] - 1239:5, 1285:12, 1285:16, 1285:20, 1286:3, 1286:17, 1287:19, 1288:2, 1288:12, 1288:13, 1288:17, 1288:22, 1289:1, 1289:7, 1289:9, 1289:13, 1289:15, 1289:16, 1290:6, 1290:17, 1293:11, 1295:7, 1344:22
**Muhammed** [1] - 1291:18
**multiple** [2] - 1349:8, 1349:10
**murder** [1] - 1223:20
**Musa** [1] - 1231:19
**must** [2] - 1243:14, 1266:25
**Myspacing** [1] - 1346:5

**N**

**Nablus** [1] - 1223:13
**Najab** [1] - 1220:10
**Nala** [1] - 1294:8
**name** [15] - 1216:25, 1217:1, 1222:16, 1240:25, 1252:13, 1260:13, 1266:8, 1271:17, 1283:21, 1316:1, 1318:2, 1324:7, 1328:10, 1342:15
**named** [4] - 1260:5, 1260:7, 1260:9, 1285:12
**names** [3] - 1243:21, 1286:7, 1310:10
**narrative** [4] - 1221:20, 1221:22, 1292:1, 1292:2
**Nashash** [24] - 1239:5, 1241:2, 1241:6, 1285:13, 1285:16, 1286:17, 1287:12, 1287:19, 1288:2, 1288:9, 1289:6, 1291:18, 1295:7, 1339:22, 1340:3, 1340:4, 1340:6, 1340:7, 1340:8, 1342:2, 1342:5, 1342:9, 1342:22
**Nashash's** [3] - 1285:20, 1286:4, 1287:9
**Nasralla** [1] - 1278:5
**National** [4] - 1280:3, 1280:22, 1282:9, 1282:17
**national** [1] - 1282:19
**Nations** [1] - 1328:3
**natural** [1] - 1317:21
**nature** [3] - 1250:12, 1267:22, 1345:20
**near** [2] - 1232:7, 1330:2
**necessarily** [3] - 1323:16, 1323:17, 1326:21
**necessary** [1] - 1309:16
**need** [19] - 1206:10, 1206:16, 1207:18, 1211:10, 1214:2, 1214:4, 1240:9, 1245:9, 1253:23, 1254:1, 1286:24, 1291:24, 1292:5, 1296:3, 1297:17, 1323:18, 1346:10, 1349:2, 1349:24
**needed** [1] - 1253:21
**neighborhood** [8] - 1223:5, 1225:20, 1225:25, 1228:24, 1229:1, 1229:2, 1253:25, 1321:9
**NERI** [1] - 1205:7
**Netanel** [1] - 1324:5
**network** [1] - 1268:18
**Network** [1] - 1263:6
**Neve** [18] - 1242:23, 1242:25, 1243:2, 1243:13, 1244:21, 1246:3, 1246:8, 1247:20, 1321:8, 1321:9, 1330:5, 1330:17, 1330:25, 1331:18, 1332:10, 1332:11, 1333:7, 1333:17
**never** [6] - 1258:23, 1259:4, 1265:8, 1279:6, 1279:8, 1321:11
**NEW** [1] - 1204:1
**New** [12] - 1204:9, 1205:10, 1273:4, 1273:10, 1276:8, 1304:19, 1304:20, 1308:12, 1308:13, 1313:18, 1343:13
**News** [8] - 1263:6, 1304:19, 1308:13, 1308:25, 1309:3, 1309:12, 1313:18, 1321:14
**news** [9] - 1234:12, 1237:4, 1237:5,

1237:6, 1237:7, 1303:3, 1303:4, 1314:10, 1343:21

**newspaper** [29] - 1258:10, 1258:11, 1258:16, 1259:12, 1259:15, 1262:19, 1263:3, 1266:21, 1271:17, 1274:4, 1274:6, 1275:1, 1275:2, 1275:6, 1276:13, 1277:13, 1277:14, 1278:16, 1303:12, 1303:20, 1304:23, 1308:8, 1308:16, 1335:18, 1336:3, 1345:3, 1345:12, 1345:15

**newspapers** [3] - 1309:6, 1343:13, 1343:14

**next** [31] - 1223:3, 1249:9, 1251:16, 1273:21, 1275:8, 1278:22, 1280:15, 1281:19, 1291:7, 1291:8, 1304:23, 1305:17, 1307:5, 1308:21, 1314:6, 1325:6, 1327:13, 1330:25, 1331:3, 1331:6, 1331:9, 1331:12, 1331:15, 1331:18, 1336:13, 1338:8, 1341:21, 1342:1, 1342:19, 1347:1, 1350:7

**NGOs** [1] - 1317:19

**NICOLE** [1] - 1205:9

**night** [3] - 1225:25, 1229:9, 1235:9

**nine** [3] - 1251:15, 1261:23, 1292:25

**Nisim** [1] - 1227:19

**no-how** [1] - 1233:9

**noise** [1] - 1236:7

**normally** [1] - 1233:2

**note** [3] - 1226:19, 1249:17, 1251:23

**noted** [1] - 1350:8

**notes** [2] - 1235:2, 1253:17

**nothing** [2] - 1290:7, 1346:6

**notwithstanding** [1] - 1256:14

**Nufal** [24] - 1239:5, 1283:21, 1284:2, 1284:3, 1284:6, 1284:9, 1285:6, 1285:11, 1288:12, 1288:13, 1289:10, 1289:16, 1290:3, 1290:9, 1290:16, 1290:23, 1291:3, 1291:4, 1293:11, 1293:24, 1294:5, 1340:5, 1340:6, 1340:9

**Nufal's** [4] - 1284:14, 1285:3, 1289:17, 1289:25

**Number** [20] - 1219:2, 1222:24, 1226:8, 1250:11, 1292:17, 1292:24, 1293:1, 1293:2, 1296:14, 1302:23, 1302:25, 1303:6, 1303:8, 1303:13, 1303:17, 1303:25, 1313:22, 1313:25, 1314:4, 1314:8

**number** [25] - 1220:17, 1246:15, 1249:9, 1251:15, 1254:14, 1254:15, 1263:24, 1265:3, 1265:4, 1265:5, 1265:23, 1265:24, 1271:13, 1274:4, 1292:25, 1301:8, 1316:23, 1317:11, 1323:1, 1323:2, 1332:1, 1340:16, 1349:2, 1349:18

---

# O

**o'clock** [1] - 1320:20

**oath** [4] - 1254:15, 1263:14, 1264:14, 1316:13

**object** [7] - 1215:12, 1272:19, 1273:16,

---

1273:17, 1311:1, 1313:7, 1324:25

**objected** [1] - 1275:3

**objecting** [1] - 1337:12

**objection** [40] - 1207:7, 1211:15, 1212:22, 1213:21, 1215:13, 1217:11, 1219:5, 1221:11, 1222:7, 1223:24, 1224:1, 1226:22, 1227:23, 1230:20, 1231:22, 1234:4, 1235:3, 1241:7, 1241:21, 1244:7, 1244:11, 1245:13, 1247:9, 1249:3, 1249:21, 1272:3, 1273:19, 1277:19, 1277:20, 1284:21, 1284:25, 1286:22, 1295:5, 1296:21, 1302:21, 1328:4, 1334:24, 1336:5, 1345:4, 1345:5

**objects** [1] - 1273:20

**obligation** [1] - 1206:9

**obtained** [1] - 1243:23

**obviously** [1] - 1333:21

**occasion** [1] - 1266:11

**occasions** [1] - 1323:1

**occupation** [1] - 1258:17

**occupied** [3] - 1310:19, 1312:4, 1312:9

**occupiers** [1] - 1313:5

**occur** [2] - 1239:11, 1293:12

**occurred** [17] - 1210:4, 1216:8, 1219:18, 1222:11, 1228:7, 1229:14, 1238:1, 1239:14, 1271:9, 1289:4, 1292:6, 1302:25, 1305:19, 1308:7, 1309:8, 1314:22, 1315:2

**occurrences** [1] - 1309:4

**October** [1] - 1232:6

**OF** [2] - 1204:1, 1204:13

**OFAC** [1] - 1257:8

**offer** [22] - 1211:9, 1212:20, 1213:18, 1214:14, 1214:18, 1217:9, 1219:3, 1221:25, 1226:13, 1227:17, 1230:19, 1231:18, 1233:21, 1241:4, 1241:20, 1245:7, 1247:8, 1248:25, 1249:18, 1251:11, 1259:20, 1303:6

**offered** [6] - 1215:6, 1259:18, 1274:3, 1336:7, 1337:2, 1337:3

**offering** [6] - 1214:20, 1214:21, 1233:25, 1274:9, 1274:10, 1274:18

**Office** [6] - 1242:5, 1244:3, 1272:7, 1272:14, 1272:23, 1315:10

**office** [2] - 1229:7, 1272:15

**official** [29] - 1211:7, 1211:12, 1211:18, 1211:23, 1217:18, 1221:18, 1226:6, 1226:11, 1227:1, 1230:17, 1233:14, 1233:19, 1241:14, 1241:18, 1244:20, 1245:3, 1245:11, 1247:6, 1248:1, 1264:7, 1304:4, 1309:10, 1318:8, 1318:9, 1318:13, 1319:9, 1343:23, 1343:25, 1344:1

**Oma** [1] - 1220:14

**Omar** [4] - 1212:17, 1218:25, 1219:4, 1222:4

**once** [3] - 1218:10, 1245:19, 1323:8

**one** [82] - 1206:10, 1206:21, 1207:16, 1207:23, 1207:24, 1208:7, 1208:11, 1208:21, 1213:2, 1214:17, 1227:9,

---

1227:10, 1239:5, 1243:14, 1247:23, 1249:7, 1249:13, 1249:17, 1250:5, 1251:3, 1251:23, 1258:18, 1259:14, 1260:16, 1263:7, 1264:4, 1266:7, 1266:25, 1268:11, 1269:6, 1276:17, 1277:1, 1277:2, 1279:14, 1286:14, 1287:1, 1287:2, 1289:18, 1291:13, 1297:17, 1297:24, 1299:8, 1299:9, 1299:24, 1299:25, 1300:3, 1301:10, 1302:3, 1302:9, 1303:15, 1303:24, 1304:9, 1304:10, 1304:11, 1304:13, 1309:19, 1313:9, 1323:14, 1323:15, 1326:2, 1326:14, 1328:8, 1332:5, 1332:6, 1332:7, 1332:8, 1332:9, 1332:10, 1332:22, 1332:23, 1333:23, 1339:21, 1340:8, 1341:8, 1343:9, 1344:1, 1345:16, 1347:8, 1347:15, 1348:14, 1348:20

**ones** [7] - 1207:23, 1214:17, 1293:7, 1299:6, 1310:8, 1310:9, 1323:6

**open** [1] - 1346:6

**operate** [2] - 1213:16, 1317:17

**operated** [1] - 1228:18

**operating** [1] - 1267:12

**operation** [6] - 1246:7, 1265:5, 1299:5, 1299:19, 1299:21

**operations** [1] - 1243:23

**operative** [6] - 1216:18, 1229:21, 1288:2, 1294:25, 1295:8, 1309:24

**operatives** [7] - 1241:1, 1256:20, 1293:7, 1317:11, 1317:25, 1344:11, 1344:21

**opinion** [10] - 1302:2, 1304:17, 1306:4, 1310:13, 1321:18, 1323:2, 1326:22, 1327:2, 1328:9, 1343:4

**opinions** [3] - 1259:18, 1259:21, 1263:11

**opportunity** [20] - 1210:2, 1210:6, 1211:23, 1216:6, 1219:9, 1219:17, 1222:10, 1228:5, 1229:23, 1229:24, 1230:1, 1232:5, 1232:8, 1237:25, 1242:7, 1242:22, 1248:4, 1254:17, 1287:6, 1344:17

**order** [3] - 1225:17, 1292:8, 1317:18

**organization** [41] - 1213:13, 1213:16, 1224:21, 1225:2, 1225:4, 1226:7, 1238:25, 1239:16, 1241:15, 1241:18, 1245:4, 1245:24, 1247:23, 1247:24, 1252:18, 1252:24, 1253:16, 1253:18, 1258:20, 1268:23, 1269:9, 1269:10, 1269:13, 1269:16, 1269:22, 1279:24, 1282:19, 1288:20, 1288:23, 1288:24, 1310:5, 1310:15, 1314:10, 1317:7, 1318:3, 1318:4, 1322:1, 1340:24, 1344:13, 1344:14

**organizations** [28] - 1208:1, 1208:2, 1208:6, 1208:10, 1239:21, 1239:24, 1256:9, 1261:20, 1264:7, 1268:2, 1268:15, 1269:6, 1297:20, 1302:1, 1304:14, 1310:7, 1310:8, 1310:11, 1310:12, 1310:16, 1310:17, 1310:18, 1317:17, 1317:19, 1317:21, 1343:21

original [1] - 1218:8
osen [2] - 1214:18, 1347:24
OSEN [16] - 1204:16, 1204:17, 1206:12, 1206:21, 1206:23, 1337:9, 1346:15, 1346:17, 1346:23, 1347:6, 1347:8, 1348:3, 1348:10, 1349:4, 1349:7, 1349:25
otherwise [1] - 1294:20
Outside [1] - 1206:1
outside [6] - 1214:25, 1234:20, 1250:2, 1298:6, 1311:7, 1320:9
overrule [2] - 1215:13, 1302:21
overruled [1] - 1224:5
overruling [1] - 1235:3
owe [2] - 1346:13, 1346:16
owed [1] - 1261:4
own [2] - 1263:18, 1265:16
owner [2] - 1310:2, 1313:13

**P**

p.m [2] - 1344:4, 1350:8
packed [1] - 1293:3
page [27] - 1249:12, 1250:20, 1254:10, 1254:21, 1261:22, 1264:9, 1265:10, 1273:21, 1275:8, 1278:22, 1280:16, 1281:19, 1286:12, 1286:13, 1286:14, 1287:1, 1287:2, 1287:8, 1289:22, 1289:24, 1322:10, 1325:6, 1327:13, 1328:18, 1336:13, 1338:8
PAGE [1] - 1351:3
pages [1] - 1249:13
paid [3] - 1260:25, 1271:3, 1332:15
pair [1] - 1317:11
Palestine [1] - 1225:2
Palestinian [19] - 1224:20, 1224:25, 1243:4, 1267:12, 1269:17, 1269:20, 1269:23, 1270:19, 1270:20, 1306:25, 1310:4, 1310:11, 1310:17, 1310:19, 1310:24, 1312:5, 1312:11, 1313:5, 1324:17
Palestinians [3] - 1233:1, 1310:13, 1310:25
paper [3] - 1271:25, 1285:24, 1339:11
paper's [1] - 1279:9
papers [1] - 1288:11
paragraph [4] - 1278:11, 1279:1, 1296:3, 1318:22
pardon [1] - 1214:3
parents [2] - 1344:18, 1344:20
Park [1] - 1328:9
part [28] - 1209:19, 1210:9, 1210:16, 1221:6, 1221:12, 1223:21, 1223:22, 1224:9, 1230:22, 1231:13, 1234:12, 1238:24, 1242:8, 1245:3, 1256:14, 1263:2, 1269:20, 1284:24, 1286:17, 1289:2, 1296:2, 1296:15, 1304:7, 1312:6, 1318:22, 1320:14, 1323:2, 1327:2
participants [3] - 1222:20, 1231:6, 1231:16
participated [1] - 1218:14

particular [35] - 1208:6, 1209:21, 1210:10, 1212:10, 1213:14, 1214:11, 1215:2, 1217:24, 1220:6, 1220:18, 1221:16, 1222:23, 1222:25, 1227:7, 1230:1, 1231:10, 1232:9, 1234:7, 1237:9, 1237:11, 1237:23, 1238:21, 1243:14, 1243:24, 1244:17, 1246:20, 1247:15, 1258:21, 1268:4, 1269:25, 1319:6, 1323:24, 1342:3, 1344:9, 1344:25
particularly [1] - 1213:11
parties [1] - 1250:5
parties' [1] - 1250:13
party [1] - 1344:7
pass [3] - 1249:16, 1249:22, 1332:25
passenger [1] - 1225:25
passengers [1] - 1293:3
past [2] - 1291:12, 1324:11
PAUL [1] - 1205:4
pause [3] - 1214:1, 1249:8, 1348:15
pawn [2] - 1297:20, 1297:22
payments [2] - 1349:9, 1349:11
pending [1] - 1206:24
penetrated [1] - 1278:6
people [37] - 1223:1, 1223:2, 1223:4, 1223:6, 1223:20, 1225:17, 1229:3, 1229:6, 1233:9, 1239:4, 1239:20, 1240:2, 1243:21, 1251:22, 1252:1, 1252:21, 1253:24, 1253:25, 1254:1, 1254:2, 1254:7, 1257:25, 1264:6, 1265:3, 1265:4, 1265:5, 1265:24, 1267:3, 1299:9, 1302:12, 1309:14, 1318:5, 1329:1, 1349:11
percent [1] - 1343:5
perfecting [1] - 1348:5
perform [1] - 1291:4
perhaps [6] - 1210:17, 1266:13, 1303:24, 1304:6, 1345:13, 1345:17
period [14] - 1208:12, 1248:21, 1254:5, 1255:13, 1255:19, 1255:25, 1256:7, 1261:5, 1269:11, 1321:23, 1322:20, 1324:8, 1335:8, 1335:9, 1335:9
permission [6] - 1238:22, 1250:13, 1268:13, 1268:20, 1285:24, 1295:3
perpetrate [1] - 1296:14
perpetrated [8] - 1208:25, 1212:19, 1219:23, 1228:20, 1233:6, 1267:20, 1294:6, 1309:15
perpetrating [1] - 1268:22
perpetration [2] - 1226:8, 1297:15
perpetrators [2] - 1213:3, 1265:7
person [7] - 1237:12, 1257:20, 1257:21, 1276:5, 1278:12, 1286:17, 1297:19, 1310:3, 1339:22, 1340:4
personal [3] - 1213:15, 1233:17, 1324:11
personally [6] - 1236:25, 1262:18, 1262:20, 1266:4, 1304:12, 1344:3
persons [1] - 1243:12
perspective [6] - 1209:3, 1276:25, 1279:15, 1304:10, 1305:3, 1319:19

persuade [1] - 1250:14
pertaining [3] - 1209:8, 1209:9, 1212:1
pertains [1] - 1265:3
pertinent [1] - 1345:14
Ph.D [1] - 1223:13
phone [2] - 1309:8, 1345:17
phonetic [6] - 1229:20, 1237:4, 1294:8, 1295:8, 1303:12, 1317:14
phonetic/Hebrew [3] - 1220:10, 1220:15, 1228:17
phonetic/Hebrew) [1] - 1220:11
photograph [3] - 1208:20, 1218:10, 1220:12
photographed [1] - 1217:18
picture [20] - 1210:16, 1216:17, 1217:21, 1218:15, 1220:9, 1220:15, 1221:7, 1227:11, 1227:12, 1231:14, 1240:21, 1240:23, 1257:21, 1289:19, 1290:14, 1290:15, 1293:19, 1302:10, 1323:12
pictures [2] - 1293:23, 1293:24
piece [5] - 1227:7, 1227:10, 1228:3, 1231:13
piggyback [1] - 1208:6
PIJ [2] - 1208:7, 1224:24
pipe [1] - 1290:7
PIPER [1] - 1205:3
pistol [2] - 1290:10, 1293:25
Pizza [1] - 1343:11
Pizzeria [4] - 1343:19, 1343:24, 1344:12, 1344:16
Place [23] - 1207:19, 1208:1, 1208:13, 1209:9, 1209:11, 1314:21, 1314:23, 1315:2, 1315:6, 1315:9, 1315:15, 1315:19, 1316:3, 1316:17, 1316:20, 1316:21, 1317:5, 1318:1, 1318:8, 1318:14, 1320:1, 1331:12, 1332:9
place [9] - 1210:3, 1223:2, 1228:6, 1229:4, 1232:6, 1242:23, 1243:5, 1291:13, 1317:22
places [1] - 1335:4
plaintiff [2] - 1273:15, 1274:3
plaintiffs [10] - 1206:8, 1207:10, 1235:4, 1260:19, 1260:23, 1260:25, 1261:11, 1270:10, 1270:24, 1326:1
Plaintiffs [2] - 1204:4, 1301:10
PLAINTIFFS [3] - 1204:16, 1204:20, 1204:22
plaintiffs' [2] - 1231:20, 1279:13
Plaintiffs' [41] - 1211:16, 1212:23, 1213:22, 1216:4, 1217:12, 1219:6, 1222:8, 1226:23, 1227:24, 1230:21, 1234:5, 1241:8, 1241:22, 1245:14, 1247:10, 1249:5, 1283:10, 1286:2, 1286:3, 1286:20, 1293:21, 1297:25, 1305:11, 1329:13, 1352:4, 1352:6, 1352:8, 1352:10, 1352:12, 1352:14, 1352:16, 1352:18, 1352:20, 1352:22, 1352:24, 1353:2, 1353:4, 1353:6, 1353:8, 1353:18, 1353:19
planned [3] - 1239:12, 1339:8, 1341:12

**planning** [2] - 1239:25, 1335:22
**plans** [1] - 1335:21
**plastic** [1] - 1290:10
**play** [4] - 1206:24, 1220:18, 1241:25, 1346:19
**played** [7] - 1213:25, 1224:15, 1225:7, 1242:8, 1244:16, 1246:19, 1247:19
**Plaza** [1] - 1205:9
**PLC** [1] - 1204:10
**PLLC** [1] - 1204:18
**PLO** [2] - 1310:9, 1310:10
**plus** [3] - 1222:18, 1323:17, 1349:10
**point** [9] - 1208:22, 1209:20, 1213:1, 1224:7, 1229:22, 1281:11, 1300:8, 1326:22, 1326:24
**points** [2] - 1299:17, 1333:15
**Police** [2] - 1256:3, 1259:4
**police** [2] - 1256:5, 1284:15
**political** [1] - 1268:4
**pops** [1] - 1218:10
**Popular** [1] - 1225:1
**popular** [2] - 1229:4, 1229:5
**popularity** [2] - 1268:6, 1268:8
**populated** [1] - 1233:1
**population** [2] - 1222:25, 1268:7
**portion** [1] - 1211:25
**portions** [1] - 1233:23
**portray** [1] - 1265:6
**position** [2] - 1274:3, 1297:21
**possession** [1] - 1213:2
**possible** [3] - 1277:3, 1292:4, 1348:4
**Post** [5] - 1307:10, 1307:16, 1308:21, 1316:15, 1343:13
**poster** [1] - 1333:3
**posters** [1] - 1209:22
**potential** [1] - 1240:3
**prayer** [1] - 1223:8
**pre** [1] - 1349:18
**pre-admitted** [1] - 1349:18
**preamble** [1] - 1339:5
**precise** [2] - 1319:21, 1349:2
**prejudge** [1] - 1327:11
**preliminary** [1] - 1224:5
**preparation** [3] - 1240:9, 1240:15, 1291:12
**preparations** [2] - 1240:6, 1341:17
**prepare** [1] - 1248:5
**prepared** [22] - 1219:13, 1223:17, 1223:22, 1229:16, 1229:19, 1231:23, 1232:1, 1238:24, 1239:6, 1240:17, 1242:10, 1242:13, 1279:10, 1290:6, 1296:13, 1329:22, 1330:7, 1330:20, 1340:8, 1340:9, 1341:13
**preparing** [2] - 1238:25, 1295:9
**presence** [13] - 1206:1, 1206:25, 1214:25, 1216:1, 1234:20, 1236:1, 1250:2, 1282:1, 1298:6, 1301:1, 1311:7, 1313:1, 1320:9
**present** [1] - 1340:19
**presented** [3] - 1257:22, 1261:15, 1303:23

**presently** [1] - 1258:5
**president** [1] - 1324:6
**President** [2] - 1335:22, 1339:9
**press** [2] - 1274:4, 1274:7
**pressure** [1] - 1297:9, 1319:13
**presumably** [1] - 1206:24
**pretty** [3] - 1295:14, 1309:15, 1320:11
**prevent** [3] - 1255:25, 1256:6, 1341:22
**previously** [8] - 1211:20, 1217:25, 1218:11, 1224:8, 1227:15, 1234:1, 1234:14, 1237:13
**primary** [1] - 1275:4
**Prime** [13] - 1212:9, 1231:9, 1242:5, 1244:3, 1272:7, 1272:13, 1272:22, 1315:9, 1335:20, 1335:21, 1335:25, 1336:2, 1339:8
**prime** [5] - 1272:15, 1272:19, 1274:4, 1274:6, 1274:16
**principle** [2] - 1258:15, 1258:17
**printed** [1] - 1343:15
**printing** [1] - 1345:14
**prints** [1] - 1279:3
**prison** [2] - 1263:16, 1334:10
**privately** [1] - 1250:13
**probability** [1] - 1247:19
**problem** [4] - 1221:10, 1250:12, 1270:12
**problems** [1] - 1250:8
**proceed** [6] - 1224:11, 1236:2, 1255:5, 1276:1, 1301:2, 1313:3
**proceedings** [4] - 1249:8, 1250:19, 1250:20, 1320:22
**Proceedings** [2] - 1205:12, 1350:9
**process** [5] - 1251:3, 1326:7, 1327:4, 1327:8, 1349:13
**proclamation** [2] - 1246:14, 1246:17
**proclamations** [1] - 1233:8
**produced** [1] - 1205:12
**professional** [2] - 1258:19, 1321:21
**professor** [1] - 1261:18
**Professor** [1] - 1262:9
**proffer** [2] - 1207:6, 1235:4
**projector** [2] - 1329:16, 1329:18
**prominent** [1] - 1227:6
**Promises** [1] - 1278:5
**promoting** [1] - 1269:17
**propaganda** [1] - 1268:12
**proper** [1] - 1322:3
**properly** [1] - 1327:1
**prosecution** [1] - 1324:21
**prosecutions** [1] - 1324:16
**prosecutor** [1] - 1258:23
**prospective** [1] - 1277:9
**provide** [4] - 1277:7, 1323:13, 1324:17, 1330:21
**provided** [5] - 1266:12, 1266:13, 1267:4, 1292:2, 1309:8
**public** [5] - 1221:19, 1253:24, 1269:1, 1303:24, 1335:24
**publication** [2] - 1280:6, 1314:13
**publish** [3] - 1261:24, 1277:23, 1279:11

**published** [18] - 1211:8, 1213:8, 1214:12, 1221:21, 1227:5, 1237:19, 1242:15, 1244:3, 1244:20, 1276:14, 1279:14, 1303:24, 1309:7, 1319:5, 1319:20, 1335:18, 1339:7, 1339:12
**publishing** [1] - 1259:14
**pull** [5] - 1254:9, 1261:22, 1286:6, 1289:21, 1328:17
**pulled** [1] - 1302:16
**punishment** [1] - 1292:4
**purposes** [5] - 1207:15, 1224:19, 1260:2, 1268:12, 1341:14
**pursuant** [1] - 1249:1
**push** [1] - 1297:21
**put** [30] - 1247:21, 1248:8, 1248:12, 1248:14, 1254:20, 1255:20, 1270:8, 1270:14, 1271:21, 1272:11, 1273:8, 1275:2, 1277:11, 1282:22, 1283:9, 1283:24, 1284:12, 1285:15, 1290:17, 1296:5, 1299:13, 1318:10, 1322:4, 1330:4, 1330:21, 1333:7, 1333:16, 1339:2, 1340:16, 1341:15
**puts** [2] - 1255:17, 1303:3
**putting** [2] - 1207:15, 1340:2
**PX10** [1] - 1318:13
**PX3807** [1] - 1318:12
**PX4045** [1] - 1289:21

**Q**

**Qaeda** [5] - 1208:8, 1315:7, 1315:8, 1316:4, 1319:16
**Qassam** [18] - 1211:13, 1213:8, 1217:6, 1230:11, 1230:17, 1233:14, 1233:19, 1238:16, 1241:19, 1245:11, 1245:25, 1246:6, 1246:13, 1247:6, 1264:23, 1269:6, 1318:23, 1344:2
**Qawasmeh** [7] - 1214:16, 1214:22, 1218:11, 1218:13, 1218:15, 1218:17
**qualifications** [1] - 1258:2
**Quds** [2] - 1269:18, 1270:18
**questioning** [1] - 1327:10
**questions** [11] - 1254:14, 1287:7, 1299:11, 1299:12, 1305:11, 1329:23, 1335:7, 1343:12, 1343:17, 1345:21
**quickly** [2] - 1249:10, 1268:17
**quietly** [1] - 1350:6
**quite** [2] - 1251:21, 1317:20
**quotations** [1] - 1338:2
**quoting** [1] - 1274:21
**Quran** [1] - 1240:24

**R**

**Ra'ed** [1] - 1334:6
**RACHELLE** [1] - 1205:7
**Raed** [3] - 1223:9, 1223:11, 1223:23
**Rael** [2] - 1226:9, 1304:11
**Rahma** [1] - 1334:3
**raise** [3] - 1250:5, 1268:10, 1286:6
**Ramallah** [1] - 1220:20
**Ramed** [1] - 1228:17

**RAND** [7] - 1281:6, 1281:7, 1282:22, 1282:24, 1283:3, 1322:8, 1322:12
**Rantiqi** [1] - 1303:15
**Rantisi** [2] - 1266:7, 1266:8
**rate** [1] - 1324:23
**rather** [5] - 1220:19, 1292:1, 1304:10, 1332:7, 1345:2
**reach** [2] - 1248:21, 1292:23
**reaching** [1] - 1237:24
**read** [15] - 1239:1, 1253:8, 1255:2, 1255:3, 1255:5, 1261:17, 1262:9, 1285:3, 1296:3, 1296:7, 1296:9, 1296:12, 1342:11, 1342:12, 1342:25
**reading** [1] - 1341:16
**reads** [1] - 1295:24
**ready** [3] - 1206:15, 1276:3, 1350:3
**real** [2] - 1257:11, 1305:3
**reality** [5] - 1265:25, 1266:23, 1292:6, 1304:9
**realize** [1] - 1210:8
**really** [12] - 1206:4, 1251:19, 1291:7, 1299:2, 1300:6, 1317:19, 1317:23, 1337:15, 1347:14, 1349:12, 1349:15
**Really** [1] - 1348:12
**rearrange** [1] - 1251:16
**reason** [1] - 1274:17
**reasonable** [1] - 1247:18
**reasons** [2] - 1240:2, 1330:16
**recalled** [2] - 1207:10, 1342:21
**receive** [3] - 1214:13, 1317:18, 1317:21
**received** [45] - 1206:2, 1207:7, 1211:16, 1212:22, 1212:23, 1213:20, 1213:22, 1216:2, 1216:4, 1217:10, 1217:12, 1219:5, 1219:6, 1222:7, 1222:9, 1226:23, 1227:23, 1227:25, 1230:20, 1230:21, 1231:20, 1231:22, 1234:5, 1241:7, 1241:8, 1241:21, 1241:22, 1245:13, 1245:14, 1247:9, 1247:10, 1249:5, 1249:21, 1262:18, 1262:20, 1267:1, 1272:4, 1277:21, 1285:2, 1296:22, 1296:23, 1318:5, 1339:15, 1344:4, 1349:8
**recently** [2] - 1261:17, 1307:15
**recess** [3] - 1250:19, 1281:18, 1320:22
**recognition** [1] - 1282:10
**recognizance** [1] - 1220:13
**recognize** [14] - 1211:4, 1226:3, 1234:13, 1236:4, 1236:8, 1236:10, 1245:1, 1245:21, 1245:23, 1248:11, 1271:23, 1272:13, 1284:14, 1295:22
**recognized** [1] - 1310:4
**recollection** [2] - 1235:7, 1280:21
**reconvene** [1] - 1249:25
**record** [8] - 1214:15, 1214:23, 1218:12, 1244:11, 1327:7, 1340:14, 1342:4, 1347:21
**recorded** [2] - 1205:12, 1341:16
**records** [20] - 1219:4, 1222:1, 1222:4, 1222:5, 1227:14, 1227:20, 1227:21, 1228:1, 1231:9, 1231:15, 1231:19, 1242:4, 1243:25, 1247:13, 1249:19,

1349:13, 1349:14, 1349:15
**recruit** [1] - 1328:25
**recruited** [1] - 1341:11
**red** [1] - 1225:3
**redact** [1] - 1234:1
**redacted** [2] - 1233:22, 1233:24
**redactions** [1] - 1233:25
**redirect** [1] - 1298:1
**REDIRECT** [2] - 1333:11, 1351:12
**refer** [1] - 1270:22
**references** [1] - 1227:4
**referencing** [3] - 1224:10, 1323:11, 1341:23
**referring** [2] - 1273:11, 1310:11
**refers** [1] - 1276:9
**refresh** [1] - 1280:21
**regard** [2] - 1206:2, 1211:21
**regarding** [11] - 1230:25, 1231:1, 1251:18, 1297:5, 1309:5, 1316:3, 1316:4, 1316:20, 1317:13, 1321:22
**regions** [1] - 1312:9
**regret** [1] - 1345:19
**regretfully** [2] - 1293:2, 1309:3
**reiterate** [1] - 1332:21
**relate** [2] - 1306:4, 1306:7
**related** [3] - 1204:4, 1219:24, 1265:3
**relates** [2] - 1236:11, 1265:8
**relating** [6] - 1212:10, 1218:3, 1222:2, 1224:19, 1231:9, 1243:25
**relationship** [1] - 1225:10
**relatively** [2] - 1223:5, 1243:3
**release** [3] - 1208:22, 1272:14, 1272:15
**released** [3] - 1208:24, 1209:4, 1209:5
**releases** [2] - 1212:9, 1274:5, 1274:7
**relevance** [2] - 1311:2, 1325:1
**reliable** [7] - 1263:6, 1265:15, 1323:6, 1326:6, 1326:18, 1326:21, 1326:23
**relied** [4] - 1221:13, 1263:11, 1326:4, 1328:8
**relies** [1] - 1345:17
**religious** [5] - 1210:23, 1222:25, 1223:5, 1223:16, 1225:19
**rely** [5] - 1263:2, 1263:7, 1263:12, 1263:23, 1323:20
**relying** [2] - 1264:15, 1326:8
**remember** [17] - 1243:14, 1251:5, 1254:11, 1254:24, 1261:21, 1262:4, 1280:6, 1282:12, 1282:22, 1291:24, 1292:5, 1297:17, 1299:3, 1305:25, 1310:5, 1314:3, 1320:7
**renew** [1] - 1251:18
**repeat** [2] - 1323:8, 1330:3
**repeated** [1] - 1260:10
**report** [50] - 1209:8, 1209:10, 1209:13, 1209:14, 1211:20, 1212:1, 1212:3, 1212:6, 1212:10, 1214:19, 1215:4, 1217:24, 1218:1, 1218:3, 1218:5, 1230:23, 1231:5, 1233:16, 1241:24, 1244:1, 1244:3, 1244:4, 1244:5, 1248:22, 1268:8, 1279:10, 1283:3, 1285:15, 1296:25, 1297:3, 1301:13,

1301:16, 1302:9, 1308:25, 1309:12, 1309:13, 1312:10, 1316:3, 1316:21, 1317:4, 1317:10, 1319:22, 1322:8, 1326:14, 1328:3, 1330:16, 1332:12, 1332:14, 1344:6
**Report** [2] - 1281:6, 1281:8
**reported** [32] - 1271:17, 1271:25, 1273:5, 1294:1, 1303:7, 1303:12, 1303:20, 1304:20, 1304:23, 1305:2, 1306:21, 1306:25, 1307:2, 1307:7, 1307:16, 1308:4, 1308:9, 1308:13, 1308:17, 1308:22, 1308:25, 1313:15, 1313:18, 1314:7, 1314:10, 1314:16, 1315:13, 1316:2, 1316:15, 1319:23, 1321:14, 1343:21
**REPORTER** [1] - 1205:9
**reporter** [5] - 1258:10, 1258:16, 1259:12, 1276:2, 1307:22
**reporters** [1] - 1307:21
**reporting** [1] - 1230:24
**reports** [6] - 1209:15, 1231:1, 1266:22, 1301:8, 1303:4, 1312:3
**represent** [3] - 1206:9, 1252:14, 1322:7
**representative** [1] - 1342:10
**represents** [1] - 1332:18
**requested** [2] - 1211:1, 1221:8
**requirements** [1] - 1324:17
**reschedule** [1] - 1250:14
**research** [2] - 1219:10, 1345:16
**researcher** [2] - 1258:6, 1277:7
**resident** [2] - 1225:24, 1232:16
**residents** [1] - 1225:20
**resources** [1] - 1256:14
**respect** [12] - 1253:16, 1263:7, 1305:18, 1307:19, 1314:23, 1316:19, 1318:7, 1321:23, 1326:15, 1333:15, 1343:2, 1343:3
**respectable** [1] - 1260:10
**respond** [1] - 1350:4
**response** [1] - 1349:17
**responsibilities** [1] - 1207:25
**Responsibility** [1] - 1270:16
**responsibility** [112] - 1207:16, 1207:21, 1208:3, 1208:11, 1208:12, 1211:7, 1211:18, 1211:22, 1217:7, 1217:18, 1226:6, 1226:25, 1227:1, 1230:12, 1233:15, 1239:25, 1240:12, 1240:13, 1240:14, 1241:14, 1244:20, 1244:22, 1245:4, 1246:7, 1247:2, 1248:1, 1262:21, 1267:14, 1267:18, 1267:19, 1268:3, 1269:3, 1271:1, 1271:6, 1271:13, 1271:18, 1271:23, 1273:6, 1274:16, 1274:22, 1275:5, 1276:14, 1290:16, 1294:1, 1294:21, 1297:1, 1297:2, 1297:5, 1297:6, 1297:8, 1297:10, 1297:11, 1297:12, 1297:15, 1301:25, 1302:2, 1302:14, 1302:19, 1303:8, 1303:13, 1303:21, 1304:4, 1304:5, 1304:6, 1304:15, 1304:21, 1305:20, 1306:1, 1306:5, 1306:8, 1306:17, 1306:22, 1307:1, 1307:3,

1307:7, 1307:17, 1308:5, 1308:10, 1308:14, 1308:18, 1308:22, 1309:6, 1313:20, 1313:24, 1314:4, 1314:8, 1314:18, 1314:19, 1314:23, 1315:11, 1315:14, 1315:19, 1315:24, 1316:16, 1317:7, 1318:9, 1318:13, 1318:24, 1319:3, 1319:5, 1319:6, 1319:10, 1319:21, 1321:15, 1321:19, 1321:21, 1321:22, 1343:15, 1343:22, 1343:23, 1343:25, 1344:3
**responsible** [17] - 1209:16, 1213:13, 1219:21, 1221:16, 1227:9, 1258:20, 1277:5, 1279:24, 1281:9, 1282:11, 1282:19, 1282:25, 1294:8, 1297:13, 1303:16, 1323:24, 1344:6
**rest** [2] - 1312:10, 1341:17
**result** [2] - 1242:14, 1248:2
**resulted** [2] - 1222:17, 1341:23
**resulting** [1] - 1216:16
**retract** [1] - 1310:6
**retraction** [2] - 1279:7, 1279:8
**Reuters** [4] - 1302:25, 1303:3, 1303:7, 1314:10
**reveal** [3] - 1223:9, 1225:13, 1233:5
**reverberated** [2] - 1335:24, 1339:11
**review** [2] - 1247:15, 1254:17
**RICE** [1] - 1204:24
**rid** [1] - 1206:5
**Rifiq** [2] - 1232:17, 1232:21
**rifle** [1] - 1236:16
**right-hand** [3] - 1220:12, 1220:13, 1238:18
**ripe** [1] - 1240:6
**risk** [1] - 1312:10
**Road** [1] - 1216:8
**roadblock** [1] - 1239:3
**ROCCO** [1] - 1204:22
**role** [16] - 1212:4, 1220:7, 1220:17, 1222:21, 1228:2, 1237:23, 1238:18, 1238:19, 1238:21, 1241:25, 1242:6, 1244:16, 1246:19, 1247:19, 1297:21, 1324:2
**roles** [1] - 1220:9
**Romeda** [9] - 1232:6, 1232:13, 1232:23, 1232:24, 1232:25, 1233:15, 1237:3, 1331:15, 1332:8
**Ronni** [4] - 1260:5, 1260:13, 1261:11, 1262:12
**RONNI** [2] - 1207:9, 1351:6
**room** [3] - 1276:5, 1289:17, 1290:3
**Rose** [1] - 1261:17
**Rose's** [1] - 1262:10
**Roth** [1] - 1204:7
**ROTH** [1] - 1204:20
**route** [1] - 1222:22
**Route** [6] - 1219:18, 1219:21, 1219:23, 1221:24, 1222:2, 1222:4
**RPR** [1] - 1205:9
**Rule** [2] - 1249:1, 1312:12
**ruled** [2] - 1233:22, 1272:18
**rules** [1] - 1324:21

**running** [1] - 1248:13
**runs** [1] - 1312:10
**rushed** [2] - 1229:11, 1308:7

## S

**Saba** [1] - 1330:2
**sake** [1] - 1343:3
**Salah** [1] - 1231:19
**Saleem** [1] - 1228:17
**Samaria** [1] - 1237:8
**save** [1] - 1345:6
**saw** [5] - 1211:2, 1240:3, 1288:6, 1290:13, 1304:12
**Sayed** [3] - 1328:10, 1328:11, 1328:12
**SAYLES** [1] - 1204:20
**Sbarro** [11] - 1307:24, 1308:10, 1308:14, 1308:18, 1309:1, 1309:5, 1343:10, 1343:19, 1343:24, 1344:12, 1344:16
**scenario** [1] - 1346:18
**scene** [13] - 1217:16, 1229:9, 1229:14, 1234:7, 1234:8, 1234:9, 1236:17, 1236:20, 1236:22, 1237:1, 1237:10, 1237:14, 1335:25
**schedule** [2] - 1206:15, 1251:16
**schedules** [1] - 1206:19
**scheduling** [1] - 1206:3
**scoop** [3] - 1335:20, 1337:10, 1339:7
**scored** [1] - 1299:17
**screen** [7] - 1245:20, 1248:11, 1254:21, 1318:11, 1330:8, 1330:11, 1333:16
**scroll** [4] - 1286:11, 1286:12, 1287:1, 1287:2
**sea** [1] - 1344:24
**Sean** [19] - 1254:9, 1254:20, 1261:22, 1265:9, 1266:1, 1271:22, 1272:12, 1273:9, 1277:11, 1278:2, 1278:11, 1280:11, 1280:16, 1322:5, 1322:10, 1322:23, 1328:17, 1329:10, 1330:4
**sean** [1] - 1264:8
**search** [1] - 1345:1
**searches** [1] - 1346:4
**searching** [1] - 1346:5
**seated** [5] - 1207:2, 1251:2, 1252:6, 1282:2, 1321:3
**second** [9] - 1219:21, 1274:25, 1276:4, 1278:11, 1292:18, 1292:21, 1297:24, 1318:22, 1342:16
**secret** [8] - 1253:18, 1254:6, 1254:8, 1255:1, 1255:12, 1255:14, 1256:5, 1317:19
**secretive** [1] - 1253:16
**section** [2] - 1209:9, 1218:2
**secured** [1] - 1233:3
**Security** [21] - 1209:10, 1211:20, 1212:3, 1217:23, 1230:25, 1255:17, 1255:20, 1255:24, 1259:7, 1262:11, 1281:6, 1281:7, 1283:5, 1301:6, 1301:8, 1301:13, 1301:16, 1302:5, 1322:10, 1322:14, 1344:6

**security** [2] - 1237:8, 1240:1
**see** [65] - 1206:6, 1206:10, 1210:6, 1210:16, 1216:17, 1218:15, 1218:16, 1220:9, 1236:5, 1236:15, 1236:25, 1240:12, 1240:21, 1242:7, 1243:20, 1244:2, 1245:3, 1249:25, 1250:7, 1250:13, 1250:18, 1252:3, 1262:7, 1266:14, 1270:15, 1274:6, 1278:8, 1278:20, 1279:4, 1280:19, 1281:15, 1283:22, 1285:24, 1286:7, 1286:15, 1287:17, 1287:18, 1290:4, 1290:5, 1290:10, 1291:9, 1291:23, 1291:24, 1293:4, 1294:3, 1294:4, 1298:4, 1305:1, 1305:3, 1317:6, 1317:12, 1318:25, 1320:7, 1320:8, 1320:21, 1326:12, 1329:4, 1329:5, 1330:23, 1333:18, 1346:7, 1346:23, 1350:3, 1350:5, 1350:6
**seeing** [2] - 1224:2, 1236:13
**self** [2] - 1215:10, 1306:7
**self-authenticating** [1] - 1215:10
**self-glorification** [1] - 1306:7
**send** [2] - 1291:3, 1291:22
**senior** [2] - 1267:8, 1349:7
**sense** [1] - 1347:12
**sensitive** [3] - 1304:1, 1335:19
**sent** [2] - 1307:13, 1342:23
**sentence** [3] - 1246:6, 1246:12, 1279:2
**sentences** [3] - 1246:12, 1278:11, 1320:15
**sentencing** [9] - 1206:6, 1212:17, 1218:25, 1283:25, 1285:20, 1286:4, 1286:16, 1287:9, 1289:23
**sentencings** [1] - 1326:2
**separate** [2] - 1207:23, 1268:15
**September** [12] - 1228:7, 1242:23, 1245:5, 1247:4, 1250:6, 1313:22, 1314:7, 1314:17, 1320:2, 1321:7, 1322:14, 1322:17
**series** [1] - 1343:17
**serve** [1] - 1222:24
**service** [1] - 1348:12
**services** [1] - 1254:1
**settlement** [5] - 1232:25, 1243:2, 1246:8, 1246:14, 1322:15
**settlers** [1] - 1237:7
**seven** [3] - 1292:25, 1330:10, 1332:18
**SEVENIER** [1] - 1205:7
**several** [4] - 1219:15, 1233:3, 1236:24, 1343:12
**Shabana** [6] - 1216:18, 1216:21, 1216:22, 1216:24, 1217:22, 1218:7
**Shabon** [1] - 1246:16
**Shaheed** [1] - 1213:16
**SHAKED** [2] - 1207:9, 1351:6
**shaked** [16] - 1235:5, 1252:11, 1254:4, 1254:11, 1254:24, 1255:10, 1258:1, 1260:18, 1262:1, 1264:13, 1265:12, 1266:3, 1267:11, 1270:14, 1278:4, 1301:4
**Shaked** [43] - 1216:6, 1217:16, 1221:15,

1224:9, 1224:18, 1233:11, 1244:15, 1245:21, 1260:5, 1260:13, 1261:11, 1262:3, 1262:12, 1262:14, 1280:21, 1282:5, 1285:19, 1286:10, 1290:22, 1291:7, 1296:9, 1296:24, 1302:5, 1302:24, 1307:12, 1310:13, 1313:2, 1313:14, 1313:24, 1316:14, 1318:8, 1318:23, 1318:25, 1321:7, 1322:7, 1322:12, 1322:25, 1328:2, 1328:15, 1328:23, 1329:21, 1331:25, 1333:13

**Shaked's** [1] - 1328:18

**shaked's** [3] - 1254:9, 1264:9, 1265:10

**SHAND** [2] - 1205:3, 1254:20

**shared** [4] - 1239:24, 1240:13, 1299:20, 1301:25, 1347:18

**Sharif** [4] - 1212:18, 1218:25, 1219:4, 1227:20

**sharing** [1] - 1251:8

**Shawn** [9] - 1286:9, 1287:2, 1287:24, 1289:21, 1293:22, 1294:16, 1296:8, 1301:12, 1318:12

**Sheikh** [2] - 1266:9, 1266:10

**shells** [2] - 1246:8, 1246:13

**shooter** [4] - 1232:9, 1232:15, 1232:16, 1237:13

**shooters** [2] - 1220:8, 1220:10

**shooting** [8] - 1219:18, 1219:23, 1221:16, 1221:24, 1232:6, 1236:14, 1237:20, 1243:16

**short** [4] - 1207:23, 1267:9, 1335:9, 1345:16

**short-lived** [1] - 1267:9

**show** [41] - 1211:3, 1212:12, 1213:19, 1217:2, 1218:19, 1220:23, 1224:8, 1226:2, 1226:19, 1230:7, 1233:10, 1233:24, 1234:11, 1236:6, 1237:17, 1241:10, 1244:24, 1246:22, 1251:10, 1270:15, 1280:10, 1281:3, 1286:1, 1287:10, 1290:1, 1294:15, 1295:3, 1295:20, 1300:3, 1301:7, 1301:9, 1301:11, 1301:14, 1316:19, 1317:2, 1318:12, 1318:16, 1326:20, 1328:20, 1329:15, 1329:17

**showed** [7] - 1257:14, 1283:4, 1283:24, 1301:7, 1301:17, 1316:20, 1317:5

**showing** [3] - 1221:12, 1274:12, 1274:19

**shown** [11] - 1231:24, 1239:17, 1241:1, 1257:3, 1263:23, 1270:10, 1283:10, 1284:13, 1295:4, 1301:19, 1330:10

**shows** [2] - 1234:17, 1236:14

**shy** [1] - 1251:22

**sic** [3] - 1218:16, 1221:24, 1236:16

**side** [9] - 1219:24, 1220:12, 1220:13, 1220:15, 1222:14, 1238:18, 1239:4, 1294:25

**Sidebar** [6] - 1235:1, 1274:1, 1298:6, 1312:13, 1325:5, 1336:12

**sidebar** [18] - 1214:24, 1214:25, 1215:1, 1215:14, 1234:20, 1235:11, 1273:14, 1273:21, 1275:7, 1298:5, 1299:1,

1300:11, 1311:4, 1311:7, 1312:1, 1325:3, 1327:12, 1338:7

**sides** [1] - 1260:15

**sideshow** [1] - 1327:3

**signed** [1] - 1285:3

**significance** [3] - 1222:22, 1224:18, 1243:1

**significant** [3] - 1306:6, 1306:9, 1323:7

**signs** [1] - 1224:20

**similar** [1] - 1261:19

**simple** [2] - 1297:22, 1304:18

**simply** [3] - 1240:9, 1288:24, 1296:3

**single** [5] - 1257:20, 1257:21, 1302:9, 1306:4

**sit** [4] - 1206:17, 1229:23, 1250:4, 1251:16

**site** [3] - 1233:19, 1293:16, 1321:20

**sitting** [1] - 1250:6

**situation** [4] - 1305:4, 1305:23, 1323:16, 1323:17

**six** [5] - 1294:16, 1294:17, 1308:24, 1309:13, 1313:25

**sized** [1] - 1243:3

**skull** [2] - 1210:24, 1225:19

**slide** [56] - 1208:16, 1210:12, 1210:16, 1216:13, 1216:17, 1218:8, 1218:9, 1218:10, 1218:16, 1227:15, 1228:9, 1232:12, 1237:13, 1238:4, 1238:6, 1238:17, 1239:4, 1239:18, 1240:21, 1241:2, 1243:7, 1245:3, 1283:10, 1283:14, 1283:18, 1285:15, 1285:16, 1287:24, 1288:1, 1288:7, 1289:5, 1294:16, 1294:17, 1316:20, 1316:23, 1317:1, 1330:4, 1330:8, 1330:11, 1331:22, 1331:25, 1332:18, 1333:7, 1333:17, 1339:18, 1340:16, 1341:7, 1341:21, 1342:1, 1342:19, 1343:2, 1343:4

**slides** [6] - 1257:21, 1257:25, 1296:4, 1330:13, 1347:2, 1347:25

**slippers** [1] - 1229:12

**slower** [1] - 1334:18

**small** [1] - 1287:4

**smuggled** [1] - 1247:23

**social** [1] - 1268:18

**society** [6] - 1224:20, 1224:22, 1268:18, 1310:24, 1312:6, 1329:2

**solid** [1] - 1345:11

**Solidarity** [1] - 1318:3

**someone** [2] - 1274:20, 1328:10

**sometimes** [7] - 1243:4, 1262:24, 1265:21, 1267:6, 1307:21, 1345:17

**somewhat** [2] - 1252:3, 1270:1

**soon** [3] - 1276:2, 1320:8, 1347:1

**sorry** [12] - 1236:9, 1250:11, 1278:10, 1280:17, 1280:24, 1284:4, 1286:12, 1289:23, 1290:20, 1307:11, 1309:12, 1309:16

**sort** [3] - 1228:25, 1310:14, 1333:14

**sorts** [1] - 1343:14

**sounds** [1] - 1348:23

**source** [15] - 1211:11, 1211:12, 1213:6, 1221:12, 1226:10, 1226:11, 1230:16, 1233:18, 1241:17, 1241:18, 1245:10, 1247:5, 1263:6, 1275:4, 1345:12

**sources** [13] - 1209:19, 1209:24, 1212:25, 1214:9, 1219:8, 1248:5, 1248:16, 1248:17, 1248:18, 1248:20, 1263:5, 1267:2, 1343:20

**southern** [1] - 1228:24

**Special** [1] - 1279:18

**special** [5] - 1223:11, 1279:23, 1297:19

**specific** [5] - 1206:11, 1229:4, 1262:5, 1320:12, 1320:13

**specifically** [6] - 1227:4, 1243:11, 1243:21, 1246:6, 1299:18, 1342:14

**spectacles** [1] - 1265:16

**speeches** [1] - 1268:24

**spent** [3] - 1290:23, 1290:24, 1299:7

**spitzen** [2] - 1346:19, 1347:13

**Spitzen** [1] - 1343:17

**squad** [3] - 1220:8, 1221:20, 1221:21

**stages** [1] - 1223:12

**stand** [2] - 1270:9, 1270:15

**standard** [2] - 1247:21, 1322:3

**standards** [1] - 1268:24

**standing** [1] - 1348:20

**Start** [1] - 1280:24

**start** [8] - 1206:18, 1253:24, 1258:8, 1327:3, 1333:13, 1339:5, 1346:19, 1350:7

**started** [2] - 1258:13, 1299:4

**starters** [1] - 1274:8

**state** [1] - 1319:14

**statement** [4] - 1263:17, 1297:25, 1301:6, 1306:11

**statements** [1] - 1276:25

**STATES** [2] - 1204:1, 1204:14

**states** [1] - 1342:21

**States** [12] - 1204:8, 1227:3, 1257:5, 1261:18, 1282:18, 1283:4, 1304:25, 1315:17, 1322:9, 1322:13, 1335:23, 1339:15

**stating** [3] - 1245:4, 1301:21, 1302:17

**station** [4] - 1292:23, 1294:1, 1294:6, 1330:2

**stature** [1] - 1267:8

**stay** [3] - 1317:22, 1338:2, 1346:6

**staying** [1] - 1317:12

**stenography** [1] - 1205:12

**step** [2] - 1250:3, 1345:22

**STEPHENS** [4] - 1205:3, 1250:17, 1346:12, 1350:2

**steps** [2] - 1257:2, 1336:4

**still** [6] - 1206:23, 1229:12, 1341:7, 1341:21, 1343:4, 1346:23

**stipulated** [1] - 1349:16

**STONE** [1] - 1204:22

**stop** [4] - 1224:16, 1255:21, 1256:15, 1292:23

**stopped** [4] - 1239:3, 1239:9, 1257:1, 1292:22

story [6] - 1217:8, 1221:19, 1221:22, 1292:1, 1299:3, 1339:9
straight [1] - 1291:13
street [1] - 1237:2
streets [2] - 1310:4, 1310:14
stricken [1] - 1339:2
strike [9] - 1244:8, 1255:18, 1262:18, 1297:23, 1297:25, 1302:20, 1307:11, 1336:6, 1338:4
Strip [3] - 1243:2, 1243:5, 1247:24
strip [1] - 1321:9
structure [1] - 1253:20
Studies [2] - 1279:19, 1279:24
studies [1] - 1223:14
stuff [3] - 1346:13, 1346:14, 1346:16
Sual [1] - 1220:11
subject [5] - 1206:15, 1233:25, 1262:5, 1302:11, 1335:19
submit [2] - 1221:8, 1346:25
subsequently [1] - 1235:9
successful [1] - 1292:21
suffices [1] - 1345:16
sufficient [1] - 1225:8
suggest [1] - 1319:4
suicide [75] - 1209:12, 1210:9, 1210:15, 1212:4, 1212:19, 1213:4, 1213:6, 1213:11, 1214:10, 1216:7, 1216:10, 1216:15, 1216:19, 1216:23, 1217:8, 1217:17, 1217:19, 1218:5, 1218:6, 1219:1, 1219:9, 1219:13, 1222:11, 1222:17, 1223:10, 1223:11, 1226:9, 1228:6, 1228:11, 1231:5, 1231:24, 1232:2, 1233:16, 1237:12, 1237:13, 1237:20, 1238:1, 1238:8, 1238:11, 1238:12, 1238:23, 1239:7, 1239:22, 1240:3, 1240:17, 1241:15, 1243:18, 1256:11, 1278:17, 1288:14, 1288:21, 1288:25, 1291:4, 1291:22, 1292:12, 1292:20, 1294:2, 1297:18, 1309:19, 1317:24, 1319:15, 1319:22, 1320:1, 1333:20, 1341:5, 1341:12, 1341:15, 1342:7, 1342:8, 1342:10, 1342:13, 1342:22, 1344:18, 1344:22, 1349:9
summarized [1] - 1248:5
summary [8] - 1248:18, 1249:2, 1249:4, 1329:21, 1330:7, 1330:20, 1332:2, 1332:20
supplied [1] - 1299:13
support [1] - 1323:2
surrounding [4] - 1335:17, 1337:4, 1337:19, 1339:6
suspect [2] - 1317:16, 1326:10
suspended [7] - 1259:14, 1259:16, 1335:9, 1335:12, 1337:11, 1337:14, 1339:13
suspension [4] - 1335:17, 1337:5, 1337:19, 1339:6
sustain [1] - 1345:5
sustained [5] - 1244:12, 1272:20, 1311:3, 1325:2, 1328:5
sworn [6] - 1207:11, 1305:24, 1306:11,

1310:2, 1314:2
symbol [2] - 1225:3, 1347:8
symbols [3] - 1224:21, 1268:23, 1347:7
system [1] - 1324:1

## T

Takruri [1] - 1210:17, 1213:10
Tal [7] - 1232:6, 1232:12, 1232:23, 1232:24, 1232:25, 1233:15, 1237:3
talks [1] - 1291:8
Tamimi [1] - 1344:23
Tanseem [4] - 1291:8, 1291:11, 1291:15, 1291:16
target [3] - 1292:16, 1292:17, 1292:19
Tel [1] - 1331:15, 1332:8
Telegraph [1] - 1308:17
television [2] - 1293:25, 1294:6
temperature [2] - 1251:19, 1252:2
temple [1] - 1223:3
ten [2] - 1264:10, 1279:16
term [1] - 1269:11
terms [4] - 1246:10, 1247:13, 1247:16, 1343:5
Territories [2] - 1267:12, 1269:23
territories [9] - 1270:1, 1278:7, 1310:19, 1312:9, 1313:5, 1317:15, 1317:18, 1324:22
territory [3] - 1239:3, 1329:2, 1329:6
terror [23] - 1207:18, 1208:1, 1208:25, 1209:6, 1210:5, 1227:9, 1227:13, 1230:3, 1239:12, 1240:16, 1243:14, 1244:21, 1244:22, 1247:2, 1267:20, 1267:23, 1269:17, 1304:13, 1319:15, 1332:4, 1332:6, 1332:9, 1344:13
terrorism [2] - 1227:3, 1282:20
Terrorism [4] - 1279:18, 1279:23, 1280:4, 1280:22
terrorist [43] - 1208:23, 1214:11, 1219:22, 1224:19, 1225:13, 1228:16, 1228:17, 1230:25, 1236:15, 1238:14, 1242:6, 1242:8, 1244:6, 1252:18, 1252:24, 1255:21, 1255:25, 1256:6, 1256:12, 1258:20, 1266:16, 1267:6, 1267:11, 1267:14, 1267:17, 1267:18, 1267:25, 1268:3, 1268:4, 1269:2, 1269:10, 1269:22, 1270:3, 1274:21, 1275:5, 1278:17, 1310:14, 1310:16, 1317:10, 1321:25, 1335:3, 1341:4, 1342:17
Terrorists [1] - 1269:17
terrorists [18] - 1208:25, 1209:4, 1209:21, 1213:15, 1225:11, 1257:5, 1257:18, 1263:10, 1263:14, 1263:16, 1263:20, 1318:1, 1334:22, 1335:2, 1335:4, 1342:23, 1344:20, 1344:24
test [1] - 1304:9
testified [9] - 1207:11, 1253:17, 1266:3, 1299:18, 1309:20, 1310:22, 1312:4, 1323:1, 1323:5
testify [1] - 1251:11
testifying [1] - 1319:12, 1328:23

testimonials [1] - 1345:10
testimonies [2] - 1332:13, 1335:5
testimony [17] - 1253:15, 1264:9, 1266:18, 1291:24, 1302:8, 1305:24, 1306:11, 1310:2, 1312:3, 1314:2, 1319:8, 1322:25, 1323:9, 1328:16, 1328:19, 1338:4, 1346:20
THE [209] - 1204:13, 1205:3, 1205:9, 1206:2, 1206:16, 1206:22, 1207:1, 1207:4, 1207:5, 1208:17, 1210:14, 1211:10, 1211:14, 1212:2, 1212:22, 1213:20, 1214:1, 1214:4, 1214:6, 1214:24, 1215:2, 1215:5, 1215:10, 1215:13, 1216:2, 1216:14, 1217:10, 1217:15, 1218:4, 1219:5, 1220:1, 1221:3, 1221:6, 1221:14, 1222:7, 1222:15, 1224:1, 1224:6, 1224:11, 1224:13, 1226:14, 1226:17, 1226:21, 1227:23, 1228:10, 1230:20, 1231:4, 1231:22, 1232:14, 1233:22, 1234:1, 1234:4, 1234:19, 1235:7, 1235:10, 1236:3, 1236:8, 1237:18, 1238:5, 1238:7, 1241:7, 1241:21, 1242:19, 1242:21, 1243:9, 1244:11, 1245:9, 1245:13, 1245:18, 1247:9, 1248:16, 1249:3, 1249:11, 1249:21, 1249:23, 1250:3, 1250:10, 1250:11, 1250:18, 1251:2, 1251:9, 1251:15, 1251:20, 1252:2, 1252:6, 1254:23, 1255:4, 1261:25, 1264:12, 1270:10, 1270:13, 1272:4, 1272:20, 1273:14, 1273:20, 1274:2, 1274:11, 1274:24, 1276:2, 1277:19, 1277:21, 1277:25, 1281:13, 1281:18, 1282:2, 1282:14, 1283:13, 1284:4, 1284:21, 1284:23, 1285:1, 1286:11, 1286:22, 1286:25, 1287:4, 1290:19, 1290:21, 1295:6, 1295:12, 1295:16, 1296:22, 1297:24, 1298:4, 1299:2, 1299:20, 1300:5, 1301:3, 1301:15, 1302:21, 1305:8, 1305:13, 1305:15, 1305:17, 1311:3, 1311:6, 1312:8, 1313:4, 1313:9, 1313:10, 1316:7, 1316:9, 1316:11, 1317:3, 1318:17, 1318:20, 1320:3, 1320:6, 1320:10, 1320:12, 1320:16, 1320:18, 1320:21, 1321:1, 1321:3, 1325:2, 1325:4, 1326:5, 1326:13, 1326:17, 1327:9, 1328:5, 1328:21, 1329:15, 1329:19, 1330:3, 1331:23, 1333:1, 1333:3, 1333:6, 1333:9, 1334:15, 1334:25, 1335:2, 1336:10, 1337:1, 1337:7, 1337:12, 1337:20, 1337:23, 1338:2, 1338:5, 1339:1, 1339:19, 1340:20, 1345:5, 1345:22, 1345:25, 1346:10, 1346:13, 1346:16, 1346:21, 1347:5, 1347:7, 1347:11, 1347:14, 1347:17, 1347:20, 1348:7, 1348:11, 1348:16, 1348:22, 1348:25, 1349:2, 1349:5, 1349:14, 1349:19, 1349:24, 1350:5
theories [1] - 1316:4
therefore [8] - 1235:5, 1240:4, 1240:7,

1240:8, 1262:5, 1297:8, 1301:25, 1312:11
**thinks** [1] - 1292:20
**thirty** [1] - 1222:18
**thirty-plus** [1] - 1222:18
**thorough** [1] - 1345:15
**three** [10] - 1246:7, 1249:1, 1299:11, 1299:14, 1305:20, 1309:7, 1332:23, 1339:14, 1344:21, 1348:17
**throughout** [1] - 1322:25
**Thursday** [1] - 1350:9
**thwarted** [1] - 1256:22
**ties** [1] - 1312:9
**timeframe** [2] - 1268:1, 1269:25
**tip** [1] - 1345:18
**tip-off** [1] - 1345:18
**title** [2] - 1278:2, 1278:5
**today** [9] - 1206:13, 1206:14, 1246:9, 1263:15, 1324:9, 1332:24, 1334:1, 1334:4, 1334:7
**together** [7] - 1227:11, 1291:11, 1319:7, 1335:22, 1339:8, 1340:8, 1341:10
**tomorrow** [5] - 1206:24, 1346:7, 1346:19, 1348:1, 1350:6
**tonight** [4] - 1206:5, 1206:6, 1346:18, 1346:22
**took** [4] - 1229:13, 1304:6, 1309:1, 1321:15
**top** [3] - 1220:16, 1221:4, 1248:13
**tortured** [1] - 1328:12
**total** [1] - 1349:6
**totally** [2] - 1315:2, 1320:12
**toward** [1] - 1239:7
**toy** [1] - 1290:10
**traces** [1] - 1208:8
**tradition** [1] - 1223:3
**traditional** [2] - 1229:1, 1268:17
**trained** [2] - 1315:7, 1315:8
**training** [2] - 1258:19, 1258:25
**transcript** [3] - 1205:12, 1205:12, 1254:18
**TRANSCRIPT** [1] - 1204:13
**transferred** [1] - 1239:2
**transfers** [1] - 1348:19
**translated** [1] - 1245:16
**translation** [6] - 1255:9, 1278:2, 1287:8, 1289:22, 1294:24, 1296:6
**translator** [1] - 1255:3
**translators** [1] - 1348:11
**transpired** [2] - 1246:10, 1337:6
**transport** [2] - 1223:1, 1223:4
**transported** [1] - 1240:10
**treatise** [1] - 1326:13
**tremendous** [1] - 1349:18
**trial** [5] - 1210:8, 1253:2, 1315:4, 1324:18, 1328:18
**TRIAL** [1] - 1204:13
**tried** [3] - 1208:10, 1302:1, 1319:18
**trigger** [1] - 1302:16
**triggered** [1] - 1299:6
**troops** [1] - 1296:2

**true** [19] - 1257:20, 1258:21, 1259:13, 1262:24, 1262:25, 1263:21, 1289:14, 1293:17, 1294:13, 1306:12, 1309:25, 1313:25, 1314:1, 1314:9, 1319:12, 1322:12, 1324:4, 1337:8, 1337:10
**Truman** [1] - 1258:6
**trust** [1] - 1328:25
**truth** [12] - 1263:22, 1266:15, 1266:17, 1266:19, 1266:24, 1274:9, 1302:17, 1309:9, 1319:9, 1336:8, 1337:2, 1345:1
**truthful** [1] - 1268:7
**try** [10] - 1208:6, 1291:14, 1292:3, 1292:9, 1294:23, 1300:10, 1306:3, 1312:10, 1320:18, 1332:17
**trying** [9] - 1255:21, 1255:25, 1256:6, 1256:10, 1265:14, 1297:13, 1297:14, 1301:21, 1320:16
**turn** [1] - 1252:2
**turned** [1] - 1304:11
**turner** [8] - 1283:15, 1283:24, 1295:4, 1301:5, 1301:16, 1316:20, 1318:10, 1348:5
**Turner** [2] - 1257:4, 1257:14
**TURNER** [132] - 1204:18, 1204:18, 1207:8, 1207:14, 1208:15, 1209:7, 1210:12, 1211:3, 1211:9, 1211:25, 1212:12, 1212:20, 1213:18, 1213:24, 1214:3, 1214:5, 1214:7, 1214:14, 1214:20, 1216:13, 1217:2, 1217:9, 1217:14, 1218:2, 1218:8, 1218:19, 1218:21, 1219:3, 1219:24, 1220:23, 1221:1, 1221:5, 1221:10, 1221:25, 1222:14, 1223:25, 1224:7, 1224:12, 1224:14, 1224:16, 1225:6, 1225:8, 1226:2, 1226:13, 1226:16, 1226:19, 1227:17, 1228:9, 1230:7, 1230:19, 1231:2, 1231:18, 1232:12, 1233:10, 1233:21, 1233:23, 1234:3, 1234:11, 1235:8, 1236:2, 1236:6, 1237:17, 1238:4, 1238:6, 1241:4, 1241:10, 1241:20, 1242:17, 1242:20, 1243:7, 1244:9, 1244:13, 1244:24, 1245:7, 1245:16, 1245:19, 1246:22, 1247:8, 1248:8, 1248:14, 1248:25, 1249:7, 1249:9, 1249:16, 1249:22, 1251:3, 1270:12, 1272:3, 1272:18, 1273:17, 1277:20, 1284:22, 1284:24, 1286:23, 1295:5, 1296:21, 1311:1, 1313:7, 1316:22, 1316:24, 1318:14, 1324:25, 1327:6, 1328:4, 1333:2, 1333:7, 1333:12, 1334:17, 1334:19, 1335:6, 1335:13, 1335:15, 1336:7, 1337:4, 1337:17, 1337:21, 1338:1, 1339:3, 1339:17, 1339:20, 1340:16, 1340:21, 1345:7, 1345:21, 1347:18, 1347:22, 1348:18, 1348:23, 1349:1, 1349:6, 1351:8, 1351:13
**tweeting** [1] - 1346:5
**twittering** [1] - 1346:4
**two** [40] - 1207:22, 1208:23, 1208:24, 1209:4, 1209:12, 1220:9, 1221:4,

1224:14, 1229:8, 1239:3, 1239:21, 1239:24, 1241:1, 1246:12, 1248:3, 1252:16, 1260:24, 1278:11, 1279:21, 1289:18, 1303:24, 1304:15, 1305:22, 1307:10, 1308:6, 1309:19, 1315:6, 1317:6, 1317:20, 1318:1, 1318:5, 1319:21, 1320:1, 1322:15, 1323:17, 1334:13, 1342:24, 1347:1
**two-and-a** [1] - 1229:8
**type** [3] - 1223:11, 1265:2, 1330:1
**types** [1] - 1261:20

## U

**U.N** [1] - 1326:14
**ultimate** [1] - 1237:22
**ultimately** [6] - 1209:11, 1241:2, 1297:6, 1302:3, 1323:24, 1339:14
**unauthorized** [1] - 1285:22
**under** [8] - 1254:15, 1263:14, 1263:19, 1264:14, 1292:2, 1297:9, 1316:13, 1332:19
**undergone** [1] - 1240:5
**underlined** [1] - 1342:20
**underneath** [1] - 1225:23
**understood** [2] - 1251:4, 1312:5
**undue** [1] - 1312:10
**unfair** [1] - 1337:13
**UNITED** [2] - 1204:1, 1204:14
**United** [13] - 1204:8, 1227:3, 1257:4, 1261:18, 1282:18, 1283:4, 1304:25, 1315:17, 1322:9, 1322:13, 1328:2, 1335:23, 1339:15
**University** [3] - 1223:13, 1223:15, 1258:7
**unlawful** [1] - 1287:13
**unless** [1] - 1273:15
**unredact** [1] - 1221:3
**unrelated** [2] - 1341:3, 1341:5
**unsuccessful** [1] - 1340:10
**up** [48] - 1210:15, 1210:18, 1218:10, 1230:22, 1245:19, 1245:20, 1251:2, 1252:2, 1254:9, 1254:20, 1261:22, 1270:8, 1270:14, 1270:21, 1271:21, 1278:2, 1280:18, 1283:9, 1285:16, 1286:6, 1289:18, 1289:19, 1289:21, 1290:17, 1293:8, 1296:6, 1296:9, 1296:24, 1299:13, 1305:11, 1309:4, 1318:10, 1322:4, 1324:10, 1327:2, 1328:17, 1330:4, 1333:2, 1333:7, 1333:16, 1333:22, 1334:18, 1336:9, 1336:11, 1337:5, 1340:1, 1340:12, 1340:16
**upper** [3] - 1245:3, 1283:21, 1333:22
**US** [1] - 1205:3
**uses** [1] - 1261:14
**uttered** [1] - 1213:15

## V

**vague** [2] - 1208:5, 1208:9
**VARDA** [1] - 1205:7

**various** [9] - 1208:6, 1208:10, 1242:15, 1309:8, 1316:4, 1317:17, 1324:21, 1330:16, 1349:11
**vast** [1] - 1349:25
**venture** [1] - 1239:24
**verdict** [3] - 1283:25, 1286:16, 1326:2
**verification** [1] - 1323:11
**version** [2] - 1219:3, 1219:4
**versions** [1] - 1227:18
**vest** [2] - 1239:2, 1340:8
**video** [28] - 1208:22, 1209:1, 1209:4, 1213:2, 1213:6, 1213:19, 1213:25, 1223:22, 1224:15, 1224:16, 1225:7, 1225:10, 1234:9, 1234:13, 1234:17, 1235:3, 1235:6, 1236:4, 1236:11, 1236:15, 1236:25, 1237:15, 1239:1, 1240:24, 1293:18, 1294:5, 1346:20
**videotape** [6] - 1208:24, 1209:5, 1209:23, 1230:5, 1236:13, 1237:12
**videotaped** [1] - 1210:7
**view** [2] - 1265:15, 1333:4
**viewed** [2] - 1295:18, 1295:22
**visited** [1] - 1304:12
**voice** [1] - 1236:7
**volunteered** [1] - 1238:23

## W

**Wailing** [2] - 1223:1, 1223:8
**wait** [5] - 1282:14, 1334:15, 1336:8, 1340:1, 1345:15
**walked** [1] - 1251:20
**Wall** [2] - 1223:1, 1223:8
**wants** [1] - 1347:20
**Washington** [1] - 1316:14
**ways** [1] - 1268:11
**weapons** [1] - 1289:12
**wear** [2] - 1224:23, 1225:2
**wearing** [3] - 1216:20, 1224:25, 1225:21
**Web** [1] - 1321:19
**website** [12] - 1211:13, 1217:7, 1221:18, 1221:23, 1226:11, 1230:17, 1233:19, 1241:18, 1245:11, 1247:6, 1264:23, 1264:25
**websites** [4] - 1264:5, 1264:7, 1264:19, 1264:22
**WEDNESDAY** [1] - 1204:10
**week** [2] - 1206:19, 1236:24
**weeks** [1] - 1342:24
**weigh** [1] - 1323:18
**Weiss** [1] - 1204:7
**welcome** [1] - 1282:2
**well-to-do** [1] - 1223:5
**Werbner** [1] - 1349:21
**WERBNER** [7] - 1204:20, 1204:20, 1250:9, 1250:16, 1251:18, 1251:23, 1252:4
**Werbner's** [1] - 1349:18
**West** [4] - 1237:8, 1318:5, 1324:2, 1329:6
**whimping** [1] - 1251:25

**white** [1] - 1218:16
**whole** [3] - 1208:5, 1227:10, 1319:23
**widely** [1] - 1339:11
**wife** [1] - 1304:13
**win** [1] - 1328:25
**wing** [20] - 1211:13, 1213:9, 1220:20, 1224:22, 1226:7, 1226:12, 1230:12, 1230:18, 1233:20, 1241:19, 1245:11, 1245:25, 1254:7, 1269:8, 1269:13, 1269:21, 1317:11, 1317:17, 1317:19, 1317:25
**wire** [1] - 1348:19
**wires** [1] - 1290:7
**wise** [1] - 1320:10
**withdraw** [3] - 1297:6, 1297:7, 1297:9
**withdrawal** [1] - 1297:1
**WITNESS** [13] - 1224:6, 1236:8, 1238:5, 1248:16, 1286:11, 1287:4, 1290:21, 1305:13, 1313:10, 1316:9, 1320:18, 1335:2, 1351:3
**witness** [51] - 1206:3, 1206:8, 1207:10, 1211:3, 1212:12, 1214:21, 1215:9, 1217:2, 1218:19, 1220:23, 1226:2, 1230:7, 1233:10, 1234:11, 1241:10, 1244:24, 1246:22, 1248:9, 1249:17, 1249:22, 1250:3, 1251:10, 1251:12, 1251:13, 1271:22, 1272:11, 1273:9, 1274:10, 1274:11, 1274:13, 1277:8, 1277:12, 1280:10, 1280:18, 1281:4, 1284:13, 1286:1, 1286:2, 1294:16, 1295:20, 1299:23, 1300:4, 1305:9, 1318:12, 1322:5, 1326:4, 1326:20, 1329:12, 1332:25, 1345:24, 1347:9
**witness'** [1] - 1299:3
**woman** [2] - 1223:7, 1344:23
**word** [2] - 1280:9, 1297:17
**words** [7] - 1213:11, 1213:14, 1213:15, 1225:3, 1243:12, 1295:24, 1337:12
**wore** [2] - 1210:23
**world** [3] - 1257:17, 1257:23, 1319:23
**wounded** [1] - 1341:24
**wow** [1] - 1307:18
**wrap** [1] - 1296:24
**write** [6] - 1264:3, 1264:6, 1264:15, 1277:16, 1289:5, 1289:8
**writes** [1] - 1264:5
**writing** [2] - 1223:13, 1244:5
**written** [2] - 1240:25, 1339:22
**wrote** [10] - 1248:22, 1276:18, 1277:13, 1278:4, 1278:16, 1279:2, 1279:12, 1296:25, 1319:12, 1321:25
**www.alqassam.ps** [1] - 1265:13

## Y

**Y-n-g-h-m-u-r** [1] - 1227:22
**YAARI** [1] - 1205:7
**yamika** [1] - 1210:24
**Yamin** [6] - 1330:5, 1330:17, 1330:25, 1332:11, 1333:7, 1333:17
**Yashef** [1] - 1237:4
**Yasser** [1] - 1220:12

**Yassin** [2] - 1266:9, 1266:10
**year** [6] - 1207:24, 1209:5, 1297:8, 1307:16, 1314:24, 1324:11
**years** [6] - 1259:9, 1266:3, 1266:20, 1267:13, 1279:22, 1313:25
**Yediot** [5] - 1258:11, 1258:13, 1259:13, 1262:20, 1277:14
**Yehuda** [4] - 1309:18, 1313:12, 1313:16, 1313:20
**yellow** [1] - 1224:24
**yesterday** [7] - 1206:3, 1207:22, 1208:18, 1208:19, 1278:18, 1279:3, 1347:18
**Ynghmur** [1] - 1227:21
**YORK** [1] - 1204:1
**York** [12] - 1204:9, 1205:10, 1273:5, 1273:10, 1276:8, 1304:19, 1304:20, 1308:12, 1308:13, 1313:18, 1343:13, 1343:14
**young** [6] - 1210:17, 1210:23, 1223:16, 1229:1, 1229:3, 1229:6
**younger** [1] - 1210:18
**yourself** [3] - 1259:25, 1276:18, 1292:14
**yourselves** [2] - 1249:25, 1281:15
**yuppie** [1] - 1228:25

## Z

**Zatari** [2] - 1227:19
**zones** [1] - 1304:25