1354

1        UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK
2

3   COURTNEY LINDE, ET AL.,          )
                                     )   04CV02799 (BMC)
4              Plaintiffs,           )   And all related cases:
                                     )   04CV05449 (Litle)
5                                    )   04CV05564 (Almog)
                                     )   04CV00365 (Coulter)
6                                    )   05CV00388 (Afrait-Kurtzer)
                                     )   05CV03183 (Bennett)
7        -against-                   )   05CV03768 (Roth)
                                     )   06CV01623 (Weiss)
8                                    )
                                     )   United States Courthouse
9                                    )   Brooklyn, New York
                                     )
10  ARAB BANK, PLC,                  )   THURSDAY, AUGUST 28, 2014
                                     )
11             Defendant.            )
    _____)
12

13       TRANSCRIPT OF CIVIL CAUSE FOR JURY TRIAL
         BEFORE THE HONORABLE BRIAN M. COGAN
14          UNITED STATES DISTRICT JUDGE

15
    APPEARANCES:
16
    FOR PLAINTIFFS LINDE      OSEN, LLC
17  AND COULTER:              BY:  GARY M. OSEN, ESQ.

18                            TURNER & ASSOCIATES, PLLC
                              BY:  CLYDE T. TURNER, ESQ.
19

20  FOR PLAINTIFFS LITLE,     SAYLES WERBNER
    BENNETT AND ROTH:         BY:  MARK S. WERBNER, ESQ.
21

22
    FOR PLAINTIFFS ALMOG:     STONE BONNER & ROCCO, LLP
23                            BY:  JAMES P. BONNER, ESQ.

24                            MOTLEY RICE, LLC
                              BY:  MICHAEL E. ELSNER, ESQ.
25                            BY:  JODI FLOWERS, ESQ.

1355

1

2   (APPEARANCES CONT.)

3   FOR THE DEFENDANT:        DLA PIPER US, LLP
                             BY:  SHAND STEPHENS, ESQ.
4                            BY:  ANTHONY PAUL COLES, ESQ.
                             BY:  BRETT INGERMAN, ESQ.
5                            BY:  MARGARET CIVETTA, ESQ.

6

7   INTERPRETED BY:          VARDA YAARI, RACHELLE AVITAL,
                             MICHAL MARIN AND NERI SEVENIER
8

9   THE COURT REPORTER:      NICOLE CANALES, CSR, RPR
                             225 Cadman Plaza East
10                           Brooklyn, New York 11201
                             cnlsnic@aol.com
11

12  Proceedings recorded by mechanical stenography, transcript
    produced by computer-assisted transcript.
13

14

15

16

17

18

19

20

21

22

23

24

25

Proceedings                                   1356

1    (Outside the presence of the jury.)

2         MR. STEPHENS:  Good morning.

3         THE COURT:  Good morning.  Okay.  Rulings from the

4    submissions that I received last night, first of call, the

5    last letter I think I got was from the defendants, concerning

6    the scope of Mr. Spitzen's testimony.  My understanding is

7    that all he's going to say about bank and wire transfers is

8    that a payment was made, and beyond that he'll focus on the

9    people to whom such payments were made.  I don't read

10   defendant's letter as arguing that Spitzen can't say that the

11   bank made payments to certain individuals; that would rule out

12   most of his expert report, and Judge Gershon let in most of

13   his expert report.

14        I do think that plaintiffs' Slide Number 17,

15   addressing how wire transfers are routed, appears beyond his

16   expertise, and that has to come out.  The Geisser charts,

17   which are featured on several slides, are in evidence.  I

18   don't know how the plaintiffs intend to use those, but Spitzen

19   wouldn't be qualified to offer any opinion, interpreting them

20   beyond the number of transactions they indicate.  Last on

21   that, Slide 3 is unduly argumentative, at this stage of the

22   case, in describing Yassin as "Arab Bank's customer."  Take

23   out that legend, please, "Arab Bank's customer."  Save it for

24   closing.

25        Next, on the videos, the two videos that plaintiffs

NICOLE CANALES, CSR, RPR

Proceedings                                                    1357

1  are submitted are not going to be played for the jury.  The

2  Australian documentary, Plaintiffs' 1061, appears to just be a

3  video of a Hamas rally.  I don't know its relevance, and it is

4  somewhat inflammatory, yes.  What's its relevance?

5          MR. OSEN:  The speaker in the video is the head of

6  the charitable society at issue in this case.  He's the vice

7  chairman of the Nablus Zakat Committee, another charity in

8  this case, and the defendants have put into question whether,

9  in fact, he's, in fact, affiliated with Hamas or whether those

10 organizations are affiliated with Hamas.  They are customers

11 of the bank, and that's central to the plaintiffs' case.

12         THE COURT:  You know, why am I hearing that now?

13         MR. OSEN:  I'm sorry, your Honor?

14         THE COURT:  Why am I hearing the proffer of

15 relevance now, as opposed to earlier?

16         MR. OSEN:  I think, your Honor, when we had the

17 sidebar on this, in the context of Dr. Levitt's testimony, we

18 had the same issue.  The individual, I'm pretty sure,

19 your Honor, I indicated --

20         THE COURT:  You're correct, but we didn't have it

21 for this exhibit.

22         MR. OSEN:  It's the same video.

23         THE COURT:  I see.  Okay.  I will allow it, on that

24 basis.

25         MR. STEPHENS:  Your Honor --

NICOLE CANALES, CSR, RPR

Proceedings                                    1358

1      THE COURT:  1061 is the Australian documentary.  We

2  didn't admit that.

3      MR. OSEN:  No, you didn't admit it, but Dr. Levitt,

4  you said, it could be admitted subject to foundation that

5  Dr. Levitt would have to lay for the document, for the video,

6  and Mr. Werbner did decide to move on to a different subject.

7  But it's the same video, the same relevance.

8      THE COURT:  Yes, Mr. Stephens.

9      MR. STEPHENS:  Your Honor, it's a huge stretch to

10  say that something that's going on in Australia is probative

11  of anything anybody would have known in the West Bank.

12      THE COURT:  Let me reject that argument.  They're

13  not just offering it to show what anyone would have known in

14  the West Bank, they're offering it to show the factual

15  connection between the speaker and Hamas, something you have

16  denied.  So on that ground, I think it is relevant.  What else

17  have you got?

18      MR. STEPHENS:  It's prejudicial, your Honor, and

19  deliberately inflammatory.  It's also not clear to me how it

20  gets past the Hearsay Rule.

21      THE COURT:  It's not being offered for the truth.

22  Nothing he says in the video is being offered in the truth.

23  It's the depiction of him leaving a Hamas rally to show that

24  he's Hamas, and that the organization is connected to Hamas,

25  so I don't think it's a hearsay problem.  Cut it way down.  I

NICOLE CANALES, CSR, RPR

Proceedings                    1359

1    don't see why it needs to be any more than five seconds, to

2    show that there's a rally and he's there.

3              MR. OSEN:  It's more than that, your Honor, if I

4    may.

5              THE COURT:  Go ahead.

6              MR. OSEN:  Mr. Bitawi is standing on a podium, in

7    front of a two-story high billboard of three other Hamas

8    martyrs, famous leaders of Hamas, who are customers of Arab

9    Bank and who are the subject of Mr. Spitzen's testimony.  And

10   so the entire context of the suicide bombers who are listed in

11   the defendant's documents as having committed martyrdom

12   operation, the Hamas leaders whose funeral or wedding is being

13   celebrated, are all integral to the plaintiffs' case.

14             THE COURT:  Mr. Stephens.

15             MR. STEPHENS:  There's no date data on it either, as

16   to --

17             THE COURT:  What's the difference when it occurred?

18   It was after 1988, I'm sure.

19             MR. STEPHENS:  It may well have been after 2004.

20             THE COURT:  It may well have been, but it still

21   tends to show the connection between the speaker and the

22   organization.

23             MR. OSEN:  Also, your Honor, Mr. Spitzen and I

24   believe -- want to be careful until he actually testifies and

25   lays the foundation, but the funeral of Jamal Mansur and Jamal

NICOLE CANALES, CSR, RPR

Proceedings                              1360

1    Salim took place in -- I believe they were killed at the end

2    of July 2001, and this event, which was covered in the

3    newspapers, at the time, since almost all of Nablus was

4    present for it, occurred in, I believe, August 2nd or

5    August 3rd, 2001.

6              THE COURT:  As we know.  As we know, right?  It

7    didn't occur in 2011.

8              MR. STEPHENS:  I don't know that, your Honor.  I

9    don't know when the film was made, and I don't know whether it

10   is what it purports to be.  There's no evidence that it is

11   what it purports to be, and I'm positive --

12             THE COURT:  I assume Mr. Spitzen can identify the

13   speaker in the film as a true and accurate representation of

14   this person.  He's familiar with this person's likeness,

15   right?

16             MR. OSEN:  I believe he's actually met the

17   individual as well.

18             THE COURT:  I think that does it, Mr. Stephens, but

19   ten seconds.  It seems to me, ten seconds.

20             MR. OSEN:  The issue is not the part where

21   Mr. Bitawi leading the pledge, it's that the preliminaries

22   identify other documents that are in -- that will be in

23   evidence in the case.  So, for example, before --

24             THE COURT:  You send me these things the night

25   before, literally the night before, and you don't give me any

NICOLE CANALES, CSR, RPR

1    of this detail, and then you expect rulings the next morning.

2            MR. OSEN:  Well, I'm sorry, your Honor.  I just --

3    this video is actually supposed to have originally been

4    presented with Dr. Levitt, who was going to lay that

5    foundation, so --

6            THE COURT:  There should have been a motion in

7    limine before trial so that I'd have the full background on

8    this and many other pieces of evidence, instead of this night

9    before business that you keep doing.

10           MR. OSEN:  Well, your Honor --

11           THE COURT:  I've never had a trial where I'm

12   expected to make rulings in the morning right before the

13   witness' testimony on complex evidence that the plaintiffs

14   have had for years.

15           MR. OSEN:  Well --

16           THE COURT:  I don't want to get into that.

17           MR. OSEN:  Your Honor, to simplify for a moment,

18   Mr. Bitawi's video is not being played today.  We don't

19   anticipate getting that today, and we're happy to make the

20   proffer for anything else that comes after the part we

21   anticipate playing today, so that the Court and the defendant

22   have a full record of it before Tuesday.

23           THE COURT:  I just want to tell you this, it's going

24   to have to be cut to the bone.  I want the absolute minimum.

25   You might even consider using just stills at various points,

Proceedings                                                      1362

1    to show what you're using it for.

2                MR. OSEN:  We have no objection to that.  The only

3    reason we have the full clip of it is so that there's no claim

4    that we have, you know, selectively taken out a piece there.

5    And they have the benefit of it, so we're happy to use stills.

6                THE COURT:  Okay.  472 -- I'm sorry.  4712.  What's

7    the story on that?

8                MR. TURNER:  What was the number again?

9                THE COURT:  4712, the video on the funeral of the

10   Hamas bomb-maker.

11               MR. OSEN:  Your Honor, that's from the al-Qassam

12   website Mr. Shaked discussed -- I'm sorry.  Bomb-makers

13   discussed yesterday.  In addition to being a recipient of the

14   Saudi Committee -- I should say his wife was a recipient of

15   the Saudi Committee payment on his behalf.  Mr. Taher's

16   funeral links Mr. Bitawi again, who presided as the religious

17   figure at the funeral, the bomb-maker, and the other gentleman

18   present at the funeral is the father of Salah al-Din Darwazah,

19   featured in the other video, who is also a recipient --

20   actually, Mr. Darwazah's wife, of $300,000 through Arab Bank.

21               THE COURT:  If you're establishing their receipt of

22   funds through other evidence, why do you need the video?

23               MR. OSEN:  Well, one of the points raised by

24   Mr. Stephens in opening is that none of these individuals are

25   known to the public.  It's a secret organization.  No one

NICOLE CANALES, CSR, RPR

Proceedings                                    1363

1   knows who these people are, and here is Hamas' own videotape

2   of the funeral, in which not only are they obviously not

3   secretive about Mr. Taher's, but, in addition, people who are

4   linked to the charitable committees, who they claim are not

5   affiliated with Hamas, are presiding at the funeral of a

6   bomb-maker.

7           THE COURT:  Mr. Stephens.

8           MR. STEPHENS:  Your Honor, here we have a movie made

9   by somebody would we don't know who made it and stuck it on a

10  website that they say is an official website, so you've got

11  now a staged event that they filmed for propaganda purposes

12  that is coming in to show the truth of something.  That can't

13  possibly meet the Hearsay Rule, and that can't possibly not be

14  prejudicial.

15          THE COURT:  It's not hearsay.  What are the

16  statements that are being offered for the truth?  What do the

17  speakers say that the plaintiffs want to show the jury is

18  true?

19          MR. STEPHENS:  I'm not sure.

20          THE COURT:  I think there aren't any.  I think it's

21  the association depicted in the photograph that the plaintiffs

22  want to show and have the jury draw an inference from that

23  photograph that there is a connection.  That's not hearsay.

24  There's no out-of-court statement in that, so hearsay doesn't

25  bother me.  The website has been authenticated, and if the

NICOLE CANALES, CSR, RPR

Proceedings                          1364

1  people in the video are adequately identified as who they are,

2  and a witness says, yes, that is Mr. X, I've seen him, I know

3  him from other sources, then I think it is fair rebuttal to

4  the express argument you made in opening, saying nobody knows

5  who these people are.  I think it's fair rebuttal.  I'll allow

6  it on that basis.

7            MR. STEPHENS:  And how long is it?

8            MR. OSEN:  It's about a minute and a half.

9            MR. STEPHENS:  Why can't that be put up as stills?

10           THE COURT:  It can.  It can and it should.

11           MR. OSEN:  Your Honor, if I may, I think it would be

12  fair for the plaintiffs to be able to at least show that it's

13  a video.  As Mr. Turner did yesterday with Misk, they see

14  the --

15           THE COURT:  Twenty seconds.

16           MR. OSEN:  That's fine, your Honor.

17           THE COURT:  Okay.  Plaintiffs' Exhibits 1045, 1206,

18  3286, those are newspapers articles.  Those are hearsay.

19           MR. OSEN:  They're being offered for the truth.

20           THE COURT:  What are they offered for?

21           MR. OSEN:  What was the first one?

22           THE COURT:  1045.

23           MR. OSEN:  Right.  So 1045 is the newspaper article

24  the expert relied upon to determine how the Ansar Society,

25  published its procedures or distributed funds for the martyrs.

NICOLE CANALES, CSR, RPR

Proceedings                                        1365

1    The plaintiffs obviously don't have the benefit of the Ansar

2    accounts or payments for reasons known to the Court, and so

3    the expert has pieced together -- we have one document not

4    produced by the bank that we got as a result of the raid of

5    Arab Bank, but the rest of the materials, with respect to

6    Ansar, are from published statements, either from Ansar or the

7    Al-Rantisi Foundation, which describe their activity.

8              THE COURT:  Okay.  I just -- dealing with the

9    newspaper articles.

10             MR. OSEN:  Right.  So they are notice, and they are

11   used from a 703 standpoint by the expert to reconstruct what

12   the Hezbollah Yassin Ansar Program -- how it worked, based on

13   open source materials.

14             THE COURT:  It was not part of the sanctions,

15   although it could have been that the Hearsay Rule would be

16   waived as to certain evidence.  Okay?

17             MR. OSEN:  Right.

18             THE COURT:  That's not a sanction.  The expert can

19   rely on whatever the expert reasonably relied upon.  That does

20   not mean that it comes into evidence.

21             MR. OSEN:  Your Honor, our point is not whether or

22   not the actual newspaper in this case comes into evidence, but

23   whether the expert can show the jury how he performed his

24   analysis.  So even if it doesn't come in to the jury room, we

25   think its beneficial for the jury to understand the process by

NICOLE CANALES, CSR, RPR

Proceedings                                      1366

1   which he pieced it together without the benefit of the record.

2           THE COURT:  So you're not offering it into evidence,

3   you're simply saying the witness is going to testify to it as

4   the basis for his opinion?

5           MR. OSEN:  Correct.

6           THE COURT:  Mr. Stephens.

7           MR. STEPHENS:  That is simply introducing -- using

8   the expert as a conduit for hearsay.  And, secondly,

9   your Honor, this witness that they're offering, this

10  Mr. Spitzen, has already said in his report that Ansar is not

11  connected to Hamas.  That's his conclusion.

12          THE COURT:  That's for cross-examination.

13  All right.  The Rules of Evidence are supposed to be used to

14  make sure that the jury gets to the truth; they're not

15  supposed to be used to obstruct the truth.

16          MR. STEPHENS:  Your Honor, how can it be relevant,

17  if Ansar is not part of Hamas, to have a news article about

18  Ansar?

19          THE COURT:  You don't know that Ansar is not a part

20  of Hamas.  All you've got is, allegedly -- I haven't seen

21  it -- a statement from this expert to that effect.  The

22  plaintiffs may have other evidence to put that statement in

23  context.  You can't assume the fact you want to prove.

24          MR. STEPHENS:  Your Honor, I'm not assuming it.

25  It's in his report.

NICOLE CANALES, CSR, RPR

Proceedings                                    1367

1       THE COURT:  I'll assume he said it.  It's one piece
2   of evidence.  I'm not ruling as a matter of law that Ansar is
3   not part of it.
4       MR. OSEN:  Your Honor, just to clarify, Mr. Spitzen
5   said he couldn't determine whether Ansar was controlled by
6   Hamas.  But the actual issue here is transfers they allegedly
7   made and said they were making to Hamas suicide bombers and
8   others.
9       THE COURT:  Well, I had a feeling the admission was
10  not as stark as Mr. Stephens portrayed it, which is why I'm
11  saying the issue is not out of the case just because there's a
12  statement in the expert's report.  Nevertheless, I will let
13  you refer to any one of the newspaper articles, any one, based
14  on the witness' testimony that he reviewed a number of
15  articles, and here is an example.  He can testify to that as a
16  basis, and, of course, you're free to say to him would it have
17  helped your analysis if you had bank records, and if he says
18  no -- if he says yes, then he'll say yes.
19       I understand the theory that he did the best he
20  could do in light of the bank's refusal to produce records;
21  that's fine.  You can bring that out, but that doesn't mean
22  that you get in all hearsay.  If you get in all these
23  articles, there is a conduit problem.  If you explain the
24  basis of his opinion, as relying on various news reports, and
25  you show one as an example, then I think it is not a conduit

NICOLE CANALES, CSR, RPR

Proceedings                          1368

1   situation.

2          MR. OSEN:  Your Honor, looking at it very quickly,

3   but I think we only have one for Ansar, so, in general, we

4   don't intend to tax the jury with multiple readings of various

5   articles, in any event, so one for Ansar is fine, your Honor.

6          THE COURT:  That's what I'm prohibiting, the reading

7   of newspaper articles to the jury.  All right.  That is going

8   to require revisions, I think, on Slide 34.

9          MR. OSEN:  Your Honor, 34 is a different issue,

10  however.  It doesn't deal with Ansar.  The question in 34 is

11  notice with respect to whether the public understood Abdul

12  Khaleq al-Natsche to be a Hamas leader.  The defendant has an

13  expert, your Honor, who is going to say that she never heard

14  anyone tell her that any of these committees are Hamas; and

15  she talked to a lot of people, and no one told her any one of

16  these people was a Hamas leader.

17         THE COURT:  You know, I'm going to exclude 34.  What

18  you can do is the same thing that the defendant did yesterday

19  when their witness is cross-examined; you can say to the

20  witness isn't it a fact that in the Palestinian daily

21  newspapers, Al Hayat Al Jadida, there was this reference?  And

22  that will undermine that confession of factual knowledge, but

23  I'm not going to allow the expert to testify to that newspaper

24  article.

25         Okay.  Plaintiffs' Exhibit 465 and 502, I have

NICOLE CANALES, CSR, RPR

Proceedings                                          1369

1   previously noted that those are admissible.  May be admissible

2   on the issue of notice, but how is Mr. Spitzen going to lay

3   the foundation for the introduction of these articles --

4              MR. OSEN:  So --

5              THE COURT:  -- these advertisements?

6              MR. OSEN:  And there will be testimony this morning

7   as well from the videotape, your Honor, of Arab Bank witnesses

8   discussing the phenomenon of Saudi Committee advertisements

9   that invited people to the branches of Arab Bank to collect

10  payments and certain logistical issues that posed for the

11  bank.  Mr. Spitzen will testify that part of the process --

12  it's actually a seven-part process of the Saudi Committee

13  Program -- was the notification in publications, in the

14  Palestinian territories, inviting beneficiaries, both martyrs,

15  and prisoners and injured to come to the branches to collect

16  their funds, and we think that's an integral part of the

17  program.

18              THE COURT:  How does he know what these

19  advertisements are?  Where'd he get them?

20              MR. OSEN:  They're newspaper -- I mean, they were

21  published in Palestinian newspapers, and the entirety of the

22  pages of those newspapers have been submitted.  The defendants

23  have copies of them, and it's I don't think even a dispute

24  that that, in fact, occurred.

25              THE COURT:  Mr. Stephens, I assume you're going to

NICOLE CANALES, CSR, RPR

Proceedings                                    1370

1   have witnesses who are going to testify that they had no

2   notice.

3            MR. STEPHENS:  No notice of?

4            THE COURT:  Of the affiliation, of the fact that

5   money was being solicited for beneficiaries to pick up their

6   money at Arab Bank.  Are they going to say that?

7            MR. STEPHENS:  They're going to say that some

8   payments were made through the branches and some to people who

9   did not have accounts, and some payments were made to people

10  who did have accounts, mostly through the Needy Family

11  Program, which was 15 or 20,000 people.  That's what they're

12  going to say.

13           THE COURT:  Right.  But are they going to say they

14  didn't know that the families of suicide bombers were to pick

15  up their payments at Arab Bank?  I assume so, Mr. Stephens,

16  right?  They're not going to say, yes, we knew families of

17  suicide bombers were picking up payments at Arab Bank.

18           MR. STEPHENS:  They are going to say they did not

19  see the notation one the one list that was sent to them,

20  because it wasn't important to the transfer of the funds,

21  changes of the names from one to another.

22           THE COURT:  The degree of publicity surrounding this

23  advertising campaign is something that the expert can use in

24  determining the existence of the relationship.  I will,

25  therefore, allow the advertisements to be used with a limine

NICOLE CANALES, CSR, RPR

```
                        Proceedings                    1371
```

1    instruction that says they're solely on the ground of notice

2    to the bank.  That's all the jury is to consider them for.

3    Remind me, Mr. Stephens, if you want that limine instruction

4    at the time they're offered.

5            All right.  Next, the website captures particularly

6    the Al-Rantisi interview.  It seems to me those are hearsay.

7    I will permit use of one or two of the Saudi Committee and

8    other websites featuring martyrs lists solely as

9    demonstratives to illustrate part of the basis of the expert's

10   opinion, but I will not admit them into evidence.

11           MR. OSEN:  Your Honor, may I be heard on Mr. Rantisi

12   for a moment?

13           THE COURT:  Yes.

14           MR. OSEN:  The Bahrain Forum website that you're

15   referring to is offered as an example and can be for 703

16   purposes only, to show the jury the cross-referencing and

17   checking by the expert, because we do not have the account

18   records of Ahmad Yassin.  We have one wire transfer with his

19   bank account number on it, and this is another similar, in

20   fact, to with a happened with Mr. Hamdan, where there's a

21   solicitation of funds in the public to contribute to that

22   specific account, and that is evidence that helps confirm the

23   existence of an account by Sheikh Yassin at Arab Bank.

24           THE COURT:  But how do you get around the hearsay

25   objection?

Proceedings                                    1372

1          MR. OSEN:  Well, I'm not suggesting, your Honor,

2    that the document itself be admitted into evidence, but that

3    the jury would benefit from seeing how the expert went through

4    the process of confirming without the benefit of the account

5    records that this is, in fact, the account of Ahmad Yassin.

6          THE COURT:  If the questions are phrased solely in

7    terms of the basis of his opinion, he may testify that there

8    was such an interview.  I see no reason to display it to the

9    jury.  That, to me, is conduit.  It's a conduit problem.  And,

10   again, it seem to see me, Mr. Osen, you're seeking to use the

11   sanctions order as a waiver of hearsay.  I understand you're

12   saying, oh, well, it's just for the expert opinion, but it

13   doesn't much matter the expert opinion unless it's true.  And

14   because of the prejudicial impact it would have, I think the

15   conduit problem is particularly acute.  So the expert can talk

16   about it, but I don't want it used.

17         MR. TURNER:  Do you have the slide number for that

18   one, your Honor?

19         THE COURT:  I think it's Slide 6.

20         Okay.  With regard to the Hamas propaganda posters,

21   I have already ruled on that previously.  I will permit the

22   use of them as demonstrative only, and I will do the same with

23   regard to the charity brochures; those are demonstrative to

24   support the expert's opinion only.  I don't think the

25   prejudicial impact of those is so severe that they can't be

Proceedings                        1373

1   shown to the jury, although not admitted into evidence.

2          Last, the martyr files are obviously important to

3   the expert's opinion.  They're also, obviously, hearsay.

4   Here, too, I'm going to permit the use of one or two of those

5   as representative examples for the basis of his opinion.  I

6   think it will help the jury assess the validity of his

7   opinion.  They will not be admitted into evidence.

8          MR. OSEN:  Your Honor, can we make a proffer for

9   Mr. Spitzen, lay the proper foundation that they're actual

10  business records?

11         THE COURT:  The martyr poster?

12         MR. OSEN:  I'm sorry.  The martyr files.

13         THE COURT:  Martyr files?

14         MR. OSEN:  Yes.

15         THE COURT:  You can try.  I'm not really seeing it,

16  but you can certainly try.

17         MR. OSEN:  Our contention, your Honor, will be that

18  because they're a routine collection of data by the committees

19  to collect data on potential beneficiaries, there are -- what

20  we have are a small subset of hundreds that were generated and

21  collected.

22         THE COURT:  I will tell you, frankly, I have not

23  heard an expert authenticate business records that an

24  organization of which he is not a member, solely on the basis

25  of his study of that organization.  I think the use of the

Proceedings                          1374

1   exception -- it is generally by a records custodian of the

2   organization, and I think that's part of it.  So I don't think

3   an expert can do that, but you want to get me some authority

4   for that, I will consider it.

5           MR. OSEN:  Fortunately, we'll have a few days to

6   attempt it.

7           THE COURT:  Okay.  I would urge both parties to stop

8   this nighttime attack, where I get these exhibits that raise

9   complex evidentiary issues and I'm expected to rule on them by

10  morning.  If I'm not expected to rule on them by morning, then

11  let me know when I am expected to rule on them.  And if you

12  know they're going to be contentious, and virtually everything

13  in this case has been, then give me something to overcome the

14  objection that you ought to, by this stage, be anticipating.

15  Okay.

16          Anything else?

17          MR. OSEN:  Yes, your Honor.

18          THE COURT:  Okay.

19          MR. OSEN:  Sorry.  With respect -- these are all

20  with respect to the videotapes that we hope to play this

21  morning.

22          THE COURT:  Yes.

23          MR. OSEN:  I just want to check off a couple issues,

24  just because of the late hour in which they were put together.

25  First of all, just for the --

NICOLE CANALES, CSR, RPR

Proceedings                                         1375

1        THE COURT:  I don't know why that is.  Why were they

2   put together at a late hour?

3        MR. OSEN:  Because we got your order yesterday

4   evening.

5        THE COURT:  That's because I got your designations

6   the prior morning.

7        MR. OSEN:  Actually, no, your Honor, in that case,

8   we're innocent; we gave them a few days, and the defendant was

9   late in getting the counter (sic).  In any event, your Honor,

10  just the various points, one is there's a glitch in the actual

11  tape, in Excerpt 7, where the screen goes blank while the

12  witness is talking for about ten seconds.  We just want to

13  advise the other party about.

14       MR. STEPHENS:  Which witness?

15       MR. OSEN:  Mr. Saleh, and it's around line 96 --

16  page 9622.  One second.  All right.  Number two, Mr. Kawwas

17  was is introduced in this medley, and he was not previously

18  introduced in the prior ones.  We didn't insert any

19  introductory information for him, and neither did the

20  defendants counter.  We cut the tape both ways, so if

21  the Court or the defendant prefers the "my name is" part, we

22  have it, but it wasn't in the designation oversight on both

23  parties.

24       MR. INGERMAN:  That's fine with us, your Honor.

25       THE COURT:  Let's put in who he is, otherwise it

Proceedings                        1376

1   won't mean anything to the jury.

2            MR. OSEN:  Next, there are two exhibits referenced

3   in the -- in Exhibit 9, which are not really intended to be

4   put into evidence, but they were overlooked.  They were the

5   photographs of Ghazi Hamed and Sheikh Yassin that were shown

6   to the witness, as part of the identification.  We just wanted

7   to make the Court aware that -- either show them the

8   photograph that the witness saw or not, but it was omitted, so

9   we wanted to draw that to your attention.

10           THE COURT:  But what are you going to do now?

11           MR. OSEN:  I think we can either put the photo up

12  that was the exhibit at the deposition, or we cannot show it.

13  We don't actually intend to put the photograph into evidence

14  for the jury, so it's just a question of what the Court

15  prefers on that.

16           THE COURT:  I prefer what the parties agreed to.

17           MR. INGERMAN:  Well, if it's not going to go into

18  evidence, I don't think there's a reason to show it to the

19  jury.

20           THE COURT:  I don't know that the witness' testimony

21  will portray what he's talking about without the photograph.

22  Will it?

23           MR. STEPHENS:  Why don't you tell us what lines

24  you're referring to so we can see what the witness is saying.

25  And who is it, please?

NICOLE CANALES, CSR, RPR

1          MR. OSEN:  The very beginning of Exhibit 9.

2          MR. WERBNER:  Your Honor, may I step out for one

3    minute?

4          THE COURT:  You may.

5          MR. OSEN:  First one is Mr. Hamed and -- shown in

6    the picture, and he -- then he discusses who he is, and that

7    he's seen his face before or whatever.

8          THE COURT:  I don't think you need the photograph.

9          MR. OSEN:  Okay.  Lastly, the most substantive one

10   is in Excerpt 9.  There are two pieces of testimony in there

11   that are still in the transcript, after your Honor ruled, for

12   which we think raised issues with your Honor's prior ruling on

13   the testimony that relates to witnesses saying that they would

14   have -- a transaction would have been caught by the compliance

15   system and so forth.  We have two versions of it, one based on

16   the line designations your Honor gave us yesterday and one

17   where we've excised the two lines in the testimony -- well,

18   there's a few lines of testimony, where the witness says

19   things that we believe are in contravention of your Honor's

20   order.

21         THE COURT:  I'm not sure I understand what you just

22   said.  You think that my order was mistaken or your

23   designation was mistaken?

24         MR. OSEN:  I would say the order's correct.  We're

25   not challenging the order at all, but, rather -- if I may,

Proceedings                    1378

1    approach, your Honor, I'll give you a copy.

2           MR. INGERMAN:  Maybe he can tell us what it is, what

3    line, what page?

4           MR. OSEN:  That mark -- tab-marked the page, which

5    is --

6           THE COURT:  Okay.  I'll grant the motion to

7    eliminate those portions we're talking about.

8           MR. INGERMAN:  Your Honor, may I be heard briefly?

9           THE COURT:  Go ahead.

10          MR. INGERMAN:  With respect to the request to strike

11   the designation for Mr. Hantoly at page 169, line 24 through

12   170, line 2, he's referring to New York there, and I think

13   that your Honor's ruling allows us to argue and argue that

14   there was compliance check in New York.  We produced all the

15   documents from New York, and I think that's consistent with

16   your Honor's ruling, because they're talking about an amount

17   that went through New York.  And then he says the relevant

18   authority is there, meaning New York, would have looked into

19   and investigated the wire transfer.

20          THE COURT:  I'm not sure.  He says the source of the

21   wire transfers to the Arab Bank in Lebanon, and this amount

22   went through New York.  So the relevant authorities there, is

23   there New York, or is there Lebanon?

24          MR. INGERMAN:  I read it as New York; that's the

25   last thing he said.

NICOLE CANALES, CSR, RPR

Proceedings                                    1379

1          THE COURT:  Is there a dispute about that?

2          MR. OSEN:  I think there's ambiguity there.  And the

3     next paragraph addresses the New York part, which we would

4     then move to strike.  We don't want to give the impression to

5     the jury that there's relevance to what the Lebanese

6     authorities may have done since it's plural in this case.

7          MR. INGERMAN:  Your Honor, you're going to give, you

8     said, an instruction to the jury that they can only consider

9     compliance, so that would cure any problem --

10         THE COURT:  Depending on your evidence.

11         MR. INGERMAN:  Ambiguity.

12         THE COURT:  I think when you read what follows the

13    part that Mr. Osen wants to strike, it is clear he's talking

14    about the relevant authorities in New York, so I'm going to

15    allow that.

16         MR. INGERMAN:  Then, with respect to the second

17    motion to strike by the plaintiffs, which is Mr. Dabbour, at

18    page 248, line 13, through 249, line 2, he's talking about

19    compliance with respect to the Palestinian Monetary Authority,

20    which my understanding was we can put general compliance

21    evidence on, and your Honor would give an appropriate

22    instruction if he felt it was so.  So this is, in our view, a

23    general compliance information about what the Palestinian

24    Monetary Authority did in Palestinian territories.

25         THE COURT:  That's not general.  That's not general.

NICOLE CANALES, CSR, RPR

1    That's specific.  I'm going to strike that part.  Okay.

2              Anything else?

3              MR. OSEN:  That was it, your Honor.

4              THE COURT:  Okay.  Let's have the jury, please.

5                   (In the presence of the jury.)

6              THE COURT:  All right.  Be seated, please.  Good

7    morning, ladies and gentlemen.

8              THE WITNESS:  Good morning.

9              THE COURT:  Sorry for the delay, the brief delay we

10   had this morning.  We had some legal issues we had to work

11   through.  We're ready now.

12             Plaintiffs may call their next witness.

13             MR. TURNER:  Your Honor, at this time, we're going

14   to play a collection of excerpts from videotape.

15             THE COURT:  Okay.  Please proceed.

16             MR. TURNER:  The topic on seven has to do with the

17   Saudi Committee.

18             THE COURT:  Okay.

19                  (Video played for the jury.)

20        (Proceedings continued on the following page.)

21

22

23

24

25

PROCEEDINGS                    1381

1          (Videotape Deposition of Mazen Abu Hamdan continues
2   to be played.)
3          THE COURT:  Stop the tape a moment.  Stop the
4   tape.
5          About how much longer do you think?
6          MR. OSEN:  Your Honor, there is one more person on
7   this excerpt after Mr. Abu Mazen, but I believe we can stop
8   it when this portion is over, which should be in a few
9   minutes.
10          THE COURT:  Okay.  Let's do that.  Continue.
11          (Videotape deposition of Mr. Mazen Abu Hamden
12   continues to play.)
13          THE COURT:  All right.  Let's take our morning
14   break, ladies and gentlemen, we'll reconvene at 11:40.
15   Please don't talk about the case.  See you in just a few
16   minutes.
17          (Jury is out of the courtroom at 11:24 a.m.)
18          THE COURT:  Please keep in mind I'm going to need
19   to stop at 4:00 or slightly after 4:00 today, not going all
20   the way to 4:30 so when you present the case, think about
21   that.
22          MR. TURNER:  We were actually going to ask you if
23   we can stop a little bit before that so that some of these
24   folks can catch planes home to see family, like, around
25   3:30.

```
                    PROCEEDINGS                    1382
```

1        MR. SHAND:  I don't have an objection to that,

2   your Honor.

3        THE COURT:  I really -- the case is taking longer

4   than I wanted to, but, okay, we'll have a long weekend.

5   3:30 we'll stop.  15 minutes.

6             (Proceedings were recessed and recalled.)

7             (Honorable Brian M. Cogan takes the bench.)

8        THE COURT:  Please bring in the jury.

9             (Jury is in the courtroom at 11:44 a.m.)

10        THE COURT:  Be seated.  We'll continue the video.

11             (Videotape deposition of Fazwan Shukri is being

12   played.)

13        THE COURT:  All right.

14        MR. OSEN:  Your Honor, with your permission, we'd

15   like to play excerpt eight.

16        THE COURT:  Go ahead.  Continue.

17        MR. INGERMAN:  Your Honor, just -- could we have a

18   quick sidebar?

19             (Continued on the next page for sidebar.)

20

21

22

23

24

25

SIDEBAR CONFERENCE                    1383

1              (Sidebar conference begins.)

2              MR. INGERMAN:  I didn't want to do this in front

3    of the jury.  I have Kawwas and Shukry Bishara too as part

4    of Excerpt 7.

5              MR. OSEN:  I'm sorry.  We are not playing Kawwas

6    or Bishara, we've just withdrawn them.

7              THE COURT:  Okay.  Those are withdrawn.

8              MR. INGERMAN:  Okay.

9              (End of sidebar conference.)

10             (Continued on the next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PROCEEDINGS                    1384

1              (Videotape deposition of Mohammad al-Tahan and

2      Fazwan Shukri is being played.)

3              MR. OSEN:  Your Honor, that concludes excerpt

4      eight.  And we would request lunch before excerpt Excerpt 9.

5              THE COURT:  We'll do that.  Ladies and gentlemen,

6      have a good lunch.  Please do not talk about the case, do

7      not discuss the case.  We're going to have a somewhat short

8      day today so you can all make preparations for the holiday

9      weekend.  Please return promptly at 2:00.  We'll start right

10     then.

11             (Jury exits the courtroom at 12:56 p.m.)

12             THE COURT:  Okay.  Recess until 2:00.  Thank you.

13             (Proceedings were recessed at 12:57 p.m.)

14             (Continued on the next page.)

15

16

17

18

19

20

21

22

23

24

25

```
                         Proceedings                    1385
```

1            (Outside the presence of the jury.)

2            THE COURT:  Please bring in the jury.

3            Who do we have next?

4            MR. TURNER:  We've got about a 25-minute tape,

5    Number 9.

6            THE COURT:  Then you're going to start Spitzen?

7            MR. TURNER:  Then we're going to start Spitzen.

8                 (In the presence of the jury.)

9            THE COURT:  Be seated.  Plaintiffs may proceed.

10           MR. TURNER:  Your Honor, our next excerpt is Excerpt

11   Number 9, which is a collection of five individuals, Hantoly,

12   Kawwas, Dabbour, Al-Tahan and Sadeq, addressing Arab Bank's

13   knowledge of certain individuals.

14           THE COURT:  All right.

15           MR. TURNER:  It's about 25 minutes.

16       (Video played for the jury of Hantoly, Kawwas, Dabbour,

17                   Al-Tahan and Sadeq)

18           MR. INGERMAN:  Your Honor.

19           THE COURT:  Stop the tape, please.

20           MR. INGERMAN:  Quick sidebar.  I think we missed

21   something.

22        (Sidebar held outside the presence of the jury.)

23

24

25

```
                          Sidebar                           1386

  1            THE COURT:  Too much or too little?

  2            MR. INGERMAN:  I think we left something out, unless

  3   my notes are wrong, I think, for Dabbour, page 320, line 9

  4   through 17, and then 325, line 2 through 11.

  5            THE COURT:  Let me check my notes.

  6            MR. OSEN:  I'll go get mine.

  7            MR. INGERMAN:  Your clerk will find it faster than

  8   anyone, I'm sure.

  9            THE COURT:  No, I'm not.

 10            MR. INGERMAN:  May I show him the --

 11            THE COURT:  Yes.  Sure.

 12            MR. INGERMAN:  My mistake.  I apologize.

 13                      (Sidebar concluded.)

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

Proceedings                    1387

1              (In the presence of the jury.)

2          THE COURT:  All right.  Let's continue.

3              (Video continued for the jury.)

4          MR. TURNER:  That concludes Excerpt 9.  Our next

5    witness is Arieh Spitzen.

6          MR. INGERMAN:  Your Honor, could we approach for

7    just a minute before he takes the stand?

8          THE COURT:  Sure.

9        (Sidebar held outside the presence of the jury.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sidebar                                                1388

1                     (Sidebar.)

2              MR. STEPHENS:  I just had a chance to look at these

3     more closely.  This one talks about use of --

4              THE COURT:  Say it again.

5              MR. STEPHENS:  A person with a name Hisfeliach

6     (phonetic), identical to that, is connected to this

7     organization, which he then says is Hamas in his report.  He

8     said nothing about that at all.  What he said was that he

9     needed his full name, nicknames, place of residence, origin

10    and his identity card to be sure who he was, so --

11             MR. OSEN:  I think he identifies him in his report

12    exactly that way.

13             THE COURT:  We're going to allow it and leave it for

14    cross-examination, if he's coming up with stuff not in his

15    report or deposition.

16             MR. STEPHENS:  One other thing, 39.

17             MR. TURNER:  We won't get to 39 today.

18             THE COURT:  We're here.  Go ahead.

19             MR. STEPHENS:  Thirty-Excerpt 9 is a whole list of

20    organizations.

21             THE COURT:  Yes.

22             MR. STEPHENS:  And I thought your Honor's ruling was

23    that if there was some reliance by the excerpt on designations

24    that could be had, that is intended to show to the jury.

25             THE COURT:  As demonstrative.  Not coming into

NICOLE CANALES, CSR, RPR

1   evidence, but as demonstrative, yes, that's okay.

2                        (Sidebar concluded.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                    Spitzen - Direct - Turner                    1390

1                    (In the presence of the jury.)

2              THE COURT:  Let's swear the witness.

3              THE CLERK:  Please stand.  Raise your right hand.

4    Do you solemnly state or affirm that the testimony you shall

5    give to the Court shall be the truth, the whole truth and

6    nothing but the truth?

7              THE WITNESS:  I affirm.

8              THE CLERK:  Please state and spell your name for the

9    reporter.

10             THE WITNESS:  Spitzen, S-p-i-t-z-e-n, Arieh,

11   A-r-i-e-h, Dan, D-a-n.

12                       ARIEH DAN SPITZEN,

13   called as a witness, by and on behalf of the plaintiff, having

14   been first duly sworn, was examined, and testified as follows:

15             THE CLERK:  Thank you.  You may be seated.

16             THE COURT:  I'll note the interpreters have been

17   previously sworn.

18             You may inquire.

19             MR. TURNER:  Thank you, your Honor.

20   DIRECT EXAMINATION

21   BY MR. TURNER:

22   Q    Give us your name, please.

23   A    Arieh Spitzen.

24   Q    Where do you live, Mr. Spitzen?

25   A    Jerusalem, sir.

Spitzen - Direct - Turner                    1391

1   Q    Were you born and raised in Israel?

2   A    Yes, sir, in Jerusalem.

3   Q    Do you speak English?

4   A    I speak English.  I understand English.  I read and write

5   English.

6   Q    And do you speak Arabic?

7   A    Yes, I do speak Arabic.

8   Q    Now, you've chosen to testify in Hebrew today; why is

9   that?

10  A    I chose to give my testimony in Hebrew and because I'm

11  actually giving testimony under oath, and my ability to

12  express myself in Hebrew is the best one, especially since I'm

13  talking about technical and legal matters.

14  Q    Now, between 2001 and 2009, where were you employed?

15  A    In the IDF.

16  Q    And what is the IDF?

17  A    It is the Israeli Defense Force, and this is the military

18  of the state of Israel, and this is where I serve.

19  Q    What department or division within the IDF did you work?

20  A    In COGAT.

21  Q    What was COGAT?

22  A    COGAT, or the Coordinator Of Government Activities in the

23  Territories is a body that belongs both to the military, the

24  IDF and the Ministry of Defense, and is responsible for the

25  implementation of the policy of the government of the state of

Spitzen - Direct - Turner                    1392

1    Israel in the Palestinian Territories.

2    Q    And during that period of time, 2001 through 2009, what

3    was your job responsibility within COGAT?

4    A    I was the head of the Palestinian Affairs Department and

5    the adviser of the head of COGAT on Palestinian matters.

6    Q    What were your day-to-day responsibilities in that job?

7    A    My job was to actually give a certain picture, a civilian

8    picture, concerning what was happening in the West Bank in

9    Gaza, to describe what was happening from every possible

10   perspective; the civilian, the economic, the cultural, the

11   education, in order to allow the decision-makers in Israel to

12   make their decisions concerning the territories.

13   Q    Were you involved in intelligence work, in working with

14   the COGAT?

15   A    Yes, sir.

16   Q    Were you responsible for research as well?

17   A    Yes, I did direct the research and collection as head of

18   the PAD.

19   Q    And did people working for you likewise have

20   responsibility for collecting intelligence from the

21   Palestinian territories?

22   A    Yes.   Definitely.

23   Q    Now, let's back up for a second.   What is your

24   educational experience?

25   A    I'm a graduate of Hebrew University in Jerusalem, Cum

Spitzen - Direct - Turner                    1393

1  Laude, specializing in Middle East, Arabic and the history --
2  the Jewish history or the history of the Jewish people.  This
3  is as far as my academic education is concerned.
4  Q    When did you first join the IDF?  What year?
5  A    In 1970.
6  Q    And when you first joined the IDF, what branch were you
7  in?  What area did you concentrate in, in the military?
8  A    I joined the navy, and I was what is called a "frog man."
9  Q    Is that similar to the Navy SEALs?
10 A    Yes, this is the unit.
11 Q    Now, at some point in time, did you transfer into the
12 intelligence side of the IDF, between 1970 and 1974?
13 A    Yes, I was transferred to the Intelligence in 1972.
14 Q    And did you attend college between 1974 and 1976?
15 A    This is correct.
16 Q    Did you return to Military Intelligence in 1976?
17 A    Not to the Intelligence but to the Palestinian Affairs
18 Department in the West Bank.
19 Q    And how long did you stay in that position?
20 A    I served there for two years, and then I returned in 1980
21 to the very same department, where I continued to serve for
22 30 years.
23 Q    Now, during the period of time, this 30-year period, did
24 you have an opportunity to participate in, conduct in, review
25 intelligence from the West Bank and Gaza?

1   A    Yes.  Definitely.  I founded the research department for

2   the Adviser on Arab Matters in the West Bank, and I wrote many

3   papers in this research field.

4   Q    Now, at our request, have you had an opportunity to

5   evaluate certain charitable institutions or societies and also

6   some Zakats, what's referred to as Zakat, that operated in the

7   West Bank and Gaza during the 1999 through 2005 time frame?

8   A    Yes, definitely.

9   Q    And at our request, have you, likewise, had an

10  opportunity to evaluate some money transfers that took place

11  during that same period of time at the Arab Bank?

12  A    Yes.  Definitely.

13  Q    And, likewise, have you had an opportunity at our request

14  to evaluate a program called the Saudi Committee, in support

15  of the Intifada al Quze?

16  A    Yes, sir.

17  Q    Now, during that process, can you give us sort of an idea

18  of how many years have you been working on this project?

19  A    I have been working on this project of Arab Bank since

20  2010, almost to this very day.

21  Q    So almost four years' worth of work on this particular

22  project?

23  A    Yes, sir.

24  Q    And can you give us an approximation of how many hours

25  you personally and your research assistant have spent on this

1    particular issue or group of issues?

2    A     Yes, sir.

3    Q     Now, during the course of your work -- go ahead and tell

4    us the number of hours, please.

5    A     It's a bit over 3,000 hours, but 3,100 hours.

6    Q     And during the course of your work on this particular

7    project, have you run into some difficulty from time to time,

8    due to the lack of having access to some records?

9    A     Not here and there, but right from the start.

10   Q     Now, has that created any complications for you in your

11   analysis of the issues you were asked to address?

12   A     Yes, that created difficult problems, especially when it

13   came to identifying names.

14   Q     Now, as a result of those complications, did you have to

15   expend extra hours and efforts in order to try to piece

16   information together?

17   A     Yes.  Definitely.  I believe it required twice or three

18   times more effort than had I had all those papers in front of

19   me.

20   Q     Now, how many years have you been aware of a terrorist

21   group called Hamas?

22   A     From 1987, the year it was founded in.

23   Q     And how many years has -- at least the department you

24   were working in for the last 30 years, how many years has your

25   department and the people working for you considered Hamas to

Spitzen - Direct - Turner                    1396

1   be a terrorist organization?

2   A    Right from the very first moment it was founded.

3   Q    During the relevant time frame, did Hamas have access to

4   a TV station?

5   A    At a certain point in time, they start having a

6   television station, but I cannot recall the exact date.

7   Q    How about radio stations?

8   A    Radio stations, they did have them.  From the 1990s from

9   1996, they had local radio stations, as well as Radio Alaqsa,

10  which was their main radio station.

11  Q    How about newspapers?

12  A    Yes, they did have newspapers, different kinds of

13  newspapers.  But in this particular time frame, they had two

14  main ones, El Musla (phonetic), and the other one was Al

15  Esella (phonetic).

16  Q    During the course of your experience in the IDF, did you

17  become aware of the original, what they call, cofounders of

18  Hamas back in the 1980s?

19  A    In 1987, yes.  Definitely.

20  Q    Now, have you prepared a slide to illustrate the

21  individuals who were considered to be the cofounders of Hamas?

22  A    Yes, sir.

23  Q    And would it help you illustrate those individuals?

24  A    Yes, sir.

25  Q    And your slide has some photographs on it.  Do you

Spitzen - Direct - Turner                1397

1    personally know those people, and are the images accurate

2    depictions of those individuals?

3    A    Yes, of course.  These are well-known people.  They

4    appear in dozens of media outlets, on various opportunities

5    (sic).  I know them well, and there's no problem in

6    identifying them.

7              MR. TURNER:  Your Honor, may I display Slide Number

8    2?

9              THE COURT:  You may.

10   Q    Now, Mr. Spitzen, first of all, beginning at the top,

11   Sheikh Yassin -- we've already had a lot of testimony about

12   Sheikh Yassin.  He deceased; is that correct?

13   A    No, Sheikh Yassin was killed by the IDF in March, 2004.

14   Q    Who is Salah Shehadeh?

15   A    Salah Shehadeh was one of the senior leaders of Hamas.

16   He was one of the founders of Hamas.  He founded the military

17   wing of the Qassam Brigades of Hamas.  He, too, was killed in

18   2002 by the IDF.

19   Q    Was he a secret individual, or was he well known in the

20   public or in the media?

21   A    Salah Shehadeh was a well-known person to the public.  He

22   served in advanced area of positions, also at the University

23   of Gaza.  When he was released from prison in 2002, Gaza

24   celebrated.  He was a well-known person, both by the local and

25   foreign media.  Yes, he was very popular.

Spitzen - Direct - Turner                    1398

1   Q    The bottom row -- I'm sorry.

2        THE INTERPRETER:  He corrects the date.  It was in

3   2000 that he was released from prison.

4   Q    Looking across the bottom at the six individuals'

5   photographs that we're looking at, were all those individuals

6   located in one particular part of the Palestinian Territories,

7   or were they each responsible for different areas?

8   A    No, they were all from the Gaza Strip, every one of them,

9   but on top of the fact that they founded Hamas, each one of

10  them was also appointed as a military commander of their

11  residential area where they live.

12  Q    Now, have you been able to determine from the few records

13  you do have access to whether or not any of the seven

14  individuals shown on the screen were customers of Arab Bank,

15  had bank accounts at Arab Bank during the relevant time frame?

16       MR. STEPHENS:  Objection, your Honor.

17       THE COURT:  Overruled.

18       THE WITNESS:  Yes, several people on the slide had a

19  bank account at Arab Bank.

20  Q    Have you had an opportunity to review the full set of

21  Arab Bank customer files and account files for the individuals

22  shown on this slide that were customers of Arab Bank during

23  the Intifada?

24  A    Unfortunately, no.

25  Q    Why?

NICOLE CANALES, CSR, RPR

Spitzen - Direct - Turner                    1399

1          MR. STEPHENS:  Objection, your Honor.

2          THE COURT:  Overruled.  You may answer.

3          THE WITNESS:  Because Arab Bank had refused to

4    transfer to me the bank records, the account records of these

5    individuals.

6    Q    Now, let's begin with Sheikh Yassin.  Was he a customer

7    of Arab Bank in the 2003 and 2004 time frame?

8    A    Yes, sir.

9    Q    When was he known and recognized as a terrorist in

10   Israel?

11   A    He was recognized in Israel as a terrorist already back

12   in 1983.  He was arrested for being involved in a terror

13   organization, which he had founded.

14   Q    Now, when was he formally -- Sheikh Yassin, formally

15   designated by the United States Government as a foreign

16   terrorist?

17   A    As far as I know, it was in 1995.

18          (Proceedings continued on the following page.)

19

20

21

22

23

24

25

A. SPITZEN - DIRECT/MR. TURNER          1400

1              MR. TURNER:  Would you please show the witness
2    only Exhibit 1353.
3    Q    Do you recognize Exhibit 1353?
4    A    Yes, sir.
5    Q    And what is Exhibit 1353?
6    A    This is designation by the United States Treasury from
7    2003, and it also mentions the fact that Sheikh Yassin had
8    already been recognized or designated as a terrorist back in
9    '95.
10             MR. TURNER:  We offer 1353.
11             THE COURT:  Any objection?
12             MR. SHAND:  No objection.
13             THE COURT:  Received.
14             (Plaintiff Exhibit 1353 was admitted into
15   evidence.)
16             MR. TURNER:  May we display page two?  Go down to
17   the very bottom -- I'm sorry, three, to the footnote.  Blow
18   the footnote up for us.
19   Q    Can you see that okay, Mr. Spitzen?
20   A    Yes, I can see it.
21   Q    Now, this particular footnote says, "Yassin was
22   previously designated and therefore is already subject to
23   sanctions pursuant to executive order 12947 of January 23,
24   1995, prohibiting transactions with terrorists who threaten
25   the middle east peace process.  He is being designated

A. SPITZEN - DIRECT/MR. TURNER                    1401

1    pursuant to EO 13224 based on his continued support for

2    terrorism."

3              Is that the reference you made earlier to 1995?

4    A    Indeed so, sir.

5    Q    Now, out of the limited information you did have access

6    to, were you able to find any wire transfers to Sheikh

7    Yassin in 2001 that went through the Arab Bank?

8    A    Yes, sir.

9              MR. TURNER:  Your Honor, we may display 2080, one

10   of the previously admitted exhibits as the wire transfer to

11   Sheikh Yassin?

12             THE COURT:  Yes.

13             MR. TURNER:  Show the wire transfer first and then

14   we'll show the slide.

15   Q    What is the date of this wire transfer, Mr. Spitzen?

16   A    This is a say bank transfer from May 30, 2001.

17   Q    And who is the beneficiary of this transfer of $60,000?

18   A    Ahmad Ismail Yasine.

19   Q    What the account number shown for Ahmad Ismail Yasine

20   at Arab Bank?

21   A    36444.

22   Q    Now, have you been able to confirm through other

23   sources that account number 36444 in 2001 was, in fact, the

24   account at Arab Bank for Sheikh Ahmad Yassin, leader of

25   Hamas.

A. SPITZEN - DIRECT/MR. TURNER                    1402

1    A    Yes, sir.

2    Q    How were you able to confirm that?

3              MR. SHAND:  Your Honor, may we approach?

4              THE COURT:  Yes.

5              (Continued on the next page for sidebar.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SIDEBAR CONFERENCE                                1403

1           (Sidebar conference begins.)

2           MR. SHAND:  I'm not quite sure what he said, but

3     my guess is this website.

4           THE COURT:  Yeah, that's what I said he could do.

5     He could say what he relied on, they cannot show the

6     interview.  It's part of the basis for his opinion.

7           MR. OSEN:  I'm sorry to interrupt, I don't think

8     there is any white noise on for the jury.

9           THE COURT:  I mean, that's perfectly consistent

10    with my ruling.  I said, don't use the slide, don't use the

11    interview, but he can say the basis of his opinion.

12          (End of sidebar conference.)

13          (Continued on the next page.)

14

15

16

17

18

19

20

21

22

23

24

25

A. SPITZEN - DIRECT/MR. TURNER          1404

1   BY MR. TURNER:

2   A    This account was actually shown on the internet.  It

3   was part of an interview with Abd al-Aziz al-Rantisi.  We

4   saw his picture previously.  And it was conducted in a forum

5   that's called a bahrain (phonetic) forum.  In this interview

6   Rantisi called people to donate to Hamas through the bank

7   account of Sheikh Yassin, and he gives the number of the

8   bank account in that interview 36444.

9   Q    So the two bank accounts; the one seeking donations and

10  the bank account for this wire transfer, both in the name of

11  Ahmad Yassin are one in the same?

12            MR. SHAND:  Objection, your Honor.

13            THE COURT:  Sustained as to form.

14  Q    Are the account numbers different or the same?

15  A    This is the same bank account number and also the same

16  branch of the bank.

17            MR. TURNER:  Now, if we can go to slide number

18  four.  May we display slide number four?

19            THE COURT:  Wait one second.  Let me set up.

20  Okay.  You're going directly to slide four, right?

21            MR. TURNER:  Yes, sir.

22  Q    Mr. Spitzen, were you able to determine who sent Sheikh

23  Yassin the $60,000 based on the wire transfer?

24  A    Yes.  The transfer was wired from Lebanon by Yousef

25  al-Hayek.

1  Q    Who is Yousef al-Hayek?

2  A    Unfortunately, I don't know exactly who Mr. al-Hayek

3  is, but I do have several assumptions regarding his

4  identify.

5  Q    Were you able to receive the bank account records from

6  Arab Bank for Yousef al-Hayek?

7  A    No, sir.

8  Q    Why?

9  A    Because the bank had refused to hand it over.

10  Q    Were you to be able conduct any investigation to see if

11  you could determine who Yousef al-Hayek was?

12  A    Yes, I did manage to conduct an investigation and

13  indeed reach certain conclusions, but these conclusions are

14  highly probable; yet, they are not 100 percent certain.

15  Q    What did your investigation reveal about Yousef

16  al-Hayek?

17  A    I tried to find out who he was based on his name, based

18  on the geographic location where he was situated or

19  according to the kinds of activities he was involved in.

20  Q    And what did you learn?

21  A    I found out that al-Hayek probably operates from

22  Lebanon, that he's connected to Hamas leaders, that he wired

23  funds to Hamas leaders, that he is somehow connected to

24  them.  I also learned that there is a person with a similar

25  name who heads a certain institution or organization which

A. SPITZEN - DIRECT/MR. TURNER                1406

1   transfers funds to people, to individuals from Hezbollah and

2   to Palestinians; that is, he transfers funds to families of

3   Hezbollah operatives and also transfers funds to families of

4   Palestinians in the Territory.

5           MR. TURNER:  Would you show the witness only,

6   please, Exhibit Number 90.

7   Q    Do you recognize Exhibit Number 90, Mr. Spitzen?

8   A    Yes, sir.

9   Q    And what is Exhibit Number 90?

10  A    This is the check that's for $10,000 written to Yousef

11  al-Hayek, and it is given from the account of Osama Hamdan

12  from the bank branch in Mazraa, Beirut.

13  Q    Which bank?

14  A    The Arab Bank in Mazraa, Beirut.

15          MR. TURNER:  We offer Exhibit 90.

16          THE COURT:  I think there was no objection to this

17  one?

18          MR. SHAND:  No objection.

19          THE COURT:  All right.  It's received.

20          (Plaintiff Exhibit 90 was admitted into evidence.)

21          MR. TURNER:  May we put Exhibit 90 on the screen?

22  Q    Is this the check you were referencing, Mr. Spitzen?

23  A    Yes, sir.

24  Q    Now, let's go back to slide number 90, if we could,

25  please.

1          Now, there has already been some testimony about

2     Osama Hamdan, but very briefly, can you tell us who Osama

3     Hamdan was at the time of this check?

4     A    Okay.  Yes, sir.

5     Q    Now, there is three other exhibits that are in evidence

6     and we won't spend a whole lot of time on these exhibits,

7     but they are Exhibits 136, 140 and 106.  And just for

8     purposes of brevity, could you put 136 on the screen --

9               MR. TURNER:  Or may we do so, your Honor?

10              THE COURT:  These are all pre-admitted, right?

11              MR. TURNER:  These were admitted earlier with

12    another witness.  They are in evidence.

13              INTERPRETER:  The witness would like to add

14    something.

15              MR. TURNER:  I'm sorry.  Did I interrupt?

16              THE WITNESS:  I just said I could say who he was

17    at the time, but I didn't say yet who he was, Osama Hamdan.

18    Q    Okay.  Go ahead.

19    A    Osama Hamdan was a representative, a delegate of Hamas

20    in Lebanon.  Hamas had delegations and missions in many

21    countries, and the one in Lebanon was considered a very

22    important, very senior delegation.

23    Q    Now, did you have access to three wire transfers marked

24    as Exhibits 136, 140 and 106 referencing Osama Hamdan's

25    account at the Arab Bank?

A. SPITZEN - DIRECT/MR. TURNER          1408

1   A    Yes, sir, I did have access to these three transfers.

2        MR. TURNER:  May I have slide 11, please.

3   Q    Now, just for purposes of very briefly going back over

4   this, this wire transfer -- whose account did this wire

5   transfer go to?

6   A    This wire transfer deposited in Osama Hamdan's account.

7   Q    Who was the beneficiary of these funds?

8   A    The beneficiary, as it's stated, it states there is

9   Harakat al-Muqawama al-Islamiyah; in other words, the

10  Islamic Resistance Movement Hamas.

11       MR. TURNER:  May we have Exhibit 4766 displayed,

12  your Honor?  That's in evidence.

13       THE COURT:  Yes.

14  Q    Are you familiar with this chart from Mr. Geisser,

15  based upon his summary of certain transfer information,

16  specifically relating to Yousef al-Hayek wire transfers via

17  Arab Bank New York?

18       THE COURT:  I don't think you displayed it yet.

19  A    Yes, sir.

20  Q    How many transfers were found in those limited group of

21  records from Yousef al-Hayek?

22  A    282 transfers by Yousef al-Hayek.

23  Q    For what dollar amounts?

24  A    $4,228,193.

25       MR. TURNER:  Now, there was also an exhibit

1    admitted, 4764, in Mr. Geisser's testimony.  May we display

2    that.

3              THE COURT:  Yes.

4    Q    Now, this particular chart was labeled, "Arab Bank New

5    York Branch Transactions.  Summary of Transactions

6    Identified Individual Yousef al-Hayek With a List of Those

7    Receiving Money From al-Hayek."  Now this particular exhibit

8    has checkmarks at the side.  Did you place those checkmarks

9    on this exhibit?

10   A    Yes, sir.

11   Q    And what do those checks represent, Mr. Spitzen?

12   A    Those checks represent the transfers that I could

13   identify as aimed at leaders or operatives of Hamas.

14   Q    And there is 27 if I counted correctly.  Is that your

15   count?

16   A    I trust your counting.

17   Q    Now, in the process of going through the al-Hayek

18   transfers, did you have an opportunity to prepare a summary

19   sheet, an illustration of the transfers that were designated

20   from al-Hayek to various Hamas leaders and operatives?

21   A    Yes, sir.

22             MR. TURNER:  May we display his chart, your Honor.

23             THE COURT:  Yes.

24             MR. TURNER:  This is slide 16.

25   Q    Now, first of all, there is a category for sender; is

1   that correct?

2   A    Yes, sir.

3   Q    And then one for the number of transfers that you

4   found?

5   A    Yes, sir.

6   Q    And then one category for amount; is that correct?

7   A    This is correct, sir.

8   Q    Now, reading across the first line, "Hayek," can you

9   explain what you mean by 223 and then the dollar value?

10  A    Yes, sir.

11  Q    Go ahead.

12  A    The 223 are people that I managed to identify as being

13  senior officials or leaders or family members of Hamas to

14  whom the money was transferred of the 282 names mentioned

15  earlier.

16  Q    And just so we put a timeframe on this, what is the

17  timeframe we're talking about in this chart?

18  A    Between 2000 to 2001.

19  Q    So over that one-year period of time that much money

20  was transferred through what bank?

21  A    Arab Bank.

22  Q    Now, go to the second line.  The "others" with the two

23  asterisks.  Explain to us that particular line and the

24  meaning of that line.

25  A    Yes, I can.

A. SPITZEN - DIRECT/MR. TURNER                1411

1    Q     Go ahead.

2    A     I examined beyond those transfers made by Hayek,

3    additional wire transfers, mostly from Lebanon through Arab

4    Bank New York to the Palestinian Territories, and I found

5    another 32 wire transfers, these were not done by Hayek, but

6    rather, by different other peoples.  Those wire transfers

7    were for Hamas leaders and their family members.  And these

8    are the ones that I could identify that were done through

9    Arab Bank.

10   Q     Now, during the course of your investigation, given the

11   limited records that you had access to, were you still,

12   despite the limitations, able to identify a significant

13   group of Hamas leaders during the period of 2000 through

14   2002 that had actual bank accounts at Arab Bank in the

15   Palestinian Territories?

16   A     With a high degree of probability, yes.

17   Q     And have you been able to crosscheck the names to

18   ensure the accuracy of the information that you were able to

19   glean from the limited amount of records you did have access

20   to?

21   A     I did the best I could and I invested by best

22   professional efforts in doing my work while comparing these

23   names and the way they are written in many places, that I

24   could not reach absolute accuracy.

25             MR. TURNER:  May we display slide 18?

A. SPITZEN - DIRECT/MR. TURNER                1412

1            THE COURT:  Yes.

2    Q    Now, there are ten individuals shown on this first

3    slide.  And the label on slide is "Transfers Through Arab

4    Bank New York to Arab Bank Accounts of Hamas Leaders and

5    Operatives in Gaza 2000 through 2002."

6            Of course, the first photograph is Sheikh Yassin;

7    is that correct?

8            MR. SHAND:  Objection, your Honor.

9            THE COURT:  One word?

10            MR. SHAND:  May we approach?

11            THE COURT:  Really?  Is it worth it?

12            MR. SHAND:  I'm not sure.

13            THE COURT:  Okay.

14            (Continued on the next page for sidebar.)

15

16

17

18

19

20

21

22

23

24

25

SIDEBAR CONFERENCE                    1413

1      (Sidebar conference begins.)

2      THE COURT:  I just didn't see what could be

3  objectionable about that question, it's just preparatory to

4  what's coming next.

5      MR. SHAND:  But it's not preparatory because

6  Mr. Turner is saying this is transfers to 16 Hamas leaders,

7  not "in your opinion" or "who are they" or anything like

8  that, he's making the designations.

9      THE COURT:  Is it the objection that the question

10 was leading?

11     MR. SHAND:  It's misleading, actually.  And it is

12 leading and --

13     THE COURT:  I'll ask him to refrain from leading

14 questions, but these are the expert's conclusions.  These

15 are his opinions, which he's plainly said.  And so the slide

16 simply presents his conclusions.

17     MR. SHAND:  I'm not arguing about the slide, your

18 Honor.  I'm arguing about the phraseology of the questions

19 and --

20     THE COURT:  Okay.  I will ask Mr. Turner to phrase

21 the question in a more neutral manner to draw the answer out

22 rather than suggesting it.  Oh, Mr. Turner, what do you want

23 to do about timing?

24     MR. TURNER:  Let's just stop.  This is a good

25 stopping point.  Oh, can I do one thing in about 30 seconds?

SIDEBAR CONFERENCE                    1414

1          THE COURT:  Yeah.

2          (End of sidebar conference.)

3          (Continued on the next page.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

A. SPITZEN - DIRECT/MR. TURNER                1415

1           MR. TURNER:  May I proceed?

2           THE COURT:  Yes.

3           MR. TURNER:  I don't remember the --

4           INTERPRETER:  I do.  Shall I interpret the

5   question?

6           MR. TURNER:  Yes.

7           THE WITNESS:  Indeed.

8   BY MR. TURNER:

9   Q    Now, based upon the work that you've done and the

10  investigation that you've done, and we're going to go into

11  this in much more detail on Tuesday, of course, individually

12  account-by-account; how confident are you that these Hamas

13  leaders and operatives maintain a bank account were

14  customers of Arab Bank during the period of 2000 through

15  2002?

16  A    With a high degree of probability.

17          MR. TURNER:  That's a good stopping point, your

18  Honor.

19          THE COURT:  All right.  Ladies and gentlemen,

20  we're going to send you home early to prepare for the

21  holiday weekend.

22          Because it's a long weekend, I want to give you a

23  full reminder; bear with me as I do that.  You have been

24  fantastic.  I'm really proud of you, the way you have

25  discharged your responsibilities.  I check jurors all the

A. SPITZEN - DIRECT/MR. TURNER          1416

1   time to make sure everyone is paying attention, and I

2   haven't had to say anything to anybody, because you all are

3   paying attention.

4           Please, for that reason, it's very important that

5   we not do anything to jeopardize this trial going into this

6   long break.  So, please, do not look at any radio or TV

7   reports, turn the page, flip the channel, do something to

8   stay away from any information.  Do not talk to anyone about

9   the case, even though you may be tempted to do that.  You

10   may also be tempted to go on to Google and do some research

11   or something.  Please, it would violate your oath to do

12   that.  Don't post anything on any website about the case.

13   Don't say anything to anyone.

14           Those of you who are not vegetarian, have a good

15   barbecue this weekend and get some sleep, and we're really

16   making good progress and we'll see you next Tuesday at

17   9:30 a.m.

18           Remember, we're sitting next Friday as well.

19           (Jury is out of the courtroom at 3:31 p.m.)

20           THE COURT:  All right, everyone, have a very good

21   holiday.  See you on Tuesday morning.

22           ALL COUNSEL:  You too, your Honor.  Thank you.

23           (Proceedings adjourned at 3:32 p.m.)

24                              ***

25

1417

1       <u>I N D E X</u>

2

3    <u>WITNESS</u>                                              <u>PAGE</u>

4

5

6        ARIEH DAN SPITZEN

7        DIRECT EXAMINATION BY MR. TURNER            1390

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1418

# E X H I B I T S

Plaintiff Exhibit 1353                              1400

Plaintiff Exhibit 90                               1406

1

## $

**$10,000** [1] - 1406:10
**$300,000** [1] - 1362:20
**$4,228,193** [1] - 1408:24
**$60,000** [2] - 1401:17, 1404:23

## '

**'95** [1] - 1400:9

## 0

**04CV00365** [1] - 1354:5
**04CV02799** [1] - 1354:5
**04CV05449** [1] - 1354:4
**04CV05564** [1] - 1354:5
**05CV00388** [1] - 1354:6
**05CV03183** [1] - 1354:6
**05CV03768** [1] - 1354:7
**06CV01623** [1] - 1354:7

## 1

**100** [1] - 1405:14
**1045** [3] - 1364:17, 1364:22, 1364:23
**106** [2] - 1407:7, 1407:24
**1061** [2] - 1357:2, 1358:1
**11** [2] - 1386:4, 1408:2
**11201** [1] - 1355:10
**11:24** [1] - 1381:17
**11:40** [1] - 1381:14
**11:44** [1] - 1382:9
**1206** [1] - 1364:17
**12947** [1] - 1400:23
**12:56** [1] - 1384:11
**12:57** [1] - 1384:13
**13** [1] - 1379:18
**13224** [1] - 1401:1
**1353** [6] - 1400:2, 1400:3, 1400:5, 1400:10, 1400:14, 1418:4
**136** [3] - 1407:7, 1407:8, 1407:24
**1390** [1] - 1417:7
**140** [2] - 1407:7, 1407:24
**1400** [1] - 1418:4
**1406** [1] - 1418:6
**15** [2] - 1370:11, 1382:5
**16** [2] - 1409:24, 1413:6
**169** [1] - 1378:11
**17** [2] - 1356:14, 1386:4
**170** [1] - 1378:12
**18** [1] - 1411:25
**1970** [2] - 1393:5, 1393:12
**1972** [1] - 1393:13
**1974** [2] - 1393:12, 1393:14
**1976** [2] - 1393:14, 1393:16
**1980** [1] - 1393:20
**1980s** [1] - 1396:18
**1983** [1] - 1399:12
**1987** [2] - 1395:22, 1396:19
**1988** [1] - 1359:18
**1990s** [1] - 1396:8

**1995** [3] - 1399:17, 1400:24, 1401:3
**1996** [1] - 1396:9
**1999** [1] - 1394:7

## 2

**2** [4] - 1378:12, 1379:18, 1386:4, 1397:8
**20,000** [1] - 1370:11
**2000** [5] - 1398:3, 1410:18, 1411:13, 1412:5, 1415:14
**2001** [8] - 1360:2, 1360:5, 1391:14, 1392:2, 1401:7, 1401:16, 1401:23, 1410:18
**2002** [5] - 1397:18, 1397:23, 1411:14, 1412:5, 1415:15
**2003** [2] - 1399:7, 1400:7
**2004** [3] - 1359:19, 1397:13, 1399:7
**2005** [1] - 1394:7
**2009** [2] - 1391:14, 1392:2
**2010** [1] - 1394:20
**2011** [1] - 1360:7
**2014** [1] - 1354:10
**2080** [1] - 1401:9
**223** [2] - 1410:9, 1410:12
**225** [1] - 1355:9
**23** [1] - 1400:23
**24** [1] - 1378:11
**248** [1] - 1379:18
**249** [1] - 1379:18
**25** [1] - 1385:15
**25-minute** [1] - 1385:4
**27** [1] - 1409:14
**28** [1] - 1354:10
**282** [2] - 1408:22, 1410:14
**2:00** [1] - 1384:9, 1384:12
**2nd** [1] - 1360:4

## 3

**3** [1] - 1356:21
**3,000** [1] - 1395:3
**3,100** [1] - 1395:5
**30** [4] - 1393:22, 1395:24, 1401:16, 1413:25
**30-year** [1] - 1393:23
**32** [1] - 1411:5
**320** [1] - 1386:3
**325** [1] - 1386:4
**3286** [1] - 1364:18
**34** [4] - 1368:8, 1368:9, 1368:10, 1368:17
**36444** [3] - 1401:21, 1401:23, 1404:8
**39** [2] - 1388:16, 1388:17
**3:30** [2] - 1381:25, 1382:5
**3:31** [1] - 1416:19
**3:32** [1] - 1416:23
**3rd** [1] - 1360:5

## 4

**465** [1] - 1368:25
**4712** [2] - 1362:6, 1362:9

**472** [1] - 1362:6
**4764** [1] - 1409:1
**4766** [1] - 1408:11
**4:00** [2] - 1381:19
**4:30** [1] - 1381:20

## 5

**502** [1] - 1368:25

## 6

**6** [1] - 1372:19

## 7

**7** [2] - 1375:11, 1383:4
**703** [2] - 1365:11, 1371:15

## 9

**9** [9] - 1376:3, 1377:1, 1377:10, 1384:4, 1385:5, 1385:11, 1386:3, 1387:4, 1388:19
**90** [8] - 1406:6, 1406:7, 1406:9, 1406:15, 1406:20, 1406:21, 1406:24, 1418:6
**96** [1] - 1375:15
**9622** [1] - 1375:16
**9:30** [1] - 1416:17

## A

**a.m** [3] - 1381:17, 1382:9, 1416:17
**Abd** [1] - 1404:3
**Abdul** [1] - 1368:11
**ability** [1] - 1391:11
**able** [11] - 1364:12, 1398:12, 1401:6, 1402:2, 1404:22, 1405:5, 1405:10, 1411:12, 1411:17, 1411:18
**absolute** [2] - 1361:24, 1411:24
**Abu** [3] - 1381:1, 1381:7, 1381:11
**academic** [1] - 1393:3
**access** [8] - 1395:8, 1396:3, 1398:13, 1401:5, 1407:23, 1408:1, 1411:11, 1411:19
**according** [1] - 1405:19
**account** [26] - 1371:17, 1371:19, 1371:22, 1371:23, 1372:4, 1372:5, 1398:19, 1398:21, 1399:4, 1401:19, 1401:23, 1401:24, 1404:22, 1404:7, 1404:8, 1404:10, 1404:14, 1404:15, 1405:5, 1406:11, 1407:25, 1408:4, 1408:6, 1415:12, 1415:13
**account-by-account** [1] - 1415:12
**accounts** [6] - 1365:2, 1370:9, 1370:10, 1398:15, 1404:9, 1411:14
**Accounts** [1] - 1412:4
**accuracy** [2] - 1411:18, 1411:24
**accurate** [2] - 1360:13, 1397:1
**Activities** [1] - 1391:22
**activities** [1] - 1405:19
**activity** [1] - 1365:7

**actual** [5] - 1365:22, 1367:6, 1373:9, 1375:10, 1411:14
**acute** [1] - 1372:15
**add** [1] - 1407:13
**addition** [2] - 1362:13, 1363:3
**additional** [1] - 1411:3
**address** [1] - 1395:11
**addresses** [1] - 1379:3
**addressing** [2] - 1356:15, 1385:12
**adequately** [1] - 1364:1
**adjourned** [1] - 1416:23
**admissible** [2] - 1369:1
**admission** [1] - 1367:9
**admit** [3] - 1358:2, 1358:3, 1371:10
**admitted** [10] - 1358:4, 1372:2, 1373:1, 1373:7, 1400:14, 1401:10, 1406:20, 1407:10, 1407:11, 1409:1
**advanced** [1] - 1397:22
**advertisements** [4] - 1369:5, 1369:8, 1369:19, 1370:25
**advertising** [1] - 1370:23
**advise** [1] - 1375:13
**adviser** [1] - 1392:5
**Adviser** [1] - 1394:2
**Affairs** [2] - 1392:4, 1393:17
**affiliated** [3] - 1357:9, 1357:10, 1363:5
**affiliation** [1] - 1370:4
**affirm** [2] - 1390:4, 1390:7
**Afrait** [1] - 1354:6
**Afrait-Kurtzer** [1] - 1354:6
**agreed** [1] - 1376:16
**ahead** [8] - 1359:5, 1378:9, 1382:16, 1388:18, 1395:3, 1407:18, 1410:11, 1411:1
**Ahmad** [6] - 1371:18, 1372:5, 1401:18, 1401:19, 1401:24, 1404:11
**aimed** [1] - 1409:13
**Al** [7] - 1365:7, 1368:21, 1371:6, 1385:12, 1385:17, 1396:14
**al** [24] - 1362:11, 1362:18, 1368:12, 1384:1, 1394:15, 1404:3, 1404:25, 1405:1, 1405:2, 1405:6, 1405:11, 1405:16, 1405:21, 1406:11, 1408:16, 1408:21, 1408:22, 1409:6, 1409:7, 1409:17, 1409:20
**AL** [1] - 1354:3
**al-Aziz** [1] - 1404:3
**al-Din** [1] - 1362:18
**al-Hayek** [15] - 1404:25, 1405:1, 1405:2, 1405:6, 1405:11, 1405:16, 1405:21, 1406:11, 1408:16, 1408:21, 1408:22, 1409:6, 1409:7, 1409:17, 1409:20
**al-Islamiyah** [1] - 1408:9
**al-Muqawama** [1] - 1408:9
**al-Natsche** [1] - 1368:12
**al-Qassam** [1] - 1362:11
**Al-Rantisi** [2] - 1365:7, 1371:6
**al-Rantisi** [1] - 1404:3
**al-Tahan** [1] - 1384:1
**Al-Tahan** [2] - 1385:12, 1385:17
**Alaqsa** [1] - 1396:9

**ALL** [1] - 1416:22
**allegedly** [1] - 1366:20, 1367:6
**allow** [7] - 1357:23, 1364:5, 1368:23, 1370:25, 1379:15, 1388:13, 1392:11
**allows** [1] - 1378:13
**Almog** [1] - 1354:5
**ALMOG** [1] - 1354:22
**almost** [3] - 1360:3, 1394:20, 1394:21
**ambiguity** [1] - 1379:2, 1379:11
**amount** [4] - 1378:16, 1378:21, 1410:6, 1411:19
**amounts** [1] - 1408:23
**analysis** [3] - 1365:24, 1367:17, 1395:11
**AND** [2] - 1354:17, 1354:20, 1355:7
**Ansar** [14] - 1364:24, 1365:1, 1365:6, 1365:12, 1366:10, 1366:17, 1366:18, 1366:19, 1367:2, 1367:5, 1368:3, 1368:5, 1368:10
**answer** [2] - 1399:2, 1413:21
**ANTHONY** [1] - 1355:4
**anticipate** [2] - 1361:19, 1361:21
**anticipating** [1] - 1374:14
**apologize** [1] - 1386:12
**appear** [1] - 1397:4
**APPEARANCES** [1] - 1355:2
**aPPEARANCES** [1] - 1354:15
**appointed** [1] - 1398:10
**approach** [4] - 1378:1, 1387:6, 1402:3, 1412:10
**appropriate** [1] - 1379:21
**approximation** [1] - 1394:24
**Arab** [38] - 1356:22, 1356:23, 1359:8, 1362:20, 1365:5, 1369:7, 1369:9, 1370:6, 1370:15, 1370:17, 1371:23, 1378:21, 1385:12, 1394:2, 1394:11, 1394:19, 1398:14, 1398:15, 1398:19, 1398:21, 1398:22, 1399:3, 1399:7, 1401:7, 1401:20, 1401:24, 1405:6, 1406:14, 1407:25, 1408:17, 1409:4, 1410:21, 1411:4, 1411:9, 1411:14, 1412:4, 1415:14
**ARAB** [1] - 1354:10
**Arabic** [3] - 1391:6, 1391:7, 1393:1
**area** [3] - 1393:7, 1397:22, 1398:11
**areas** [1] - 1398:7
**argue** [2] - 1378:13
**arguing** [3] - 1356:10, 1413:17, 1413:18
**argument** [2] - 1358:12, 1364:4
**argumentative** [1] - 1356:21
**Arieh** [3] - 1387:5, 1390:10, 1390:23
**ARIEH** [3] - 1390:11, 1390:12, 1417:6
**arrested** [1] - 1399:12
**article** [3] - 1364:23, 1366:17, 1368:24
**articles** [6] - 1364:18, 1365:9, 1367:13, 1367:15, 1367:23, 1368:5, 1368:7, 1369:3
**assess** [1] - 1373:6
**assistant** [1] - 1394:25
**assisted** [1] - 1355:12
**ASSOCIATES** [1] - 1354:18

**association** [1] - 1363:21
**assume** [5] - 1360:12, 1366:23, 1367:1, 1369:25, 1370:15
**assuming** [1] - 1366:24
**assumptions** [1] - 1405:3
**asterisks** [1] - 1410:23
**attack** [1] - 1374:8
**attempt** [1] - 1374:6
**attend** [1] - 1393:14
**attention** [3] - 1376:9, 1416:1, 1416:3
**AUGUST** [1] - 1354:10
**August** [2] - 1360:4, 1360:5
**Australia** [1] - 1358:10
**Australian** [2] - 1357:2, 1358:1
**authenticate** [1] - 1373:23
**authenticated** [1] - 1363:25
**authorities** [3] - 1378:22, 1379:6, 1379:14
**authority** [2] - 1374:3, 1378:18
**Authority** [2] - 1379:19, 1379:24
**AVITAL** [1] - 1355:7
**aware** [3] - 1376:7, 1395:20, 1396:17
**Aziz** [1] - 1404:3

# B

**background** [1] - 1361:7
**Bahrain** [1] - 1371:14
**bahrain** [1] - 1404:5
**BANK** [1] - 1354:10
**Bank** [41] - 1358:11, 1358:14, 1359:9, 1362:20, 1365:5, 1369:7, 1369:9, 1370:6, 1370:15, 1370:17, 1371:23, 1378:21, 1392:8, 1393:18, 1393:25, 1394:2, 1394:7, 1394:11, 1394:19, 1398:14, 1398:15, 1398:19, 1398:21, 1398:22, 1399:3, 1399:7, 1401:7, 1401:20, 1401:24, 1405:6, 1406:14, 1407:25, 1408:17, 1409:4, 1410:21, 1411:4, 1411:9, 1411:14, 1412:4, 1415:14
**bank** [25] - 1356:7, 1356:11, 1357:11, 1365:4, 1367:17, 1369:11, 1371:2, 1371:19, 1398:15, 1398:19, 1399:4, 1401:16, 1404:6, 1404:8, 1404:9, 1404:10, 1404:15, 1404:16, 1405:5, 1405:9, 1406:12, 1406:13, 1410:20, 1411:14, 1415:13
**Bank's** [3] - 1356:22, 1356:23, 1385:12
**bank's** [1] - 1367:20
**barbecue** [1] - 1416:15
**based** [9] - 1365:12, 1367:13, 1377:15, 1401:1, 1404:23, 1405:17, 1408:15, 1415:9
**basis** [11] - 1357:24, 1364:6, 1366:4, 1367:16, 1367:24, 1371:9, 1372:7, 1373:5, 1373:24, 1403:6, 1403:11
**bear** [1] - 1415:23
**become** [1] - 1396:17
**BEFORE** [1] - 1354:13
**begin** [1] - 1399:6

**beginning** [2] - 1377:1, 1397:10
**begins** [3] - 1383:1, 1403:1, 1413:1
**behalf** [2] - 1362:15, 1390:13
**Beirut** [2] - 1406:12, 1406:14
**belongs** [1] - 1391:23
**bench** [1] - 1382:7
**beneficial** [1] - 1365:25
**beneficiaries** [3] - 1369:14, 1370:5, 1373:19
**beneficiary** [2] - 1401:17, 1408:7, 1408:8
**benefit** [5] - 1362:5, 1365:1, 1366:1, 1372:3, 1372:4
**BENNETT** [1] - 1354:20
**Bennett** [1] - 1354:6
**best** [4] - 1367:19, 1391:12, 1411:21
**between** [6] - 1358:15, 1359:21, 1391:14, 1393:12, 1393:14, 1410:18
**beyond** [4] - 1356:8, 1356:15, 1356:20, 1411:2
**billboard** [1] - 1359:7
**Bishara** [2] - 1383:3, 1383:6
**bit** [2] - 1381:23, 1395:5
**bitawi** [2] - 1360:21, 1362:16
**Bitawi** [1] - 1359:6
**Bitawi's** [1] - 1361:18
**blank** [1] - 1375:11
**blow** [1] - 1400:17
**BMC** [1] - 1354:3
**body** [1] - 1391:23
**bomb** [4] - 1362:10, 1362:12, 1362:17, 1363:6
**bomb-maker** [3] - 1362:10, 1362:17, 1363:6
**bomb-makers** [1] - 1362:12
**bombers** [4] - 1359:10, 1367:7, 1370:14, 1370:17
**bone** [1] - 1361:24
**BONNER** [2] - 1354:22, 1354:23
**born** [1] - 1391:1
**bother** [1] - 1363:25
**bottom** [3] - 1398:1, 1398:4, 1400:17
**Branch** [1] - 1409:5
**branch** [3] - 1393:6, 1404:16, 1406:12
**branches** [3] - 1369:9, 1369:15, 1370:8
**break** [2] - 1381:14, 1416:6
**BRETT** [1] - 1355:4
**brevity** [1] - 1407:8
**BRIAN** [1] - 1354:13
**Brian** [1] - 1382:7
**brief** [1] - 1380:9
**briefly** [3] - 1378:8, 1407:2, 1408:3
**Brigades** [1] - 1397:17
**bring** [3] - 1367:21, 1382:8, 1385:2
**brochures** [1] - 1372:23
**Brooklyn** [2] - 1354:9, 1355:10
**business** [3] - 1361:9, 1373:10, 1373:23
**BY** [15] - 1354:17, 1354:18, 1354:20, 1354:23, 1354:24, 1354:25, 1355:3, 1355:4, 1355:4, 1355:5, 1355:7, 1390:21, 1404:1, 1415:8, 1417:7

## C

**Cadman** [1] - 1355:9
**campaign** [1] - 1370:23
**CANALES** [1] - 1355:9
**cannot** [3] - 1376:12, 1396:6, 1403:5
**captures** [1] - 1371:5
**card** [1] - 1388:10
**careful** [1] - 1359:24
**case** [18] - 1356:22, 1357:6, 1357:8, 1357:11, 1359:13, 1360:23, 1365:22, 1367:11, 1374:13, 1375:7, 1379:6, 1381:15, 1381:20, 1382:3, 1384:6, 1384:7, 1416:9, 1416:12
**cases** [1] - 1354:4
**catch** [1] - 1381:24
**category** [2] - 1409:25, 1410:6
**caught** [1] - 1377:14
**CAUSE** [1] - 1354:13
**celebrated** [2] - 1359:13, 1397:24
**central** [1] - 1357:11
**certain** [11] - 1356:11, 1365:16, 1369:10, 1385:13, 1392:7, 1394:5, 1396:5, 1405:13, 1405:14, 1405:25, 1408:15
**certainly** [1] - 1373:16
**chairman** [1] - 1357:7
**challenging** [1] - 1377:25
**chance** [1] - 1388:2
**changes** [1] - 1370:21
**channel** [1] - 1416:7
**charitable** [3] - 1357:6, 1363:4, 1394:5
**charity** [2] - 1357:7, 1372:23
**chart** [4] - 1408:14, 1409:4, 1409:22, 1410:17
**charts** [1] - 1356:16
**check** [7] - 1374:23, 1378:14, 1386:5, 1406:10, 1406:22, 1407:3, 1415:25
**checking** [1] - 1371:17
**checkmarks** [2] - 1409:8
**checks** [2] - 1409:11, 1409:12
**chose** [1] - 1391:10
**chosen** [1] - 1391:8
**CIVETTA** [1] - 1355:5
**CIVIL** [1] - 1354:13
**civilian** [2] - 1392:7, 1392:10
**claim** [2] - 1362:3, 1363:4
**clarify** [1] - 1367:4
**clear** [2] - 1358:19, 1379:13
**CLERK** [3] - 1390:3, 1390:8, 1390:15
**clerk** [1] - 1386:7
**clip** [1] - 1362:3
**closely** [1] - 1388:3
**closing** [1] - 1356:24
**CLYDE** [1] - 1354:18
**cnlsnic@aol.com** [1] - 1355:10
**cofounders** [2] - 1396:17, 1396:21
**COGAN** [1] - 1354:13
**Cogan** [1] - 1382:7
**COGAT** [6] - 1391:20, 1391:21, 1391:22, 1392:3, 1392:5, 1392:14

**COLES** [1] - 1355:4
**collect** [3] - 1369:9, 1369:15, 1373:19
**collected** [1] - 1373:21
**collecting** [1] - 1392:20
**collection** [4] - 1373:18, 1380:14, 1385:11, 1392:17
**college** [1] - 1393:14
**coming** [4] - 1363:12, 1388:14, 1388:25, 1413:4
**commander** [1] - 1398:10
**committed** [1] - 1359:11
**Committee** [8] - 1357:7, 1362:14, 1362:15, 1369:8, 1369:12, 1371:7, 1380:17, 1394:14
**committees** [3] - 1363:4, 1368:14, 1373:18
**comparing** [1] - 1411:22
**complex** [2] - 1361:13, 1374:9
**compliance** [4] - 1377:14, 1378:14, 1379:9, 1379:19, 1379:20, 1379:23
**complications** [2] - 1395:10, 1395:14
**computer** [1] - 1355:12
**computer-assisted** [1] - 1355:12
**concentrate** [1] - 1393:7
**concerned** [1] - 1393:3
**concerning** [3] - 1356:5, 1392:8, 1392:12
**concluded** [2] - 1386:13, 1389:2
**concludes** [2] - 1384:3, 1387:4
**conclusion** [1] - 1366:11
**conclusions** [4] - 1405:13, 1413:14, 1413:16
**conduct** [3] - 1393:24, 1405:10, 1405:12
**conducted** [1] - 1404:4
**conduit** [6] - 1366:8, 1367:23, 1367:25, 1372:9, 1372:15
**conference** [6] - 1383:1, 1383:9, 1403:1, 1403:12, 1413:1, 1414:2
**confession** [1] - 1368:22
**confident** [1] - 1415:12
**confirm** [3] - 1371:22, 1401:22, 1402:2
**confirming** [1] - 1372:4
**connected** [5] - 1358:24, 1366:11, 1388:6, 1405:22, 1405:23
**connection** [3] - 1358:15, 1359:21, 1363:23
**consider** [4] - 1361:25, 1371:2, 1374:4, 1379:8
**considered** [3] - 1395:25, 1396:21, 1407:21
**consistent** [2] - 1378:15, 1403:9
**CONT** [1] - 1355:2
**contention** [1] - 1373:17
**contentious** [1] - 1374:12
**context** [3] - 1357:17, 1359:10, 1366:23
**continue** [4] - 1381:10, 1382:10, 1382:16, 1387:2
**Continued** [7] - 1382:19, 1383:10, 1384:14, 1402:5, 1403:13, 1412:14, 1414:3

**continued** [5] - 1380:20, 1387:3, 1393:21, 1399:18, 1401:1
**continues** [2] - 1381:1, 1381:12
**contravention** [1] - 1377:19
**contribute** [1] - 1371:21
**controlled** [1] - 1367:5
**Coordinator** [1] - 1391:22
**copies** [1] - 1369:23
**copy** [1] - 1378:1
**correct** [9] - 1357:20, 1366:5, 1377:24, 1393:15, 1397:12, 1410:1, 1410:6, 1410:7, 1412:7
**correctly** [1] - 1409:14
**corrects** [1] - 1398:2
**COULTER** [1] - 1354:17
**Coulter** [1] - 1354:5
**COUNSEL** [1] - 1416:22
**count** [1] - 1409:15
**counted** [1] - 1409:14
**counter** [2] - 1375:9, 1375:20
**counting** [1] - 1409:16
**countries** [1] - 1407:21
**couple** [1] - 1374:23
**course** [8] - 1367:16, 1395:3, 1395:6, 1396:16, 1397:3, 1411:10, 1412:6, 1415:11
**Court** [6] - 1361:21, 1365:2, 1375:21, 1376:7, 1376:14, 1390:5
**COURT** [143] - 1354:1, 1355:9, 1356:3, 1357:12, 1357:14, 1357:24, 1367:23, 1358:1, 1358:8, 1358:12, 1358:21, 1359:5, 1359:14, 1359:17, 1359:20, 1360:6, 1360:12, 1360:18, 1360:24, 1361:6, 1361:11, 1361:16, 1361:23, 1362:6, 1362:9, 1362:21, 1363:7, 1363:15, 1363:20, 1364:10, 1364:15, 1364:17, 1364:20, 1364:22, 1365:8, 1365:14, 1365:18, 1366:2, 1366:6, 1366:12, 1366:19, 1367:1, 1367:9, 1368:6, 1368:17, 1369:5, 1369:18, 1369:25, 1370:4, 1370:13, 1370:22, 1371:13, 1371:24, 1372:6, 1372:19, 1373:11, 1373:13, 1373:15, 1373:22, 1374:7, 1374:18, 1374:22, 1375:1, 1375:5, 1375:25, 1376:10, 1376:16, 1376:20, 1377:4, 1377:8, 1377:21, 1378:6, 1378:9, 1378:20, 1379:1, 1379:10, 1379:12, 1379:25, 1380:4, 1380:6, 1380:9, 1380:15, 1380:18, 1381:3, 1381:10, 1381:13, 1381:18, 1382:3, 1382:8, 1382:10, 1382:13, 1382:16, 1383:7, 1384:5, 1384:12, 1385:2, 1385:6, 1385:9, 1385:14, 1385:19, 1386:1, 1386:5, 1386:9, 1386:11, 1387:2, 1387:8, 1388:4, 1388:13, 1388:18, 1388:21, 1388:25, 1390:2, 1390:16, 1397:9, 1398:17, 1399:2, 1400:11, 1400:13, 1401:12, 1402:4, 1403:4, 1403:9, 1404:13, 1404:19, 1406:16, 1406:19, 1407:10, 1408:13, 1408:18, 1409:3, 1409:23,

1412:1, 1412:9, 1412:11, 1412:13, 1413:2, 1413:9, 1413:13, 1413:20, 1414:1, 1415:2, 1415:19, 1416:20
**court** [1] - 1363:24
**Courthouse** [1] - 1354:8
**COURTNEY** [1] - 1354:3
**courtroom** [4] - 1381:17, 1382:9, 1384:11, 1416:19
**covered** [1] - 1360:2
**created** [2] - 1395:10, 1395:12
**cross** [4] - 1366:12, 1368:19, 1371:16, 1388:14
**cross-examination** [2] - 1366:12, 1388:14
**cross-examined** [1] - 1368:19
**cross-referencing** [1] - 1371:16
**crosscheck** [1] - 1411:17
**CSR** [1] - 1355:9
**cultural** [1] - 1392:10
**Cum** [1] - 1392:25
**cure** [1] - 1379:9
**custodian** [1] - 1374:1
**customer** [4] - 1356:22, 1356:23, 1398:21, 1399:6
**customers** [5] - 1357:10, 1359:8, 1398:14, 1398:22, 1415:14
**cut** [3] - 1358:25, 1361:24, 1375:20

### D

**D-a-n** [1] - 1390:11
**Dabbour** [4] - 1379:17, 1385:12, 1385:16, 1386:3
**daily** [1] - 1368:20
**Dan** [1] - 1390:11
**DAN** [2] - 1390:12, 1417:6
**Darwazah** [1] - 1364:20
**Darwazah's** [1] - 1362:20
**data** [3] - 1359:15, 1373:18, 1373:19
**date** [4] - 1359:15, 1396:6, 1398:2, 1401:15
**day-to-day** [1] - 1392:6
**days** [2] - 1374:5, 1375:8
**deal** [1] - 1368:10
**dealing** [1] - 1365:8
**deceased** [1] - 1397:12
**decide** [1] - 1358:6
**decision** [1] - 1392:11
**decision-makers** [1] - 1392:11
**decisions** [1] - 1392:12
**defendant** [5] - 1361:21, 1368:12, 1368:18, 1375:8, 1375:21
**Defendant** [1] - 1354:11
**DEFENDANT** [1] - 1355:3
**defendant's** [2] - 1356:10, 1359:11
**defendants** [4] - 1356:5, 1357:8, 1369:22, 1375:20
**Defense** [2] - 1391:17, 1391:24
**definitely** [6] - 1392:22, 1394:1, 1394:8, 1394:12, 1395:17, 1396:19
**degree** [3] - 1370:22, 1411:16, 1415:16

**delay** [2] - 1380:9
**delegate** [1] - 1407:19
**delegation** [1] - 1407:22
**delegations** [1] - 1407:20
**deliberately** [1] - 1358:19
**demonstrative** [4] - 1372:22, 1372:23, 1388:25, 1389:1
**demonstratives** [1] - 1371:9
**denied** [1] - 1358:16
**department** [5] - 1391:19, 1393:21, 1394:1, 1395:23, 1395:25
**Department** [2] - 1392:4, 1393:18
**depicted** [1] - 1363:21
**depiction** [1] - 1358:23
**depictions** [1] - 1397:2
**deposited** [1] - 1408:6
**deposition** [5] - 1376:12, 1381:11, 1382:11, 1384:1, 1388:15
**Deposition** [1] - 1381:1
**describe** [2] - 1365:7, 1392:9
**describing** [1] - 1356:22
**designated** [5] - 1399:15, 1400:8, 1400:22, 1400:25, 1409:19
**designation** [4] - 1375:22, 1377:23, 1378:11, 1400:6
**designations** [4] - 1377:5, 1377:16, 1388:23, 1413:8
**despite** [1] - 1411:12
**detail** [2] - 1361:1, 1415:11
**determine** [4] - 1364:24, 1367:5, 1398:12, 1404:22, 1405:11
**determining** [1] - 1370:24
**difference** [1] - 1359:17
**different** [6] - 1358:6, 1368:9, 1396:12, 1398:7, 1404:14, 1411:6
**difficult** [1] - 1395:12
**difficulty** [1] - 1395:7
**Din** [1] - 1362:18
**direct** [1] - 1392:17
**DIRECT** [2] - 1390:20, 1417:7
**directly** [1] - 1404:20
**discharged** [1] - 1415:25
**discuss** [1] - 1384:7
**discussed** [2] - 1362:12, 1362:13
**discusses** [1] - 1377:6
**discussing** [1] - 1369:8
**display** [8] - 1372:8, 1397:7, 1400:16, 1401:9, 1404:18, 1409:1, 1409:22, 1411:25
**displayed** [2] - 1408:11, 1408:18
**dispute** [2] - 1369:23, 1379:1
**distributed** [1] - 1364:25
**DISTRICT** [3] - 1354:1, 1354:1, 1354:14
**division** [1] - 1391:19
**DLA** [1] - 1355:3
**document** [3] - 1358:5, 1365:3, 1372:2
**documentary** [2] - 1357:2, 1358:1
**documents** [3] - 1359:11, 1360:22, 1378:15
**dollar** [2] - 1408:23, 1410:9
**donate** [1] - 1404:6

donations [1] - 1404:9
done [5] - 1379:6, 1411:5, 1411:8, 1415:9, 1415:10
down [2] - 1358:25, 1400:16
dozens [1] - 1397:4
Dr [4] - 1357:17, 1358:3, 1358:5, 1361:4
draw [3] - 1363:22, 1376:9, 1413:21
due [1] - 1395:8
duly [1] - 1390:14
during [14] - 1392:2, 1393:23, 1394:7, 1394:11, 1394:17, 1395:3, 1395:6, 1396:3, 1396:16, 1398:15, 1398:22, 1411:10, 1411:13, 1415:14

**E**

early [1] - 1415:20
East [2] - 1355:9, 1393:1
east [1] - 1400:25
EASTERN [1] - 1354:1
economic [1] - 1392:10
education [2] - 1392:11, 1393:3
educational [1] - 1392:24
effect [1] - 1366:21
effort [1] - 1395:18
efforts [2] - 1395:15, 1411:22
eight [2] - 1382:15, 1384:4
either [4] - 1359:15, 1365:6, 1376:7, 1376:11
EI [1] - 1396:14
eliminate [1] - 1378:7
ELSNER [1] - 1354:24
employed [1] - 1391:14
End [3] - 1383:9, 1403:12, 1414:2
end [1] - 1360:1
English [4] - 1391:3, 1391:4, 1391:5
ensure [1] - 1411:18
entire [1] - 1359:10
entirety [1] - 1369:21
EO [1] - 1401:1
Esella [1] - 1396:15
especially [2] - 1391:12, 1395:12
ESQ [10] - 1354:17, 1354:18, 1354:20, 1354:23, 1354:24, 1354:25, 1355:3, 1355:4, 1355:5, 1355:5
establishing [1] - 1362:21
ET [1] - 1354:3
evaluate [3] - 1394:5, 1394:10, 1394:14
evening [1] - 1375:4
event [4] - 1360:2, 1363:11, 1368:5, 1375:9
Evidence [1] - 1366:13
evidence [28] - 1356:17, 1360:10, 1360:23, 1361:8, 1361:13, 1362:22, 1365:16, 1365:20, 1365:22, 1366:2, 1366:22, 1367:2, 1371:10, 1371:22, 1372:2, 1373:1, 1373:7, 1376:4, 1376:13, 1376:18, 1379:10, 1379:21, 1389:1, 1400:15, 1406:20, 1407:5, 1407:12, 1408:12
evidentiary [1] - 1374:9

exact [1] - 1396:6
exactly [2] - 1388:12, 1405:2
examination [2] - 1366:12, 1388:14
EXAMINATION [2] - 1390:20, 1417:7
examined [3] - 1368:19, 1390:14, 1411:2
example [4] - 1360:23, 1367:15, 1367:25, 1371:15
examples [1] - 1373:5
exception [1] - 1374:1
excerpt [6] - 1381:7, 1382:15, 1384:3, 1384:4, 1385:10, 1388:23
Excerpt [7] - 1375:11, 1377:10, 1383:4, 1384:4, 1385:10, 1387:4, 1388:19
excerpts [1] - 1380:14
excised [1] - 1377:17
exclude [1] - 1368:17
executive [1] - 1400:23
exhibit [5] - 1357:21, 1376:12, 1408:25, 1409:7, 1409:9
Exhibit [16] - 1368:25, 1376:3, 1377:1, 1400:2, 1400:3, 1400:5, 1400:14, 1406:6, 1406:7, 1406:9, 1406:15, 1406:20, 1406:21, 1408:11, 1418:4, 1418:6
exhibits [5] - 1374:8, 1376:2, 1401:10, 1407:5, 1407:6
Exhibits [2] - 1364:17, 1407:7, 1407:24
existence [2] - 1370:24, 1371:23
exits [1] - 1384:11
expect [1] - 1361:1
expected [4] - 1361:12, 1374:9, 1374:10, 1374:11
expend [1] - 1395:15
experience [2] - 1392:24, 1396:16
expert [20] - 1356:12, 1356:13, 1364:24, 1365:3, 1365:11, 1365:18, 1365:19, 1365:23, 1366:8, 1366:21, 1368:13, 1368:23, 1370:23, 1371:17, 1372:3, 1372:12, 1372:13, 1372:15, 1373:23, 1374:3
expert's [2] - 1367:12, 1371:9, 1372:24, 1373:3, 1413:14
expertise [1] - 1356:16
explain [3] - 1367:23, 1410:9, 1410:23
express [2] - 1364:4, 1391:12
extra [1] - 1395:15

**F**

face [1] - 1377:7
fact [11] - 1357:9, 1366:23, 1368:20, 1369:24, 1370:4, 1371:20, 1372:5, 1398:9, 1400:7, 1401:23
factual [2] - 1358:14, 1368:22
fair [3] - 1364:3, 1364:5, 1364:12
familiar [2] - 1360:14, 1408:14
families [4] - 1370:14, 1370:16, 1406:2, 1406:3
family [3] - 1381:24, 1410:13, 1411:7
Family [1] - 1370:10

famous [1] - 1359:8
fantastic [1] - 1415:24
far [2] - 1393:3, 1399:17
faster [1] - 1386:7
father [1] - 1362:18
Fazwan [2] - 1382:11, 1384:2
featured [2] - 1356:17, 1362:19
featuring [1] - 1371:8
felt [1] - 1379:22
few [6] - 1374:5, 1375:8, 1377:18, 1381:8, 1381:15, 1398:12
field [1] - 1394:3
figure [1] - 1362:17
files [5] - 1373:2, 1373:12, 1373:13, 1398:21
film [2] - 1360:9, 1360:13
filmed [1] - 1363:11
fine [4] - 1364:16, 1367:21, 1368:5, 1375:24
first [14] - 1356:4, 1364:21, 1374:25, 1377:5, 1390:14, 1393:4, 1393:6, 1396:2, 1397:10, 1401:13, 1409:25, 1410:8, 1412:4, 1412:6
five [2] - 1359:1, 1385:11
flip [1] - 1416:7
FLOWERS [1] - 1354:25
focus [1] - 1356:8
folks [1] - 1381:24
following [2] - 1380:20, 1399:18
follows [2] - 1379:12, 1390:14
footnote [3] - 1400:17, 1400:18, 1400:21
FOR [5] - 1354:13, 1354:16, 1354:20, 1354:22, 1355:3
Force [1] - 1391:17
foreign [2] - 1397:25, 1399:15
form [1] - 1404:13
formally [2] - 1399:14
forth [1] - 1377:15
fortunately [1] - 1374:5
Forum [1] - 1371:14
forum [2] - 1404:4, 1404:5
Foundation [1] - 1365:7
foundation [5] - 1358:4, 1359:25, 1361:5, 1369:3, 1373:9
founded [6] - 1394:1, 1395:22, 1396:2, 1397:16, 1398:9, 1399:13
founders [1] - 1397:16
four [4] - 1394:21, 1404:18, 1404:20
frame [5] - 1394:7, 1396:3, 1396:13, 1398:15, 1399:7
frankly [1] - 1373:22
free [1] - 1367:16
Friday [1] - 1416:18
frog [1] - 1393:8
front [3] - 1359:7, 1383:2, 1395:18
full [6] - 1361:7, 1361:22, 1362:3, 1388:9, 1398:20, 1415:23
funds [10] - 1362:22, 1364:25, 1369:16, 1370:20, 1371:21, 1405:23, 1406:1, 1406:2, 1406:3, 1408:7

funeral [8] - 1359:12, 1359:25, 1362:9, 1362:16, 1362:17, 1362:18, 1363:2, 1363:5

## G

GARY [1] - 1354:17
Gaza [7] - 1392:9, 1393:25, 1394:7, 1397:23, 1398:8, 1412:5
Geisser [2] - 1356:16, 1408:14
Geisser's [1] - 1409:1
general [5] - 1368:3, 1379:20, 1379:23, 1379:25
generally [1] - 1374:1
generated [1] - 1373:20
gentleman [1] - 1362:17
gentlemen [4] - 1380:7, 1381:14, 1384:5, 1415:19
geographic [1] - 1405:18
Gershon [1] - 1356:12
Ghazi [1] - 1376:5
given [2] - 1406:11, 1411:10
glean [1] - 1411:19
glitch [1] - 1375:10
Google [1] - 1416:10
Government [2] - 1391:22, 1399:15
government [1] - 1391:25
graduate [1] - 1392:25
grant [1] - 1378:6
ground [2] - 1358:16, 1371:1
group [4] - 1395:1, 1395:21, 1408:20, 1411:13
guess [1] - 1403:3

## H

half [1] - 1364:8
Hamas [46] - 1357:3, 1357:9, 1357:10, 1358:15, 1358:23, 1358:24, 1359:7, 1359:8, 1359:12, 1362:10, 1363:5, 1366:11, 1366:17, 1366:20, 1367:6, 1367:7, 1368:12, 1368:14, 1368:16, 1372:20, 1388:7, 1395:21, 1395:25, 1396:3, 1396:18, 1396:21, 1397:15, 1397:16, 1397:17, 1398:9, 1401:25, 1404:6, 1405:22, 1405:23, 1407:19, 1407:20, 1408:10, 1409:13, 1409:20, 1410:13, 1411:7, 1411:13, 1412:4, 1413:6, 1415:12
Hamas' [1] - 1363:1
Hamdan [7] - 1371:20, 1381:1, 1406:11, 1407:2, 1407:3, 1407:17, 1407:19
Hamdan's [2] - 1407:24, 1408:6
Hamden [1] - 1381:11
Hamed [2] - 1376:5, 1377:5
hand [2] - 1390:3, 1405:9
Hantoly [3] - 1378:11, 1385:11, 1385:16
happy [2] - 1361:19, 1362:5
Harakat [1] - 1408:9
Hayat [1] - 1368:21
Hayek [18] - 1404:25, 1405:1, 1405:2, 1405:6, 1405:11, 1405:16, 1405:21,

1406:11, 1408:16, 1408:21, 1408:22, 1409:6, 1409:7, 1409:17, 1409:20, 1410:8, 1411:2, 1411:5
head [4] - 1357:5, 1392:4, 1392:5, 1392:17
heads [1] - 1405:25
heard [4] - 1368:13, 1371:11, 1373:23, 1378:8
hearing [1] - 1357:12, 1357:14
Hearsay [3] - 1358:20, 1363:13, 1365:15
hearsay [11] - 1358:25, 1363:15, 1363:23, 1363:24, 1364:18, 1366:8, 1367:22, 1371:6, 1371:24, 1372:11, 1373:3
Hebrew [4] - 1391:8, 1391:10, 1391:12, 1392:25
held [2] - 1385:22, 1387:9
help [2] - 1373:6, 1396:23
helped [1] - 1367:17
helps [1] - 1371:22
Hezbollah [3] - 1365:12, 1406:1, 1406:3
high [1] - 1359:7, 1411:16, 1415:16
highly [1] - 1405:14
Hisfeliach [1] - 1388:5
history [3] - 1393:1, 1393:2
holiday [3] - 1384:8, 1415:21, 1416:21
home [2] - 1381:24, 1415:20
Honor [66] - 1357:13, 1357:16, 1357:19, 1357:25, 1358:9, 1358:18, 1359:3, 1359:23, 1360:8, 1361:2, 1361:10, 1361:17, 1362:11, 1363:8, 1364:11, 1364:16, 1365:21, 1366:9, 1366:16, 1366:24, 1367:4, 1368:2, 1368:5, 1368:9, 1368:13, 1369:7, 1371:11, 1372:1, 1372:18, 1373:8, 1373:17, 1374:17, 1375:7, 1375:9, 1375:24, 1377:2, 1377:11, 1377:16, 1378:1, 1378:8, 1379:7, 1379:21, 1380:3, 1380:13, 1381:6, 1382:2, 1382:14, 1382:17, 1384:3, 1385:10, 1385:18, 1387:6, 1390:19, 1397:7, 1398:16, 1399:1, 1401:9, 1402:3, 1404:12, 1407:9, 1408:12, 1409:22, 1412:8, 1413:18, 1415:18, 1416:22
Honor's [5] - 1377:12, 1377:19, 1378:13, 1378:16, 1388:22
Honorable [1] - 1382:7
HONORABLE [1] - 1354:13
hope [1] - 1374:20
hour [2] - 1374:24, 1375:2
hours [5] - 1394:24, 1395:4, 1395:5, 1395:15
huge [1] - 1358:9
hundreds [1] - 1373:20

## I

idea [1] - 1394:17
identical [1] - 1388:6
identification [1] - 1376:6
identified [1] - 1364:1

Identified [1] - 1409:6
identifies [1] - 1388:11
identify [7] - 1360:12, 1360:22, 1405:4, 1409:13, 1410:12, 1411:8, 1411:12
identifying [2] - 1395:13, 1397:6
identity [1] - 1388:10
IDF [10] - 1391:15, 1391:16, 1391:19, 1391:24, 1393:4, 1393:6, 1393:12, 1396:16, 1397:13, 1397:18
illustrate [3] - 1371:9, 1396:20, 1396:23
illustration [1] - 1409:19
images [1] - 1397:1
impact [2] - 1372:14, 1372:25
implementation [1] - 1391:25
important [4] - 1370:20, 1373:2, 1407:22, 1416:4
impression [1] - 1379:4
indeed [2] - 1401:4, 1405:13, 1415:7
indicate [1] - 1356:20
indicated [1] - 1357:19
Individual [1] - 1409:6
individual [3] - 1357:18, 1360:17, 1397:19
individually [1] - 1415:11
individuals [13] - 1356:11, 1362:24, 1385:11, 1385:13, 1396:21, 1396:23, 1397:2, 1398:5, 1398:14, 1398:21, 1399:5, 1406:1, 1412:2
individuals' [1] - 1398:4
inference [1] - 1363:22
inflammatory [2] - 1357:4, 1358:19
information [7] - 1375:19, 1379:23, 1395:16, 1401:5, 1408:15, 1411:18, 1416:8
INGERMAN [20] - 1355:4, 1375:24, 1376:17, 1378:2, 1378:8, 1378:10, 1378:24, 1379:7, 1379:11, 1379:16, 1382:17, 1383:2, 1383:8, 1385:18, 1385:20, 1386:2, 1386:7, 1386:10, 1386:12, 1387:6
injured [1] - 1369:15
innocent [1] - 1375:8
inquire [1] - 1390:18
insert [1] - 1375:18
instead [1] - 1361:8
institution [1] - 1405:25
institutions [1] - 1394:5
instruction [4] - 1371:1, 1371:3, 1379:8, 1379:22
integral [2] - 1359:13, 1369:16
intelligence [4] - 1392:13, 1392:20, 1393:12, 1393:25
Intelligence [3] - 1393:13, 1393:16, 1393:17
intend [3] - 1356:18, 1368:4, 1376:13
intended [2] - 1376:3, 1388:24
internet [1] - 1404:2
interpret [1] - 1415:4
INTERPRETED [1] - 1355:7
INTERPRETER [3] - 1398:2, 1407:13, 1415:4

**interpreters** [1] - 1390:16
**interpreting** [1] - 1356:19
**interrupt** [2] - 1403:7, 1407:15
**interview** [7] - 1371:6, 1372:8, 1403:6, 1403:11, 1404:3, 1404:5, 1404:8
**Intifada** [2] - 1394:15, 1398:23
**introduced** [2] - 1375:17, 1375:18
**introducing** [1] - 1366:7
**introduction** [1] - 1369:3
**introductory** [1] - 1375:19
**invested** [1] - 1411:21
**investigated** [1] - 1378:19
**investigation** [5] - 1405:10, 1405:12, 1405:15, 1411:10, 1415:10
**invited** [1] - 1369:9
**inviting** [1] - 1369:14
**involved** [3] - 1392:13, 1399:12, 1405:19
**Islamic** [1] - 1408:10
**Islamiyah** [1] - 1408:9
**Ismail** [2] - 1401:18, 1401:19
**Israel** [6] - 1391:1, 1391:18, 1392:1, 1392:11, 1399:10, 1399:11
**Israeli** [1] - 1391:17
**issue** [8] - 1357:6, 1357:18, 1360:20, 1367:6, 1367:11, 1368:9, 1369:2, 1395:1
**issues** [7] - 1369:10, 1374:9, 1374:23, 1377:12, 1380:10, 1395:1, 1395:11
**itself** [1] - 1372:2

## J

**Jadida** [1] - 1368:21
**Jamal** [2] - 1359:25
**JAMES** [1] - 1354:23
**January** [1] - 1400:23
**jeopardize** [1] - 1416:5
**Jerusalem** [3] - 1390:25, 1391:2, 1392:25
**Jewish** [2] - 1393:2
**job** [3] - 1392:3, 1392:6, 1392:7
**JODI** [1] - 1354:25
**join** [1] - 1393:4
**joined** [2] - 1393:6, 1393:8
**JUDGE** [1] - 1354:14
**Judge** [1] - 1356:12
**July** [1] - 1360:2
**jurors** [1] - 1415:25
**Jury** [4] - 1381:17, 1382:9, 1384:11, 1416:19
**jury** [37] - 1356:1, 1357:1, 1363:17, 1363:22, 1365:23, 1365:24, 1365:25, 1366:14, 1368:4, 1368:7, 1371:2, 1371:16, 1372:3, 1372:9, 1373:1, 1373:6, 1376:1, 1376:14, 1376:19, 1379:5, 1379:8, 1380:4, 1380:5, 1380:19, 1382:8, 1383:3, 1385:1, 1385:2, 1385:8, 1385:16, 1385:22, 1387:1, 1387:3, 1387:9, 1388:24, 1390:1, 1403:8

**JURY** [1] - 1354:13

## K

**Kawwas** [5] - 1375:16, 1383:3, 1383:5, 1385:12, 1385:16
**keep** [2] - 1361:9, 1381:18
**Khaleq** [1] - 1368:12
**killed** [3] - 1360:1, 1397:13, 1397:17
**kinds** [2] - 1396:12, 1405:19
**knowledge** [2] - 1368:22, 1385:13
**known** [9] - 1358:11, 1358:13, 1362:25, 1365:2, 1397:3, 1397:19, 1397:21, 1397:24, 1399:9
**knows** [2] - 1363:1, 1364:4
**Kurtzer** [1] - 1354:6

## L

**label** [1] - 1412:3
**labeled** [1] - 1409:4
**lack** [1] - 1395:8
**ladies** [4] - 1380:7, 1381:14, 1384:5, 1415:19
**last** [6] - 1356:4, 1356:5, 1356:20, 1373:2, 1378:25, 1395:24
**lastly** [1] - 1377:9
**late** [3] - 1374:24, 1375:2, 1375:9
**Laude** [1] - 1393:1
**law** [1] - 1367:2
**lay** [4] - 1358:5, 1361:4, 1369:2, 1373:9
**lays** [1] - 1359:25
**leader** [3] - 1368:12, 1368:16, 1401:24
**leaders** [12] - 1359:8, 1359:12, 1397:15, 1405:22, 1405:23, 1409:13, 1409:20, 1410:13, 1411:7, 1411:13, 1413:6, 1415:13
**Leaders** [1] - 1412:4
**leading** [4] - 1360:21, 1413:10, 1413:12, 1413:13
**learn** [1] - 1405:20
**learned** [1] - 1405:24
**least** [2] - 1364:12, 1395:23
**leave** [1] - 1388:13
**leaving** [1] - 1358:23
**Lebanese** [1] - 1379:5
**Lebanon** [7] - 1378:21, 1378:23, 1404:24, 1405:22, 1407:20, 1407:21, 1411:3
**left** [1] - 1386:2
**legal** [2] - 1380:10, 1391:13
**legend** [1] - 1356:23
**letter** [2] - 1356:5, 1356:10
**Levitt** [3] - 1358:3, 1358:5, 1361:4
**Levitt's** [1] - 1357:17
**light** [1] - 1367:20
**likeness** [1] - 1360:14
**likewise** [3] - 1392:19, 1394:9, 1394:13
**limine** [3] - 1361:7, 1370:25, 1371:3
**limitations** [1] - 1411:12
**limited** [4] - 1401:5, 1408:20, 1411:11, 1411:19

**LINDE** [2] - 1354:3, 1354:16
**line** [13] - 1375:15, 1377:16, 1378:3, 1378:11, 1378:12, 1379:18, 1386:3, 1386:4, 1410:8, 1410:22, 1410:23, 1410:24
**lines** [3] - 1376:23, 1377:17, 1377:18
**linked** [1] - 1363:4
**links** [1] - 1362:16
**List** [1] - 1409:6
**list** [2] - 1370:19, 1388:19
**listed** [1] - 1359:10
**lists** [1] - 1371:8
**literally** [1] - 1360:25
**LITLE** [1] - 1354:20
**Litle** [1] - 1354:4
**live** [2] - 1390:24, 1398:11
**LLC** [2] - 1354:16, 1354:24
**LLP** [2] - 1354:22, 1355:3
**local** [2] - 1396:9, 1397:24
**located** [1] - 1396:25
**location** [1] - 1405:18
**logistical** [1] - 1369:10
**look** [2] - 1388:2, 1416:6
**looked** [1] - 1378:18
**looking** [3] - 1368:2, 1398:4, 1398:5
**lunch** [2] - 1384:4, 1384:6

## M

**main** [2] - 1396:10, 1396:14
**maintain** [1] - 1415:13
**maker** [3] - 1362:10, 1362:17, 1363:6
**makers** [2] - 1362:12, 1392:11
**man** [1] - 1393:8
**manage** [1] - 1405:12
**managed** [1] - 1410:12
**manner** [1] - 1413:21
**Mansur** [1] - 1359:25
**March** [1] - 1397:13
**MARGARET** [1] - 1355:5
**MARIN** [1] - 1355:7
**mark** [1] - 1378:4
**MARK** [1] - 1354:20
**marked** [2] - 1378:4, 1407:23
**martyr** [4] - 1373:2, 1373:11, 1373:12, 1373:13
**martyrdom** [1] - 1359:11
**martyrs** [4] - 1359:8, 1364:25, 1369:14, 1371:8
**materials** [2] - 1365:5, 1365:13
**matter** [2] - 1367:2, 1372:13
**matters** [2] - 1391:13, 1392:5
**Matters** [1] - 1394:2
**Mazen** [3] - 1381:1, 1381:7, 1381:11
**Mazraa** [2] - 1406:12, 1406:14
**mean** [6] - 1365:20, 1367:21, 1369:20, 1376:1, 1403:9, 1410:9
**meaning** [2] - 1378:18, 1410:24
**mechanical** [1] - 1355:12
**media** [3] - 1397:4, 1397:20, 1397:25
**medley** [1] - 1375:17

**meet** [1] - 1363:13
**member** [1] - 1373:24
**members** [2] - 1410:13, 1411:7
**mentioned** [1] - 1410:14
**mentions** [1] - 1400:7
**met** [1] - 1360:16
**MICHAEL** [1] - 1354:24
**MICHAL** [1] - 1355:7
**Middle** [1] - 1393:1
**middle** [1] - 1400:25
**might** [1] - 1361:25
**Military** [1] - 1393:16
**military** [5] - 1391:17, 1391:23, 1393:7, 1397:16, 1398:10
**mind** [1] - 1381:18
**mine** [1] - 1386:6
**minimum** [1] - 1361:24
**Ministry** [1] - 1391:24
**minute** [3] - 1364:8, 1377:3, 1387:7
**minutes** [4] - 1381:9, 1381:16, 1382:5, 1385:15
**Misk** [1] - 1364:13
**misleading** [1] - 1413:11
**missed** [1] - 1385:20
**missions** [1] - 1407:20
**mistake** [1] - 1386:12
**mistaken** [2] - 1377:22, 1377:23
**Mohammad** [1] - 1384:1
**moment** [4] - 1361:17, 1371:12, 1381:3, 1396:2
**Monetary** [2] - 1379:19, 1379:24
**Money** [1] - 1409:7
**money** [5] - 1370:5, 1370:6, 1394:10, 1410:14, 1410:19
**morning** [14] - 1356:2, 1356:3, 1361:1, 1361:12, 1369:6, 1374:10, 1374:21, 1375:6, 1380:7, 1380:8, 1380:10, 1381:13, 1416:21
**most** [3] - 1356:12, 1377:9
**mostly** [2] - 1370:10, 1411:3
**motion** [3] - 1361:6, 1378:6, 1379:17
**MOTLEY** [1] - 1354:24
**move** [2] - 1358:6, 1379:4
**Movement** [1] - 1408:10
**movie** [1] - 1363:8
**MR** [162] - 1356:2, 1357:5, 1357:13, 1357:16, 1357:22, 1357:25, 1358:3, 1358:9, 1358:18, 1359:3, 1359:6, 1359:15, 1359:19, 1359:23, 1360:8, 1360:16, 1360:20, 1361:2, 1361:10, 1361:15, 1361:17, 1362:2, 1362:8, 1362:11, 1362:23, 1363:8, 1363:19, 1364:7, 1364:8, 1364:9, 1364:11, 1364:16, 1364:19, 1364:21, 1364:23, 1365:10, 1365:17, 1365:21, 1366:5, 1366:7, 1366:16, 1366:24, 1367:4, 1368:2, 1368:9, 1369:4, 1369:6, 1369:20, 1370:3, 1370:7, 1370:18, 1371:11, 1371:14, 1372:1, 1372:17, 1373:8, 1373:12, 1373:14, 1373:17, 1374:5, 1374:17, 1374:19, 1374:23,

1375:3, 1375:7, 1375:14, 1375:15, 1375:24, 1376:2, 1376:11, 1376:17, 1376:23, 1377:1, 1377:2, 1377:5, 1377:9, 1377:24, 1378:2, 1378:4, 1378:8, 1378:10, 1378:24, 1379:2, 1379:7, 1379:11, 1379:16, 1380:3, 1380:13, 1380:16, 1381:6, 1381:22, 1382:1, 1382:14, 1382:17, 1383:2, 1383:5, 1383:8, 1384:3, 1385:4, 1385:7, 1385:10, 1385:15, 1385:18, 1385:20, 1386:2, 1386:6, 1386:7, 1386:10, 1386:12, 1387:4, 1387:6, 1388:2, 1388:5, 1388:11, 1388:16, 1388:17, 1388:19, 1388:22, 1390:19, 1390:21, 1397:7, 1398:16, 1399:1, 1400:1, 1400:10, 1400:12, 1400:16, 1401:9, 1401:13, 1402:3, 1403:2, 1403:7, 1404:1, 1404:12, 1404:17, 1404:21, 1406:5, 1406:15, 1406:18, 1406:21, 1407:9, 1407:11, 1407:15, 1408:2, 1408:11, 1408:25, 1409:22, 1409:24, 1411:25, 1412:8, 1412:10, 1412:12, 1413:5, 1413:11, 1413:17, 1413:24, 1415:1, 1415:3, 1415:6, 1415:8, 1415:17, 1417:7
**multiple** [1] - 1368:4
**Muqawama** [1] - 1408:9
**Musla** [1] - 1396:14

## N

**Nablus** [2] - 1357:7, 1360:3
**name** [8] - 1375:21, 1388:5, 1388:9, 1390:8, 1390:22, 1404:10, 1405:17, 1405:25
**names** [5] - 1370:21, 1395:13, 1410:14, 1411:17, 1411:23
**Natsche** [1] - 1368:12
**navy** [1] - 1393:8
**Navy** [1] - 1393:9
**need** [3] - 1362:22, 1377:8, 1381:18
**needed** [1] - 1388:9
**needs** [1] - 1359:1
**Needy** [1] - 1370:10
**NERI** [1] - 1355:7
**neutral** [1] - 1413:21
**never** [2] - 1361:11, 1368:13
**nevertheless** [1] - 1367:12
**NEW** [1] - 1354:1
**New** [16] - 1354:9, 1355:10, 1378:12, 1378:14, 1378:15, 1378:17, 1378:18, 1378:22, 1378:23, 1378:24, 1379:3, 1379:14, 1408:17, 1409:4, 1411:4, 1412:4
**news** [2] - 1366:17, 1367:24
**newspaper** [7] - 1364:23, 1365:9, 1365:22, 1367:13, 1368:7, 1368:23, 1369:20
**newspapers** [8] - 1360:3, 1364:18, 1368:21, 1369:21, 1369:22, 1396:11, 1396:12, 1396:13
**next** [19] - 1356:25, 1361:1, 1371:5,

1376:2, 1379:3, 1380:12, 1382:19, 1383:10, 1384:14, 1385:3, 1385:10, 1387:4, 1402:5, 1403:13, 1412:14, 1413:4, 1414:3, 1416:16, 1416:18
**nicknames** [1] - 1388:9
**NICOLE** [1] - 1355:9
**night** [4] - 1356:4, 1360:24, 1360:25, 1361:8
**nighttime** [1] - 1374:8
**nobody** [1] - 1364:4
**noise** [1] - 1403:8
**none** [1] - 1362:24
**notation** [1] - 1370:19
**note** [1] - 1390:16
**noted** [1] - 1369:1
**notes** [2] - 1386:3, 1386:5
**nothing** [3] - 1358:22, 1388:8, 1390:6
**notice** [6] - 1365:10, 1368:11, 1369:2, 1370:2, 1370:3, 1371:1
**notification** [1] - 1369:13
**Number** [7] - 1356:14, 1385:5, 1385:11, 1397:7, 1406:6, 1406:7, 1406:9
**number** [15] - 1356:20, 1362:8, 1367:14, 1371:19, 1372:17, 1375:16, 1395:4, 1401:19, 1401:23, 1404:7, 1404:15, 1404:17, 1404:18, 1406:24, 1410:3
**numbers** [1] - 1404:14

## O

**oath** [2] - 1391:11, 1416:11
**objection** [13] - 1362:2, 1371:25, 1374:14, 1382:1, 1398:16, 1399:1, 1400:11, 1400:12, 1404:12, 1406:16, 1406:18, 1412:8, 1413:9
**objectionable** [1] - 1413:3
**obstruct** [1] - 1366:15
**obviously** [4] - 1363:2, 1365:1, 1373:2, 1373:3
**occur** [1] - 1360:7
**occurred** [3] - 1359:17, 1360:4, 1369:24
**OF** [2] - 1354:1, 1354:13
**offer** [3] - 1356:19, 1400:10, 1406:15
**offered** [7] - 1358:21, 1358:22, 1363:16, 1364:19, 1364:20, 1371:4, 1371:15
**offering** [4] - 1358:13, 1358:14, 1366:2, 1366:9
**official** [1] - 1363:10
**officials** [1] - 1410:13
**omitted** [1] - 1376:8
**one** [47] - 1362:23, 1362:25, 1364:21, 1365:3, 1367:1, 1367:13, 1367:25, 1368:3, 1368:5, 1368:15, 1370:19, 1370:21, 1371:7, 1371:18, 1372:18, 1373:4, 1375:10, 1375:16, 1377:2, 1377:5, 1377:9, 1377:15, 1377:16, 1381:6, 1388:3, 1388:16, 1391:12, 1396:14, 1397:15, 1397:16, 1398:6, 1398:8, 1398:9, 1401:9, 1404:9, 1404:11, 1404:19, 1406:17, 1407:21, 1410:3, 1410:6, 1410:19, 1412:9, 1413:25

one-year [1] - 1410:19
ones [3] - 1375:18, 1396:14, 1411:8
open [1] - 1365:13
opening [2] - 1362:24, 1364:4
operated [1] - 1394:6
operates [1] - 1405:21
operation [1] - 1359:12
Operatives [1] - 1412:5
operatives [4] - 1406:3, 1409:13, 1409:20, 1415:13
opinion [14] - 1356:19, 1366:4, 1367:24, 1371:10, 1372:7, 1372:12, 1372:13, 1372:24, 1373:3, 1373:5, 1373:7, 1403:6, 1403:11, 1413:7
opinions [1] - 1413:15
opportunities [1] - 1397:4
opportunity [6] - 1393:24, 1394:4, 1394:10, 1394:13, 1398:20, 1409:18
opposed [1] - 1357:15
order [8] - 1372:11, 1375:3, 1377:20, 1377:22, 1377:25, 1392:11, 1395:15, 1400:23
order's [1] - 1377:24
organization [10] - 1358:24, 1359:22, 1362:25, 1373:24, 1373:25, 1374:2, 1388:7, 1396:1, 1399:13, 1405:25
organizations [2] - 1357:10, 1388:20
origin [1] - 1388:9
original [1] - 1396:17
originally [1] - 1361:3
Osama [7] - 1406:11, 1407:2, 1407:17, 1407:19, 1407:24, 1408:6
Osen [2] - 1372:10, 1379:13
OSEN [65] - 1354:16, 1354:17, 1357:5, 1357:13, 1357:16, 1357:22, 1358:3, 1359:3, 1359:6, 1359:23, 1360:16, 1360:20, 1361:2, 1361:10, 1361:15, 1361:17, 1362:2, 1362:11, 1362:23, 1364:8, 1364:11, 1364:16, 1364:19, 1364:21, 1364:23, 1365:10, 1365:17, 1365:21, 1366:5, 1367:4, 1368:2, 1368:9, 1369:4, 1369:6, 1369:20, 1371:11, 1371:14, 1372:1, 1373:8, 1373:12, 1373:14, 1373:17, 1374:5, 1374:17, 1374:19, 1374:23, 1375:3, 1375:7, 1375:15, 1376:2, 1376:11, 1377:1, 1377:5, 1377:9, 1377:24, 1378:4, 1379:2, 1380:3, 1381:6, 1382:14, 1383:5, 1384:3, 1386:6, 1388:11, 1403:7
otherwise [1] - 1375:25
ought [1] - 1374:14
out-of-court [1] - 1363:24
outlets [1] - 1397:4
outside [3] - 1385:1, 1385:22, 1387:9
Outside [1] - 1356:1
overcome [1] - 1374:13
overlooked [1] - 1376:4
overruled [2] - 1398:17, 1399:2
oversight [1] - 1375:22
own [1] - 1363:1

# P

p.m [4] - 1384:11, 1384:13, 1416:19, 1416:23
PAD [1] - 1392:18
page [17] - 1375:16, 1378:3, 1378:4, 1378:11, 1379:18, 1380:20, 1382:19, 1383:10, 1384:14, 1386:3, 1399:18, 1400:16, 1402:5, 1403:13, 1412:14, 1414:3, 1416:7
PAGE [1] - 1417:3
pages [1] - 1369:22
Palestinian [14] - 1368:20, 1369:14, 1369:21, 1379:19, 1379:23, 1379:24, 1392:1, 1392:4, 1392:5, 1392:21, 1393:17, 1398:6, 1411:4, 1411:15
Palestinians [2] - 1406:2, 1406:4
papers [2] - 1394:3, 1395:18
paragraph [1] - 1379:3
part [20] - 1360:20, 1361:20, 1365:14, 1366:17, 1366:19, 1367:3, 1369:11, 1369:12, 1369:16, 1371:9, 1374:2, 1375:21, 1376:6, 1379:3, 1379:13, 1380:1, 1383:3, 1398:6, 1403:6, 1404:3
participate [1] - 1393:24
particular [9] - 1394:21, 1395:1, 1395:6, 1396:13, 1398:6, 1400:21, 1409:4, 1409:7, 1410:23
particularly [2] - 1371:5, 1372:15
parties [3] - 1374:7, 1375:23, 1376:16
party [1] - 1375:13
past [1] - 1358:20
PAUL [1] - 1355:4
paying [2] - 1416:1, 1416:3
payment [2] - 1356:8, 1362:15
payments [8] - 1356:9, 1356:11, 1365:2, 1369:10, 1370:8, 1370:9, 1370:15, 1370:17
peace [1] - 1400:25
people [20] - 1356:9, 1363:1, 1363:3, 1364:1, 1364:5, 1368:15, 1368:16, 1369:9, 1370:8, 1370:9, 1370:11, 1392:19, 1393:2, 1395:25, 1397:1, 1397:3, 1398:18, 1404:6, 1406:1, 1410:12
peoples [1] - 1411:6
percent [1] - 1405:14
perfectly [1] - 1403:9
performed [1] - 1365:23
period [7] - 1392:2, 1393:23, 1394:11, 1410:19, 1411:13, 1415:14
permission [1] - 1382:14
permit [3] - 1371:7, 1372:21, 1373:4
person [6] - 1360:14, 1381:6, 1388:5, 1397:21, 1397:24, 1405:24
person's [1] - 1360:14
personally [2] - 1394:25, 1397:1
perspective [1] - 1392:10
phenomenon [1] - 1369:8
phonetic [3] - 1388:6, 1396:14, 1404:5

phonetic) [1] - 1396:15
photo [1] - 1376:11
photograph [7] - 1363:21, 1363:23, 1376:8, 1376:13, 1376:21, 1377:8, 1412:6
photographs [3] - 1376:5, 1396:25, 1398:5
phrase [1] - 1413:20
phrased [1] - 1372:6
phraseology [1] - 1413:18
pick [2] - 1370:5, 1370:14
picking [1] - 1370:17
picture [4] - 1377:6, 1392:7, 1392:8, 1404:4
piece [3] - 1362:4, 1367:1, 1395:15
pieced [1] - 1365:3, 1366:1
pieces [2] - 1361:8, 1377:10
PIPER [1] - 1355:3
place [4] - 1360:1, 1388:9, 1394:10, 1409:8
places [1] - 1411:23
plainly [1] - 1413:15
plaintiff [1] - 1390:13
Plaintiff [4] - 1400:14, 1406:20, 1418:4, 1418:6
Plaintiffs [1] - 1354:4
plaintiffs [11] - 1356:18, 1356:25, 1361:13, 1363:17, 1363:21, 1364:12, 1365:1, 1366:22, 1379:17, 1380:12, 1385:9
PLAINTIFFS [3] - 1354:16, 1354:20, 1354:22
Plaintiffs' [2] - 1357:2, 1364:17
plaintiffs' [4] - 1356:14, 1357:11, 1359:13, 1368:25
planes [1] - 1381:24
play [4] - 1374:20, 1380:14, 1381:12, 1382:15
played [7] - 1357:1, 1361:18, 1380:19, 1381:2, 1382:12, 1384:2, 1385:16
playing [2] - 1361:21, 1383:5
Plaza [1] - 1355:9
PLC [1] - 1354:10
pledge [1] - 1360:21
PLLC [1] - 1354:18
plural [1] - 1379:6
podium [1] - 1359:6
point [5] - 1365:21, 1393:11, 1396:5, 1413:25, 1415:17
points [3] - 1361:25, 1362:23, 1375:10
policy [1] - 1391:25
popular [1] - 1397:25
portion [1] - 1381:8
portions [1] - 1378:7
portray [1] - 1376:21
portrayed [1] - 1367:10
posed [1] - 1369:10
position [1] - 1393:19
positions [1] - 1397:22
positive [1] - 1360:11
possible [1] - 1392:9

possibly [2] - 1363:13
post [1] - 1416:12
poster [1] - 1373:11
posters [1] - 1372:20
potential [1] - 1373:19
pre [1] - 1407:10
pre-admitted [1] - 1407:10
prefer [4] - 1376:16
prefers [2] - 1375:21, 1376:15
prejudicial [4] - 1358:18, 1363:14, 1372:14, 1372:25
preliminaries [1] - 1360:21
preparations [1] - 1384:8
preparatory [2] - 1413:3, 1413:5
prepare [2] - 1409:18, 1415:20
prepared [1] - 1396:20
presence [8] - 1356:1, 1380:5, 1385:1, 1385:8, 1385:22, 1387:1, 1387:9, 1390:1
present [3] - 1360:4, 1362:18, 1381:20
presented [1] - 1361:4
presents [1] - 1413:16
presided [1] - 1362:16
presiding [1] - 1363:5
pretty [1] - 1357:18
previously [7] - 1369:1, 1372:21, 1375:17, 1390:17, 1400:22, 1401:10, 1404:4
prison [2] - 1397:23, 1398:3
prisoners [1] - 1369:15
probability [2] - 1411:16, 1415:16
probable [1] - 1405:14
probative [1] - 1358:10
problem [6] - 1358:25, 1367:23, 1372:9, 1372:15, 1379:9, 1397:5
problems [1] - 1395:12
procedures [1] - 1364:25
proceed [3] - 1380:15, 1385:9, 1415:1
Proceedings [4] - 1355:12, 1382:6, 1384:13, 1416:23
proceedings [2] - 1380:20, 1399:18
process [7] - 1365:25, 1369:11, 1369:12, 1372:4, 1394:17, 1400:25, 1409:17
produce [1] - 1367:20
produced [3] - 1355:12, 1365:4, 1378:14
professional [1] - 1411:22
proffer [3] - 1357:14, 1361:20, 1373:8
program [2] - 1369:17, 1394:14
Program [3] - 1365:12, 1369:13, 1370:11
progress [1] - 1416:16
prohibiting [2] - 1368:6, 1400:24
project [4] - 1394:18, 1394:19, 1394:22, 1395:7
promptly [1] - 1384:9
propaganda [2] - 1363:11, 1372:20
proper [1] - 1373:9
proud [1] - 1415:24
prove [1] - 1366:23

public [5] - 1362:25, 1368:11, 1371:21, 1397:20, 1397:21
publications [1] - 1369:13
publicity [1] - 1370:22
published [3] - 1364:25, 1365:6, 1369:21
purports [2] - 1360:10, 1360:11
purposes [4] - 1363:11, 1371:16, 1407:8, 1408:3
pursuant [2] - 1400:23, 1401:1
put [13] - 1357:8, 1364:9, 1366:22, 1374:24, 1375:2, 1375:25, 1376:4, 1376:11, 1376:13, 1379:20, 1406:21, 1407:8, 1410:16

## Q

Qassam [2] - 1362:11, 1397:17
qualified [1] - 1356:19
questions [3] - 1372:6, 1413:14, 1413:18
quick [2] - 1382:18, 1385:20
quickly [1] - 1368:2
quite [1] - 1403:2
Quze [1] - 1394:15

## R

RACHELLE [1] - 1355:7
radio [5] - 1396:7, 1396:8, 1396:9, 1396:10, 1416:6
Radio [1] - 1396:9
raid [1] - 1365:4
raise [2] - 1374:8, 1390:3
raised [3] - 1362:23, 1377:12, 1391:1
rally [3] - 1357:3, 1358:23, 1359:2
Rantisi [5] - 1365:7, 1371:6, 1371:11, 1404:3, 1404:6
rather [3] - 1377:25, 1411:6, 1413:22
reach [2] - 1405:13, 1411:24
read [4] - 1356:9, 1378:24, 1379:12, 1391:4
reading [2] - 1368:6, 1410:8
readings [1] - 1368:4
ready [1] - 1380:11
really [6] - 1373:15, 1376:3, 1382:3, 1412:11, 1415:24, 1416:15
reason [4] - 1362:3, 1372:8, 1376:18, 1416:4
reasonably [1] - 1365:19
reasons [1] - 1365:2
rebuttal [2] - 1364:3, 1364:5
recalled [1] - 1382:6
receipt [1] - 1362:21
receive [1] - 1405:5
received [3] - 1356:4, 1400:13, 1406:19
Receiving [1] - 1409:7
recess [1] - 1384:12
recessed [2] - 1382:6, 1384:13
recipient [3] - 1362:13, 1362:14, 1362:19
recognize [2] - 1400:3, 1406:7

recognized [3] - 1399:9, 1399:11, 1400:8
reconstruct [1] - 1365:11
reconvene [1] - 1381:14
record [2] - 1361:22, 1366:1
recorded [1] - 1355:12
records [15] - 1367:17, 1367:20, 1371:18, 1372:5, 1373:10, 1373:23, 1374:1, 1395:8, 1398:12, 1399:4, 1405:5, 1408:21, 1411:11, 1411:19
refer [1] - 1367:13
reference [2] - 1368:21, 1401:3
referenced [1] - 1376:2
referencing [3] - 1371:16, 1406:22, 1407:24
referred [1] - 1394:6
referring [3] - 1371:15, 1376:24, 1378:12
refrain [1] - 1413:13
refusal [1] - 1367:20
refused [2] - 1399:3, 1405:9
regard [2] - 1372:20, 1372:23
regarding [1] - 1405:3
reject [1] - 1358:12
related [1] - 1354:4
relates [1] - 1377:13
relating [1] - 1408:16
relationship [1] - 1370:24
released [2] - 1397:23, 1398:3
relevance [3] - 1357:3, 1357:4, 1357:15, 1358:7, 1379:5
relevant [7] - 1358:16, 1366:16, 1378:17, 1378:22, 1379:14, 1396:3, 1398:15
reliance [1] - 1388:23
relied [3] - 1364:24, 1365:19, 1403:5
religious [1] - 1362:16
rely [1] - 1365:19
relying [1] - 1367:24
remember [2] - 1415:3, 1416:18
remind [1] - 1371:3
reminder [1] - 1415:23
report [8] - 1356:12, 1366:13, 1366:10, 1366:25, 1367:12, 1388:7, 1388:11, 1388:15
REPORTER [1] - 1355:9
reporter [1] - 1390:9
reports [2] - 1367:24, 1416:7
represent [2] - 1409:11, 1409:12
representation [1] - 1360:13
representative [2] - 1373:5, 1407:19
request [5] - 1378:10, 1384:4, 1394:4, 1394:9, 1394:13
require [1] - 1368:8
required [1] - 1395:17
research [6] - 1392:16, 1392:17, 1394:1, 1394:3, 1394:25, 1416:10
residence [1] - 1388:9
residential [1] - 1398:11
Resistance [1] - 1408:10
respect [7] - 1365:5, 1368:11, 1374:19,

1374:20, 1378:10, 1379:16, 1379:19
**responsibilities** [2] - 1392:6, 1415:25
**responsibility** [2] - 1392:3, 1392:20
**responsible** [3] - 1391:24, 1392:16, 1398:7
**rest** [1] - 1365:5
**result** [2] - 1365:4, 1395:14
**return** [2] - 1384:9, 1393:16
**returned** [1] - 1393:20
**reveal** [1] - 1405:15
**review** [2] - 1393:24, 1398:20
**reviewed** [1] - 1367:14
**revisions** [1] - 1368:8
**RICE** [1] - 1354:24
**ROCCO** [1] - 1354:22
**room** [1] - 1365:24
**Roth** [1] - 1354:7
**ROTH** [1] - 1354:20
**routed** [1] - 1356:15
**routine** [1] - 1373:18
**row** [1] - 1398:1
**RPR** [1] - 1355:9
**rule** [4] - 1356:11, 1374:9, 1374:10, 1374:11
**Rule** [3] - 1358:20, 1363:13, 1365:15
**ruled** [2] - 1372:21, 1377:11
**Rules** [1] - 1366:13
**ruling** [6] - 1367:2, 1377:12, 1378:13, 1378:16, 1388:22, 1403:10
**rulings** [2] - 1356:3, 1361:1, 1361:12
**run** [1] - 1395:7

## S

**Sadeq** [2] - 1385:12, 1385:17
**Salah** [4] - 1362:18, 1397:14, 1397:15, 1397:21
**saleh** [1] - 1375:15
**Salim** [1] - 1360:1
**sanction** [1] - 1365:18
**sanctions** [3] - 1365:14, 1372:11, 1400:23
**Saudi** [7] - 1362:14, 1362:15, 1369:8, 1369:12, 1371:7, 1380:17, 1394:14
**save** [1] - 1356:23
**saw** [2] - 1376:8, 1404:4
**SAYLES** [1] - 1354:20
**scope** [1] - 1356:6
**screen** [4] - 1375:11, 1398:14, 1406:21, 1407:8
**SEALs** [1] - 1393:9
**seated** [4] - 1380:6, 1382:10, 1385:9, 1390:15
**second** [5] - 1375:16, 1379:16, 1392:23, 1404:19, 1410:22
**secondly** [1] - 1366:8
**seconds** [6] - 1359:1, 1360:19, 1364:15, 1375:12, 1413:25
**secret** [2] - 1362:25, 1397:19
**secretive** [1] - 1363:3
**see** [15] - 1357:23, 1359:1, 1364:13,

1370:19, 1372:8, 1372:10, 1376:24, 1381:15, 1381:24, 1400:19, 1400:20, 1405:10, 1413:2, 1416:16, 1416:21
**seeing** [2] - 1372:3, 1373:15
**seeking** [2] - 1372:10, 1404:9
**seem** [1] - 1372:10
**selectively** [1] - 1362:4
**send** [2] - 1360:24, 1415:20
**sender** [1] - 1409:25
**senior** [3] - 1397:15, 1407:22, 1410:13
**sent** [2] - 1370:19, 1404:22
**serve** [2] - 1391:18, 1393:21
**served** [2] - 1393:20, 1397:22
**set** [2] - 1398:20, 1404:19
**seven** [3] - 1369:12, 1380:16, 1398:13
**seven-part** [1] - 1369:12
**SEVENIER** [1] - 1355:7
**several** [3] - 1356:17, 1398:18, 1405:3
**severe** [1] - 1372:25
**Shaked** [1] - 1362:12
**shall** [3] - 1390:4, 1390:5, 1415:4
**SHAND** [13] - 1355:3, 1382:1, 1400:12, 1402:3, 1403:2, 1404:12, 1406:18, 1412:8, 1412:10, 1412:12, 1413:5, 1413:11, 1413:17
**sheet** [1] - 1409:19
**Shehadeh** [3] - 1397:14, 1397:15, 1397:21
**Sheikh** [14] - 1371:23, 1376:5, 1397:11, 1397:12, 1397:13, 1399:6, 1399:14, 1400:7, 1401:6, 1401:11, 1401:24, 1404:7, 1404:22, 1412:6
**short** [1] - 1384:7
**show** [23] - 1358:13, 1358:14, 1358:23, 1359:2, 1359:21, 1362:1, 1363:12, 1363:17, 1363:22, 1364:12, 1365:23, 1367:25, 1371:16, 1376:7, 1376:12, 1376:18, 1386:10, 1388:24, 1400:1, 1401:13, 1401:14, 1403:5, 1406:5
**shown** [8] - 1373:1, 1376:5, 1377:5, 1398:14, 1398:22, 1401:19, 1404:2, 1412:2
**Shukri** [2] - 1382:11, 1384:2
**Shukry** [1] - 1383:3
**sic** [2] - 1375:9, 1397:5
**side** [2] - 1393:12, 1409:8
**sidebar** [14] - 1357:17, 1382:18, 1382:19, 1383:9, 1385:20, 1385:22, 1386:13, 1387:9, 1388:1, 1389:2, 1402:5, 1403:12, 1412:14, 1414:2
**Sidebar** [3] - 1383:1, 1403:1, 1413:1
**significant** [1] - 1411:12
**similar** [3] - 1371:19, 1393:9, 1405:24
**simplify** [1] - 1361:17
**simply** [3] - 1366:3, 1366:7, 1413:16
**sitting** [1] - 1416:18
**situated** [1] - 1405:18
**situation** [1] - 1368:1
**six** [1] - 1398:4
**sleep** [1] - 1416:15
**slide** [18] - 1372:17, 1396:20, 1396:25,

1398:18, 1398:22, 1401:14, 1403:10, 1404:17, 1404:18, 1404:20, 1406:24, 1408:2, 1409:24, 1411:25, 1412:3, 1413:15, 1413:17
**Slide** [5] - 1356:14, 1356:21, 1368:8, 1372:19, 1397:7
**slides** [1] - 1356:17
**slightly** [1] - 1381:19
**small** [1] - 1373:20
**societies** [1] - 1394:5
**Society** [1] - 1364:24
**society** [1] - 1357:6
**solely** [4] - 1371:1, 1371:8, 1372:6, 1373:24
**solemnly** [1] - 1390:4
**solicitation** [1] - 1371:21
**solicited** [1] - 1370:5
**somewhat** [2] - 1357:4, 1384:7
**sorry** [12] - 1357:13, 1361:2, 1362:6, 1362:12, 1373:12, 1374:19, 1380:9, 1383:5, 1398:1, 1400:17, 1403:7, 1407:15
**sort** [1] - 1394:17
**source** [2] - 1365:13, 1378:20
**sources** [2] - 1364:3, 1401:23
**speaker** [4] - 1357:5, 1358:15, 1359:21, 1360:13
**speakers** [1] - 1363:17
**specializing** [1] - 1393:1
**specific** [2] - 1371:22, 1380:1
**specifically** [1] - 1408:16
**spell** [1] - 1390:8
**spend** [1] - 1407:6
**spent** [1] - 1394:25
**Spitzen** [22] - 1356:10, 1356:18, 1359:23, 1360:12, 1366:10, 1367:4, 1369:2, 1369:11, 1373:9, 1385:6, 1385:7, 1387:5, 1390:10, 1390:23, 1390:24, 1397:10, 1400:19, 1401:15, 1404:22, 1406:7, 1406:22, 1409:11
**SPITZEN** [3] - 1390:10, 1390:12, 1417:6
**Spitzen's** [2] - 1356:6, 1359:9
**stage** [2] - 1356:21, 1374:14
**staged** [1] - 1363:11
**stand** [2] - 1387:7, 1390:3
**standing** [1] - 1359:6
**standpoint** [1] - 1365:11
**stark** [1] - 1367:10
**start** [5] - 1384:9, 1385:6, 1385:7, 1395:9, 1396:5
**state** [4] - 1390:4, 1390:8, 1391:18, 1391:25
**statement** [4] - 1363:24, 1366:21, 1366:22, 1367:12
**statements** [2] - 1363:16, 1365:6
**states** [1] - 1408:8
**STATES** [2] - 1354:1, 1354:14
**States** [2] - 1354:8, 1399:15, 1400:6
**station** [3] - 1396:4, 1396:6, 1396:10
**stations** [3] - 1396:7, 1396:8, 1396:9
**stay** [2] - 1393:19, 1416:8

**stenography** [1] - 1355:12
**step** [1] - 1377:2
**STEPHENS** [27] - 1355:3, 1356:2,
1357:25, 1358:9, 1358:18, 1359:15,
1359:19, 1360:8, 1363:8, 1363:19,
1364:7, 1364:9, 1366:7, 1366:16,
1366:24, 1370:3, 1370:7, 1370:18,
1375:14, 1376:23, 1388:2, 1388:5,
1388:16, 1388:19, 1388:22, 1398:16,
1399:1
**stephens** [3] - 1358:8, 1366:6, 1370:15
**Stephens** [7] - 1359:14, 1360:18,
1362:24, 1363:7, 1367:10, 1369:25,
1371:3
**still** [3] - 1359:20, 1377:11, 1411:11
**stills** [3] - 1361:25, 1362:5, 1364:9
**STONE** [1] - 1354:22
**stop** [9] - 1374:7, 1381:3, 1381:7,
1381:19, 1381:23, 1382:5, 1385:19,
1413:24
**stopping** [2] - 1413:25, 1415:17
**story** [2] - 1359:7, 1362:7
**stretch** [1] - 1358:9
**strike** [5] - 1378:10, 1379:4, 1379:13,
1379:17, 1380:1
**Strip** [1] - 1398:8
**stuck** [1] - 1363:9
**study** [1] - 1373:25
**stuff** [1] - 1388:14
**subject** [4] - 1358:4, 1358:6, 1359:9,
1400:22
**submissions** [1] - 1356:4
**submitted** [2] - 1357:1, 1369:22
**subset** [1] - 1373:20
**substantive** [1] - 1377:9
**suggesting** [2] - 1372:1, 1413:22
**suicide** [4] - 1359:10, 1367:7, 1370:14,
1370:17
**summary** [2] - 1408:15, 1409:18
**Summary** [1] - 1409:5
**support** [3] - 1372:24, 1394:14, 1401:1
**supposed** [3] - 1361:3, 1366:13,
1366:15
**surrounding** [1] - 1370:22
**sustained** [1] - 1404:13
**swear** [1] - 1390:2
**sworn** [2] - 1390:14, 1390:17
**system** [1] - 1377:15

**T**

**tab** [1] - 1378:4
**tab-marked** [1] - 1378:4
**Tahan** [3] - 1384:1, 1385:12, 1385:17
**Taher's** [2] - 1362:15, 1363:3
**talks** [1] - 1388:3
**tape** [6] - 1375:11, 1375:20, 1381:3,
1381:4, 1385:4, 1385:19
**tax** [1] - 1368:4
**technical** [1] - 1391:13
**television** [1] - 1396:6

**tempted** [2] - 1416:9, 1416:10
**ten** [4] - 1360:19, 1375:12, 1412:2
**tends** [1] - 1359:21
**terms** [1] - 1372:7
**Territories** [5] - 1391:23, 1392:1,
1398:6, 1411:4, 1411:15
**territories** [4] - 1369:14, 1379:24,
1392:12, 1392:21
**Territory** [1] - 1406:4
**terror** [1] - 1399:12
**terrorism** [1] - 1401:2
**terrorist** [6] - 1395:20, 1396:1, 1399:9,
1399:11, 1399:16, 1400:8
**terrorists** [1] - 1400:24
**testified** [1] - 1390:14
**testifies** [1] - 1359:24
**testify** [7] - 1366:3, 1367:15, 1368:23,
1369:11, 1370:1, 1372:7, 1391:8
**testimony** [17] - 1356:6, 1357:17,
1359:9, 1361:10, 1367:14, 1369:6,
1376:20, 1377:10, 1377:13, 1377:17,
1377:18, 1390:4, 1391:10, 1391:11,
1397:11, 1407:1, 1409:1
**THE** [155] - 1354:13, 1355:3, 1355:9,
1356:3, 1357:12, 1357:14, 1357:20,
1357:23, 1358:1, 1358:8, 1358:12,
1358:21, 1359:5, 1359:14, 1359:17,
1359:20, 1360:6, 1360:12, 1360:18,
1360:24, 1361:6, 1361:11, 1361:16,
1361:23, 1362:6, 1362:9, 1362:21,
1363:7, 1363:15, 1363:20, 1364:10,
1364:15, 1364:17, 1364:20, 1364:22,
1365:8, 1365:14, 1365:18, 1366:2,
1366:6, 1366:12, 1366:19, 1367:1,
1367:9, 1368:6, 1368:17, 1369:5,
1369:18, 1369:25, 1370:4, 1370:13,
1370:22, 1371:13, 1371:24, 1372:6,
1372:19, 1373:11, 1373:13, 1373:15,
1373:22, 1374:7, 1374:18, 1374:22,
1375:1, 1375:5, 1375:25, 1376:10,
1376:16, 1376:20, 1377:4, 1377:8,
1377:21, 1378:6, 1378:9, 1378:20,
1379:1, 1379:10, 1379:12, 1379:25,
1380:4, 1380:6, 1380:8, 1380:9,
1380:15, 1380:18, 1381:3, 1381:10,
1381:13, 1381:18, 1382:3, 1382:8,
1382:10, 1382:13, 1382:16, 1383:7,
1384:5, 1384:12, 1385:2, 1385:6,
1385:9, 1385:14, 1385:19, 1386:1,
1386:5, 1386:9, 1386:11, 1387:2,
1387:8, 1388:4, 1388:13, 1388:18,
1388:21, 1388:25, 1390:2, 1390:3,
1390:7, 1390:8, 1390:10, 1390:15,
1390:16, 1397:9, 1398:2, 1398:17,
1398:18, 1399:2, 1399:3, 1400:11,
1400:13, 1401:12, 1402:4, 1403:4,
1403:9, 1404:13, 1404:19, 1406:16,
1406:19, 1407:10, 1407:16, 1408:13,
1408:18, 1409:3, 1409:23, 1412:1,
1412:9, 1412:11, 1412:13, 1413:2,
1413:9, 1413:13, 1413:20, 1414:1,
1415:2, 1415:7, 1415:19, 1416:20

**theory** [1] - 1367:19
**therefore** [2] - 1370:25, 1400:22
**thirty** [1] - 1388:19
**thirty-Excerpt** [1] - 1388:19
**threaten** [1] - 1400:24
**three** [6] - 1359:7, 1395:17, 1400:17,
1407:5, 1407:23, 1408:1
**THURSDAY** [1] - 1354:10
**timeframe** [2] - 1410:16, 1410:17
**timing** [1] - 1413:23
**today** [7] - 1361:18, 1361:19, 1361:21,
1381:19, 1384:8, 1388:17, 1391:8
**together** [5] - 1365:3, 1366:1, 1374:24,
1375:2, 1395:16
**took** [2] - 1360:1, 1394:10
**top** [2] - 1397:10, 1398:9
**topic** [1] - 1380:16
**transaction** [1] - 1377:14
**transactions** [2] - 1356:20, 1400:24
**Transactions** [2] - 1409:5
**TRANSCRIPT** [1] - 1354:13
**transcript** [3] - 1355:12, 1355:12,
1377:11
**transfer** [17] - 1370:20, 1371:18,
1378:19, 1393:11, 1399:4, 1401:10,
1401:13, 1401:15, 1401:16, 1401:17,
1404:10, 1404:23, 1404:24, 1408:4,
1408:5, 1408:6, 1408:15
**transferred** [3] - 1393:13, 1410:14,
1410:20
**Transfers** [1] - 1412:3
**transfers** [23] - 1356:7, 1356:15,
1367:6, 1378:21, 1394:10, 1401:6,
1406:1, 1406:2, 1406:3, 1407:23,
1408:1, 1408:16, 1408:20, 1408:22,
1409:12, 1409:18, 1409:19, 1410:3,
1411:2, 1411:3, 1411:5, 1411:6,
1413:6
**Treasury** [1] - 1400:6
**trial** [3] - 1361:7, 1361:11, 1416:5
**TRIAL** [1] - 1354:13
**tried** [1] - 1405:17
**true** [3] - 1360:13, 1363:18, 1372:13
**trust** [1] - 1409:16
**truth** [10] - 1358:21, 1358:22, 1363:12,
1363:16, 1364:19, 1366:14, 1366:15,
1390:5, 1390:6
**try** [3] - 1373:15, 1373:16, 1395:15
**Tuesday** [4] - 1361:22, 1415:11,
1416:16, 1416:21
**turn** [1] - 1416:7
**turner** [1] - 1364:13
**TURNER** [43] - 1354:18, 1354:18,
1362:8, 1372:17, 1380:13, 1380:16,
1381:22, 1385:4, 1385:7, 1385:10,
1385:15, 1387:4, 1388:17, 1390:19,
1390:21, 1397:7, 1400:1, 1400:10,
1400:16, 1401:9, 1401:13, 1404:1,
1404:17, 1404:21, 1406:5, 1406:15,
1406:21, 1407:9, 1407:11, 1407:15,
1408:2, 1408:11, 1408:25, 1409:22,

1409:24, 1411:25, 1413:24, 1415:1, 1415:3, 1415:6, 1415:8, 1415:17, 1417:7
**Turner** [3] - 1413:6, 1413:20, 1413:22
**TV** [2] - 1396:4, 1416:6
**twenty** [1] - 1364:15
**twice** [1] - 1395:17
**two** [14] - 1356:25, 1359:7, 1371:7, 1373:4, 1375:16, 1376:2, 1377:10, 1377:15, 1377:17, 1393:20, 1396:13, 1400:16, 1404:9, 1410:22
**two-story** [1] - 1359:7

## U

**under** [1] - 1391:11
**undermine** [1] - 1368:22
**understood** [1] - 1368:11
**unduly** [1] - 1356:21
**unfortunately** [2] - 1398:24, 1405:2
**unit** [1] - 1393:10
**UNITED** [2] - 1354:1, 1354:14
**United** [3] - 1354:8, 1399:15, 1400:6
**University** [2] - 1392:25, 1397:22
**unless** [2] - 1372:13, 1386:2
**up** [9] - 1364:9, 1370:5, 1370:15, 1370:17, 1376:11, 1388:14, 1392:23, 1400:18, 1404:19
**urge** [1] - 1374:7
**US** [1] - 1355:3

## V

**validity** [1] - 1373:6
**value** [1] - 1410:9
**VARDA** [1] - 1355:7
**various** [6] - 1361:25, 1367:24, 1368:4, 1375:10, 1397:4, 1409:20
**vegetarian** [1] - 1416:14
**versions** [1] - 1377:15
**via** [1] - 1408:16
**vice** [1] - 1357:6
**video** [17] - 1357:3, 1357:5, 1357:22, 1358:5, 1358:7, 1358:22, 1361:3, 1361:18, 1362:9, 1362:19, 1362:22, 1364:1, 1364:13, 1380:19, 1382:10, 1385:16, 1387:3
**videos** [2] - 1356:25
**videotape** [6] - 1363:1, 1369:7, 1380:14, 1381:1, 1382:11, 1384:1
**Videotape** [1] - 1381:11
**videotapes** [1] - 1374:20
**view** [1] - 1379:22
**violate** [1] - 1416:11
**virtually** [1] - 1374:12

## W

**wait** [1] - 1404:19
**waived** [1] - 1365:16
**waiver** [1] - 1372:11
**wants** [1] - 1379:13

**ways** [1] - 1375:20
**website** [8] - 1362:12, 1363:10, 1363:25, 1371:5, 1371:14, 1403:3, 1416:12
**websites** [1] - 1371:8
**wedding** [1] - 1359:12
**weekend** [5] - 1382:4, 1384:9, 1415:21, 1415:22, 1416:15
**Weiss** [1] - 1354:7
**well-known** [3] - 1397:3, 1397:21, 1397:24
**Werbner** [1] - 1358:6
**WERBNER** [3] - 1354:20, 1354:20, 1377:2
**West** [7] - 1358:11, 1358:14, 1392:8, 1393:18, 1393:25, 1394:2, 1394:7
**Where'd** [1] - 1369:19
**white** [1] - 1403:8
**whole** [3] - 1388:19, 1390:5, 1407:6
**wife** [2] - 1362:14, 1362:20
**wing** [1] - 1397:17
**wire** [19] - 1356:7, 1356:15, 1371:18, 1378:19, 1378:21, 1401:6, 1401:10, 1401:13, 1401:15, 1404:10, 1404:23, 1407:23, 1408:4, 1408:6, 1408:16, 1411:3, 1411:5, 1411:6
**wired** [2] - 1404:24, 1405:22
**withdrawn** [2] - 1383:6, 1383:7
**WITNESS** [8] - 1380:8, 1390:7, 1390:10, 1398:18, 1399:3, 1407:16, 1415:7, 1417:3
**witness** [19] - 1364:2, 1366:3, 1366:9, 1368:19, 1368:20, 1375:12, 1375:14, 1376:6, 1376:8, 1376:24, 1377:18, 1380:12, 1387:5, 1390:2, 1390:13, 1400:1, 1406:5, 1407:12, 1407:13
**witness'** [3] - 1361:13, 1367:14, 1376:20
**witnesses** [3] - 1369:7, 1370:1, 1377:13
**word** [1] - 1412:9
**words** [1] - 1408:9
**worth** [2] - 1394:21, 1412:11
**write** [1] - 1391:4
**written** [2] - 1406:10, 1411:23
**wrote** [1] - 1394:2

## Y

**YAARI** [1] - 1355:7
**Yasine** [2] - 1401:18, 1401:19
**Yassin** [20] - 1356:22, 1365:12, 1371:18, 1371:23, 1372:5, 1376:5, 1397:11, 1397:12, 1397:13, 1399:6, 1399:14, 1400:7, 1400:21, 1401:7, 1401:11, 1401:24, 1404:7, 1404:11, 1404:23, 1412:6
**year** [3] - 1393:4, 1395:22, 1410:19
**years** [8] - 1361:14, 1393:20, 1393:22, 1394:18, 1395:20, 1395:23, 1395:24
**years'** [1] - 1394:21
**yesterday** [5] - 1362:13, 1364:13,

**1368:18, 1375:3, 1377:16
**YORK** [1] - 1354:1
**York** [16] - 1354:9, 1355:10, 1378:12, 1378:14, 1378:15, 1378:17, 1378:18, 1378:22, 1378:23, 1378:24, 1379:3, 1379:14, 1408:17, 1409:5, 1411:4, 1412:4
**Yousef** [10] - 1404:24, 1405:1, 1405:6, 1405:11, 1405:15, 1406:10, 1408:16, 1408:21, 1408:22, 1409:6

## Z

**Zakat** [2] - 1357:7, 1394:6
**Zakats** [1] - 1394:6