# Exhibit 12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COURTNEY LINDE, et al.<br>Plaintiffs,<br>-against-<br>ARAB BANK, PLC,<br>Defendant. | Case No. CV 04 2799 (BMC/VVP) |

**DECLARATION OF SHLOMO POLITIS**

I, Col. (ret.) Shlomo Politis, of Jerusalem, Israel, bearer of Israeli identification no. 13192414, after being cautioned to testify truthfully and that failure to do so will subject me to the penalties of perjury under the laws of the State of Israel and the State of New York, hereby declares as follows:

**A. Professional Background**

1. I hold a law degree from the Law Faculty of the Hebrew University in Jerusalem and I was a member of the Israeli Bar from 1983 until 2012.

2. Between 1977 and 2005 I served in a wide variety of legal positions in the Judge Advocate General Corps of the Israel Defense Forces ("IDF").

3. I served, *inter alia*, as a legal advisor in the Gaza Strip (1980-1987) until I became Chief IDF Legal Advisor for the Gaza Strip (1988-1989), Advocate General of the IDF Central Command (1990-1994), and as Chief IDF Legal Advisor for Judea and Samaria (a/k/a the West Bank) (1994-2004).

4. In 2005 I retired from the IDF with the rank of Colonel.

5.     During the course of my 19 years-service in the West Bank and the Gaza Strip , I rendered a wide range of legal advice on both military and civil issues to the Israeli military government and to the Head of the Civil Administration and other departments and agencies in these territories.

6.     My responsibilities during that period included, *inter alia*: drafting and preparing IDF legislation in the West Bank and the Gaza Strip; researching and interpreting local law (i.e. the Egyptian and Jordanian laws that were in force in these areas prior to Israeli rule); working together with the Office of the State Attorney in representing the IDF before the Israel Supreme Court and in civil litigation; and dealing with various military, administrative, municipal and civil law issues.

7.     From 1994 until shortly prior to my retirement in 2005, I was engaged in providing legal advice on behalf of the IDF in issues relating to the peace negotiations between Israel and the Palestinians, and in providing the IDF with analyses and interpretation of provisions of the peace agreements that were signed (the various agreements that make up the "Oslo Accords").

8.     Specifically, during that time, as Chief IDF Legal Advisor for Judea and Samaria I was responsible for an administrative department that had among its duties, to translate into Arabic, print and distribute for publication all laws, rules and regulations concerning the West Bank to all relevant parties, as well as the preparation of the Israel Military Official Gazette and its distribution for publication.

9.     I was asked by Plaintiff's attorneys to provide this declaration regarding the publication process of the legislation enacted in the West Bank during my service.

## B. The Israeli Legal Regime in Judea and Samaria (West Bank)

10. On June 5, 1967, the Six-Day War broke out. During the course of the hostilities, the IDF captured the West Bank.

11. The Israeli government and Supreme Court treated Israel's occupation of the West Bank as subject to the rules of international public law governing "belligerent occupation" by a military government. *See generally* HCJ 393/82 *Jami'at Ascan el-Malmun el-Mahdudeh el-Masauliyeh, Communal Society Registered at the Judea and Samaria Area Headquarters v. The Commander of IDF Forces in the Judea and Samaria Area*, 37(4) P.D. 785, 792 and HCJ 390/70 *Duikat v. The Government of Israel*, 34(1) PD 1, 12).

12. The supreme authority for the Israeli Military government in the West Bank was and continues to be a military commander (an IDF officer) whose official title is "Commander of IDF Forces in the Area [of Judea and Samaria]" (hereinafter the "IDF Commander").

13. The powers and authority of the IDF Commander are drawn from the rules of public international law governing military occupations. Thus, all governmental and administrative authority in the West Bank was vested in the IDF Commander. *See* HCJ 2056/04 *The Beit Sourik Village Council v. The Government of Israel*, 58(5) PD 817.

14. The exercise of this governmental and administrative authority included maintaining and enforcing existing local law (i.e. the law that was in force in the West Bank prior to the war) and all governmental and administrative authority granted by new legislation promulgated by the IDF Commander. *See Jami'at Ascan, id.*, at 792.

15. On June 8, 1967, the IDF Commander issued Proclamation No. 2, titled "Proclamation Regarding the Administration of Rule and Justice". This Proclamation was published in the Booklet No. 1 of the Israeli Military Official Gazette - as defined below, which

is attached hereto as Exhibit 1. Its Article 3, captioned "Assumption of Powers", provided in the relevant portion that:

> *All power of government, legislation, appointment and administration in respect to the Area or its residents shall from now on vest exclusively in me and shall be exercised solely by me or by a person appointed by me for that purpose or acting on my behalf.*

## C. The Publication of Laws

16. Article 6 of the same Proclamation No. 2, captioned "Publication of Legislation" states in its relevant part that:

> *"[Any] Proclamation, Order or Notice issued on my behalf shall be published in any way I shall deem appropriate."*

17. On August 11, 1967 the IDF Commander published Order No. 111 called "Order About the Proclamations Record". This Order was published in the Israeli Military Official Gazette Booklet No. 7 and is attached hereto as Exhibit 2. Paragraph 1 of this Order No. 111 states that :

> "*Proclamations Record – This is the record known as 'Proclamations, Orders and Appointments of the IDF Forces Headquarters in the West Bank' published periodically in Hebrew and in Arabic* (for convenience hereinafter the "Israeli-Military Official Gazette").

18. In the same Order, the IDF Commander defines what is "published earlier versions" of the Proclamations, Orders and Appointments, stating that:

> "*Earlier Versions- Versions of the Proclamations, Orders, Notices and Appointments which were published to the public at large in any manner, before the publication in the Israeli Military Official Gazette".*

19. On that same August 11, 1967, the first Israeli Military Official Gazette was published.

20. On November 5, 1967, the IDF Commander issued the Order Regarding Interpretation No.2 (Order No. 161) based on which he issued Instructions regarding the publication of legislation to the public. This Order and Instruction were published in the Booklet No. 8 of the Israeli Military Official Gazette as attached hereto as Exhibit 3, and state the following:

> *Every provision in the law that speaks about publication in the Official Gazette, elective or mandatory, or which is customarily published in this manner, shall be deemed as being a publication to the public in general in a manner sufficient to bring it to the attention of the interested persons at the discretion of the IDF Commander.*
>
> *The IDF Commander determined four manners, each one separately sufficient to meet the definition of a publication to the public at large as follows: (1) publication by radio broadcast; (2) to affix a notice on the Messages Board at the local Court House; (3) to affix a notice on the Message Board at the Office of the District Administration; and (4) when the publication is directed to a certain city or village, to affix the notice on the Message Board of the Municipality Office or at the home of the local Mukhtar depending on the matter in question.*

21. The IDF Commander issued these Orders in compliance with Article 65 of the Geneva Convention Relative to the Protection of Civilian Persons in Time of War (1949) which states as follows:

> *"The penal provisions enacted by the occupying power shall not come into force before they have been published and brought to the knowledge*

*of the inhabitants in their language. The effect of these penal provisions shall not be retroactive."*

22. The authoritative treatise on the subject is *Commentary, IV Geneva Convention Relative to the Protection of Civilian Persons in Time of War,* published under the general editorship of Jean S. Pictet ICRC, reprinted in 1994' Geneva, pp. 338-339. The treatise clearly states that "the Convention does not prescribe the mode of publication, which may be through the medium of the local press, in an 'Official Gazette' specially issued for the purpose, or by posting notices in places specially set aside and known to the public." (emphasis added)

23. In addition, the Israel Supreme Court ruled that the above-mentioned laws of publication provide the appropriate means of publication of laws, rules and regulations in Judea and Samaria (the West Bank). *See* HCJ 5808/93 -.*Hevra Kalcalit for Jerusalem Ltd. v. The Commander of IDF Forces in the Judea and Samaria Area*, 49(1) P.D. 99 - 101.

**D. The Operational Side of Publication**

24. At any time the IDF Commander in his capacity as legislator in Judea and Samaria or another authority with legislative power issued a law, rule or regulation such legislation, in its **earlier version** as referred to in paragraph 18 above, was immediately translated into Arabic, printed at the offices at the Civil Administration of Judea and Samaria and distributed to the District Civil Liaison Offices (hereinafter "DCLs") - which were located in every district of Judea and Samaria – in order to bring them to the attention and knowledge of the public at large.

25. According to the Israeli-Palestinian Interim Agreement on the West Bank and Gaza Strip of September 28, 1995 (hereinafter the "Interim Agreement"), it was agreed that each

side (Israeli and Palestinian) would establish and operate DCLs in all eight districts of Judea and Samaria[1] (See Annex III- Protocol Concerning Civil Affairs, Article I, Clause 3a). The purpose of the DCL is, *inter alia,* to deal with the day-to-day civil affairs in coordination with the Palestinian DCLs and handle the needs of the local population among them, granting all types of permits such as work permits in Israel, to open and obtain different business licenses, humanitarian permits such as family visits, health treatments in Israel and others. A multitude of locals came to the DCLs every day. At every DCL there was an accessible Message Board, where these laws, rules and regulations were affixed, and thus, brought to the public's attention.

26.     By doing this, the obligation of publication according to the International Law and the directive of the Supreme Court of Israel was fulfilled.

27.     Nonetheless, in addition to this publication, there was a procedure whereby the Israeli DCLs made copies of such laws, rules and regulations and made them available to the Palestinian DCLs during their frequent meetings, as established by the Interim Agreement (See Annex III- Protocol Concerning Civil Affairs, Article I, Clause 3d).

28.     Moreover, at the same time, in my office, we had a long distribution list containing a variety of institutions and individuals, Palestinians and Israelis, including many local attorneys, and my instruction to my officers was to include anyone whatsoever who asked to be in the distribution list.

29.     After a number of laws, rules and regulations accumulated in a certain period of time, they were consolidated and printed in a booklet of the Israeli-Military Official Gazette in both Hebrew and Arabic. The publication of this booklet was made according to the same method as for the "earlier version", i.e., was posted onto the Message Boards of the DCLs, made

---

[1] The districts are: Jenin, Tulkarem, Qalqilya, Nablus, Ramallah, Bethlehem, Hebron and Jericho.

available to the Palestinians DCLs and mailed to the distribution list. Therefore, in fact, the laws, rules and regulations were published twice in a broad manner.

30.     In the past few years, the Israeli Military Official Gazette has also been made available to the public in general through the site of the Israel Judge Advocate General at http://www.mag.idf.il/801-he/Patzar.aspx .

31.     Under the presumption of administrative correctness, I can affirm that the order of the IDF Commander, signed on July 30, 2002, that outlawed various institutions operating in the Palestinian Territories, deemed to be part of Hamas, such as the Jenin Zakat Committee, the Ramallah Zakat Committee, the Tulkarem Zakat Committee, al-Islah (Reform) Society, al Tadamon Charitable Society in Nablus and the Islamic Charitable Society of Hebron was published immediately subsequently to that date, according to the method described above in compliance with the publication requirement. Afterwards, this order was included in Booklet No. 200 (pages 3239 and 3288) of the Israeli-Military Official Gazette and published once more in Hebrew and Arabic as attached hereto as Exhibit 4.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 24, 2014
       Jerusalem, Israel

Shlomo Politis

Case 1:04-cv-02799-BMC-PK Document 1193-13 Filed 11/25/14 Page 10 of 24 PageID #: 88784

ספריית
יועמ"ש איו"ש

# מנשרים, צווים ומינויים
של
## מפקדת כוחות צה"ל באזור הגדה המערבית

# مناشير، أوامر وتعيينات
صادرة عن
## قيادة قوات جيش الدفاع الاسرائيلي فى منطقة الضفة الغربية

ה׳ באב תשכ"ז (11 באוגוסט 1967) — מס׳ 1 — العدد ١ — ٥ آب ٥٧٢٧ (١١ آب ١٩٦٧)

## התוכן

| | עמוד |
|---|---|
| **מנשרים** | |
| מנשר בדבר נטילת השלטון ע"י צה"ל (מנשר מס׳ 1) | 3 |
| מנשר בדבר סדרי שלטון ומשפט (מנשר מס׳ 2) . | 3 |
| מנשר בדבר כניסתו לתוקף של צו בדבר הוראות בטחון (מנשר מס׳ 3) . . . . . . . | 5 |
| צו בדבר הוראות בטחון . . . . . . . | 5 |
| **צווים** | |
| צו בדבר איסור ביזה (צו מס׳ 1) . . . . . | 24 |
| צו בדבר הסגר תברואי (צו מס׳ 2) . . . . . | 24 |
| צו בדבר כינון בתי משפט צבאיים (צו מס׳ 3) . | 25 |
| צו בדבר הסמכה לקביעת מקומות מאסר (צו מס׳ 4) | 26 |
| צו בדבר שטחים סגורים (צו מס׳ 5) . . . . | 26 |
| צו בדבר התמסרות והסגרה (צו מס׳ 6) . . . . | 27 |
| צו בדבר איסור סחר ועיסקות כספיות (בנקים) (צו מס׳ 7) . . . . . . . . . . | 27 |
| צו בדבר איסור קניה ומכירה (צו מס׳ 8) . . . | 28 |
| **מינויים** | |
| רשימת מינויים שמינה מפקד כוחות צה"ל באזור הגדה המערבית . . . . . . . . | 30 |

## المحتويات

| | صفحة |
|---|---|
| **مناشير** | |
| منشور بشأن تقلد السلطة من قبل جيش الدفاع الاسرائيلي (منشور رقم ١) . . . . . | ٣ |
| منشور بشأن أنظمة السلطة والقضاء (منشور رقم ٢) . | ٣ |
| منشور بشأن بدء مفعول الامر بشأن تعليمات الامن (منشور رقم ٣) . . . . . . . | ٥ |
| امر بشأن تعليمات الامن . . . . . | ٥ |
| **أوامر** | |
| أمر بشأن حظر النهب (أمر رقم ١) . . . . | ٢٤ |
| أمر بشأن الحجر الصحى (أمر رقم ٢) . . | ٢٤ |
| أمر بشأن انشاء محاكم عسكرية (أمر رقم ٣) . | ٢٥ |
| أمر بشأن تفويض بتحديد أماكن الحبس (أمر رقم ٤) | ٢٦ |
| أمر بشأن مساحات مغلقة (أمر رقم ٥) . | ٢٦ |
| أمر بشأن استلام الجنود وتسليمهم (أمر رقم ٦) . | ٢٧ |
| أمر بشأن حظر الاتجار وعقد الصفقات النقدية (البنوك) (أمر رقم ٧) . . . . . . | ٢٧ |
| أمر بشأن حظر الشراء والبيع (أمر رقم ٨) . . | ٢٨ |
| **تعيينات** | |
| قائمة بالتعيينات الصادرة من قائد قوات جيش الدفاع الاسرائيلي فى منطقة الضفة الغربية . . . . . . | ٣٠ |

צבא הגנה לישראל

מנשר מס' 1

## מנשר בדבר נטילת השלטון ע"י צה"ל

1. צבא הגנה לישראל נכנס היום לאזור ונטל לידיו את השליטה וקיום הבטחון והסדר הציבורי באזור.
2. הנני מכריז בזה על עוצר בית בכל האזור. לא יעזוב איש את הבית בכל שעות היממה.
3. התושבים יוכלו להצטייד במצרכים החיוניים, בשכונות מגוריהם הקבועות, במועדים שיפורסמו בהודעות מיוחדות.
4. תנועת כלי רכב אסורה.
5. אסור להתקהל ברחובות או במקומות צבוריים אחרים.
6. כל אדם ישא עמו — בכל עת — תעודה הנושאת תמונתו והמאפשרת זיהויו.
7. השירותים החיוניים באזור יפעלו כסדרם, לפי הוראות שתנתנה מטעמי.
8. כל המפר הוראות אלה ייענש בכל חומר הדין וכל נסיון להפר את הבטחון ידוכא מיד.

חיילי צה"ל יבטיחו מילוי קפדני של הוראות אלה.

כ"ח באייר תשכ"ז
7 ביוני 1967

מפקד כוחות צה"ל
באזור

## جيش الدفاع الاسرائيلي

منشور رقم ١

منشور بشأن تقلد السلطة من قبل جيش الدفاع الاسرائيلي

١ — ان جيش الدفاع الاسرائيلي دخل اليوم الى المنطقة وتقلد زمام الحكم لاقرار الامن والنظام العام في المنطقة.

٢ — اني أعلن بهذا فرض نظام منع التجوّل في جميع أنحاء المنطقة، ولا يجوز لأي شخص ان يغادر منزله خلال ساعات اليوم كلها.

٣ — يستطيع السكان أن يتزودوا بحاجياتهم الحيوية في احياء سكناهم الدائمة وخلال المواعيد التي سيعلن عنها في اعلانات خاصة.

٤ — حركة وسائط النقل ممنوعة.

٥ — التجمع ممنوع في الشوارع أو في الاماكن العمومية الاخرى.

٦ — على كل شخص أن يحمل معه دائما شهادة تحمل صورته وتمكن من اثبات هويته.

٧ — تعمل الخدمات الحيوية في المنطقة حسب العادة وفقاً للتعليمات التي تصدر من قبلي.

٨ — كل من يخالف هذه التعليمات يعاقب باشد العقوبات، وكل محاولة للاخلال بالامن تقمع حالاً.

ويتولى جنود جيش الدفاع الاسرائيلي تنفيذ هذه التعليمات بدقة.

في ٢٨ ايار ٥٧٢٧ (٧ حزيران ١٩٦٧)

قائد قوات
جيش الدفاع الاسرائيلي
في المنطقة

צבא הגנה לישראל

מנשר מס' 2

## מנשר בדבר סדרי שלטון ומשפט

למען אפשר קיום הממשל התקין, הבטחון והסדר הציבורי, הנני מכריז בזה לאמור:

**פרשנות**

1. "האזור" — פרושו אזור הגדה המערבית.

**תוקף המשפט הקיים**

2. המשפט שהיה קיים באזור ביום כ"ח באייר תשכ"ז (7 ביוני 1967) יעמוד בתוקפו, עד כמה שאין בו משום סתירה למנשר זה או לכל מנשר או צו, שיינתנו על ידי, ובשינויים הנובעים מכינונו של שלטון צבא הגנה לישראל באזור.

**נטילת סמכויות**

3. (א) כל סמכות של שלטון, חקיקה, מינוי ומינהל לגבי האזור או תושביו תהא מעתה נתונה בידי בלבד ותופעל רק על ידי או על ידי מי שיתמנה לכך על ידי או יפעל מטעמי.

## جيش الدفاع الاسرائيلي

منشور رقم ٢

منشور بشأن أنظمة السلطة والقضاء

رغبة في اقرار حكم منتظم واقرار الامن والنظام العام أعلن بهذا ما يلي: —

تفاسير

١ — ينصرف معنى كلمة «المنطقة» في هذا المنشور الى منطقة الضفة الغربية.

مفعول القوانين القائمة

٢ — ان القوانين التي كانت قائمة في المنطقة بتاريخ ٢٨ أيار ٥٧٢٧ (٧ حزيران ١٩٦٧) تظل نافذة المفعول بالقدر الذي لا تتعارض فيه مع هذا المنشور أو أي منشور أو أمر يصدر من قبلي — وبالتغييرات الناجمة عن انشاء حكم جيش الدفاع الاسرائيلي في المنطقة.

تقلد صلاحيات

٣(أ) — كل صلاحية من صلاحيات الحكم، التشريع، التعيين والادارة مما يتعلق بالمنطقة أو بسكانها تخول منذ الآن اليّ فقط وتمارس من قبلي أو من قبل من اعينه لذلك أو من يعمل بالنيابة عني.

(ב) מבלי לפגוע בכלליות האמור לעיל, נקבע בזה כי כל חובה של התייעצות, קבלת הסכמה או כיוצא באלה, שנקבעה בדין כל שהוא כתנאי מוקדם לחקיקה או למינוי, או כתנאי למתן תוקף לחקיקה או למינוי — בטלה בזה.

**הוראות לגבי רכוש**

4. רכוש דניידי ודלא ניידי, לרבות כספים, חשבונות בנקים, נשק, תחמושת, כלי רכב, כלי תחבורה אחרים, וכל ציוד מלחמתי ואזרחי אחר, שהיה שייך או רשום בשם המדינה או הממשלה הירדנית ההאשמית או יחידה מיחידותיה או שלוחה משלוחותיה או חלק מכל אלה, המצויים באזור, יועברו לחזקתי הבלעדית ויהיו נתונים להנהלתי.

**מסים**

5. מסים, היטלים, אגרות ותשלומים מכל סוג שהוא, המשתלמים למוסדות שלטון מרכזי, אשר לא נפרעו עד יום כ״ז באייר תשכ״ז (6 ביוני 1967) — ישולמו לי.

**פרסום דבר חקיקה**

6. מנשר, צו או הודעה מטעמי יפורסמו בכל דרך שתיראה בעיני.

**עבירות**

7. כל המפר או המנסה להפר את הסדר הציבורי והבטחון או כל הוראה מהוראות מנשר זה או צו, הוראה או הודעה, שיוצאו על ידי או מטעמי ייענש בכל חומר הדין.

**תחילת תוקף**

8. תחילתו של מנשר זה מיום כ״ח באייר תשכ״ז (7 ביוני 1967).

**השם**

9. מנשר זה ייקרא "מנשר בדבר סדרי השלטון והמשפט (אזור הגדה המערבית) (מס׳ 2), השכ״ז — 1967".

ירושלים, כ״ח באייר תשכ״ז
7 ביוני 1967

**חיים הרצוג, אלוף**
**מפקד כוחות צה״ל**
**באזור הגדה המערבית**

ب — دون المساس بعمومية ما ذكر أعلاه يقرر هنا على ان كل واجب بالاستشارة أو الحصول على موافقة أو ما أشبه الذي تقرر في أي قانون كشرط مسبق لتشريع أو لتعيين، أو كشرط لاعطاء مفعول لتشريع أو لتعيين — يعتبر لاغياً.

تعليمات بشأن الاملاك

٤ — ان جميع الاموال المنقولة وغير المنقولة، بما في ذلك النقود، حسابات البنوك، الاسلحة، الذخيرة، المركبات، ووسائط المواصلات الاخرى وكل عتاد حربي ومدني آخر كان عائداً للدولة أو مسجلا باسم الدولة أو الحكومة الاردنية الهاشمية أو أية وحدة من وحداتها أو أي فرع من فروعها أو أي جزء مما ذكر أعلاه مما يوجد في المنطقة — يوضع تحت تصرفي فقط ويخضع لادارتي.

الضرائب

٥ — تدفع اليّ جميع الضرائب والعوائد والرسوم والدفعات الاخرى ايا كان نوعها، المستحقة لمؤسسات الحكم المركزي والتي لم تسدد حتى يوم ٢٧ أيار ٥٧٢٧ (٦ حزيران ١٩٦٧).

نشر التشريعات

٦ — كل منشور، أمر أو اعلان صادر عني، ينشر بأي طريقة أستصوبها.

جرائم

٧ — كل من يخل أو يحاول الاخلال بالنظام العام والامن أو بأي حكم من احكام هذا المنشور، أو اي أمر او تعليمات أو اعلان مما يصدر عني أو بالنيابة عني، يعاقب بأقصى العقوبات.

بدء سريان

٨ — يبدأ سريان هذا المنشور اعتباراً من ٢٨ أيار ٥٧٢٧ (٧ حزيران ١٩٦٧).

الاسم

٩ — يطلق على هذا المنشور اسم «منشور بشأن أنظمة السلطة والقضاء (منطقة الضفة الغربية) (رقم ٢)، لسنة ٥٧٢٧ — ١٩٦٧».

أورشليم، في ٢٨ أيار ٥٧٢٧ (٧ حزيران ١٩٦٦)

ألوف — حاييم هرصوغ
قائد قوات جيش الدفاع الاسرائيلي
في منطقة الضفة الغربية



# מנשרים, צווים ומינויים

של

## מפקדת כוחות צה"ל באזור הגדה המערבית

# مناشير، أوامر وتعيينات

صادرة عن

## قيادة قوات جيش الدفاع الاسرائيلي في منطقة الضفة الغربية

ח' בכסלו תשכ"ח (10 בדצמבר 1967) מס' 7 — العدد ٧ ٨ كسليف ٥٧٢٨ (١٠ كانون الاول ١٩٦٧)

## התוכן

| צווים | עמוד |
|---|---|
| צו בדבר תיקון חוק הקרקעות (רכישה לצרכי ציבור) (צו מס' 108) | 247 |
| צו בדבר ערעורי מס־הכנסה (צו מס' 109) | 249 |
| צו בדבר הבאת עתונים והפצתם (תיקון מס' 1) (צו מס' 110) | 250 |
| צו בדבר קובץ המנשרים (צו מס' 111) | 251 |
| צו בדבר משפטים ממשלתיים (צו מס' 112) | 252 |
| צו בדבר תיקון חוק גביית הכספים הציבוריים (צו מס' 113) | 254 |
| צו בדבר התעבורה (תיקון מס' 2) (צו מס' 114) | 255 |
| צו בדבר נכסים נטושים — רכוש הפרט (תיקון מס' 1) (צו מס' 115) | 256 |
| צו בדבר רכוש ממשלתי (תיקון מס' 1) (צו מס' 116) | 256 |
| צו בדבר הוראות בטחון (תיקון מס' 8) (צו מס' 117) | 257 |
| צו בדבר חוק הפיקוח על סרטי קולנוע (צו מס' 118) | 258 |
| צו בדבר פקודת העתיקות (צו מס' 119) | 259 |

## المحتويات

| أوامـر | صفحة |
|---|---|
| أمر بشأن تعديل قانون استملاك الاراضي للمشاريع العامة (أمر رقم ١٠٨) | ٢٤٧ |
| أمر بشأن استئنافات ضريبة الدخل (أمر رقم ١٠٩) | ٢٤٩ |
| أمر بشأن جلب جرائد وتوزيعها (تعديل رقم ١) (أمر رقم ١١٠) | ٢٥٠ |
| أمر بشأن مجموعة المناشير (أمر رقم ١١١) | ٢٥١ |
| أمر بشأن دعاوي الحكومة (أمر رقم ١١٢) | ٢٥٢ |
| أمر بشأن تعديل قانون تحصيل الاموال الاميرية (أمر رقم ١١٣) | ٢٥٤ |
| أمر بشأن النقل على الطرق (تعديل رقم ٢) (أمر رقم ١١٤) | ٢٥٥ |
| أمر بشأن الأموال المتروكة — الممتلكات الخصوصية (تعديل رقم ١) (أمر رقم ١١٥) | ٢٥٦ |
| أمر بشأن املاك الحكومة (تعديل رقم ١) (أمر رقم ١١٦) | ٢٥٦ |
| أمر بشأن تعليمات الأمن (تعديل رقم ٨) (أمر رقم ١١٧) | ٢٥٧ |
| أمر بشأن قانون مراقبة الافلام السينمائية (أمر رقم ١١٨) | ٢٥٨ |
| أمر بشأن قانون الآثار القديمة (أمر رقم ١١٩) | ٢٥٩ |

"היתר לפרסום

2. הבאת עתון או פרסום אחר לאזור ופרסומם בו טעונים היתר מאת הממונה."

תחילת תוקף

2. תחילתו של צו זה ביום כ"ט באב תשכ"ז (4 בספטמבר 1967).

השם

3. לצו זה ייקרא "צו בדבר הבאת עתונים והפצתם (אזור הגדה המערבית) (תיקון מס' 1) (מס' 110), תשכ"ז—1967".

כ"ט באב תשכ"ז (4 בספטמבר 1967)

עוזי נרקיס, אלוף
אלוף פיקוד המרכז
ומפקד כוחות צה"ל
באזור הגדה המערבית

« ترخيص للنشر

٢ - يتطلب جلب جريدة او نشرة اخرى الى المنطقة ونشرهما فيها ترخيصاً من قبل المسؤول » .

بدء سريان

٢ - يبدأ سريان هذا الأمر اعتباراً من ٢٩ آب ٥٧٢٧ (٤ ايلول ١٩٦٧) .

الاســم

٣ - يطلق على هذا الأمر اسم «أمر بشأن جلب جرائد وتوزيعها (منطقة الضفة الغربية) (تعديل رقم ١) (رقم ١١٠) ، لسنة ٥٧٢٧ — ١٩٦٧» .

٢٩ آب ٥٧٢٧ (٤ ايلول ١٩٦٧)

الّوف عوزي نركيس
الّوف القيادة الوسطى
وقائد قوات جيش الدفاع الاسرائيلي
في منطقة الضفة الغربية

## צבא הגנה לישראל

צו מס' 111

## צו בדבר קובץ המנשרים

בתוקף סמכויותי כמפקד כוחות צה"ל באזור, אני מצווה בזה לאמור: —

הגדרות

1. בצו זה: —

"קובץ המנשרים" — הקובץ הנקרא "מנשרים, צווים, ומינויים של מפקדת כוחות צה"ל באזור הגדה המערבית", המתפרסם מדי פעם בעברית ובערבית.

"נוסח קודם" — הנוסח של מנשרים, צווים, הודעות ומינויים אשר פורסם ברבים, בדרך כל שהיא, לפני פרסום קובץ המנשרים.

עדיפות הנוסח

2. א. הנוסח של מנשרים, צווים, הודעות ומינויים בקובץ המנשרים עדיף על פני הנוסח הקודם, אולם זאת בכפוף לאמור בסעיף קטן (ב).

ב. נתגלתה סתירה בין הנוסח שפורסם בקובץ המנשרים לבין הנוסח הקודם, יחולו הוראות אלה: —

אין בקובץ המנשרים כדי —

## جيش الدفاع الاسرائيلي

أمر رقم ١١١

أمر بشأن مجموعة المناشير

استناداً الى الصلاحيات المخولة لي بصفتي قائداً لقوات جيش الدفاع الاسرائيلي في المنطقة ، اصدر الأمر التالي :

تعــاريف

١ - في هذا الأمر :—

« مجموعة المناشير » - المجموعة المسماة «مناشير ، أوامر وتعيينات صادرة عن قيادة قوات جيش الدفــاع الاسرائيلي في منطقة الضفة الغربية» والمنشورة من وقت الى آخر بــاللغتين العبرية والعربية .

« نص سابق » - نص المناشير ، الأوامر ، الاخطارات والتعيينــات التي نشرت على الملأ بأية طريقة كانت قبل نشر مجموعة المنشورات .

افضلية النص

٢ - (أ) ان نص المناشير ، الأوامر ، الاخطارات والتعيينـــات الواردة في مجموعة المنشورات مفضل على النص السابق ، غير ان هذا مع مراعاة ما ورد في الفقرة (ب) .

(ب) اذا ظهر تناقض بـين النص المنشور في مجمـــوعة المنشورات وبـــين النص السابق فتسري التعليمات التالية :

ليس من شأن مجموعة المنشورات ان :—

(1) להשפיע על עבירה קודמת של הנוסח הקודם, או על מה שנעשה או נגרם כשורה לפי אותו נוסח.

(2) להשפיע על זכות או על זכות־יתר שנרכשה או שנולדה לפי הנוסח הקודם, או על התחייבות או על חובות שחלו לפיו.

(3) להשפיע על עונש, על חילוט או על ענישה הצפויים בשל עבירה שנעברה לפי הנוסח הקודם.

(4) להשפיע על חקירה, על הילך משפטי או על תרופה משפטית בענין זכות, זכות־יתר, התחייבות, חבות, עונש, חילוט או ענישה כאמור; ומותר לפתוח בחקירה או בהילך או בתרופה, או להמשיך בהם, או לבצע אותם, ומותר להטיל את העונש, החילוט, או הענישה כאילו לא פורסם קובץ המנשרים.

(5) ליצור אחריות למפרע.

תחילת תוקף

3. תחילתו של צו זה ביום ה׳ באב תשכ״ז (11 אוגוסט 1967).

השם

4. לצו זה ייקרא ״צו בדבר קובץ מנשרים (אזור הגדה המערבית) (מס. 111), תשכ״ז—1967״.

א׳ באלול תשכ״ז (6 בספטמבר 1967)

עוזי נרקיס, אלוף
אלוף פיקוד המרכז
ומפקד כוחות צה״ל
באזור הגדה המערבית

## צבא הגנה לישראל

צו מס׳ 112

## צו בדבר משפטים ממשלתיים

בתוקף סמכויותי כמפקד כוחות צה״ל באזור הגדה המערבית, אני מצווה בזה לאמור:

הגדרות

1. בצו זה: —

״היום הקובע״ — כ״ח באייר תשכ״ז (7 ביוני 1967).

(١) تؤثر على عملية سابقة للنص السابق او على ما تم او تسبب حسب الاصول بموجب ذلك النص.

(٢) تؤثر على حق او على منفعة تم اكتسابهما او تأتيا بموجب النص السابق او على تعهد او على ديون سارية بموجبه .

(٣) تؤثر على عقوبة ، على مصادرة او على عقوبة متوقعة من جراء مخالفة ارتكبت بموجب النص السابق .

(٤) تؤثر على تحقيق ، على اجراء قضائي او على معالجة قضائية في موضوع حق ، منفعة ، تعهد ، التزام ، عقوبة ، مصادرة او عقوبة كما ذكر : ويجوز الشروع في تحقيق او في اجراء او في معالجة قضائية ، او الاستمرار فيها ، او تنفيذها ؛ ويجوز فرض العقوبة ، المصادرة ، او العقوبة وكأنما لم تنشر مجموعة المنشورات .

(٥) تتسبب في ايجاد مسؤولية مسبقة .

بدء سريان

٣ - يبدأ سريان هذا الأمر اعتباراً من ٥ آب ٥٧٢٧ (١١ آب ١٩٦٧) .

الاسم

٤ - يطلق على هذا الأمر اسم «أمر بشأن مجموعة المنشورات (منطقة الضفة الغربية) (رقم ١١١) ، لسنة ٥٧٢٧ — ١٩٦٧» .

١ ايلول ٥٧٢٧ (٦ ايلول ١٩٦٧)

الّوف عوزي نركيس
الّوف القيادة الوسطى
وقائد قوات جيش الدفاع الاسرائيلي
في منطقة الضفة الغربية

## جيش الدفاع الاسرائيلي

أمر رقم ١١٢

## أمر بشأن دعاوي الحكومة

استناداً الى الصلاحية المخولة لي بصفتي قائد قوات جيش الدفاع الاسرائيلي في منطقة الضفة الغربية ، اصدر الأمر التالي :

تعاريف

١ - في هذا الأمر :—

«اليوم المحدد» (بالكسر) - ٢٨ ايار ٥٧٢٧ (٧ حزيران ١٩٦٧) .



# מנשרים, צווים ומינויים

של

## מפקדת כוחות צה״ל באזור הגדה המערבית

# مناشير، أوامر وتعيينات

صادرة عن

## قيادة قوات جيش الدفاع الاسرائيلي في منطقة الضفة الغربية

כ״ז בכסלו תשכ״ח (29 בדצמבר 1967) — מס׳ 8 — العدد ٨ — ٢٧ كسليف ٥٧٢٨ (٢٩ كانون الاول ١٩٦٧)

### התוכן

| צווים | עמוד |
|---|---|
| צו בדבר הגבלת העברת טובין — שכם (ביטול) (צו מס׳ 137) | 299 |
| צו בדבר תיקון הצו בדבר סמכות שיפוט בעבירות הפליליות (צו מס׳ 140) | 299 |
| צו בדבר שעות העוצר (תיקון מס׳ 3) (צו מס׳ 142) | 300 |
| צו בדבר סניגוריה בבימ״ש צבאי (צו מס׳ 143) | 300 |
| צו בדבר הוראות בטחון (תיקון מס׳ 9) (צו מס׳ 144) | 303 |
| צו בדבר עורכי־דין ישראליים בבתי־המשפט (הוראת שעה) (צו מס׳ 145) | 306 |
| צו בדבר שטחים סגורים (שטח יוד) (צו מס׳ 146) | 307 |
| צו בדבר גביית התוספת למס הבולים (צו מס׳ 147) | 308 |
| צו בדבר זימון למשפט על עבירות שנעברו מחוץ לאזור (צו מס׳ 148) | 309 |
| צו בדבר סימון טובין (צו מס׳ 149) | 310 |
| צו בדבר נכסים נטושים (רכוש הפרט) (הוראות נוספות) (מס׳ 1) (צו מס׳ 150) | 311 |

### المحتويات

| أوامـــر | صفحة |
|---|---|
| أمر بشأن تقييد نقل بضائع — نابلس (الغاء) (أمر رقم ١٣٧) | ٢٩٩ |
| أمر بتعديل الأمر بشأن صلاحية الحكم في الجرائم الجزائية (أمر رقم ١٤٠) | ٢٩٩ |
| أمر بشأن ساعات منع التجول (تعديل رقم ٣) (أمر رقم ١٤٢) | ٣٠٠ |
| أمر بشأن الدفاع امام محكمة عسكرية (أمر رقم ١٤٣) | ٣٠٠ |
| أمر بشأن تعليمات الأمن (تعديل رقم ٩) (أمر رقم ١٤٤) | ٣٠٣ |
| أمر بشأن المحامين الاسرائيليين امام المحاكم (حكم مؤقت) (أمر رقم ١٤٥) | ٣٠٦ |
| أمر بشأن مساحات مغلقة (مساحة رقم ي) (أمر رقم ١٤٦) | ٣٠٧ |
| أمر بشأن تحصيل الاضافة على ضريبة الطوابع (أمر رقم ١٤٧) | ٣٠٨ |
| أمر بشأن الدعوة الى المحاكمة عن الجرائم المرتكبة خارج المنطقة (أمر رقم ١٤٨) | ٣٠٩ |
| أمر بشأن وضع علامة على البضائع (أمر رقم ١٤٩) | ٣١٠ |
| أمر بشأن الأموال المتروكة (الممتلكات الخصوصية) (تعليمات اضافية) (رقم ١) (أمر رقم ١٥٠) | ٣١١ |

## התוכן

צו בדבר סגירת שטח — בקעת הירדן (צו מס' 151) 314

צו בדבר עוצר — בקעת הירדן (צו מס' 152) 316

צו בדבר רישום מתאכסנים ודיירים (צו מס' 153) 317

צו לתיקון הצו בדבר סמכות שיפוט בעבירות הפלי־ליות (צו מס' 154) . . . . . . . 320

צו לתיקון הצו בדבר העברת תוצרת חקלאית (צו מס' 155) . . . . . . . . . 320

צו בדבר איסור קבלת טובת הנאה מרשות אויב (צו מס' 156) . . . . . . . . 322

צו בדבר הארכת פקודת מעצר (הוראת שעה) (צו מס' 157) . . . . . . . . . 324

צו לתיקון חוק הפיקוח על המים (צו מס' 158) . 325

צו בדבר חוק רשות החשמל הירדנית (מס' 21) לשנת 1967 (צו מס' 159) . . . . . . 328

צו בדבר פרשנות (הוראות נוספות) (מס' 1) (צו מס' 160) . . . . . . . . . 329

צו בדבר פרשנות (הוראות נוספות) (מס' 2) (צו מס' 161) . . . . . . . . . 330

צו בדבר קביעת מקום מעצר ומאסר (תיקון מס' 1) (צו מס' 162) . . . . . . . . 331

צו בדבר מסירת הודעה על נפגעים (צו מס' 163) 332

צו בדבר בתי משפט מקומיים (מעמד רשויות צה"ל) (צו מס' 164) . . . . . . . 333

### מינויים

רשימת מינויים שמינה אלוף עוזי נרקיס, אלוף פיקוד המרכז ומפקד כוחות צה"ל באזור הגדה המערבית . . . . . . . . . 336

## المحتويات

أمر بشأن اغلاق مساحة — غور الاردن (أمر رقم ١٥١) ٣١٤

أمر بشأن منع التجول — غور الاردن (أمر رقم ١٥٢) ٣١٦

أمر بشأن تسجيل نزلاء وساكنين (أمر رقم ١٥٣) ٣١٧

أمر بتعديل الأمر بشأن صلاحية الحكم في الجرائم الجزائية (أمر رقم ١٥٤) ٣٢٠

أمر بتعديل الأمر بشأن نقل المنتوج الزراعي (أمر رقم ١٥٥) ٣٢٠

أمر بشأن حظر الحصول على منفعة من سلطة معادية (أمر رقم ١٥٦) ٣٢٢

أمر بشأن تمديد أمر التوقيف (حكم موقّت) (أمر رقم ١٥٧) ٣٢٤

أمر بتعديل قانون الاشراف على المياه (أمر رقم ١٥٨) ٣٢٥

أمر بشأن قانون سلطة الكهرباء الاردنية (رقم ٢١) لسنة ١٩٦٧ (أمر رقم ١٥٩) ٣٢٨

أمر بشأن تفاسير (تعليمات اضافية) (رقم ١) (أمر رقم ١٦٠) ٣٢٩

أمر بشأن تفاسير (تعليمات اضافية) (رقم ٢) (أمر رقم ١٦١) ٣٣٠

أمر بشأن تعيين مكان للتوقيف والحبس (تعديل رقم ١) (أمر رقم ١٦٢) ٣٣١

أمر بشأن تقديم بلاغ عن مصابين (امر رقم ١٦٣) ٣٣٢

أمر بشأن المحاكم المحلية (مقام سلطات جيش الدفاع الاسرائيلي) (أمر رقم ١٦٤) ٣٣٣

### تعيينـــات

قائمة بالتعيينات الصادرة عن اللّوف عوزي نركيس اللّوف القيـــادة الوسطى وقـــائد قوات جيش الدفاع الاسرائيلي في منطقة الضفة الغربية ٣٣٦

השם

3. צו זה ייקרא "צו בדבר פרשנות (הוראות נוספות) (מס' 1) (אזור הגדה המערבית) (מס' 160), תשכ"ח—1967".

ב' בחשון תשכ"ח (5 בנובמבר 1967)

עוזי נרקיס, אלוף
אלוף פיקוד המרכז
ומפקד כוחות צה"ל
באזור הגדה המערבית

צבא הגנה לישראל

צו מס' 161

## צו בדבר פרשנות (הוראות נוספות) (מס' 2)

בתוקף סמכויותי כמפקד כוחות צה"ל באזור, אני מצווה בזה לאמור: —

הגדרה

1. בצו זה —
"העתון הרשמי" — כמשמעותו בדין.

פרסום ברבים

2. כל הוראה בדין המדברת בפרסום בעתון הרשמי, בין כרשות ובין כחובה, וכן על מנהג לפרסם כאמור, יתפרשו כמדברים בפרסום ברבים בדרך המספיקה, לדעת מפקד כוחות צה"ל באזור, להביאה לידיעת הנוגעים בדבר.

תחילת תוקף

3. תחילתו של צו זה ביום ב' בחשון תשכ"ח (5 בנובמבר 1967).

השם

4. צו זה ייקרא "צו בדבר פרשנות (הוראות נוספות) (מס' 2) (אזור הגדה המערבית) (מס' 161), תשכ"ח—1967".

ב' בחשון תשכ"ח (5 בנובמבר 1967)

עוזי נרקיס, אלוף
אלוף פיקוד המרכז
ומפקד כוחות צה"ל

الاســم

٣ - يطلق على هـذا الأمـر اسم «أمـر بشأن تفـاسير (تعليمات اضافية) (رقم ١) (منطقة الضفة الغربية) (رقم ١٦٠) ، لسنة ٥٧٢٨ — ١٩٦٧» .

٢ حشوان ٥٧٢٨ (٥ تشرين الثاني ١٩٦٧)

الّوف عوزي ركيس
الّوف القيادة الوسطى
وقائد قوات جيش الدفاع الاسرائيلي
في منطقة الضفة الغربية

جيش الدفاع الاسرائيلي

أمر رقم ١٦١

## أمر بشأن تفاسير (تعليمات اضافية) (رقم ٢)

استناداً الى الصلاحيات المخولة لي بصفتي قائد قوات جيش الدفاع الاسرائيلي في المنطقة ، اصدر الأمر التالي :

تعـــريف

١ - في هذا الأمر :—
« الجريدة الرسمية » - حسب مدلولها في القانون .

نشر على الملأ

٢ - كل حكم في القانون يتعلق بالنشر في الجريـــدة الرسمية ، سواء أكان ذلك اختيارياً ام واجباً ، وكذلك عادة النشر كما ذكر ، يفسران على انهما يتعلقان بالنشر على الملأ بطريقة كافية ، حسب رأي قائد قوات جيش الدفاع الاسرائيلي في المنطقة ، لبلوغ علم المعنيين بالأمر .

بدء سريان

٣ - يبدأ سريان هذا الأمر اعتباراً من ٢ حشوان ٥٧٢٨ (٥ تشرين الثاني ١٩٦٧) .

الاســم

٤ - يطلق على هـذا الأمـر اسم «أمـر بشأن تفـاسير (تعليمات اضافية) (رقم ٢) (منطقة الضفة الغربية) (رقم ١٦١) ، لسنة ٥٧٢٨ — ١٩٦٧» .

٢ حشوان ٥٧٢٨ (٥ تشرين الثاني ١٩٦٧)

الّوف عوزي ركيس
الّوف القيادة الوسطى
وقائد قوات جيش الدفاع الاسرائيلي
في منطقة الضفة الغربية

צו בדבר פרשנות (הוראות נוספות) (מס' 2)
(אזור הגדה המערבית) (מס' 161) תשכח—1976

הוראות

הנני קובע בזאת כי לצורך סעיף 2 לצו בדבר פרשנות (הוראות נוספות) (מס' 2) (אזור הגדה המערבית) (מס' 161), תשכ״ח—1967, יראו כדרך מספיקה לפרסום ברבים כל אחת מדרכי הפרסום המפורסמות דלקמן:

1. פרסום באמצעות הרדיו;
2. הדבקה בבתי המשפט באזור;
3. הדבקה במשרדיהם של מפקדי הנפות;
4. במקרה של פרסום המתייחס לתושבי עיר או כפר — הדבקה במשרדי העיריה או בביתו של המוכתר, הכל לפי הענין.

ה' במרחשון תשכ״ח (8 בנובמבר 1967)

עוזי נרקיס, אלוף
אלוף פיקוד המרכז
ומפקד כוחות צה״ל
באזור הגדה המערבית

أمر بشأن تفاسير (تعليمات اضافية) (رقم ٢)
(منطقة الضفة الغربية) (رقم ١٦١)، لسنة ٥٧٢٨-١٩٦٧

تعليمات

اني اقرر بهذا انه لمقتضى المادة ٢ من الأمر بشأن تفاسير (تعليمات اضافية) (رقم ٢) (منطقة الضفة الغربية) (رقم ١٦١)، لسنة ٥٧٢٨ — ١٩٦٧، تعتبر طريقة كافية للنشر على الملأ كل واحدة من طرق النشر المبينة فيما يلي:

١ - نشر بواسطة الراديو،
٢ - الصاق في المحاكم الكائنة في المنطقة،
٣ - الصاق في مكاتب قادة الاقضية،
٤ - في حال نشر يتعلق بسكان بلدة او قرية — الصاق في مكاتب البلدية او في دار المختار، الكل حسب مقتضى الحال.

٥ حشوان ٥٧٢٨ (٨ تشرين الثاني ١٩٦٧)

الّوف عوزي نركيس
الّوف القيادة الوسطى
وقائد قوات جيش الدفاع الاسرائيلي
في منطقة الضفة الغربية

צבא הגנה לישראל

צו מס' 162

צו בדבר (קביעת מקום מעצר ומאסר) (תיקון מס 1)

בתוקף סמכותי כמפקד כוחות צה״ל באזור הנני מצווה בזה לאמור: —

תיקון התוספת

1. בתוספת לצו בדבר בתי סוהר (אזור הגדה המערבית) (מס' 43), תשכ״ז—1967, תיווסף פסקה זו:

"5. בית הסוהר — ג'נין".

תחילת תוקף

2. תחילתו של צו זה ביום כ״ו באלול תשכ״ז (1 באוקטובר 1967).

جيش الدفاع الاسرائيلي

أمر رقم ١٦٢

أمر بشأن تعيين مكان للتوقيف والحبس (تعديل رقم ١)

استناداً الى الصلاحية المخولة لي بصفتي قائد قوات جيش الدفاع الاسرائيلي في المنطقة، اصدر الأمر التالي:

تعديل الذيل

١ - في ذيل الأمر بشأن السجون (منطقة الضفة الغربية) (رقم ٤٣)، لسنة ٥٧٢٧ — ١٩٦٧ [illegible] البند التالي:

« ٥ - سجن - جنين ».

بدء سريان

٢ - يبدأ سريان هذا الأمر اعتباراً من [illegible] (١ تشرين الاول ١٩٦٧).



## אזור יהודה ושומרון

# מנשרים , צווים ומינויים

## منطقة يهودا والسامرة

# مناشير , اوامر وتعيينات

חוברת מס' 200 — كراسة رقم ٢٠٠

תשס"ג 2003 — ٢٠٠٣-٥٧٦٣

מאי 2003 — ايار ٢٠٠٣

מוצא על ידי היועץ המשפטי לאזור יהודה והשומרון — صادر عن المستشار القضائي لمنطقة يهودا والسامره

הודפס ע"י דפוס מנהא"ז איו"ש — طبع على يد مطبعة الادارة المدنيه يهودا والسامره

**צבא הגנה לישראל**

**תקנות הגנה (שעת חירום), 1945**

**הכרזה על התאחדות בלתי מותרת (תיקון מס׳ 1)**

בתוקף סמכותי כמפקד כוחות צה״ל באזור ובהתאם לתקנה 84(1)(ב) לתקנות ההגנה (שעת חירום), 1945 (להלן: ״תקנות ההגנה״) ויתר סמכויותיי על פי כל דין ותחיקת ביטחון, ולאחר שהשתכנעתי כי הדבר דרוש לצורך הגנה על ביטחון האזור והסדר ציבורי, הנני קובע, כי בהכרזה על התאחדות בלתי מותרת, התשנ״ח- 1988, לאחר המילים ״חברת בית אלמאל אלפיליסטיני אלערבי אלמוסחימה אלעאמה אלמחדודה בע״מ״ יבואו:

ח. **״אגודות הצדקה באיו״ש ובאזח״ע״** השייכות לארגון החמאס ו/או התומכות בו ומחזקות את תשתית החמאס לרבות:

**״ועדת הצדקה והחסד חאן יונס״** (״לג׳נת זכאת אלרחמה חאן יונס״)

**״אגודת המרכז האסלאמי״** (״ אלמג׳מע אלאסלאמי״) רצועת עזה

**״אגודת טוהר המידות האסלאמית״** (ג׳מעית אלצלאח אלאסלאמיה״) רצועת עזה

**״האגודה האסלאמית״** (אלג׳מעיה אלאסלאמיה״) רצועת עזה

**״אגודת הנאמנות לטיפול בקשישים״** (ג׳מעית אלופאא לרעאית אל מסנין״) רצועת עזה

**״אגודת מוסד הצדקה והחסד לילדים״** (ג׳מעית מברת אלרחמה ללאטפאל״) רצועת עזה

**״אגודת בית הקוראן והסונה״ (ג׳מעית דאר אלכתאב ואלסנה״)** רצועת עזה

**״אגודת בית הקוראן המבורך והסונה״** (ג׳מעית דאר אלקראן אלכרים ואלסנה״) רצועת עזה

**״אגודת האסיר אלנור״** (״ג׳מעית אלנור אלח׳יריה״) רצועת עזה

**״אגודת הצדקה האסלאמית חברון״** (אלג׳מעיה אלח׳יריה אלאסלאמיה אלח׳ילילי״)

**״אגודת הרפורמה ביריחו״**(״ג׳מעית אלאצלאח אלח׳יריה״.

**״האגודה לטיפול ביתומים בבית לחם״** (״ג׳מעית רעאית אליתים בית לחם״)

**״אגודת הצדקה (הרפורמה) האסלאמית באלבירה״** (״ג׳מעית אלאצלאח״)

**״ועדת הצדקה ברמאללה״** (לג׳נת אלזכאת רמאללה״)

**״אגודת אלקראן ואלסנת קלקיליה״** (״ג׳מעית אלקראן ואלסנה קלקיליה״)

**״ועדת הצדקה טול כרם״** (״לג׳נת אלזכאת טול כרם״)

**״אגודת הסולידריות לצדקה האיסלאמית״** (״ג׳מעית אלתדאמן אלח׳יריה אלאסלאמיה״) שכם

**״ועדת הסיוע האסלאמית שכם״** (לג׳נת אלאע׳את׳יה אלאסלאמיה נאבלס״)

**"ועדת כספי הצדקה ג'נין"** (לג'נת אמואל אלזכאה ג'נין)
**"אגודת הצעירים המוסלמים"** (ג'מעית אלשעבאן אלמסלמין") חברון

וכן האגודות הבאות שמרכזן בחו"ל :

**"הכנס העולמי לנוער אסלאמי"** (אלנדוה אלעאלמיה לשבאב אסלאמי")
**"קואליצית הצדקה"** (אאתלאף אלחייר)
**"אגודת הסיוע האסלאמית העולמית"** (אלהיאיה אלחייריה אלאסלאמיה אלעאלמיה")

**כ"א באב התשס"ב**
**30 יולי 2002**

**יצחק איתן, אלוף**
**מפקד כוחות צה"ל**
**באזור יהודה ושומרון**

جيش الدفاع الاسرائيلي

انظمة الدفاع (حالة طوارئ)١٩٤٥

اعلان على اتحاد غير مسموح به (تعديل رقم ١)

طبقاً لصلاحيتي كقائد قوات جيش الدفاع الاسرائيلي في المنطقة، ووفقاً لنظمه ٨٤(٢)(ب) لانظمه الدفاع (حالة طوارئ)١٩٤٥ ، (فيما يلي: انظمة الدفاع) وباقي صلاحياتي حسب كل قانون وتشريع امن وبعد ان اقتنعت بان الامر ضروري من اجل الدفاع على امن المنطقه والنظام العام، اعلن بهذا، بانه في الاعلان على اتحاد غير مسموح به ١٩٨٨-٥٧٦٣ ، بعد الكلمات "شركة بيت المال الفلسطيني العربي المساهمه العامه المحدوده الضمان"، يأتي:

ح. "جمعيات الصدقه في يهودا والسامره وقطاع غزه" التابعه لحركة حماس و او المسانده له والتي تعزز بنية حركة حماس بما في ذلك.

("لجنة زكاة الرحمه خان يونس")

("المجمع الاسلامي") قطاع غزه

(جمعية الصلاح الاسلامية ) قطاع غزه

("الجمعيه الاسلاميه") قطاع غزه

("جمعية الوفاء لرعاية المسنين") قطاع غزه

("جمعية مبرت الرحمه للاطفال ") قطاع غزه

("جمعية دار الكتاب والسنه") قطاع غزه

("جمعية دار القران الكريم والسنه") قطاع غزه

("جمعية النور الخيريه") قطاع غزه

("جمعية الخيريه الاسلاميه الخليل")

("جمعية الاصلاح الخيريه ")

("جمعية رعاية اليتيم بيت لحم")

("جمعية الاصلاح")

("لجنة الزكاة رام الله")

("جمعية القرآن والسنة قلقيلية")

("لجنة الزكاة طول كرم")

("جمعية التضامن الخيرية الاسلامية") نابلس

("لجنة الاغاثة الاسلامية نابلس")

("لجنة اموال الزكاة جنين")

("جمعية الشبان المسلمين") الخليل

٣٢٨٨

١٩٧١ -

محليه

حراسه

ه طبقاً

بعد ان

الوف

ع الاسرائيلي

والسامره

٣٢٨٧

رابعا" الجمعيات التالية والتي مركزها في خارج البلاد:

("الندوة العالمية للشباب الاسلامي")
("ائتلاف الخير")
("اغاثه الخيرية الاسلامية العالمية")

٢١ اب ٥٧٦٢
٣٠ تموز ٢٠٠٢

ايسحاق ايتان , الوف
قائد قوات جيش الدفاع الاسرائيلي
في منطقة يهودا والسامرة