UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

COURTNEY LINDE, et al.,

                 Plaintiffs,

  - against -

ARAB BANK, PLC,

                 Defendant.

CV-04-2799 (BMC)(VVP)
and all related cases[1]

---

## JOINT SUBMISSION BY ALL PARTIES

In accordance with the Court's direction at the November 7, 2014 status conference, all parties make this joint submission setting forth their positions and proposals regarding anticipated damages trials.

    (1)    The parties are unable to agree upon a mutually-acceptable framework for the damages phase of this case.

    (2)    The parties decline, in the alternative, to consent to the district court establishing the parameters for assessing damages by a Special Master.

    (3)    Plaintiffs' proposals are set forth in <u>Exhibit A</u>.

    (4)    Defendant's proposal is set forth in <u>Exhibit B.</u>

Dated: December 5, 2014

                                    Respectfully submitted,

OSEN LLC
SAYLES WERBNER
MOTLEY RICE LLC                DLA PIPER LLP (US)
ZUCKERMAN SPAEDER LLP

By <u>/s/ Shawn P. Naunton</u>          By <u>/s/ Shand S. Stephens</u>
    Gary M. Osen                   Shand S. Stephens
    Shawn P. Naunton            Attorneys for Defendant
    Attorneys for Plaintiffs

---

[1]    *Litle v. Arab Bank, PLC*, No. CV-04-5449 (E.D.N.Y. 2004) (BMC) (VVP); *Almog v. Arab Bank, PLC*, No. CV-04-5564 (E.D.N.Y. 2004) (BMC) (VVP); *Coulter v. Arab Bank, PLC*, No. CV-05-365 (E.D.N.Y. 2005) (BMC) (VVP); *Afriat-Kurtzer v. Arab Bank, PLC*, No. CV-05-388 (E.D.N.Y. 2005) (BMC) (VVP); *Bennett v. Arab Bank, PLC*, No. CV-05-3183 (E.D.N.Y. 2005) (BMC) (VVP); *Roth v. Arab Bank, PLC,* No. CV-05-3738 (E.D.N.Y. 2005) (BMC) (VVP); and *Weiss v. Arab Bank, PLC*, No. CV-06-1623 (E.D.N.Y. 2006) (BMC) (VVP).