**OSEN LLC**
ATTORNEYS AT LAW
WWW.OSENLAW.COM

---

2 UNIVERSITY PLAZA, SUITE 201, HACKENSACK, NJ 07601
T. 201.265.6400    F. 201.265.0303

345 SEVENTH AVENUE, 21ST FLOOR, NEW YORK, NY 10001
T. 646.380.0470    F. 646.380.0471

December 8, 2014

**VIA ECF**

Hon. Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Linde v. Arab Bank, PLC*, **04-CV-2799 (BMC)(VVP) and related cases**

Dear Judge Cogan:

Further to the parties' submissions on December 5, 2014, Plaintiffs write to request an in-person conference with the Court to further discuss the submissions on or before December 18, 2014, subject to Your Honor's schedule.

Both *Litle* and *Almog* counsel would also like to request that the conference be held on the morning of December 18th if that is feasible, due to their respective travel schedules.

                            Respectfully submitted,

                            /s/ Gary M. Osen

cc:    All Counsel