

DLA Piper **LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Shand S. Stephens
shand.stephens@dlapiper.com
T   212.335.4594
F   212.335.4501

December 8, 2014

*VIA ECF*

Honorable Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:    Linde v. Arab Bank, PLC, 04-CV-2799 (BMC) (VVP), and related cases**

Dear Judge Cogan:

      We have received plaintiffs' correspondence dated December 8, 2014, requesting a conference with the Court for December 18.  Defense counsel does not believe that a conference on the subject of the bellwether trial is required.  We believe the correspondence submitted to the Court by both sides covers the issues and presents the material necessary for the Court to consider in making its decision.

      Plaintiffs' counsel overlooked consulting with defense counsel before suggesting the December 18 conference date.  If the Court believes such a conference would be beneficial, defense counsel is not available December 18 but is available December 22 or 23, 2014.

      The undersigned appreciates the Court's consideration of this request.

      Very truly yours,

      **DLA Piper LLP (US)**

      /s/

      Shand S. Stephens

SSS:/rm
cc:  all counsel (via ECF)