UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____
COURTNEY LINDE, et al.           :
                                 :   04-CV-2799 (BMC)(VVP)
            Plaintiffs,          :
                                 :
    -against-                    :
                                 :
ARAB BANK, PLC,                  :
                                 :
            Defendant.           :
_____
ROBERT L. COULTER, SR.           :
FOR THE ESTATE OF JANIS          :   05-CV-365 (BMC)(VVP)
RUTH COULTER, et al.             :
                                 :
            Plaintiffs,          :
                                 :
    -against-                    :
                                 :
ARAB BANK, PLC,                  :
                                 :
            Defendant.           :
_____

## NOTICE OF CHANGE OF E-MAIL ADDRESS

To: The clerk of court and all parties of record:

Please take notice that, effective immediately, Gary M. Osen, who has previously appeared in this action on behalf of Plaintiffs in the above-captioned actions, request that all notices, pleadings, and orders in the above-captioned actions be sent to him at the following new e-mail address: gosen@osenlaw.com

Dated: January 2, 2015

By:   /s/ Gary M. Osen
      Gary M. Osen
      OSEN LLC
      2 University Plaza, Suite 201
      Hackensack, NJ 07601
      (201) 265-6400