

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Shand S. Stephens
shand.stephens@dlapiper.com
T   212.335.4594
F   415.659.7328

March 30, 2015

*VIA ECF*

Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>  Re:   *Linde v. Arab Bank, PLC*, 04-CV-2799 (BMC) (VVP), and related cases

Dear Judge Cogan:

    We write on behalf of Arab Bank plc ("Arab Bank" or the "Bank") pursuant to the Court's Minute Order dated March 28, 2015, addressing the Bank's letter dated March 27, 2015 (ECF No. 1238).  The Bank's March 27 letter was submitted pursuant to Local Rule III.A.2, to request a pre-motion conference to set a briefing schedule for the Bank's motion to dismiss the *Linde* plaintiffs' second amended complaint (ECF No. 1236).

    The Court's Minute Order stated that "[t]he premotion conference is waived [and] Defendant may file its motion to dismiss or, at its option, the Court will deem this letter to constitute its motion to dismiss."  The Bank does wish to file, and brief, its motion to dismiss and therefore writes to request the following briefing schedule:  the Bank's moving brief to be due April 10, 2015; plaintiffs' opposition brief to be due 14 days thereafter; and the Bank's reply brief to be due seven days thereafter.

Very truly yours,

**DLA Piper LLP (US)**

/s/
Shand S. Stephens

cc:  all counsel (via ECF)