UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
COURTNEY LINDE, et al.,                         :
                                                :
                                                :      04-CV-2799 (BMC)(VVP)
                  Plaintiffs,                   :
                                                :
     -against-                                  :
                                                :
ARAB BANK, PLC,                                 :
                                                :
                  Defendant.                    :
----------------------------------------------------------------x
----------------------------------------------------------------x
ROBERT L. COULTER, SR.                          :
FOR THE ESTATE OF JANIS                         :
RUTH COULTER, et al.,                           :      05-CV-365 (BMC)(VVP)
                                                :
                  Plaintiffs,                   :
                                                :
     -against-                                  :
                                                :
ARAB BANK, PLC,                                 :
                                                :
                  Defendant.                    :
----------------------------------------------------------------x

## **DECLARATION OF JOSHUA D. GLATTER**

I, Joshua D. Glatter, declare and state as follows:

1.   Pursuant to Local Civil Rule 1.4, I respectfully request leave to withdraw my appearance as counsel for plaintiffs in the above-captioned actions. My colleague Gary M. Osen, together with other attorneys at Osen LLC, will continue to represent the plaintiffs.

2.   Because the same law firm will continue to represent the plaintiffs, this withdrawal will not impact this action in any way or prejudice any parties.

Dated: May 21, 2015
      Hackensack, NJ

                                        <u>/s/ Joshua D Glatter</u>
                                        Joshua D. Glatter
                                        OSEN LLC
                                        345 7th Avenue, 21st Floor
                                        New York, NY 10001
                                        (646) 380-0470
                                        (646) 380-0471 Fax

                                        2 University Plaza, Suite 201
                                        Hackensack, NJ 07601
                                        (201) 265-6400
                                        (201) 265-0303 Fax

                                        jglatter@osenlaw.com

                                        Attorneys for Plaintiffs