

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000   f. 843.216.9450

**Michael E. Elsner, Esq.**
*Licensed in NY, SC, VA*
direct: 843.216.9250
melsner@motleyrice.com

June 24, 2015

**VIA ECF**

Hon. Brian M. Cogan
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Linde v. Arab Bank, PLC*, No. CV 04-2799 (BMC)(VVP) and related cases

Dear Judge Cogan:

The parties jointly request a pre-trial conference the week of July 13, 2015, if the Court's schedule permits. Based on the schedule adopted by the Court, expert depositions must be completed by July 31, 2015, and these depositions will likely take place both in New York and abroad. Setting a firm date for a pre-trial conference will assist the parties in scheduling and preparing for these expert depositions and trial.

Respectfully submitted,

Michael Elsner

cc:    All Counsel of Record

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | NEW YORK, NY
MORGANTOWN, WV | WASHINGTON, DC | NEW ORLEANS, LA