

399 PARK AVENUE   14TH FLOOR
NEW YORK, NY  10022-4614
212.704.9600   212.704.4256 fax   www.zuckerman.com

SHAWN P. NAUNTON
Partner
646-746-8655
snaunton@zuckerman.com

July 17, 2015

**By ECF**

Hon. Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Linde v. Arab Bank, PLC*, **04-CV-2799 (BMC)(VVP) and related cases**

Dear Judge Cogan:

    We write in connection with Plaintiffs' Motion to Strike the Expert Report of Dr. Marc Sageman (*Linde* ECF 1285). On July 6, 2015, Your Honor entered an order directing Plaintiffs to file their 5-page motion by July 10, 2015 and allowed Defendant to file its opposition by July 16, 2015. The Court's order did not set a date for Plaintiffs to file a reply memorandum.

    Yesterday, Defendant filed a 25-page opposition memorandum (*Linde* ECF 1199). Plaintiffs respectfully request that the Court permit Plaintiffs until July 23, 2015 to file a reply memoranda not to exceed 10 pages.

                                    Respectfully submitted,

                                    /s/ Shawn P. Naunton

cc:    All counsel