

DLA Piper **LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Shand S. Stephens
shand.stephens@dlapiper.com
T   212.335.4594
F   415.659.7328

July 23, 2015

*VIA ECF*

Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Linde v. Arab Bank, PLC*, **04-CV-2799 (BMC) (VVP), and related cases**

Dear Judge Cogan:

      We write on behalf of Arab Bank plc ("Arab Bank" or the "Bank") to respectfully request permission to file the enclosed proposed sur-reply brief of six pages in further opposition to Plaintiffs' motion to strike the expert report of Dr. Marc Sageman.

      In its Minute Order dated July 19, 2015, the Court authorized the Plaintiffs to file a reply brief "strictly limited to matters raised in defendant's opposition" and noted that "this limitation should obviate the need for a sur-reply." Because Plaintiffs' reply brief raises certain issues for the first time, which the Bank has not had an opportunity to address, we respectfully request the opportunity to join issue on these points so as to facilitate this Court's resolution of an issue of exceptional importance.

Very truly yours,

**DLA Piper LLP (US)**

/s/
Shand S. Stephens

cc:  all counsel (via ECF)