**OSEN LLC**
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 201, HACKENSACK, NJ 07601
T. 201.265.6400   F. 201.265.0303

345 SEVENTH AVENUE, 21ST FLOOR, NEW YORK, NY 10001
T. 646.380.0470   F. 646.380.0471

July 31, 2015

**VIA ECF**

Honorable Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Linde, et al. v. Arab Bank, PLC*, 04-cv-2799 (BMC)(VVP), and related cases
            Oversized Demonstrative Exhibit

Dear Judge Cogan:

    On behalf of the *Linde* plaintiffs, we write to seek the Court's guidance regarding a large demonstrative exhibit that we anticipate using with several witnesses at trial: an exemplar occupant compartment of the Volkswagen sedan involved in the Route 60 attack. The exhibit is approximately 110" in length and 65" in width, which are the same dimensions as the occupant compartment of the vehicle that came under fire during the attack. The wheels, suspension system, window glass, and engine compartment have been removed from the exhibit, and it is mounted on rolling wheels and comports with the measurements the court house loading dock can accommodate. The exhibit is in more than one piece (to make it easier to transport), but it is capable of being assembled and disassembled in less than one hour for ease of relocation. It has also been constructed taking into account the courtroom's dimensions so that it can be moved in and out of it with relative ease.

    Plaintiffs' focus, of course, will be on the vehicle's interior (occupant compartment). The proposed exhibit will include four anthropomorphic test dummies (ATDs) representing two 50th percentile males and two 5th percentile females, which approximate the height and weight of the four occupants of the original vehicle.[1]

    In order to conserve the Court's time, we request guidance as to whether Your Honor would prefer to examine the exhibit before trial, and if so, whether the Court prefers a particular date and/or time during the week of August 10th for us to present the exhibit.

---

[1] The demonstrative is designed to aid the jury to better understand certain witnesses' testimony about occupant locations, positioning with respect to features inside the car, direction of fire into the occupant compartment, and distances and positioning of occupants during and immediately following the attack.

                                        Respectfully submitted,

                                        /s/ Gary M. Osen

cc:    All Counsel