**OSEN LLC**
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 201, HACKENSACK, NJ 07601        345 SEVENTH AVENUE, 21ST FLOOR, NEW YORK, NY 10001
T. 201.265.6400  F. 201.265.0303                            T. 646.380.0470  F. 646.380.0471

August 5, 2015

**VIA ECF**

Honorable Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Linde, et al. v. Arab Bank, PLC*, **04-cv-2799 (BMC)(VVP), and related cases**
            **Jury Questionnaire**

Dear Judge Cogan:

    On behalf of the parties, we write to seek a two day extension to file the proposed jury questionnaire. The parties have exchanged proposed jury questionnaires and are still attempting to resolve certain issues pertaining to them. The additional two days will provide sufficient time to address these issues.

    We thank the Court for its consideration.

                                      Respectfully submitted,

                                      /s/ Aaron Schlanger

cc:    All Counsel