OSEN LLC
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 201, HACKENSACK, NJ 07601  
T. 201.265.6400  F. 201.265.0303

345 SEVENTH AVENUE, 21ST FLOOR, NEW YORK, NY 10001  
T. 646.380.0470  F. 646.380.0471

August 9, 2015

**VIA ECF**

Hon. Brian M. Cogan  
United States District Judge  
United States District Court, Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

Re:   *Linde v. Arab Bank, PLC*, **04-CV-2799 (BMC)(VVP)**, *and related cases*

Dear Judge Cogan:

Attached as Exhibit A are two images of Plaintiffs' proposed demonstrative exhibit which we described in our July 31 letter (*Linde* ECF No. 1325). The technicians who worked on the exhibit advise us that the dimensions indicated in Exhibit A assume that the casters will be removed to allow the exhibit to be transported into the courthouse by rotating the components to rest on pallets on the firewall (front section) and rear bumper/trunk (rear section). We have been further advised that the exhibit, disassembled in this way, will fit through the various doors within the courthouse.

Attached as Exhibit B is a collection of additional images of the proposed demonstrative exhibit.

We note that, by motion filed this weekend, (*Linde* ECF No. 1357) Defendant has moved to exclude the exhibit, and Plaintiffs' counsel will be prepared to address that issue during the final pre-trial conference on Tuesday or at any other time convenient to the Court.

Respectfully submitted,

/s/ Gary M. Osen

Encls.

cc: All counsel