# Exhibit A

# Vehicle Dimensions – Front and Rear Sections



Front Section — 35" — 63" — 62" Wide

Rear Section — 37.5" — 67" — 62.5" Wide

Dimensions are with casters and head rests removed

# Vehicle Dimensions - Roof

