# Exhibit B











