UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

COURTNEY LINDE, et al.,

               Plaintiffs,

   - against -

ARAB BANK, PLC,

               Defendant.

- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- -- X

CV-04-2799 (BMC)
and all related cases[1]

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Cara Dyonne Edwards of the law firm of DLA Piper LLP (US) hereby enters an appearance in these related cases on behalf of Defendant Arab Bank plc as counsel of record and requests that copies of all papers in these actions be served upon the undersigned at the address stated below.

Dated: New York, New York
          August 10, 2015

                                **DLA Piper LLP (US)**

                             By: **/s/ Cara D. Edwards**
                                 Cara D. Edwards
                                 (CE3838)
                                 1251 Avenue of the Americas
                                 New York, New York 10020-1104
                                 Tel: (212) 335-4714
                                 Fax: (212) 884.8714
                                 cara.edwards@dlapiper.com

                                 Attorneys for Defendant Arab Bank plc

---

[1] *Litle, et al. v. Arab Bank, PLC,* No. CV-04-5449 (E.D.N.Y. 2004) (BMC); *Almog v. Arab Bank, PLC,* No. CV-04-5564 (E.D.N.Y. 2004) (BMC); *Coulter, et al. v. Arab Bank, PLC,* No. CV-05-365 (E.D.N.Y. 2005) (BMC); *Afriat-Kurtzer v. Arab Bank, PLC,* No. CV-05-388 (E.D.N.Y. 2005) (BMC); *Bennett, et al. v. Arab Bank, PLC,* No. CV-05-3183 (E.D.N.Y. 2005) (BMC); *Roth, et al. v. Arab Bank, PLC,* No. CV-05-3738 (E.D.N.Y. 2005) (BMC); *Weiss, et al. v. Arab Bank, PLC,* No. CV-06-1623 (E.D.N.Y. 2006) (BMC).