UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

COURTNEY LINDE, et al.,

                Plaintiffs,

- against -

ARAB BANK, PLC,

                Defendant.

- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --X

CV-04-2799 (BMC)
and all related cases[1]

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE THAT Christopher Grey Campbell of the law firm of DLA Piper LLP (US) hereby enters an appearance in these related cases on behalf of Defendant Arab Bank plc as counsel of record and requests that copies of all papers in these actions be served upon the undersigned at the address stated below.

Dated: New York, New York
         August 10, 2015

                                            **DLA Piper LLP (US)**

                                  By:  **/S/ Christopher G. Campbell**
                                               Christopher G. Campbell

                                               1251 Avenue of the Americas
                                             New York, New York 10020-1104
                                             Tel:  (212) 335-4594
                                             christopher.campbell@dlapiper.com

                                             Attorneys for Defendant Arab Bank plc

---

[1]     *Litle, et al. v. Arab Bank, PLC,* No. CV-04-5449 (E.D.N.Y. 2004) (BMC); *Almog v. Arab Bank, PLC*, No. CV-04-5564 (E.D.N.Y. 2004) (BMC); *Coulter, et al. v. Arab Bank, PLC*, No. CV-05-365 (E.D.N.Y. 2005) (BMC); *Afriat-Kurtzer v. Arab Bank, PLC,* No. CV-05-388 (E.D.N.Y. 2005) (BMC); *Bennett, et al. v. Arab Bank, PLC,* No. CV-05-3183 (E.D.N.Y. 2005) (BMC); *Roth, et al. v. Arab Bank, PLC,* No. CV-05-3738 (E.D.N.Y. 2005) (BMC); *Weiss, et al. v. Arab Bank, PLC,* No. CV-06-1623 (E.D.N.Y. 2006) (BMC).