**OSEN LLC**
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 201, HACKENSACK, NJ 07601
T. 201.265.6400   F. 201.265.0303

345 SEVENTH AVENUE, 21ST FLOOR, NEW YORK, NY 10001
T. 646.380.0470   F. 646.380.0471

August 11, 2015

**VIA ECF**

Hon. Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Linde v. Arab Bank, PLC*, **04-CV-2799 (BMC)(VVP), and related cases**

Dear Judge Cogan:

In accordance with the Court's instruction this morning, Plaintiffs request the following individuals be permitted to bring cell phones, laptops, and related equipment into the courthouse during the *Linde, at al. v. Arab Bank plc* trial, as they are interpreters and technology specialist who will aid in the presentation of testimony and opening/closing statements during the course of the trial:

1. Lynsey Mitchell
2. Ted Miller
3. Jessica Borajas
4. Clara Beyler
5. Stephanie Ulloa
6. Amanda Hobby
7. Gina Veldman
8. C. Ross Heyl
9. Varda Yaari
10. Neri Sevenier
11. Sara Rachelle Avital
12. Rina Ne'eman
13. Jon Knowles

Should Plaintiffs identify any other individuals that require similar authorization; Plaintiffs will immediately notify the Court concerning same.

Respectfully submitted,

*Naomi B. Weinberg*
Naomi B. Weinberg

NBW/me
Cc: All counsel