UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------X

LINDE, et al.,                                    :
                                                  :
                    Plaintiffs,                   :        Case No. 04-cv-2799 (BMC)(PK)
                                                  :
        -against-                                 :
                                                  :
ARAB BANK, PLC,                                   :
                                                  :
                    Defendant.                    :
-----------------------------------------------------X
-----------------------------------------------------X

COULTER, et al.,                                  :
                                                  :
                    Plaintiffs,                   :        Case No. 05-cv-365 (BMC)(PK)
                                                  :
        -against-                                 :
                                                  :
ARAB BANK, PLC,                                   :
                                                  :
                    Defendant.                    :
-----------------------------------------------------X

## <u>INFANT COMPROMISE ORDER</u>

The Plaintiff-Petitioner, ██████████████, infant by ██████████ guardian ██████████████, has moved for an Order authorizing and empowering ██ to compromise and settle the within action, and

Upon reviewing the declaration of ████████████████████ guardian of the infant, ██████████████, signed and dated on December 26, 2016, the Attorney Affirmation of AARON SCHLANGER, duly affirmed on December 27, 2016, and the Declaration of DAVID STRACHMAN & NITSANA DARSHAN-LEITNER duly affirmed on December 23, 2016, and, upon all of the pleadings and proceedings heretofore and after due deliberation:

NOW, on the motion of AARON SCHLANGER, of OSEN LLC, attorneys for the Plaintiff-Petitioner ⬛⬛⬛⬛, infant by ⬛⬛⬛⬛ guardian ⬛⬛⬛ ⬛⬛⬛, herein, it is hereby,

ORDERED, that the ⬛⬛ of the infant ⬛⬛⬛⬛ was and is hereby authorized to enter into a compromise of the infant's cause of action for the total sum of <u>no less than</u> ⬛⬛⬛, in settlement of this action; and it is further

ORDERED, that in the event that the Second Circuit remands the case currently pending on appeal (16-2119) for a new trial or affirms the judgment entered on May 24, 2016, then Plaintiff-Petitioner, through ⬛ counsel, shall advise the Court within 90 days of the appellate ruling of any additional settlement amounts to be paid, the timing of those payments, and any additional legal fees and expenses requiring further court approval, and it is further

ORDERED, that the Court approves the payment of $26,012.84 by ⬛⬛⬛ to reimburse ⬛ attorneys for expenses incurred to date in connection with the litigation; and it is further

ORDERED, that the Court approves the payment of ⬛⬛⬛ equal to one-third (1/3) of the minimum gross recovery, net of expenses, to the law firms set forth in the Attorney Affirmation of AARON SCHLANGER; and it is further

ORDERED, that ⬛⬛⬛⬛, as ⬛⬛⬛⬛ guardian of said infant, is authorized and empowered to execute and deliver a General Release on behalf of the infant and to deliver any other instruments necessary to effectuate the settlement herein; and it is further

ORDERED, that the attorneys for Plaintiff-Petitioner may, without further motion to this Court, obtain an un-redacted copy of this Order by contacting the Court's Courtroom Deputy or Case Manager; and it is further

ORDERED, that the attorneys for Plaintiff-Petitioner shall serve a copy of this Order upon the trustee of the Qualified Settlement Fund and shall arrange for the deposit of the minor's funds within ninety (90) days from the date hereof into an account or accounts controlled by an independent trustee for the sole benefit of ███████████; and it is further

ORDERED, that no withdrawals, partial or otherwise, will be permitted from the account or accounts established for the benefit of ███████████ until █ reaches the age of eighteen (18) years without further Order of this Court; and it is further

ORDERED, that said Trustee is authorized and directed to maintain the account(s) in such a form that it/they will be all available to the infant upon attaining the age of eighteen (18) years; and it is further

ORDERED, that when the infant has reached the age of eighteen (18) years (upon presentation of proper proof of age), █ may withdraw all funds from the trust established for █ benefit.

Dated: January 5, 2017
      Brooklyn, N.Y.

_____
HONORABLE BRIAN M. COGAN
United States District Judge