```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LINDE, et al.,                                         :
                                                       :
                Plaintiffs,                            :   Case No. 04-cv-2799 (BMC)(PK)
                                                       :
        -against-                                      :
                                                       :
ARAB BANK, PLC,                                        :
                                                       :
                Defendant.                             :
-------------------------------------------------------X
-------------------------------------------------------X
COULTER, et al.,                                       :
                                                       :
                Plaintiffs,                            :   Case No. 05-cv-365 (BMC)(PK)
                                                       :
        -against-                                      :
                                                       :
ARAB BANK, PLC,                                        :
                                                       :
                Defendant.                             :
-------------------------------------------------------X
```

## ORDER APPROVING ESTATE SETTLEMENT

The Plaintiff-Petitioner, ESTATE OF ███████████, by personal representative ███████████, has moved for an Order authorizing and empowering █ to compromise and settle the within action, and

Upon reviewing the affidavit of ███████████, personal representative of the ESTATE OF ███████████, signed and dated on April 5, 2017, the Attorney Affirmation of AARON SCHLANGER, duly affirmed on April 7, 2017, and the Declaration of DAVID STRACHMAN & NITSANA DARSHAN-LEITNER duly affirmed on March 17 and 21, 2017, and, upon all of the pleadings and proceedings heretofore and after due deliberation:

NOW, on the motion of AARON SCHLANGER, of OSEN LLC, attorneys for the Plaintiff-Petitioner ESTATE OF ▇▇▇▇▇, by personal representative ▇▇▇▇▇, herein, it is hereby,

ORDERED, that the personal representative of the ESTATE OF ▇▇▇▇▇, ▇▇▇▇▇, was and is hereby authorized to enter into a compromise of the decedent's cause of action for the total sum of no less than $▇▇▇▇▇, in settlement of this action; and it is further

ORDERED, that in the event that the Second Circuit remands the case currently pending on appeal (16-2119) for a new trial or affirms the judgment entered on May 24, 2016, then Plaintiff-Petitioner, through its counsel, shall advise the Court within 90 days of the appellate ruling of any additional settlement amounts to be paid, the timing of those payments, and any additional legal fees and expenses requiring further court approval; and it is further

ORDERED, that the Court approves the payment of $51,876.92 by the ESTATE OF ▇▇▇▇▇ to reimburse its attorneys for expenses incurred to date in connection with the litigation; and it is further

ORDERED, that the Court approves the payment of $▇▇▇▇▇ equal to one-third (1/3) of the minimum gross recovery, net of expenses, to the law firms set forth in the Attorney Affirmation of AARON SCHLANGER; and it is further

ORDERED, that ▇▇▇▇▇, as personal representative of the ESTATE OF ▇▇▇▇▇, is authorized and empowered to execute and deliver a General Release on its behalf and to deliver any other instruments necessary to effectuate the settlement herein; and it is further

ORDERED, that the attorneys for Plaintiff-Petitioner may, without further motion to this Court, obtain an un-redacted copy of this Order by contacting the Court's Courtroom Deputy or Case Manager; and it is further

ORDERED, that the attorneys for Plaintiff-Petitioner shall serve a copy of this Order upon the trustee of the Qualified Settlement Fund.

Dated:  April 26, 2017
        Brooklyn, N.Y.

Digitally signed by
Brian M. Cogan

HONORABLE BRIAN M. COGAN
United States District Judge

3