OSEN LLC
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601                    1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018
T. 201.265.6400   F. 201.265.0303                                                                                              T.212.354.0111

March 23, 2018

**VIA ECF**

Hon. Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   *Linde v. Arab Bank, PLC*, **04-CV-2799 (BMC)(PK), and related cases**
>        **Status Conference**

Dear Judge Cogan:

We write on behalf of all Plaintiffs to raise a scheduling issue presented by the Court's Minute Order dated March 16, 2018, which set an April 5th date for a status conference. The undersigned counsel is unavailable on that date (or week) due to previously scheduled international travel. Mr. Turner is also unavailable on the scheduled date.

Plaintiffs' counsel are available the week of April 9th, but Mr. Setrakian, counsel for the Defendant, has informed us that while he is available on April 5th, he will be unavailable for two weeks thereafter due to previously scheduled travel commitments and that the Bank opposes any delay in scheduling the conference.

In addition to the week of April 9th, Plaintiffs' counsel are available the week of April 23rd and anticipate being able to address the pending procedural questions in 15 minutes or less.

We thank the Court for its consideration (and patience).

Respectfully submitted,

/s/ Gary M. Osen

cc:      All Counsel