UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

COURTNEY LINDE, et al.,

                Plaintiffs,

- against -

ARAB BANK, PLC,

                Defendant.

CV-04-2799 (BMC)(PK)
and all related ATA cases*

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through the undersigned counsel, hereby agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that: (i) the *Linde, Coulter, Litle, Bennett, Roth,* and *Weiss* actions and the claims asserted therein are hereby dismissed with prejudice; (ii) the claims of the *Almog* and *Afriat-Kurtzer* plaintiffs listed on <u>Addendum A</u> hereto whose claims are predicated on 18 U.S.C. §2333(a) are hereby dismissed with prejudice; and (iii) each party will bear its own costs and attorneys' fees.

STIPULATED:

OSEN LLC

By: _____
Gary M. Osen, Esq.
2 University Plaza, Suite 201
Hackensack, New Jersey 07601
(201) 265-6400
<u>Attorneys for Linde and Coulter Plaintiffs</u>

DLA PIPER LLP (US)

By: _____
[insert name] Jonathan Siegfried
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4500
<u>Attorneys for Defendant Arab Bank plc</u>

---

    \*      *Philip Litle, et al. v. Arab Bank, PLC,* 04-CV-5449 (BMC)(PK); *Oran Almog, et al. v. Arab Bank, PLC,* 04-CV-5564 (BMC)(PK); *Robert L. Coulter, Sr., et al. v. Arab Bank, PLC,* 05-CV-365 (BMC)(PK) *Gila Afriat-Kurtzer, et al. v. Arab Bank, PLC,* 05-CV-388 (BMC)(PK); *Michael Bennett, et al. v. Arab Bank, PLC,* 05-CV-3183 (BMC)(PK); *Arnold Roth, et al. v. Arab Bank, PLC,* 05-CV-03738 (BMC)(PK); *Stewart Weiss, et al. v. Arab Bank, PLC,* 06-CV-1623 (BMC)(PK).

MOTLEY RICE LLC
By: _____
Michael Elsner, Esq.
John M. Eubanks, Esq.
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
(843) 216-9000
*Attorneys for Almog and Afriat Kurtzer*
*Plaintiffs*


SAYLES WERBNER
By: *Mark S Werbner*
Mark S. Werbner, Esq.
4400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
(214) 939-8700

HEIDEMAN NUDELMAN & KALIK, P.C.
By: _____
Richard D. Heideman, Esq.
Noel J. Nudelman, Esq.
Tracy Reichman Kalik, Esq.
1146 19th Street, NW
Fifth Floor
Washington, DC 20036
(202) 463-1818

PERLES LAW FIRM, PC
Steven R. Perles, Esq.
1050 Connecticut Ave, NW
Suite 500
Washington, DC 20036
(202) 955-9055

STONE BONNER & ROCCO LLP
James P. Bonner, Esq.
145 West 45th Street,
New York, New York 10036
(212) 239-4340
*Attorneys for Litle, Roth, Weiss and Bennett*
*Plaintiffs*

SO ORDERED:

_____
U.S.D.J.

# **ADDENDUM A**

## *ALMOG* PLAINTIFFS

1. Gila Afriat-Kurtzer
2. Menashe Agababa
3. Yehuda Agababa
4. Yehezkel Agababa
5. Oran Almog
6. Orly Almog
7. Adi Almog
8. Michal Amseli
9. Akiva Anachovich
10. Gabriel Asoulin
11. Ayelet Attias
12. Chaya Beili
13. Suzan Ben Abraham
14. Ronen Ben Haim
15. Baruch Ben Ya'akov
16. Baruch Yehuda Ziv Brill
17. Judy Buchman-Ziv
18. Adam Carlin
19. Dina Carlin
20. Joseph Carlin
21. Nilly Choman
22. Orly Rom Coffey
23. Richard Coffey
24. Daniel Cohen (son of Ora)
25. Daniel Cohen (son of Judith)
26. Danielle Cohen
27. Elkhanan Cohen
28. Mirav Cohen
29. Ora Cohen
30. Orly Cohen
31. Ronen Cohen
32. Shalom Cohen
33. Shira Cohen
34. Yossef Cohen
35. Adina Dabach
36. Esther Desta
37. Nechama Rina Desta
38. Shifra Bosmat Desta

39. Avraham Eichental
40. Yehuda Eliyahu a/k/a Jeff Elliot
41. Joshua Faudem
42. Asher Fine
43. Jonathan Fine
44. Sara Fine-Meltzer
45. Asael Fridman a/k/a Asael Anicca
46. Asaf Ganzman
47. Gal Ganzman
48. Feige Glasomitsky
49. Amizur Shlomo Goldberg
50. Gilad Goldberg
51. Naphtali Goldberg
52. Neria Goldberg
53. Shulamit Goldberg
54. Tamar Goldberg
55. Tova Hadad
56. Zipporah Har-Melech
57. Batya Hoja
58. Ester Hoja
59. Frida Hoja
60. Hana Hoja
61. Michal Hoja
62. Rachel Hoja
63. Sara Hoja
64. Shabtay Hoja
65. Shlomo Hoja
66. Yael Hoja
67. Gary Katz
68. Yehizkiyaho Katz
69. Gitsche Kaye
70. Shlomo Zalman Kaye
71. Sarah Klapholtz
72. Eran Kurtzer
73. Rosalyn Pearl Lebowitz
74. Simon Bloch Lebowitz
75. Yissachar Zvi Lebowitz
76. Bat-Zion Levi
77. Faiga Zvia Lieberman
78. Deborah Markowitz

2

79. Gerald Markowitz
80. Shifra Markowitz
81. Nimmer Mattar
82. Bruce Mazer
83. Batsheva Mendelson
84. Roni Morchi
85. Sarah Mordechai
86. Shimon Mordechai
87. Shirin Mordechai
88. Chana Mosai
89. Eyal Chaim Neeman
90. Brahe Nodleman
91. Vladimir Nodleman
92. Atara Noked
93. Avishag Noked
94. Baruch Zuri Noked
95. Binyamin Elkana Noked
96. Einat Noked
97. Estate of Eyal Noked
98. Neta Nechama Noked
99. Talya Noked
100. Benyamin Pilant
101. Elizabeth Ann Hastings Pilant
102. Levy Izak Pilant
103. Rebecca Pilant
104. Robert Elliott Hastings Pilant
105. Samuel Philips Hastings Pilant
106. Michal Raveh
107. Asaf Rivlin
108. Gilad Rivlin
109. Simha Rivlin
110. Doron Rosen
111. Asher Rubin
112. David Rubin
113. Aviva Chaya Rubinoff
114. Mitchell Jay Rubinoff
115. Ora Rubinoff
116. Zohar Saar
117. Ali Safiulin
118. Ravil Safiulin

119. Frances Nettie Schnall
120. Gila Schnall
121. Ira Marvin Schnall
122. Jacob Schlesinger
123. Rachel Shaked neé Rachel Laham
124. Yael Jessica Shoshni
125. Batya Shukrun
126. Aron Paul Stern
127. Oriya Wiesner
128. Zeev Wiesner
129. Baruch-Izhak Yelin
130. Kfir Yelin
131. Moria Yelin
132. Orly Yelin
133. Ya'ara Zinger