OSEN LLC
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601　　　　　　　　　1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018
T. 201.265.6400　　F. 201.265.0303　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　T.212.354.0111

March 23, 2018

**VIA ECF**

Hon. Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Linde v. Arab Bank, PLC*, **04-CV-2799 (BMC)(PK), and related cases**

Dear Judge Cogan:

      We write on Plaintiffs' behalf in response to Defendant's letter filed today.

      We note that the Stipulation of Dismissal has been filed today by Defendant – to which Plaintiffs do not object. However, consistent with our letter dated March 16, 2018, we do not believe that dismissal can be "so ordered" by the Court for the claims of minors, estates and incapacitated individuals that are subject to Court approval *until a final accounting has been submitted for those individual Plaintiffs*.

      While this is a purely administrative process in light of Plaintiffs' prior submissions and the Court's interim orders, dismissal of those claims can only be effectuated once the Court has issued its final approvals of the infant compromises and the approvals for certain estates and incapacitated individuals.

                                           Respectfully submitted,

                                           /s/ Gary M. Osen

cc:    All Counsel