

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Jonathan Siegfried
jonathan.siegfried@dlapiper.com
T   212.335.4925
F   212.884.8477

March 23, 2018

Hon. Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *Linde v. Arab Bank plc*, 04-cv-02799-BMC-PK (E.D.N.Y.) and Related ATA Actions - Status Conference

Dear Judge Cogan:

We just received notice of the request by Plaintiffs' counsel to adjourn the status conference which Your Honor had set for April 5, 2018.  Plaintiffs request for adjournment on the ground of unavailability comes more than a week after your March 16 Order setting the conference date, and only after the parties earlier today completed the settlement. As we advised the Court in our letter earlier today, in consideration of the payment made today by the Bank, Plaintiffs have delivered their General Releases and Covenants not to Sue, and the parties have filed with the Court the executed Stipulation of Dismissal for the above-referenced cases.

As the Court is aware, Plaintiffs are represented by numerous experienced counsel who can address whatever "procedural" issue Plaintiffs wish to raise at the conference. Accordingly, we would ask that the Court keep the April 5 conference date pursuant to its order of March 16.   Arrangements could also be made by the Court for Mr. Osen and/or Mr. Turner to attend by conference call on April 5 if they wish to participate.

We respectfully submit that keeping this matter open for several more weeks, as Plaintiffs now request, after the stipulation dismissing these cases has been filed with the Court, is inconsistent with the Mandate of the Court of Appeals.

We thank the Court in advance for its consideration of our position



Hon. Brian M. Cogan
Page Two


Respectfully submitted,

**DLA Piper LLP (US)**

/s/ *Jonathan Siegfried*

**Jonathan Siegfried**