UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
LINDE, et al.,

          Plaintiffs,      :    Case No. 04-cv-2799 (BMC)(PK)

   -against-

ARAB BANK, PLC,

          Defendant.
------------------------------------------------------X
------------------------------------------------------X
COULTER, et al.,

          Plaintiffs,      :    Case No. 05-cv-365 (BMC)(PK)

   -against-

ARAB BANK, PLC,

          Defendant.
------------------------------------------------------X

## ORDER APPROVING ESTATE SETTLEMENT

The Plaintiff-Petitioner, ESTATE OF ███████████, by personal representatives ███████████████████████████████████████████████████████████████, has moved for an Order authorizing and empowering ███ to compromise and settle the within action, and

Upon reviewing the Attorney Affirmation of AARON SCHLANGER, duly affirmed on April 23, 2018, and, upon all pleadings and proceedings heretofore and after due deliberation:

NOW, on the motion of AARON SCHLANGER, of OSEN LLC, attorneys for the Plaintiff-Petitioner ESTATE OF ███████████, by personal representatives ███████████████████████████████████████████████████████████████, herein, it is hereby,

ORDERED, that the Court approves the payment of $1,673.51 by the ESTATE OF ▮▮▮▮▮▮▮▮▮▮ to reimburse its attorneys for expenses incurred since the last accounting; and it is further

ORDERED, that the Court approves the supplemental payment of ▮▮▮▮▮▮▮ equal to one-third (1/3) of the minimum gross recovery, net of expenses, to the law firms set forth in the Attorney Affirmation of AARON SCHLANGER dated June 8, 2017; and it is further

ORDERED, that the Court approves the final supplemental (net) payment of ▮▮▮▮▮▮ to the Estate, as set forth in Exhibit B to the Attorney Affirmation of AARON SCHLANGER dated April 23, 2018; and it is further

ORDERED, that the attorneys for Plaintiff-Petitioner may, without further motion to this Court, obtain an un-redacted copy of this Order by contacting the Court's Courtroom Deputy or Case Manager; and it is further

ORDERED, that the attorneys for Plaintiff-Petitioner shall serve an unredacted copy of this Order upon the trustee of the Qualified Settlement Fund; and it is further

ORDERED, that the Plaintiff-Petitioner may, without further motion to this Court, provide an unredacted copy of this Order to its attorneys, accountants or any court or applicable tax authority, if necessary.

Dated:  May 8, 2018
_____
Brooklyn, N.Y.

_____
HONORABLE BRIAN M. COGAN
United States District Judge